AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-02257-AB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>United States Attorney's Office; 1000 SW Third Ave Suite 600, Portland, Oregon 97204</u> was received by me on *(date)* <u>December 9th, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Jen Cater</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>United States Attorney's Office; 1000 SW Third Ave Suite 600, Portland, Oregon 97204</u> on *(date)* <u>Wed, Dec 10 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ <u>0</u> for travel and $ <u>155.85</u> for services, for a total of $ <u>$155.85</u>.

I declare under penalty of perjury that this information is true.

Date: 12/10/2025

_____
*Server's signature*

Daniel Brown
_____
*Printed name and title*

494 State Street Suite 340, Salem, OR 97301
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 10, 2025, 10:20 am PST at 1000 SW Third Ave Suite 600, Portland, Oregon 97204 received by Jen Cater. Age: 25-30+; Ethnicity: Caucasian; Gender: Female; Weight: 150+; Hair: Black; Relationship: Authorized Employee; I handed 2 copies of the documents to Jen Cater, who accepted the documents on behalf of the U.S. Attorney's Office.

List of Documents Served: Summons (10), Complaint for Declaratory and Injunctive Relief, Civil Cover Sheet, Civil Case Assignment Order, Discovery and Pretrial Scheduling Order, Fed. R. Civ. P. 26(a)(1) Discovery Agreement, Declination of Consent to Jurisdiction of a Magistrate Judge, Civil Case Management Time Schedules