IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

REACH COMMUNITY DEVELOPMENT, et al.,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

    *Defendants*.

**DECLARATION OF MINDY KING IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Case No. 3:25-cv-2257

I, Mindy King, declare as follows:

    1.    I make this declaration in support of Plaintiffs' Motion for a Preliminary Injunction based on my personal knowledge, information, and belief. If called as a witness at trial, I would be able to competently testify to these matters.

    2.    I am a resident at Gray's Landing and have lived in the complex for 10 years. My apartment is on the south side of Gray's Landing facing Bancroft Street. I live in the apartment with my two children, aged 19 and 13.

    3.    From my apartment, I can clearly see the ICE facility, the driveway leading to the facility, and the areas where protesters will often gather. I have taken video footage from my apartment that shows protest activity and federal law enforcement's response. I also sometimes livestream on social media. I believe that federal officers know that I video and livestream from

1

my apartment; one time, when they were circling around a protester to arrest them, the officers shined their flashlights directly at me from a half a block away, in an attempt to impede my ability to document what they were doing.

4. The protests against ICE began at the beginning of June 2025. That is also when federal law enforcement began using tear gas, smoke grenades, and flashbangs against the protesters. From what I have personally observed, the federal officers' use of chemical weapons is not in response to any particular provocation or action by protestors, nor is it in response to any particular crowd size among the protestors. They seem to fire tear gas, smoke, pepper balls, and flashbangs at random, even when the overall protest size is small.

5. Due to the heavy and sustained use of gas and smoke near my apartment, I have obtained gas masks for myself and my 13-year-old son. I have had to teach my son how to put on and seal the gas mask over his long hair.

6. One particularly notable incident involving federal officers' use of chemical weapons occurred on October 4, 2025. I was at home on a phone call and noticed that my dog was barking. I went to retrieve her in the bathroom and noticed that tear gas was coming in through my front door. I put wet towels under the door and turned on a fan and air purifiers. I yelled at my son to put his gas mask on, which he did, but fortunately I was able to seal his door with a blanket before any tear gas entered his room. I called 911 but was told they would not respond to an incident on federal property. They gave me a federal number to call, which I did. I reported the incident and was given an incident number, but I have not heard back from them. In the days after the incident, I learned that the entire hallway and building had been exposed to tear gas. I believe the gas got into the building through the emergency exit located next to where the gas was used, and completely filled the hallways and common space on floors 2-6 of the

building. Following the October 4 incident, I and many residents at Gray's Landing were coughing heavily for weeks. Even my dog had a cough for weeks after the incident.

7. There was another notable incident earlier on October 4, 2025. That afternoon, I was recording and watching from my apartment when a relatively small group of protesters congregated outside the ICE facility. From what I saw, none of the protesters were committing any acts of violence. Federal law enforcement officers suddenly began to use tear gas and smoke grenades against the protesters. Within moments of officers' beginning to use tear gas, an officer standing approximately 150 feet away at the intersection of Moody and Bancroft streets, outside the ICE facility, shot a projectile tear gas cannister that landed on the sidewalk directly below my apartment, underneath the deck where I typically livestream from (which I was at the time). There were not any protesters immediately around my apartment. In fact, I believe the only people near my apartment were several Portland police officers I had seen standing on the street moments beofre. I believe that the federal officer was therefore targeting me and my apartment.

8. I authenticate that the video clips and images submitted as Exhibits 1-6 of Plaintiffs' motion for a preliminary injunction are true and correct copies of videos and images I took from my apartment and my balcony. I filmed exhibits 1 and 2 on October 4, 2025. I filmed exhibits 3, 4, 5, and 6 on June 14, 2025.

I declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated: December 22, 2025                    /s/ Mindy King
                                            Mindy King

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

REACH COMMUNITY DEVELOPMENT, *et al.*,

    *Plaintiffs*,

  v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants*.

