# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

REACH COMMUNITY DEVELOPMENT, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants*.

Case No. 3:25-cv-2257

## CONVENTIONALLY FILED EXHIBITS 1-19 TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| Exhibit Number | Title |
|---|---|
| 1 | 10/4/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 2 | 10/4/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 3 | 6/14/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 4 | 6/14/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 5 | 6/14/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |
| 6 | 6/14/2025 Video Filmed by Mindy King, Decl. of Mindy King ¶ 8. |

| | |
|---|---|
| 7 | 10/4/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 8 | 10/12/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 9 | 10/16/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 10 | 6/24/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 11 | 6/24/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 12 | 7/4/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 13 | 7/4/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 14 | 7/4/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 15 | 7/15/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 16 | 8/18/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 17 | 8/19/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 18 | 9/1/2025 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 10. |
| 19 | Troy Brynelson & Alex Zielinski, *Federal tactics on Portland protesters escalate, hours after judge rules against Trump*, Or. Public Broadcasting, Oct. 5, 2025, Decl. of Daniel Jacobson ¶¶ 2-3. |

December 29, 2025

Respectfully submitted,

*/s/Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar # 1016621)+
Lynn D. Eisenberg (D.C. Bar No. 1017511)+
Stephen K. Wirth (D.C. Bar 1034038)+
Brian C. Rosen-Shaud (ME Bar No. 006018)+ ^
**Jacobson Lawyers Group PLLC**
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Telephone: +1 301-823-1148
Dan@jacobsonlawyersgroup.com

Darin M. Sands, OSB No. 106624
Colin Hunter, OSB No. 131161
**Bradley Bernstein Sands LLP**
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480
dsands@bradleybernstein.com
chunter@bradleybernstein.com

Taylor Jaszewski (CA Bar No. 345094)+
**Bradley Bernstein Sands LLP**
1212 Broadway, Suite 1100
Oakland, CA 94612
Telephone: +1 510-380-5801
tjaszewski@bradleybernstein.com

Brian D. Netter (D.C. Bar No. 979362)+
Jeffrey B. Dubner (D.C. Bar No. 1013399)++
Anna L. Deffebach (D.C. Bar No. 241346)+
**Democracy Forward Foundation**
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
bnetter@democracyforward.org
adeffebach@democracyforward.org

Katie Schwartzmann (La Bar No. 30295)++
**Protect Democracy**
201 St. Charles Ave., Suite 114
New Orleans, La 70170
(202) 573-4382

+ Admitted pro hac vice
++ Pro hac vice forthcoming
^ Not admitted in the District of Columbia. Practice supervised by members of the D.C. bar.

*Counsel for Plaintiffs*

