# Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.,* <br><br> Defendants. | Case No.: 3:25-cv-2257 <br><br> **DECLARATION OF ROBERTO CANTU** |

I, Roberto Cantu, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. This declaration is based on my personal knowledge and information made available to me in the course of my official duties.

2. This declaration is submitted in support of Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction.

3. I am the Deputy Director of the Federal Protective Service (FPS), Region 10, which encompasses Alaska, Washington State, Idaho, and Oregon. I have served in that position since September 9, 2023. FPS is the law enforcement agency within the U.S. Department of Homeland Security (DHS) that protects the federal government facilities and persons therein in accordance with 40 U.S.C. § 1315.

4. Since June 2025, there have been ongoing protests of the Administration's immigration policies with many occurring at federal facilities in major urban centers,

such as Los Angeles, San Francisco, Chicago, Dallas, Seattle, Denver, New York, Boston, Portland and Washington DC. Many of these protests, at times, have turned violent, requiring FPS to use crowd control tactics to prevent the destruction of federal facilities or serious injury to federal employees and the public.

5. In Portland, Oregon, there have been regular protests at the Immigration and Customs Enforcement (ICE) building, also known as the Lindquist Federal Building, located at 4310 South Macadam Avenue. During the summer of 2025 protests in front of the Lindquist Building were often violent in nature, where groups of protestors would threaten the building and federal law enforcement officers working in and around the facility. During the fall and winter of 2025, the size of the protests dropped significantly, and the incidents of violence became more infrequent. Since January 7, 2026, we have seen an uptick in the size of the protests near the ICE building.

6. In conjunction with its public order policing operations, FPS uses crowd control chemical munitions to disperse crowds that refuse to comply with dispersal orders. It uses MK9 foggers to deploy Oleoresin Capsicum (OC), an oil-based irritant derived from chili peppers, commonly known as pepper spray, in aerosol format. FPS also employs the PepperBall Launching System (PLS) to deploy breakable "pepper balls" that release OC in a dust format. Lastly, FPS employs the FN303 system that deploys breakable plastic balls that contain either Pelargonic Acid Vanillylamide (PAVA)[1], or non-chemical paint balls used for marking. FPS does not use 2-chlorobenzylidene malononitrile (CS) gas, commonly known as tear gas, or any other chemical munition as part of its Public Order Policing operations.

7. All three of these chemical munitions (OC, PLS, and FN303) have a highly localized area of impact, generally limited to a radius of less than 20 feet. None are designed for broad or wide-area dispersal. Specifically, MK9 OC spray canisters can deploy OC up to approximately 20ft. A PAVA round can affect an approximate 15-foot radius from where it's compromised. The immediate impact zone for pepper ball is a 3-6 feet radius when deployed at dry hard ground from the PLS. When deployed onto a wet or soft surface, the pepper ball's impact is even less. Their effects can last between 15-45 minutes depending on conditions. FPS typically directs its chemical munitions at specific individuals as opposed to large groups of people, so exposure tends to be minimal, and rapidly dissipates. Of course,

---

[1] A synthetic version of OC.

Declaration of Roberto Cantu

2

environmental conditions such as wind, precipitation and air temperature can impact how long the chemicals remain in the area.

8. OC spray, the PLS and the FN303 are considered "less lethal" munitions and are viewed as intermediate force weapons. FPS utilizes chemical munitions so that it can deescalate a situation, thereby officers can avoid having to resort to physical confrontation with protesters with hard techniques such as hands-on, batons, tasers or other weapons. The use of chemical dispersal agents in crowd control situations results in fewer injuries to suspects, violent protestors, and officers. It also enables FPS to control large violent crowds with a small number of officers. Since June 2025, FPS has utilized chemical dispersal agents in situations where protesters posed a threat to officer safety or government property.

9. According to FPS reports, on June 24th, at approximately 11:18 p.m., FPS officers observed a white female, standing behind the north wall of the ICE facility and lighting what appeared to be a form of munitions. FPS officers along with ICE SRT units proceeded to the eastside pedestrian gate to apprehend the suspect. Upon seeing the FPS officer, the suspect reached into her backpack and produced a large silver and black machete. The FPS officer commanded her to stop and to drop the machete, but she ignored the commands. After issuing additional commands to drop the knife, another FPS officer deployed approximately five rounds of FN303, striking the suspect in the upper torso and causing her to flee east on Bancroft St. An ICE SRT officer then deployed a Taser 10 Conducted Energy Weapon (CEW) subduing the suspect. The suspect was placed under arrest by two ICE SRT Officers and was escorted to the ICE Detention Holding for processing. FPS and ICE units secured two machetes from the scene.

