# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, et al., *Plaintiffs*, v. U.S. DEPARTMENT OF HOMELAND SECURITY, et al., *Defendants*. | **DECLARATION OF REBECCA ROE IN SUPPORT OF PLAINTIFFS' SUPERSEDING MOTION FOR PRELIMINARY INJUNCTION** Case No. 3:25-cv-2257 |

I, Rebecca Roe, declare as follows:

1. I make this declaration in support of Plaintiffs' Superseding Motion for a Preliminary Injunction based on my personal knowledge, information, and belief. If called as a witness at trial, I would be able to competently testify to the matters herein.

2. I am a survivor of domestic violence and have used a pseudonym in this lawsuit to protect my identity from my abuser.

3. I am a resident at Gray's Landing and have an apartment on the west side of the Gray's Landing complex, facing east over the Gray's Landing courtyard.

4. Since the protests began in June 2025, I have personally documented many of the incidents between federal law enforcement officers and the protesters by video. Federal law enforcement began using tear gas and smoke grenades in June and have continued to use them

1

repeatedly ever since. The three months of June, July, and August were particularly harmful as the tear gas and smoke were used several times per week. In September and October, the chemical munitions were used at least weekly.

5. On January 24, 2026, there was a significant deployment of chemical munitions in response to protesters that had gathered outside of the building. Federal officers began firing the tear gas and smoke at approximately 6:35 p.m. I can tell when the munitions are fired because there is a distinct sound made when the officers are shooting tear gas cannisters as opposed to throwing them. The federal officers at the ICE facility also used smoke grenades with green and white smoke, as well as firing pepper balls and flashbang grenades.

6. I watched out my window as the smoke wafted down the Gray's Landing courtyard corridor and into our building. From my apartment, I could smell and taste the gas. I was already suffering from a cold when the tear gas was set off, and the gas getting into my apartment made my sore throat, cough, and chest tightness much worse. Like on previous occasions, these symptoms have lingered for multiple days after the gas got into my apartment.

7. I went to film the protesters and the officers' response at approximately 9:45 p.m. Even though I was not feeling well, I believed that I had an obligation to document what was happening. In order to protect myself, I wore a gas mask and clothes that I could immediately wash when I returned home. I sat on a bench on Gray's Landing property and did not participate in the protests while I was filming.

8. The federal officers fired gas at least once every hour until they stopped at 10:50 p.m. By the late evening, I saw that the protests had shrunk and I could not tell why the federal officers were still using tear gas and chemical munitions at that point. I believe that they were using them at the point simply because they could.

9.      I suffer from post-traumatic stress disorder (PTSD), which has been repeatedly triggered by the weapons used against the protesters. The loud bangs of the grenades detonating trigger anxiety, stress, and make me disoriented.

10.     The use of tear gas, pepper balls, flashbangs, and smoke grenades have also caused me significant physical injuries despite remaining in my apartment. The smoke has caused a cough that takes days to resolve. The smoke and gas makes me dizzy, burns my nose and eyes, and causes my chest to hurt. It feels like prolonged heart palpitations. My entire respiratory system hurts and my shoulders ache for days after inhaling the chemicals. These symptoms last several days after each time the chemicals get into my apartment. I have gone to the emergency room to get treated for these injuries, but there is not much treatment that can be offered.

11.     These symptoms have hurt me each time that the gas and chemicals are used. Because of how much the chemical munitions have been used, many of my symptoms felt permanent over the summer. The respiratory symptoms last the longest. From July to December 2025, I felt permanently sick. I am suffering from the same symptoms again due to inhaling the gas on January 24.

12.     I have tried to avoid the gas and chemicals. I have worn a gasmask to bed, kept my windows closed, and attempted to clean my apartment whenever tear gas is used. Any time my clothes are exposed to the chemicals, I wear gloves and put them in a trash bag in my bathtub until they can be washed. I also have to protect my food and utensils as anything out in my apartment will be contaminated if it is uncovered. Despite those efforts, I continue to be injured by the government agents' use of gas, smoke, and pepper balls regularly.

