**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

REACH COMMUNITY DEVELOPMENT, *et al.*,

        *Plaintiffs*,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

        *Defendants*.

Case No. 25-cv-2257

## DECLARATION OF DANIEL F. JACOBSON

1.      I am an attorney at Jacobson Lawyers Group, PLLC and am counsel for Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction under Rule 65(a)(2).

2.      Attached as Exhibit 19 is a video report posted by Oregon Public Broadcasting on October 5, 2025. The video appears along with a news article that Plaintiffs also cite in their brief. Troy Brynelson & Alex Zielinski, *Federal tactics on Portland protesters escalate, hours after judge rules against Trump*, Or. Public Broadcasting, Oct. 5, 2025, https://perma.cc/LSR3-3WWB.

3.      To create Exhibit 19, my team used the screen recording function to make a copy of the video from Youtube, currently available at https://www.youtube.com/watch?v=NQtm5LATz_o. Perma.cc, which Plaintiffs' counsel used to create permanent copies of urls, does not capture Youtube videos.

4.      Attached as Exhibit 20 is a copy of the article published in conjunction with the video, Troy Brynelson & Alex Zielinski, *Federal tactics on Portland protesters escalate, hours*

*after judge rules against Trump*, Or. Public Broadcasting, Oct. 5, 2025, https://perma.cc/LSR3-3WWB.

5.      Attached as Exhibit 22 is a screenshot of a September 27, 2025 post by RapidResponse47 on X, (@RapidResponse47), X(Sept. 27, 2025), https://perma.cc/2K8C-AYET.

6.      Attached as Exhibit 23 is a copy of the article, Troy Brynelson, *Right-wing Influencer to Sue Portland for $10 Million After Arrest at ICE Protests*, Or. Pub. Broad. (Dec. 9, 2025), https://www.opb.org/article/2025/12/09/portland-oregon-police-nick-sortor-lawsuit/.

7.      Attached as Exhibit 24 is a screenshot of an October 3, 2025 post by Katie Daviscourt on X, (@KatieDaviscourt), X (Oct. 3, 2025), https://x.com/KatieDaviscourt/status/1974227338167472474.

8.      Attached as Exhibit 25 is a screenshot of an October 4, 2025 post by Ben Bergquam on X, (@BenBergquam), X (Oct. 4, 2025), https://x.com/BenBergquam/status/1974616980960530643.

9.      Attached as Exhibit 26 is a screenshot of an October 5, 2025 post by Ben Bergquam on X, (@BenBergquam), X (Oct. 5, 2025, https://x.com/BenBergquam/status/1974970052345790595.

10.      Attached as Exhibit 27 is a screenshot of an October 4, 2025 post by Nick Sortor on X, (@nicksortor), X (Oct. 4, 2025), https://x.com/nicksortor/status/1974591900146659654.

11.      Attached as Exhibit 28 is a screenshot of an October 4, 2025 post by The Post Millenial on X, (@TPostMillennial), X (Oct. 4, 2025), https://x.com/TPostMillennial/status/1974529848535376165.

12. Attached as Exhibit 29 is a screenshot of an October 4, 2025 post by Katie Daviscourt (@KatieDaviscourt), X (Sep. 11, 2025), https://x.com/KatieDaviscourt/status/1966241097413488959.

13. Attached as Exhibit 30 is a screenshot of an October 5, 2025 post by Katie Daviscourt on X, (@KatieDaviscourt), X, (Oct. 5, 2025), https://x.com/KatieDaviscourt/status/1974748903951208802.

14. Attached as Exhibit 31 is a screenshot of an October 18, 2025 post by Nick Sortor on X, (@nicksortor), X (Oct. 18, 2025), https://x.com/nicksortor/status/1979747922259726613.

15. Attached as Exhibit 32 is a copy of the article, Zaeem Shaikh, *Portland police not required to enforce noise rules at ICE protests, judge rules*, The Chronicle, Aug. 20, 2025, https://www.chronline.com/stories/portland-police-not-required-to-enforce-noise-rules-at-ice-protests-judge-rules,385677.

16. Attached as Exhibit 33 is a copy of a letter to Secretary Noem from Oregon members of Congress, Oct. 16, 2025, https://bynum.house.gov/sites/evo-subsites/bynum.house.gov/files/evo-media-document/letter-to-sec-noem.pdf.

17. Attached as Exhibit 34 is a copy of the article, Singh, Jennifer, *Landlord, residents sue federal government over tear gas use near Portland ICE building*, KATU2abc (Dec. 8, 2025), https://katu.com/news/local/grays-landing-sues-federal-government-over-tear-gas-use-near-south-portland-complex-oregon-ice-immigration-customs-enforcement-lawsuit-veterans-low-income-reach-nonprofit-homeland-security-dhs-trump.

18.    Attached as Exhibits 40, 41, and 42 are screenshots from a livestream that I watched on January 24-25, 2026. My team took these screenshots from a recording of that livestream on January 29, 2026. Attached as Exhibits 43 and 44 are videos I captured on my cell phone on January 30, 2026, of that livestream showing Defendants using tear gas outside of Gray's Landing on January 24, 2026. The video is available at: https://x.com/i/broadcasts/1OwxWewAMAeGQ.

19.    Attached as Exhibit 45 is a video I captured on my cell phone on January 30, 2026, showing Defendants using tear gas outside of Gray's Landing on January 30, 2026. The video is available at: https://x.com/teh_General/status/2017451194126414011.

20.    Attached as Exhibit 46 is a video I captured on my cell phone on January 30, 2026, showing Defendants using tear gas outside of Gray's Landing on January 30, 2026. The video is available at: https://x.com/NotTinaKotex/status/2017435865635823914.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2026 in Washington, D.C.

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar 1016621)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Tel: (301) 823-1148
dan@jacobsonlawyersgroup.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

REACH COMMUNITY DEVELOPMENT, *et al*.,

        *Plaintiffs*,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al*.,

        *Defendants*.

