# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, et al., *Plaintiffs*, v. U.S. DEPARTMENT OF HOMELAND SECURITY, et al., *Defendants*. | **DECLARATION OF JANE DOE IN SUPPORT OF PLAINTIFFS' SUPERSEDING MOTION FOR PRELIMINARY INJUNCTION** Case No. 3:25-cv-2257 |

I, Jane Doe, declare as follows:

1. I make this declaration in support of Plaintiffs' Superseding Motion for a Preliminary Injunction based on my personal knowledge, information, and belief. If called as a witness at trial, I would be able to competently testify to these matters.

2. I have been a resident in Gray's Landing for approximately six years. My son and teenage daughter live with me in my apartment. My daughter was pregnant when the protests began, but has since miscarried.

3. I personally have a history of trauma and have suffered from post-traumatic stress disorder (PTSD). I am a survivor of domestic violence; a former partner shot me in the head during a fight. I am lucky to have survived, but I have a metal rod in my head and am deaf in my left ear from the shooting.

1

4. I came to Gray's Landing to escape that abusive relationship and file this declaration anonymously in order to protect myself from any retaliation.

5. My apartment at Gray's Landing is in the southwest corner of the complex, facing south towards Bancroft Street and close to the ICE facility.

6. Protests at the ICE facility began in June 2025. I can hear and see the protesters. I have not witnessed acts of violence committed by the protesters, either against each other or against officers at the ICE facility. I have seen from my apartment that many times the federal officers start shooting huge amounts of gas and smoke because a protester puts just a toe or foot over the blue line of the driveway.

7. The flashbangs and tear gas have prompted episodes of my PTSD. I often try to hide in my closet to escape the noise and gas from ICE's weapons, but that is ineffective. I suffer from hyperventilation and get extremely scared when the weapons are used. In one episode over the summer where ICE had fired several flashbangs and tear gas near my apartment, I urinated on myself in fear in the closet. Nothing else in my life causes me as much distress or triggers my PTSD as significantly as the weapons used by ICE and law enforcement officers outside my apartment window.

8. In early July 2025, around July 4, ICE's tear gas and green smoke grenades entirely flooded my apartment. Our eyes were all red and our throats were burning. We had previously purchased gas masks to attempt to keep the gas out of our lungs, but they did not work. Our heads were in extreme pain and we could not communicate with each other, even inside the apartment. The gas even got into our food, and residue from the green smoke was visible on our window screen. The next day I went to urgent care to get treatment. I did not feel

healthy for nearly a week. My symptoms include non-stop scratchy throat, chest pain, coughing, blurry and burning eyes, congested nose and some of the worst headaches I've ever experienced.

9. In another incident over the summer, it seemed that federal officers released tear gas directly into our building, as the building and my apartment became completely filled with smoke. I was crying and screaming, had difficulty breathing, had chest pain, and was coughing non-stop. Those symptoms continued for approximately another week.

10. During June and July 2025, federal officers deployed gas and smoke several times a week. They continued to use the gas and smoke approximately weekly during August and September. In October, the use of tear gas and flashbangs ramped up again to nearly daily after federal DHS officials and influencers visited the ICE facility. The use of tear gas and smoke slowed in November and December 2025.

11. On January 24, 2026, the protests and federal officers' response to the protests was extremely disruptive and harmful to me. Starting at about 7:00 p.m., federal officers began to fire tear gas and smoke at the protesters. They continued to fire those chemical munitions at least every half hour until 11:00 p.m. The worst volley came at approximately 10:00 p.m., when the gas and smoke was overwhelming outside and seeped into my apartment living room and kitchen. It was not possible for me to stay in those rooms during those times due to the huge amount of gas and smoke in the apartment.

12. During the incident on January 24, the gas took a few minutes from being fired at 7:00 p.m. to get into my apartment. Once in my apartment, my throat became itchy and my eyes watered. After additional tear gas rounds were fired, I began to cough severely. The federal officers also began to use flashbangs and colored smoke, which triggered my anxiety and made me extremely scared. Like in the incident over the summer, I spent the night in the closet, but I

3

was so scared that I urinated on myself. My daughter slept in our bathtub to attempt to avoid the gas. Also like the incident in the summer, any food and drink that was on our counters was contaminated by the gas and smoke.

13. Beyond the effects on our bodies, the gas and smoke get into the apartment and linger in our carpets and on our surfaces. Despite attempts to clean the chemicals out of our apartment, it still smells like tear gas for longer after any incident when the gas is used.

14. Each time that tear gas and smoke are used and get into my apartment, it triggers cough, sore throat, and painful eyes. These symptoms can last several days afterwards. Additionally, my symptoms have gotten worse after each exposure. I am now experiencing a sore throat and hoarse voice due to the exposure on January 24.

15. I believe that ICE has targeted our building several times even though we have nothing to do with the protests. I have witnessed federal officers attack protesters without provocation, both physically and with pepper balls.

I declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated: January 30, 2026                                  */s/ Jane Doe*
                                                         Jane Doe