## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br><br><br><br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> *Defendants*. | **DECLARATION OF SUSAN DOOLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Case No. 3:25-cv-2257 |

I, Susan Dooley, declare as follows:

1. I make this declaration in support of Plaintiffs' Motion for a Preliminary Injunction based on my personal knowledge, information, and belief. If called as a witness at trial, I would be able to competently testify to these matters.

2. I am 72 years old and have been a resident in Gray's Landing for over 10 years. I am a veteran of the United States Air Force and served during the Vietnam War. I have several medical conditions that make me susceptible to environmental hazards, including fibromyalgia, asthma, and diabetes. I use a walker to assist in my mobility.

3. My apartment west side of the Gray's Landing complex, facing west towards Moody Avenue.

4. Since the summer, law enforcement has used tear gas and other chemicals near Gray's Landing. The chemicals travel down Moody Street and get into my apartment. I have also seen federal agents deploy colored gas against protesters, near our building, including red, yellow, green, and blue gases. I have observed the protests near the building, and although the protesters are often yelling and screaming, I have not seen them being violent.

5. The gas and chemicals have caused me significant distress. Since the protests started and law enforcement began using chemical weapons against them, I have suffered from dizziness, shortness of breath, sleep deprivation, and aggravations to my existing asthma. My blood oxygen saturation has dropped since the chemicals started to be used against protesters. I have not been able to speak in a clear voice as well and often will slur my words. These effects from the government's chemical use were at the worst in October 2025, when I fell four different times and required medical assistance each time. But exposure and symptoms have continued for me and other Gray's Landing residents.

6. In mid-November, I went to see a doctor at the VA, and the doctor immediately sent me to the emergency room due to my symptoms from the gas exposure. The doctors found that my blood saturation was low and diagnosed me with shortness of breath and very mild heart failure.

7. Whenever federal officers use tear gas near the building, it lingers in my apartment afterwards for several days, in the carpets and my other belongings.

8. I used to enjoy doing crafts and such, but I can no longer do that because of the symptoms I continue to feel from the gas. I now spend most of my days in a common room in Gray's Landing rather than my apartment, because of the distress and symptoms that being in my apartment causes. But even then, in general, I continue to feel disoriented, dizzy at times, and

like I have a huge brain fog. I am slurring my words and other residents tell me that I seem different than I used to be. I just want the use of gas to stop.

I declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated: 22 December 2025                                          /s/ Susan Dooley
                                                                 Susan Dooley