# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br><br><br><br><br><br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> *Defendants*. | **DECLARATION OF JANICE LINEBERGER IN SUPPORT OF PLAINTIFFS' SUPERSEDING MOTION FOR PRELIMINARY INJUNCTION** <br><br> Case No. 3:25-cv-2257 |

I, Janice Lineberger, declare as follows:

    1.    I make this declaration in support of Plaintiffs' Superseding Motion for a Preliminary Injunction based on my personal knowledge, information, and belief. If called as a witness at trial, I would be able to competently testify to these matters herein.

    2.    I am a resident of Gray's Landing and have lived in an apartment here for approximately three years. My apartment is on the southeast side of the Gray's Landing complex, but faces west looking onto the Gray's Landing courtyard. I have a balcony patio facing out to the Gray's Landing courtyard, which is in the same direction as the ICE facility. I would often observe the protests from the building, at least until tear gas and smoke would be used at which point I would go inside my apartment.

1

3. The protests against ICE and the law enforcement response to those protests started in June 2025 and have had a significant impact on the day-to-day life of Gray's Landing residents ever since, including me. Even with our doors and windows closed, I hear the protest activity and law enforcement's response to it, including constant helicopters flying overhead, which frequently keeps me from getting to sleep. While the protesters are often noisy, I have not personally seen any incidents of them being violent toward federal officials.

4. The federal government's use of chemical agents against the protesters has significantly impacted me and other Gray's Landing residents. Since the protests started in June, we have frequently seen federal officers use smoke grenades, tear gas, flashbang grenades, and pepper balls against the protesters. In the months of June, July, and August, federal officers used tear gas multiple times per week. They continued to use the gas during September and October approximately once a week. The gas was used again in January 2026. I have personally witnessed smoke and tear gas being fired towards non-violent protesters while watching from our building. In some instances, it appeared that federal officers began using tear gas and smoke grenades at random, with no significant provocation. I have also seen ICE agents physically knock protesters to the ground even though they were not provoked.

5. Federal officers frequently fire chemical weapons like tear gas grenades and pepper balls in the direction of Gray's Landing. The tear gas and smoke get sucked into our courtyard like a vacuum, where they linger. The gas and smoke then seep in through our windows and doors, including sometimes into my apartment. I would also frequently find pepper balls that federal officials shot sitting in the courtyard. I was not able to use my patio the entire summer due to the gas and smoke, and I also do not go outside at night any more, whereas I used to take walks near our building.

6. A particularly severe incident occurred in fall 2025. On that day, while I was driving into the Gray's Landing parking lot with a handicapped friend who uses a cane, we encountered people running past us who were screaming about tear gas. When we got out of the car in the Gray's Landing parking garage, the gas immediately hit us before we could get to the elevator. I immediately began feeling substantial physical symptoms, including my face, eyes, and scalp all itching, and I had difficulty breathing. The walk from my car to the elevator was about 20 steps, and we were subjected to gas the whole way. The gas was everywhere in the garage and followed us into the elevator and then into the hallways and my apartment. When I finally got to my apartment, I removed all of my clothing and showered immediately. Despite showering, I continued to feel ill afterwards.

7. Since June 2025, I have often suffered from all of those symptoms and also get severe headaches and eye irritation. I have had four appointments with physicians since law enforcement started using chemical agents against the protestors, and have been prescribed several kinds of eye drops to attempt to relieve the irritation. My voice seems to have permanently changed due to the repeated exposure to smoke and gas; my voice is now very gravely, as if I was a chain smoker. I've begun to suffer from respiratory problems as well. Each time the tear gas gets into my apartment, the symptoms get worse.

8. I have taken several steps to try to keep the chemical agents out of my apartment and to clean what seeps in. I have bought an air purifier, cleaned the carpets, take frequent showers and wash my clothes frequently. Despite those efforts, the gas lingers in the apartment and continues to get into my apartment. The gas adheres to cloth, and therefore gets into my carpets, furniture, and bedding. I am constantly uncomfortable because of the chemicals. For example, I cannot sit in my living room—which has windows facing the ICE facility—because

the air purifier is located in the bedroom and the constant presence of gas and its chemical residue in the living room is overwhelming.

9. On January 24, 2026, federal agents again used tear gas in significant quantities in response to protests outside of the ICE facility near to my home. Tear gas was fired at least six times, which created a cloud of gas that reached Gray's Landing and my apartment.

10. Despite using an air filter and trying to cancel out the noise, the sounds of the projectiles kept me from getting to sleep. About five minutes after the tear gas was fired, my voice got worse, my breathing was impaired, and I developed a significant headache. I have gotten these symptoms every time that the tear gas and smoke are used and get into my home since June 2025. The use of tear gas also made my existing anxiety about the situation significantly worse given the increase in the use of force by federal agents against citizens across the country.

11. I remain very fearful that violence will occur right outside of my home, and that I will be further injured physically and mentally hurt by ICE's response to protests in Portland. I am particularly afraid that the officers at the ICE facility will use tear gas and chemicals in the future and that those chemicals will again seep into my apartment. The anxiety is very real and the effect of hearing tear gas and flashbangs being fired outside of my home has been traumatizing.

12. I am on the resident board of Gray's Landing. I maintain friendly relationships with many of the residents in the building. Residents of the building often come to me to describe issues that they are having. Since protests began in June and ICE began to respond using smoke and gas, most of the complaints I have received from residents have concerned ICE's activities. I believe that nearly all of the residents of Gray's Landing, particularly those

whose apartments face the ICE facility, have suffered from law enforcement's use of chemical weapons.

I declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated: January 30, 2026					*/s/Janice Lineberger*
								Janice Lineberger