**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, et al., *Plaintiffs*, v. U.S. DEPARTMENT OF HOMELAND SECURITY, et al., *Defendants*. | **DECLARATION OF DIANE MORENO IN SUPPORT OF PLAINTIFFS' SUPERSEDING MOTION FOR PRELIMINARY INJUNCTION** Case No. 3:25-cv-2257 |

I, Diane Moreno, declare as follows:

1. I make this declaration in support of Plaintiffs' Superseding Motion for a Preliminary Injunction based on my personal knowledge, information, and belief. If called as a witness at trial, I would be able to competently testify to the matters herein.

2. I am 35 years old and have resided at Gray's Landing for almost four years.

3. My apartment is on the fourth floor of Gray's Landing. My windows are on the west side of the courtyard, at the south end of the building. I am right by Bancroft Street, one of the streets where protests have been occurring for the last several months.

4. I have a medical condition called Cushing's disease. Cushing's disease causes the body to produce too much cortisol. This can result in a variety of symptoms, including muscle weakness, cardiac problems, and cognitive function. When a person with Cushing's disease gets

1

stressed, their cortisol spikes and these symptoms present. Having high cortisol for a long period of time can cause heart attacks, blood clots, immune system failures, and other serious health emergencies.

5. Due to my high cortisol levels, I have had multiple pituitary gland surgeries that required removal of part of the bones in my sinus cavity.

6. Over the past several months, ICE's use of tear gas, flashbangs, rubber bullets, and other munitions have caused me serious harm and constant fear.

7. Beginning last summer, ICE or other federal agents have used tear gas and other chemical weapons, along with loud flashbangs, on a regular basis. The tear gas routinely gets into my apartment. I've counted at least 30 times when ICE has released tear gas and I could detect it in my apartment, including days when they released it multiple times.

8. When I'm exposed to the gas, I have major respiratory problems, tightness in my chest, and serious sinus problems such as bloody discharge from my nose. My symptoms persist long after the exposure; my doctor prescribed an inhaler to help with my wheezing and respiratory difficulty, even though I never had asthma before.

9. I've gone to urgent care twice with respiratory distress due to being gassed in my apartment. They put me on anti-inflammatory drugs and advised me not to expose myself to tear gas—but I can't avoid it. I spent nights sleeping in the bathtub with a towel under the door; I left the AC off even when the temperature was in the 90s. No matter how thoroughly I clean, I can never remove all the residue. I've been so exhausted that I've had to miss work; I spent a few nights at a hotel room just to get a night's sleep so I could go back to work, but I couldn't really afford it even on those occasions.

10. Even going to and from Gray's Landing has been unsafe. On October 4, when the tear gas was leaking into my apartment, I called my partner to come get me so I could get away from it. While I was on Bancroft Street east of Gray's Landing, far from the ICE facility and two blocks from the protests, ICE pushed the crowd past Gray's Landing, tear gassing them and firing rubber bullets. They chased them all the way to where I was, where I got tear gassed. A reporter found me vomiting at the side of the road and started to interview me, but then we both got tear gassed again and shot with rubber bullets. I was hit around five times, leaving painful welts and bruises.

11. On January 24, 2026, I was coming back home from work around 4:30 p.m. Because the roads were blocked off, I had to park my car and walk past the protest. As I almost reached the door of my building, federal agents standing in or near the driveway of the ICE facility started spraying rubber bullets indiscriminately across Bancroft Street. I was at least 100 feet away and was hit by at least five bullets in rapid succession, leaving welts and bruises all over my body, like these:



12. I also had the same reaction to the tear gas as before, my nose discharging blood and I developed a sinus infection that is still bothering me almost a week later.

13. As a result, I don't feel safe in my home and I don't feel safe going to and from my home. This has been enormously stressful, which has increased my cortisol levels and exacerbated my Cushing's disease. When my cortisol spikes, my whole body becomes disregulated: my metabolism, my blood pressure, my blood sugar levels, and my immune system. My cortisol levels are normally high: for someone without Cushing's disease, normal levels are less than 0.45 micrograms, but my typical lab results before last summer would be a bit above 100. They got progressively higher over the summer and fall–as high as 249 micrograms. When cortisol spikes that that, the risks I mentioned above are particularly acute.

14. To reduce the risk and harm that the excess cortisol is causing, my doctors recommended in December that I get one of my adrenal glands removed. I'm awaiting the results of a CT scan and expect to schedule the surgery for sometime in the next two months. They plan to remove at least one of my adrenal glands, reducing my ability to produce epinephrine, cortisol, and other hormones.

15. I'm terrified of what will happen if ICE continues gassing me after my surgery. It's hard enough to get away now; it'll be even harder when I'm under post-surgery restrictions. When one adrenal gland is removed, the other typically shuts down for a couple months, and you need steroids just to produce cortisol at all, trading Cushing's disease for Addison's disease. This means that high-stress situations, injuries, intense physical activity, or immune reactions will put me at risk for an adrenal crisis—life-threatening hypotension and hypovolemia. Any significant stressor could put me in the hospital. And if removing one adrenal gland isn't enough and the

4

continued high-stress environment forces me to have the other adrenal gland removed, this will be a life-long condition.

16. My anxiety has been terrible since ICE began using these weapons over the summer, but them shooting me again with rubber bullets while walking home from work on Saturday, and firing tear gas again and again outside my apartment, has me at wit's end. The anxiety and loss of sleep is spiking my cortisol levels, exacerbating my Cushing's disease and increasing the chance that I'll need to have not just one but both of my adrenal glands removed. There's nothing I can do to escape it: I don't have the money to move or even to stay at a hotel room again, since I need it for my kidney surgery.

17. I understand that the protests have sometimes caused damage. But ICE isn't just using these weapons when the protests seem potentially violent. I've seen them use chemical weapons and flashbangs even when the protests were peaceful and they could arrest people without violence; I even saw them slam an elderly woman to the ground and pepperball her when she was doing nothing but holding a sign. I truly don't know how I'll survive if they continue to be so out of control right outside my door.

I declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated: January 30, 2026                    _/s/ Diane Moreno_____
                                           Diane Moreno