# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, et al., *Plaintiffs*, v. U.S. DEPARTMENT OF HOMELAND SECURITY, et al., *Defendants*. | **DECLARATION OF ERICA DEL NIGRO IN SUPPORT OF PLAINTIFFS' SUPERSEDING MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 3:25-cv-2257 |

I, Erica del Nigro, declare as follows:

1. I make this declaration in support of Plaintiffs' Superseding Motion for a Preliminary Injunction based on my personal knowledge, information, and belief. If called as a witness at trial, I would be able to competently testify to the matters herein.

2. I am 44 years old and have resided at Gray's Landing since February 2025. I live with my 12-year-old son, who I will refer to as J.D.

3. My apartment is on the third floor of Gray's Landing. My unit is on the east side of the courtyard, facing west; I can see the ICE facility from my windows.

4. I have an autoimmune syndrome called mast cell activation syndrome ("MCAS"). Mast cells are the white blood cells involved in allergic reactions and other immune responses. They respond to pathogens like parasites, viruses, and mold, as well as to environmental triggers

1

like smoke and gases. When functioning properly, these cells activate in response to threats the body is trying to protect against, release mediators like histamine, and then deactivate. But in MCAS, these cells are overactive: they release too much, and they don't shut down when they should.

5. The resulting symptoms vary for different people, but for me, it often leads to dizziness, headaches, rashes, eye inflammation, and nausea. MCAS also puts me at risk of going into life-threatening anaphylaxis, where your throat or tongue swells up so much you can't breathe or your blood pressure drops to a dangerously low level.

6. When ICE began using tear gas in the summer, I quickly learned that it is a major trigger for me. Since tear gas began to get into my apartment over the summer, I have had severe and long-lasting allergic reactions. This has included repeated bouts of dizziness, nausea, and vomiting. For example, I had inflamed eyelids that caused painful styes in July, and a full-body rash for about six weeks from early September through October.

7. I've also had persistent respiratory issues that I didn't previously have – wheezing, congestion, and post-nasal drip (which made my nausea even worse). I never needed an asthma inhaler before, but I was using one regularly during the fall, especially in October when the tear gas was worst.

8. We didn't have an air conditioner at the beginning of the summer and would keep our windows open to cool the apartment, but we had to change that and keep them closed once the summer started. But even that didn't keep us from getting exposed; the gas would get into the stairwell, or into the apartment through the HVAC vents.

9. While these symptoms were less severe in December when ICE was mainly using pepperballs rather than tear gas, those also sometimes triggered allergic reactions, like

inflammation of the mouth and lips. I frequently encounter chemicals from the pepperballs when I walk to or from my apartment.

10. And since ICE used tear gas again last week, some of my more severe allergic reactions have returned. I had several days of migraines, hives, and eye inflammation triggered by the tear gas.

11. The frequent use of tear gas and pepperballs has harmed J.D., too. Like me, he's been dealing with chronic respiratory issues since the summer and is now on an inhaler for the first time in his life. His doctors recently prescribed a stronger inhaler to help with the wheezing and asthma-like symptoms that started this year, and they're determining whether he also suffers from MCAS. For some people, MCAS is dormant until a significant exposure triggers it; this may be the beginning of a lifelong ailment for him. He's been sick more often and has had to miss more school, particularly in October when the tear gas was at its worst.

12. Worst of all, J.D. is now dealing with serious anxiety issues. He's often afraid to leave the apartment, not knowing if he'll be able to get back home safely. He used to walk to school, but walking outside the building the day after ICE used tear gas or pepperballs often triggered his allergies, and his fear is too much now for him to walk to school. At first he would pick up the spent pepperballs and canisters, but he quickly learned that that can cause his allergies to flare up badly. His doctors recently placed him on a new medication to deal with both his own allergic reactions and his anxiety, after they didn't subside while things were a little calmer in November and December.

13. I'm also struggling with anxiety as a result of this. The loss of sleep from my physical distress and the constant noise has been really hard to deal with. I feel like I can't keep my son safe in our own home.

14. I've seen primary care and urgent care doctors about my respiratory and skin issues. Their main recommendation has been to move, but we can't afford to do so. We are on the waiting list for other subsidized housing, but I have no idea how long it will take for something to open up.

15. I know ICE knows that these chemicals are toxic. Since at least October, they've been regularly decontaminating their driveway after they use tear gas or pepperballs. But they're not cleaning Bancroft or Moody Street or our courtyard, even though they often fire them at us with long-range weapons or when they push protesters down the road. It's actually the opposite: they hose the chemical residue from their driveway toward our building.

I declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated: January 30, 2026            _s/ Erica del Nigro_
                                    Erica del Nigro