IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

REACH COMMUNITY DEVELOPMENT, et al.,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, at al.,

*Defendants*.

**DECLARATION OF ROY BROOKS IN SUPPORT OF PLAINTIFFS' SUPERSEDING MOTION FOR PRELIMINARY INJUNCTION**

Case No. 3:25-cv-2257

I, Roy Brooks, declare as follows:

1. I make this declaration in support of Plaintiffs' Superseding Motion for a Preliminary Injunction based on my personal knowledge, information, and belief. If called as a witness at trial, I would be able to competently testify to the matters herein.

2. I am 48 years old and have resided at Gray's Landing since January 2015.

3. My apartment is on the second floor of Gray's Landing. My windows face South Moody Street. I can see the ICE facility through my windows.

4. The wind predominantly blows north up South Moody Street, tracking the Willamette River Gorge. Anything that starts south of our building on South Moody Street and can be carried by the wind—things like gas or noise—blows past my windows.

5. Since July 2025, federal agents have been firing canisters of tear gas, flashbangs, and other loud ammunition up South Moody Street in response to protests. July was the worst, with canisters exploding almost every night, but October was bad as well. The noise was constant every night, and much worse than the protesters alone. It's one thing to have people chanting or playing music outside your building; it's another thing to have the sound of grenades exploding at unexpected times all night long.

6. I have a condition called limb-girdle muscular dystrophy ("LGMD"), which is a genetic disorder causing muscular atrophy in the proximal muscles around my hips and shoulders. Because of my LGMD, my body doesn't produce the proteins needed to repair muscles in these large-motor groups. For most people, if they lose muscle tone (say, due to periods of inactivity or lack of sleep), they can build it back up later. For me, that's impossible: any loss of muscle tone is permanent for the rest of my life.

7. The periods over the summer when ICE or other government agents were firing canisters and flashbangs every night was terrible, causing harm that will be with me for the rest of my life. I couldn't sleep, partly due to the crowd noise but mostly due to the shock and startling that I experienced when canisters would unexpectedly explode throughout the night. Once I fell asleep, crowd noise generally didn't wake me up, but the explosions often would.

8. The sleeplessness and anxiety led to a significant loss of muscle tone. Before the summer, I could transfer to a standard toilet from my wheelchair and back without assistance; now, I can't. Once they stopped firing tear gas canisters and flashbangs every night and I could sleep more regularly, I regained some of my endurance—but not my muscle tone. I still can't transfer from my wheelchair to a standard toilet on my own, and likely never will again.

9. So far, my LGMD hasn't resulted in pulmonary or cardiac issues, although they can develop if the heart or lung muscles weaken. Not having a steady sleep schedule puts a lot of stress on the pulmonary and cardiovascular systems, and a similar stretch of sleep disruption and anxiety would put me at risk of permanent and life-threatening damage.

10. The tear gas was also awful to bear in the summer and early fall. I don't have air conditioning in my unit, so I crack the windows to let in cool air on hot nights. Because I use a wheelchair for mobility, it typically takes me a couple minutes or more to get to the windows to close them, depending on where in the apartment I am and what I'm doing. I had to choose between keeping the windows closed all the time and letting my apartment get stiflingly hot, or having tear gas pour into my apartment until I could get to the window.

11. Whenever the gas got into my apartment, I would cough like crazy, my nose would run, and my eyes would water. Sometimes, this would last for days. I consulted a doctor, who believed it was a reaction to residue from the tear gas that had contaminated my apartment.

12. When ICE used explosive weapons again on January 24, the bangs were so loud that I wouldn't have been able to sleep through them if they had continued through the night. I fear that if ICE begins using these weapons again on a regular basis, and late into the night, I'll suffer more irreversible muscle loss due to the anxiety and lack of sleep. I have over-ear headphones that can cancel some of the ambient noise from outside, but they don't block the sound of explosions. I am retired on disability and cannot afford to move, so if the problem continues I have no way to protect myself.

I declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated: January 30, 2026                                         __/s/ *Roy Brooks*____
                                                                Roy Brooks