IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

REACH COMMUNITY DEVELOPMENT, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants*.

Case No. 3:25-cv-2257

**DECLARATION OF CHRISTINE PIGGOTT**

I, Christine Piggott, declare as follows:

1. I make this declaration based on my personal knowledge, information, and belief.

2. I am a program administrator at REACH Community Development in Portland, Oregon. I have served in this role for two years. My primary responsibilities include scheduling homeowners for assessments, managing grants, and working to get accessibility ramps for low-income homeowners. Before working at REACH, I volunteered for Clay Street Table, where I was the Volunteer Pantry Coordinator. In this capacity, I scheduled home deliveries to low-income residents, reported on week's activity, and bagged groceries.

3. Since June, I have experienced tear gas and other chemicals in my office at Gray's Landing. The gases primarily affected Suite C, the area where my cubicle sits. Sometimes I would try to work in other parts of the building and some of those other offices were also affected. When tear gas was present, I would develop severe headaches and have a tingling tongue. These symptoms were so bad that I would leave work early and need to sleep as soon as I got home. My headaches still affect my daily life. Around July or August, I submitted a note from my doctor this summer supporting my request to work from home because of the impact of the gas and chemicals.

4. In early July, after weeks of exposure to gas at work, I traveled to Steens Mountain for the Fourth of July. I traveled on July 3rd and returned home on July 6th. The fresh air and time away from the gas at work made me realize how badly the gas was making me feel. By July 6, I felt like my old self again.

5. When I returned to work at Gray's Landing on July 7, I saw two officers standing on the ICE Office driveway. I felt compelled to have a conversation with them. I thought that if

1

they knew what harm they were causing, we could come to an understanding. They saw me approaching and we met on the driveway. I told the officers that I worked in the Gray's Landing building. I calmly stated that I felt that the gases that they were using were causing adverse effects because when I went far away from my office, the symptoms dissipated. The officers chuckled at me. They told me that I was experiencing allergies and not adverse effects of the tear gas, because the gases they use are environmentally friendly. I tried to disagree with their statement, but the officers continued to laugh at me, leaving me feeling not listened to at all. So I left. I wish I had asked the officers why they were wearing gas masks if the gases are environmentally friendly.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 12, 2025.

*/s/ Christine Piggott*