IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

REACH COMMUNITY DEVELOPMENT, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants*.

Case No. 3:25-cv-2257

## CONVENTIONALLY FILED EXHIBITS 37-39 TO PLAINTIFFS' SUPERSEDING MOTION FOR PRELIMINARY INJUNCTION

[Conventionally filed exhibits 1-19 are on file with the clerk's office. *See* ECF No. 23.]

| Exhibit Number | Title |
| --- | --- |
| 37 | 1/24/2026 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 16. |
| 38 | 1/24/2026 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 16. |
| 39 | 1/24/2026 Video Filmed by Rebecca Roe, Decl. of Rebecca Roe ¶ 16. |
| 43 | Video of livestream showing Defendants using tear gas outside of Gray's Landing on January 24, 2026. Decl. of Daniel Jacobson ¶ 18. |
| 44 | Video of livestream showing Defendants using tear gas outside of Gray's Landing on January 24, 2026. Decl. of Daniel Jacobson ¶ 18. |

| 45 | Video of livestream showing Defendants using tear gas outside of Gray's Landing on January 30, 2026. Decl. of Daniel Jacobson ¶ 19. |
|---|---|
| 46 | Video of livestream showing Defendants using tear gas outside of Gray's Landing on January 30, 2026. Decl. of Daniel Jacobson ¶ 20. |

January 30, 2026                               Respectfully submitted,

/s/Daniel F. Jacobson
Daniel F. Jacobson (D.C. Bar No. 1016621)+
Lynn D. Eisenberg (D.C. Bar No. 1017511)+
Stephen K. Wirth (D.C. Bar 1034038)+
Brian C. Rosen-Shaud (D.C. Bar No. 90042065)+
**Jacobson Lawyers Group PLLC**
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Telephone: +1 301-823-1148
Dan@jacobsonlawyersgroup.com

Darin M. Sands, OSB No. 106624
Colin Hunter, OSB No. 131161
**Bradley Bernstein Sands LLP**
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480
dsands@bradleybernstein.com
chunter@bradleybernstein.com

Taylor Jaszewski (CA Bar No. 345094)+
**Bradley Bernstein Sands LLP**
1212 Broadway, Suite 1100
Oakland, CA 94612
Telephone: +1 510-380-5801
tjaszewski@bradleybernstein.com


Brian D. Netter (D.C. Bar No. 979362)+
Jeffrey B. Dubner (D.C. Bar No. 1013399)+
Anna L. Deffebach (D.C. Bar No. 241346)+
**Democracy Forward Foundation**
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
bnetter@democracyforward.org

adeffebach@democracyforward.org

Katie Schwartzmann (La Bar No. 30295)+
**Protect Democracy**
201 St. Charles Ave., Suite 114
New Orleans, La 70170
(202) 573-4382

+ Admitted pro hac vice

*Counsel for Plaintiffs*

