# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, et al., | Case No.: 3:25-cv-02257 |
| Plaintiffs, | **DECLARATION OF ROBERTO CANTU** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.,* | |
| Defendants. | |

I, Roberto Cantu, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. This declaration is based on my personal knowledge and information made available to me in the course of my official duties.

2. I am the Deputy Director of the Federal Protective Service (FPS), Region 10, which encompasses Alaska, Washington State, Idaho, and Oregon. I have served in that position since September 9, 2023. FPS is the law enforcement agency within the U.S. Department of Homeland Security (DHS) that protects the federal government facilities and persons therein in accordance with 40 U.S.C. § 1315.3.

3. This declaration is submitted in support of Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction.

4. Since June 2025, there have been ongoing protests of the Administration's immigration policies with many occurring at federal facilities in major urban centers, such as Los Angeles, San Francisco, Chicago, Dallas, Seattle, Denver, New York,

Boston, Portland and Washington DC. Many of these protests, at times, have turned violent, requiring FPS to use crowd control tactics to prevent the destruction of federal facilities or serious injury to federal employees and the public.

5. In Portland, Oregon, there have been regular protests at the Immigration and Customs Enforcement (ICE) building, also known as the Lindquist Federal Building, located at 4310 South Macadam Avenue. During the summer of 2025 protests in front of the Lindquist Building were often violent in nature, where groups of protestors would threaten the building and federal law enforcement officers working in and around the facility. During the fall and winter of 2025, the size of the protests dropped significantly, and the incidents of violence became more infrequent. Since January 7, 2026, we have seen an uptick in the size of the protests near the ICE building.

6. In conjunction with its public order policing operations at the Portland ICE building, FPS uses crowd control chemical munitions to disperse crowds that refuse to comply with dispersal orders. It uses MK9 foggers to deploy Oleoresin Capsicum (OC), an oil-based irritant derived from chili peppers, commonly known as pepper spray, in aerosol format. FPS also employs the PepperBall Launching System (PLS) to deploy breakable "pepper balls" that release OC in a dust format. Lastly, FPS employs the FN303 system that deploys breakable plastic balls that contain either Pelargonic Acid Vanillylamide (PAVA)[1], or non-chemical paint balls used for marking. FPS does not authorize the use of 2-chlorobenzylidene malononitrile (CS) gas, commonly known as tear gas, or any other chemical munition as part of its Public Order Policing operations.

7. All three of these chemical munitions (OC, PLS, and FN303) have a highly localized area of impact, generally limited to a radius of less than 20 feet. None are designed for broad or wide-area dispersal. Specifically, MK9 OC spray canisters can deploy OC up to approximately 20ft. A PAVA round can affect an approximate 15-foot radius from where it's compromised. The immediate impact zone for pepper ball is a 3-6 feet radius when deployed at dry hard ground from the PLS. When deployed onto a wet or soft surface, the pepper ball's impact is even less. Their effects can last between 15-45 minutes depending on conditions. FPS typically directs its chemical munitions at specific individuals as opposed to large groups of people, so exposure tends to be minimal, and rapidly dissipates. Of course,

---

[1] A synthetic version of OC.

environmental conditions such as wind, precipitation and air temperature can impact how long the chemicals remain in the area.

8. OC spray, the PLS and the FN303 are considered "less lethal" munitions and are viewed as intermediate force weapons. FPS utilizes chemical munitions so that it can deescalate a situation, thereby officers can avoid having to resort to physical confrontation with protesters with hard techniques such as hands-on, batons, tasers or other weapons. The use of chemical dispersal agents in crowd control situations results in fewer injuries to suspects, violent protestors, and officers. It also enables FPS to control large violent crowds with a small number of officers. Since June 2025, FPS has utilized chemical dispersal agents in situations where protesters posed a threat to officer safety or government property.

9. The following information is based largely on the information contained in FPS Spot Reports and Incident Reports. Spot Reports are e-mail updates from one of the FPS MegaCenters (FPS's call center) to FPS leadership of significant incidents involving FPS or the facilities that FPS protects. Incident Reports are the reports that FPS officers complete on a Form 3155 to document an incident they have responded to. Both are official FPS records kept and maintained in the regular course of business. Attached are fair and accurate copies of the Spot Reports and 3155 referenced in this declaration.

10. According to FPS reports, on June 24th, at approximately 11:18 p.m., FPS officers observed a white female, standing behind the north wall of the ICE facility and lighting what appeared to be a form of munitions. FPS officers along with ICE SRT units proceeded to the eastside pedestrian gate to apprehend the suspect. Upon seeing the FPS officer, the suspect reached into her backpack and produced a large silver and black machete. The FPS officer commanded her to stop and to drop the machete, but she ignored the command. After issuing additional commands to drop the knife, another FPS officer deployed approximately five rounds of FN303, striking the suspect in the upper torso and causing her to flee east on Bancroft St. An ICE SRT officer then deployed a Taser 10 Conducted Energy Weapon (CEW) subduing the suspect. The suspect was placed under arrest by two ICE SRT Officers and was escorted to the ICE Detention Holding for processing. FPS and ICE units secured two machetes from the scene. This incident is documented in FPS Incident Report F25100143207.

11. According to FPS reports, on July 4th, at approximately 8:04 p.m., an FPS officer on duty at the ICE facility arrested two individuals who were pushing ICE officers

who were conducting another arrest. Prior to the arrest, the FPS officer issued a verbal warning to the suspects to step back, which they ignored. In response, the FPS officer deployed OC spray from a MK9 Fogger at the suspects, with each burst lasting approximately one second each. This incident is documented in FPS Incident Report F25100147862

12. According to FPS reports, on August 18th, at approximately 6:50 p.m., a protester stopped her vehicle in front of the driveway at the ICE facility and then abandoned it despite repeated commands to remove the vehicle. This impeded government operations by blocking government vehicles from entering and leaving the federal property and causing alarm about what might be in the vehicle. The Portland Bomb Squad and Explosives Detection Canine Team cleared the vehicle at approximately 7:32 p.m., and Sargant Towing removed it at approximately 7:47 p.m. Starting at approximately 10:20 p.m., a crowd moved onto the driveway and began throwing trash and rocks at law enforcement officers. Multiple Long-Range Acoustical Device (LRAD) warnings issued by FPS to clear the driveway were ignored. At approximately 10:48 p.m., FPS officers exited the gate to clear the area and deployed OC spray with their MK-9 foggers and used their FN303s to deploy PAVA munitions to disperse the crowd. This incident is documented in FPS Incident Report F25100170020.

13. According to FPS reports, on Labor Day, September 1st, FPS was monitoring protest activities at the ICE facility where a crowd was blocking entrances and exits at the facility. Some protesters carried bats, improvised weapons, shields, and were wearing what appeared to be ballistic vests. Despite repeated verbal and LRAD warnings to leave, the crowd did not comply. At approximately 7:58 p.m., an FPS officer deployed pepper balls against protesters who were unlawfully removing boards from the fence on ICE property. At approximately 9:38 p.m., an FPS officer deployed pepper balls to disperse a group blocking the main entrance of the facility. This deployment was in response to protestors placed a prop guillotine at the front entrance blocking vehicle entry and exit from the facility. At approximately 10:23 p.m., after additional warnings, FPS and ICE SRT officers moved to clear the driveway that was blocked, using the FN303 and PBL. This incident is documented in FPS Incident Report F25100176397.

14. According to FPS reports, on October 1, 2025, at approximately 11:03 p.m., an FPS officer used an MK9 to deploy OC spray at protesters who were blocking the driveway at the ICE facility. The OC spray was deployed after verbal warnings were

provided with an LRAD. There were no reported injuries. This incident is documented in FPS Spot Report 25036809.

15. According to FPS reports, on October 4th, an FPS officer assigned to the ICE facility observed approximately 100 demonstrators trespassing on federal property. At approximately 1:04 p.m., after multiple verbal orders issued via LRAD to vacate the area, the officer, along with other federal law enforcement officers, deployed from the facility driveway. During the deployment, the officer encountered a subject and issued several verbal commands to step back and leave federal property. The subject ignored the commands, prompting the officer to make physical contact and push the individual towards the street. The subject then shoved the officer and threw a large, heavy object, striking the officer's upper body. In response, the officer deployed OC spray with his MK9, and the subject was subsequently detained by federal law enforcement. This incident is documented in FPS Incident Report F26100001887.

16. According to FPS reports, on October 11, 2025, at approximately 7:21 p.m., an FPS officer deployed FN303 PAVA to push back a group of protesters that were blocking a vehicle and pouring some sort of liquid onto the driveway on federal property at the ICE facility. At approximately 10:37 p.m., an FPS officer reported that protesters were barricading the entrances, exits and gates to the ICE facility with picnic tables and lighting them on fire. FPS put the fires out and the protests winded down at about 1:30 a.m. the following morning without additional incidents. This incident is documented in FPS Spot Report 25021447.

17. Additionally, on October 11, 2025, at approximately 10:47 p.m., an FPS officer deployed PAVA rounds from his FN303 in order to restrain a suspect during a targeted arrest and ICE SRT deployed CS gas for area denial. At approximately 11:48 p.m., an FPS officer deployed PAVA rounds from his FN303 in an effort to clear protesters from the driveway of the ICE facility for vehicle traffic. This incident is documented in FPS Spot Report 25038290.

18. According to FPS reports, on October 12th, at approximately 5:00 p.m., an FPS officer was assisting in clearing the Macadam Street so that a convoy of vehicles could depart the ICE facility, when a female protester ran toward the line of officers. The FPS officer pushed her out of the area and then a male suspect stepped up to him and began yelling at him for pushing the woman. The male suspect spit on the officer and the officer attempted to take him into custody. Several unknown suspects then began to pull the male suspect back to help him escape custody. The unknown

suspects then began to pull on the back of the FPS officer's vest and continued to try to pull the male suspect away from the officer. The FPS officer deployed his MK9 OC spray and sprayed the individuals who were pulling on the suspect. The individuals released the male suspect, and the officer was able to take him into custody.  This incident is documented in FPS Incident Report F26100005229.

19. Additionally, on October 12, 2025, at approximately 7:56 p.m., two FPS officers deployed OC spray from their MK9s and pepper ball from their PLS at protesters who had barricaded a contract security guard in his guard shack and were attempting to destroy security cameras at the ICE facility.  This incident is documented in FPS Spot Report 25021578.20. On November 23, 2025, at approximately 7:01 p.m., an FPS officer deployed pepper ball after a suspect refused to comply with verbal orders to stay off federal property. The suspect left voluntarily, and no injuries were reported.   This incident is documented in FPS Spot Report 25043849.

20. On November 24, 2025, at approximately 11:30 p.m., an FPS officer deployed pepper ball for area denial at the ICE facility in order to prevent protesters from impeding the driveway at the facility at the protesters were instructed multiple times not to impede the driveway. There were no reported injuries.  This incident is documented in FPS Spot Report 25043894

21. On November 27, 2025, at approximately 8:02 p.m., an FPS officer deployed pepper ball into the ground for area denial at the ICE facility near a suspect who had refused repeated commands to depart federal property. The suspect was not detained, and no injuries were reported.  This incident is documented in FPS Spot Report 25044414.

22. On November 30, 2025, at approximately 12:02 a.m., an FPS officer deployed 3 rounds of pepper ball around the ICE facility to create area denial after demonstrators trespassed on federal property and refused to comply with orders to move off of federal property. There were no injuries, and the protesters departed federal property without further incident.  This incident is documented in FPS Spot Report 25044581.

23. On December 21, 2025, at approximately 8:49 p.m., an FPS officer deployed pepper ball directed at a protester who was running towards an ICE vehicle as it was departing from the ICE facility. There did not appear to be any injuries sustained. This incident is documented in FPS Spot Report 25047420.

24. During the evening of January 9, 2026, a group of approximately 200-300 demonstrators had gathered off property in front of the ICE facility. At

approximately 11:01 p.m., FPS officers advised that rocks were being thrown at them and that they responded by deploying pepper ball towards the protesters who were throwing the rocks. The pepper ball did not appear to cause any injuries. This incident is documented in FPS Spot Report 26000887.

25. During the evening of January 10, 2026, a group of approximately 150 demonstrators had gathered off property outside of the ICE facility. At approximately 11:55 p.m., protesters attempted to block an FPS officer's vehicle from leaving the facility, so another FPS officer deployed pepper ball towards the subject who was blocking the vehicle, allowing the officer to safely depart. There did not appear to be any injuries. This incident is documented in FPS Spot Report 26001063.

26. On January 19, 2026, at approximately 7:15 p.m., FPS deployed pepper ball and OC spray at protesters in an attempt to get protesters to leave federal property. It was ineffective and four protesters were taken into custody for failure to comply and trespassing. At approximately 7:59 p.m., FPS officers deployed pepper ball at protestors burning the American flag on federal property. This incident is documented in FPS Spot Report 26002106.

27. On January 24, 2026, at approximately 5:13 p.m., between 200-300 protesters flooded the vehicle entrance at the ICE facility and began pounding on the building entry points. FPS issued four LRAD warnings which were ignored. At approximately 6:04 p.m., protesters were at the front gate of the facility attempting to penetrate the building. FPS deployed pepper ball forcing the crowd to disperse. At approximately 7:21 p.m., protesters created additional barricades with scooters and began moving toward the gate. At approximately 7:32 p.m., FPS conducted a push moving the protesters back off the property again, FPS used pepper ball and CBP BORTAC used CS gas. At approximately 8:42 p.m., FPS issued another LRAD warning. Protesters began to tamper with the security cameras with rakes and rocks. At approximately 9:48 p.m., federal officers saturated the area with pepper ball, FN303, smoke and flash bangs. Protesters continued to try and destroy security cameras with rakes and rocks. At approximately 10:35 p.m., FPS deployed pepper ball to try and prevent the protesters from damaging the cameras. This incident is documented in FPS Spot Report 26002870.

28. On January 25, 2026, approximately 7:28 p.m., protesters were blocking the driveway at the ICE facility. FPS issued two LRAD warnings to vacate the area. Four protesters were detained for failure to comply. At approximately 9:00 p.m.,

FPS used pepper ball and CBP used CS gas to disburse the remaining protesters from the driveway.  This incident is documented in FPS Spot Report 26002942.

29. On Friday, January 30, 2026, at approximately 2:39 p.m., a security guard informed FPS that two protesters were writing on the back of the guard shack.  They were detained for graffiti and obstruction.  Beginning at approximately 4:14 p.m., FPS issued three LRAD warnings instructing protesters gathered in the area around the ICE facility to remain off federal property.  At approximately 8:05 p.m., FPS detained two protesters for failure to comply and trespassing.  This incident is documented in FPS Spot Report 26003736.

