BRETT A. SHUMATE
Assistant Attorney General
ANDREW I. WARDEN
Assistant Director, Federal Programs Branch
SAMUEL S. HOLT
KATHLEEN C. JACOBS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.: (202) 598-7615
kathleen.c.jacobs@usdoj.gov
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Case No. 3:25-cv-2257 <br><br> **ERRATA TO DECLARATION OF ROBERT CANTU** |

Paragraph 19 of the Declaration of Robert Cantu inadvertently referred to the wrong date and the Paragraph is referring to the correctly cited report concerning an incident that occurred on June 12, 2025. ECF No. 50-1 ¶ 19.

Paragraph 30 of the Declaration of Robert Cantu refers to FPS Spot Report 26003934. *Id.* at ¶ 30. That report was inadvertently omitted as an attachment to the declaration and has been attached here.

1

Dated: February 10, 2026            Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

*/s/ Kathleen C. Jacobs*
SAMUEL S. HOLT
KATHLEEN C. JACOBS
(TX Bar No. 24091154)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 598-7615
Fax: (202) 616-8470
kathleen.c.jacobs@usdoj.gov

*Counsel for Defendants*