**From:** Denver MegaCenter
**Subject:** *Update 3*-Demonstration: Violent (UOF)-Spot Report-Region 10-26003934
**Date:** Sunday, February 1, 2026 1:52:31 AM
**Attachments:** PoliceLogo.png

| Demonstration - Violent |||  |
|---|---|---|---|
| 01/31/2026 @ 1615 | TENANT: ICE | 4310 SW Macadam Ave OR6732 | |
| Event Number: 26003934 | POC: FPS | Portland, OR | |
| **UPDATE 3** ||||

At 1830 (Pacific), a Protective Security Officer (PSO) reported approximately 250 to 300 demonstrators in the area. Shortly after, one subject was detained by Border Patrol Agents while holding a piece of plywood from the guard shack. Following a review of footage, FPS determined no crime had been committed and the subject was released without charges at 1840. At 2050, two additional subjects were arrested for destruction of government property, failure to comply, and disorderly conduct. By 2137, one of these subjects was released, and at 2145, the remaining subject was also released. One subject was issued citations for damage to government property (6 CFR 139.25b), failure to comply with law enforcement (6 CFR 139.30), disorderly conduct while being arrested (6 CFR 139.35a), and wearing a mask to avoid detection (6 CFR 139.35b). The other subject was cited for damage to government property (6 CFR 139.25b), disorderly conduct while being arrested (6 CFR 139.35a), and wearing a mask to avoid detection (6 CFR 139.35b). In total, two subjects were arrested during this incident. Both were released after being issued citations. No injuries were reported.

Field concurrence: 10V1

**UPDATE 2 UOF**

At 1730 (Pacific), a Protective Security Officer (PSO) reported a subject throwing rocks at cameras on the east side. At 1736, 10R4 advised that a subject was prying plywood off the back of the guard shack, and 7I9 deployed PLS for area dispersal. At 1747, 10V6 reported demonstrators moving a dumpster toward the front gate, and a PSO observed

demonstrators again prying plywood from the guard shack. At approximately 1750, federal law enforcement officers deployed from the building to move the crowd away from the building, remove debris, and prevent the placement of the dumpster at the vehicle gate. Munitions were deployed during this action. At 1754, 10V6 advised that 7I9 deployed PLS and 10V6 used a taser. Two arrests were made at this time. No injuries were reported.

Field concurrence: 10V1

### UPDATE 1 UOF

At 1626 (Pacific), a Protective Security Officer (PSO) reported that media was on site. Approximately 10 to 15 agitators entered the property and began banging on the guard shack. At 1629, 10V6 advised that protestors were attempting to barricade the door and were tearing plywood off the guard shack. Two LRAD warnings were issued instructing the crowd to move off federal property. Immediately after the LRAD warnings, multiple agitators produced umbrellas and formed a shield wall. Additional individuals ran toward the vehicle gate with ropes, appearing to attempt to tie the gate shut. Federal law enforcement officers (LEOs) deployed to move the crowd back from the gate and guard shack. At 1649, 10V6 reported a use of force by 10V6 and 7I9, and CBP deployed gas toward protestors who were destroying the guard shack. During the deployment, multiple agitators threw hard unknown objects at LEOs. No injuries were reported.

Field concurrence: 10V1

### INITIAL

At 16:15 (Pacific) Inspector 10P560 advised there are a few thousand anti-ICE protestors on scene. They are peaceful and not affecting operations. There are 9 FPS units on scene monitoring, three Portland PD units, 4 ICE SRT units, and 21 CBP MRT units.

Field Concurrence: 10V6 (Assessment Program Manager)

Megacenter Notification : 01/31/2026 @ 1715 Mountain

**S137**
**Denver MegaCenter**

Watch And Warning Branch
Law Enforcement Operations Division
Federal Protective Service
U.S. Department of Homeland Security

**877-437-7411** |(O) **303-236-6859** | E-mail: Denver.MegaCenter@fps.dhs.gov



*This message (including any attachments) may contain confidential and or law enforcement sensitive (LES) information intended for a specific individual and purpose and should be considered for official use only. (FOUO) DHS 11042.1 (03/05)*