IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 3:25-cv-2257 |

### Declaration of Anna L. Deffebach

1. I am an attorney at Democracy Forward Foundation and am counsel for Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction under Rule 65(a)(2).

2. Attached as Exhibit 47 is a video posted by the Department of Homeland Security on Instagram on October 7, 2025.

3. To create Exhibit 47, I used the screen recording function to make a copy of the video from DHS's official Instagram account, currently available at: https://www.instagram.com/reel/DPhKJHSibnG/?igsh=MndtdHB1NW9oZm5m. I subsequently used Perma.cc to create a permanent copy of the url. See https://perma.cc/2NE7-SWMH.

4. Attached as Exhibit 48 is a screenshot from Exhibit 47. This shot appears at timestamp 0:01 of the video.

5. Attached as Exhibit 49 is a video posted by the Department of Homeland Security on October 6, 2025.

6. To create Exhibit 49, I used the screen recording function to make a copy of the video from DHS's official Instagram account, currently available at: https://www.instagram.com/reel/DPeyWCECZv-/?igsh=dDZiYXNsZjBybTF1. I subsequently used Perma.cc to create a permanent copy of the url. See https://perma.cc/BD98-ZW46.

7. Attached as Exhibit 50 is a screenshot from Exhibit 49. This shot appears at timestamp 0:33 of the video.

8. Attached as Exhibit 51 is an image from google earth showing the coordinates 45°29'36"N 122°40'16'W.  This image is available at: https://perma.cc/3PY2-G59W. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2026 in Washington, D.C.

                                                         */s/ Anna L. Deffebach*
Anna L. Deffebach (D.C. Bar No. 241346)*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
adeffebach@democracyforward.org

*Admitted *Pro Hac Vice*

2

# EXHIBIT 48



# EXHIBIT 50




# EXHIBIT 51

