IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br><br><br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | **SUPPLEMENTAL DECLARATION OF ROY BROOKS IN SUPPORT OF PLAINTIFFS' SUPERSEDING MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 3:25-cv-2257 |

I, Roy Brooks, declare as follows:

    1.    I make this declaration in support of Plaintiffs' Superseding Motion for a Preliminary Injunction based on my personal knowledge, information, and belief. If called as a witness at trial, I would be able to competently testify to the matters herein.

    2.    After I submitted my original Declaration on January 30, 2026, Defendants used tear gas and other chemical munitions repeatedly during protests on January 31 and February 1.

    3.    I observed Defendants fire tear gas canisters at long range into parts of the protest that were entirely non-violent.

    4.    I authenticate Exhibits 52-54 to Plaintiffs' Reply in Support of Their Motion for a Preliminary Injunction. They reflect true and accurate copies of videos I took from my window on South Moody Street.

5. I filmed Exhibit 52 and 53 on January 31, 2026. I filmed Exhibit 54 on February 1, 2026.

6. These videos illustrate what I explained in my original declaration: that the wind predominantly blows north, so that gas released at the corner of South Moody Avenue and Bancroft Street predictably travels immediately past my and my neighbors' windows on South Moody Avenue. Similarly, gas released further east on Bancroft Street, or on days when the wind is blowing more northeasterly, predictably travels into the Gray's Landing courtyard.

7. They also illustrate the explosive sounds that I described in my original declaration, such as at 0:20 in Exhibit 53 and 0:28 in Exhibit 54.

I declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated: February 11, 2026                             /s/ *Roy Brooks*
                                                     Roy Brooks