IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br><br><br><br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | **DECLARATION OF REBECCA ROE IN SUPPORT OF PLAINTIFFS' SUPERSEDING MOTION FOR PRELIMINARY INJUNCTION**<br><br>Case No. 3:25-cv-2257 |

I, Rebecca Roe, declare as follows:

1. I make this declaration in support of Plaintiffs' Superseding Motion for a Preliminary Injunction based on my personal knowledge, information, and belief. If called as a witness at trial, I would be able to competently testify to the matters herein.

2. I authenticate Exhibits 55, 59, and 60 to Plaintiffs' Superseding Motion for a Preliminary Injunction. They reflect true and accurate copies of a video and images I took. I filmed Exhibit 55 on February 1, 2026 from the island where Bancroft Street and Macadam Avenue meet. I took the pictures in Exhibits 59 and 60 on January 31, 2026 outside of the Gray's Landing building.

1

I declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.


Dated: February 10, 2026                              ___/s/ Rebecca Roe_____
                                                                                     Rebecca Roe

# EXHIBIT 59



**EXHIBIT 60**

