IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

REACH COMMUNITY DEVELOPMENT, et al.,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

    *Defendants*.

**SUPPLEMENTAL DECLARATION OF MINDY KING IN SUPPORT OF PLAINTIFFS' SUPERSEDING MOTION FOR PRELIMINARY INJUNCTION**

Case No. 3:25-cv-2257

I, Mindy King, declare as follows:

    1.    I make this declaration in support of Plaintiffs' Superseding Motion for a Preliminary Injunction based on my personal knowledge, information, and belief. If called as a witness at trial, I would be able to competently testify to the matters herein.

    2.    I authenticate that the video clips and images submitted as Exhibits 56-58 of Plaintiffs' superseding motion for a preliminary injunction are true and correct copies of videos that I took from my apartment using my Hiseeu Indoor-Outdoor Camera System. The camera records 24/7 and stores the videos for approximately 6 weeks. I am able to save videos for longer on an external drive if needed.

    3.    Exhibit 56 was filmed on January 31, 2026. Exhibits 57 and 58 were filmed on February 1, 2026. The time and date stamps on the videos are accurate.

1

I declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated: February 11, 2026                                    */s/ Mindy King*_____
                                                            Mindy King