IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

REACH COMMUNITY DEVELOPMENT, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants*.

Case No. 25-cv-2257

### SUPPLEMENTAL DECLARATION OF DANIEL F. JACOBSON

1.    I am an attorney at Jacobson Lawyers Group, PLLC and am counsel for Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' motion for a preliminary injunction under Rule 65(a)(2).

2.    Attached as Exhibit 61 is a video titled "10-04-2025 - DHS Steals Abolish ICE Banner - ICE Portland Oregon," from youtube user "iNFoPiG." My team used the screen recording function to make a copy of the video from Youtube, currently available at https://www.youtube.com/watch?v=QM2b2c20AK8.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 10, 2026 in Washington, D.C.

    */s/ Daniel F. Jacobson*
    Daniel F. Jacobson (D.C. Bar 1016621)
    JACOBSON LAWYERS GROUP PLLC
    5100 Wisconsin Ave. NW, Suite 301
    Washington, DC 20016
    Tel: (301) 823-1148
    dan@jacobsonlawyersgroup.com