IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br><br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> *Defendants*. | Case No. 3:25-cv-2257 |

**SUPPLEMENTAL DECLARATION OF MARGARET SALAZAR**

I, Margaret Salazar, declare as follows:

1. I make this declaration based on my personal knowledge, information, and belief.

2. On February 1, 2026, I confirmed with REACH staff that DHS officers had deployed significant amounts of tear gas on January 31, 2026, and that tear gas had again entered Gray's Landing. I directed our staff to pull security camera footage from that date.

3. I authenticate the videos submitted as Exhibits 62-69 of Plaintiffs' superseding motion for a preliminary injunction. The videos are true and correct copies of the security camera footage from Gray's Landing on January 31, 2026. The location of the security camera is shown in the bottom corner of the video.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2026.


*/s/ Margaret Salazar*