BRETT A. SHUMATE
Assistant Attorney General Civil Division
ANDREW WARDEN
Assistant Branch Director, Federal Programs Branch
MICHAEL BRUNS
SAMUEL S. HOLT
KATHLEEN JACOBS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4011
Email: michael.bruns@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, *et al.*,<br><br>    *Plaintiffs,*<br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    *Defendants* | Case No. 1:25-cv-04218<br><br>**NOTICE OF APPEARANCE OF MICHAEL BRUNS** |

  Please take notice that Michael Bruns, a Trial Attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance on behalf of all Defendants in this action.

Dated: February 12, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

*s/ Michael Bruns*
MICHAEL BRUNS (DC Bar No. 1613394)
SAMUEL S. HOLT
KATHLEEN JACOBS
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4011
Fax: 202-616-8460
Email: michael.bruns@usdoj.gov
*Attorneys for Defendants*