Case No. 3:25-cv-2257

**CONVENTIONALLY FILED EXHIBITS 1-19 TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit Number | Title |
|---|---|
| 1 | 10/4/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 2 | 10/4/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 3 | 6/14/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 4 | 6/14/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 5 | 6/14/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 6 | 6/14/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |

| | |
|---|---|
| 7 | 10/4/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 8 | 10/12/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 9 | 10/16/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 10 | 6/24/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 11 | 6/24/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 12 | 7/4/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 13 | 7/4/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 14 | 7/4/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 15 | 7/15/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 16 | 8/18/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 17 | 8/19/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 18 | 9/1/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 19 | Troy Brynelson & Alex Zielinski, *Federal tactics on Portland protesters escalate, hours after judge rules against Trump*, Or. Public Broadcasting, Oct. 5, 2025, Decl. of Daniel Jacobson ¶¶ 2-3. |

December 29, 2025                              Respectfully submitted,

*/s/Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar # 1016621)+
Lynn D. Eisenberg (D.C. Bar No. 1017511)+
Stephen K. Wirth (D.C. Bar 1034038)+
Brian C. Rosen-Shaud (ME Bar No. 006018)+ ^
**Jacobson Lawyers Group PLLC**
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Telephone: +1 301-823-1148
Dan@jacobsonlawyersgroup.com

Darin M. Sands, OSB No. 106624
Colin Hunter, OSB No. 131161
**Bradley Bernstein Sands LLP**
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480
dsands@bradleybernstein.com
chunter@bradleybernstein.com

Taylor Jaszewski (CA Bar No. 345094)+
**Bradley Bernstein Sands LLP**
1212 Broadway, Suite 1100
Oakland, CA 94612
Telephone: +1 510-380-5801
tjaszewski@bradleybernstein.com

Brian D. Netter (D.C. Bar No. 979362)+
Jeffrey B. Dubner (D.C. Bar No. 1013399)++
Anna L. Deffebach (D.C. Bar No. 241346)+
**Democracy Forward Foundation**
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
bnetter@democracyforward.org
adeffebach@democracyforward.org

Katie Schwartzmann (La Bar No. 30295)++
**Protect Democracy**
201 St. Charles Ave., Suite 114
New Orleans, La 70170
(202) 573-4382

+ Admitted pro hac vice
++ Pro hac vice forthcoming
^ Not admitted in the District of Columbia. Practice supervised by members of the D.C. bar.

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br><br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | **JUDGE'S COPY** <br><br><br> Case No. 3:25-cv-2257 |

**CONVENTIONALLY FILED EXHIBITS 1-19 TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit Number | Title |
|---|---|
| 1 | 10/4/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 2 | 10/4/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 3 | 6/14/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 4 | 6/14/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 5 | 6/14/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 6 | 6/14/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |

| | |
|---|---|
| 7 | 10/4/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 8 | 10/12/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 9 | 10/16/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 10 | 6/24/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 11 | 6/24/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 12 | 7/4/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 13 | 7/4/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 14 | 7/4/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 15 | 7/15/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 16 | 8/18/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 17 | 8/19/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 18 | 9/1/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 19 | Troy Brynelson & Alex Zielinski, *Federal tactics on Portland protesters escalate, hours after judge rules against Trump*, Or. Public Broadcasting, Oct. 5, 2025, Decl. of Daniel Jacobson ¶¶ 2-3. |

December 29, 2025                                Respectfully submitted,

*/s/Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar # 1016621)+
Lynn D. Eisenberg (D.C. Bar No. 1017511)+
Stephen K. Wirth (D.C. Bar 1034038)+
Brian C. Rosen-Shaud (ME Bar No. 006018)+ ^
**Jacobson Lawyers Group PLLC**
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Telephone: +1 301-823-1148
Dan@jacobsonlawyersgroup.com

Darin M. Sands, OSB No. 106624
Colin Hunter, OSB No. 131161
**Bradley Bernstein Sands LLP**
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480
dsands@bradleybernstein.com
chunter@bradleybernstein.com

Taylor Jaszewski (CA Bar No. 345094)+
**Bradley Bernstein Sands LLP**
1212 Broadway, Suite 1100
Oakland, CA 94612
Telephone: +1 510-380-5801
tjaszewski@bradleybernstein.com

Brian D. Netter (D.C. Bar No. 979362)+
Anna L. Deffebach (D.C. Bar No. 241346)+
**Democracy Forward Foundation**
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090

Jeffrey B. Dubner (D.C. Bar No. 1013399)++
**Dubner Legal**
P.O. Box 34125
Washington, DC 20043
(202) 596-2920

Katie Schwartzmann (La Bar No. 30295)++
**Protect Democracy**
201 St. Charles Ave., Suite 114

New Orleans, La 70170
(202) 573-4382

+ Admitted pro hac vice
++ Pro hac vice forthcoming
^ Not admitted in the District of Columbia. Practice supervised by members of the D.C. bar.

*Counsel for Plaintiffs*