10. According to FPS reports, on July 4th, at approximately 8:04 p.m., an FPS officer on duty at the ICE facility arrested two individuals who were pushing ICE officers who were conducting another arrest. Prior to the arrest, the FPS officer issued a verbal warning to the suspects to step back, which they ignored. In response, the FPS officer deployed OC spray from a MK9 Fogger at the suspects, with each burst lasting approximately one second each.

11. According to FPS reports, on August 18th, at approximately 6:50 p.m., a protester stopped her vehicle in front of the driveway at the ICE facility and then abandoned it despite repeated commands to remove the vehicle. This impeded government operations by blocking government vehicles from entering and leaving the federal property and causing alarm about what might be in the vehicle. The Portland Bomb

Squad and Explosives Detection Canine Team cleared the vehicle at approximately 7:32 p.m., and Sargant Towing removed it at approximately 7:47 p.m. Starting at approximately 10:20 p.m., a crowd moved onto the driveway and began throwing trash and rocks at law enforcement officers. Multiple Long-Range Acoustical Device (LRAD) warnings issued by FPS to clear the driveway were ignored. At approximately 10:48 p.m., FPS officers exited the gate to clear the area and deployed OC spray with their MK-9 foggers and used their FN303s to deploy PAVA munitions to disperse the crowd.

12. According to FPS reports, on Labor Day, September 1st, FPS was monitoring protest activities at the ICE facility where a crowd was blocking entrances and exits at the facility,. Some protesters carried bats, improvised weapons, shields, and were wearing what appeared to be ballistic vests. Despite repeated verbal and LRAD warnings to leave, the crowd did not comply. At approximately 7:58 p.m., an FPS officer deployed pepper balls against protesters who were unlawfully removing boards from the fence on ICE property. At approximately 9:38 p.m., an FPS officer deployed pepper balls to disperse a group blocking the main entrance of the facility. This deployment was in response to protestors placed a prop guillotine at the front entrance blocking vehicle entry and exit from the facility. At approximately 10:23 p.m., after additional warnings, FPS and ICE SRT officers moved to clear the driveway that was blocked, using the FN303 and PBL.

13. According to FPS reports, on October 1, 2025, at approximately 11:03 p.m., an FPS officer used an MK9 to deploy OC spray at protesters who were blocking the driveway at the ICE facility. The OC spray was deployed after verbal warnings were provided with an LRAD. There were no reported injuries.

14. According to FPS reports, on October 4th, an FPS officer assigned to the ICE facility observed approximately 100 demonstrators trespassing on federal property. At approximately 1:04 p.m., after multiple verbal orders issued via LRAD to vacate the area, the officer, along with other federal law enforcement officers, deployed from the facility driveway. During the deployment, the officer encountered a subject and issued several verbal commands to step back and leave federal property. The subject ignored the commands, prompting the officer to make physical contact and push the individual towards the street. The subject then shoved the officer and threw a large, heavy object, striking the officer's upper body. In response, the officer deployed OC spray with his MK9, and the subject was subsequently detained by federal law enforcement.

15. According to FPS reports, on October 11, 2025, at approximately 7:21 p.m., an FPS officer deployed FN303 PAVA to push back a group of protesters that were blocking a vehicle and pouring some sort of liquid onto the driveway on federal property at the ICE facility. At approximately 10:37 p.m., an FPS officer reported that protesters were barricading the entrances, exits and gates to the ICE facility with picnic tables and lighting them on fire. FPS put the fires out and the protests winded down at about 1:30 a.m. the following morning without additional incidents.

16. Additionally, on October 11, 2025, at approximately 10:47 p.m., an FPS officer deployed PAVA rounds from his FN303 in order to restrain a suspect during a targeted arrest and ICE SRT deployed CS gas for area denial. At approximately 11:48 p.m., an FPS officer deployed PAVA rounds from his FN303 in an effort to clear protesters from the driveway of the ICE facility for vehicle traffic.

17. According to FPS reports, on October 12th, at approximately 5:00 p.m., an FPS officer was assisting in clearing the Macadam Street so that a convoy of vehicles could depart the ICE facility, when a female protester ran toward the line of officers. The FPS officer pushed her out of the area and then a male suspect stepped up to him and began yelling at him for pushing the woman. The male suspect spit on the officer and the officer attempted to take him into custody. Several unknown suspects then began to pull the male suspect back to help him escape custody. The unknown suspects then began to pull on the back of the FPS officer's vest and continued to try to pull the male suspect away from the officer. The FPS officer deployed his MK9 OC spray and sprayed the individuals who were pulling on the suspect. The individuals released the male suspect, and the officer was able to take him into custody.