13. Gray's Landing does not have central air conditioning, and instead residents must use a window air conditioning unit for air. Over the summer and fall, whenever gas and smoke would be used, I would have to race to pull in the air conditioning unit to close the windows. But that sometimes resulted in the apartment getting extremely hot. I therefore had to choose between having gas and smoke freely enter the unit or being in an unbearably hot apartment.

14. I authenticate Exhibits 7-18 to Plaintiffs' Motion for a Preliminary Injunction. They reflect true and accurate copies of videos and images I took. I filmed exhibits 7, 8, 10, 11, and 14 from the island where Bancroft Street and Macadam Avenue meet. I filmed exhibits 9, 12, 13, 15, 17, and 18 from the south end of the Gray's Landing courtyard on the second floor of the building. All videos are shot in the direction of the ICE building. 10.

15. I filmed exhibit 7 on October 4, 2025, exhibit 8 on October 12, 2025, exhibit 9 on October 16, 2025, exhibits 10 and 11 on June 24, 2025, exhibits 12, 13, and 14 on July 4, 2025, exhibit 15 on July 15, 2025, exhibit 16 on August 18, 2025, exhibit 17 on August 19, 2025, and exhibit 18 on September 1, 2025.

16. I authenticate Exhibits 37-39 to Plaintiffs' Motion for a Preliminary Injunction. They reflect true and accurate copies of videos I took on January 24, 2026. I filmed exhibit 37 from the south end of the Gray's Landing courtyard on the second floor of the building, and I filmed Exhibits 38-39 from a bench on Gray's Landing property on Bancroft Street. All videos are shot in the direction of the ICE building.

I declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated: January 29, 2026                                          */s/ Rebecca Roe*
                                                                 Rebecca Roe

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

REACH COMMUNITY DEVELOPMENT, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants*.

Case No. 3:25-cv-2257

## CONVENTIONALLY FILED EXHIBITS 37-39 TO PLAINTIFFS' SUPERSEDING MOTION FOR PRELIMINARY INJUNCTION

[Conventionally filed exhibits 1-19 are on file with the clerk's office. *See* ECF No. 23.]

| Exhibit Number | Title |
|:---:|:---:|
| 37 | 1/24/2026 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 16. |
| 38 | 1/24/2026 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 16. |
| 39 | 1/24/2026 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 16. |

January 30, 2026

Respectfully submitted,

*/s/Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar No. 1016621)+
Lynn D. Eisenberg (D.C. Bar No. 1017511)+
Stephen K. Wirth (D.C. Bar 1034038)+
Brian C. Rosen-Shaud (D.C. Bar No. 90042065)+

**Jacobson Lawyers Group PLLC**
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Telephone: +1 301-823-1148
Dan@jacobsonlawyersgroup.com

Darin M. Sands, OSB No. 106624
Colin Hunter, OSB No. 131161
**Bradley Bernstein Sands LLP**
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480
dsands@bradleybernstein.com
chunter@bradleybernstein.com

Taylor Jaszewski (CA Bar No. 345094)+
**Bradley Bernstein Sands LLP**
1212 Broadway, Suite 1100
Oakland, CA 94612
Telephone: +1 510-380-5801
tjaszewski@bradleybernstein.com


Brian D. Netter (D.C. Bar No. 979362)+
Jeffrey B. Dubner (D.C. Bar No. 1013399)+
Anna L. Deffebach (D.C. Bar No. 241346)+
**Democracy Forward Foundation**
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
bnetter@democracyforward.org
adeffebach@democracyforward.org

Katie Schwartzmann (La Bar No. 30295)+
**Protect Democracy**
201 St. Charles Ave., Suite 114
New Orleans, La 70170
(202) 573-4382

+ Admitted pro hac vice

*Counsel for Plaintiffs*