Case No. 3:25-cv-2257

## CONVENTIONALLY FILED EXHIBITS 37-39 TO PLAINTIFFS' SUPERSEDING MOTION FOR PRELIMINARY INJUNCTION

[Conventionally filed exhibits 1-19 are on file with the clerk's office. *See* ECF No. 23.]

| Exhibit Number | Title |
|---|---|
| 37 | 1/24/2026 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 16. |
| 38 | 1/24/2026 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 16. |
| 39 | 1/24/2026 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 16. |
| 43 | Video of livestream showing Defendants using tear gas outside of Gray's Landing on January 24, 2026. Decl. of Daniel Jacobson ¶ 18. |
| 44 | Video of livestream showing Defendants using tear gas outside of Gray's Landing on January 24, 2026. Decl. of Daniel Jacobson ¶ 18. |

| | |
|---|---|
| 45 | Video of livestream showing Defendants using tear gas outside of Gray's Landing on January 30, 2026. Decl. of Daniel Jacobson ¶ 19. |
| 46 | Video of livestream showing Defendants using tear gas outside of Gray's Landing on January 30, 2026. Decl. of Daniel Jacobson ¶ 20. |

January 30, 2026

Respectfully submitted,

*/s/Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar No. 1016621)+
Lynn D. Eisenberg (D.C. Bar No. 1017511)+
Stephen K. Wirth (D.C. Bar 1034038)+
Brian C. Rosen-Shaud (D.C. Bar No. 90042065)+
**Jacobson Lawyers Group PLLC**
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Telephone: +1 301-823-1148
Dan@jacobsonlawyersgroup.com

Darin M. Sands, OSB No. 106624
Colin Hunter, OSB No. 131161
**Bradley Bernstein Sands LLP**
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480
dsands@bradleybernstein.com
chunter@bradleybernstein.com

Taylor Jaszewski (CA Bar No. 345094)+
**Bradley Bernstein Sands LLP**
1212 Broadway, Suite 1100
Oakland, CA 94612
Telephone: +1 510-380-5801
tjaszewski@bradleybernstein.com

Brian D. Netter (D.C. Bar No. 979362)+
Jeffrey B. Dubner (D.C. Bar No. 1013399)+
Anna L. Deffebach (D.C. Bar No. 241346)+
**Democracy Forward Foundation**
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
bnetter@democracyforward.org

adeffebach@democracyforward.org

Katie Schwartzmann (La Bar No. 30295)+
**Protect Democracy**
201 St. Charles Ave., Suite 114
New Orleans, La 70170
(202) 573-4382

+ Admitted pro hac vice

*Counsel for Plaintiffs*

# EXHIBIT 42



OPB — Independent. Member supported. For the Pacific Northwest.

Independent. Member-supported.

donate now

About OPB    Public media funding    OPB and KMHD events    OPB en Español    Partnerships

# Federal tactics on Portland protesters escalate, hours after judge rules against Trump

By **Troy Brynelson** (OPB) and **Alex Zielinski** (OPB)
Oct. 5, 2025 4:54 a.m. **Updated:** Oct. 5, 2025 11:28 a.m.

**The Department of Homeland Security did not respond to questions about what prompted the strategy.**

## Dear Reader,

Every day, OPB tells the stories of our region — from local reporting that builds understanding to cultural programming that connects us. In a moment when division is easy to find, OPB works to highlight the people, ideas, and experiences that bring our community together.

As we close out the year, this work continues only with the support of readers like you. If OPB has enriched your understanding of the Pacific Northwest or helped you feel more connected to your community, please consider making a year-end gift.

— The OPB Team

Please select an amount to give. Your contribution keeps cultural connection and fact-based reporting available to everyone.



| 💛 Sustaining | One-time |
|---|---|
| $10 / mo. | $20 / mo. | $50 / mo. | $100 / mo. |
| $ Other amount | / mo. |



Hours after a federal judge paused the Trump administration's plans to deploy 200 members of the Oregon National Guard to Portland on Saturday, federal law enforcement officers escalated the tactics used on protesters in the city.

Outside the U.S. Immigration and Customs Enforcement facility, federal officers pushed crowds of protesters hundreds of yards down city streets and fired tear gas, flash-bang grenades and pepper balls without any clear signs of provocation.



THANKS TO OUR SPONSOR:     Become a Sponsor

Officials with the U.S. Department of Homeland Security did not immediately respond to a request for comment.



More than 100 protesters demonstrated against federal law enforcement at the ICE building Saturday evening, much as they have in previous nights. They heckled officers and denounced participation in President Donald Trump's mass deportation policies. A few dozen activists also joined the crowd demonstrating in support of ICE.

Federal officers interrupted the scene with a show of force unlike previous nights. It began shortly after 8 p.m. with dozens of officers marching out of the driveway and moving the crowd to make way for vehicles.

Then, unlike the typical driveway clearing they did previous nights, officers began to push the crowds farther into the neighborhood by several blocks. As protesters loudly wondered why they were being asked to step back on public city streets, officers methodically marched the crowds down two separate streets on either side of the ICE facility: South Bancroft Street and South Moody Avenue.

**Related:** Judge halts deployment of Oregon National Guard, Trump administration files appeal

Federal officers were flanked by videographers, toting professional equipment and wearing high-visibility vests. They filmed from behind the lines of officers, capturing the show of force. At least two drones swept over the scenes.

The march continued for roughly 15 minutes. They pushed the crowd on Bancroft down to its intersection with South Bond Avenue. There, after a pause, they dropped tear gas and other chemical munitions at protesters' feet and legs. Officers then marched back to the ICE building in a similar, stuttered fashion, punctuating each stop with gas and volleys of pepper balls.

Officers similarly pushed a group of protesters and other people northbound through South Moody Avenue.



Federal officers watch as gas they've deployed fills the air around protesters outside of the Immigration and Customs Enforcement building in southwest Portland.

*Troy Brynelson / OPB*

As protesters stumbled backwards, many asked why the federal officers were taking the action. They asked if it was meant to be a provocation.