30. On Saturday, January 31, 2026, at approximately 4:14 p.m., a few thousand protestors were outside of the ICE facility. At approximately 4:26 p.m., 10 to 15 agitators entered the property and began banging on the guard shack and attempted to barricade the door and were tearing plywood off the guard shack. Two LRAD warnings were issued instructing the crowd to move off federal property. Immediately after the LRAD warnings, multiple protesters produced umbrellas and formed a shield wall. Additional individuals ran toward the vehicle gate with ropes, appearing to attempt to tie the gate shut. Federal officers were deployed to move the crowd back from the gate and guard shack.  At approximately 4:49 p.m., an FPS officer deployed a taser and a CBP agent deployed gas toward protestors who were destroying the guard shack. During the deployment, multiple protesters threw hard unknown objects at LEOs. No injuries were reported. At approximately 5:30 p.m., a security guard reported a protester throwing rocks at cameras on the east side of the building. At approximately 5:36 p.m., a protester was prying plywood off the back of the guard shack.  FPS deployed pepper ball for area dispersal. At approximately 5:47, protesters moved a dumpster toward the front gate, and a security guard observed protesters again prying plywood from the guard shack. At approximately 5:50 p.m., federal officers deployed from the building to move the crowd away from the building, remove debris, and prevent the placement of the dumpster at the vehicle gate. At approximately 5:54 p.m., FPS deployed pepper balls and an FPS officer used a taser. At approximately 6:30 p.m., a security guard reported approximately 250 to 300 protesters in the area. At approximately 8:50 p.m., two protesters were arrested. One of those protesters was issued citations for damage to government property (6 CFR 139.25b), failure to comply with law enforcement (6 CFR 139.30), disorderly conduct while being arrested (6 CFR 139.35a), and wearing a mask to avoid detection (6 CFR 139.35b). The other was cited for damage to government property (6 CFR 139.25b), disorderly conduct while being arrested (6 CFR 139.35a),

and wearing a mask to avoid detection (6 CFR 139.35b). Both were released after being issued citations. This incident is documented in FPS Spot Report 26003934.

31. On Sunday, February 1, 2026, at approximately 5:32 p.m., about 500 protesters were in front of the ICE facility. About 100 protesters had crossed into the driveway. They were using wooden pallets and other debris to block the doors of the facility. At approximately 5:38 p.m., FPS issued its first LRAD warning to clear the driveway. At approximately 5:41 p.m., FPS deployed OC spray for area disbursal and a second LRAD warning was issued. At approximately 5:45 p.m., a third LRAD warning was given with no compliance from the protestors. At approximately 5:41 p.m., FPS deployed OC spray again. At approximately 6:40 p.m., protesters were banging on the front door of the building and trying to break the front gate by rocking it. FPS deployed pepper spray and attempted to conduct a push. At approximately 6:48 p.m., protesters threw a smoke canister onto the roof of the facility. The smoke cannister thrown on the roof created a fire on the ICE facility's roof, which was quickly contained. Two protesters were detained. One was charged with failure to comply, and trespassing and the other was charged with failure to comply and disorderly conduct. This incident is documented in FPS Spot Report 26004008.

32. FPS has authorized its personnel to use riot control agents as an intermediate force option to temporarily incapacitate a subject. They may be used in situations where empty-hand techniques are not sufficient or were deemed appropriate to control disorderly, non-compliant, or violent subjects, but where deadly force is not deemed justified. Riot control agents can be used to resolve potentially violent situations thereby reducing the likelihood of injury to law enforcement and other individuals.

33. FPS authorizes its personnel to use riot control agents against specific subjects engaged in unlawful conduct or is otherwise actively resisting arrest. FPS does not permit the use of OC spray indiscriminately against groups of people where bystanders would be unreasonably affected, or against individuals not involved in criminal acts. Whenever reasonably possible, a verbal warning is issued prior to the use of riot control agents.

34. FPS provides its personnel with training on the use of the relevant OC and less lethal launcher, which is designed to train and certify students as OC and less lethal launcher operators and to provide them with knowledge in the proper techniques of care and cleaning, as well as the safe operation and deployment of the various OC deployment methods and less lethal launchers. They are also trained on tactical and

safety considerations when deploying the referenced riot control munitions. Officer safety and consideration for the safety and wellbeing of the public is a central focus on all use of force training provided. To that end, training on post exposure care of an affected subject is also provided. Safety considerations for use in a variety of circumstances are also part of the training provided.

35. Considering both the geographic location of the apartment building in question and type of chemical munitions that FPS has used at the ICE facility, it is highly improbable that the use of said munitions (OC, PLS, and FN303) would result in any adverse impact on the apartment building or its residents.

36. If FPS's use of chemical crowd control munitions is curtailed in the manner requested by the plaintiffs, FPS will lose a critical tool that it needs to protect federal facilities, members of the public, and the federal workforce consistent with its statutory authority. With limited personnel available, restrictions on crowd control tools and delayed response options significantly increase the risk to both staff and facility security. Officers may be unable to contain or de-escalate situations quickly, especially if multiple breach attempts or disturbances occur simultaneously, leaving the facility more vulnerable to unauthorized entry or violence. A prohibition on less lethal munitions would force officers to rely on physical intervention (hands on tactics) to manage breaches or remove individuals. This greatly increases the risk of injury to both officers and protesters, as physical confrontations are more likely to result in accidental harm, escalation, or use of higher levels of force. A prohibition on the use of chemical munitions may delay or prevent effective crowd control and facility defense during fast-evolving breach attempts. The inability to use less lethal chemical munitions for trespassing, refusal to disperse, or passive resistance removes key tools for deterring escalation before threats become imminent potentially allowing breaches or violence to occur that could have been prevented with earlier intervention.

Executed on February 5, 2026, at Auburn, Washington



ROBERTO R CANTU
Digitally signed by ROBERTO R CANTU
Date: 2026.02.05 12:28:42 -08'00'

ROBERTO CANTU

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

| CASE NUMBER F25100143207 / 25023453D | Occur Date Span 06/24/2025thru06/24/2025 | Occur Time Span 23:18thru23:45 | Report Date 06/24/2025 | Report Time 23:18 |
|---|---|---|---|---|

☐ Follow – Up Report

### A

| Code | Type of Offense or Incident Assault Offenses: Aggravated Assault | | Arrive Date 06/24/2025 | Arrive Time 23:18 |
|---|---|---|---|---|
| Building No. OR6732 | Address 4310 SW MACADAM AVENUE, PORTLAND, OR 97239 | | Rtn to Svc Dt 06/24/2025 | Rtn to Svc Tm 23:45 |
| Incident Location OR6732 - LINDQUIST BUILDING (PORTLAND OR 97239-42 | Agency Name U.S. IMMIGRATION & CUSTOMS ENFORCEMENT (ICE) | | Agency Code 7055 | |

| Est Num Dem | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ | Est Num Evc | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NARRATIVE
SEE NARRATIVE CONTINUATION

### B

| INVOLVED PERSON | X | Victim | | Witness | | Suspect | | Subject | | Report Person | X | Govt' Empl | | Govt' Cont | | Other | | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| No. 1 | Name (last, first, middle) U.S.GOVERNMENT, ICE(OR6732) | | Alias | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Address | | City | | State | Zip Code | Country |
|---|---|---|---|---|---|---|
| Driver's License Number | State | Social Security # | Nationality | Country of Birth | | Home Phone |
| Scars, Marks, Tattoos / Other | | Arrested | Citation Number | | NCIC Number | Work Phone |
| Employer U.S. IMMIGRATION & CUSTOMS ENFORCEMENT (ICE) | | Employer City | | State | Employer Zip | Employer Country |

| INVOLVED PERSON | | Victim | | Witness | | Suspect | X | Subject | | Report Person | | Govt' Empl | | Govt' Cont | | Other | | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| No. 2 | Name (last, first, middle) | | Alias , UNKNOWN | | Date of Birth/Age | Sex F | Race | Height | Weight | Eyes Unknown | Hair |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Address UNKNOWN | | City PORTLAND | | State OR | Zip Code | Country United States of America |
|---|---|---|---|---|---|---|
| Driver's License Number | State | Social Security # | Nationality American | Country of Birth United States | | Home Phone |
| Scars, Marks, Tattoos / Other | | Arrested Yes | Citation Number | | NCIC Number | Work Phone |
| Employer | | Employer City | | State | Employer Zip | Employer Country |

### C

| VEHICLE | | Stolen | | Damaged | | Recovered | | Lost/Missing | | Suspect | | Other | | Govt | | | Evidence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| No. | License No | State | Reg Yr | Make | | Model | | | Veh Yr | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| | R/O Name (last, first, middle) | | Color | | VIN | | NCIC Number | | |
| | R/O Address | | City | | State | Zip Code | Country | | |

### D

| PROPERTY | | Stolen | | Damaged | | Recovered | | Suspect | | Found | | Other | | Govt | | Evidence | | Weapon |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| No. | Type: Description: | | Make | | Model | | Color |
|---|---|---|---|---|---|---|---|
| | Owner Name (first, last,  middle) | | Serial Number | | Value | | NCIC Number |
| | Address | | City | | State | Zip Code | Country |

Distribution: ☐ Investigations  ☐ AUSA  ☐ Local Prosecutor  ☐ RO ☐ Other

Case Status: ☐ Open  ☐ Closed  ☐ Unfounded  ** FOR OFFICIAL USE ONLY **

3155 Report
Page 1 of 6

Generated by:  on 06/25/2025 22:03

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

| Officer Name/Signature/ID# | Date | Supervisor | Date Approved |
|---|---|---|---|
| ▮▮▮▮ Badge #1576 | 06/25/2025 18:35 | ▮▮▮▮ | 06/25/2025 21:51 |

## FEDERAL PROTECTIVE SERVICE
** FOR OFFICIAL USE ONLY **

Additional Report

| INVOLVED PERSON | | Victim | | Witness | | Suspect | | Subject | X | Report Person | X | Govt' Empl | | Govt' Cont | | Other | | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | No. 3 | Name (last, first, middle) | | Alias | | | | Date of Birth/Age | Sex M | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **B** | Address | | | City | | | State | Zip Code | Country United States of America | | | | | |
| | Driver's License Number | | State | Social Security # | Nationality American | | Country of Birth United States | | Home Phone | | | | | |
| | Scars, Marks, Tattoos / Other | | | Arrested | Citation Number | | | NCIC Number | | Work Phone | | | | |
| | Employer Paragon Systems | | | Employer City McAllen | | | State TX | Employer Zip 78501 | Employer Country | | | | | |

Narrative Continuation

///FPS EVENT IDENTIFICATION NO. 25023453///

SOURCE: //On Tuesday, June 24, 2025, I, Inspector ███████ (7P1576) was conducting Uniformed Civil Disturbance Operations at the Immigration & Customs Enforcement (ICE) facility, located at 4310 SW Macadam Ave, Portland, Oregon 97204 (OR6732) pursuant to Title 40 United States Code 1315. This address has been the location of various violent Anti-Immigration and Customs Enforcement (ICE) demonstrations over the past several days.

OFFENSE: ASSAULT W/ DANGEROUS WEAPON | 18 U.S.C. § 113(A)(3) - ASSAULT WITH A DANGEROUS WEAPON, WITH INTENT TO DO BODILY HARM, BY A FINE UNDER THIS TITLE OR IMPRISONMENT FOR NOT MORE THAN TEN YEARS, OR BOTH.

FACILITY SECURITY LEVEL: LEVEL III

JURISDICTION: PROPRIETARY

OFFENSE LOCATION: LINDQUIEST BUILDING | IMMIGRATION & CUSTOMS ENFORCEMENT (ICE) (OR6732)

4310 SW MACADAM AVE

PORTLAND, OREGON 97239 | 45.49302019453464, -122.67250851349536

SUBJECT INFORMATION

CASE NUMBER   F25100143207
                        / 25023453D

Officer   ███████

** FOR OFFICIAL USE ONLY **

3155 Report

Page 3 of 6

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

█████████ (W/F) | PORTLAND, OREGON | DOB:████████, FBI NO. 747430KD1

UNKNOWN ADDRESS FOR SUBJECT. SUBJECT DID NOT HAVE ANY FORM OF IDENTIFICATION ON HER PERSON AT THE TIME OF HER ARREST.

INITIAL INVESTIGATION

At 11:18 PM on Tuesday, June 24, 2025, I, Inspector ██████, (7P1576), while on duty in the District of Oregon under the authority of 40 U.S. Code § 1315 as a Commissioned Uniformed Law Enforcement Officer with the U.S. Department of Homeland Security Federal Protective Service (DHS/FPS)an unidentified middle-aged white female later identified as ████████, hereafter will be referred to as SUBJECT. SUBJECT was observed on Closed Circuit Television (CCTV) standing behind the north wall of the ICE facility located at 4310 SW Macadam Ave, Portland, Oregon (OR6732). SUBJECT was seen lighting what appeared to be a form of munitions. FPS Inspectors received this information in real-time and broadcasted it to all units to intercept the SUBJECT.

This property is under the protection of the Federal Protective Service (FPS) and is leased by the U.S. General Services Administration (GSA).

INVESTIGATION ACTIVITY

Upon receiving this information, FPS Inspector 7P1809 while watching the cameras broadcasted that the SUBECT had fled to the train tracks on the Eastside of the facility. I, along with other FPS and ICE Special Response Team (SRT) units, proceeded to the Eastside pedestrian service gate to apprehend the SUBJECT. Upon exiting the gate, using the element of surprise I approached SUBJECT with extreme caution, using my duty-issued flashlight to illuminate the area. Upon spotting me, I issued the command "STOP," which SUBJECT ignored. SUBJECT was then observed reaching into a grey in color backpack with her right hand and produced a large silver and black machete knife, approximately 12 to 13 inches in length. At that time, I secured my flashlight and transitioned to my FPS duty-issued service weapon

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

(Glock 45), activating the gun light aimed at SUBJECT. I then yelled "KNIFE, KNIFE" to alert the FPS and SRT units in the area for situational awareness and officer safety.

I then began issuing commands for SUBJECT to "DROP THE KNIFE, DROP THE KNIFE." SUBJECT ignored my commands. It should be noted that the distance between me and the subject at the time was approximately 15 to 18 feet. After my third command to "DROP THE KNIFE," I observed my partner, FPS Unit 8P1437, shoot approximately five (5) rounds of FN303 impact munition rounds, directly hitting SUBJECT's upper torso area. The impact caused the SUBJECT's behavior to change, which allow her to flee East on Bancroft Street. Several seconds later, I observed an ICE SRT member utilize his Taser 10 Conducted Energy Weapon (CEW) to subdue the subject successfully. The subject's body locked up mid-stride, causing her to fall to the ground face first. SUBJECT then aggressively resisted apprehension until she was successfully placed under arrest by two (2) ICE SRT Officers. SUBJECT was then escorted to ICE Detention Holding for processing. FPS and ICE units secured two (2) knives from the scene.

At 11:39 PM, custody of the subject was turned over to FPS special agents on duty for booking.

At 11:45 PM, I departed the ICE Detention Holding area and resumed Uniformed Civil Disturbance Operations.

Given the facts and circumstances surrounding this investigation, criminal charges will be filed with the District of Oregon U.S. Attorney's Office (USAO). This case is considered to a Joint Investigation between FPS and the Federal Bureau of Investigations (FBI).