18. Additionally, on October 12, 2025, at approximately 7:56 p.m., two FPS officers deployed OC spray from their MK9s and pepper ball from their PLS at protesters who had barricaded a contract security guard in his guard shack and were attempting to destroy security cameras at the ICE facility.

19. On November 23, 2025, at approximately 7:01 p.m., an FPS officer deployed pepper ball after a suspect refused to comply with verbal orders to stay off federal property. The suspect left voluntarily, and no injuries were reported.

20. On November 24, 2025, at approximately 11:30 p.m., an FPS officer deployed pepper ball for area denial at the ICE facility in order to prevent protesters from

impeding the driveway at the facility at the protesters were instructed multiple times not to impede the driveway. There were no reported injuries.

21. On November 27, 2025, at approximately 8:02 p.m., an FPS officer deployed pepper ball into the ground for area denial at the ICE facility near a suspect who had refused repeated commands to depart federal property. The suspect was not detained, and no injuries were reported.

22. On November 30, 2025, at approximately 12:02 a.m., an FPS officer deployed 3 rounds of pepper ball around the ICE facility to create area denial after demonstrators trespassed on federal property and refused to comply with orders to move off of federal property. There were no injuries, and the protesters departed federal property without further incident.

23. On December 21, 2025, at approximately 8:49 p.m., an FPS officer deployed pepper ball directed at a protester who was running towards an ICE vehicle as it was departing from the ICE facility. There did not appear to be any injuries sustained.

24. During the evening of January 9, 2026, a group of approximately 200-300 demonstrators had gathered off property in front of the ICE facility. At approximately 11:01 p.m., FPS officers advised that rocks were being thrown at them and that they responded by deploying pepper ball towards the protesters who were throwing the rocks. The pepper ball did not appear to cause any injuries.

25. During the evening of January 10, 2026, a group of approximately 150 demonstrators had gathered off property outside of the ICE facility. At approximately 11:55 p.m., protesters attempted to block an FPS officer's vehicle from leaving the facility, so another FPS officer deployed pepper ball towards the subject who was blocking the vehicle, allowing the officer to safely depart. There did not appear to be any injuries.

26. Considering both the geographic location of the apartment building in question and type of chemical munitions that FPS has used at the ICE facility, it is highly improbable that the use of said munitions (OC, PLS, and FN303) would result in any adverse impact on the apartment building or its residents. FPS has not received any reports or complaints that its use of crowd control chemical munitions (OC, PLS, and FN303) have impacted the nearby apartments or residential areas.

27. If FPS's use of chemical crowd control munitions is curtailed in the manner requested by the plaintiffs, FPS will lose a critical tool that it needs to protect federal

facilities, members of the public, and the federal workforce consistent with its statutory authority.

28. FPS authorized its personnel to use riot control agents as an intermediate force option to temporarily incapacitate a subject. They may be used in situations where empty-hand techniques are not sufficient or where deemed appropriate to control disorderly, non-compliant, or violent subjects, but where deadly force is not deemed justified. Riot control agents can be used to resolve potentially violent situations thereby reducing the likelihood of injury to law enforcement and other individuals.

29. FPS authorizes its personnel to use riot control agents against specific subjects engaged in unlawful conduct or is otherwise actively resisting arrest. FPS does not permit the use of OC spray indiscriminately against groups of people where bystanders would be unreasonably affected, or against individuals not involved in criminal acts. Whenever reasonably possible, a verbal warning is issued prior to the use of riot control agents.

30. FPS provides its personnel with training on the use of the relevant OC and less lethal launcher , which is designed to train and certify students as OC and less lethal launcher operators and to provide them with knowledge in the proper techniques of care and cleaning, as well as the safe operation and deployment of the various OC deployment methods and less lethal launchers. They are also trained on tactical and safety considerations when deploying the referenced riot control munitions. Officer safety and consideration for the safety and wellbeing of the public is a central focus on all use of force training provided. To that end, training on post exposure care of an affected subject is also provided. Safety considerations for use in a variety of circumstances are also part of the training provided.

Executed on_____, at Seattle, Washington

ROBERTO R CANTU
Digitally signed by ROBERTO R CANTU
Date: 2026.01.16 11:54:11 -08'00'

ROBERTO CANTU