"What I saw is that they wanted us to fight," said one protester, who called herself Rainbow. She declined to give her full name out of fear for her safety. "They just kept pushing us back and there was nowhere we could go."

Rainbow, who has been demonstrating at the ICE facility for months, pointed to a white mark on her black pants where she said she was shot with a flash-bang.

"Tonight's been different," said another protester who said she has been protesting outside of the ICE building in South Portland since May. She asked to remain anonymous out of concern for her safety. "It's a lot of gas, a lot more than in the past. And a lot more aggression. If there's a war zone in Portland, it's because of them."

It's unclear what triggered the strategy from federal officers. OPB reporters on scene saw only one person arrested and carried inside, which occurred right as federal law

STREAMING NOW
Wait, Wait...Don't Tell Me!

OPB emailed questions to DHS and the Portland Police Bureau about the night's events and what might have prompted the use of tear gas and other munitions. DHS did not respond.

THANKS TO OUR SPONSOR:                    Become a Sponsor

**Related:** Dueling narratives on Portland protests head to court in National Guard case

After clearing the streets, several officers removed a large banner reading "Abolish ICE" from a fence facing the building.

"DHS agents have just RIPPED DOWN the massive 'Abolish ICE' banner outside the ICE facility in Portland," conservative media figure Nick Sortor wrote in a post on X. "Trump's DHS has made it very clear tonight: they WILL NOT bow down to Antifa — even if Portland Police refuse to assist."

After a minimal presence for several months, an increasing number of right-leaning activists and livestreamers have been drawn to the protests in recent days, particularly after the Thursday arrest of Sortor by Portland police. On Saturday night, they waved banners and cheered when officers shot tear gas, flash-bangs and pepper balls toward the crowd of protesters.

Several officers with the Portland Police Bureau witnessed the events. The officers took no action, telling protesters afterward that they cannot intervene with federal law enforcement. A PPB spokesperson declined to comment.

Federal officers had shot tear gas into a group earlier in the day after protesters had marched to the building from a nearby park. Federal law enforcement made at least seven arrests by Saturday afternoon. The crowd had largely dispersed by around 3 p.m.

**Related:** 'OPB Politics Now': President Trump targets Portland

Holly, an organizer who was arrested and released around 5 p.m. Saturday, said being inside the ICE facility galvanized her opposition to the agency. She said she supports the

"If anything, my experience made me just want to see this facility shut down more than I did before," she said.



Federal officers confront protesters at the U.S. Immigration and Customs Enforcement facility, Portland, Ore., Oct. 4, 2025.
*Eden McCall / OPB*

## Trump's order likely to inflame protests, judge says

Around 4:30 p.m., U.S. District Court Judge Karin Immergut [temporarily blocked](#) Trump's deployment of 200 members of the Oregon National Guard, which he authorized last week. The Trump administration filed a notice late Saturday that it was appealing the decision.

The ruling is part of a larger lawsuit the state and city filed last week asking the courts to find Trump's deployment unlawful.

STREAMING NOW
Wait, Wait...Don't Tell Me!

In granting the restraining order, Immergut noted that before Trump's order, protests "generally did not involve violence against federal property or personnel" and "do not approach the level of disruption to federal functions."

She said the president's deployment of federal troops was likely to inflame protests, as it had done in past deployments in Portland and Los Angeles.

During Friday's hearing, Eric Hamilton, an attorney with the U.S. Justice Department's Civil Division testified that multiple branches of the Department of Homeland Security ramped up their response to Portland's protest, saying more than 100 federal officers with the Federal Protective Service were called to protect the ICE building.

Prior to Trump floating the deployment of the National Guard, Oregon officials held a press conference suggesting an uptick in federal law enforcement was aimed at goading protesters into a conflict. They urged peaceful demonstrations, repeatedly describing the Trump administration's actions as a trap.

The clouds of stinging gas Saturday forced protesters to splinter off, splashing water in their eyes and dry heaving on side streets, but it didn't deter demonstrators.

By 10:30 p.m., the earlier crowd grouped in front of the ICE building appeared to have doubled in size.

*Conrad Wilson contributed reporting.*

THANKS TO OUR SPONSOR:                    Become a Sponsor

THANKS TO OUR SPONSOR:                    Become a Sponsor





### Daily news in your inbox

Sign up today for OPB's "First Look" – your daily guide to the most important news and culture stories from around the Northwest.

example@domain.com

**Sign up**

# Related Stories



# Federal officers fire tear gas, make multiple arrests during protest outside Portland ICE facility

Hundreds of protesters marched to facility from nearby Elizabeth Caruthers Park in Southwest Portland.

Oct. 4, 2025



## Judge halts deployment of Oregon National Guard, Trump administration files appeal

The judge's decision in Portland comes as the administration deploys the National Guard to a number of American cities.

Oct. 4, 2025

Federal funding for public media has been eliminated. Take action now and protect OPB's independent journalism and essential programs for everyone.

### Make a Sustaining contribution now

About OPB      ⚙ Manage My Membership

Help Center      Sponsorship

Work With Us      Contact Us

## Privacy Policy

Cookie Preferences
FCC Public Files
FCC Applications
Terms of Use
Editorial Policy
SMS T&C
Contest Rules
Accessibility

# EXHIBIT 22



**Matt Tardio** ✔
@angertab

That's @nicksortor hanging out on the rooftop of the Portland ICE facility the night after he was arrested by Portland Police.



1:42 AM · Oct 4, 2025 · **10.2K** Views

# EXHIBIT 23


Independent. Member supported.
For the Pacific Northwest.

Independent.
Member-supported.

donate now 

**About OPB**    **Public media funding**    **OPB and KMHD events**    **OPB en Español**    **Partnerships**    N

# Right-wing influencer to sue Portland for $10 million after arrest at ICE protests

By **Troy Brynelson** (OPB)
Dec. 9, 2025 2:22 p.m. **Updated:** Dec. 9, 2025 3:05 p.m.