EVIDENCE:

At 12:10 AM, on Wednesday, June 25, 2025, I Screenshot an overview view of OR6732 and highlighted the crime scene area in question. Enclosure No. 1

At 12:15 AM, through an Open-Source Investigation, I discovered critical video on social media platform, Instagram (Parent Company META). The Instagram account name was listed as █████████ . After analyzing the video, it

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

was discovered that a 2nd Floor resident later identified as ███████ recorded and captured an amateur video utilizing a smartphone from her second-floor balcony of the incident. Enclosure No. 2

WITNESS

███████, Inspector, DHS/ FPS, 4310 SW Macadam Avenue, Portland, Oregon 97239, can testify to the facts discovered in this investigation.

///INVESTIGATION COMPLETE///

## FEDERAL PROTECTIVE SERVICE
** FOR OFFICIAL USE ONLY **

| CASE NUMBER F25100147862 / 25024907D | Occur Date Span 07/04/2025thru07/04/2025 | Occur Time Span 20:03thru20:16 | Report Date 07/04/2025 | Report Time 20:03 |
|---|---|---|---|---|
| ☐ Follow – Up Report | | | | |

**A**

| Code | Type of Offense or Incident | | | Arrive Date | Arrive Time |
|---|---|---|---|---|---|
| | Disorderly Conduct: Disorderly Conduct | | | 07/04/2025 | 20:03 |

| Building No. OR6732 | Address 4310 SW MACADAM AVENUE, PORTLAND, OR 97239 | Rtn to Svc Dt 07/04/2025 | Rtn to Svc Tm 20:20 |
|---|---|---|---|

| Incident Location North of Intersection at Bancroft St and Moody Ave | Agency Name U.S. IMMIGRATION & CUSTOMS ENFORCEMENT (ICE) | Agency Code 7055 |
|---|---|---|

| Est Num Dem | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ | Est Num Evc | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NARRATIVE**
SEE NARRATIVE CONTINUATION

---

**INVOLVED PERSON** | Victim | Witness | Suspect | **X** | Subject | Report Person | Govt' Empl | Govt' Cont | Other | Missing Person

**B**

| No. 1 | Name (last, first, middle) ██████ | Alias | | Date of Birth/Age | Sex M | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|---|

| Address | | City | | State | Zip Code | Country United States of America |
|---|---|---|---|---|---|---|

| Driver's License Number ██████ | State | Social Security # ██████ | Nationality American | Country of Birth | Home Phone |
|---|---|---|---|---|---|

| Scars, Marks, Tattoos / Other | | Arrested No | Citation Number | NCIC Number | Work Phone |
|---|---|---|---|---|---|

| Employer | | Employer City | | State | Employer Zip | Employer Country |
|---|---|---|---|---|---|---|

---

**INVOLVED PERSON** | Victim | Witness | Suspect | Subject | Report Person | Govt' Empl | Govt' Cont | Other | Missing Person

**B**

| No. | Name (last, first, middle) | Alias | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|---|

| Address | | City | | State | Zip Code | Country |
|---|---|---|---|---|---|---|

| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
|---|---|---|---|---|---|

| Scars, Marks, Tattoos / Other | | Arrested | Citation Number | NCIC Number | Work Phone |
|---|---|---|---|---|---|

| Employer | | Employer City | | State | Employer Zip | Employer Country |
|---|---|---|---|---|---|---|

---

**VEHICLE** | Stolen | Damaged | Recovered | Lost/Missing | Suspect | Other | Govt | | Evidence

**C**

| No. | License No | State | Reg Yr | Make | | Model | | Veh Yr | Value |
|---|---|---|---|---|---|---|---|---|---|

| R/O Name (last, first, middle) | Color | | VIN | | NCIC Number |
|---|---|---|---|---|---|

| R/O Address | | City | | State | Zip Code | Country |
|---|---|---|---|---|---|---|

---

**PROPERTY** | Stolen | Damaged | Recovered | Suspect | Found | Other | Govt | Evidence | Weapon

**D**

| No. | Type: Description: | Make | Model | Color |
|---|---|---|---|---|

| Owner Name (first, last, middle) | Serial Number | Value | NCIC Number |
|---|---|---|---|

| Address | | City | | State | Zip Code | Country |
|---|---|---|---|---|---|---|

---

Distribution: ☐ Investigations  ☐ AUSA  ☐ Local Prosecutor  ☐ RO ☐ Other

Case Status: ☐ Open  ☐ Closed  ☐ Unfounded  ** FOR OFFICIAL USE ONLY **

Generated by:  on 07/11/2025 20:23

**FEDERAL PROTECTIVE SERVICE**

\*\* FOR OFFICIAL USE ONLY \*\*

Additional Report

| Officer Name/Signature/ID# | Date | Supervisor | Date Approved |
|---|---|---|---|
| ███ | 07/11/2025 01:16 | ███ | 07/11/2025 20:22 |

CASE NUMBER   F25100147862
/ 25024907D

Officer   ███

\*\* FOR OFFICIAL USE ONLY \*\*

3155 Report

Page 2 of 5

## FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

Additional Report

Narrative Continuation

Subject: ███████████

The Participant was injured.

////Report of Investigation by ████████, Federal Protective Service#7P1402////

ASSISTING OFFICERS:

Immigration and Customs Enforcement (ICE) Special Reaction Team (SRT) – 3 members

SOURCE:

On July 4, 2025, at approximately 20:04 hours, I, Inspector ████████ (#7P1402), was in full Federal Protective Service (FPS) uniform and clearly identifiable as a federal law enforcement officer per 40 USC 1315, while on duty, in the city of Portland, Oregon. I was assigned to Bravo Team for Operation Skip Jack at The Portland Immigration and Customs Enforcement (ICE) Building, 4310 S. McAdam Avenue, Portland, Oregon 97239. I observed an individual writing on the wall, east side plywood of guard shack. Incident Commander ████████ ordered a targeted arrest of that individual. FPS Bravo Team and ICE SRT executed a targeted arrest of that subject after FPS and ICE SRT pushed out from the facility. While standing Bancroft Street at the intersection of Moody Avenue, outside the north vehicle entry gate, I saw a still active munition (smoke), be thrown back towards FPS and ICE officers. I was approached by an ICE SRT Agent who reported someone who threw a still actively dispersing munition canister back towards FPS and ICE personnel. Description given was wearing an "OD green shirt with a white scarf."

OBSERVATION/INVESTIGATION:

On July 4, 2025, at approximately 20:03 hours, I observed an active canister munition being thrown back towards the area where multiple Immigration and Customs Enforcement agents, Federal Protective Service Officers, and I were located at the intersection of Bancroft Street and Moody Avenue. An ICE SRT Agent notified me that he and another of his team had positively identified the subject who threw the munition.

At approximately 20:04 hours, ICE SRT and I made our way up Moody Avenue to effect an arrest of that individual. I observed two unknown suspects attempting to physically intervene by pushing and getting in the way while two ICE agents attempted to effect the arrest of the subject, later identified as ███████████ I developed probable cause to arrest the two suspects for violation of Title 18 United States Code subsection 111: Forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in Section 1114 (any officer or employee of the United States, including any member of the uniformed services, or any person assisting such an officer or

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

employee) while engaged in or on account of the performance of official duties. After giving a verbal warning towards those two suspects to get back, which was ignored and not followed. I deployed Oleoresin Capsicum (OC) spray from a MK9 Fogger at the unknown subjects. I utilized an approximate one-second burst at approximately 20:04 hours. I then notified the Federal Protective Service (FPS) Denver Mega Center (DMC) of the OC deployment, still approximately 20:04 hours. The subjects ran away without being apprehended by me due to the exigency of providing security and overwatch for ICE SRT from the crowd while they attempted to get ▇▇▇▇ into custody. This is also why I was unable to attempt to provide first aid with decontamination to those two suspects.   They both appeared to be Caucasian, one male and one female, wearing all black. I took up a security position to keep the rest of the crowd from interfering with ICE SRT and the arrest of ▇▇▇▇. I looked back at multiple points and saw ▇▇▇▇ actively resisting, by straightening out his arms, trying to stand and flee, tensing all the muscles in his body, and sounded like he was snarling, all while ICE SRT Agents were trying to place ▇▇▇▇ handcuffs. I heard one ICE SRT agent say, "Don't you bite me." More officers soon arrived, and I then stepped in to assist ICE SRT with effecting the arrest. I placed my right knee on ▇▇▇▇ left shoulder blade and kept my left hand on the back of his head to keep him from trying to bite ICE SRT again, or myself. I gave a pair of my handcuffs to ICE SRT and assisted with getting him into handcuffs with two sets of handcuffs. After this, we, ICE SRT and I, attempted to stand up ▇▇▇▇, he went dead weight while snarling and looking around but looked like his eyes were not focusing while his tongue was sticking out of the side of his mouth. ▇▇▇▇ then attempted to bite at me when ICE SRT stood him up, I was right in front of ▇▇▇▇, his head was at approximately my waist to chest level when he tried to strike out at me with his mouth open trying to clamp down on whatever part of me that was facing him. I parried his head away, not hard or in any manner that would cause injury, just enough so that his mouth was not in range to bite me. ICE SRT and I had to carry ▇▇▇▇ back to 4310 S. MacAdam Avenue. Two ICE SRT agents held his arms and chest while another ICE SRT agent and I grabbed under each of ▇▇▇▇s legs just above the knee to carry him in while safely maintaining control of him to prevent injury to officers and further injury to ▇▇▇▇ who appeared to have a bloody nose from when he was trying to bite, stand up, flee from ICE SRT agents attempting to effect his arrest. We had to set him down due to him struggling; attempting to wiggle out of our hold while trying to bring his knees to his chest and back out while shaking his torso to get out of being held, and needing a break after carrying him for approximately a football field in distance, all while ▇▇▇▇ was attempting to get out of our arms by performing the actions previously stated, shaking his torso and trying to bring his knees to his chest to get his legs out of officer control . ▇▇▇▇ did kick me, it impacted on my legs. I dropped down onto his right inside leg with my right knee and placed my right and left hands-on top of his left leg to keep him from kicking me again and kicking another officer. The kick did affect my ability to walk for a few hours. At the time, I did not feel the pain, but later as I was writing my statement, I could feel pain and discomfort, about a 5-6 out of 10 pain scale, in my lower left leg in the front inside and my upper inside of my right leg. ICE SRT was able to carry him, after getting him back up into the sally port outside the detention area of the facility. ▇▇▇▇ was placed on the ground on his stomach. I saw this and immediately instructed ICE SRT to roll him off of his stomach and into the recovery position to avoid positional asphyxiation. ▇▇▇▇ was conscious, but unresponsive, with eyes not appearing focused. At approximately 20:07 hours, I immediately and without delay radioed the FPS Denver Mega Center (Dispatch) for Emergency Medical Services. Inspector Prouty (AEMT) and another Inspector came in to immediately render aid to ▇▇▇▇. An automated defibrillating device (AED) , was used on ▇▇▇▇, the leads were placed on ▇▇▇▇ and one shock was given to him after the AED advised for a shock to

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

be given. Oxygen was also used and administered to ▮▮▮▮▮▮. At approximately 20:16 hours, EMS arrived and transported ▮▮▮▮▮ without further incident.

CUSTODY/BOOKING:

I developed Probable Cause (PC) to arrest the ▮▮▮▮▮ and the two suspects for a direct violation of Title 18 United States Code subsection 111: Forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in Section 1114 (any officer or employee of the United States, including any member of the uniformed services, or any person assisting such an officer or employee) while engaged in or on account of the performance of official duties.

CASE STATUS:

Forwarded to Federal Protective Service Investigations Branch.

CASE NUMBER   F25100147862
/ 25024907D

Officer  ▮▮▮▮▮▮▮▮

** FOR OFFICIAL USE ONLY **

3155 Report

Page 5 of 5

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

| CASE NUMBER F25100170020 / 25030955D | Occur Date Span 08/18/2025 thru 08/18/2025 | Occur Time Span 00:00 thru 00:00 | Report Date 08/18/2025 | Report Time 00:00 |
|---|---|---|---|---|
| ☐ Follow – Up Report | | | | |

### A

| Code | Type of Offense or Incident Demonstration: Violent | | Arrive Date 08/18/2025 | Arrive Time 00:00 |
|---|---|---|---|---|
| Building No. OR6732 | Address 4310 SW MACADAM AVENUE, PORTLAND, OR 97239 | | Rtn to Svc Dt 08/19/2025 | Rtn to Svc Tm 01:45 |
| Incident Location Portland ICE Facility | Agency Name U.S. IMMIGRATION & CUSTOMS ENFORCEMENT (ICE) | | Agency Code 7055 | |

Est Num Dem | 1-10 | 11-50 X | 51-100 | 101-300 | 301-500 | 500+ | Est Num Evc | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+

NARRATIVE
SEE NARRATIVE CONTINUATION

### B

INVOLVED PERSON | Victim | Witness | Suspect X | Subject | Report Person | Govt' Empl | Govt' Cont | Other | Missing Person

| No. 1 | Name (last, first, middle) | Alias | Date of Birth/Age | Sex F | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|
| Address | | City | State | Zip Code | | | Country United States of America | | |
| Driver's License Number | State | Social Security # | Nationality American | Country of Birth United States | | Home Phone | | | |
| Scars, Marks, Tattoos / Other | | Arrested No | Citation Number 504830 | | | NCIC Number | Work Phone | | |
| Employer | | Employer City | State | Employer Zip | Employer Country | | | | |

### B

INVOLVED PERSON | Victim | Witness | Suspect X | Subject | Report Person | Govt' Empl | Govt' Cont | Other | Missing Person

| No. 2 | Name (last, first, middle) | Alias | Date of Birth/Age | Sex M | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|
| Address | | City | State | Zip Code | | | Country United States of America | | |
| Driver's License Number OR | State | Social Security # | Nationality | Country of Birth United States | | Home Phone | | | |
| Scars, Marks, Tattoos / Other | | Arrested No | Citation Number E1763399 | | | NCIC Number | Work Phone | | |
| Employer | | Employer City | State | Employer Zip | Employer Country | | | | |

### C

VEHICLE | Stolen | Damaged | Recovered | Lost/Missing | Suspect X | Other | Govt | | Evidence

| No. 1 | License No | State OR | Reg Yr | Make HONDA | Model | | Veh Yr | Value |
|---|---|---|---|---|---|---|---|---|
| R/O Name (last, first, middle) | | Color BLUE | | VIN | | NCIC Number | | |
| R/O Address | | City | | State | Zip Code | Country | | |

### D

PROPERTY | Stolen | Damaged | Recovered | Suspect | Found | Other | Govt | Evidence | Weapon

| No. | Type: Description: | Make | Model | Color |
|---|---|---|---|---|
| Owner Name (first, last, middle) | | Serial Number | Value | NCIC Number |
| Address | | City | State | Zip Code | Country |

| Officer Name/Signature/ID# Badge #752 | Date 08/20/2025 03:07 | Supervisor | Date Approved 08/24/2025 00:08 |
|---|---|---|---|

Distribution: ☐ Investigations  ☐ AUSA  ☐ Local Prosecutor  ☐ RO ☐ Other
Case Status: ☐ Open  ☐ Closed  ☐ Unfounded  ** FOR OFFICIAL USE ONLY **

3155 Report
Page 1 of 10

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

## FEDERAL PROTECTIVE SERVICE
** FOR OFFICIAL USE ONLY **

Subject: ███████████

Subject: ███████

08/18/2025: 25030926D: 0001-2400: OR6732: 4310 SW Macadam Avenue, Portland, OR 97239-4222: Demonstration:

On Monday, August 18th, 2025, between 0001 to 2400 hours Pacific Time, while on duty performing uniformed civil disobedience operations. for Operation Skip Jack, as an FPS Area Commander of the U.S. Department of Homeland Security, Federal Protective Service (DHS/FPS) under 40 U.S. Code § 1315 authority, at the Portland ICE Facility located at 4310 SW Macadam Avenue, Portland, Oregon 97239, the following was reported to me as the Deputy Incident Commander (DIC)/Area Commander, ███████████ (7V-16).