**Nick Sortor and his attorney argue the Portland Police Bureau has a history of bias against conservatives.**

## Dear Reader,

Every day, OPB tells the stories of our region — from local reporting that builds understanding to cultural programming that connects us. In a moment when division is easy to find, OPB works to highlight the people, ideas, and experiences that bring our community together.

As we close out the year, this work continues only with the support of readers like you. If OPB has enriched your understanding of the Pacific Northwest or helped you feel more connected to your community, please consider making a year-end gift.

— The OPB Team

Please select an amount to give. Your contribution keeps cultural connection and fact-based reporting available to everyone.




STREAMING NOW
**Wait, Wait…Don't Tell Me!**

A conservative influencer says he plans to sue the city of Portland for $10 million over his arrest outside the U.S. Immigration and Customs Enforcement building in October.

Nick Sortor, of Washington D.C., signaled on Monday that he will file claims that his civil rights were violated by the Portland Police Bureau during his Oct. 2 arrest. Sortor filed a tort claim, a legal filing that's required when a person plans to file a lawsuit.

THANKS TO OUR SPONSOR:                    Become a Sponsor



Conservative influencer Nick Sorter, left, takes images from atop the U.S. Immigration and Customs Enforcement (ICE) facility on Oct. 7, 2025, during a visit by U.S. Homeland Security Secretary Kristi Noem.

*Kristyna Wentz-Graff / OPB*

Sortor appeared on FOX News on Monday night to discuss his experiences with protesters in New Orleans, but briefly mentioned to host Laura Ingraham that his Portland suit will argue his arrest is an example of the city police bureau's bias against conservatives.

"This is a pattern and practice of these far-left cities," Sortor said, "Ordering their police departments to go after people like me and, in Portland's case, leave the leftist protesters alone, give them more runway and latitude."

Sortor landed in custody after he reportedly had a heated argument with protesters who opposed the Trump administration's deportation efforts this year. One protester

But Sortor was never charged. The Multnomah County District Attorney's Office said the evidence showed he was justifiably acting in defense. Prosecutors charged the other two, Son Yi and Angella Davis, with disorderly conduct.

THANKS TO OUR SPONSOR:　　　　Become a Sponsor

Still, the arrest kicked up a media storm and became emblematic of the dueling narratives about the city.



Portland police keeping the area in front of the U.S. Immigration and Customs Enforcement (ICE) facility on Oct. 7, 2025, during a visit by U.S. Homeland Security Secretary Kristi Noem.

*Kristyna Wentz Graff / OPB*

The U.S. Department of Justice's civil rights division wrote to Portland leaders Oct. 3 about Sortor's arrest being an example of "viewpoint discrimination" against

STREAMING NOW
**Wait, Wait...Don't Tell Me!**

City and state leaders repeatedly pushed back, both in writing to the Justice Department and in federal court opposing the Trump administration's attempts to deploy members of the National Guard to the city. A federal judge sided with the local leaders, blocking the guard deployment, but the order remains on appeal.

Sortor's legal claims are a continuation of the argument. His tort claim includes a 24-page memo that details events dating back to 2016 that he and his lawyer believe show how the city and local police "protect Antifa operations and advance Antifa political objectives."



Conservative influencer Nick Sorter, center left, takes images from atop the U.S. Immigration and Customs Enforcement (ICE) facility on Oct. 7, 2025, during a visit by U.S. Homeland Security Secretary Kristi Noem.
*Eli Imadali / OPB*

In an interview with OPB, attorney Angus Lee highlighted sections of the tort claim concerning the 2022 trial of Patriot Prayer leader Joey Gibson and co-defendant Russell Schultz. Those charges stemmed from a 2019 brawl outside of a bar in Portland. At trial, a Multnomah County judge threw the case out, citing a lack of evidence.

STREAMING NOW
Wait, Wait...Don't Tell Me!

Representatives for the Portland Police Bureau and the city attorney's office declined to comment.

THANKS TO OUR SPONSOR:                    Become a Sponsor

THANKS TO OUR SPONSOR:                    Become a Sponsor



## Daily news in your inbox

Sign up today for OPB's "First Look" – your daily guide to the most important news and culture stories from around the Northwest.

example@domain.com          **Sign up**

# Related Stories

# Multnomah County DA drops charge against conservative influencer Nick Sortor

Multnomah County prosecutors declined to charge conservative influencer Nick Sortor, who was arrested Thursday at a protest outside the U.S. Immigration and Customs Enforcement facility in Portland.

Oct. 6, 2025

**Tags:** Portland, ICE, Protest, Lawsuit

Federal funding for public media has been eliminated. Take action now and protect OPB's independent journalism and essential programs for everyone.

## Make a Sustaining contribution now

About OPB

Help Center

Work With Us

⚙ Manage My Membership

Sponsorship

Contact Us

**Privacy Policy**
Cookie Preferences
FCC Public Files
FCC Applications
Terms of Use
Editorial Policy
SMS T&C
Contest Rules
Accessibility

# EXHIBIT 24

**Katie Daviscourt** 
@KatieDaviscourt

On top of the roof at Portland ICE with @hunnybadgermom! 🤍



# EXHIBIT 25



**Ben Bergquam - Real America's Voice (RAV-TV) News** ✓
@BenBergquam

Happening now at the Portland ICE facility! Multiple arrests, tear gas and the fight to save our country!

God Bless ICE! God Bless America!

Law & Border @RealAmVoice



7:25 PM · Oct 4, 2025 · **94.3K** Views

 248     1.3K     4.5K     126    

# EXHIBIT 26

 **Ben Bergquam – Real America's Voice (RAV-TV) News** ✓
@BenBergquam

I could watch this one over and over!

"Show me what democracy looks like. This is what democracy looks like!" Thank God we're a republic!