(29) FPS Law Enforcement Personnel, to include (20) Inspectors, three (3) Supervisory Law Enforcement Specialists, four (4) Special Agents, and two (2) Training and Professional Development (TPD) of the U.S. Department of Homeland Security, Federal Protective Service (DHS/FPS), and (20) Immigration and Customs Enforcement (ICE), Special Response Teams (SRT) are posted at the Portland ICE Facility with an emphasis on protecting this Portland ICE Federal Facility due to the history of vandalism, property damage, civil disobedience, and general threat(s) toward this and other Federal facilities within Downtown Portland.

FPS Law Enforcement Specialists from Team Alpha, Team Bravo, and Team Charlie informed the DMC Dispatch of violent and unruly protests/protesters throughout the early morning, day, and evening hours at this ICE facility.

Incident Command Team: (1400-0100):

1. Incident Commander/(A) District Commander, ███████████ 10V14

2. Deputy Incident Commander/Area Commander, ███████, 7V16

## FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

Additional Report

3. FPS Branch Chief-District Commander, ██████████████ HV22

4. FPS-TPD-Senior Instructor, ██████████████, HV731

Team Alpha: (0500-1500 Hours):

1. Area Commander, ██████████████E, 2V33

2. ██████████, 6P1452

3. ██████████y, 2P231

4. ████████ 11P1525

Team Bravo: (1400-0100 Hours):

1. ██████████, 2P286

2. ██████████, 2P1110

3.██████████, 4P1621

4. ████████, 5P802

5. ██████████ 4P1631

6. ██████████, 11P1510

7. ██████████, 11P1460

8. ████████ 3P1531

9. ████████, 1P1677

Team Charlie: (1900-0500 Hours):

CASE NUMBER    F25100170020
/ 25030955D

Officer    ████████

** FOR OFFICIAL USE ONLY **

3155 Report

Page 4 of 10

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report



1. ███████████, 9R511

2. █████, 11R1184

3. ███████, 6P1656

4. █████████, 7P1276

5. ███████████, 4P424

6. ██████████, 2P495

7. ██████████, 4P1602

8. █████████ 5P1553


FPS Special Agents:


1. ████████████, 3 Ida 7

2. ████████████████ █, 7I8

3. ████████████, 2I5

4.     ██████████ 4I2


At approximately 1200-1230 hours, two groups of protesters arrived on scene and set up on the northeast corner off Federal property. A younger group of 'Black Bloc' type of protesters arrived on scene as well and have attempted to rile up protesters.



FPS Special Agents arrived at the Portland ICE facility and were engaged with an agitator at their vehicle attempting to photograph and other peculiar activities. FPS Special Agents detained the Subject.

## FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

Additional Report

Between 1230-1530 hours, there are between 30-35 protesters in front of the ICE driveway along the city sidewalk off Federal property. Subject/Protester ██████████ is on site wearing a black baseball hat, white short sleeved tee-shirt, green camouflaged pants, a black backpack with a Mexican Flag emblem, and was observed carrying what may be a 'Micro Conversion Kit (Gen1) for a Glock 20/21,' and/or some type of weapon black and pink in color.

Within the crowd of protesters there are numerous agitators attempting to rile up the crowds and to antagonize FPS Law Enforcement Specialists and ICE Personnel entering and/or departing through the ICE ingress/egress driveway.

Protective Security Officer (PSO) informed the DMC Dispatch that there was a female protester wearing black over black writing on the exterior guard shack wall outside the fenced ICE perimeter area.

At about 1745 hours, FPS informed that there was a physical altercation between two Subjects/Protesters (Protester & Counter Protester).

Between 1745 to 1815 hours, protesters begin yelling verbal threats towards female FPS Officer ██████████, 4P1621, by stating something to the effect of, "We're going to pull your ponytail (hair)." "You better watch your ponytail tonight, because we're going to pull it!"

Protesters are also stating that they are making more money than our Federal Law Enforcement Officers do, for us to quit and join their anarchy.

## FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

Additional Report

A White Male Subject driving a white Ford with Washington State license plates CLE-6025, stopped in front of the ICE driveway, and yelled "Fuck You Motherfuckers! Fuck You!"

Protesters have been warned to clear the ICE driveway on numerous occasions this afternoon.

At approximately 1850 hours, a White Female Protester stopped in front of the Portland ICE Facility's driveway along the city street, got off the car, pretended like she was going to ask a question, and ran eastbound towards the 'Protesters Encampment,' leaving her blue 4-door Honda with Oregon license plates ▆▆▆▆.

*** (NOTE) *** FPS Law Enforcement Specialist ▆▆▆▆▆▆, 11B1510, gave a verbal command to remove the vehicle off Federal property. The SUBJECT ▆▆▆▆ did not comply to the verbal command refusing to leave. At approximately 1856 hours, the SUBJECT ▆▆▆▆ ran away from her vehicle with the car keys in hand travelling East bound of S. Bancroft Street. SUBJECT ▆▆▆▆ abandoned the vehicle in the driveway in front of Federal property (ICE Driveway), impeding official government business.

I, Commander ▆▆▆▆ then requested that the DMC Dispatch run Oregon license plates ▆▆▆▆ via NCIC and requested that Incident Commander/(A) District Commander, ▆▆▆▆▆▆, 10V14 request an Explosives Detection Canine Team respond to the Portland ICE Facility to ensure the abandoned vehicle is not a Vehicle Borne Explosives Device (VBIED).

There were between 25-33 protesters by the ICE driveway and the majority were being confrontational towards FPS Law Enforcement personnel.

CASE NUMBER    F25100170020
/ 25030955D

Officer    ▆▆▆▆

** FOR OFFICIAL USE ONLY **

3155 Report

Page 7 of 10

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

FPS & ICE SRT Teams cleared the area surrounding the abandoned vehicle for protesters and officer's safety and overall well-being, in the case that the vehicle may have been a 'Vehicle Borne Improvised Explosives Device' (VBIED).

At approximately 1932 hours, Portland Bomb Squad arrived on scene with an Explosives Detection Canine Team, with no change in behavior from canine.

Driver/Subject ▇▇▇▇▇▇▇▇▇▇: (DOB: ▇▇▇▇▇▇), of the Abandoned Vehicle was identified and emailed a photograph to FPS Teams if feasible for detainment and to conduct a field interview.

Sergeant Towing arrived on scene at approximately 1947 hours, Portland Police Department issued the abandoned vehicle a Parking Violation# 504830, with Tow Slip 224770.

There approximately 35-40 protesters around Bancroft and Macadam, with many protesters being unruly, screaming profanities, racial slurs, and demeaning comments towards FPS & ICE SRT Federal Law Enforcement Officers.

At approximately 1955 hours, FPS Teams brought back all FPS vehicles that were utilized to block traffic back inside of the facility.

At approximately 2115 hours, FPS Inspectors reported that there were two Male Protesters on Federal properties within the ICE driveway, with most of the protesters towards the east Trolly Area, across the street, and Protesters Encampment towards the front of the school vicinity far east.

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

FPS reported that there were two Male Protesters on Federal properties within the ICE driveway, with most of the protesters towards the east Trolly Area, across the street corner, and Protesters Encampment towards the front of the school vicinity.

At approximately 2130 hours, FPS Inspectors reported that there were about nine (9) protesters blocking the ICE driveway. FPS issued an LRAD Warning to get off the ICE driveway or be subject to detention or arrest or face the appropriate degree of force, including chemical agents, to remove them from the restricted area. Protesters were also observed throwing trash onto the ICE driveway.

At approximately 2135 hours, protesters were observed donning gas masks to mitigate against the effect of chemical agents.

At approximately 2220 hours, FPS Team Charlie Leader requested that an LRAD Warning be given, due to protesters not clearing the ICE driveway, or be subject to detention, arrest, and/or face the appropriate degree of force, including chemical agents, to remove them from the restricted area. Protesters were also observed throwing trash onto the ICE driveway.

At approximately 2234 hours, Protesters are throwing rocks towards the ICE mechanical gate. A second LRAD Warning is being issued to the Unlawful Assembly.

At approximately 2235 hours, a large group of protesters towards the front of the Portland ICE Facility are wearing 'Black Bloc' attire, helmets, gas masks, black over black, cameras, and other miscellaneous items. Protesters are also yelling to FPS Law Enforcement Specialists that they know where we (FPS) live and what hotels we are staying at.

At approximately 2243 hours, FPS issued a third LRAD Warning to protesters on Federal property who are blocking the ICE driveway and may be subject to detention, arrest, and/or face the appropriate degree of force, including chemical agents, to remove them from the restricted area.

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

At approximately 2248 hours, FPS Bravo and Charlie Teams exited the gate since protesters were 'Failing to Comply with Federal Law Enforcement Officers Lawful Commands to Clear the ICE driveway.

Between 2258 to 2305 hours, FPS Law Enforcement Specialists and ICE SRT have two Subjects/Protesters Detained. Subject ████████████ Violated 41 CFR 102-74.380 and was issued CVB Violation# E1763414. Subject#2 █████ █████, Violation of 41 CFR 102.74.385, CVB Violation# E1763399. Both with a Mandatory Court Appearance.

Between 2305 to 2359 hours, there are still about 20-25 protesters in the area.

CASE NUMBER   F25100170020
/ 25030955D

Officer   ████████

** FOR OFFICIAL USE ONLY **

3155 Report

Page 10 of 10

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

| CASE NUMBER F25100176397 / 25032953D ☐ Follow – Up Report | Occur Date Span 09/01/2025thru09/05/2025 | Occur Time Span 00:00thru23:59 | Report Date 09/01/2025 | Report Time 00:00 |
|---|---|---|---|---|

**A**

| Code | Type of Offense or Incident Demonstration: Peaceful | | Arrive Date 09/01/2025 | Arrive Time 00:00 |
|---|---|---|---|---|
| Building No. OR6732 | Address 4310 SW MACADAM AVENUE, PORTLAND, OR  97239 | | Rtn to Svc Dt 09/02/2025 | Rtn to Svc Tm 00:00 |
| Incident Location 4310 S Macadam Portland, OR | Agency Name U.S. IMMIGRATION & CUSTOMS ENFORCEMENT (ICE) | | Agency Code 7055 | |

| Est Num Dem | 1-10 | 11-50 | 51-100 | X | 101-300 | 301-500 | 500+ | Est Num Evc | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NARRATIVE**
SEE NARRATIVE CONTINUATION

---

**B**

| INVOLVED PERSON | | Victim | Witness | Suspect | Subject | Report Person | Govt' Empl | Govt' Cont | Other | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | Name (last, first, middle) | | Alias | | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |

| Address | | City | | State | Zip Code | Country |
|---|---|---|---|---|---|---|

| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
|---|---|---|---|---|---|

| Scars, Marks, Tattoos / Other | Arrested | Citation Number | NCIC Number | Work Phone |
|---|---|---|---|---|

| Employer | Employer City | State | Employer Zip | Employer Country |
|---|---|---|---|---|

---

**B**

| INVOLVED PERSON | | Victim | Witness | Suspect | Subject | Report Person | Govt' Empl | Govt' Cont | Other | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | Name (last, first, middle) | | Alias | | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |

| Address | | City | | State | Zip Code | Country |
|---|---|---|---|---|---|---|

| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
|---|---|---|---|---|---|

| Scars, Marks, Tattoos / Other | Arrested | Citation Number | NCIC Number | Work Phone |
|---|---|---|---|---|

| Employer | Employer City | State | Employer Zip | Employer Country |
|---|---|---|---|---|

---

**C**

| VEHICLE | | Stolen | Damaged | Recovered | Lost/Missing | Suspect | Other | Govt | | Evidence |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | License No | State | Reg Yr | Make | | Model | | Veh Yr | Value | |

| R/O Name (last, first, middle) | Color | | VIN | | NCIC Number | |
|---|---|---|---|---|---|---|

| R/O Address | City | State | Zip Code | Country |
|---|---|---|---|---|

---

**D**

| PROPERTY | | Stolen | Damaged | Recovered | Suspect | Found | Other | Govt | Evidence | Weapon |
|---|---|---|---|---|---|---|---|---|---|---|
| No. | Type: Description: | | Make | Model | | Color | | | | |

| Owner Name (first, last,  middle) | Serial Number | Value | NCIC Number |
|---|---|---|---|

| Address | City | State | Zip Code | Country |
|---|---|---|---|---|

---

| Officer Name/Signature/ID# | Date | Supervisor | Date Approved |
|---|---|---|---|

Distribution: ☐ Investigations  ☐ AUSA  ☐ Local Prosecutor  ☐ RO ☐ Other
Case Status: ☐ Open  ☐ Closed  ☐ Unfounded  ** FOR OFFICIAL USE ONLY **

3155 Report
Page 1 of 10

Generated by:  on 09/06/2025 11:43

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

| | 09/05/2025 15:51 | | 09/06/2025 11:33 |
|---|---|---|---|

CASE NUMBER   F25100176397
/ 25032953D

** FOR OFFICIAL USE ONLY **

3155 Report

Officer

Page 2 of 10

## FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

Additional Report

Narrative Continuation

09/01/2025: D: 0001-2400: OR6732: 4310 SW Macadam Avenue, Portland, OR 97239-4222: Demonstration:

On Monday, September 1st, 2025, between 0001 to 2400 hours Pacific Time, while on duty performing Public Order Policing operations for Operation Skip Jack, as an FPS Law Enforcement Specialist of the U.S. Department of Homeland Security, Federal Protective Service (DHS/FPS) under 40 U.S. Code § 1315 authority.

This deployment is part of an enhanced federal security posture in response to civil unrest and targeted acts of aggression toward federal personnel and property, and to ensure the continuity of ICE operations at the Portland ICE Facility, located at 4310 S. Macadam Avenue, in Portland, Oregon 97239.

The Commander's Intent is to preserve life, protect federal personnel, and secure government facilities against potential threats. Our mission includes the detention of any individual attempting to damage or breach federal property, assault officers, or engage in riotous conduct.

The following was reported to me as the Deputy Incident Commander (DIC)/Senior Inspector, ██████████ (2P286).