Law & Border from #Portland #ICE @RealAmVoice



6:48 PM · Oct 5, 2025 · **14.8K** Views

 25      293      1.4K      26     

# EXHIBIT 29



**Nick Sortor** ✔
@nicksortor

🚨 BREAKING: DHS has deployed BLACKHAWKS over the ICE facility in Portland, as rioters get tear-gassed and pepperballed by agents

Following my wrongful arrest, Secretary Noem promised to SURGE additional DHS resources into the area.

Looks like she's following through! NO MERCY!



5:46 PM · Oct 4, 2025 · **1.9M** Views

 3.6K     16K     82K     1.9K    

# EXHIBIT 2:



**The Post Millennial** ✅
@TPostMillennial

White House releases video montage of Portland ICE siege predominately featuring our reporter @KatieDaviscourt's videography over the past several months.



0:00 / 1:01

From **The White House** ✅

1:39 PM · Oct 4, 2025 · **4,734** Views

# EXHIBIT 29



**Katie Daviscourt** 📷 ☑ ⁿˡ  •••
@KatieDaviscourt

BREAKING: I went behind the scenes at the ICE facility in Portland with the Department of Homeland Security's Federal Protective Service ( @FPSDHS).

As anti-ICE protesters lay siege to the ICE facility for more than 90 consecutive days, here's an inside look at the officers who stand as our nation's first line of defense in protecting our federal buildings.



0:01 / 8:13

4:43 PM · Sep 11, 2025 · **864.5K** Views

 749　　 2.8K　　 8.8K　　 920　　

# EXHIBIT 52



**Katie Daviscourt** 📷 ☑️ 🔳
@KatieDaviscourt

...

Portland, Ore. — Federal agents disperse rioters laying siege to the ICE facility, deploying tear gas and crowd control munitions throughout the streets.



0:02 / 1:28

4:10 AM · Oct 5, 2025 · **46.8K** Views

 99     421     2.2K     69        

# EXHIBIT 31



**Nick Sortor** ✓
@nicksortor

🚨 BREAKING: DHS agents just FLOODED THE STREETS at ICE Portland with tear gas and chemical munitions after Antifa terrorists attempted to break their police line

President Trump has authorized ANY AND ALL force necessary to protect ICE agents

DHS is NOT giving a SINGLE INCH



Last edited 11:14 PM · Oct 18, 2025 · **1.1M** Views

# EXHIBIT 34



# Portland police not required to enforce noise rules at ICE protests, judge rules



## View PDF and Print

Manual Print With Wave



(/uploads/original/20250820-071307-af6-20250819-AMX-US-NEWS-PORTLAND-POLICE-NOT-REQUIRED-ENFORCE-1-PO.jpg)

**Four people were arrested on July 4, 2025 outside the ICE building on South Macadam, prosecutors said.**

MAXINE BERNSTEIN

Posted Wednesday, August 20, 2025 7:13 am

### Zaeem Shaikh / oregonlive.com (TNS)

Portland police are not required to enforce noise rules at protests outside the U.S. Immigration and Customs Enforcement office in the South Waterfront, a judge ruled last week.

The ruling from Multnomah County Senior Judge Ellen Rosenblum, a former Oregon attorney general, was in response to a lawsuit filed last month by a resident of Gray's Landing, a low-income apartment building next to the ICE facility. In it, resident Cloud Elvengrail asked the court to compel the city of Portland to enforce noise ordinances around the area.

She and other neighbors have "been subjected to an onslaught of noise" by protesters who have demonstrated at all hours, her attorneys wrote. Elvengrail's attorneys said she is seeking the same outcome

she must keep her windows closed while indoor temperatures remain high, according to the filing.

Elvengrail has called 911 and non-emergency police more than 40 times since protests began and claims she has not received meaningful help. In some cases, police have told her to leave and take a break from the noise, the filing stated.

She has also confronted protesters herself to tell them to be quiet, which put a target on her back, the filing said. In one instance on June 30, a protester doused her with a liquid she believed was alcohol.

Rosenblum said in a Thursday court hearing she felt the attorneys representing Elvengrail did not meet the high legal bar to allow her to make the city act. But she was sympathetic to Elvengrail and other neighbors at Gray's Landing. She said police could, and in her opinion should, use their discretion to ensure city noise rules are followed in the late evenings around the ICE building.

She ruled that police do have discretion and have used it in determining how and whether to intervene in nightly protests outside the facility.

(https://promovoltage.com)

**Michigan Farmer Unearths Something No One Expected**
Zoic

Learn More

(https://promovoltage.com)

aboola (https://popup.taboola.com/en/?template=colorbox&utm_source=ctpublishing-thechronicle&utm_medium=referral&utm_content=thumbnails-mid:Mid Article Thumbnails:)
Links (https://popup.taboola.com/en/?template=colorbox&utm_source=ctpublishing-thechronicle&utm_medium=referral&utm_content=thumbnails-mid:Mid Article Thumbnails:)

Under city noise rules, between 10 p.m. and 7 a.m., noise levels must stay at around 50 decibels in "open space zones," which the filing says would apply to protesters on public sidewalks and streets. The filing stated that Elvengrail has measured sound readings inside her apartment 15 to 20 decibels higher than the limit.

Attorneys for the city brought top Police Bureau officials to testify in a July 25 hearing on the matter and on Thursday.

A Portland police spokesperson declined to comment on the ruling, instead sharing a statement from City Attorney Robert Taylor, who said, "The city is grateful for the court's thoughtful consideration of the matter."



Julie Parrish, an attorney representing Elvengrail, said she believes police are avoiding enforcing noise regulations because they don't want to be perceived as working with ICE.

Parrish said she is continuing to explore options to help Elvengrail as protests continue.

"If we can help our client, we can help everyone in the neighborhood," she said.