(27) FPS Law Enforcement Personnel, to include (20) Law Enforcement Specialists (Inspectors), three (2) Supervisory Law Enforcement Specialists, four (3) Special Agents, and two (2) Training and Professional Development (TPD) of the U.S. Department of Homeland Security, Federal Protective Service (DHS/FPS), (6) Immigration and Customs Enforcement (ICE), Special Response Teams (SRT), to include (5) (SRT) Officers and (1) (SRT) Team leader, are posted at the Portland ICE Facility with an emphasis on protecting this Portland ICE Federal Facility due to the history of vandalism, property damage, civil disobedience, and general threat(s) toward this and other Federal facilities within Downtown Portland.

The following FPS Federal Law Enforcement Officers supported on this date, time, and location:

Incident Command Team: (1400-0100):

CASE NUMBER    F25100176397        ** FOR OFFICIAL USE ONLY **                    3155 Report
                          / 25032953D

Officer  ██████████                                                    Page 3 of 10

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

1.  Incident Commander/RD ████████ 10V1

2.  Deputy Incident Commander (DIC)/ Senior Inspector, ████████

    ████ (2P286).

3.  FPS-TPD Branch Chief, ██████████, HV22

4.  FPS-TPD-Senior Instructor, ██████████, HV713


Team Alpha: (0500-1500 Hours):


1.  Area Commander, ██████████ 2V33 (Team Lead)

2.  ██████████, 6P1452

3.  ██████████, 2P231

4.  ████████, 11P1525


Team Bravo: (1400-0100 Hours):


1.  ██████████, 2P1110 (Team Lead)

2.  ████████, 5P802

3.  ██████ r., 4P1631

4.  ██████████ 3P1531

5.  ████████, 1P1677

6.  ██████████ 4P1621

7.  ██████████ 11P1460

8.  ██████████ 11P1510

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

Team Charlie: (1900-0500 Hours):

1. ██████████████, 9R511 (TAC)

2. ██████████████        (Team Lead)

3. ██████████, 6P1656

4. ██████████Iden, 7P1276

5. ██████████████, 4P424

6. ██████████████, 2P495

7. ██████████████, 4P1602

8. ████████, 5P1553

FPS Special Agents:

1. ██████████████, 3 Ida 7

2. ████████████████████, 7I8

3. ██████████████, 4I2

• At approximately 1255 hours, a subject was observed walking around the perimeter of the building, taking photographs and inspecting the locks. The subject wore brown pants and a cowboy hat and carried a black bag.

• At approximately 1343 hours, Alpha TL (2V33), advised of a protester shouting, "It's going to be a long night." Another protester displayed a flag reading "I love ICE,".

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

• At approximately 1419 hours, Alpha TL (2V33) advised that a protester was observed carrying a baseball bat in a backpack, in front of the facility.

• At approximately 1427 hours, FPS Bravo Team arrived on site and relieved FPS Alpha Team.

• At approximately 1442 hours, a protester was observed recording Federal Protective Service (FPS) and U.S. Immigration and Customs Enforcement (ICE) personnel entering or departing the Portland ICE Facility.

• At approximately 1513 hours, a Hispanic male was observed jumping on and off the property in the driveway area.

• At approximately 1515 hours, a female protester dressed in all black was observed writing on the right side of the driveway.

• At approximately 1516 hours, a verbal warning was issued to the female subject, who complied.

• At approximately 1525 hours, a female subject wearing a black shirt, and a pink skirt was observed writing on the wall before leaving the area.

• At approximately 1526 hours, six (6) peaceful protesters were observed off the property near the vehicle driveway entrance.

• At approximately 1533 hours, Bravo TL (2P1110) issued a verbal warning to stay off the property.

• At approximately 1542 hours, Bravo Team Member (9P1531) advised that two opposing protesters were arguing with each other near the north side entrance.

CASE NUMBER    F25100176397
/ 25032953D

** FOR OFFICIAL USE ONLY **

3155 Report

Officer ███████████

Page 6 of 10

## FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

Additional Report

• At approximately 1608 hours, Bravo Team member (5P802) advised that an LRAD warning was issued to clear the driveway for Charlie Team's arrival.

• At approximately 1613 hours, a female subject wearing a dress was observed walking onto and off the driveway.

• At approximately 1619 hours, a young male subject, holding an umbrella and wearing a gray shirt, tan pants, and glasses, was observed writing on the wall on the right side of the driveway. Multiple verbal warnings had already been issued to the subject.

• At approximately 1641 hours, multiple children were observed accompanying protesters at the trolley station.

• At approximately 1710 hours, additional individuals were observed arriving at the facility. Tents were set up, and some individuals were in possession of baseball bats and gas masks.

• At approximately 1728 hours, a group of 40–50 protesters were observed masking up in front of South Macadam.

• At approximately 1828 hours, Bravo Team member (3P1531) reported two individuals approaching the gate. One individual was described as wearing a blue camouflage sweatshirt and gray shorts. The female subject was described as wearing pink leggings, a white shirt, and blonde hair.

• At approximately 1849 hours, a group of 200–250 peaceful protesters were observed in front of the building and scattered around the area. Some protesters were seen carrying bats, improvised weapons, shields, and what appeared to be ballistic vests. The group was blocking the main entrance, diverting traffic, and placing multiple objects on both Macadam and Moody. Local authorities were advised.

• At approximately 1936 hours, 75–150 protesters were observed in front of the facility and dispersed along Macadam and Bancroft.

CASE NUMBER    F25100176397
/ 25032953D

** FOR OFFICIAL USE ONLY **

3155 Report

Officer ████████████

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

• At approximately 1950 hours, protesters were observed in front of the facility, off Federal property, surrounding a black truck and obstructing its movement.

• At approximately 1958 hours, Bravo Team member (5P802) advised he deployed Pepper Ball Launching System (PLS) when protesters were removing wooden boards from the fence. Protesters removed three boards.

• At approximately 2032 hours, three protesters were observed on Federal property near the gate, beyond the card reader. An estimated 150–200 protesters were observed in front of the building and in the surrounding area.

• At approximately 2033 hours, FPS officers issued multiple verbal warnings instructing individuals to stay off Federal property and clear the driveway entrance.

• At approximately 2036 hours, protesters placed a prop guillotine in front of the facility, blocking the roadway.

• At approximately 2101 hours, two vehicles were positioned on Moody to block traffic. Protesters remained blocking the roadway and the facility entrance. Protesters continued to be confrontational, yelling obscenities toward FPS and ICE personnel, and coming onto and off Federal property.

• At approximately 2138 hours, Pepper Ball Launching System (PLS) was deployed for area dispersal. Protesters continued blocking the main entrance. Protective Security Officers (PSOs) awaiting shift change were pending to access the facility.

• At approximately 2140 hours, an estimated 150–200 protesters were observed, with approximately 20–30 individuals conducting traffic control at the intersection of Bancroft and Moody.

• At approximately 2153 hours, Training Program Division (TPD) advisor (HV22) observed that a fire had been set across the street.

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

• At approximately 2155 hours, protesters extinguished the fire.

• At approximately 2157 hours, the Incident Commander (IC) (10V14) requested that local police be notified that protesters were still blocking the street.

• At approximately 2200 hours, a Long-Range Acoustic Device (LRAD) warning was issued to clear the driveway entrance.

• At approximately 2201 hours, the Incident Commander (IC) (10V14) advised that protesters maintained a shield wall on the driveway and that several individuals possessed impact weapons, including bats and sticks. Approximately 75 protesters continued in front of the facility and at the driveway entrance.

• At approximately 2205 hours, a second Long-Range Acoustic Device (LRAD) warning was issued to clear the driveway entrance.

• At approximately 2207 hours, protesters carrying bats, hand thrown made devises, and shields continued in front of the facility and at the driveway entrance.

• At approximately 2210 hours, a third Long-Range Acoustic Device (LRAD) warning was issued to clear the driveway entrance.

• At approximately 2215 hours, a fourth Long-Range Acoustic Device (LRAD) warning was issued to clear the driveway entrance.

• At approximately 2223 hours, protesters launched a smoke canister.

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

• At approximately 2223 hours, Federal Protective Service (FPS) and U.S. Immigration and Customs Enforcement Special Response Team (ICE SRT) personnel moved out to clear the driveway and allow vehicle entry and exit to and from the facility.

• At approximately 2223 hours, during operations to clear the driveway and allow vehicle entry and exit, Federal Protective Service (FPS) officers deployed FN 303 and Pepper Ball Launching System (PLS). U.S. Immigration and Customs Enforcement (ICE) Special Response Team (SRT) personnel deployed noise-flash diversionary device (distraction device), hand-thrown chemical munitions, and Pepper Ball Launching System (PLS). There were no arrests or detentions, and no injuries were reported.

• At approximately 2235 hours, the Tactical Commander (R511) advised that all teams were back on Federal property.

• At approximately 2240 hours, the Tactical Commander (R511) advised that all teams were inside the facility; no injuries were reported.

• At approximately 2240 hours, an estimated 100 protesters remained in front of the facility and in the surrounding area.

• At approximately 2305 hours, 10–13 protesters remained in front of the driveway, with an estimated 30–35 in the surrounding area.

• At approximately 0100 hours, Federal Protective Service (FPS) Bravo Team and U.S. Immigration and Customs Enforcement (ICE) Special Response Team (SRT) cleared the facility.

Status: Closed

CASE NUMBER    F25100176397
/ 25032953D

** FOR OFFICIAL USE ONLY **

3155 Report

Page 10 of 10

Officer ███████████

**From:** Denver MegaCenter
**Subject:** Demonstration-UOF-Spot Report-Region 10-25036809
**Date:** Thursday, October 2, 2025 2:51:48 AM
**Attachments:** PoliceLogo.png
image001.png

| Demonstration | | | |
|---|---|---|---|
| 10/01/2025 @ 0321 | TENANT : ICE | 4310 SW Macadam Ave        OR6732 |  |
| Event Number : 25036809 | POC : FPS | Portland, OR | |
| INITIAL UOF | | | |

At 2256 (Pacific) 6V16 advised an LRAD warning was given to individuals blocking the driveway. At 2303 6V16 advised that 8P1720 had deployed Mark 9 during a push out. There were no reported injuries. At 2324 A PSO advised there were 25 demonstrators and 8 counter-demonstrators.

Field concurrence: Directive 15.10.1.2

Megacenter Notification : 10/01/2025 @ 2356 Mountain

**S137**

**Denver MegaCenter**

Watch And Warning Branch

Law Enforcement Operations Division

Federal Protective Service

U.S. Department of Homeland Security

**877-437-7411 |(O) 303-236-6859 | E-mail**: Denver.MegaCenter@fps.dhs.gov

*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*

# FEDERAL PROTECTIVE SERVICE

** FOR OFFICIAL USE ONLY **

| CASE NUMBER F26100001887 / 25037373D | Occur Date Span 10/04/2025thru10/04/2025 | Occur Time Span 13:06thru17:45 | Report Date 10/04/2025 | Report Time 13:06 |
|---|---|---|---|---|
| ☐ Follow – Up Report | | | | |

**A**

| Code | Type of Offense or Incident Assault Offenses: Aggravated Assault | | Arrive Date 10/04/2025 | Arrive Time 13:06 |
|---|---|---|---|---|
| Building No. OR6732 | Address 4310 SW MACADAM AVENUE, PORTLAND, OR  97239 | | Rtn to Svc Dt 10/04/2025 | Rtn to Svc Tm 17:45 |
| Incident Location 4310 SW Macadam Ave Portland OR 97239 | Agency Name U.S. IMMIGRATION & CUSTOMS ENFORCEMENT (ICE) | | Agency Code 7055 | |

| Est Num Dem | 1-10 | 11-50 | 51-100 | X | 101-300 | 301-500 | 500+ | Est Num Evc | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NARRATIVE**
SEE NARRATIVE CONTINUATION

---

| INVOLVED PERSON | | Victim | | Witness | | Suspect | X | Subject | | Report Person | | Gov't Empl | | Gov't Cont | | Other | | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**B**

| No. 1 | Name (last, first, middle) | | Alias | | Date of Birth/Age | Sex M | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Address | | City | | State | Zip Code | Country United States of America |
|---|---|---|---|---|---|---|

| Driver's License Number | State OR | Social Security # XXXX | Nationality | Country of Birth United States | Home Phone |
|---|---|---|---|---|---|

| Scars, Marks, Tattoos / Other | Arrested No | Citation Number E1768040 | NCIC Number | Work Phone |
|---|---|---|---|---|

| Employer | Employer City | State | Employer Zip | Employer Country |
|---|---|---|---|---|

---

| INVOLVED PERSON | | Victim | | Witness | | Suspect | | Subject | | Report Person | | Gov't Empl | | Gov't Cont | | Other | | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**B**

| No. | Name (last, first, middle) | | Alias | | Date of Birth/Age | Sex | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Address | | City | | State | Zip Code | Country |
|---|---|---|---|---|---|---|

| Driver's License Number | State | Social Security # | Nationality | Country of Birth | Home Phone |
|---|---|---|---|---|---|

| Scars, Marks, Tattoos / Other | Arrested | Citation Number | NCIC Number | Work Phone |
|---|---|---|---|---|

| Employer | Employer City | State | Employer Zip | Employer Country |
|---|---|---|---|---|

---

| VEHICLE | | Stolen | | Damaged | | Recovered | | Lost/Missing | | Suspect | | Other | | Govt | | | Evidence |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**C**

| No. | License No | State | Reg Yr | Make | | Model | | | Veh Yr | Value |
|---|---|---|---|---|---|---|---|---|---|---|

| R/O Name (last, first, middle) | | Color | | VIN | | NCIC Number | |
|---|---|---|---|---|---|---|---|

| R/O Address | | City | | State | Zip Code | Country |
|---|---|---|---|---|---|---|

---

| PROPERTY | | Stolen | | Damaged | | Recovered | | Suspect | | Found | | Other | | Govt | | Evidence | | Weapon |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**D**

| No. | Type: Description: | | Make | | Model | | Color | |
|---|---|---|---|---|---|---|---|---|

| Owner Name (first, last,  middle) | | Serial Number | | Value | | NCIC Number | |
|---|---|---|---|---|---|---|---|

| Address | | City | | State | Zip Code | Country |
|---|---|---|---|---|---|---|

---

Distribution: ☐ Investigations  ☐ AUSA  ☐ Local Prosecutor  ☐ RO ☐ Other

Case Status: ☐ Open  ☐ Closed  ☐ Unfounded    ** FOR OFFICIAL USE ONLY **

3155 Report
Page 1 of 4

Generated by:  on 10/05/2025 04:43

## FEDERAL PROTECTIVE SERVICE
** FOR OFFICIAL USE ONLY **

Additional Report

| Officer Name/Signature/ID# | Date | Supervisor | Date Approved |
|---|---|---|---|
| ██████████ | 10/05/2025 04:05 | ████████ | 10/05/2025 04:40 |

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

Narrative Continuation

SOURCE: On October 4th, 2025, I, Inspector ▮▮▮▮, FPS Badge 2P1723, was assigned to the U.S. Immigration and Customs Enforcement (ICE) facility located at 4310 S Macadam Avenue, Portland, Oregon. I was in full Federal Protective Service (FPS) police uniform, clearly identifying myself as a federal law enforcement officer, in accordance with 40 U.S.C. § 1315.