*©2025 Advance Local Media LLC. Visit oregonlive.com. Distributed by Tribune Content Agency, LLC.*

---

**OTHER ITEMS THAT MAY INTEREST YOU**

**How abandoned big box stores could help solve Washington state's housing crisis** (/stories/how-abandoned-big-box-stores-could-help-solve-washington-states-housing-crisis,393456)

**Vancouver taps 38-year fire service veteran to lead growing fire department** (/stories/vancouver-taps-38-year-fire-service-veteran-to-lead-growing-fire-department,393454)

**Medical debt, contractors' wages and more: These new Oregon laws will take effect Jan. 1** (/stories/medical-debt-contractors-wages-and-more-these-new-oregon-laws-will-take-effect-jan-1,393453)

**First Day Hikes are back at Oregon state parks, minus one familiar perk** (/stories/first-day-hikes-are-back-at-oregon-state-parks-minus-one-familiar-perk,393452)

If you have a mouse, play this game for 1 minute

|Sponsored (https://popup.taboola.com/en/?template=colorbox&utm_source=ctpublishing-thechronicle&ut



'https://navy.quest)

(https://get.dollarperks.net/5510f4e5-de1c-4782-85db-0d1998bee4c7)

14 Social Security Changes Coming in 2026 That Impact Everyone (Plus Benefits You Could Claim Now!)

|Sponsored (https://popup.taboola.com/en/?template=colorbox&utm_source=ctpublishing-thechronicle&utm_medium=re    Read More

(https://get.dollarperks.net/5510f4e5-de1c-4782-85db-0d1998bee4c7)
(https://promovoltage.com)

# EXHIBIT 35

October 16, 2025

The Honorable Kristi Noem
Secretary of Homeland Security
U.S. Department of Homeland Security
2700 Martin Luther King Jr. Ave. SE
Washington, D.C. 20032

Dear Secretary Noem,

We write to express serious concern about the Department of Homeland Security's excessive use of force and agents performing crowd control in Portland, Oregon, and the lack of transparency around the Department's presence and activities in our community. Once again, we urge you to deescalate tensions by withdrawing the federal agents that you have recently deployed.

Your federal agents weren't invited, they aren't needed, and their presence has fomented the very violence you claim they are there to prevent. Photos and videos from our constituents and local media make clear that federal agents are needlessly using tear-gas against peaceful community members. Reports indicate, and videos show, that unprovoked federal agents have charged and knocked down peaceful protestors, including seniors and an elderly Vietnam war veteran. Constituents told us that federal agents have deployed unknown projectiles that have injured them. Many federal agents are fully masked and are continuing to hide any identifying information, which prevents our constituents from filing reports about any federal agents' misconduct.

The Cottonwood School, a K-8 school located adjacent to the Immigration and Customs Enforcement (ICE) Macadam facility, made the difficult decision to find a new location in August because of the harm of ongoing exposure to tear gas and other munitions. Residents at Gray's Landing, an apartment complex next to the facility that is home to many disabled veterans, continue to express deep concern about the effects of this ongoing exposure.

This is not the first time our constituents have experienced such excessive use of force by Department of Homeland Security (DHS) federal law enforcement. In 2020, federal agents responded to largely peaceful First Amendment activity by firing "less-lethal" rounds at protestors and by using tear gas on them night after night. The use of tear gas was indiscriminate, and chemicals contained in these aerosols spread to surrounding areas on a nightly basis. In fact, the City of Portland and Oregon Department of Environmental Quality identified a higher presence of cyanide and heavy metals near the sites where federal law enforcement personnel were deployed, and environmental groups expressed contamination concerns in the groundwater and Willamette River. Residents of downtown Portland were exposed to these dangerous chemicals regardless of their participation in the protests, and at least two dozen women who were exposed to tear gas in Oregon reported significant abnormalities in their menstrual cycles, which Oregon physicians believe to be connected to the use of chemical agents.

Crowd control agents, like tear gas, are indiscriminate by nature, making no distinction between a peaceful protestor, a bystander, a child, or an individual with a serious respiratory condition. The harmful impacts of tear gas have been well-documented: exposure can lead to pained and blurry vision, coughing, choking, and

difficulty breathing, particularly in people with asthma or other respiratory conditions. The Centers for Disease Control and Prevention state that high doses can cause chemical burns and respiratory failure leading to death. Medical experts have attributed various health concerns to the acute exposure of tear gas and other chemical agents, and health experts continue their research to understand the long-term impacts of exposure. Environmental groups have also expressed their serious concern about the spread of such chemicals and its harm to the health of local communities and surrounding wildlife.

The excessive use of force by DHS federal agents have escalated tensions on the ground, eroded the trust between our community and law enforcement, and put our constituents in harm's way. We continue to be deeply disturbed by your Department's activities in Portland, and we urge you to remove these unwanted federal agents as swiftly as possible.

The health and wellbeing of our constituents is a top priority. Accordingly, we request also that you provide the following information by no later than October 17, 2025:

1. How many federal law enforcement agents are currently deployed in Portland in response to activities around the ICE facility and other federal buildings?
   a. What is the breakdown of agents by component within DHS, including dates of deployment.
   b. For each component, also provide the specific authority under which the component agency is acting, a description of how these deployments advance the component's core mission, and a copy of all applicable use of force policies.
2. Are all federal agents deployed identifiable by badges with names and personnel numbers?
   a. What uniforms, identification, and equipment do personnel participating in these deployments wear and carry?
   b. Please provide any relevant policies and procedures, either at the time or created since, with your response.
3. Who is directly in charge of the DHS federal response on the ground in Portland, Oregon? What is the chain of command at the relevant agencies?
4. Is there any type of cross-deputization with federal agents deployed to Oregon?
5. Please provide a list of all equipment that DHS personnel have used in connection with their deployments in Portland, Oregon, and their corresponding material data sheets identifying the manufacture and source of equipment.
   a. List tear gas and pepper spray used by federal agents in Portland, Oregon—including all aerosolbased crowd control agents that may contain oleoresin capsicum (OC), chloroacetophenone (CN), 2-chlorobenzalmalononitrile (CS), and hexachloroethane (HCE).
   b. List any rubber bullets, projectiles, flash bangs, and all other crowd control equipment used by federal agents in Portland, Oregon.
6. Constituents have expressed concerns around the possible use of hexachloroethane (HCE) smoke, commonly referred to as HC smoke, at or around the ICE facility in Portland, Oregon. Are any of the federal agents deployed to Portland authorized to use this equipment? If so, please detail the circumstances around use of HCE smoke and frequency of use in Portland.
7. What guidance did DHS personnel receive, if any, regarding the operating procedures for engagement with protestors, members of the press, and other civilians? Please include any federal guidance and DHS subcomponent policies on the use of chemical agents, including HCE smoke, OC, CS, and CN gas.
8. What processes do DHS and its component agencies follow to determine whether to use tear gas and other crowd control agents?
9. In the past, we have seen evidence suggesting that tear gas from expired cans has been used in Portland. Has DHS and its component agencies used expired tear gas or other expired chemical agents in

Portland?  What steps have been taken to ensure that your personnel are not using expired chemicals?