OBSERVATION/INVESTIGATION: At approximately 1304 hours, I observed approximately 100 demonstrators on Federal Property past the blue line. I then put on my gear and got in formation with other FPS Inspectors, ICE SRT, HSI SRT, CBP SRT, and BOP SRT. I was instructed by my team leader Area Commander ▮▮▮▮ to move SUBJECTS on property in violation of 41 CFR 102-740-375, which is trespassing during hours when closed to the public. Multiple verbal orders were issued by officers, including using a Long-Range Acoustic Device (LRAD), instructing the subject to vacate the area/disperse/depart from federal property. After verbal orders and the use of an LRAD, I deployed from the facility into the driveway in which I encountered SUBJECT by giving him verbal commands to "move back, get off of federal property" and to "move out of the driveway." SUBJECT stood in place. I then made physical contact with the SUBJECT and pushed him towards the street to get him to move. I unholstered my MK9 OC and gave SUBJECT a second verbal warning to "get off Federal Property." SUBJECT did not follow my commands, at me. and I pushed SUBJECT a second time towards the street and off property. SUBJECT then threw a large heavy object at me. I felt the object impact my upper body. During the encounter with SUBJECT, SUBJECT was saying something that I cannot recall due to how loud the crowed was being during the pushout. After the large heavy object was thrown at me, I deployed my MK9 OC spray, aiming for SUBJECTS face. At this time, BOP officers ▮▮▮▮▮▮, and ▮▮▮▮ took SUBJECT into custody (see statements attached). I assisted those officers in taking the SUBJECT into custody and into the sally port for detainment processing. Due to ▮▮▮▮▮▮▮▮ not complying to verbal orders to disperse/depart Federal Property, and due to ▮▮▮▮ throwing a large heavy object I believe I determined probable cause to arrest ▮▮▮▮▮▮ VIN for 41 CFR 102-74. 375- Trespassing during hours when closed to the public, and 18 USC 111 Assault of a Federal Police Officer

CUSTODY/BOOKING:  At this time, another agency's officers took SUBJECT into custody. I assisted those officers in taking the SUBJECT into custody and into the sally port for detainment processing. ▮▮▮▮▮▮ was searched incident to arrest and searched for knives, weapons, or sharp objects. A pocketknife and a collapsable baton were found in his possession. When asked why he had these weapons on his person, ▮▮▮▮ explained that is used for self-defense while taking public transportation. ▮▮▮▮▮▮ property consisted of 1 belt, 1 pair of shoes, 1 fanny pack, 1 wallet, 1 necklace, 1 wedding band, 1 iPhone, and 1 Inspo Vape. All his property was taken into FPS custody. ▮▮▮▮▮▮ was placed in cell number two (2) for the remainder of his detainment process. DMC reported NCIC came back negative for wants and warrant and no criminal history.

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

At approximately 2200 hours, ██████████ requested a medic due to chest pain. CBP medic was called in and evaluated ANZALDUA-ERVIN and advised him that the chest pain is due to sore muscles from the incident. ████████ ██ was given pain reliever for his symptoms.

FPS conducted mouth swab and fingerprint DNA on A████████████. Test kit ████

At approximately 2345 hours, ██████████ transported to Columbia County Sheriff's Office by FPS Inspector Marques, Inspector Sanches, and Inspector Wilson

Case Status: Referred to investigations

CASE NUMBER    F26100001887
/ 25037373D

Officer    ██████████

** FOR OFFICIAL USE ONLY **

3155 Report

Page 4 of 4

**From:**     Denver MegaCenter
**Subject:**  *Update 2*-Demonstration-UOF-Spot Report-Region 10-25038290
**Date:**     Sunday, October 12, 2025 5:56:11 AM
**Attachments:** PoliceLogo.png
              image001.png

| Demonstration | | | |
|---|---|---|---|
| 10/11/2025 @ 0112 | TENANT : ICE | 4310 SW Macadam Ave      OR6732 | POLICE |
| Event Number : 25038290 | POC : 10V5 | Portland, OR | |

| UPDATE 2 UOF |
|---|

At 2348 (Pacific) 8P1582 advised that he had deployed FN303 during a push to clear the driveway for vehicle traffic. 10V6 advised they had five people detained. At 0010 10V6 advised EMS was being contacted for an FPS Inspector that was having problems breathing. At 0028 The Inspector was transported to Good Samaritan Hospital. At 0049 10P560 and 2P1667 were transporting one subject to the Multnomah County Detention Center. At 0055 they arrived, and at 0106 both units were clear of the detention center with the subject lodged. At 0126 another subject was released with two citations.

Field concurrence: 10V5

| UPDATE 1 UOF |
|---|

At 22:47 (Pacific), 10V6 reported 7P713 deployed his FN303 during a targeted arrest, and ICE SRT deployed CS gas for area denial. There were no injuries reported during the deployments. 10V6 reports that during the targeted arrest, 4 subjects were detained for failure to comply, and they will be cited and released. There are approximately 80-100 demonstrators still in the area, off property.

Field concurrence: 10V5 (Incident Commander)

| INITIAL |
|---|

At 17:19 (Pacific), a PSO reported there are approximately 100-150 anti-ICE peaceful demonstrators in the area and none are on property. At

17:24, 10V6 advised that during a targeted arrest, three subjects were
detained for failure to comply. They will be issued a citation and
released.

Field concurrence: 10V5 (Incident Commander)

Megacenter Notification : 10/11/2025 @ 1819 Mountain

**S137**
**Denver MegaCenter**
Watch And Warning Branch
Law Enforcement Operations Division
Federal Protective Service
U.S. Department of Homeland Security

**877-437-7411 |(O) 303-236-6859 | E-mail**: Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement
sensitive (LES) information intended for a specific individual and purpose and should be
considered for official use only. (FOUO) DHS 11042.1 (03/05)*



**From:** Denver MegaCenter <Denver.MegaCenter@fps.dhs.gov>
**Sent:** Thursday, June 12, 2025 4:34 AM
**Subject:** *Update 4*-Demonstration-Violent-Spot Report-Region 10-25021447

| Demonstration - Violent | | | |
|---|---|---|---|
| 06/11/2025 @ 1120 | TENANT : Immigration and Customs Enforcement | 4310 SW Macadam Ave |  |
| Event Number : 25021447 | POC : 10P560 | Portland, OR | |
| UPDATE 4 | | | |

At 01:20 (Pacific) 10P560 advised that there were about 10 protesters left and they are winding down and getting ready to sleep in two tents off property, to the east. There was no additional damage to the building. FPS is clear.

Field concurrence: 10P560 (Acting Area Commander)

| UPDATE 3 |
|---|

At 22:37 (Pacific), 10P560 advises that protestors are barricading the entrances, exits, and gates with picnic tables. The barricade by the fence was lit on fire and has been put out.

Field concurrence: 10P560 (Acting Area Commander)

| UPDATE 2 |
|---|

At 21:54 (Pacific), 10P1521 advises that the smoke has burned his eyes. At this time, EMS is not needed.

Field Concurrence: 10P560 (Acting Area Commander)

| UPDATE 1 |
| --- |

At 19:21 Inspector 10P560 advised protestors are blocking a vehicle. At 1922 Inspector 10P1723 advised there has been 303 deployment by Inspector10P1777, and protestors have poured some sort of liquid on the driveway and they are putting on gas masks.

Field Concurrence: 10P560 (acting Area Commander)

| INITIAL |
| --- |

At 11:20 (Pacific) a PSO advised (1) local media outlet was on scene. At 11:27 (Pacific) a PSO advised of a demonstration beginning off property, on the east side of the facility, with (15) people involved. The groups is demonstrating against ICE. Acting Area Commander 10P560 was advised of the information.

Field Concurrence: 10P560 (Acting Area Commander)

Megacenter Notification : 06/11/2025 @ 1222 Mountain

**Denver MegaCenter**
Watch And Warning Branch
Law Enforcement Operations Division
Federal Protective Service
U.S. Department of Homeland Security

**877-437-7411 |(O) 303-236-6859 | E-mail**: Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

| CASE NUMBER F26100005229 / 25038391D | Occur Date Span 10/12/2025thru10/12/2025 | Occur Time Span 16:55thru17:00 | Report Date 10/12/2025 | Report Time 16:55 |
|---|---|---|---|---|
| ☐ Follow – Up Report | | | | |

**A**

| Code | Type of Offense or Incident Assault Offenses: Simple Assault | | Arrive Date 10/12/2025 | Arrive Time 16:55 |
|---|---|---|---|---|
| Building No. OR6732 | Address 4310 SW MACADAM AVENUE, PORTLAND, OR  97239 | | Rtn to Svc Dt 10/12/2025 | Rtn to Svc Tm 16:55 |
| Incident Location | Agency Name U.S. IMMIGRATION & CUSTOMS ENFORCEMENT (ICE) | | Agency Code 7055 | |

| Est Num Dem | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ | Est Num Evc | 1-10 | 11-50 | 51-100 | 101-300 | 301-500 | 500+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NARRATIVE**
SEE NARRATIVE CONTINUATION

**B**

| INVOLVED PERSON | | Victim | Witness | Suspect | X | Subject | Report Person | | Govt' Empl | | Govt' Cont | | Other | | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| No. 1 | Name (last, first, middle) | | Alias | | | Date of Birth/Age | Sex M | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Address | | City | | State | Zip Code | Country United States of America |
|---|---|---|---|---|---|---|

| Driver's License Number | State | Social Security # XXXX | Nationality | Country of Birth | Home Phone |
|---|---|---|---|---|---|

| Scars, Marks, Tattoos / Other | Arrested Yes | Citation Number | NCIC Number | Work Phone |
|---|---|---|---|---|

| Employer | Employer City | State | Employer Zip | Employer Country |
|---|---|---|---|---|

| INVOLVED PERSON | | Victim | Witness | Suspect | X | Subject | Report Person | | Govt' Empl | | Govt' Cont | | Other | | Missing Person |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| No. 2 | Name (last, first, middle) | | Alias | | | Date of Birth/Age | Sex F | Race | Height | Weight | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Address | | City | | State | Zip Code | Country United States of America |
|---|---|---|---|---|---|---|

| Driver's License Number | State | Social Security # | Nationality American | Country of Birth United States | Home Phone |
|---|---|---|---|---|---|

| Scars, Marks, Tattoos / Other | Arrested No | Citation Number | NCIC Number | Work Phone |
|---|---|---|---|---|

| Employer | Employer City | State | Employer Zip | Employer Country |
|---|---|---|---|---|

**C**

| VEHICLE | | Stolen | Damaged | Recovered | Lost/Missing | Suspect | Other | Govt | | | Evidence |
|---|---|---|---|---|---|---|---|---|---|---|---|

| No. | License No | State | Reg Yr | Make | | Model | | Veh Yr | Value |
|---|---|---|---|---|---|---|---|---|---|

| R/O Name (last, first, middle) | Color | | VIN | | NCIC Number |
|---|---|---|---|---|---|

| R/O Address | | City | | State | Zip Code | Country |
|---|---|---|---|---|---|---|

**D**

| PROPERTY | | Stolen | Damaged | Recovered | Suspect | Found | Other | Govt | Evidence | Weapon |
|---|---|---|---|---|---|---|---|---|---|---|

| No. | Type: Description: | Make | Model | Color |
|---|---|---|---|---|

| Owner Name (first, last,  middle) | Serial Number | Value | NCIC Number |
|---|---|---|---|

| Address | | City | | State | Zip Code | Country |
|---|---|---|---|---|---|---|

| Officer Name/Signature/ID# | Date 10/13/2025 00:53 | Supervisor | Date Approved 10/13/2025 01:52 |
|---|---|---|---|

Distribution: ☐ Investigations  ☐ AUSA  ☐ Local Prosecutor  ☐ RO ☐ Other
Case Status: ☐ Open  ☐ Closed  ☐ Unfounded     ** FOR OFFICIAL USE ONLY **

3155 Report
Page 1 of 5

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

CASE NUMBER   F26100005229
/ 25038391D

** FOR OFFICIAL USE ONLY **

3155 Report

Officer

Page 2 of 5

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

Narrative Continuation

Subject: ████████████

////////Beginning of Incident Report by ████████████, Inspector 7P713////////

CASE NUMBER:

25038391D

ASSISTING OFFICERS:

U.S. Border Patrol

Customs and Border Protection

I.C.E Special Response Team

SOURCE:

On October 12, 2025, I, Inspector ████████████, FPS Badge 7P713, was assigned to the U.S. Immigration and Customs Enforcement (ICE) facility located at 4310 S Macadam Avenue, Portland, Oregon. I was in full Federal Protective Service (FPS) police uniform, clearly identifying myself as a federal law enforcement officer, in accordance with 40 U.S.C. § 1315.

OBSERVATION/INVESTIGATION:

At approximately 1700 hours, Federal Officers stationed at the Portland I.C.E facility began to clear the roadway for a convoy of vehicles that were leaving the facility. As we were trying to clear Macadam Street, I observed a female subject who was running into our protected cordon toward a scuffle that was happening behind me (Reference CCN: 25038393D). As I noticed the unknown female subject running toward the scuffle, I quickly stepped forward, grabbed her shoulders and pushed her out of our area. A male (Subject 1) later identified as ████████████ DOB ████████ stepped up to me and began briefly yelling at me for pushing her. It was hard to identify what he was saying as there was a lot of yelling coming from the crowd. I then saw him with his phone in his hand, step up and spit

**FEDERAL PROTECTIVE SERVICE**

** FOR OFFICIAL USE ONLY **

Additional Report

on me in the area of my chest. At this time, I reached up and attempted to take him into custody. He began stepping back and was being pulled by several unknown subjects who were attempting to assist his escape.

Initially the unknown subjects were able to pull him back hard enough for me to lose my grip as they were also pulling on the back of my vest. I then began to sprint toward Subject 1and was able to tackle him to the ground. Still, several unknow subjects continued to pull on Subject 1as I was trying to get him into custody. It was at this time that I obtained my OC spray and began spraying the individuals that were pulling on him. One subject who I sprayed in the face was later detained and identified as ███████ (Subject 2) DOB: 06/21/1987 (Reference CCN: 25038392). After I was able to get all subjects off of Subject 1that were assisting him, I was able to mount Subject 1 as he laid on his back. I then grabbed his arm in an arm bar and pulled his body around so that he would turn over to his stomach. Once on his stomach, and his hands were behind his back, I obtained my hand restraints from my pouch and began placing them on ███████. After getting the hand restraints secured, I dismounted Subject 1 and began to stand him up to take him back into the facility to begin processing him for the 18-USC-111 charge (Assault on a Federal Officer).

After walking him over to the intake center, I conducted a search incident to arrest which returned with negative findings of weapons or drugs. An inventory of Subject 1 items was taken and documented on a DHS/FPS Evidence/Property Custody Form (Attached). During the processing, Subject 1 stated "What am I even being arrested for, because I spit on you?" He said this multiple times which was also heard by the ICE SRT Medic ███████. Statement attached.

Due to Subject 1 spitting on me, I believe I determined probably cause to arrest Subject 1 under 18 USC111 - Assault on a Federal Officer.