10. Are there any undercover officers associated with this deployment in Portland?  If so, what protocols are they required to follow?  Which agencies are employing these undercover officers and how many are doing this work in Oregon?  Please describe their mission and relevant training.

11. What training and guidance did the federal agents receive on how to interact and respond to protestors? Did this training include nonviolence means of de-escalation?  Please provide copies of rules of engagement with protestors, and in particular, please identify any policies that authorize violence against peaceful protestors.

12. What legal limits are there regarding federal agents who are operating at a significant distance from federal property?

Sincerely,

Ron Wyden
United States Senator

Jeffrey A. Merkley
United States Senator

Suzanne Bonamici
Member of Congress

Maxine Dexter
Member of Congress

Janelle S. Bynum
Member of Congress

# EXHIBIT 34



# Landlord, residents sue federal government over tear gas use near Portland ICE building

by Jennifer Singh
Sun, December 7, 2025 at 5:29 PM
**Updated** Mon, December 8, 2025 at 7:07 PM

00:00 ○ 03:43



 21

VIEW ALL PHOTOS

*A group of around 100 or more Portlanders organized a rally against federal deployment of troops to the city at Elizabeth Caruthers Park on Saturday afternoon with a few speakers, followed by a march over to the ICE facility in South Portland. After being outside of the facility for around an hour, federal officers deployed what seemed to be a mixture of tear gas and pepper balls onto the crowds in front of the building. Portland, Ore., Saturday, Oct. 4, 2025/Scott Perry, KATU News*


25
Comment


Share

PORTLAND, Ore. (KATU) — The owners and some residents of an apartment complex next to the Portland Immigration and Customs Enforcement (ICE) facility filed a lawsuit against the federal government.

The landlords of the building, Gray's Landing, along with seven of its residents, filed a lawsuit on Friday seeking to stop the use of chemical munitions by federal agents near the building.

Case 3:25-cv-02257-YY     Document 1     Filed 12/05/25     Page 1 of 44

Darin M. Sands, OSB No. 106624
**Bradley Bernstein Sands LLP**
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480
dsands@bradleybernstein.com

Daniel F. Jacobson (D.C. Bar # 1016621)+
**Jacobson Lawyers Group**
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Telephone: +1 301-823-1148
Dan@jacobsonlawyersgroup.com

+ pro hac vice forthcoming

*Attorneys for Plaintiffs*

(Additional counsel listed on signature page)

*The landlords of the building, Gray's Landing, along with seven of its residents, filed a lawsuit on Friday seeking to stop the use of chemical munitions by federal agents near the building.*

Click here to view the PDF file

The nonprofit REACH Community Development owns Gray's Landing, which houses over 200 low-income seniors, veterans, families, and people with disabilities.

ADVERTISEMENT

## 'Unstoppable coughing'

The apartment complex's residents said federal officers have repeatedly used chemical agents over the past six months, with the chemicals ofte seeping into their homes.

Gray's Landing resident and plaintiff Mindy King said that since June, chemical agents have drifted into her complex multiple times.

"There was the time where it actually got into the buildings of the entire, this entire Gray's Landing apartment building and the Matisse," King said. "I know floors two through six, end to end, were full of tear gas, which meant it did creep into every residents' home that didn't have their door sealed."

**PAST COVERAGE | Neighbors of Portland ICE facility allege harmful effects of tear gas in lawsuit**

The lawsuit states, "with each exposure, Plaintiffs experience physical reactions including difficulty breaking, unstoppable coughing, severe burning in their throats and eyes, dizziness, headaches, and more. Those symptoms do not usually end when the smoke clears."

Another plaintiff and long-time resident of Gray's Landing Susan Dooley told KATU News that she was recently diagnosed with mild heart failure, which she attributed to the chemical munitions being deployed on a regular basis.



Gray's Landing resident Susan Dooley talks with KATU reporter Jennifer Singh on October 22, 2025 - KATU image

Dooly also said a number of tenants who live on the side of the building facing the ICE facility have received doctor's notes to move to a unit further from the facility.

Jacobson said in addition to the physical injuries, the residents have also reported psychological trauma.

"Our plaintiffs have resorted to, you know, putting wet towels under their doors, sealing their doors shut," Jacobson said. "For one of our Plaintiff who has two small children, the children have at times asked to sleep in the closet of his room just to feel some sense of safety. These are children under 10 years old."

Jacobson also pointed out a number of residents are veterans and suffer from post-traumatic stress disorder (PTSD) in various wa

"All of these things happening outside every time inevitably triggers that PTSD and is really harrowing, including for some of our plaintiffs," Jacobson said.

"This has been so traumatic that it's actually in my nervous system," King said.

## On the necessity of deploying munitions

According to Jacobson, REACH has told him that they've taken numerous efforts ahead of legal action to try and mitigate the use chemical agents including working with the city, and "ultimately they decided they had to resort to litigation to try and protect their residents."

Last month, Department of Homeland Security (DHS) Assistant Secretary of Public Affairs Tricia McLaughlin provided a statement responding to the prospect of this lawsuit, saying in part, "DHS is taking reasonable and constitutional measures to uphold the rule of law and protect our officers."