Custody/Booking:

███████ was brought into the sallyport and was given a search incident to arrest. At approximately 2200 ███████ was transported to Clark County Detention Center for the 18-USC-111 charge Assault on a Federal Officer.

I, Inspector ███████, certify under penalty of perjury that this statement is true and accurate to the best of my recollection. October 12, 2025, at 2130 hours, (Pacific Standard Time PST).

**FEDERAL PROTECTIVE SERVICE**
** FOR OFFICIAL USE ONLY **

Additional Report

CASE STATUS:

███████ was referred to the Threat Management Branch for processing.

.

////////End of Incident Report by ██████████ , Inspector 7P713///////

**From:** Denver MegaCenter
**Subject:** *Update 5*-Demonstration: Violent-Spot Report-Region 10-25021578
**Date:** Friday, June 13, 2025 6:22:34 AM
**Attachments:** PoliceLogo.png
image001.png

| Demonstration - Violent | | | |
|---|---|---|---|
| 06/12/2025 @ 0720 | TENANT : ICE | 4310 SW Macadam Ave | |
| Event Number : 25021578 | POC : PSO | Portland, OR | |

### UPDATE 5

At 03:12 (Pacific), a PSO advised there are 10 to 15 protestors left who are sleeping in tents off property.

Field concurrence: 10P560 (Acting Area Commander)

### UPDATE 4

At 23:12 (Pacific) 10P640 advised fireworks were deployed by demonstrators. At 23:42 10P640 advised demonstrators lit a fire near the front gate with five foot tall flames, and the fire has been put out. Portland Police advised they have probable cause to start making arrests. The crowd was pushed back by police to the corner of South Moody Avenue and South Bancroft Street.

### UPDATE 3

At 21:10 (Pacific) 10P1521 advised that FPS units were struck by rocks while assisting SRTs, and there is no need for EMS at this time. Protestors are continuing to throw rocks over the fence line and they are attempting to light a fire in the dumpster in front of the gate. There is graffiti on the guard shack and a severely damaged window on the 2nd floor.

At 21:47, 10P1521 reports that Portland Police has declared that this is an unlawful assembly and there are approximately 200 protestors on site. At 21:53, a PSO reported that protestors are banging on the glass where he is located. At 21:58, 10P560 advises that there are now 300 people and Portland PD is monitoring from two blocks away.

Field Concurrence: 10P560 (Acting Area Commander)

| UPDATE 2 |
|---|
| At 19:52 (Pacific) a PSO advised protestors have barricaded him in the guard shack, he advised they have spray painted cameras and have broken cameras and beat one off the wall. At 19:56 Inspector 10P1499 and Inspector 10P1521 deployed Mark 9 and PLS Pepper Balls at the crowd and advised Portland Police are also on scene. At 2000 Inspector 10P1521 deployed PLS under the fence line at the crowd on property trying to destroy cameras.<br><br>Field Concurrence: 10P560 (Acting Area Commander) |
| UPDATE 1 |
| At 19:14 (Pacific) Inspector 10P1793 advised there are approximately 300 protestors outside on Federal Property. They are blocking the entrance to the driveway and garage but are peaceful. Field Concurrence: 10P560 (Acting Area Commander) |
| INITIAL |
| At 09:29 (Pacific) the PSO advised that there is a group of 9 demonstrators across street at the trolley station, off property. The group has been staged at the trolley station overnight. 10P560 has been advised. At 12:05 (Pacific) the PSO advised that there are now 10 demonstrators, still off property and they remain peaceful. Field Concurrence: Directive 15.10.1.2 |
| Megacenter Notification : 06/12/2025 @ 0826 Mountain |

S136

**Denver MegaCenter**

Watch And Warning Branch

Law Enforcement Operations Division

Federal Protective Service

U.S. Department of Homeland Security

**877-437-7411** |**(O)** **303-236-6859** | **E-mail**: Denver.MegaCenter@fps.dhs.gov

-



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*

**From:** Denver MegaCenter
**Subject:** Demonstration-UOF-Spot Report-Region 10-25043849
**Date:** Monday, November 24, 2025 12:07:54 AM
**Attachments:** PoliceLogo.png

| Demonstration | | | |
|---|---|---|---|
| 11/23/2025 @ 0000 | TENANT : ICE | 4310 SW Macadam Ave OR6732 | |
| Event Number : 25043849 | POC : FPS | Portland, OR | |
| INITIAL UOF | | | |

At 20:25 (Pacific) Inspector 8P1437 advised that he used force by way of pepper balls for crowd disbursal at 19:01. A male subject was not adhering to verbal orders to stay off federal property when the pepper balls were deployed. There were no injuries sustained by FPS or the demonstrators. The male subject left without further incident walking down Moody St.

Field Concurrence: Area Commander 6RV2

Megacenter Notification : 11/23/2025 @ 2125 Mountain

S138
**Denver MegaCenter**
Watch And Warning Branch
Law Enforcement Operations Division
Federal Protective Service
U.S. Department of Homeland Security

**877-437-7411 |(O) 303-236-6859 | E-mail:** Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*

**From:** Denver MegaCenter
**Subject:** Demonstration-UOF-Spot Report-Region 10-25043894
**Date:** Tuesday, November 25, 2025 3:03:33 AM
**Attachments:** PoliceLogo.png

| Demonstration - UOF | | | |
|---|---|---|---|
| 11/24/2025 @ 0000 | TENANT : ICE | 4310 SW Macadam Ave | |
| Event Number : 25043894 | POC : FPS | Portland, OR | |
| INITIAL UOF | | | |

At 23:32 (Pacific) Inspector 6P1798 advised that at 23:30 he deployed PLS area of deniability, at a group of protestors that were impeding the driveway after being told multiple times not to impede the driveway. He deployed multiple projectiles. There were no injuries sustained by FPS or the protestors.

Field concurrence Area Commander 6RV2

Megacenter Notification : 11/25/2025 @ 0032 Mountain

S138
**Denver MegaCenter**
Watch And Warning Branch
Law Enforcement Operations Division
Federal Protective Service
U.S. Department of Homeland Security

**877-437-7411 |(O) 303-236-6859 | E-mail:** Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*

**From:** Denver MegaCenter
**Subject:** Demonstration: Peaceful (PLS Deployed) UOF-Spot Report-Region 10-25044414
**Date:** Thursday, November 27, 2025 11:21:29 PM
**Attachments:** PoliceLogo.png
image001.png

| Demonstration – Peaceful (PLS Deployed) UOF | | | |
|---|---|---|---|
| 11/27/2025 @ 0000 | TENANT : ICE | 4310 SW Macadam Ave OR6732 | |
| Event Number : 25044414 | POC : 8V2 | Portland, OR | |
| INITIAL | | | |

At 2002 (Pacific) 6RV2 advised he deployed PLS, into the ground for area denial, near a subject refusing repeated commands to depart federal property. The subject was not detained and no injuries were reported. Currently there are seven anti-ICE demonstrators in front of the driveway, off property and ten more at the corner of Bancroft Street and Moody Avenue. 6RV2 advised the demonstration is still currently peaceful

Field Concurrence: Deputy Regional Director 8V2

Megacenter Notification : 11/27/2025 @2102 Mountain

S140
**Denver MegaCenter**
Watch And Warning Branch
Law Enforcement Operations Division
Federal Protective Service
U.S. Department of Homeland Security

**877-437-7411 |(O) 303-236-6859 | E-mail**: Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be*

*considered for official use only. (FOUO) DHS 11042.1 (03/05)*

**From:** Denver MegaCenter
**Subject:** Demonstration-Weapon Discharge by FPS-UOF-Spot Report-Region 10-25044581
**Date:** Sunday, November 30, 2025 3:25:01 AM
**Attachments:** PoliceLogo.png
image001.png

| Demonstration-Weapon Discharge by FPS | | | |
|---|---|---|---|
| 11/30/2025 @ 0002 | TENANT: ICE | 4310 SW Macadam Ave      OR6732 | |
| Event Number: 25044581 | POC: FPS | Portland, OR | |
| **INITIAL UOF** | | | |

At 0002 (Pacific) 6P1798 advised he deployed 3 rounds of pepper balls for area denial after demonstrators refused to comply with orders to move off of federal property. There were no injuries and no contact was made with the protestors. There were no arrests, and the individuals departed federal property under their own power. There were 20 anti-ICE demonstrators in the area.

Field concurrence: 6RV2

Megacenter Notification : 11/30/2025 @ 0102 Mountain

**S137**

**Denver MegaCenter**

Watch And Warning Branch

Law Enforcement Operations Division

Federal Protective Service

U.S. Department of Homeland Security

**877-437-7411 |(O) 303-236-6859 | E-mail**: Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*

**From:** Denver MegaCenter
**Subject:** Demonstration-Use of Force-Spot Report-Region 10-25047420
**Date:** Monday, December 22, 2025 12:16:50 AM
**Attachments:** PoliceLogo.png

| Demonstration – Peaceful (PLS Deployed) | | | |
|---|---|---|---|
| 12/21/2025 @ 0000 | TENANT : ICE | 4310 SW Macadam Ave<br><br>OR6732 | POLICE |
| Event Number : 25047420 | POC : FPS | Portland, OR | |
| INITIAL / UOF | | | |
| At 20:49 (Pacific) 10P1777 advised he deployed PLS due to a female subject that was running to impede the SRT vehicles that were departing the facility during a push. No injuries were sustained by the demonstrator or FPS.<br><br>Field Concurrence: 10V5 (Security Operations Branch Chief) | | | |
| Megacenter Notification : 12/20/2025 @ 2149 Mountain | | | |

S138

**Denver MegaCenter**

Watch And Warning Branch

Law Enforcement Operations Division

Federal Protective Service

U.S. Department of Homeland Security

**877-437-7411 |(O) 303-236-6859 | E-mail**: Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*

**From:** Denver MegaCenter
**Subject:** *Update 2*-Demonstration-UOF-Spot Report-Region 10-26000887
**Date:** Saturday, January 10, 2026 5:45:55 AM
**Attachments:** PoliceLogo.png

| Demonstration | | | |
|---|---|---|---|
| 01/09/2026 @ 1943 | TENANT : ICE | 4310 SW Macadam Ave OR6732 | |
| Event Number : 26000887 | POC : 10V2 | Portland, OR | |

| UPDATE 2 UOF |
|---|

At 0000 (Pacific) 6P1798 advised that he had also deployed pepper balls at 2301. At 0019 10P1078 advised that the detained subject was released to EMS and not charged because he could not be identified. Additionally, the subject had hit his head when he tripped and fell on the concrete while running away.

Field concurrence: 10V2

| UPDATE 1 UOF |
|---|

At 2301 (Pacific) 6P1798 advised he was receiving projectiles, possibly rocks. At 2311 5P802 advised they were receiving incoming hard objects. 10P1777 advised one subject was detained. At 2317 10P1777 advised the detained subject was refusing to identify themselves, and was requesting EMS for the subject hitting their head on the pavement. EMS was contacted to respond. They arrived at 2324. At 2344 5P802 advised that he had deployed pepper balls at 2301 when rocks were being thrown. At 2352 5P802 advised that the subject was detained for failure to comply and wearing a mask.

Field concurrence: 10V2

| INITIAL |
|---|

At 1943 (Pacific) a PSO advised of a large crowd of more than 100 anti-ICE demonstrators marching towards the facility on South Moody Avenue. At 1956, a PSO advised there are approximately 300-350 demonstrators on South Moody Avenue and South Bancroft Street.

LRAD warnings have been given to the crowd in front of the building to stay off federal property. 10V2 advised the crowd is actually closer to 200 people.

Field Concurrence: Deputy Regional Director 10V2

Megacenter Notification : 01/09/2026 @ 2043 Mountain

**S137**
**Denver MegaCenter**
Watch And Warning Branch
Law Enforcement Operations Division
Federal Protective Service
U.S. Department of Homeland Security

**877-437-7411** |**(O)** **303-236-6859** | **E-mail**: Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*

**From:** Denver MegaCenter
**Subject:** *Update 1*-Demonstration-Spot Report-Region 10-26001063
**Date:** Sunday, January 11, 2026 3:27:25 AM
**Attachments:** PoliceLogo.png

| Demonstration - Peaceful | | | |
|---|---|---|---|
| 01/10/2026 @ 1950 | TENANT : ICE | 4310 SW Macadam Ave OR0043 | POLICE |
| Event Number : 26001063 | POC : FPS | Portland, OR | |

| UPDATE 1 |
|---|
| At 2320 (Pacific) a PSO advised there were 40 demonstrators in the area. At 2355 10V2 advised the demonstrators attempted to block his vehicle from leaving. At 2356 6P1798 advised he had deployed PLS towards the subject that struck the vehicle as the team was pushing out. There were no injuries.<br><br>Field concurrence: 10V2 |

| INITIAL |
|---|
| At 1950 (Pacific) a PSO advised there were 150 anti-ICE demonstrators off property. Portland Police White Shirts were in the crowd monitoring.<br><br>Field concurrence: 10V2 |
| Megacenter Notification : 01/10/2026 @ 2050 Mountain |

**S137**
**Denver MegaCenter**
Watch And Warning Branch
Law Enforcement Operations Division
Federal Protective Service
U.S. Department of Homeland Security

**877-437-7411 |(O) 303-236-6859 | E-mail**: Denver.MegaCenter@fps.dhs.gov
-



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*

**From:**     Denver MegaCenter
**Subject:**  *Update 5* Demonstration: Violent (Cite and Release)-Spot Report-Region 10-26002106
**Date:**     Tuesday, January 20, 2026 3:33:55 AM
**Attachments:**  PoliceLogo.png
              image001.png

| Demonstration – Violent (Cite and Release) | | | |
|---|---|---|---|
| 01/19/2026 @ 0000 | TENANT : ICE | 4310 SW Macadam Ave<br>OR6732 | |
| Event Number : 26002106 | POC : 10V5 | Portland, OR | |

| UPDATE 5 |
|---|

At 23:56 (Pacific) the last of the 6 detained protestors was cited and released. There are currently 10 protestors in the area. They are off property and across the street on Bancroft.

Field Concurrence: Directive 15.10.1.2

| UPDATE 4 UOF |
|---|

At 22:02 (Pacific) two additional protestors were detained for failing to leave federal property. There are still 40 to 50 protestors in total in the area, and PLS has been deployed by FPS numerous times without effect.

Field Concurrence: Security Operations Branch Chief 10V5

| UPDATE 3 UOF |
|---|

At 19:59 (Pacific) 5P802 and 6P1798 deployed PLS from an overwatch position on subjects lighting an American Flag on fire in the driveway, on property. A PSO advised there are currently 80-85 demonstrators in the area with 10-15 on property in the driveway. At 2008 10V5 advised the demonstration is violent. At 2012, 6P1798 advised he deployed PLS on a separate subject for burning an American Flag on property.