*A federal officer sprays pepper spray into the face of a protester outside the ICE facility in Portland, Oregon on Friday, Oct. 3, 2025. Federal officers chased down this protester and tackled him. (KATU)*

In response to that statement, Jacobson said, "there's video proof of our allegations which we'll introduce during the course of this case. There's tons of video showing the deployment of this tear gas at times when there's no violence going on."

SEE ALSO | Residents report health impacts as tear gas use continues near Portland ICE facility

He went on to say, "The government is saying it's warranted, but what we're saying is only when it's warranted in one particular very narrow circumstances where it's necessary to prevent against an imminent threat to somebody's life, not 'it's warranted because this is just how they want to respond to people yelling loudly,' or because they want to disperse a crowd that's assembled only in very narrow circumstance."

He continued, "There is precedent in other cases where courts have imposed these kinds of injunctions, like, specifically against the use of tear gas. We're not asking the court to ban the use of these agents where it is truly necessary to protect somebody's life, but to do it, to create a line that's really as narrow as possible."

"The truth is, residents of all types and community members of all types are being impacted by the tear gas and the use of force through ICE," King said.

On Monday, Assistant Secretary McLaughlin responded to KATU's inquiry for comment with the following statement:

"DHS is authorized to do what is appropriate and necessary in each situation to diffuse violence against our officers in the most appropriate manner possible. The fact that this particular location is experiencing this behavior more frequently than most others, is not remotely ICE's fault, she said.

 READ THE COMMENTS (25)

Her statement continued, "That lies squarely with the rioters and with the state and local authorities who fail to maintain law and order on their streets. We, as a federal law enforcement agency, will continue to safeguard the American people, our homeland, with honor, integrity and values in line with the U.S. Constitution and basic common sense."

**SPONSORED CONTENT**                                                     by Taboola

**7 Estate Planning Tips: Transfer Your Assets Where**
Fisher Investment: | SPONSORED

**Neuropathy is not from Low Vitamin B. Meet the R**
FootRenew | SPONSORED

**87% of Dementia Cases Linked to 3 Foods. You Prol**
Brain Health Journa | SPONSORED



**MORE TO EXPLORE**

**FBI: Bank robber wearing suits robs two Portland banks, suspect caught**

**The Fed makes a second interest rate cut. Here's what will — and won't**

**Gresham resident confirmed as victim of Portland deadly shooting**



garl
Dri
Ga
AI
AdChoices                                     Sponsored

## Conversation 25 Comments

Your voice matters. Discussions are moderated for civility. See our guidelines.

What do you think?

Sort by **Best** ⌄

If they would stop protesting outside the Ice Build and or be a peaceful protest, there would be no need for Tear Gas. But we all know who is up to this and why! you can't hide it!

Reply · 👍 6 👎 · Share

**Smokie**
8 December, 2025

Blame City of Portland for how it led to tear gas justifying level of disorder.

In 2019, former 7-Eleven on SW 4th & Taylor played classic music to shed away gutter punks got pounced by City of Portland. I'm guessing homeless advocates whined about it disrupting the homeless industry

"Portland Noise...
**See more**

Reply · 👍 12 👎 2 · Share

> **Smokie**
> 8 December, 2025
>
> So, when it came to 7-Eleven noise matter that apparently disrupted the business interest of homeless services industry, the city basically got as close as they can get to the letter of law to try to enforce and hold the property owner responsible. It was "double the allowed level".. which probably...
> **See more** *(Edited)*
>
> Reply · 👍 5 👎 2 · Share

**Netartsloafer**
7 December, 2025

H a hahahahaha, LEGAL USE OF AUTHORIZED SUBSTANCES. You want to blame someone???? Put PPB in your sights for COMPLETE FAILURE at crowd control.

Reply · 👍 42 👎 6 · Share

**TypeOnegative**
7 December, 2025

Let's blame ice and Trump for all this and not the protesters

Reply · 👍 39 👎 8 · Share

> **lordfodquad**
> 8 December, 2025
>
> Nah, I'll blame Biden for letting them all in .
>
> Reply · 👍 14 👎 1 · Share
>
> ↳ Show 2 more replies

**coleslawder**
8 December, 2025

Only in Portland! HA HA!!!

Reply · 👍 6 👎 · Share

**itsallgoodman**
7 December, 2025

People need to protest around the clock even harder until ICE uses up all their hateful munitions. Then the people in the neighborhood can live with only the smoke form arson fires, fireworks and the noise of the bullhorns. "Problem solved; problem staying solved." Follow me for more good advice.

Reply · 👍 12 👎 15 · Share

↳ 1 reply

This is called victim blaming...

Reply · 👍 7 👎 5 · Share

Show More Comments

Powered by ⚙ OpenWeb

Terms | Privacy | Feedback

ADVERTISEMENT

## TRENDING



**Oregon, Washington both to increase minimum wage in 2026**



**Crash on I-5 northbound near south Medford causes traffic delays and backups**



**Oregon Nurses Association rejects contract offer, extends strike against Legacy Health**

Sponsored by
Watch for l

◄    ►

ADVERTISEMENT



ACCESSIBILITY

Download Our Mobile Apps:

 

Terms & Conditions
Copyright Notices
EEO Public File Report
KATU FCC Info
KATU FCC Applications
Public File Assistance
Contact
News Team
Careers
Contests

News
Weather
Sports
AMNW
Game Center

Privacy Policy
Cookie Policy
Do Not Sell or Share
Cookie Preferences

© 2025 Sinclair, Inc.

# EXHIBIT 40



**STOP**
ALL WAY
P

Full screen

 **Not Tina Kotex** · 7,382 views

4:23:51 / 4:31:08   

# Portland ICE protest LIVE part 2

**Not Tina Kotex** ✓
@NotTinaKotex

Follow

# EXHIBIT 43



 **Not Tina Kotex** · 7,382 views          4:24:07 / 4:31:08   

## Portland ICE protest LIVE part 2

**Not Tina Kotex** ✔
@NotTinaKotex

**Follow**

# EXHIBIT 44