Field Concurrence: Directive 15.10.1.2

| UPDATE 2 UOF |
|---|

At 19:15 (Pacific) PLS was deployed by FPS against demonstrators for failure to comply with orders to evacuate federal property. At 19:17 6P1798 advised that multiple rounds of PLS were deployed and the PLS was ineffective, and demonstrators are still on federal property. At 19:18 MK9 was deployed by FPS against demonstrators that remained on federal property. At 19:22

10P1521 advised that four subjects are currently in custody for failure to comply and trespassing. At 19:29 10P1521 advised that three demonstrators were being decontaminated after having MK9 deployed against them. They are currently "code 4". There are still 10 demonstrators seated in the driveway on property and ICE SRT is en route to assist with crowd control.

Field Concurrence: Area Commander 8V21

| **UPDATE 1** |
|---|
| At 1521 (Pacific) 5P802 advised both detained subjects have been released. Both subjects were issued three citations for obstruction, failure to comply and impeding.<br><br>Field Concurrence: Directive 15.10.1.2 |
| **INITIAL** |
| At 1417 (Pacific) 5P802 reported two subjects have been taken into custody for blocking the driveway. No force was used during the detainment. At 1427 a PSO advised that approximately 150 demonstrators have arrived at the corner of South Bancroft Street and South Moody Avenue. The crowd is currently peaceful.<br><br>Field Concurrence: Security Operations Branch Chief 10V5 |
| Megacenter Notification : 01/19/2026 @ 1517 Mountain |

S138

**Denver MegaCenter**
Watch And Warning Branch
Law Enforcement Operations Division
Federal Protective Service
U.S. Department of Homeland Security

**877-437-7411 |(O) 303-236-6859 | E-mail:** Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose*

*and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*

**From:**  Denver MegaCenter
**Subject:**  *Update 5*-Demonstration-Violent-(UOF)-Spot Report-Region 10-26002870
**Date:**  Sunday, January 25, 2026 3:00:42 AM
**Attachments:**  PoliceLogo.png

| Demonstration - Violent | | | |
|---|---|---|---|
| 01/24/2026 @ 1304 | TENANT : ICE | 4310 SW Macadam Ave OR6732 | |
| Event Number : 26002870 | POC : FPS | Portland, OR | |

| UPDATE 5 UOF |
|---|

At 2200 (Pacific) a PSO advised there were 175 demonstrators. At 2202 a PSO advised protestors were attempting to take down the camera above the front entrance on the west side. At 2211 10P1521 advised himself, 10P1780, and 10I2333 had utilized force at 2148. At 2230 a PSO advised a protestor was pulling off the plywood from the back of the guard shack. At 2232 10P640 advised pepper balls were deployed towards a subject attempting to destroy the camera with a rake. At 2235 10P640 advised pepper balls were deployed towards the subject with the rake again. At 2236 10P640 advised pepper balls were deployed towards a subject trying to hit a camera with rocks. At 2256 a PSO advised there was a media crew on the west side of the driveway. At 2307 10P1521 advised protestors were throwing rocks.

Field concurrence: 10V4

| UPDATE 4 UOF |
|---|

At 2042 (Pacific) 10V4 advised another LRAD warning was issued. At 2054 10I2333 advised a couple of subjects were attempting to tamper with the cameras. At 2127 a PSO advised a protestor attempted to take down the camera at the guard shack with a rake. At 2130 10P1521 advised pepper balls were used against the subject attempting to take down the camera. At 2133 10P1521 advised protestors were attempting to take down the camera again. At 2143 10I2333 advised subjects were throwing rocks at the camera. At 2148 10V2 advised area saturation was deployed. FN303, smoke, flash bangs, and pepper balls were utilized by multiple agencies, including FPS. No injuries were reported.

Field concurrence: 10V4

## UPDATE 3 UOF

At 1921 (Pacific) a PSO advised a protestor placed a scooter in front of the plywood. 10V4 advised this is a new barricade. At 1926 a PSO advised another scooter was added to the barricade. At 1927 10V4 advised protestors were moving toward the gate and trespassing on property. At 1932 10P1521 advised FPS was conducting a push due to protestors coming onto property. CBP's BORTAC used gas, and FPS deployed pepper balls for area dispersal. No injuries were reported. At 1947 a PSO advised there were 50 subjects blocking the driveway. At 2019 10V4 advised an LRAD warning was issued.

Field concurrence: 10V4

## UPDATE 2 UOF

At 1804 (Pacific) 10P1521 advised the protestors were at the front gate attempting to penetrate into the building. 10P1521 advised he had deployed pepper balls for area dispersal. There were no injuries. At 1808 10P1521 advised more area dispersal was utilized. No injuries were reported. At 1813 a PSO advised the protest count was at 400. At 1822 a PSO advised the protest count dropped to 250. At 1824 10P1521 advised two of the detained subjects had been released. At 1830 10V4 advised protestors were trying to take pylons out of the grass. At 1833 10V4 advised FPS was opening the gate to push protestors back and stop them from tearing down plywood and breaking glass. They would be deploying gas. At 1839 10V4 advised protestors were throwing objects at FPS and other federal officers. At 1844 10V4 advised FPS were taking rocks and hard objects.

Field concurrence: 10V4

## UPDATE 1

At 1441 (Pacific) 10P1521 advised one of the subjects did bite him on his left wrist. That subject was in a holding cell. It was unknown if they would be cited and released or arrested. At 1713 a PSO advised there were 200 to 300 protestors and media on site. A PSO stated that protestors were "flooding the vehicle entrance." 10P1521 advised protestors were pounding on all building entry points.10V4 requested local PD be called. At 1718 10V4 advised an

LRAD warning was issued. At 1720 a PSO advised there were 400-plus protestors. At 1721 10V4 advised a 2nd LRAD was issued. At 1724 10V4 advised a 3rd LRAD was issued, and protestors were pushing some fencing over. At 1726 10P1521 advised a 4th LRAD was issued. At 1738 10V4 advised the protestors were setting up a barricade around the fence line. At 1744 10P1521 advised protestors were attempting to climb the wall.

Field concurrence: 10V2

| INITIAL |
| --- |

At 13:04 (Pacific) District Commander 10V4 advised of three arrests on property. He said there was no use of force and there were no injuries. Two subjects were arrested for assault on an officer, and one for failure to comply. The subjects are currently being interviewed by Special Agents. There is no information yet whether they will be cited and released or charged and housed. There are currently 10 FPS units on scene.

Field Concurrence: Directive 15.10.1.2

Megacenter Notification : 01/24/2026 @ 1404 Mountain

**S137**
**Denver MegaCenter**
Watch And Warning Branch
Law Enforcement Operations Division
Federal Protective Service
U.S. Department of Homeland Security

**877-437-7411** |**(O)** **303-236-6859** | **E-mail**: Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*

**From:** Denver MegaCenter
**Subject:** *Update 3* Demonstration (UOF)-Spot Report-Region 10-26002942
**Date:** Monday, January 26, 2026 12:45:48 AM
**Attachments:** PoliceLogo.png
image001.png

| Demonstration UOF | | | |
|---|---|---|---|
| 01/25/2026 @ 0000 | TENANT : ICE | 4310 SW Macadam Ave OR6732 | POLICE |
| Event Number : 26002942 | POC : FPS | Portland, OR | |

| UPDATE 3 UOF |
|---|
| AT 21:00 (Pacific) 10V6 advised that on the last push at 20:38, CBP and BORTAC units deployed gas, 10P1793 deployed area dispersal and 10P1521 deployed PLS. 10V6 advised three demonstrators were detained during the first push. At 20:55 they detained one more subject for a total of four that were detained. The current demonstrator count is 75.<br><br>Field Concurrence: 10V6 |
| **UPDATE 2** |
| At 18:57 (Pacific) 10P1521 advised that there was one demonstrator detained for failure to comply. At 19:28 10V6 advised two more demonstrators were detained for failure to comply after two LRAD warnings were given to vacate the driveway. No injuries were reported, and no force was used during the detainments.<br><br>Field Concurrence: District Commander 10V4 |
| **UPDATE 1** |
| At 1815 (Pacific) 10P1521 advised a demonstrator that was detained had been released with citation E1763351 for Obstructing. 10P1521 advised the subject was originally detained for blocking the driveway and failure to comply. The demonstrator count is approximately 100 and media is still on site.<br><br>Field Concurrence: District Commander 10V4 |
| |

| **INITIAL** |
|---|
| At 0129 (Pacific)10P1521 advised they had a subject detained. There was no use of force and no injuries. The subject was detained for failure to follow a lawful order. At 0206 10P1521 advised the subject was released with two citations.<br><br>Field concurrence: 10V4 |
| Megacenter Notification : 01/25/2026 @ 0040 Mountain |

S138
**Denver MegaCenter**
Watch And Warning Branch
Law Enforcement Operations Division
Federal Protective Service
U.S. Department of Homeland Security

**877-437-7411 |(O) 303-236-6859 | E-mail**: Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*

**From:**  Denver MegaCenter
**Subject:**  *Update 4*-Demonstration-Violent-Spot Report-Region 10-26003736
**Date:**  Saturday, January 31, 2026 2:25:39 AM
**Attachments:**  PoliceLogo.png

| Demonstration - Violent | | | |
|---|---|---|---|
| 01/30/2026 @ 1048 | TENANT : ICE | 4310 SW Macadam Ave OR6732 | |
| Event Number : 26003736 | POC : 10V4 | Portland, OR | |

| UPDATE 4 |
|---|
| At 2159 (Pacific)10R4 advised there were approximately 150 demonstrators in the area. At 2208 6P860 advised one of the subjects was cited for 6 CFR 139.30, failure to comply, and released. At 2235 10V6 advised the second subject was cited for 6 CFR 139.35i, trespassing, and released.<br><br>Field concurrence: Directive 15.10.1.2 |

| UPDATE 3 |
|---|
| At 2005 (Pacific) 10P560 advised they had two subjects detained with no use of force and no injuries. At 2034 a PSO advised there were around 170 protestors in the area, peaceful. At 2049 10P560 advised the subjects were detained for failure to comply.<br><br>Field concurrence: 10V4 |

| UPDATE 2 |
|---|
| At 1606 (Pacific) 10V6 advised one of the detained juveniles was released to his parents. At 1614 8P1436 advised an LRAD warning was given to clear the driveway. At 1616 the second LRAD, and at 1617 the third LRAD warnings were given. At 1832 a PSO advised that there were about 135 peaceful demonstrators, all but one off property.<br><br>Field concurrence: Directive 15.10.1.2 |

| UPDATE 1 |
|---|
| At 14:39 (Pacific) a PSO advised there were two subjects writing on the back |

of the guard shack. At 14:50 10R4 advised one subject was detained. At 14:52 10V6 advised there are two arrests. 10V4 advised an FPS Inspector was injured. At 1453 10P560 advised the Inspector's face was bleeding and EMS was requested. At 15:22 10P560 advised 8P1628 is the injured Inspector. EMS checked him out and cleared him. 8P1628 is cleaning up and will be back in service. There were 2 juveniles that were detained for graffiti and obstruction. There are 17 FPS units on scene observing.

Field Concurrence: Directive 15.10.1.2

| INITIAL |
| --- |

At 10:48 (Pacific) a PSO advised of a demonstration off property, at Bancroft and Moody, with (20) people involved. The group is demonstrating against ICE and is currently peaceful. At 11:29 (Pacific) a PSO advised (1) demonstrator was observed "open carrying" a pistol. The subject is located on the northeast side of the facility, off property. The group is not impeding federal operations.

Field Concurrence: 10V4 (District Commander)

Megacenter Notification : 01/30/2026 @ 1148 Mountain

**S137**
**Denver MegaCenter**
Watch And Warning Branch
Law Enforcement Operations Division
Federal Protective Service
U.S. Department of Homeland Security

**877-437-7411** |**(O)** **303-236-6859** | **E-mail**: Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*

**From:** Denver MegaCenter
**Subject:** *Update 5* Demonstration: Peaceful (Detainment)-Spot Report-Region 10-26004008
**Date:** Monday, February 2, 2026 3:10:02 AM
**Attachments:** PoliceLogo.png

| Demonstration – Detainment | | | |
|---|---|---|---|
| 02/01/2026 @ 0000 | TENANT : ICE | 4310 SW Macadam Ave OR6732 | |
| Event Number : 26004008 | POC : FPS | Portland, OR | |

| UPDATE 5 |
|---|

At 23:35 (Pacific) 10R4 advised one subject was detained at 2330 during the last push. The subject was identified by CBP to be one of the demonstrators that was throwing trash on property and throwing rocks at the facility earlier. 10R4 advised they are reviewing footage now. There weren't any injuries to the demonstrator or FPS that were reported, and force wasn't used. At 0000 10K1780 advised that the subject that was detained at 21:36 was released with a citation for failure to comply.

Field Concurrence: District Commander 10V4

| UPDATE 4 |
|---|

At 21:18 (Pacific) 10P560 advised that one of the two detained subjects was being released. The first subject was charged with failure to comply and trespassing. At 21:20 the other detained subject was released. That subject was charged with failure to comply and disorderly conduct. At 21:36 10R4 advised that one was detained during a push. There weren't any injuries or force used during the detainment. They were detained for possibly being the subject that was using a laser against FPS on 01/31/2026. The subject was also carrying a visible weapon, a large knife, on property.

Field Concurrence: District Commander 10V4

| UPDATE 3 |
|---|

CORRECTION:
At 18:48 (Pacific) 10V4 advised that demonstrators are throwing smoke CANISTERS on the roof of the building. One started the roof on fire.

Field Concurrence: District Commander 10V4

| **UPDATE 2 UOF** |
|---|

At 18:40 (Pacific) 10P560 advised the demonstrators are banging on the front door. At 18:46 10P1607 advised that the demonstrators are trying to break the front gate by rocking it. 10V4 advised that pepper spray was deployed. 10R4 advised that the gate is barricaded but they will be attempting a push. At 18:48 a PSO advised they were able to get the gate open for a push by FPS. At 18:48 10V4 advised that demonstrators are throwing smoke bombs on the roof of the building. One started the roof on fire. At 18:49 10V4 advised that the fire was put out and 2 demonstrators have been detained.

Field Concurrence: District Commander 10V4

| **UPDATE 1 UOF** |
|---|

At 17:32 (Pacific) 10R1712 advised 500 demonstrators have marched down Moody and arrived in front of the building. At 17:35 A PSO advised that there are approximately 100 demonstrators in the driveway who have crossed the blue line. The group is using wooden pallets and other debris to block the doors to the facility. At 17:38 the first LRAD warning was given to clear the driveway. At 17:41 OC spray was deployed for area disbursal and the second LRAD warning was given to vacate federal property. At 17:45 the third LRAD warning was given without response. The crowd has no intention of clearing the area. At 17:47 10P560 advised that 10V6 deployed his OC spray at 17:41. There were no injuries reported to demonstrators or FPS. The demonstrators are now using the wooden pallets to barricade the gate.

Field Concurrence: District Commander 10V4

| **INITIAL** |
|---|

At 16:50 a PSO advised there are approximately 101 demonstrators present. Only one demonstrator is on property at this time.

Field Concurrence: District Commander 10V4

Megacenter Notification : 02/01/2026 @ 1750 Mountain

**Denver MegaCenter**
Watch And Warning Branch
Law Enforcement Operations Division
Federal Protective Service
U.S. Department of Homeland Security

**877-437-7411 |(O) 303-236-6859 | E-mail:** Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*