DECLARATION OF CHIEF PATROL AGENT TIMOTHY P. SULLIVAN
Page 1

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REACH COMMUNITY DEVELOPMENT, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et.al.*,<br><br>*Defendants*. | Case No. 3:25-cv-2257 |

## <u>DECLARATION OF CHIEF PATROL AGENT TIMOTHY P. SULLIVAN</u>

I, Timothy P. Sullivan, declare and affirm as follows:

1. I am employed by the U.S. Border Patrol, an operational division of the U.S. Customs and Border Protection (CBP) within the Department of Homeland Security (DHS).

2. I am submitting this declaration to explain CBP's possible deployment of any less lethal munitions that could be construed to be "tear gas, smoke grenades, and other chemical munitions" at or near the Portland ICE Facility located at 4310 S Macadam Ave, Portland, OR 97239 on June 14, 2025, October 4 and 18, 2025, January 24, 25, 30, 31 2026 and February 1, 2026.

3. The statements contained in this declaration are based upon my personal knowledge and information made available to me in the course of my official duties.

**Background on CBP and My Position**

4. CBP is charged with enforcing the Nation's immigration laws to protect national security and uphold the integrity of the immigration system, among other missions. CBP includes various subcomponents, which includes two law enforcement agencies: the U.S. Border Patrol and the Office of Field Operations. As part of this mission, Border Patrol Agents (BPAs) from the U.S. Border Patrol, and Customs and Border Protection Officers (CBPOs) from Office of Field Operations are responsible for preventing the unlawful entry of individuals into the United States and apprehending those who attempt to enter illegally or who have violated the nation's immigration laws. Through these activities,

DECLARATION OF CHIEF PATROL AGENT TIMOTHY P. SULLIVAN
Page 2

CBP seeks to secure the border, disrupt human smuggling and trafficking networks, and ensure consistent enforcement of the immigration laws of the United States.

5. The U.S. Border Patrol includes a Special Operations Group (SOG) which is tasked to respond nationally to any national security threat or law enforcement emergency. SOG oversees the Border Patrol Tactical Unit (BORTAC) and the Border Patrol Search, Trauma, and Rescue Unit (BORSTAR). SOG is headquartered in El Paso, Texas, and there are 12 Special Operations Detachment (SODs) located throughout the United States. BORTAC is a highly specialized law enforcement unit comprised of BPAs with extensive experience in responding to emergent and high-risk incidents involving DHS and CBP, like civil disturbances. These teams can be called upon to deploy immediately in response to civil disturbances when needed. These team members may identify themselves as SOG, SOD, BORTAC, BORSTAR and/or MRT.

6. The Office of Field Operations includes a Special Response Team (SRT). Although SRT is part of a different sub-component than myself, having worked alongside SRT, I can say they function similarly to SOG in that they are a highly specialized law enforcement unit comprised of CBPOs with extensive experience in responding to emergent and high-risk operations and incidents involving DHS and CBP, like civil disturbances.

7. I have worked at CBP, specifically the U.S. Border Patrol for 28 years. Presently, I am the Chief Patrol Agent of SOG which is based in El Paso, Texas. I have been the Chief Patrol Agent of SOG since January 2016. In this role, I am responsible for managing SOG's national operations and administrative functions.

**CBP's Use of Force Policy**

8. CBP's Use of Force Policy is a public document, available here: https://www.cbp.gov/sites/default/files/assets/documents/2021-Jul/cbp-use-of-force-policy_4500-002A.pdf. All CBP authorized officers and agents, including but not limited to BPAs and CBPOs, must comply with CBP's Use of Force Policy.

9. CBP's Use of Force Policy addresses the types of less lethal devices and munitions BPAs and CBPOs may deploy and outlines the circumstances in which they may be utilized. Specifically, Chapter 3 outlines CBP authorized less lethal devices and/or munitions. The following are the chemical munitions that may be deployed: (1) Oleoresin Capsicum (OC) spray; (2) Compressed Air Launchers, like the Pepperball Launching System (PLS) and FN3030; (3) Munition Launchers (e.g. 40 mm) and Less Lethal Specialty Impact and Chemical Munitions (LLSI-CM); and (4) Other chemical irritants authorized by CBP which may include but are not limited to handheld Stinger Rubber Ball Grenades, and smoke, CS, and OC canisters.

10. Based on my understanding and representations made to me by those who oversee CBP's Use of Force Policy, here is a general explanation of what each type of less lethal device can do as crowd control measure: (1) OC spray is essentially pepper spray and the type used can deploy up to 20 feet; (2) PLS and FN303 can launch chemical irritant projectile or non-toxic projectiles, specifically they can be filled with micro pulverized OC powder that causes irritation to mucus membranes and when used for area saturation can impact

DECLARATION OF CHIEF PATROL AGENT TIMOTHY P. SULLIVAN
Page 3

10-300 feet; (3) 40mm and LLSI-CM can deliver chemical irritants and when used for area saturation, depending on the type of projectile being launched, can impact up to 450 feet; and (4) CS or OC canisters/grenades, rubber ball grenades, and smoke canisters are typically thrown by hand and exposure to these chemical munitions is typically in small amounts and dissipates rather quickly.

11. If the BPA or CBPO is certified to use the less lethal device per CBP's Use of Force policy, these less-lethal munitions sometimes are utilized during civil disturbances as crowd control measures for the safety of the public and the BPAs and CBPOs. Whenever feasible a verbal warning is provided prior to using any less lethal device, but due to the dynamic situations encountered during these events, in many cases in direct response to immediate threats, giving warnings and/or commands and time for a subject or subjects to comply may not always be feasible. Exposure to CS or OC canisters/grenades, rubber ball grenades, and smoke canisters tend to be minimal and rapidly dissipates. Of course, environmental conditions such as humidity, wind, precipitation and air temperature can affect how long the chemicals remain in the area.

12. CBP uses a system called E-STAR that documents certain incidents, including deployment of less lethal devices. These E-STAR reports are created by CBP personnel within the normal course of their duties after certain incidents. The exhibits attached to this declaration are official ESTAR reports created by BPAs and CBPOs present at the incident and are created within the normal course of their duties at or near the Portland ICE Facility.

## My Role in Portland

13. Since October 2025, I have been assigned as CBP's Incident Commander for the protection of the Portland ICE Facility. In this role, I have operational oversight and am responsible for any CBP personnel assisting with the protection of the Portland ICE Facility and responding to civil disturbances at or around the Portland ICE Facility, including but not limited to, those CBP personnel in SOG, SOD, BORTAC, BORSTAR, MRT and SRT.

14. I was on site at the Portland ICE Facility from September 24, 2025 to November 5, 2025. I am presently not on site. Although I am not on site, when called to assist Federal Protective Service (FPS), I am still designated as CBP's Incident Commander for the protection of the Portland ICE Facility.

15. The incidents were conducted in coordination with other DHS components, namely the Federal Protective Service (FPS) and Immigration Customs Enforcement (ICE).

## June 14, 2025

16. FPS requested short term CBP assistance to protect the Portland ICE Facility and SOG was ordered to assist from June 14, 2025 to June 22, 2025. As such, a team from SOG/SOD was sent to help protect the Portland ICE Facility from June 14, 2025 to June 22, 2025. I was not part of that team.

DECLARATION OF CHIEF PATROL AGENT TIMOTHY P. SULLIVAN
Page 4

17. According to CBP reporting, from June 14, 2025, from approximately 5:00 p.m. until June 15, 2025, at 3:00 a.m., a large crowd congregated in front of the Portland ICE Facility. *See* Exhibit A. When BPAs arrived on scene, a large crowd surrounded the front of the Portland ICE Facility, which had been vandalized—the glass doors to the building entrance were shattered and the vehicle access gate was damaged. When CBP personnel drove up to the Portland ICE Facility, unknown objects were thrown at them and struck their vehicle.

18. At approximately 6:00 p.m., the Portland Police Bureau along with the Federal Protective Service made announcements to the crowd to disperse, likely over the Long-Range Acoustic Device (LRAD), and that a failure to adhere to this order may result in the deployment of chemical and or impact munitions, and that they may be subject to arrest.

19. At approximately 6:30 p.m., BPAs deployed in front of the Portland ICE Facility. The crowd numbered approximately two hundred people. The crowd was blocking traffic, surrounding law enforcement units and shouted, "Fuck ICE, All Cops Are Bastards, I hope you die, and kill yourself!" Many in the crowd were wearing face masks and air filtration devices. The crowd began throwing rocks, sticks, bottles of water and other unknown projectiles at BPAs. Their actions posed an immediate threat to the BPAs' and hindered their ability to stop unauthorized access to the Porland ICE Facility, which is a controlled federal facility with can have both federal personnel and detainees inside. BPAs utilized the following less lethal devices and munitions: Oleoresin Capsicum (OC) spray, Compressed Air Launchers, Munition Launchers, and hand thrown munitions. Such tactics allowed BPAs to effectively and temporarily stop the hostile crowd, allowing other federal law enforcement officers to board up the glass entry doors with plywood. Once the glass doors were covered, BPAs disengaged from the crowd and withdrew back into the building.

**June 24, July 4, July 15, August 18, August 19, and September 1, 2025**

20. As it relates to the protection of the Portland ICE Facility, CBP was not present in Portland and therefore did not assist with the protection of the Portland ICE Facility on these dates.

**October 4, 2025**

21. According to CBP reporting, there appears to have been two instances where BPAs and a CBPO utilized less lethal devices and munitions outlined in paragraph 10. *See* Exhibit B.

22. First, at approximately 1:00 PM, BPAs attempted to clear the Portland ICE Facility driveway to establish a safe pathway for vehicles entering and exiting the facility. Portland ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times. Around this time, Federal Protective Service issued a warning over the Long-Range Acoustic Device

DECLARATION OF CHIEF PATROL AGENT TIMOTHY P. SULLIVAN
Page 5

(LRAD), instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that a failure to comply could result in arrest. The LRAD warning is utilized to project at a volume sufficient for individuals in the vicinity of the building to hear and understand. A crowd had gathered and refused repeated commands to move from the entrance. At least one BPA was physically assaulted, and at least one BPA utilized the less lethal munition launcher and hand thrown munitions. Such tactics ensured the crowd backed away without further incident.

23. Second, at approximately 10:00 PM BPAs and a CBPO (i.e., a Special Response Team Operator) again exited the Portland ICE Facility driveway to establish a safe pathway for vehicles entering and exiting the facility. A crowd had gathered and refused repeated commands to move from the entrance. Despite verbal warnings and attempts to physically create space, the crowd actively resisted. At least one BPA was physically assaulted, and BPAs and CBPO BPAs utilized the following less lethal devices and munitions: Compressed Air Launchers, Munition Launchers, and hand thrown munitions. Such tactics ensured the crowd backed away without further incident.

**October 7, October 12, and October 16, 2025**

24. It is my understanding that no less lethal device or munition, including chemical munition, was deployed on these dates by CBP at or near the Portland ICE Facility.

**From October 16, 2025 to January 9, 2026**

25. According to CBP reporting, on October 18, 2025, at approximately 8:30 PM, the crowd outside the Portland ICE Facility had grown to hundreds of individuals. *See* Exbibit C. BPAs and CBPOs attempted to clear the Portland ICE Facility driveway to establish a safe pathway for vehicles entering and exiting the facility. The crowd was aggressive and hostile, shining strobe lights directly at the BPAs and CBPOs to impair their vision and coordination. They yelled obscenities and threats, creating an environment of heightened tension and danger. Members of the crowd pressed forward toward the BPAs and CBPOs, attempting to thwart law enforcement efforts by interfering with operations and obstructing movement. The crowd's actions, including verbal threats and physical intimidation, posed an immediate risk to the safety of law enforcement personnel and the integrity of the mission to protect the Portland ICE Facility. BPAs and CBPOs utilized the following less lethal devices and munitions: Compressed Air Launchers and hand thrown munitions. Such tactics ensured the crowd backed away without further incident.

**January 24, 2026**

26. According to ESTAR reports, on January 24, 2026, at approximately 5:00 pm, a large crowd started to congregate in front of the Portland ICE Facility. *See* Exhibit D. From approximately 8:00 p.m. until 10:00 pm, BPAs and CBPOs attempted to clear the Portland ICE Facility driveway to establish a safe pathway for vehicles entering and exiting the facility. Portland ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is

DECLARATION OF CHIEF PATROL AGENT TIMOTHY P. SULLIVAN
Page 6

well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.  During this time, FPS issued a warning over the LRAD, instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that a failure to comply could result in arrest.  Despite the crowd being given lawful orders to move back and clear the area, the crowd demonstrated hostile behavior such as shouting obscenities at BPAs and CBPOs, using strobe lights to disrupt vision, threatening physical injury, and posturing aggressively towards BPAs and CBPOS.  BPAs and CBPO utilized the following less lethal devices and munitions: Compressed Air Launchers, Munition Launchers, and hand thrown munitions.  Such tactics were aimed at moving the crowd back without further incident.

**January 25, 2026**

27. According to ESTAR reports, on January 25, 2026, at approximately 4:00 pm, a crowd outside the Portland ICE Facility had grown into the hundreds. *See* Exhibit E. At approximately 8:30 pm, BPAs and CBPOs attempted to clear the Portland ICE Facility driveway to establish a safe pathway for vehicles entering and exiting the facility. FPS issued a warning over the LRAD, instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that a failure to comply could result in arrest.  Nonetheless, the crowd demonstrated hostile behavior such as shouting obscenities at BPAs and CBPOs, using strobe lights to disrupt vision, threatening physical injury, and posturing aggressively towards BPAs and CBPOS when given lawful orders to move back and clear the area.  BPAs and CBPO utilized the following less lethal devices and munitions: Compressed Air Launchers, Munition Launchers, and hand thrown munitions. Such tactics were aimed at moving the crowd back without further incident.

**January 30, 2026**

28. According to the ESTAR report, on January 30, 2026, at approximately 8:00 pm, a large crowd started to congregate in front of the Portland ICE Facility. *See* Exhibit F.  FPS issued warnings over the LRAD.  The crowd was damaging and trespassing on federal property.  BPAs and CBPOs attempted to push back the crowd, and utilized the following less lethal devices and munitions to try to get the crowd to back away without further incident: Compressed Air Launchers, Munition Launchers, and hand thrown munitions The crowd began throwing objects and threw deployed munitions cannisters back at the BPAs and CBPOs.

**January 31, 2026**

29. According to the ESTAR report, on January 31, 2026, at approximately 5:00 pm, a crowd outside the Portland ICE Facility had grown into hundreds. *See* Exhibit G.  FPS issued warnings over the LRAD.  The crowd was damaging and trespassing on federal property. BPAs and CBPOs attempted to push back the crowd, and utilized the following less lethal devices and munitions to try to get the crowd to back away without further incident: Compressed Air Launchers, Munition Launchers, and hand thrown munitions   The

DECLARATION OF CHIEF PATROL AGENT TIMOTHY P. SULLIVAN
Page 7

crowd began throwing objects and threw deployed munitions cannisters back at the BPAs and CBPOs.

**February 1, 2026**

30. According to the ESTAR report, on February 1, 2026, at approximately 7:00 pm, a crowd outside the Portland ICE Facility had grown into the hundreds. *See* Exhibit H. FPS issued warnings over the LRAD. The crowd was damaging and trespassing on federal property. BPAs and CBPOs attempted to push back the crowd, and utilized the following less lethal devices and munitions to try to get the crowd to back away without further incident: Compressed Air Launchers, Munition Launchers, and hand thrown munitions The crowd began throwing objects and threw deployed munitions cannisters back at the BPAs and CBPOs.

**Impact of Plaintiffs' Requested Relief**

31. These recent events further support the assertion that use of less lethal devices and munitions, specifically an injunction limiting CBP's use of chemical munitions where "necessary to protect against an imminent threat to life" would adversely affect CBP law enforcement operations. Less lethal munitions, including chemical munitions, are an important de-escalation tool for law enforcement. It is important to have the ability to use these measures should circumstances warrant such measures. They permit CBP law enforcement to successfully disperse certain violent, hostile, or obstructive crowds. On occasions when CBP law enforcement officers are faced with escalating force from crowds, less lethal devices and munitions can enable BPAs and CBPOs to safely mitigate these volatile situations without resorting to the use of further physical force or deadly force in compliance with CBP's Use of Force Policy. An order that would prohibit BPAs and CBPOs from using less lethal devices and munitions, like chemical munitions, could lead to more violent, physical engagements, not less. Consequently, I believe that the issuance of a preliminary injunction in this case would adversely impact CBP operations, potentially endanger CBP personnel, and would have a negative impact on public safety.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

February 6, 2026

TIMOTHY P SULLIVAN
Digitally signed by TIMOTHY P SULLIVAN
Date: 2026.02.06 10:34:10 -07'00'

Timothy P. Sullivan
Chief Patrol Agent, SOG
U.S. Border Patrol
U.S. Customs and Border Protection
U.S. Department of Homeland Security

# Exhibit A

CBP_ExA_1



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ∪ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓-#25176
**Title:** Operation Restoring Law and Order:  CIVIL UNREST ICE FACILITY PORTLAND OREGON
**Shift start date/time:** 06/14/2025 17:00
**Shift end date/time:** 06/15/2025 03:00
**Type:** ∫ Assault against CBP personnel ∫ Reportable use of force ❏ FTY/Vehicle pursuit by a CBP employee
   ❏ Unintentional firearm discharge ❏ Intentional firearm discharge
**Was this a mass encounter incident?** ∪ Yes  ○ No
   **CBP Reporting Organizations:**
   ∫ U.S. Border Patrol Location: U.S. Border Patrol / Special Operations Group
   ❏ Air and Marine Operations
   ❏ Office of Field Operations

**Created by:** ################
**Last updated by:** ################
**Reviewer:** ##############

**Creation date/time:** 06/16/2025 14:04
**Last updated date/time:** 11/18/2025 14:55
**Date reviewed:** 06/18/2025

## RELATED SYSTEMS: 0

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ○ Yes  ∪ No

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | USBP |

**Were additional units/ CBP Components/ external agencies involved?** ○ Yes  ∪ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** ▓▓▓▓▓▓▓ / ▓▓▓▓▓▓▓▓▓▓
      **Landmark:** BLH GENERAL AREA, NON-SPECIFIC
**Country/international waters:** United States of America
      **Address:**
            **Street:**
            **City:**            **State:** OREGON      **Zip:**
**Incident coordinates:**
      **Latitude:** ########
      **Longitude:** #########
**Setting:** ○ Indoors  ∪ Outdoors
      **Outdoor setting:**

CBP_ExA_2

⋃ On land   ◯ In water (standing or swimming)   ◯ On water (in vessel)   ◯ In the air

**Description of the premises/location:** Immigration and Customs Enforcement field office.  Building, paved street.

**Environmental factors:**

**Weather:** S Dry ❑ Raining ❑ Snowing ❑ Flooding ❑ Windy ❑ Storm ❑ Haze/blowing dust ❑ Fog ❑ Other

**Illumination:** S Daylight S Dark ❑ Dawn ❑ Dusk S Good lighting ❑ Poor lighting ❑ Night vision aided ❑ Other

**Estimated temperature (Fahrenheit):** 70

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|------|----------------------|---------------------|-------------------|
| ################ | | In-Person | 06/14/2025 |
| ################# | | In-Person | 06/14/2025 |

**Other authorities notified (external to CBP):** ❑ Federal ❑ Tribal ❑ State ❑ Local ❑ Foreign

## EMPLOYEES: 5

**Name:** ################

**Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ▮▮▮▮▮▮▮

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ⋃ On duty   ◯ Off duty

**Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** ## years # months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | S BORTAC | ❑ DITP | ❑ DTI |
| S EDVPTP | ❑ EMT | S FITP | ❑ LLITP (IFITP) | S MFF |
| S MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** ⋃ Yes   ◯ No

**Attire:** ⋃ Uniform   ◯ Plain clothes

**Was ################ assaulted?** ⋃ Yes   ◯ No

**Did ################ use reportable force?** ⋃ Yes   ◯ No

**Force type:** Less-lethal Device

**Device:** FN303

**Device type:** PAVA (area saturation)

**Projectile type:** Orange projectiles

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | S Protect innocent 3rd party |
| ❑ Protect non-CBP officer/agent | S Effect an arrest or detention | ❑ Prevent escape |
| ❑ Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

**Usage 1**

**Estimated use of force date/time (local):** 06/14/2025 18:30

**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

**Estimated distance:** 50 feet

**Approximately how many volleys did you deploy?** 1

**Approximately how many projectiles did you deploy?**  5

**Was this force type used again within the same shift (a break-in-the-action)?**  ⋃ Yes   ◯ No

**Usage 2**

**Estimated use of force date/time (local):**  06/14/2025 20:00

**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

**Estimated distance:**  50 feet

**Approximately how many volleys did you deploy?**  1

**Approximately how many projectiles did you deploy?**  5

**Was this force type used again within the same shift (a break-in-the-action)?**  ◯ Yes   ⋃ No

---

**Force type:**  Less-lethal Device
**Device:**  FN303
**Device type:**  Kinetic impact
    **Projectile type:**  Orange projectiles
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | S Protect innocent 3rd party |
| ❑ Protect non-CBP officer/agent | S Effect an arrest or detention | ❑ Prevent escape |
| ❑ Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

**Usage 1**

**Estimated use of force date/time (local):**  06/14/2025 20:15

**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

**Estimated distance:**  30 feet

**Approximately how many volleys did you deploy?**  1

**Approximately how many projectiles did you deploy?**  1

**Was this force type used again within the same shift (a break-in-the-action)?**  ⋃ Yes   ◯ No

**Usage 2**

**Estimated use of force date/time (local):**  06/14/2025 23:15

**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

**Estimated distance:**  40 feet

**Approximately how many volleys did you deploy?**  2

**Approximately how many projectiles did you deploy?**  5

**Was this force type used again within the same shift (a break-in-the-action)?**  ◯ Yes   ⋃ No

---

**Was ############### injured?**  ◯ Yes   ⋃ No

---

**Name:** #####################

**Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:**  U.S. Border Patrol / Special Operations Group

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ⋃ On duty   ◯ Off duty

    **Activity:**  Border Patrol Tactical Unit (BORTAC)

---

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:**  # years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | S BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

---

**Wearing body armor?** ⋃ Yes   ◯ No

**Attire:** ⋃ Uniform   ◯ Plain clothes

---

CBP_ExA_4

**Was ##################### assaulted?** ⋃ Yes ◯ No

---

**Did ##################### use reportable force?** ⋃ Yes ◯ No

      **Force type:** Less-lethal Device
      **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
      **Device type:** 40MM Less-lethal Munitions - Kinetic
      **Munition type:** 40MM Direct Impact Sponge Cartridge
      **Device description/comments:** blue Direct impact sponge
      **Estimated use of force date/time (local):** 06/14/2025 19:00
      **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
      **Estimated distance:** 30 feet
      **Approximately how many munitions did you deploy?** 2

      **Collateral contamination occurred:** ◯ Yes ⋃ No ◯ Unknown ◯ Not applicable

      **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ⋃ No

      **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Kinetic
**Munition type:** Rubber Ball Grenade
**Device description/comments:** Stinger Grenade
**Estimated use of force date/time (local):** 06/14/2025 18:40
**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 30 feet
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ◯ Yes ⋃ No ◯ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ⋃ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Riot Control CS Canister
**Device description/comments:** Flameless Tri-Chamber CS
**Estimated use of force date/time (local):** 06/14/2025 19:00
**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 30 feet
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ◯ Yes ⋃ No ◯ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ⋃ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

CBP_ExA_5

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Pocket Tactical CS Canister
**Device description/comments:** Pocket Tactical CS Canister
**Estimated use of force date/time (local):** 06/14/2025 19:30

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 30 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes ∪ No ◯ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No
**Reason(s) for this use of force:**

S Protect self  S Protect co-worker  ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent  S Effect an arrest or detention  ❏ Prevent escape
❏ Overcome resistance  ❏ Stop vehicle  ❏ Vessel failure to heave to
❏ Animal euthanization  ❏ Other

---

**Was #################### injured?** ◯ Yes ∪ No

---

**Name:** ####################

**Gender:** Male     **Age:** ##     **Height:** #####     **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / █████████
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty ◯ Off duty
     **Activity:** Border Patrol Tactical Unit (BORTAC)

---

**Armed law enforcement experience:**
     **Total law enforcement experience at the time of the incident:** # years # months
     **CBP training previously received (not including basic academy training):**

❏ BPAIST  ❏ BORSTAR  S BORTAC  ❏ DITP  ❏ DTI
❏ EDVPTP  ❏ EMT  ❏ FITP  ❏ LLITP (IFITP)  S MFF
❏ MRT  ❏ PITP  ❏ SRT  ❏ TATP  ❏ Other

---

**Wearing body armor?** ∪ Yes ◯ No

**Attire:** ∪ Uniform ◯ Plain clothes

---

**Was #################### assaulted?** ∪ Yes ◯ No

---

**Did #################### use reportable force?** ∪ Yes ◯ No
     **Force type:** Less-lethal Device
     **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
     **Device type:** Hand-Thrown Munitions - Chemical
     **Munition type:** Rubber Ball Grenade
     **Device description/comments:** hand toss rubber ball device.
     **Estimated use of force date/time (local):** 06/14/2025 19:00

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 15 yards
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ◯ Yes ◯ No ◯ Unknown ∪ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No
**Reason(s) for this use of force:**

S Protect self  S Protect co-worker  S Protect innocent 3rd party

CBP_ExA_6

S Protect non-CBP officer/agent ❑ Effect an arrest or detention ❑ Prevent escape

❑ Overcome resistance ❑ Stop vehicle ❑ Vessel failure to heave to

❑ Animal euthanization S Other - De-escalate riot at the ICR facility in Portland

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Triple Chaser CS Canister
**Device description/comments:** Hand toss chemical munition.
**Estimated use of force date/time (local):** 06/14/2025 19:30
**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other
**Estimated distance:** 15 yards
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No
**Reason(s) for this use of force:**

S Protect self   S Protect co-worker   S Protect innocent 3rd party

S Protect non-CBP officer/agent ❑ Effect an arrest or detention ❑ Prevent escape

❑ Overcome resistance ❑ Stop vehicle ❑ Vessel failure to heave to

❑ Animal euthanization S Other - Di-escalate riot at Portland ICE facility

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Flameless Expulsion Grenade CS
**Device description/comments:** hand toss chemical device.
**Estimated use of force date/time (local):** 06/14/2025 20:00
**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other
**Estimated distance:** 15 yards
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No
**Reason(s) for this use of force:**

S Protect self   S Protect co-worker   S Protect innocent 3rd party

S Protect non-CBP officer/agent ❑ Effect an arrest or detention ❑ Prevent escape

❑ Overcome resistance ❑ Stop vehicle ❑ Vessel failure to heave to

❑ Animal euthanization S Other - De-escalated riot at Portland ICE facility.

---

**Was #################### injured?** ◯ Yes ∪ No

---

**Name:** ###############

**Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ██████████
**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty ◯ Off duty
   **Activity:** Border Patrol Tactical Unit (BORTAC)

---

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** ## years # months
   **CBP training previously received (not including basic academy training):**

|  |  |  |  |  |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | S BORTAC | ❏ DITP | ❏ DTI |
| S EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ⊍ Yes  ◯ No

**Attire:** ⊍ Uniform  ◯ Plain clothes

**Was ############### assaulted?** ⊍ Yes  ◯ No

**Did ############### use reportable force?** ⊍ Yes  ◯ No

    **Force type:** Less-lethal Device

    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

    **Device type:** Hand-Thrown Munitions - Chemical

    **Munition type:** Pocket Tactical CS Canister

    **Device description/comments:** Pocket Tactical CS Canister

    **Estimated use of force date/time (local):** 06/14/2025 18:30

    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

    **Estimated distance:** 5 feet

    **Approximately how many munitions did you deploy?** 1

    **Collateral contamination occurred:** ◯ Yes  ⊍ No  ◯ Unknown  ◯ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⊍ No

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | S Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Was ############### injured?** ⊍ Yes  ◯ No

**Injury information:**

    **Injury type:** Superficial injuries (no treatment expected)

    **Injury Comment:** Left index finger, burn to the knuckle
Right thumb, crushing injury

    **Refused medical attention?** ⊍ Yes  ◯ No

    **Received treatment?** ◯ Yes  ⊍ No

    **Was a form CA-1 filed?** ◯ Yes  ⊍ No

    **Region(s) of the body injured:**

| | |
|---|---|
| ❏ Front head | ❏ Rear head |
| ❏ Side head | ❏ Face |
| ❏ Neck/throat | ❏ Front upper torso/chest |
| ❏ Rear upper torso/back | ❏ Front lower torso/abdomen |
| ❏ Rear lower torso/back | ❏ Front below waist/groin area |
| ❏ Rear below waist/buttocks | S Arms/hands |
| ❏ Front legs/feet | ❏ Rear legs |

**Name:** ##################

    **Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds

    **CBP employee series or role:** #####

    **Service EOD:** ##########

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ████████

    **Duty (or detail/TDY) location EOD:** ##########

    **Duty status at the time of the incident:** ⊍ On duty  ◯ Off duty

        **Activity:** Border Patrol Tactical Unit (BORTAC)

**Armed law enforcement experience:**

CBP_ExA_8

**Total law enforcement experience at the time of the incident:** ## years # months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | S BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | S FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes ○ No

**Attire:** ∪ Uniform ○ Plain clothes

---

**Was ################# assaulted?** ∪ Yes ○ No

---

**Did ################# use reportable force?** ∪ Yes ○ No

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Triple Chaser CS Canister
**Device description/comments:** Triple Chaser CS Canister
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | S Protect innocent 3rd party |
| S Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Usage 1**

**Estimated use of force date/time (local):** 06/14/2025 18:30
**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 10 yards
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ○ Yes ○ No ∪ Unknown ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes ○ No

**Usage 2**

**Estimated use of force date/time (local):** 06/14/2025 21:15
**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 7 yards
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ○ Yes ○ No ∪ Unknown ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ∪ No

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Instant Blast Powder Grenade OC
**Device description/comments:** Instantaneous OC Canister
**Estimated use of force date/time (local):** 06/14/2025 19:00
**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 15 yards
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ○ Yes ○ No ∪ Unknown ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ∪ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | S Protect innocent 3rd party |
| S Protect non-CBP officer/agent | S Effect an arrest or detention | S Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

CBP_ExA_9

**Force type:** Less-lethal Device
**Device:** PLS (PepperBall Launching System)
**Device type:** PAVA (area saturation)
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| Ⴝ Protect self | Ⴝ Protect co-worker | Ⴝ Protect innocent 3rd party |
| Ⴝ Protect non-CBP officer/agent | Ⴝ Effect an arrest or detention | ❏ Prevent escape |
| Ⴝ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Usage 1**

**Estimated use of force date/time (local):** 06/14/2025 20:00
**Posture:** Ⴝ Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 10 yards
**Approximately how many volleys did you deploy?** 2
**Approximately how many projectiles did you deploy?** 4
**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ◯ No

**Usage 2**

**Estimated use of force date/time (local):** 06/14/2025 20:10
**Posture:** Ⴝ Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 8 yards
**Approximately how many volleys did you deploy?** 2
**Approximately how many projectiles did you deploy?** 4
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No

---

**Force type:** Less-lethal Device
**Device:** OC (Pepper Spray Hand Held Canister)
**Device type:** Conical Mist
**Estimated use of force date/time (local):** 06/14/2025 21:00
**Posture:** Ⴝ Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 4 feet
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| Ⴝ Protect self | Ⴝ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| Ⴝ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Pocket Tactical Saf-Smoke Canister
**Device description/comments:** Pocket Tac Smoke Canister
**Estimated use of force date/time (local):** 06/14/2025 18:30
**Posture:** Ⴝ Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 8 yards
**Approximately how many munitions did you deploy?** 4
**Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| Ⴝ Protect self | Ⴝ Protect co-worker | Ⴝ Protect innocent 3rd party |
| Ⴝ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| Ⴝ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Was ################## injured?**

CBP_ExA_10

∪ Yes  ◯ No

**Injury information:**

    **Injury type:** Superficial injuries (no treatment expected)

    **Injury Comment:** Struck in the hand by a rock and the foot by a rock. Impacts resulted in pain and swelling.

    **Refused medical attention?** ∪ Yes  ◯ No

    **Received treatment?** ◯ Yes  ∪ No

    **Was a form CA-1 filed?** ◯ Yes  ∪ No

    **Region(s) of the body injured:**

| | |
|---|---|
| ❏ Front head | ❏ Rear head |
| ❏ Side head | ❏ Face |
| ❏ Neck/throat | ❏ Front upper torso/chest |
| ❏ Rear upper torso/back | ❏ Front lower torso/abdomen |
| ❏ Rear lower torso/back | ❏ Front below waist/groin area |
| ❏ Rear below waist/buttocks | S Arms/hands |
| S Front legs/feet | ❏ Rear legs |

## SUBJECTS: 4

**Name:** MASS GROUP

    **Estimated number of individuals in the group:** 200

    **Group description (Composition, attire, etc.):** Mass group, protest. Group was wearing civilian attire. Many in the group were wearing masks to include air filtration masks. Within the group there were people with bullhorns, displaying vulgar signs and many in the group were yelling vulgar comments.

    **Was any member of this group wearing body armor?** ∪ Yes  ◯ No  ◯ Unknown

        **Estimated number of subjects wearing body armor:** 5

    **Group activity:**

        ❏ Illegal entry

        S Uncooperative during encounter/inspection

        ❏ Failure to yield/heave to

        ❏ Checkpoint runner

        ❏ Port runner

        ❏ Alien smuggling

        ❏ Narcotics smuggling

        ❏ Scouting

        S Assault (rocks/other projectiles)

        ❏ Assault (all other types)

        S Rioting/civil disturbance

        ❏ Mass coordinated entry

        ❏ No suspected illegal activity

        ❏ Other

    **Group's current location and disposition if known:** Intersection of S. Bancroft and S. Moody Street, Portland, Oregon.

    **Did any member of this group not listed as an individual subject assault a CBP employee?** ∪ Yes  ◯ No

        **Was any member of the group outside the US or its territories when committing the assault?** ◯ Yes  ∪ No

        **Weapon(s)/type of assault:**

            **Assault method:** Rocking (rocks only)

            **Estimated assault date/time (local):** 06/14/2025 18:30

            **Assault method:** Projectile (other than rock)

                **Projectile description:** Spent munition

            **Estimated assault date/time (local):** 06/14/2025 18:30

CBP_ExA_11

**Assault method:**  Projectile (other than rock)
**Projectile description:**  bottle of water
**Estimated assault date/time (local):**  06/14/2025 18:30

---

**Was reportable force used on any member of this group not listed as an individual subject?**  ⋃ Yes  ◯ No

**Was any member of this group outside the US or its territories when this force was applied?**  ◯ Yes  ⋃ No

---

**Name:**  #########

**Gender:**  Male    **Age:**  #######    **Height:**  #######    **Weight:**  #######

**Attire:**  ⋃ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?**  ◯ Yes  ⋃ No  ◯ Unknown

**Immigration status:**  Unknown
**Country of citizenship:**  #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ⋃ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**  subject absconded

---

**Did this subject assault a CBP employee?**  ⋃ Yes  ◯ No

**Was the subject outside the US or its territories when committing the assault?**  ◯ Yes  ⋃ No

**Weapon(s)/type of assault:**
**Assault method:**  Rocking (rocks only)
**Estimated assault date/time (local):**  06/14/2025 20:15

---

**Was reportable force used on this subject?**  ⋃ Yes  ◯ No

**Was the subject outside the US or its territories when this force was applied?**  ◯ Yes  ⋃ No

---

**Was the subject an occupant of a vehicle?**  ◯ Yes  ⋃ No

**Was this subject injured or claiming to be injured?**  ◯ Yes  ◯ No  ⋃ Unknown

---

**Name:**  #########

**Gender:**  Male    **Age:**  #######    **Height:**  #######    **Weight:**  #######

**Attire:**  ⋃ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?**  ◯ Yes  ⋃ No  ◯ Unknown

**Immigration status:**
**Country of citizenship:**
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ⋃ No

**Subject's activity:**

CBP_ExA_12

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**  subject absconded

**Did this subject assault a CBP employee?**  ∪ Yes   ○ No

    **Was the subject outside the US or its territories when committing the assault?**  ○ Yes   ∪ No

    **Weapon(s)/type of assault:**
       **Assault method:**  Rocking (rocks only)
       **Estimated assault date/time (local):**  06/14/2025 23:15

**Was reportable force used on this subject?**  ∪ Yes   ○ No

    **Was the subject outside the US or its territories when this force was applied?**  ○ Yes   ∪ No

**Was the subject an occupant of a vehicle?**  ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?**  ○ Yes   ○ No   ∪ Unknown

**Name:** #########

**Gender:** Male    **Age:** #######    **Height:** ############    **Weight:** #############

**Attire:**  ∪ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown

**Was the subject wearing body armor?**  ○ Yes   ∪ No   ○ Unknown

**Immigration status:**

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes   ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

❏ Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

CBP_ExA_13

❏ Other

**Subject's current location and disposition if known:**  subject absconded

**Did this subject assault a CBP employee?**  ⋃ Yes   ◯ No

    **Was the subject outside the US or its territories when committing the assault?**  ◯ Yes   ⋃ No

    **Weapon(s)/type of assault:**

        **Assault method:**  Physically w/o weapon

            **Describe physical assault:**  Subject wrapped both arms around me and attempted to drag myself into the mass group of protesters

            **Estimated assault date/time (local):**  06/14/2025 19:00

**Was reportable force used on this subject?**  ⋃ Yes   ◯ No

    **Was the subject outside the US or its territories when this force was applied?**  ◯ Yes   ⋃ No

**Was the subject an occupant of a vehicle?**  ◯ Yes   ⋃ No

**Was this subject injured or claiming to be injured?**  ◯ Yes   ◯ No   ⋃ Unknown

## ASSAULTS: 18

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| ########## | Rocking (rocks only) on 06/14/2025 18:30 | ############### | ⋃ Yes ◯ No | Not injured in this incident |
| | | #################### | ⋃ Yes ◯ No | Not injured in this incident |
| | | ############## | ⋃ Yes ◯ No | ◯ Yes ⋃ No |
| | | ##################### | ⋃ Yes ◯ No | Not injured in this incident |
| | | ################## | ⋃ Yes ◯ No | ⋃ Yes ◯ No |
| ########## | Projectile (other than rock) - Spent munition on 06/14/2025 18:30 | ############### | ⋃ Yes ◯ No | Not injured in this incident |
| | | #################### | ⋃ Yes ◯ No | Not injured in this incident |
| | | ############## | ⋃ Yes ◯ No | ◯ Yes ⋃ No |
| | | ##################### | ⋃ Yes ◯ No | Not injured in this incident |
| | | ################## | ⋃ Yes ◯ No | ⋃ Yes ◯ No |
| ########## | Projectile (other than rock) - bottle of water on 06/14/2025 18:30 | ############### | ⋃ Yes ◯ No | Not injured in this incident |
| | | #################### | ⋃ Yes ◯ No | Not injured in this incident |
| | | ############## | ⋃ Yes ◯ No | ◯ Yes ⋃ No |
| | | #################### | ⋃ Yes ◯ No | Not injured in this incident |
| | | ################# | ⋃ Yes ◯ No | ◯ Yes ⋃ No |
| ######### | Rocking (rocks only) on 06/14/2025 20:15 | ############### | ⋃ Yes ◯ No | Not injured in this incident |

| | | ####################### | ⭕ Yes Ս No | Not injured in this incident |
|---|---|---|---|---|
| | | ####################### | ⭕ Yes Ս No | Not injured in this incident |
| | | ############### | ⭕ Yes Ս No | Not applicable |
| | | ################# | ⭕ Yes Ս No | Not applicable |
| ######### | Rocking (rocks only) on 06/14/2025 23:15 | ################ | Ս Yes ⭕ No | Not injured in this incident |
| | | ####################### | ⭕ Yes Ս No | Not injured in this incident |
| | | ####################### | ⭕ Yes Ս No | Not injured in this incident |
| | | ############### | ⭕ Yes Ս No | Not applicable |
| | | ################# | ⭕ Yes Ս No | Not applicable |
| ######### | Physically w/o weapon - Subject wrapped both arms around me and attempted to drag myself into the mass group of protesters on 06/14/2025 19:00 | ################ | ⭕ Yes Ս No | Not injured in this incident |
| | | ####################### | Ս Yes ⭕ No | Not injured in this incident |
| | | ###################### | ⭕ Yes Ս No | Not injured in this incident |
| | | ############### | ⭕ Yes Ս No | Not applicable |
| | | ################# | ⭕ Yes Ս No | Not applicable |

## USES OF FORCE: 19

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ################# | FN303 - PAVA (area saturation) - Orange projectiles on 06/14/2025 18:30 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Rocking (rocks only) on 06/14/2025 18:30** - Yes <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes <br> **Projectile (other than rock) - Spent munition on 06/14/2025 18:30** - Yes <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes <br> **Projectile (other than rock) - bottle of water on 06/14/2025 18:30** - Yes <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ################# | FN303 - PAVA (area saturation) - Orange projectiles on 06/14/2025 20:00 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Rocking (rocks only) on 06/14/2025 18:30** - Yes <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes <br> **Projectile (other than rock) - Spent munition on 06/14/2025 18:30** - Yes <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes <br> **Projectile (other than rock) - bottle of water on 06/14/2025 18:30** - Yes <br> **Was this use of force effective against what prompted its use?** Yes |

| | | Did the UOF device function as designed?  Yes |
|---|---|---|
| ###############<br># | FN303 - Kinetic impact - Orange projectiles on 06/14/2025 20:15 | **Subject:** #########<br>  **Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Rocking (rocks only) on 06/14/2025 20:15**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ###############<br># | FN303 - Kinetic impact - Orange projectiles on 06/14/2025 23:15 | **Subject:** #########<br>  **Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Rocking (rocks only) on 06/14/2025 23:15**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ###############<br>####### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact Sponge Cartridge - blue Direct impact sponge on 06/14/2025 19:00 | **Subject:** #########<br>  **Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Physically w/o weapon - Subject wrapped both arms around me and attempted to drag myself into the mass group of protesters on 06/14/2025 19:00**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ###############<br>####### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - Stinger Grenade on 06/14/2025 18:40 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Rocking (rocks only) on 06/14/2025 18:30**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes<br>    **Projectile (other than rock) - Spent munition on 06/14/2025 18:30**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes<br>    **Projectile (other than rock) - bottle of water on 06/14/2025 18:30**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ###############<br>####### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - Flameless Tri-Chamber CS on 06/14/2025 19:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Rocking (rocks only) on 06/14/2025 18:30**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes<br>    **Projectile (other than rock) - Spent munition on 06/14/2025 18:30**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes<br>    **Projectile (other than rock) - bottle of water on 06/14/2025 18:30**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ###############<br>####### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical CS Canister - Pocket Tactical CS Canister on 06/14/2025 19:30 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Rocking (rocks only) on 06/14/2025 18:30**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes<br>    **Projectile (other than rock) - Spent munition on 06/14/2025 18:30**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes<br>    **Projectile (other than rock) - bottle of water on 06/14/2025 18:30**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |

| ####################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - hand toss rubber ball device. on 06/14/2025 19:00 | **Subject: ###########**<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - Spent munition on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - bottle of water on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| --- | --- | --- |
| ####################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Hand toss chemical munition. on 06/14/2025 19:30 | **Subject: ###########**<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - Spent munition on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - bottle of water on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ####################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Flameless Expulsion Grenade CS - hand toss chemical device. on 06/14/2025 20:00 | **Subject: ###########**<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - Spent munition on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - bottle of water on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical CS Canister - Pocket Tactical CS Canister on 06/14/2025 18:30 | **Subject: ###########**<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - Spent munition on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - bottle of water on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser CS Canister on 06/14/2025 18:30 | **Subject: ###########**<br>**Was this use of force in response to the following assault by this subject?**<br>**Rocking (rocks only) on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - Spent munition on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - bottle of water on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################## | LLSI-CM (Less- | **Subject: ###########** |

| ### | lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser CS Canister on 06/14/2025 21:15 | **Was this use of force in response to the following assault by this subject?**<br>   **Rocking (rocks only) on 06/14/2025 18:30** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     **Did the UOF device function as designed?** Yes<br>   **Projectile (other than rock) - Spent munition on 06/14/2025 18:30** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     **Did the UOF device function as designed?** Yes<br>   **Projectile (other than rock) - bottle of water on 06/14/2025 18:30** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     **Did the UOF device function as designed?** Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade OC - Instantaneous OC Canister on 06/14/2025 19:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>   **Rocking (rocks only) on 06/14/2025 18:30** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     **Did the UOF device function as designed?** Yes<br>   **Projectile (other than rock) - Spent munition on 06/14/2025 18:30** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     **Did the UOF device function as designed?** Yes<br>   **Projectile (other than rock) - bottle of water on 06/14/2025 18:30** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     **Did the UOF device function as designed?** Yes |
| ################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 06/14/2025 20:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>   **Rocking (rocks only) on 06/14/2025 18:30** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     **Did the UOF device function as designed?** Yes<br>   **Projectile (other than rock) - Spent munition on 06/14/2025 18:30** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     **Did the UOF device function as designed?** Yes<br>   **Projectile (other than rock) - bottle of water on 06/14/2025 18:30** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     **Did the UOF device function as designed?** Yes |
| ################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 06/14/2025 20:10 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>   **Rocking (rocks only) on 06/14/2025 18:30** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     **Did the UOF device function as designed?** Yes<br>   **Projectile (other than rock) - Spent munition on 06/14/2025 18:30** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     **Did the UOF device function as designed?** Yes<br>   **Projectile (other than rock) - bottle of water on 06/14/2025 18:30** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     **Did the UOF device function as designed?** Yes |
| ################### | OC (Pepper Spray Hand Held Canister) - Conical Mist on 06/14/2025 21:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>   **Rocking (rocks only) on 06/14/2025 18:30** - No<br>   **Projectile (other than rock) - Spent munition on 06/14/2025 18:30** - No<br>   **Projectile (other than rock) - bottle of water on 06/14/2025 18:30** - No<br>  **Was this use of force effective against what prompted its use?** Yes<br>  **Did the UOF device function as designed?** Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical Saf-Smoke | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>   **Rocking (rocks only) on 06/14/2025 18:30** - Yes<br>     **Was this use of force effective against what prompted its use?** Yes<br>     **Did the UOF device function as designed?** Yes<br>   **Projectile (other than rock) - Spent munition on 06/14/2025 18:30** - Yes |

| | Canister - Pocket Tac Smoke Canister on 06/14/2025 18:30 | **Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br>**Projectile (other than rock) - bottle of water on 06/14/2025 18:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
|---|---|---|

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes  Ư No

**Did this incident result in collateral injury to a bystander?** ○ Yes  Ư No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

This incident is related to other documented incidents in E-STAR. Please refer to the following E-STAR reports for additional information:

##############################, ##############################

**Narrative of ###############**

Border Patrol Agent ▇▇▇▇▇▇▇▇▇ -BORTAC

On June 14, 2025, I, Border Patrol Agent ▇▇▇▇▇▇▇▇ was part of a Quick Reaction Force team, assigned to deploy in support of operations at the Portland ICE Office.  I was assigned the FN 303 less lethal device for my shift.

Earlier that day, two agents had reported significant injuries caused by rioters and were requesting additional assistance to help with the crowd, which was rapidly escalating in violence.

At approximately 6:30 p.m., we deployed out of the ICE Building to support other units that were already there.  The crowd numbered approximately two hundred people and was chanting things like "Fuck the police, All Cops Are Bastards, I hope you die and kill yourself!"

The crowd began throwing hard projectiles like bottles of water, sticks and rocks.  Most of these objects impacted or landed near agents.  For our safety, agents began to deploy munitions to push the crowd back.  I observed an individual attempting to recover a still-burning canister to throw back at us.  At that time, from a distance of approximately fifty feet, I launched approximately three to five projectiles at the ground near them to saturate the area and disperse the crowd.

At approximately, 8:00 p.m., we began to push the crowd back.  I again observed an individual attempting to recover a still-burning canister to throw back at agents.  From a distance of approximately fifty feet, I launched approximately five projectiles at the ground near the feet of the individual attempting to recover the burning munition. He then retreated into the crowd.

At approximately 8:15 p.m., we began another push. I observed an individual looking at me, holding a 2x2 wood stick, approximately three feet in length, that had been used to attach a sign to it.  I observed the individual reach back in a throwing motion, with the intention of throwing it at me.  From approximately thirty feet, I deployed the FN 303 Less Lethal device in one iteration, launching one projectile at the individual in a kinetic matter to stop him from throwing the object.  I made contact in the center of the torso with the individual and the stick he was throwing at me fell to the ground short of my location.  The subject fled into the crowd.

At approximately 11:15, Agents exited the ICE building in an attempt to arrest an individual that was causing significant damage

CBP_ExA_19

to the building.  While agents were effecting the arrest, I observed an individual who was oriented in our direction, holding what appeared to be a rock, reach back in a throwing motion.  From a distance of approximately forty feet, I deployed the FN 303 Less Lethal device in one iteration, launching one projectile at the individual in a kinetic matter to stop him from throwing the object.  I made contact in the center of the torso with the individual.  He briefly turned away, still holding the object.  A moment later he re-oriented himself toward us and again reached back to throw the object.  I launched another iteration of approximately three projectiles to the torso area of the subject and the object he was throwing at us fell to the ground near our location.

Due to the hostile and rapidly evolving nature of the situation, I was unable to activate my body-worn camera.

No injuries were observed or reported to officers or agents during my less lethal munition deployment.

No individuals in the crowd reported any injuries during my less lethal munition deployment.

I reported my less lethal munition deployment to Special Operations Supervisor ▇▇▇▇▇▇▇▇.

### Narrative of #####################

On June 16, 2025, I, ▇▇▇▇▇▇▇▇▇▇▇▇▇, as part of the Border Patrol Tactical Unit (BORTAC), Special Operations Detachment ▇▇▇▇▇▇, (SOD/BTC) was deployed to Portland, Oregon, as part of a multi-agency response to civil unrest. I was specifically at 4310 S Macadam Ave, in protection of the Immigration Customs Enforcement (ICE) building. I was attired in a authorized rough duty multicam Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

Prior to my arrival, two agents were reported to have sustained significant medical injuries caused by rioters. The rioters also shattered the main entrance glass doors to the ICE building. The law enforcement units at the location were requesting immediate additional assistance to assist with the crowd, which was rapidly escalating in violence.

At approximately 1800 hours the Portland Police Bureau (PPB) declared at riot near, the area of S Moody and S Bancroft is closed, and all persons must immediately leave the area. Furthermore, PPB announce the failure to adhere to this order may subject to citation or arrest.

Throughout the day, while performing my duties to maintain public safety and support law enforcement operations, I encountered multiple instances of violent behavior directed at myself and fellow Border Patrol agents. Individuals within a crowd of approximately 200, were actively engaged in throwing rocks and other projectiles at our position, posing an immediate threat to our safety and hindering our ability to maintain order. These incidents occurred at various points during the operation, necessitating the use of less-than-lethal force to protect myself, other agents, and public safety personnel.

In response to these threats, and in compliance with CBP Use of Force Policy, I deployed the following less-than-lethal chemical munitions, totaling 5 handheld chemical munitions:

• Two (2) Stinger rubber ball devices.
• Two (2) Triple-Chaser CS canisters.
• 1 (1) Riot Control CS Canister.

Each munition was deployed in a controlled and targeted manner, directed at individuals actively throwing projectiles in order to stop the threat while minimizing risk to bystanders. The use of force was executed only after assessing the imminent danger and in accordance with my BORTAC training and CBP protocols for escalation and de-escalation.

The deployment of these munitions effectively disrupted the hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters for a period.

Once the scene was safe, I reported my use of force deployments to SBPA ▇▇▇▇▇▇▇▇, who is assigned to SOD/BTC and is my direct supervisor. My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.

### Narrative of ##################

I, Special Operations Supervisor ▇▇▇▇▇▇▇▇, am assigned to the ▇▇▇▇▇▇▇▇ Border Patrol Tactical Team. On June 14, 2025, I was on official travel from Wenache, WA to San Diego, CA. Prior to the travel day, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

While driving to San Diego, I received a notice to immediately support Federal Protective Service (FPS) in Portland, OR at the

U.S. Immigration and Customs Enforcement (ICE) building located at 4310 Macadam Ave., Portland, OR 97239 for civil unrest at this location. I was informed the federal property had been damaged and several officers assaulted over the course of several days.

At approximately 5:00 p.m., I received a call from Deputy Patrol Agent (DPAIC) ███████████ stating my team and I needed to go to the ICE building for an emergent deployment due to the building being breached by having the front doors broken out and several injuries to the officers attempting to protect federal property and themselves. I was told one officer was hit with a brick to the face and the officers in the building were in imminent danger from the violent rioters.

At approximately 6:00 p.m., my team arrived at the ICE building by vehicle and could see a large crowd for several blocks and a large group surrounding the building. As we approached the vehicle gate, our vehicle was immediately hit by rocks and water bottles as we entered the premise. As we were driving in, I noticed the front doors of the building were broken out, vandalism to the structure, and the vehicle gate was damaged and inoperable. The inoperable gate had to be manually opened by officers which further put them in harms way from the violent rioters. Once inside the gate we were met by an ERO SRT officer wearing a gas mask that was covered in blood, and he had a large gash on the side of his head.

I donned my protective gear to include a helmet, body armor and a gas mask. I was attired in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards. I moved to the front of the building where the large crowd was gathered. Several officers from FPS and ERO were in the front of the building holding the crowd back from the building near breached doors. The rioters were throwing multiple objects; to include, water bottles, rocks and spent munitions, at the officers and the building. Several people in the crowd were shouting violent threats to harm and kill to the officers and me. Some of the comments I heard; "we'll fuck you up", "I hope you die", and "die pig". Shortly after getting to the front of the building, I was struck by a rock on the foot. Shortly after that, I was struck by a rock on the hand. I had several objects thrown at me to include rocks, bricks, water bottles, spent munitions, metal objects, and fireworks.

Several announcements were given through a Long Range Acoustic Device by Portland Police Bureau and FPS for the rioters to disperse from the federal property or chemical and/or impact munitions would be deployed and failing to comply with lawful commands will result in arrest.
In response to these threats, and in compliance with CBP Use of Force Policy, I deployed Oleoresin Capsicum (OC) spray, chemical munitions, and projectiles from a Pepper Ball Launching System:

• I deployed approximately two triple chaser CS canisters near the area of the assaultive subjects throwing rocks at the officers and me shortly after when I arrived at the ICE building at approximately 6:30 p.m. I deployed another two triple chaser CS canisters near the area of assaultive subjects throwing rocks and bricks at the officers and me at approximately 9:15 p.m.

• I deployed approximately four Pocket Tac Smoke canisters around the same time as I deployed the CS canisters. I deployed them to visual see the wind conditions and to maximize the CS effectiveness to reach desired outcome of protecting the officers and federal property.

• I deployed approximately two OC instantaneous blast near the area of the assaultive subjects throwing rocks at the officers and me at approximately 7:00 p.m.

• At approximately 8:00 p.m., PLS projectiles, totaling approximately two volleys of approximately four projectiles per volley, were launched for area saturation at assaultive subjects who were picking up burning munitions and throwing them at the officers and me. Shortly after the area saturation deployments, the subjects continued to throw the objects, at which time, I launched projectiles for kinetic impact, totaling approximately two volleys of approximately four projectiles per volley, at the assaultive subjects.

• At approximately 9:00 p.m., I deployed OC spray on a subject that was displaying assaultive gestures and verbal threats to an agent on scene. The subject had clenched fists and was wearing a red ski mask. He walked up near the agent and appeared to be ready to strike the agent with his fists while yelling profanities at the agent. Based on my observations, I sprayed the subject with a two second burst. After I deployed the OC spray, the subject fled the area and did not return to the area.

I don't recall the exact number of deployments of canisters or projectiles due to the volatility of the situation and long duration of the violent interaction. All deployments of less lethal and chemical munitions were recorded on my body worn camera. As of writing of this report, due to lack of resources during my deployment in Portland, OR, I am unable to view or download the camera footage. I will download the video and add it to this ESTAR event as soon as feasible.

Each munition was deployed in a controlled and targeted manner, directed at individuals actively throwing projectiles in order to stop the threat while minimizing risk to bystanders. The use of force was executed only after assessing the imminent danger and in accordance with my BORTAC training and CBP protocols for escalation and de-escalation.

The deployment of these munitions effectively disrupted the hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters for a period of time.

The officers and I held the crowd back until the broken doors were boarded up with plywood. Once the breach was secured, all officers and I went back into the building. The rioters continued to vandalize and attempt barricade the doors several times throughout the evening. At approximately 3:00 a.m., the crowd size diminished to about 30 people and the officers and I departed the building shortly after.

At the conclusion of my operational duties, I provided a detailed debrief to DPAIC ▮▮▮▮▮▮▮▮ who is assigned to SOG/BTC and is the incident commander for the emergency deployment. My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.

No injuries were observed or reported from my deployment of any less lethal devices.

**Narrative of ###############**
On June 14, 2025, I, Supervisory Border Patrol Agent ▮▮▮▮▮▮▮▮, assigned to the ▮▮▮▮▮▮▮▮▮▮▮ Border Patrol Tactical Team (BORTAC) was deployed to Portland, Oregon, as part of a multi-agency response to civil unrest. I along with other ▮▮▮ BORTAC members reported to the Immigration and Customs Enforcement (ICE) building located at 4310 SW Macadam Ave, Portland, Oregon 97239. I was in agency authorized Border Patrol multi-cam uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

Prior to my arrival, at least two law enforcement personnel were reported to have sustained significant medical injuries caused by rioters at the ICE building. Federal Protective Service (FPS) and ICE ERO SRT units that were at the location, were requesting immediate additional assistance to assist with preventing the large group from causing further injuries to the officers and to prevent the rioters from gaining access to the ICE building.

Upon arriving at the ICE building, we encountered a large group of protestors that surrounded the front of the building and in the street. As we approached the building, I observed that; the building was vandalized, the glass doors to the building entrance were shattered and the vehicle access gate was damaged, requiring it to be manually operated. In the process of making entry through the gate, unknown objects were thrown and struck our vehicle.

At approximately 6:00 p.m., the Portland Police Bureau (PPB) along with FPS made announcements to the rioters disperse from the ICE building area and that failure to adhere to this order may result in the deployment of chemical and or impact munitions, and that they may be subject or arrest.

At approximately 6:30 p.m., we deployed outside of the ICE building to support the ICE ERO and FPS units that were outside the building. The crowd numbered approximately two hundred people. The crowd was blocking traffic, surrounded the law enforcement units and were shouting "Fuck ICE, All Cops Are Bastards, I hope you die and kill yourself!" Many in the crowd where wearing face masks and air filtration devices.
The crowd began throwing rocks, sticks, bottles of water and other projectiles at myself and the other law enforcement units. Their actions posed an immediate threat to our safety and hindering our ability to deny the crowd access to the ICE building. For our safety, and in compliance with the CBP Use of Force Policy, I deployed one hand tossed Pocket Tactical CS cannister in order to disperse the crowd that was overwhelming us.

The deployment of the Pocket Tactical CS cannister was deployed in a manner directed at the crowd to disperse them. Upon the deployment, I was knocked to the ground, and while on the ground I felt a burning sensation to my left finger and a crushing feeling to my right thumb. I assessed that my left hand was next to a burning canister which burned through my glove injuring my left index finger. I was not able to assess what caused the injury to my right thumb. The cannister I deployed, along with the actions of the other officers and agents, effectively disrupted the hostile actions of the group enabling us to gain momentary control, allowing other officers to board the breached glass entry doors with plywood material.

Once the breached doors where barricaded, I along with the other officers and agents made entry back into the building.

I reported my less lethal device deployment to Special Operations Supervisor ████████ .
At the time of this deployment, I did not have my issued body worn camera with me.
My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.

**Narrative of ######################**
On June 14th, 2025, I Border Patrol agent ████████ , served as a member of the support element during the Portland, Oregon riots/unlawful assembly. I arrived at the Immigration Customs Enforcement (ICE) facility, located at 4310 SW Macadam Ave in Portland, Oregon, at approximately 6:00 pm. I was wearing rough duty Camouflage BORTAC uniform with all law enforcement identification patches visible. Throughout the shift, while performing my duties to maintain public safety and support law enforcement operations, I encountered multiple instances of violent behavior directed at myself and fellow Border Patrol agents. Some of the violent behavior included verbally shouting that all agents/officers are going to die, disrupting the static crowd control equipment and kicking them at us, as well as trying to spit on us or throwing water on the agents/officers.

In this capacity, at approximately 1840 pm I deployed two less lethal handheld Stinger grenades. At approximately 1900 I deployed two less lethal Flameless Tri-Chamber CS canisters. At approximately 1930 I deployed one Pocket Tactical CS Canister. These deployments of less lethal devices were   to assist in crowd control during incidents where individuals within the crowd began throwing water bottles filled with rocks, titanium bottles, rocks, pieces of metal and other hard objects at my myself and other law enforcement personnel as well as physically grabbing agents while they conducted arrests. The deployment was carried out in compliance with agency policy and was intended to de-escalate a rapidly evolving and potentially violent situation. At approximately 7:00 p.m. my team was deployed out of the ICE Building to support other law enforcement units that were already there.  There was approximately two hundred people in the crowd. They were chanting things like "Fuck the police", "All Cops Are Bastards", "I hope you die and kill yourself!". The crowd began throwing hard projectiles like bottles of water, sticks, and rocks.  Most of these objects impacted or landed near agents.  For our safety, agents began to deploy munitions to push the crowd back. The deployment was carried out in compliance with agency policy and was intended to de-escalate a rapidly evolving and potentially violent situation.

During this deployment of handheld munitions, Agents/officers began to make arrests of targeted individuals who were seen assaulting agents/officers. At this time, I witnessed an ICE officer fall to the ground and get hit in the face by a protestor with a wooden post. During that exact moment I witnessed another ICE officer trying to help him up and conduct the arrest but was unable to due to more protestors grabbing him and hitting him. While this happened, I placed myself in the immediate area to protect the officers and guide the protestors away from the situation. During this action I had a male individual who was approximately five foot 11 inches tall, approximately 170 pounds, and who was dressed in all black with a mask and hoodie on come from behind me and wrap his arms around me. The male was squeezing me and trying to pull me into the crowd of other protestors. During this action from the protestor, I immediately turned around, pushed him off of me, and stepped back away from the crowd of protestors. As soon as I created distance between myself and the individual, he threw his hands up at me and started to approach me in an aggressive manner like he was going to try and fight me. He was shouting "fuck you" and "come get some". At this time, I launched one direct impact round from a 40mm launcher at his lower abdomen area. I was at least 30 feet away from the individual. The deployment was successful and stopped the individual's behavior.

No injuries were observed from my deployment of the less lethal handheld Stinger grenades, the Flameless Tri-Chamber CS Canisters, the Pocket Tactical OC Canister or the 40mm launcher.

My body camera was not on at the time due to the rapidly evolving event and imminent danger involved with the injured officers at the time.  I notified supervisory border patrol agent ████████████ of my deployment of the less lethal devices.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| ######### | ################ | 06/16/2025 14:50 | |
| ######## | ############### | 06/16/2025 19:15 | ################################## |
| ######### | ############### | 06/18/2025 16:55 | |
| ######## | ############### | 06/18/2025 17:49 | |

# Exhibit B

CBP_ExB_1



U.S. Customs and Border Protection

# Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ∪ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** ███████████ #25695
**Title:** Operation Restoring Law & Order: Portland-Use of LLSI-CM and Assault
**Shift start date/time:** 10/04/2025 11:00
**Shift end date/time:** 10/05/2025 01:00
**Type:** S Assault against CBP personnel  S Reportable use of force  ❑ FTY/Vehicle pursuit by a CBP employee
  ❑ Unintentional firearm discharge  ❑ Intentional firearm discharge
**Was this a mass encounter incident?** ∪ Yes  ○ No
  **CBP Reporting Organizations:**
    S U.S. Border Patrol Location: U.S. Border Patrol / Special Operations Group
    ❑ Air and Marine Operations
    S Office of Field Operations Location: Office of Field Operations
  **Did this incident occur within the confines of a port of entry?** ○ Yes  ∪ No
**Created by:** ################
**Last updated by:** ##############
**Reviewer:** ##############
**Creation date/time:** 10/04/2025 20:36
**Last updated date/time:** 10/09/2025 22:01
**Date reviewed:** 10/09/2025

## RELATED SYSTEMS: 2

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ∪ Yes  ○ No

| IDVRS Evidence Serial Numbers: 2 |
| --- |
| ##### |
| ##### |

| Related system(s): 0 | Related document ID |
| --- | --- |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
| --- | --- |
| **Reporting organization:** | |
| CBP | USBP |
| CBP | OFO |
| **Other involved organizations:** | |
| CBP | AMO |

**Were additional units/ CBP Components/ external agencies involved?** ∪ Yes  ○ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations / Portland Field Operations
**Country/international waters:** United States of America
**Address:**
**Street:** 4310 S Macadam Ave
**City:** Portland   **State:** OREGON   **Zip:** 97239
**Incident coordinates:**
**Latitude:** ########
**Longitude:** ##########
**Setting:** ◯ Indoors   ∪ Outdoors
**Outdoor setting:** ∪ On land   ◯ In water (standing or swimming)   ◯ On water (in vessel)   ◯ In the air
**Description of the premises/location:** US Immigration and Customs Enforcement
**Environmental factors:**
**Weather:** S Dry ❏ Raining ❏ Snowing ❏ Flooding ❏ Windy ❏ Storm ❏ Haze/blowing dust ❏ Fog ❏ Other
**Illumination:** S Daylight ❏ Dark ❏ Dawn ❏ Dusk ❏ Good lighting ❏ Poor lighting ❏ Night vision aided ❏ Other
**Estimated temperature (Fahrenheit):** 64

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| ########### | Commander | In-Person | 10/04/2025 |

**Other authorities notified (external to CBP):** ❏ Federal ❏ Tribal ❏ State ❏ Local ❏ Foreign

## EMPLOYEES: 7

**Name:** ###############

**Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ▮▮▮▮▮▮▮▮▮▮
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty   ◯ Off duty
**Activity:** Other

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** ## years # months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | S FITP | S LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes   ◯ No

**Attire:** ∪ Uniform   ◯ Plain clothes

**Was ############### assaulted?** ∪ Yes   ◯ No

**Did ############### use reportable force?** ∪ Yes   ◯ No
**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Triple Chaser CS Canister
**Device description/comments:** Triple chaser CS

CBP_ExB_3

**Estimated use of force date/time (local):** 10/04/2025 13:21

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 20 yards

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Triple Chaser CS Canister
**Device description/comments:** Triple Chaser CS
**Estimated use of force date/time (local):** 10/04/2025 21:55

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ############## injured?** ◯ Yes ∪ No

**Name:** ####################

**Gender:** Male     **Age:** ##     **Height:** #####     **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ▮▮▮▮▮▮▮

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty ◯ Off duty

    **Activity:** Other

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years ## months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes ◯ No

**Attire:** ∪ Uniform ◯ Plain clothes

---

**Was ##################### assaulted?** ∪ Yes ◯ No

---

**Did ################### use reportable force?** ∪ Yes ◯ No

    **Force type:** Less-lethal Device

    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Muzzle Blast CS
**Device description/comments:** Muzzle blast
**Estimated use of force date/time (local):** 10/04/2025 13:21

**Posture:** Ŝ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 2 meters

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  Ụ No  ◯ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  Ụ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | Ŝ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | Ŝ Effect an arrest or detention | ❏ Prevent escape |
| Ŝ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Green Colored Smoke Canister
**Device description/comments:** Green pocket smoke
**Estimated use of force date/time (local):** 10/04/2025 13:22

**Posture:** Ŝ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 12 meters

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  Ụ No  ◯ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  Ụ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | Ŝ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | Ŝ Effect an arrest or detention | ❏ Prevent escape |
| Ŝ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Short Range Spede-Heat CS
**Device description/comments:** Spede-Heat CS
**Estimated use of force date/time (local):** 10/04/2025 13:23

**Posture:** Ŝ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 meters

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  Ụ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  Ụ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | Ŝ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | Ŝ Effect an arrest or detention | ❏ Prevent escape |
| Ŝ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Green Colored Smoke Canister
**Device description/comments:** Green smoke

CBP_ExB_5

**Estimated use of force date/time (local):** 10/04/2025 21:57

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 15 meters

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes ∪ No ◯ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was #################### injured?** ◯ Yes ∪ No

---

**Name:** ###################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Special Operations Group

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty ◯ Off duty

   **Activity:** Other

---

**Armed law enforcement experience:**

   **Total law enforcement experience at the time of the incident:** ## years # months

   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | S LLITP (IFITP) | S MFF |
| S MRT | S PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes ◯ No

**Attire:** ∪ Uniform ◯ Plain clothes

---

**Was ################## assaulted?** ∪ Yes ◯ No

---

**Did ################## use reportable force?** ∪ Yes ◯ No

   **Force type:** Less-lethal Device

   **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

   **Device type:** Hand-Thrown Munitions - Kinetic

      **Munition type:** Rubber Ball Grenade CS

   **Device description/comments:** Stinger grenade

   **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | ❏ Protect co-worker | S Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

   **Usage 1**

      **Estimated use of force date/time (local):** 10/04/2025 22:02

      **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

      **Estimated distance:** 15 feet

      **Approximately how many munitions did you deploy?** 2

      **Collateral contamination occurred:** ◯ Yes ∪ No ◯ Unknown ◯ Not applicable

      **Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes ◯ No

   **Usage 2**

---

**Estimated use of force date/time (local):** 10/04/2025 22:03

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ◯ Yes ∪ No ◯ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes ◯ No

### Usage 3

**Estimated use of force date/time (local):** 10/04/2025 22:04

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes ∪ No ◯ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Triple Chaser CS Canister
**Device description/comments:** Triple chaser
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

### Usage 1

**Estimated use of force date/time (local):** 10/04/2025 21:57

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 30 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes ◯ No

### Usage 2

**Estimated use of force date/time (local):** 10/04/2025 22:00

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 30 feet

**Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes ◯ No

### Usage 3

**Estimated use of force date/time (local):** 10/04/2025 22:01

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 30 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes ◯ No

### Usage 4

**Estimated use of force date/time (local):** 10/04/2025 22:03

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 30 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No

---

CBP_ExB_7

**Was ################## injured?** ∪ Yes ○ No

**Injury information:**

    **Injury type:** Superficial injuries (no treatment expected)

    **Injury Comment:**

    **Refused medical attention?** ∪ Yes ○ No

    **Received treatment?** ○ Yes ∪ No

    **Was a form CA-1 filed?** ○ Yes ∪ No

    **Region(s) of the body injured:**

| | |
|---|---|
| ❏ Front head | ❏ Rear head |
| ❏ Side head | ❏ Face |
| ❏ Neck/throat | ❏ Front upper torso/chest |
| ❏ Rear upper torso/back | ❏ Front lower torso/abdomen |
| ❏ Rear lower torso/back | S Front below waist/groin area |
| ❏ Rear below waist/buttocks | ❏ Arms/hands |
| ❏ Front legs/feet | ❏ Rear legs |

---

**Name:** ###################

**Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** Office of Field Operations / ▮▮▮▮▮▮ Field Operations

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty ○ Off duty

    **Activity:** Other

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ❏ MRT | ❏ PITP | S SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes ○ No

**Attire:** ∪ Uniform ○ Plain clothes

---

**Was ################## assaulted?** ∪ Yes ○ No

---

**Did ################## use reportable force?** ∪ Yes ○ No

    **Force type:** Less-lethal Device

    **Device:** PLS (PepperBall Launching System)

    **Device type:** PAVA (area saturation)

    **Estimated use of force date/time (local):** 10/04/2025 22:30

    **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

    **Estimated distance:** 30 feet

    **Approximately how many volleys did you deploy?** 1

    **Approximately how many projectiles did you deploy?** 5

    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ∪ No

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | S Other - Enforce compliance with a lawful order | |

---

CBP_ExB_8

**Was ################## injured?** ◯ Yes ∪ No

---

**Name:** ##############

    **Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds

    **CBP employee series or role:** #####
    **Service EOD:** ##########
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Special Operations Group
    **Duty (or detail/TDY) location EOD:** ##########
    **Duty status at the time of the incident:** ∪ On duty  ◯ Off duty
        **Activity:** Other

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes ◯ No

**Attire:** ∪ Uniform ◯ Plain clothes

---

**Was ############## assaulted?** ∪ Yes ◯ No

---

**Did ############## use reportable force?** ∪ Yes ◯ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** 40MM Less-lethal Munitions - Chemical
    **Munition type:** 40MM Muzzle Blast CS
    **Device description/comments:** Muzzle blast
    **Estimated use of force date/time (local):** 10/04/2025 21:40
    **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
    **Estimated distance:** 10 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ◯ Yes ∪ No ◯ Unknown ◯ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** 40MM Less-lethal Munitions - Kinetic
        **Munition type:** 40MM Direct Impact Inert
    **Device description/comments:** Direct Image projectile
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

    **Usage 1**
        **Estimated use of force date/time (local):** 10/04/2025 21:45
        **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
        **Estimated distance:** 55 feet

CBP_ExB_9

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes ∪ No ◯ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes ◯ No

### Usage 2

**Estimated use of force date/time (local):** 10/04/2025 21:55

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 45 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes ∪ No ◯ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No

---

**Was ############### injured?** ◯ Yes ∪ No

---

**Name:** ###################

**Gender:** Male   **Age:** ##   **Height:** ######   **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Special Operations Group

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty ◯ Off duty

**Activity:** Other

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** ## years # months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | S FITP | S LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes ◯ No

**Attire:** ∪ Uniform ◯ Plain clothes

---

**Was ################## assaulted?** ∪ Yes ◯ No

---

**Did ################## use reportable force?** ∪ Yes ◯ No

**Force type:** Less-lethal Device

**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

**Device type:** Hand-Thrown Munitions - Chemical

**Munition type:** Triple Chaser CS Canister

**Device description/comments:** Triple Chaser grenade

**Estimated use of force date/time (local):** 10/04/2025 21:50

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 10 yards

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ################# injured?** ◯ Yes ∪ No

---

**Name:** ########################

CBP_ExB_10

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Special Operations Group
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ⋃ On duty    ◯ Off duty
    **Activity:** Other

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | S PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ⋃ Yes    ◯ No

**Attire:** ⋃ Uniform    ◯ Plain clothes

**Was #################### assaulted?** ⋃ Yes    ◯ No

**Did #################### use reportable force?** ⋃ Yes    ◯ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
        **Munition type:** Triple Chaser CS Canister
    **Device description/comments:** Triple Chaser
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Usage 1**
    **Estimated use of force date/time (local):** 10/04/2025 21:40
    **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
    **Estimated distance:** 10 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ◯ Yes  ◯ No  ⋃ Unknown  ◯ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ⋃ Yes  ◯ No

**Usage 2**
    **Estimated use of force date/time (local):** 10/04/2025 21:45
    **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
    **Estimated distance:** 20 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ◯ Yes  ◯ No  ⋃ Unknown  ◯ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ⋃ Yes  ◯ No

**Usage 3**
    **Estimated use of force date/time (local):** 10/04/2025 21:51
    **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
    **Estimated distance:** 20 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ◯ Yes  ◯ No  ⋃ Unknown  ◯ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⋃ No

**Was #################### injured?**

CBP_ExB_11

○ Yes  ∪ No


## SUBJECTS: 2

---

**Name:** MASS GROUP

    **Estimated number of individuals in the group:** 200

    **Group description (Composition, attire, etc.):** Group of anti-ICE protestors, ███████████████ .

    **Was any member of this group wearing body armor?** ○ Yes  ○ No  ∪ Unknown

    **Group activity:**

        ❏ Illegal entry

        ❏ Uncooperative during encounter/inspection

        ❏ Failure to yield/heave to

        ❏ Checkpoint runner

        ❏ Port runner

        ❏ Alien smuggling

        ❏ Narcotics smuggling

        ❏ Scouting

        ❏ Assault (rocks/other projectiles)

        S Assault (all other types)

        S Rioting/civil disturbance

        ❏ Mass coordinated entry

        ❏ No suspected illegal activity

        ❏ Other

    **Group's current location and disposition if known:** Some were arrested by FPS, majority still gathering outside ICE facility in protest.

---

    **Did any member of this group not listed as an individual subject assault a CBP employee?** ∪ Yes  ○ No

        **Was any member of the group outside the US or its territories when committing the assault?** ○ Yes  ∪ No

---

        **Weapon(s)/type of assault:**

            **Assault method:** Projectile (other than rock)

                **Projectile description:** Throwing objects and kicking canisters at the line of officers

            **Estimated assault date/time (local):** 10/04/2025 22:00

---

    **Was reportable force used on any member of this group not listed as an individual subject?** ∪ Yes  ○ No

        **Was any member of this group outside the US or its territories when this force was applied?** ○ Yes  ∪ No

---

**Name:** #########

    **Gender:** Female    **Age:** ###############    **Height:** ############    **Weight:** #############

    **Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

    **Was the subject wearing body armor?** ○ Yes  ∪ No  ○ Unknown

    **Immigration status:** U.S. Citizen

    **Country of citizenship:** ########################

    **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ∪ No

    **Subject's activity:**

        ❏ Illegal entry

        ❏ Uncooperative during encounter/inspection

        ❏ Failure to yield/heave to

        ❏ Checkpoint runner

        ❏ Port runner

        ❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**  In FPS custody.  Refuses to identify herself and there are no returns with fingerprints.

**Did this subject assault a CBP employee?** Ⓤ Yes   ◯ No

**Was the subject outside the US or its territories when committing the assault?** ◯ Yes   Ⓤ No

**Weapon(s)/type of assault:**
**Assault method:**  Physically w/o weapon
**Describe physical assault:**  Physically w/o weapon - Grabbed agent by the groin/penis and would not let go
**Estimated assault date/time (local):**  10/04/2025 13:21

**Assault method:**  Biting
**Was a spit restraint device utilized?**  ◯ Yes   ◯ No   ◯ Unknown
**Estimated assault date/time (local):**  10/04/2025 13:21

**Was reportable force used on this subject?** ◯ Yes   Ⓤ No

**Was this subject injured or claiming to be injured?** ◯ Yes   Ⓤ No   ◯ Unknown

## ASSAULTS: 9

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| ########## | Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00 | ################### | Ⓤ Yes ◯ No | ◯ Yes   Ⓤ No |
| | | ############### | Ⓤ Yes ◯ No | Not injured in this incident |
| | | #################### | Ⓤ Yes ◯ No | Not injured in this incident |
| | | ################### | Ⓤ Yes ◯ No | Not injured in this incident |
| | | ############## | Ⓤ Yes ◯ No | Not injured in this incident |
| | | ################# | Ⓤ Yes ◯ No | Not injured in this incident |
| | | ####################### | Ⓤ Yes ◯ No | Not injured in this incident |
| ######### | Physically w/o weapon - Physically w/o weapon - Grabbed agent by the groin/penis and would not let go on 10/04/2025 13:21 | ################### | Ⓤ Yes ◯ No | Ⓤ Yes   ◯ No |
| | | ############### | ◯ Yes Ⓤ No | Not injured in this incident |
| | | #################### | ◯ Yes Ⓤ No | Not injured in this incident |
| | | | | Not injured in this |

| | | | | |
|---|---|---|---|---|
| | | ################### | ◯ Yes ᴜ No | incident |
| | | ############# | ◯ Yes ᴜ No | Not injured in this incident |
| | | ################# | ◯ Yes ᴜ No | Not injured in this incident |
| | | ###################### | ◯ Yes ᴜ No | Not injured in this incident |
| ######### | Biting on 10/04/2025 13:21 | ################### | ᴜ Yes ◯ No | ᴜ Yes ◯ No |
| | | ############### | ◯ Yes ᴜ No | Not injured in this incident |
| | | #################### | ◯ Yes ᴜ No | Not injured in this incident |
| | | ################### | ◯ Yes ᴜ No | Not injured in this incident |
| | | ############# | ◯ Yes ᴜ No | Not injured in this incident |
| | | ################# | ◯ Yes ᴜ No | Not injured in this incident |
| | | ###################### | ◯ Yes ᴜ No | Not injured in this incident |

## USES OF FORCE: 21

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple chaser CS on 10/04/2025 13:21 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser CS on 10/04/2025 21:55 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - Muzzle blast on 10/04/2025 13:21 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ##################### | LLSI-CM (Less-lethal Specialty | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** |

| | | |
|---|---|---|
| | Impact-Chemical Munitions) - Green Colored Smoke Canister - Green pocket smoke on 10/04/2025 13:22 | **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00**  - No<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Short Range Spede-Heat CS - Spede-Heat CS on 10/04/2025 13:23 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00**  - No<br>  **Was this use of force effective against what prompted its use?**  Yes<br>  **Did the UOF device function as designed?**  Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Green Colored Smoke Canister - Green smoke on 10/04/2025 21:57 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00**  - No<br>  **Was this use of force effective against what prompted its use?**  Yes<br>  **Did the UOF device function as designed?**  Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade CS - Stinger grenade on 10/04/2025 22:02 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00**  - Yes<br>    **Was this use of force effective against what prompted its use?**  Yes<br>    **Did the UOF device function as designed?**  Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple chaser on 10/04/2025 21:57 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00**  - Yes<br>    **Was this use of force effective against what prompted its use?**  Yes<br>    **Did the UOF device function as designed?**  Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple chaser on 10/04/2025 22:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00**  - Yes<br>    **Was this use of force effective against what prompted its use?**  Yes<br>    **Did the UOF device function as designed?**  Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple chaser on 10/04/2025 22:01 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00**  - Yes<br>    **Was this use of force effective against what prompted its use?**  Yes<br>    **Did the UOF device function as designed?**  Yes |
| ##################### | LLSI-CM (Less- | **Subject:** ########## |

| #### | lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple chaser on 10/04/2025 22:03 | **Was this use of force in response to the following assault by this subject?** **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - Yes     **Was this use of force effective against what prompted its use?** Yes     **Did the UOF device function as designed?** Yes |
|---|---|---|
| ###################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade CS - Stinger grenade on 10/04/2025 22:03 | **Subject:** ##########   **Was this use of force in response to the following assault by this subject?**     **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - Yes       **Was this use of force effective against what prompted its use?** Yes       **Did the UOF device function as designed?** Yes |
| ###################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade CS - Stinger grenade on 10/04/2025 22:04 | **Subject:** ##########   **Was this use of force in response to the following assault by this subject?**     **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - Yes       **Was this use of force effective against what prompted its use?** Yes       **Did the UOF device function as designed?** Yes |
| ################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 10/04/2025 22:30 | **Subject:** ##########   **Was this use of force in response to the following assault by this subject?**     **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No   **Was this use of force effective against what prompted its use?** Yes   **Did the UOF device function as designed?** Yes |
| ############## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - Muzzle blast on 10/04/2025 21:40 | **Subject:** ##########   **Was this use of force in response to the following assault by this subject?**     **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No   **Was this use of force effective against what prompted its use?** Yes   **Did the UOF device function as designed?** Yes |
| ############## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact Inert - Direct Image projectile on 10/04/2025 21:45 | **Subject:** ##########   **Was this use of force in response to the following assault by this subject?**     **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No   **Was this use of force effective against what prompted its use?** Yes   **Did the UOF device function as designed?** Yes |
| ############## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact Inert - Direct Image projectile on 10/04/2025 21:55 | **Subject:** ##########   **Was this use of force in response to the following assault by this subject?**     **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No   **Was this use of force effective against what prompted its use?** Yes   **Did the UOF device function as designed?** Yes |
| ################# | LLSI-CM (Less-lethal Specialty | **Subject:** ##########   **Was this use of force in response to the following assault by this subject?** |

| ################## ######### | Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser grenade on 10/04/2025 21:50 | **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
|---|---|---|
| ################## ######### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser on 10/04/2025 21:40 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No<br>  **Was this use of force effective against what prompted its use?** Yes<br>  **Did the UOF device function as designed?** Yes |
| ################## ######### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser on 10/04/2025 21:45 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No<br>  **Was this use of force effective against what prompted its use?** Yes<br>  **Did the UOF device function as designed?** Yes |
| ################## ######### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser on 10/04/2025 21:51 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No<br>  **Was this use of force effective against what prompted its use?** Yes<br>  **Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ◯ Yes  Ụ No

**Did this incident result in collateral injury to a bystander?** ◯ Yes  Ụ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

This incident is related to other documented incidents in E-STAR. Please refer to the following E-STAR reports for additional information:

############################, ############################

**Current certification status:** Certified
**Shared incident narrative certification history**

| Hash ID | Employee | Certified Date |
|---|---|---|
| ###### | ################# | 10/04/2025 22:02 |
| ####### | ################# | 10/05/2025 03:07 |

**Narrative of ###############**

I am a Mobile Rapid Response Team (MRT) member assigned to the U.S. Border Patrol (USBP) special operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On October 4, 2025, at approximately 1321 hours, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement and Enforcement Removal Operations (ICE ERO), and Homeland Security Investigations (HSI), attempted to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At that time, FPS issued a warning over the Long-Range Acoustic Device (LRAD), instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would result in arrest. The LRAD warning was projected at a volume sufficient for individuals in the vicinity of the building to hear and understand, and it was loud enough to drown out both crowd and traffic noise.

At approximately 2155 hours 0n 10/4/2025 several agents and I exited the ICE facility to clear the roadway. A crowd of protestors had gathered and refused repeated commands to move from the entrance. despite verbal warnings and attempts to physically create space, the protestors actively resisted. As the crowd began to press in, I deployed a single CS gas canister in an effort to disperse the group, protect the agents, and create space. Following the deployment, the crowd backed away without further incident. The CS deployment was a less-lethal controlled measure intended to stop the crowd's forward movement towards the officers, push them back into the crowd to protect the officers, and de-escalate a situation that I believed to be getting increasingly more dangerous. No one was struck by the canister, and I did not observe any injuries. I immediately reported the deployment to Deputy Commander ███████.

**Narrative of ###################**

I am a Special Response Team Operator (SRTO) assigned to the Office of Field Operations (OFO) Special Response Team (SRT). I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and was operating under delegated authority pursuant to 40 U.S.C. § 1315 to assist with response to civil unrest and the protection of federal property. SRT personnel were equipped with multi-cam Arid uniforms clearly marked with OFO law enforcement patches and assigned call signs. All operators also carried multi-cam entry kits prominently labeled with patches reading "POLICE."

On October 4, 2025, at approximately 2220 hours, Customs and Border Protection (CBP) SRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement ICE) Enforcement Removal Operations (ERO), and Homeland Security Investigations (HSI), attempted to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At that time, a warning was issued over the Long-Range Acoustic Device (LRAD) by FPS, instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would subject violators to arrest. The LRAD warning was projected at a volume sufficient for individuals in the vicinity of the building to hear and understand, and it was loud enough to drown out both crowd and traffic noise.

After the warning was given, my team was in a line formation and moved towards the crowd to redirect the crowd north on Moody. During this time, the crowd demonstrated hostile behavior such as shouting obscenities at the Officers, shining bright strobe flashlights into the Officers' eyes, threatening physical injury, and posturing aggressively towards the Officers when given lawful orders to move back and clear the area.

After the crowd failed to comply with lawful orders issued by the officers, ERO ICE SRT agents deployed less-lethal CS gas. I observed an individual wearing a black hoodie and a gas mask walking toward the deployed gas munition. The individual bent down and reached for the munition. Notably, the subject was wearing gloves and based on his deliberate actions and apparent confidence in handling the canister, I assessed that he had prior experience retrieving deployed munitions.

Drawing on my previous experiences with civil unrest, I perceived the subject's actions as an attempt to throw the canister back at the officers. If successful, this action could have impeded and interfered with law enforcement operations, created conditions where our team would lose visual contact with the crowd and each other, and potentially caused CS gas exposure due to gas mask seal leaks.

To prevent these risks, which would have made the officers vulnerable to further aggression from the crowd, I deployed approximately 3-5 pepper ball projectiles from my assigned Pepper Ball Launching System (PLS) in an area saturation pattern near the subject's feet. This less-lethal, controlled measure was intended to stop the subject's forward movement toward the officers and not to cause injury. No individuals were directly struck by the projectiles.

The area saturation was effective in preventing the subject from retrieving the munition and thwarting a potential assault on officers. It also forced the subject and the crowd to retreat and comply with lawful orders to vacate the area. No further force by me was necessary. Once the situation was under control, I immediately reported the deployment to Special Operations Supervisor (SOS) ███████████████.

**Narrative of ##################**

I am a Mobile Rapid Response Team (MRT) Commander assigned to the U.S. Border Patrol (USBP) special operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front. On October 4, 2025, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted operations to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times. At approximately 1322 hours, FPS issued a warning over the Long-Range Acoustic Device (LRAD), instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would result in arrest. The LRAD warning was projected at a volume sufficient for individuals in the vicinity of the building to hear and understand, and it was loud enough to drown out both crowd and traffic noise. While assisting with the effort to clear the front gate, I encountered a subject who refused to comply with the LRAD warnings and was obstructing the operation. I attempted to detain the subject for impeding a federal agent. During the encounter, the subject actively resisted, fought, and made multiple attempts to bite various parts of my body. While the subject was on the ground, they attempted to bite my groin area and forcefully grabbed my penis, refusing to release their grip. Utilizing approved ground control techniques, I was able to free the subject's hand from my groin and successfully secure them in handcuffs. The subject refused to provide her name or any biographical information and is currently in FPS custody pending felony assault charges.

Later that evening, at approximately 2200 hours, CBP MRT personnel continued operations to clear the ICE Facility driveway. During this phase, FPS issued additional warnings over the LRAD, instructing individuals to clear the driveway and refrain from trespassing onto federal property. While assisting with the effort to clear the front gate, a Mobile Field Force (MFF) was deployed to clear the roadways. During this operation, the crowd became aggressive and combative against MFF efforts

As we advanced, the crowd refused to comply with commands, shouted aggressively at us, and, upon reaching the stop sign, began resisting our control measures and pushing back against our line. In response to this resistance, I deployed a triple chaser CS grenade to counter the threat and restore control. Once our team reached the maximum point of the push, we initiated a

tactical maneuver to retreat backward toward the ICE facility.

As we began our retreat, the crowd escalated their actions by throwing unidentified objects at our team as well as at other agency officers on the line. Due to the presence of gas and my gas mask, I was unable to identify the specific items being thrown. Additionally, some individuals in the crowd began kicking dispersed canisters toward our team. Concurrently, the crowd pressed forward, further intensifying the threat. Based on my experience, I recognize that our team is most vulnerable when maneuvering backward, a fact the crowd has exploited during prior incidents by pressing against us during retreats.

Considering the previous assaults during similar situations, the crowd's aggressive behavior, and the immediate threat posed by their actions, including throwing and kicking objects, I decided to deploy additional measures to protect our team and facilitate a safe retreat. I deployed five stinger ball grenades and four additional triple chaser CS grenades. These devices were deployed strategically to create a barrier of obscurity with the gas, which served to maintain distance between the crowd and our team as the CS would slow the crowd from assaulting us. The stinger balls were deployed on our flanks to disorient assaultive individuals who were picking up objects to throw at us, which mitigated the threat to our team.

These actions were necessary to address the immediate threat, ensure the safety of personnel, and protect federal property. Following the incident, I promptly reported my use of force to Bryan Grew.

### Narrative of ##############
I am a Mobile Rapid Response Team (MRT) Agent assigned to the U.S. Border Patrol (USBP) special operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On October 4, 2025, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted operations to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At approximately 2200 hours, CBP MRT personnel continued operations to clear the ICE Facility driveway. During this phase, FPS issued additional warnings over the LRAD, instructing individuals to clear the driveway and refrain from trespassing onto federal property. While assisting with the effort to clear the front gate, a Mobile Field Force (MFF) was deployed to clear the roadways. During this operation, the crowd became aggressive and combative against MFF efforts. In response to the escalating situation, the following munitions were deployed: 1 40MM CS Muzzle Blast and two 40MM Direct Impact Inert projectile. These measures were necessary to address the threat posed by the crowd and to ensure the safety of personnel and the protection of federal property. I immediately reported my use of force to ▮▮▮▮▮▮▮.

At approximately 2140 hours, I observed an individual wearing all black and a gas mask walking toward a deployed gas munition. The individual bent down and reached for the munition. Drawing on my previous experiences with civil unrest, I perceived the subject's actions as an attempt to retrieve the munition to throw it back at the officers. If successful, this action could have impeded and interfered with law enforcement operations and create conditions where our team would lose visual contact with the crowd and each other. To prevent these risks, which would have made the officers vulnerable to further aggression from the crowd, I deployed a 40MM Muzzle Blast CS munition. This action was necessary to deter the individual and maintain the integrity of the operation.

Later, at approximately 2145 hours, I observed another individual in the crowd who appeared to be coordinating aggressive actions against law enforcement personnel. To address this threat, I deployed a 40MM Direct Impact Inert projectile, targeting the individual's lower extremities to ensure compliance and reduce the risk of further escalation.

At approximately 2155 hours, I identified another individual who was attempting to incite the crowd and interfere with law enforcement operations. To mitigate this threat, I deployed another 40MM Direct Impact Inert projectile, again targeting the individual's lower extremities to ensure compliance and maintain control of the situation.

All munitions were deployed in accordance with established protocols and were necessary to address the threats posed by the crowd, ensure the safety of law enforcement personnel, and protect federal property. Each use of force was reported in a timely manner and documented appropriately.

**Narrative of ##################**

I am a Mobile Rapid Response Team (MRT) member assigned to the U.S. Border Patrol (USBP) special operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On October 4, 2025, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted operations to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At approximately 2100 hours, CBP MRT personnel continued operations to clear the ICE Facility driveway. During this phase, FPS issued additional warnings over the LRAD, instructing individuals to clear the driveway and refrain from trespassing onto federal property. While assisting with the effort to clear the front gate, a Mobile Field Force (MFF) was deployed to clear the roadways. During this operation, the crowd became aggressive and combative against MFF efforts. In response to the escalating situation, the following munitions were deployed: five stinger ball grenades and five Triple Chaser CS grenades. These measures were necessary to address the threat posed by the crowd and to ensure the safety of personnel and the protection of federal property. I immediately reported my use of force to ▉▉▉▉▉▉▉.

At approximately 2150 hours, during the team withdrawal back to the ICE facility, the aggressive crowd continued to close in on the officers and agents, preventing a safe withdrawal from the area. The crowd was given commands to stand back and stop advancing towards agents/officers. The crowd was not complying with commands and continued to walk towards agents/officers. To protect our team's backside and provide the opportunity for a safe movement to the ICE facility, I deployed a Triple Chaser CS Canister grenade. This munition was deployed to create a safe buffer zone between the crowd and law enforcement personnel, ensuring the team could retreat without further risk of harm or interference.

All munitions were deployed in accordance with established protocols and were necessary to address the threats posed by the crowd, ensure the safety of law enforcement personnel, and protect federal property. Each use of force was reported in a timely manner and documented appropriately.

**Narrative of #######################**

I am a Mobile Rapid Response Team (MRT) member assigned to the U.S. Border Patrol (USBP) special operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On October 4, 2025, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted operations to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is always visible to individuals in the area.

At approximately 2140 hours, the crowd size had grown to over 200 individuals. The crowd was aggressive and hostile, shining strobe lights directly at the officers and agents to impair their vision and coordination. They yelled obscenities and threats, creating an environment of heightened tension and danger. Members of the crowd pressed forward toward the officers and agents, attempting to thwart law enforcement efforts by interfering with operations and obstructing movement. The crowd's actions, including verbal threats and physical intimidation, posed an immediate risk to the safety of law enforcement personnel and the integrity of the mission.

During this time, I observed a subject in the crowd kicking spent munitions toward the officers and agents. This action further escalated the threat and interfered with law enforcement operations. To address the threat and deter further interference, I deployed a Triple Chaser CS Canister grenade. This munition was necessary to create distance between the subject and the officers, ensuring the safety of the team and the integrity of the operation.

At approximately 2145 hours, I observed another subject engaging in similar behavior, kicking spent munitions toward the officers and agents. Recognizing the potential for harm and disruption to law enforcement operations, I deployed a second Triple Chaser CS Canister grenade. This action was necessary to deter the subject and maintain control of the situation.

At approximately 2151 hours, during the team's withdrawal back to the ICE facility, the crowd continued to press forward aggressively, attempting to interfere with law enforcement efforts. I observed a subject holding an umbrella attempting to pick up a spent munition with the apparent intent to throw it at the officers and agents. Drawing on my previous experiences with civil unrest, I perceived the subject's actions as an immediate threat to the safety of law enforcement personnel. If successful, this action could have interfered with operations, created conditions where the team would lose visual contact with the crowd and each other, and exposed officers to potential harm. To prevent these risks, I deployed a third Triple Chaser CS Canister grenade. This munition was necessary to deter the subject and ensure the safe withdrawal of the team.

All munitions were deployed in accordance with established protocols and were necessary to address the threats posed by the crowd, ensure the safety of law enforcement personnel, and protect federal property. Each use of force was reported in a timely manner and documented appropriately.

**Narrative of ####################**

I, Border Patrol Agent (BPA) ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛, am currently a Mobile Response Team (MRT) member assigned to the U.S. Border Patrol (USBP) Special Operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front. I was also wearing a government-issued gas protective mask and a black impact-resistant helmet.

I have served as a United States Border Patrol (USBP) Agent for over ⬛ years.

On October 4, 2025, at approximately 1321 hours, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement and Enforcement Removal Operations (ICE ERO), and Homeland Security Investigations (HSI), attempted to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At that time, FPS issued a warning over the Long-Range Acoustic Device (LRAD), instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would

CBP_ExB_22

result in arrest. The LRAD warning was projected at a volume sufficient for individuals in the vicinity of the building to hear and understand, and it was loud enough to drown out both crowd and traffic noise.

At approximately 1323 hours, I took position on a skirmish line in front of the ICE facility at 4310 S. Macadam Avenue in Portland, Oregon, alongside other USBP agents and members of the U.S. Immigration and Customs Enforcement (ICE) Special Response Team (SRT) and Bureau of Prisons (BOP) SRT members. I was carrying a USBP-approved 40mm launcher and multiple less-lethal hand-toss munitions. My certifications and training for the use of these devices were current at the time of these events. My government-issued AXON body-worn camera was attached to my ballistic carrier but was accidentally not activated during the incident.

Incident #1 – 1321 Hours
I observed multiple agents arresting several individuals to the left of my position. While they were doing so, I witnessed several other individuals in the crowd attempting to interfere with these arrests. I positioned myself between the apprehending agents and the individuals to prevent their interference.

At this time, I observed a female subject dressed in a gray long-sleeve sweater and blue jeans attempting to kick a deployed smoke canister toward other agents. Recognizing the immediate need to prevent further interference and mitigate the threat posed by her actions, I turned the safety selector on my 40mm launcher to "fire" and deployed one 40mm Muzzle Blast munition, targeting her torso from approximately 2 meters away. The use of force was necessary to stop her actions, which posed a risk to the safety of the agents and the integrity of the operation. The deployment was proportional to the threat she presented, as it was a less-lethal option intended to neutralize her interference without causing serious harm.

The female subject ceased her actions and fell backward to the ground approximately 3 meters from my position. I attempted to approach the female to perform an arrest but was prevented from doing so by multiple individuals in the crowd. Assessing the situation, I determined that I could not safely perform the arrest and returned to the skirmish line. Due to the crowd's interference, I was unable to render medical assistance or evaluate the subject's condition. My decision to disengage and return to the skirmish line was reasonable under the circumstances, as the safety of agents and the need to maintain order outweighed the ability to provide immediate aid.

Incident #2 – 1322 Hours
I observed multiple individuals in front of my position interfering with the arrest of another individual by several agents. To disperse the crowd and prevent further interference, I deployed one hand-tossed green smoke munition into an open area approximately 12 meters in front of my position.

The deployment of the smoke munition was necessary to create a safe environment for agents to complete the arrest without further interference from the crowd. The use of a non-toxic smoke munition was proportional to the level of interference, as it was intended to disperse the crowd without causing harm. The munition successfully deployed, and the individuals ceased their interference. I did not observe any adverse effects on the crowd as a result of this deployment. My actions were reasonable and effective in achieving the intended outcome, ensuring the safety of agents and the continuation of operations.

Incident #3 – 1323 Hours
I observed multiple individuals in the crowd kicking and attempting to pick up actively deployed munitions. Recognizing the potential danger posed by individuals redirecting munitions toward agents, I loaded one Spede-Heat 40mm munition into my launcher and deployed it toward open ground approximately 10 meters from my position.

The deployment of the munition was necessary to deter the individuals from using the munitions as projectiles against agents, which posed a direct threat to their safety. The use of a less-lethal munition was proportional to the threat, as it was intended to neutralize the behavior without causing harm to the individuals. The munition successfully detonated, and the individuals ceased their actions, retreating approximately 15 to 20 meters into the crowd. I did not observe any individuals negatively affected by this deployment. Medical aid was not rendered as the individuals retreated into the crowd. My actions were reasonable given the circumstances and effectively mitigated the threat posed by the crowd's behavior.

Incident #4 – 2049 Hours

I observed multiple individuals within the crowd kicking deployed smoke and CS canisters toward myself and other agents. Recognizing the need to prevent further escalation and protect agents from harm, I deployed one hand-tossed smoke munition approximately 10 meters in front of my position.

The deployment was necessary to prevent individuals from redirecting munitions toward agents, which posed a risk to their safety. The use of smoke was proportional to the threat, as it was intended to disperse the crowd without causing harm. Due to the large amount of smoke and CS gas in the area, I was unable to observe the results of this deployment. My actions were reasonable under the circumstances, as the deployment was intended to neutralize the threat and ensure the safety of agents.

All actions taken during these incidents were in accordance with my training, certifications, and the delegated authority under 40 U.S.C. § 1315, as well as my authority as a Border Patrol agent to enforce federal laws related to the protection of federal property and personnel. The use of force in each instance was necessary to address the threats posed by individuals interfering with law enforcement operations, proportional to the level of threat, and reasonable given the circumstances. My decisions were made to ensure the safety of federal property, personnel, and the public while maintaining order during civil unrest.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| ######### | ################## | 10/05/2025 03:11 | |
| ######## | ################# | 10/05/2025 03:34 | ###################### |
| ######### | ##################### | 10/05/2025 20:18 | |
| ######## | ############## | 10/05/2025 21:05 | |
| ######## | ################### | 10/09/2025 21:09 | #################################### |
| ######### | ################### | 10/09/2025 21:32 | |
| ######## | ############## | 10/09/2025 22:01 | |

# Exhibit C

CBP_ExC_1



U.S. Customs and Border Protection

# Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ◡ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** ▬▬▬▬▬ #25790
**Title:** Operation Restoring Law and Order:  Portland, OR (CS deployment)
**Shift start date/time:** 10/18/2025 08:00
**Shift end date/time:** 10/18/2025 23:59
**Type:** ❏ Assault against CBP personnel  S Reportable use of force  ❏ FTY/Vehicle pursuit by a CBP employee
 ❏ Unintentional firearm discharge  ❏ Intentional firearm discharge
**Was this a mass encounter incident?** ◡ Yes  ○ No
 **CBP Reporting Organizations:**
 ❏ U.S. Border Patrol
 ❏ Air and Marine Operations
 S Office of Field Operations Location: Office of Field Operations / ▬▬▬▬ Field Operations
**Created by:** ▬▬▬▬▬▬        **Creation date/time:** 10/18/2025 22:58
**Last updated by:** ▬▬▬▬▬▬        **Last updated date/time:** 11/18/2025 16:01
**Reviewer:** ▬▬▬▬▬▬        **Date reviewed:** 10/19/2025

## RELATED SYSTEMS: 0

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ○ Yes  ◡ No

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | OFO |
| **Other involved organizations:** | |
| Other federal agency | FPS |
| Other federal agency | ICE/ERO |

**Were additional units/ CBP Components/ external agencies involved?** ◡ Yes  ○ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Portland Field Operations / Portland
**Country/international waters:** United States of America
 **Address:**
  **Street:** 4130 SW Macadam Ave
  **City:** Portland    **State:** OREGON    **Zip:** 97239
**Incident coordinates:**

CBP_ExC_2

**Latitude:** 45.49323
**Longitude:** -122.67218
**Setting:** ◯ Indoors    ∪ Outdoors
**Outdoor setting:** ∪ On land    ◯ In water (standing or swimming)    ◯ On water (in vessel)    ◯ In the air
**Description of the premises/location:** ICE Facility.
**Environmental factors:**

**Weather:** ട Dry ❑ Raining ❑ Snowing ❑ Flooding ❑ Windy ❑ Storm ❑ Haze/blowing dust ❑ Fog ❑ Other

**Illumination:** ട Daylight ❑ Dark ❑ Dawn ❑ Dusk ❑ Good lighting ❑ Poor lighting ❑ Night vision aided ❑ Other

**Estimated temperature (Fahrenheit):** 61

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|------|----------------------|---------------------|-------------------|
| ████████████████ | SRT special operations supervisor | Phone | 10/18/2025 |

**Other authorities notified (external to CBP):** ❑ Federal ❑ Tribal ❑ State ❑ Local ❑ Foreign

## EMPLOYEES: 1

**Name:** ███████████████

**Gender:** Male    **Age:** ██    **Height:** ██    **Weight:** ██ pounds
**CBP employee series or role:** ████████
**Service EOD:** ███████
**Duty location or detail/TDY location during the incident:** Portland Field Operations / Portland
**Duty (or detail/TDY) location EOD:** ████████
**Duty status at the time of the incident:** ∪ On duty    ◯ Off duty
    **Activity:** Special Operations

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ████████████
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | ട SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** ∪ Yes    ◯ No

**Attire:** ∪ Uniform    ◯ Plain clothes

**Did** ███████████ **use reportable force?** ∪ Yes    ◯ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
        **Munition type:** Riot Control CS Canister
    **Device description/comments:** One Riot CS Cannister
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ട Protect self | ട Protect co-worker | ട Protect innocent 3rd party |
| ട Protect non-CBP officer/agent | ട Effect an arrest or detention | ❑ Prevent escape |
| ട Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

    **Usage 1**
        **Estimated use of force date/time (local):** 10/18/2025 16:30
        **Posture:** ട Standing ❑ Kneeling ❑ Prone ❑ Other
        **Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?**  1

**Collateral contamination occurred:**  ○ Yes  ⊔ No  ○ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?**  ⊔ Yes  ○ No

Usage 2

**Estimated use of force date/time (local):**  10/18/2025 16:31

**Posture:**  S Standing  ❑ Kneeling  ❑ Prone  ❑ Other

**Estimated distance:**  15 feet

**Approximately how many munitions did you deploy?**  1

**Collateral contamination occurred:**  ○ Yes  ⊔ No  ○ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?**  ○ Yes  ⊔ No

**Was** ▇▇▇▇▇▇ **injured?**  ○ Yes  ⊔ No

## SUBJECTS: 1

**Name:**  MASS GROUP

**Estimated number of individuals in the group:**  400

**Group description (Composition, attire, etc.):**  Crowd arrived at the ICE facility en mass.  Many were wearing all black, face coverings, gas masks, chest protectors, elbow pads, and knee pads.  Most of the crowd were shouting profanities and verbally threatening law enforcement. Most members of the crowd were carrying signs that read, "Fuck ICE".

**Was any member of this group wearing body armor?**  ⊔ Yes  ○ No  ○ Unknown

**Estimated number of subjects wearing body armor:**  30

**Group activity:**

❑ Illegal entry

❑ Uncooperative during encounter/inspection

❑ Failure to yield/heave to

❑ Checkpoint runner

❑ Port runner

❑ Alien smuggling

❑ Narcotics smuggling

❑ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❑ Mass coordinated entry

❑ No suspected illegal activity

❑ Other

**Group's current location and disposition if known:**  Group has currently grown in size to about 600 people.

**Was reportable force used on any member of this group not listed as an individual subject?**  ⊔ Yes  ○ No

**Was any member of this group outside the US or its territories when this force was applied?**  ○ Yes  ⊔ No

## USES OF FORCE: 2

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ▇▇▇▇▇ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot | **Subject:**  MASS GROUP<br>**Was this use of force effective against what prompted its use?**  No, The crowd did not disperse and continued to try and throw objects at law enforcement personnel.<br>**Did the UOF device function as designed?**  Yes |

CBP_ExC_4

| | | |
|---|---|---|
| | Control CS Canister - One Riot CS Cannister on 10/18/2025 16:30 | |
| ███████ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - One Riot CS Cannister on 10/18/2025 16:31 | **Subject:** MASS GROUP<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes ∪ No

**Did this incident result in collateral injury to a bystander?** ○ Yes ∪ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

**Narrative of** ███████████████

U.S. Customs and

Border Protection

DATE: 10/18/2025

MEMORANDUM FOR: ███████████████

Special Operation Supervisor- ███████████████

FROM: ███████████

Special Response Team Operator- ███████████ Field Office

CBP_ExC_5

SUBJECT:        UoF- O-Chlorobenzalmalononitrile (CS Gas) Deployment

I am a Special Response Team Operator (SRTO) assigned to the Office of Field Operations (OFO) Special Response Team (SRT). which is a specialized tactical unit within the U.S. Customs and Border Protection CBP), responsible for handling high-risk situations.  SRT is a small, highly trained team that responds to threats, conducts high-risk operations, and provides support during national security incidents and natural disasters.

As of this date, I have a valid Less-Lethal Instructor Certification from the U.S. Customs and Border Protection Advanced Training Center ████████████████.  This certification provided me with advanced training in hand-thrown chemical munitions such as CS gas and all other CBP approved less-lethal devices.  This certification also provided me with CBP's Use-of-Force Policy and U.S. Constitutional training.

I am also Mobile Field Force (MFF) Level instructor, certified by CBP.  MFF is a mobile team capable of providing a fast and effective platoon or squad-sized tactical force for a wide variety of police missions to include crowd control.

I was deployed to Portland, Oregon, in support of Operation Restore Law and Order (Portland, Oregon) and was operating under delegated authority pursuant to 40 U.S.C. § 1315 to assist with response to civil unrest and the protection of federal property. SRT personnel were wearing multi-cam Arid uniforms clearly marked with OFO law enforcement patches and assigned call signs. All operators also carried multi-cam entry kits prominently labeled with patches reading "POLICE."

On October 18, 2025, at approximately 1630 hours, Customs and Border Protection (CBP) SRT personnel, in coordination with FPS, and U.S. Immigration and Customs Enforcement ICE) Enforcement Removal Operations (ERO), attempted to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility.  At that time there was a crowd of an estimated 400 people who were chanting profanities and verbal threats to law enforcement personnel.  The crowd had been shouting, "FUCK ICE" and telling law enforcement to jump off the roof for about an hour and a half at this point. During previous attempts to clear the driveway, there were assaults on officers and multiple arrests for various other crimes.  The crowd was becoming more agitated leading up to approximately 1630hrs, throwing and kicking heavy cans, weighing approximately two pounds at officers.

FPS inspectors and CBP officers gave lawful commands to the crowd to clear the driveway and street and to move to the sidewalk.  The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block."  The blue line is well illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.  My team was in a line formation and moved towards the crowd to redirect the crowd north on Moody. At approximately 1630hrs, ICE agents and FPS inspectors identified a subject in the crowd who threw a cannister weighing approximately 2 pounds at law enforcement personnel earlier.  ICE agents attempted to apprehend the subject when the subject ran back towards the crowd on the intersection of Moody Avenue and Bancroft Street in Portland, Oregon.  While ICE agents

FOUO/LES

were trying to gain control of the subject, the crowd started to surround the arresting law enforcement personnel. At this point smoke cannisters were deployed by law enforcement personnel to provide the arresting agents concealment from the crowd. I witnessed multiple adult male subjects who weighed approximately 180 pounds pick up the smoke cannisters, weighing approximately two pounds, pick up the cannisters, cocked their arms back to over-hand throw them in the direction of myself and the arresting officers. This could have caused significant injuries to law enforcement and the members of the public. At this point I pulled out a CS Riot cannister and placed it approximately 15 feet in between us and the crowd on the north corner of Moody Avenue and Bancroft Street to disperse the crowd and safely get the arresting agents and subject back into the ICE Facility. I noticed that because of the wide area at the intersection, the CS gas cloud was not thick enough to have the desired effect of dispersing the crowd, so I deployed another Pocket CS cannister in the same area to obstruct our view from the crowd.

After the arresting agents gained control of the subject, I, along with the other law enforcement personnel walked backwards, facing the crowd to the safety of the ICE Facility.

CS gas is a chemical irritant that causes a variety of physiological and psychological effects. It causes burning of the eyes, tearing, blurred vision and redness. It irritates the respiratory system leading to coughing, chest tightness and difficulty breathing. The psychological effects include confusion and disorientation due to the irritating effects on the eyes and respiratory system. The effects of CS gas are temporary, typically only lasting 30 minutes. CS gas does not displace oxygen, and limited exposure carries a low risk of permanent injury.

The deployment of the two CS cannisters were effective, preventing the subject from retrieving the munitions and preventing an assault against officers/agents by forcing the crowd to immediately retreat and comply with lawful orders to move from the area. No further force from me was necessary, and after the situation was under control, I immediately reported the deployment to Special Operations Supervisor (SOS) ███████████.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|--------|-----|------|----------|
| ███████ | ███████████ ██ | 10/18/2025 23:41 | |
| ███████ | ████████ ███████ | 10/19/2025 10:44 | |

FOUO/LES

CBP_ExC_7



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ∪ Completed  ❍ Active  ❍ Ready for review  ❍ Rejected  ❍ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** ████████████████  #25791
**Title:** Operation Restoring Law and Order:  Deploy Area of Sat during No kings Protest@the Portland ICE Fac
**Shift start date/time:** 10/18/2025 08:00
**Shift end date/time:** 10/18/2025 23:59
**Type:** ⩓ Assault against CBP personnel ⩓ Reportable use of force ❑ FTY/Vehicle pursuit by a CBP employee
❑ Unintentional firearm discharge ❑ Intentional firearm discharge

**Was this a mass encounter incident?** ∪ Yes  ❍ No
  **CBP Reporting Organizations:**
    ❑ U.S. Border Patrol
    ❑ Air and Marine Operations
    ⩓ Office of Field Operations Location: Office of Field Operations / ████████████████

**Created by:** ################
**Last updated by:** ################
**Reviewer:** ################

**Creation date/time:** 10/18/2025 23:22
**Last updated date/time:** 11/18/2025 15:58
**Date reviewed:** 10/19/2025

## RELATED SYSTEMS: 0

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ❍ Yes  ∪ No

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | OFO |
| **Other involved organizations:** | |
| Other federal agency | Federal Protective Service |

**Were additional units/ CBP Components/ external agencies involved?** ∪ Yes  ❍ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:**  Portland Field Operations / Portland
**Country/international waters:**  United States of America
  **Address:**
    **Street:**  4310 SW Macadam Ave
    **City:**  Portland    **State:**  OREGON    **Zip:**  97239
**Incident coordinates:**
    **Latitude:**  ########
    **Longitude:**  ##########

**Setting:** ⭕ Indoors  Ⓤ Outdoors

**Outdoor setting:** Ⓤ On land  ⭕ In water (standing or swimming)  ⭕ On water (in vessel)  ⭕ In the air

**Description of the premises/location:** Operation Restoring Law and Order / Portland

**Environmental factors:**

**Weather:** Ⓢ Dry ❏ Raining ❏ Snowing ❏ Flooding ❏ Windy ❏ Storm ❏ Haze/blowing dust ❏ Fog ❏ Other

**Illumination:** Ⓢ Daylight ❏ Dark ❏ Dawn ❏ Dusk ❏ Good lighting ❏ Poor lighting ❏ Night vision aided ❏ Other

**Estimated temperature (Fahrenheit):** 70

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| ############### | SRT TL | In-Person | 10/18/2025 |
| ############### | Assistant MC | In-Person | 10/18/2025 |
| ################## | | In-Person | 10/18/2025 |

**Other authorities notified (external to CBP):** ❏ Federal ❏ Tribal ❏ State ❏ Local ❏ Foreign

## EMPLOYEES: 2

**Name:** ###############

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** ▮▮▮▮ Field Operations / ▮▮▮▮▮

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** Ⓤ On duty  ⭕ Off duty

**Activity:** Other

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** ## years # months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | Ⓢ LLITP (IFITP) | Ⓢ MFF |
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** Ⓤ Yes  ⭕ No

**Attire:** Ⓤ Uniform  ⭕ Plain clothes

**Was ############### assaulted?** Ⓤ Yes  ⭕ No

**Did ############### use reportable force?** ⭕ Yes  Ⓤ No

**Was ############### injured?** ⭕ Yes  Ⓤ No

**Name:** ################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** Ⓤ On duty  ⭕ Off duty

**Activity:** Other

**Armed law enforcement experience:**

CBP_ExC_9

**Total law enforcement experience at the time of the incident:** ## years # months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | S LLITP (IFITP) | S MFF |
| ❏ MRT | ❏ PITP | S SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes  ◯ No

**Attire:** ∪ Uniform  ◯ Plain clothes

---

**Was ############### assaulted?** ◯ Yes  ∪ No

---

**Did ############### use reportable force?** ∪ Yes  ◯ No

 **Force type:** Less-lethal Device

 **Device:** PLS (PepperBall Launching System)

 **Device type:** PAVA (area saturation)

 **Estimated use of force date/time (local):** 10/18/2025 15:35

 **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

 **Estimated distance:** 10 feet

 **Approximately how many volleys did you deploy?** 1

 **Approximately how many projectiles did you deploy?** 2

 **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No

 **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | S Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ############### injured?** ◯ Yes  ∪ No

## SUBJECTS: 2

---

**Name:** MASS GROUP

 **Estimated number of individuals in the group:** 400

 **Group description (Composition, attire, etc.):** Protestors at the No Kings Protest in Portland outside of the ICE facility vehicle entrance.

 **Was any member of this group wearing body armor?** ◯ Yes  ∪ No  ◯ Unknown

 **Group activity:**

 ❏ Illegal entry

 S Uncooperative during encounter/inspection

 S Failure to yield/heave to

 ❏ Checkpoint runner

 ❏ Port runner

 ❏ Alien smuggling

 ❏ Narcotics smuggling

 ❏ Scouting

 S Assault (rocks/other projectiles)

 S Assault (all other types)

 S Rioting/civil disturbance

 ❏ Mass coordinated entry

 ❏ No suspected illegal activity

 ❏ Other

 **Group's current location and disposition if known:** Protestors continue to protest outside the Portland ICE facility vehicle

CBP_ExC_10

entrance.

**Did any member of this group not listed as an individual subject assault a CBP employee?** ◯ Yes  ∪ No

**Was reportable force used on any member of this group not listed as an individual subject?** ∪ Yes  ◯ No

**Was any member of this group outside the US or its territories when this force was applied?** ◯ Yes  ∪ No

**Name:** ######################

**Gender:** Female     **Date of birth:** ##########     **Height:** ###########     **Weight:** #############

**Attire:** ∪ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ∪ No  ◯ Unknown

**Immigration status:** U.S. Citizen

**Country of citizenship:** #########################

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes  ∪ No

**Subject's activity:**

❑ Illegal entry

S Uncooperative during encounter/inspection

S Failure to yield/heave to

❑ Checkpoint runner

❑ Port runner

❑ Alien smuggling

❑ Narcotics smuggling

❑ Scouting

❑ Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❑ Mass coordinated entry

❑ No suspected illegal activity

❑ Other

**Subject's current location and disposition if known:** Subject was detained at ICE Facility Portland while the No Kings Protest. Subject was released and issued a violation of 18USC 111.

**Did this subject assault a CBP employee?** ∪ Yes  ◯ No

**Was the subject outside the US or its territories when committing the assault?** ◯ Yes  ∪ No

**Weapon(s)/type of assault:**

**Assault method:** Physically w/o weapon

**Describe physical assault:** forcefully pushed CBP Officer

**Estimated assault date/time (local):** 10/18/2025 15:35

**Was reportable force used on this subject?** ◯ Yes  ∪ No

**Was this subject arrested / taken into custody?** ∪ Yes  ◯ No

**Arrested / taken into custody by:** ◯ CBP  ∪ Other federal agency  ◯ State agency  ◯ Local agency

**Was prosecution sought against this subject?** ∪ Yes  ◯ No

**Prosecution By:** ◯ CBP  ∪ Other federal agency  ◯ State agency  ◯ Local agency

**Was this subject injured or claiming to be injured?** ◯ Yes  ∪ No  ◯ Unknown

## ASSAULTS: 1

| Subject | Weapon/type of assault | Was this assault committed against this employee? | Was the employee injured by the assault? |
|---------|------------------------|---------------------------------------------------|------------------------------------------|

| ##############  ####### | Physically w/o weapon - forcefully pushed CBP Officer on 10/18/2025 15:35 | ############### | ⋃ Yes ◯ No | Not injured in this incident |
|---|---|---|---|---|

## USES OF FORCE: 1

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ###############  # | PLS (PepperBall Launching System) - PAVA (area saturation) on 10/18/2025 15:35 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ◯ Yes  ⋃ No

**Did this incident result in collateral injury to a bystander?** ◯ Yes  ⋃ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

**Narrative of ###############**

Operation Restoring Law and Order / Portland

I am a Special Response Team Operator (SRTO) assigned to the Office of Field Operations (OFO) Special Response Team (SRT). I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and was operating under delegated authority pursuant to 40 U.S.C. § 1315 to assist with response to civil unrest and the protection of federal property. SRT personnel were equipped with multi-cam Arid uniforms clearly marked with OFO law enforcement patches and assigned call signs. All operators also carried multi-cam entry kits prominently labeled with patches reading "POLICE."

On October 18, 2025, at approximately 1535 hours, during the "No Kings Protest" that commenced at 1000 hrs, Customs and Border Protection (CBP) SRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement ICE) Enforcement Removal Operations (ERO), and Homeland Security Investigations (HSI), attempted to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block."  The blue line is well illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At that time, a verbal and arms signal warning was given by law enforcement officers instructing individuals to clear the driveway. After the warnings were given, my team was in a line formation and moved towards the crowd to redirect the crowd North on Moody Street. During this time, the crowd demonstrated hostile behavior such as shouting obscenities at the Officers, threatening physical injury, and posturing aggressively towards the Officers when given lawful orders to move back and clear the area. During the team movement to clear the street for vehicular traffic, CBP Officer ▇▇ was assaulted by a protestor that shoved CBPO ▇▇ in an aggressive manner as he was walking towards the crowd. The crowd of protestors commenced to close the distance into the CBP Team and that's when ICE ERO SRT deployed CS gas to disperse the crowd that was pushing CBPOs and not obeying commands to move back, away from CBPOs.  There were multiple subjects in the crowd that were kicking and grabbing the live CS canisters from the floor towards the CBPOs. Multiple commands were given to move back and

to stay away from the canisters and some individuals failed to follow commands. As they attempted to grab the CS canisters from the ground, I conducted an area saturation by launching 2 projectiles from my (PLS) Pepper Ball Launcher on the ground to disperse the subjects failing to obey commands and prevent them from grabbing the live CS canisters that were on the ground.

From my training and experience, I have knowledge that a live CS gas canister is extremely hot and can also, if thrown, cause serious harm to an individual. Lastly, the CS gas canister can obscure the visibility of Officers performing their duties putting them in danger while in public.

The area saturation was a less-lethal controlled measure intended to stop forward movement towards the Officers and not to cause injury. No one was directly impacted by the projectiles.

The area saturation was effective, preventing the subject from retrieving the live can of CS gas and prevented an assault against Officers/Agents while forcing him and the crowd to immediately retreat and comply with lawful orders to move from the area. No further force from myself was necessary.  After the situation was under control, I immediately reported the deployment to Special Operations Supervisor (SOS) ███████████████ .

## FILE ATTACHMENTS

**File names:**
############################################
#######################################
To view these documents refer to the on-line version of this incident report or contact LESC staff.

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| ######### | ################ # | 10/18/2025 23:55 | |
| ######## | ################ ## | 10/19/2025 10:40 | |



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ∪ Completed  ◯ Active  ◯ Ready for review  ◯ Rejected  ◯ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** ███████████████ -#25795
**Title:** Operation Restoring Law and Order. Portland-Use of Force of LLSI-CM
**Shift start date/time:** 10/18/2025 09:00
**Shift end date/time:** 10/18/2025 23:30
**Type:** S Assault against CBP personnel  S Reportable use of force  ❏ FTY/Vehicle pursuit by a CBP employee
   ❏ Unintentional firearm discharge  ❏ Intentional firearm discharge
**Was this a mass encounter incident?** ∪ Yes  ◯ No
   **CBP Reporting Organizations:**
   S U.S. Border Patrol Location: U.S. Border Patrol / Special Operations Group
   ❏ Air and Marine Operations
   ❏ Office of Field Operations
**Created by:** #######################          **Creation date/time:** 10/19/2025 19:39
**Last updated by:** ###################          **Last updated date/time:** 10/29/2025 17:51
**Reviewer:** #################          **Date reviewed:** 10/29/2025

## RELATED SYSTEMS: 2

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ∪ Yes  ◯ No

| IDVRS Evidence Serial Numbers: 2 |
|---|
| ##### |
| ##### |

| Related system(s): 0 | Related document ID |
|---|---|

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | USBP |

**Were additional units/ CBP Components/ external agencies involved?** ◯ Yes  ∪ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations / Portland Field Operations
**Country/international waters:** United States of America
   **Address:**
      **Street:** 4310 S. Macadam Ave.
      **City:** Portland    **State:** OREGON    **Zip:** 97239

CBP_ExC_14

**Incident coordinates:**
  **Latitude:** ########
  **Longitude:** ##########

**Setting:** ○ Indoors  ∪ Outdoors

  **Outdoor setting:** ∪ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** US Immigration and Customs Enforcement facility
**Environmental factors:**

  **Weather:** ❏ Dry ⑤ Raining ❏ Snowing ❏ Flooding ❏ Windy ❏ Storm ❏ Haze/blowing dust ❏ Fog ❏ Other

  **Illumination:** ❏ Daylight ❏ Dark ❏ Dawn ❏ Dusk ⑤ Good lighting ❏ Poor lighting ❏ Night vision aided ❏ Other
  **Estimated temperature (Fahrenheit):** 60

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|------|----------------------|---------------------|-------------------|
| ################ | US BORDER PATROL AGENT (TEAM LEADER) | In-Person | 10/18/2025 |

**Other authorities notified (external to CBP):** ❏ Federal  ❏ Tribal  ❏ State  ❏ Local  ❏ Foreign

## EMPLOYEES: 3

**Name:** #######################

  **Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds
  **CBP employee series or role:** #####
  **Service EOD:** ##########
  **Duty location or detail/TDY location during the incident:** ▮▮▮▮ Sector / ▮▮▮▮ Station
  **Duty (or detail/TDY) location EOD:** ##########

  **Duty status at the time of the incident:** ∪ On duty  ○ Off duty
    **Activity:** Other

  **Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

|  |  |  |  |  |
|--|--|--|--|--|
| ⑤ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ⑤ EMT | ❏ FITP | ❏ LLITP (IFITP) | ⑤ MFF |
| ⑤ MRT | ⑤ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

**Was ####################### assaulted?** ∪ Yes  ○ No

**Did ##################### use reportable force?** ∪ Yes  ○ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Triple Chaser CS Canister
    **Device description/comments:** triple chaser CS
    **Estimated use of force date/time (local):** 10/18/2025 19:30

    **Posture:** ⑤ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

    **Estimated distance:** 20 feet
    **Approximately how many munitions did you deploy?** 1

    **Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?**

CBP_ExC_15

◯ Yes  ∪ No

**Reason(s) for this use of force:**

S Protect self                 S Protect co-worker            ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent ❏ Effect an arrest or detention ❏ Prevent escape
S Overcome resistance          ❏ Stop vehicle                 ❏ Vessel failure to heave to
❏ Animal euthanization         ❏ Other

**Was #################### injured?** ◯ Yes  ∪ No

---

**Name:** #################

**Gender:** Male  **Age:** ##  **Height:** #####  **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** ▮▮▮▮▮▮▮ Sector / ▮▮▮▮▮▮ Station
**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty  ◯ Off duty
    **Activity:** Other

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

❏ BPAIST      ❏ BORSTAR     ❏ BORTAC      ❏ DITP        ❏ DTI
❏ EDVPTP      ❏ EMT         S FITP        S LLITP (IFITP) S MFF
S MRT         ❏ PITP        ❏ SRT         ❏ TATP        ❏ Other

**Wearing body armor?** ∪ Yes  ◯ No

**Attire:** ∪ Uniform  ◯ Plain clothes

**Was ################# assaulted?** ∪ Yes  ◯ No

**Did ################# use reportable force?** ∪ Yes  ◯ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Triple Chaser CS Canister
    **Device description/comments:** triple chaser CS
    **Estimated use of force date/time (local):** 10/18/2025 19:30
    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
    **Estimated distance:** 15 yards
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No
    **Reason(s) for this use of force:**

S Protect self                 S Protect co-worker            ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent ❏ Effect an arrest or detention ❏ Prevent escape
S Overcome resistance          ❏ Stop vehicle                 ❏ Vessel failure to heave to
❏ Animal euthanization         ❏ Other

**Was ################# injured?** ◯ Yes  ∪ No

---

**Name:** ##########

**Gender:** Male  **Age:** ##  **Height:** #####  **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** ▮▮▮▮▮ Sector / ▮▮▮▮▮ Station

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty   ○ Off duty

    **Activity:** Other

---

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes   ○ No

**Attire:** ∪ Uniform   ○ Plain clothes

---

**Was ########## assaulted?** ∪ Yes   ○ No

---

**Did ########## use reportable force?** ∪ Yes   ○ No

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Triple Chaser CS Canister
    **Device description/comments:** triple chaser CS
    **Estimated use of force date/time (local):** 10/18/2025 19:30

    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

    **Estimated distance:** 15 yards

    **Approximately how many munitions did you deploy?** 1

    **Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

    **Force type:** Less-lethal Device
    **Device:** PLS (PepperBall Launching System)
    **Device type:** PAVA (area saturation)
    **Estimated use of force date/time (local):** 10/18/2025 19:30

    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

    **Estimated distance:** 25 feet

    **Approximately how many volleys did you deploy?** 2
    **Approximately how many projectiles did you deploy?** 10

    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ########## injured?** ○ Yes  ∪ No

CBP_ExC_17

## SUBJECTS: 1

**Name:** MASS GROUP
      **Estimated number of individuals in the group:** 600
      **Group description (Composition, attire, etc.):** Anti-ICE protesters ██████████.
      **Was any member of this group wearing body armor?** ○ Yes  ○ No  ⊗ Unknown
      **Group activity:**

          ☐ Illegal entry
          ☐ Uncooperative during encounter/inspection
          ☐ Failure to yield/heave to
          ☐ Checkpoint runner
          ☐ Port runner
          ☐ Alien smuggling
          ☐ Narcotics smuggling
          ☐ Scouting
          ☐ Assault (rocks/other projectiles)
          ☒ Assault (all other types)
          ☒ Rioting/civil disturbance
          ☐ Mass coordinated entry
          ☐ No suspected illegal activity
          ☐ Other

      **Group's current location and disposition if known:** Group is congregated outside Portland, OR ICE facility.

---

**Did any member of this group not listed as an individual subject assault a CBP employee?** ⊗ Yes  ○ No

    **Was any member of the group outside the US or its territories when committing the assault?** ○ Yes  ⊗ No

    **Weapon(s)/type of assault:**
        **Assault method:** Chemical device
           **Device description:** CS triple chaser
        **Acquisition type:** Other - Spent CS munitions
        **Concealment type:** Carried at ready
        **Estimated assault date/time (local):** 10/18/2025 19:30

---

**Was reportable force used on any member of this group not listed as an individual subject?** ⊗ Yes  ○ No

    **Was any member of this group outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

## ASSAULTS: 3

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---------|------------------------|---------------------------------------------------|---|------------------------------------------|
| ######### | Chemical device - CS triple chaser on 10/18/2025 19:30 | ######################## | ⊗ Yes ○ No | Not injured in this incident |
| | | ########## | ⊗ Yes ○ No | Not injured in this incident |
| | | ################# | ⊗ Yes ○ No | Not injured in this incident |

CBP_ExC_18

## USES OF FORCE: 4

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ###################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - triple chaser CS on 10/18/2025 19:30 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Chemical device - CS triple chaser on 10/18/2025 19:30** - Yes <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - triple chaser CS on 10/18/2025 19:30 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Chemical device - CS triple chaser on 10/18/2025 19:30** - Yes <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ########## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - triple chaser CS on 10/18/2025 19:30 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Chemical device - CS triple chaser on 10/18/2025 19:30** - Yes <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ########## | PLS (PepperBall Launching System) - PAVA (area saturation) on 10/18/2025 19:30 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Chemical device - CS triple chaser on 10/18/2025 19:30** - Yes <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ◯ Yes  ◡ No

**Did this incident result in collateral injury to a bystander?** ◯ Yes  ◡ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

**Narrative of #######################**

I am a Mobile Rapid Response Team (MRT) member assigned to the U.S. Border Patrol (USBP) special operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol –

CBP_ExC_19

Federal Agent" on the front.

On October 18, 2025, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), U.S. Bureau of Prisons (BOP), and Homeland Security Investigations (HSI), conducted operations to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is always visible to individuals in the area.

At approximately 1930 hours, the crowd size had grown to approximately 500 individuals. The crowd was aggressive and hostile, shining strobe lights directly at the officers and agents to impair their vision and coordination. They yelled obscenities and threats, creating an environment of heightened tension and danger. Members of the crowd pressed forward toward the officers and agents, attempting to thwart law enforcement efforts by interfering with operations and obstructing movement. The crowd's actions, including verbal threats and physical intimidation, posed an immediate risk to the safety of law enforcement personnel and the integrity of the mission.

During this time, I observed a couple of subjects retrieved spent CS munitions and threw them toward other officers, agents, which included ████ , ███ and █████████ , ███ , and myself. There were multiple subjects in the crowd throwing the spent munitions, one was wearing black pants, a black and white leather motorcycle jacket and a black motorcycle helmet   The other subjects were wearing all black with white and red gas masks.    This action further escalated the threat and interfered with law enforcement operations. To address the threat and deter further interference, I deployed a Triple Chaser CS Canister grenade. This munition was necessary to create distance between the subjects and the officers, ensuring the safety of the team and the integrity of the operation.

The actions of these subjects resulted █████████ , and I to deploy chemical munitions and launch projectiles.  No agents or officers were injured at this time.  No arrest was made at this time due to the fact that the subjects ran away into the crowd. Incident was relayed and subjects were identified in case they were later encountered.  Body worn camera footage is available if needed.

All munitions were deployed in accordance with established protocols and were necessary to address the threats posed by the crowd, ensure the safety of law enforcement personnel, and protect federal property. Each use of force was reported in a timely manner and documented appropriately.

**Narrative of ##########**

I am a Mobile Response Team (MRT) member assigned to the U.S. Border Patrol (USBP) special operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Federal Agent" on the back and "Border Patrol" on the front.

On October 18, 2025, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted operations to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At approximately 1930 hours, the crowd size had grown to over 600 individuals. The crowd was aggressive and hostile, shining strobe lights directly at the officers and agents to impair their vision and coordination. They yelled obscenities and threats,

CBP_ExC_20

creating an environment of heightened tension and danger. Members of the crowd pressed forward toward the officers and agents, attempting to thwart law enforcement efforts by interfering with operations and obstructing movement. The crowd's actions, including verbal threats and physical intimidation, posed an immediate risk to the safety of law enforcement personnel and the integrity of the mission.

At approximately 1931 hours, during the team's withdrawal back to the ICE facility, the crowd continued to press forward aggressively, attempting to interfere with law enforcement efforts. I observed a fellow officer engaged in a struggle with a subject wearing light blue jeans and black sweater, holding an umbrella, appearing to be in a physical altercation or under assault. I deployed my PLS, saturating the area with 4-6 volleys. After reassessing, I noted the subject picking up objects with apparent intent to throw them at officers. I again saturated the area with 4-6 volleys. The subject then vanished amid the resulting smoke. Drawing on my previous experiences with civil unrest, I perceived the subject's actions as an immediate threat to the safety of law enforcement personnel. If successful, this action could have interfered with operations, created conditions where the team would lose visual contact with the crowd and each other, and exposed officers to potential harm. This non-lethal measure was essential to facilitate the safe withdrawal of the team.

At approximately 1932, I observed another subject wearing a helmet, black pants, black-and-white jacket in the actively kicking and throwing spent munitions toward the officers and agents. This action further escalated the threat and interfered with law enforcement operations. To address the threat and deter further interference, I deployed my PLS and saturated the area with approximately 4-6 volleys. Upon reassessing, I found the actions ineffective. The subject continued to engage in hostile actions, undeterred by initial deployment. To further disrupt the subject's ability to target agents I deployed a Triple Chaser CS Canister grenade. This munition was necessary to create distance between the subject and the officers, ensuring the safety of the team and the integrity of the operation. The subject subsequently retreated, obscured by the smoke.

All munitions were deployed in accordance with established protocols and were necessary to address the threats posed by the crowd, ensure the safety of law enforcement personnel, and protect federal property. Each use of force was reported in a timely manner and documented appropriately.

**Narrative of ################**
I am a Mobile Rapid Response Team (MRT) member assigned to the U.S. Border Patrol (USBP) special operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading " U.S. Border Patrol – Federal Agent" on the front.

On October 18, 2025, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted operations to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At approximately 1925 hours, the crowd size had grown to over 200 individuals. The crowd was aggressive and hostile, shining strobe lights directly at the officers and agents to impair their vision and coordination. They yelled obscenities and threats, creating an environment of heightened tension and danger. Members of the crowd pressed forward toward the officers and agents, attempting to thwart law enforcement efforts by interfering with operations and obstructing movement. The crowd's actions, including verbal threats and physical intimidation, posed an immediate risk to the safety of law enforcement personnel and the integrity of the mission.

During this time, I observed multiple subjects dressed in all black, one was wearing a black and white leather motorcycle jacket and a black motorcycle helmet. The other subjects were wearing all black with white and red gas masks. The subjects began to throw objects and spent canisters of CS gas that had been deployed to disperse the crowd posing a threat to the officers. At approximately 1933 hours I observed an arial explosive devise fired towards the officers and agents. This event was recorded on my service issued body worn camera at 8:24min, you can observe of the arial explosive device being fired at us. This action

further escalated the threat and interfered with law enforcement operations. To address the threat and deter further interference, at 8:28min I deployed a Triple Chaser CS Canister grenade. This munition was necessary to create distance between the subject and the officers ensuring the safety of the team and the integrity of the operation.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| ######### | ########################## | 10/24/2025 22:09 | |
| ######## | ################### | 10/25/2025 12:40 | |
| ######## | ########################## | 10/27/2025 15:42 | ################# |
| ######### | ########################## | 10/27/2025 17:44 | |
| ######## | ################### | 10/29/2025 17:51 | |

# Exhibit D

CBP_ExD_1



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ⊗ Completed  ◯ Active  ◯ Ready for review  ◯ Rejected  ◯ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** ▮▮▮▮▮▮▮▮▮▮▮ -#26383
**Title:** Portland FPS MFF Support
**Shift start date/time:** 01/24/2026 11:00
**Shift end date/time:** 01/25/2026 03:00
**Type:** ☒ Assault against CBP personnel ☒ Reportable use of force ☐ FTY/Vehicle pursuit by a CBP employee
   ☐ Unintentional firearm discharge ☐ Intentional firearm discharge
**Was this a mass encounter incident?** ⊗ Yes ◯ No
   **CBP Reporting Organizations:**
      ☐ U.S. Border Patrol
      ☐ Air and Marine Operations
      ☒ Office of Field Operations Location: Portland Field Operations / Portland
**Created by:** ###############   **Creation date/time:** 01/25/2026 14:11
**Last updated by:** #################   **Last updated date/time:** 01/28/2026 17:14
**Reviewer:** ################   **Date reviewed:** 01/28/2026

## RELATED SYSTEMS: 4

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⊗ Yes ◯ No

| IDVRS Evidence Serial Numbers: 4 |
| --- |
| ##### |
| ##### |
| ##### |
| ##### |

| Related system(s): 0 | Related document ID |
| --- | --- |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
| --- | --- |
| **Reporting organization:** | |
| CBP | OFO |
| **Other involved organizations:** | |
| CBP | USBP |
| Other federal agency | FPS |

**Were additional units/ CBP Components/ external agencies involved?** ⊗ Yes ◯ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Portland Field Operations / Portland
**Country/international waters:** United States of America
**Address:**
**Street:** 4310 S Macadam Ave
**City:** Portland      **State:** OREGON      **Zip:** 97239
**Incident coordinates:**
**Latitude:** ########
**Longitude:** ##########

**Setting:** ◯ Indoors   ∪ Outdoors
**Outdoor setting:** ∪ On land   ◯ In water (standing or swimming)   ◯ On water (in vessel)   ◯ In the air
**Description of the premises/location:** ICE Federal Building, Portland
**Environmental factors:**

**Weather:** S Dry ❏ Raining ❏ Snowing ❏ Flooding ❏ Windy ❏ Storm ❏ Haze/blowing dust ❏ Fog ❏ Other

**Illumination:** ❏ Daylight S Dark ❏ Dawn ❏ Dusk ❏ Good lighting ❏ Poor lighting ❏ Night vision aided ❏ Other

**Estimated temperature (Fahrenheit):** 30

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|------|----------------------|---------------------|-------------------|
| ############### | Special Operations Supervisor | In-Person | 01/24/2026 |

**Other authorities notified (external to CBP):** ❏ Federal   ❏ Tribal   ❏ State   ❏ Local   ❏ Foreign

## EMPLOYEES: 5

**Name:** ################

**Gender:** Male      **Age:** ##      **Height:** ######      **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Portland Field Operations / Portland
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty   ◯ Off duty
**Activity:** Special Operations

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** # years # months
**CBP training previously received (not including basic academy training):**

| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | S LLITP (IFITP) | S MFF |
| ❏ MRT | ❏ PITP | S SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes   ◯ No

**Attire:** ∪ Uniform   ◯ Plain clothes

**Was ################ assaulted?** ∪ Yes   ◯ No

**Did ################ use reportable force?** ∪ Yes   ◯ No
**Force type:** Other
**Type of force:** Other force
**Device description/comments:** Pocket Tactical CS Canister
**Reason(s) for this use of force:**

   S Protect self     S Protect co-worker     ❏ Protect innocent 3rd party

   S Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape

   S Overcome resistance     ❏ Stop vehicle     ❏ Vessel failure to heave to

   ❏ Animal euthanization     ❏ Other

**Usage 1**

   **Estimated use of force date/time (local):**  01/24/2026 19:55

   **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

   **Estimated distance:**  20 feet

   **Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

**Usage 2**

   **Estimated use of force date/time (local):**  01/24/2026 21:40

   **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

   **Estimated distance:**  20 feet

   **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

---

**Force type:**  Other
**Type of force:**  Other force
**Device description/comments:**  Stinger Rubber Ball
**Estimated use of force date/time (local):**  01/24/2026 21:40
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:**  30 feet
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
**Reason(s) for this use of force:**

   S Protect self     S Protect co-worker     ❏ Protect innocent 3rd party

   S Protect non-CBP officer/agent ❏ Effect an arrest or detention  ❏ Prevent escape

   ❏ Overcome resistance     ❏ Stop vehicle     ❏ Vessel failure to heave to

   ❏ Animal euthanization     ❏ Other

---

**Was ############### injured?** ○ Yes  ∪ No

---

**Name:** ################

   **Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds

   **CBP employee series or role:** #####
   **Service EOD:** ##########
   **Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
   **Duty (or detail/TDY) location EOD:** ##########
   **Duty status at the time of the incident:** ∪ On duty  ○ Off duty

      **Activity:** Special Operations

   **Armed law enforcement experience:**
      **Total law enforcement experience at the time of the incident:** # years # months
      **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| ❏ MRT | ❏ PITP | S SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

---

**Was ############### assaulted?** ∪ Yes  ○ No

---

**Did ############### use reportable force?** ∪ Yes  ○ No

   **Force type:**  Less-lethal Device
   **Device:**  LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
   **Device type:**  Hand-Thrown Munitions - Chemical

CBP_ExD_4

**Munition type:** Pocket Tactical CS Canister
**Device description/comments:** Pocket Tactical CS Canister
**Reason(s) for this use of force:**

    S Protect self         S Protect co-worker         ❏ Protect innocent 3rd party

    S Protect non-CBP officer/agent  ❏ Effect an arrest or detention   ❏ Prevent escape

    ❏ Overcome resistance      ❏ Stop vehicle           ❏ Vessel failure to heave to

    ❏ Animal euthanization      ❏ Other

### Usage 1

**Estimated use of force date/time (local):** 01/24/2026 20:00

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 20 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ○ Yes  ∪ No  ○ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 2

**Estimated use of force date/time (local):** 01/24/2026 21:30

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 20 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ○ Yes  ∪ No  ○ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Riot Control CS Canister
**Device description/comments:** Riot Control CS Canister
**Estimated use of force date/time (local):** 01/24/2026 21:30
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 20 feet
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ○ Yes  ∪ No  ○ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
**Reason(s) for this use of force:**

    S Protect self         S Protect co-worker         ❏ Protect innocent 3rd party

    S Protect non-CBP officer/agent  ❏ Effect an arrest or detention   ❏ Prevent escape

    ❏ Overcome resistance      ❏ Stop vehicle           ❏ Vessel failure to heave to

    ❏ Animal euthanization      ❏ Other

**Was ############### injured?** ○ Yes  ∪ No

---

**Name:** ###############

**Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ○ Off duty

    **Activity:** Special Operations

---

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

CBP_ExD_5

|  | ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
|--|----------|-----------|----------|--------|-------|
|  | ☐ EDVPTP | ☒ EMT | ☐ FITP | ☒ LLITP (IFITP) | ☒ MFF |
|  | ☐ MRT | ☐ PITP | ☒ SRT | ☐ TATP | ☐ Other |

**Wearing body armor?** ⊗ Yes  ◯ No

**Attire:** ⊗ Uniform  ◯ Plain clothes

**Was ############### assaulted?** ⊗ Yes  ◯ No

**Did ############### use reportable force?** ⊗ Yes  ◯ No

**Force type:** Less-lethal Device
**Device:** PLS (PepperBall Launching System)
**Device type:** PAVA (area saturation)
**Reason(s) for this use of force:**

☒ Protect self  ☒ Protect co-worker  ☐ Protect innocent 3rd party

☐ Protect non-CBP officer/agent  ☐ Effect an arrest or detention  ☐ Prevent escape

☐ Overcome resistance  ☐ Stop vehicle  ☐ Vessel failure to heave to

☐ Animal euthanization  ☐ Other

**Usage 1**

**Estimated use of force date/time (local):** 01/24/2026 19:55

**Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other

**Estimated distance:** 30 yards

**Approximately how many volleys did you deploy?** 1

**Approximately how many projectiles did you deploy?** 5

**Was this force type used again within the same shift (a break-in-the-action)?** ⊗ Yes  ◯ No

**Usage 2**

**Estimated use of force date/time (local):** 01/24/2026 21:45

**Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other

**Estimated distance:** 30 yards

**Approximately how many volleys did you deploy?** 1

**Approximately how many projectiles did you deploy?** 5

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⊗ No

**Force type:** Other
**Type of force:** Other force
**Device description/comments:** Pocket Tac CS Canister
**Reason(s) for this use of force:**

☒ Protect self  ☒ Protect co-worker  ☐ Protect innocent 3rd party

☐ Protect non-CBP officer/agent  ☐ Effect an arrest or detention  ☐ Prevent escape

☐ Overcome resistance  ☐ Stop vehicle  ☐ Vessel failure to heave to

☐ Animal euthanization  ☐ Other

**Usage 1**

**Estimated use of force date/time (local):** 01/24/2026 21:45

**Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other

**Estimated distance:** 30 yards

**Was this force type used again within the same shift (a break-in-the-action)?** ⊗ Yes  ◯ No

**Usage 2**

**Estimated use of force date/time (local):** 01/24/2026 21:46

**Posture:** ☒ Standing  ☐ Kneeling  ☐ Prone  ☐ Other

**Estimated distance:** 30 yards

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⊗ No

**Was ############### injured?** ◯ Yes  ⊗ No

CBP_ExD_6

**Name:** ####################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** Office of Field Operations / ███████ Field Operations

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ◡ On duty    ○ Off duty

    **Activity:** Special Operations

---

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years ## months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ❏ MRT | ❏ PITP | S SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ◡ Yes    ○ No

**Attire:** ◡ Uniform    ○ Plain clothes

---

**Was #################### assaulted?** ◡ Yes    ○ No

---

**Did #################### use reportable force?** ◡ Yes    ○ No

    **Force type:** Less-lethal Device

    **Device:** PLS (PepperBall Launching System)

    **Device type:** PAVA (area saturation)

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

    **Usage 1**

        **Estimated use of force date/time (local):** 01/24/2026 19:55

        **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

        **Estimated distance:** 20 feet

        **Approximately how many volleys did you deploy?** 2

        **Approximately how many projectiles did you deploy?** 6

        **Was this force type used again within the same shift (a break-in-the-action)?** ◡ Yes    ○ No

    **Usage 2**

        **Estimated use of force date/time (local):** 01/24/2026 21:40

        **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

        **Estimated distance:** 20 feet

        **Approximately how many volleys did you deploy?** 4

        **Approximately how many projectiles did you deploy?** 6

        **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes    ◡ No

---

**Was #################### injured?** ○ Yes    ◡ No

---

**Name:** ################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ◡ On duty    ○ Off duty

    **Activity:** Special Operations

CBP_ExD_7

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** # years ## months

**CBP training previously received (not including basic academy training):**

| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
|---|---|---|---|---|
| ❏ EDVPTP | ❏ EMT | S FITP | S LLITP (IFITP) | S MFF |
| ❏ MRT | ❏ PITP | S SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

**Was ############### assaulted?** ∪ Yes  ○ No

**Did ############### use reportable force?** ∪ Yes  ○ No

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Rubber Ball Grenade
**Device description/comments:** Rubber Ball Grenade
**Reason(s) for this use of force:**

| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
|---|---|---|
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Usage 1**

**Estimated use of force date/time (local):** 01/24/2026 20:00

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 7 yards

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

**Usage 2**

**Estimated use of force date/time (local):** 01/24/2026 21:00

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 5 yards

**Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

**Usage 3**

**Estimated use of force date/time (local):** 01/24/2026 21:40

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 8 yards

**Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

**Was ############### injured?** ○ Yes  ∪ No

## SUBJECTS: 3

**Name:** MASS GROUP
**Estimated number of individuals in the group:** 450
**Group description (Composition, attire, etc.):**
**Was any member of this group wearing body armor?** ○ Yes  ○ No  ∪ Unknown

CBP_ExD_8

**Group activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

☒ Assault (rocks/other projectiles)

❏ Assault (all other types)

☒ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Group's current location and disposition if known:**

**Did any member of this group not listed as an individual subject assault a CBP employee?** ⊍ Yes  ○ No

**Was any member of the group outside the US or its territories when committing the assault?** ○ Yes  ⊍ No

**Weapon(s)/type of assault:**

**Assault method:** Projectile (other than rock)
**Projectile description:** Glass Objects
**Estimated assault date/time (local):** 01/24/2026 19:55

**Assault method:** Chemical device
**Device description:** Actively Burning CS Canister
**Acquisition type:** Not applicable
**Concealment type:**
**Estimated assault date/time (local):** 01/24/2026 19:55

**Assault method:** Chemical device
**Device description:** Actively Burning CS Canister
**Acquisition type:**
**Concealment type:**
**Estimated assault date/time (local):** 01/24/2026 21:40

**Assault method:** Projectile (other than rock)
**Projectile description:** Glass Objects
**Estimated assault date/time (local):** 01/24/2026 21:40

**Was reportable force used on any member of this group not listed as an individual subject?** ○ Yes  ⊍ No

**Name:** #########

**Gender:** Unknown      **Age:** #######      **Height:** #######      **Weight:** #######

**Attire:** ⊍ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ⊍ No  ○ Unknown

**Immigration status:**

**Country of citizenship:**
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ⊍ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

CBP_ExD_9

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Portland ICE Building

**Did this subject assault a CBP employee?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when committing the assault?** ○ Yes  ∪ No

**Weapon(s)/type of assault:**
    **Assault method:** Chemical device
        **Device description:** Actively burning cs canister
    **Acquisition type:** Not applicable
    **Concealment type:**
    **Estimated assault date/time (local):** 01/24/2026 21:40

**Was reportable force used on this subject?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ∪ No  ○ Unknown

**Name:** #########

**Gender:** Unknown   **Age:** #######   **Height:** #######   **Weight:** #######

**Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ∪ No  ○ Unknown

**Immigration status:**

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

CBP_ExD_10

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ∪ Yes ○ No

　　**Was the subject outside the US or its territories when committing the assault?** ○ Yes ∪ No

　　**Weapon(s)/type of assault:**
　　　　**Assault method:** Other
　　　　　　**Other method description:** Throwing glass bottle
　　　　**Estimated assault date/time (local):** 01/24/2026 19:55

**Was reportable force used on this subject?** ∪ Yes ○ No

　　**Was the subject outside the US or its territories when this force was applied?** ○ Yes ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes ∪ No ○ Unknown

## ASSAULTS: 17

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| ########## | Projectile (other than rock) - Glass Objects on 01/24/2026 19:55 | ############### | ∪ Yes ○ No | Not injured in this incident |
| | | ############### | ∪ Yes ○ No | Not injured in this incident |
| | | ############### | ○ Yes ∪ No | Not injured in this incident |
| | | ############### | ○ Yes ∪ No | Not injured in this incident |
| | | ################### | ○ Yes ∪ No | Not injured in this incident |
| ########## | Chemical device - Actively Burning CS Canister on 01/24/2026 19:55 | ############### | ○ Yes ∪ No | Not injured in this incident |
| | | ############### | ∪ Yes ○ No | Not injured in this incident |
| | | ############### | ∪ Yes ○ No | Not injured in this incident |
| | | ############### | ∪ Yes ○ No | Not injured in this incident |
| | | ################### | ○ Yes ∪ No | Not injured in this incident |
| ########## | Chemical device - Actively Burning CS Canister on 01/24/2026 21:40 | ############### | ○ Yes ∪ No | Not injured in this incident |
| | | ############### | ∪ Yes ○ No | Not injured in this incident |
| | | ############### | ∪ Yes ○ No | Not injured in this incident |
| | | ############### | ∪ Yes ○ No | Not injured in this incident |
| | | #################### | ○ Yes ∪ No | Not injured in this incident |

Not injured in this

| ########### | Projectile (other than rock) - Glass Objects on 01/24/2026 21:40 | ############### | ◔ Yes ◯ No | incident |
| | | ############### | ◔ Yes ◯ No | Not injured in this incident |
| | | ############### | ◯ Yes ◔ No | Not injured in this incident |
| | | ############### | ◯ Yes ◔ No | Not injured in this incident |
| | | ################### | ◯ Yes ◔ No | Not injured in this incident |
| ######### | Chemical device - Actively burning cs canister on 01/24/2026 21:40 | ############### | ◔ Yes ◯ No | Not injured in this incident |
| | | ############### | ◔ Yes ◯ No | Not injured in this incident |
| | | ############### | ◔ Yes ◯ No | Not injured in this incident |
| | | ################### | ◔ Yes ◯ No | Not injured in this incident |
| | | ############### | ◔ Yes ◯ No | Not injured in this incident |
| ######### | Other assault method - Throwing glass bottle on 01/24/2026 19:55 | ############### | ◔ Yes ◯ No | Not injured in this incident |
| | | ############### | ◯ Yes ◔ No | Not injured in this incident |
| | | ############### | ◯ Yes ◔ No | Not injured in this incident |
| | | ################### | ◯ Yes ◔ No | Not injured in this incident |
| | | ############### | ◔ Yes ◯ No | Not injured in this incident |

## USES OF FORCE: 15

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ################ | Other force - Pocket Tactical CS Canister on 01/24/2026 19:55 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Other assault method - Throwing glass bottle on 01/24/2026 19:55** - Yes<br>**Was this use of force effective against what prompted its use?** Yes |
| ################ | Other force - Pocket Tactical CS Canister on 01/24/2026 21:40 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Chemical device - Actively burning cs canister on 01/24/2026 21:40** - Yes<br>**Was this use of force effective against what prompted its use?** Yes |
| ################ | Other force - Stinger Rubber Ball on 01/24/2026 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident |

| | | |
|---|---|---|
| | 21:40 | **Was this use of force in response to the following assault by this subject?**<br>**Chemical device - Actively burning cs canister on 01/24/2026 21:40** - Yes<br>**Was this use of force effective against what prompted its use?** Yes |
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical CS Canister - Pocket Tactical CS Canister on 01/24/2026 20:00 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Other assault method - Throwing glass bottle on 01/24/2026 19:55** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical CS Canister - Pocket Tactical CS Canister on 01/24/2026 21:30 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Chemical device - Actively burning cs canister on 01/24/2026 21:40** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - Riot Control CS Canister on 01/24/2026 21:30 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Chemical device - Actively burning cs canister on 01/24/2026 21:40** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###############<br># | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/24/2026 19:55 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Other assault method - Throwing glass bottle on 01/24/2026 19:55** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###############<br># | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/24/2026 21:45 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Chemical device - Actively burning cs canister on 01/24/2026 21:40** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###############<br># | Other force - Pocket Tac CS Canister on 01/24/2026 21:45 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Chemical device - Actively burning cs canister on 01/24/2026 21:40** - Yes<br>**Was this use of force effective against what prompted its use?** Yes |
| ###############<br># | Other force - Pocket Tac CS Canister on 01/24/2026 21:46 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Chemical device - Actively burning cs canister on 01/24/2026 21:40** - Yes |

| | | Was this use of force effective against what prompted its use?  Yes |
|---|---|---|
| ##################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/24/2026 19:55 | **Subject:** ######### <br> **Was this subject injured or claiming to be injured by this use of force?**  Not injured in this incident <br> **Was this use of force in response to the following assault by this subject?** <br> **Other assault method - Throwing glass bottle on 01/24/2026 19:55**  - Yes <br> **Was this use of force effective against what prompted its use?**  Yes <br> **Did the UOF device function as designed?**  Yes |
| ##################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/24/2026 21:40 | **Subject:** ######### <br> **Was this subject injured or claiming to be injured by this use of force?**  Not injured in this incident <br> **Was this use of force in response to the following assault by this subject?** <br> **Other assault method - Throwing glass bottle on 01/24/2026 19:55**  - Yes <br> **Was this use of force effective against what prompted its use?**  Yes <br> **Did the UOF device function as designed?**  Yes |
| ################# | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - Rubber Ball Grenade on 01/24/2026 20:00 | **Subject:** ######### <br> **Was this subject injured or claiming to be injured by this use of force?**  Not injured in this incident <br> **Was this use of force in response to the following assault by this subject?** <br> **Other assault method - Throwing glass bottle on 01/24/2026 19:55**  - Yes <br> **Was this use of force effective against what prompted its use?**  Yes <br> **Did the UOF device function as designed?**  Yes |
| ################# | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - Rubber Ball Grenade on 01/24/2026 21:00 | **Subject:** ######### <br> **Was this subject injured or claiming to be injured by this use of force?**  Not injured in this incident <br> **Was this use of force in response to the following assault by this subject?** <br> **Other assault method - Throwing glass bottle on 01/24/2026 19:55**  - Yes <br> **Was this use of force effective against what prompted its use?**  Yes <br> **Did the UOF device function as designed?**  Yes |
| ################# | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - Rubber Ball Grenade on 01/24/2026 21:40 | **Subject:** ######### <br> **Was this subject injured or claiming to be injured by this use of force?**  Not injured in this incident <br> **Was this use of force in response to the following assault by this subject?** <br> **Chemical device - Actively burning cs canister on 01/24/2026 21:40**  - Yes <br> **Was this use of force effective against what prompted its use?**  Yes <br> **Did the UOF device function as designed?**  Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?**  ○ Yes  ∪ No

**Did this incident result in collateral injury to a bystander?**  ○ Yes  ∪ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

**Narrative of ####################**

I am a Special Response Team Operator (SRTO) assigned to the Office of Field Operations (OFO) Special Response Team

(SRT). I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and was operating under delegated authority pursuant to 40 U.S.C. § 1315 to assist with response to civil unrest and the protection of federal property. SRT personnel were equipped with multi-cam Arid uniforms clearly marked with OFO law enforcement patches and assigned call signs. All operators also carried multi-cam entry kits prominently labeled with patches reading "POLICE".

On January 24, 2026, at approximately 1955 hours, while conducting mobile field force operations, Customs and Border Protection (CBP) SRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement Removal Operations (ERO), and Homeland Security Investigations (HSI), and U.S. Border Patrol (USBP), attempted to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well illuminated by facility lighting, ensuring it is visible to individuals in the area at all times. At that time, a warning was issued over the Long-Range Acoustic Device (LRAD) by FPS, instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would subject violators to arrest. The LRAD warning was projected at a volume sufficient for individuals in the vicinity of the building to hear and understand, and it was loud enough to drown out both crowd and traffic noise. After the warning was given, my team was in a line formation and moved towards the crowd to redirect the crowd north on Moody. During this time, the crowd demonstrated hostile behavior such as shouting obscenities at the Officers, shining bright strobe flashlights into the Officers' eyes, threatening physical injury, and posturing aggressively towards the Officers when given lawful orders to move back and clear the area. After the crowd's failure to obey lawful orders given by the Officers, less lethal smoke and CS gas was deployed by USBP agents. I observed multiple individuals attempting to kick and pick up the canisters of smoke/gas to attempt to throw back at officers. If successful, such an action would impede and interfere with law enforcement efforts, create conditions where our team could not maintain visual contact with the crowd and one other, and possibly cause CS exposure due to gas mask seal leaks.

To prevent these conditions that would make the Officers vulnerable to aggression from the crowd's actions, from a distance of approximately twenty feet, I launched two volleys of approximately 4-6 10x pepper ball projectiles from my assigned Pepper ball Launching System (PLS) near the subject's feet in an area saturation capacity. The area saturation was a less-lethal controlled measure intended to stop forward movement towards the Officers and not to cause injury. The area saturation was effective, preventing the subject from retrieving the munition and preventing an assault against officers/agents while forcing him and the crowd to immediately retreat and comply with lawful orders to move from the area. No further force from me was necessary, and after the situation was under control, I immediately reported the deployment to Special Operations Supervisor (SOS) ███████

███████

At approximately 2140, another warning was issued over the Long-Range Acoustic Device (LRAD) by FPS, instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would subject violators to arrest. After the crowd's failure to obey lawful orders given by the Officers, less lethal smoke and CS gas was deployed by USBP agents. I observed two individuals attempting to retrieve a canister of CS gas to throw at officers in which I launched four volleys from a distance of approximately twenty feet, approximately 4-6 10x pepper ball projectiles from my assigned Pepper ball Launching System (PLS) near the subject's feet in an area saturation capacity. The area saturation was not effective, in which the two individuals continued to attempt to retrieve a canister of CS gas and attempt to throw at officers in which I effectively delivered four to six 10X PAVA PLS projectiles to the lower extremities of the individuals. After delivery, the individuals ran in the opposite way, ending their attempt and concluding the use of force incident. I immediately reported the deployment to Special Operations Supervisor (SOS) ███████.

**Narrative of ###############**

I am a Special Response Team Operator (SRTO) assigned to the Office of Field Operations (OFO) Special Response Team (SRT). I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and was operating under delegated authority pursuant to 40 U.S.C. § 1315 to assist with response to civil unrest and the protection of federal property. SRT personnel were equipped with multi-cam arid uniforms clearly marked with OFO law enforcement patches and assigned call signs. All operators also carried multi-cam entry kits prominently labeled with patches reading "POLICE."

On January 24, 2026, at approximately 1950 hours, Customs and Border Protection (CBP) Special Response Team (SRT), along with Federal Protective Service (FPS), and USBP attempted to clear the ICE Facility driveway in Portland, Oregon from a

crowd of 400-500 individuals to include some individuals that were throwing glass bottles, rocks, and unknown objects.

At that time, a warning was issued over the Long-Range Acoustic Device (LRAD) by FPS, instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would subject violators to arrest. The LRAD warning was projected at a volume sufficient for individuals in the vicinity of the building to hear and understand, and it was loud enough to drown out both crowds and traffic noise.

At approximately 2000 hours, crowd's failure to obey lawful orders given by the Officers to clear the driveway and less-lethal CS gas was deployed by USBP agents. I observed an individual grabbing the deployed chemical munition and observed him throwing it back toward the officers. This action started to impede and interfere with law enforcement efforts, creating conditions where our team could not maintain visual contact with the crowd, and caused CS exposure due to gas mask seal leaks. I deployed one pocket tac CS towards the individuals throwing the chemical munition. The driveway was cleared from subjects.

At approximately 2130 hours, Individuals were attempting to knock out the camera on the northeast side of the ICE facility. I deployed riot control CS toward the mass crowd that was around the northeast side of ICE building that was attempting to take out the camera. Individuals started grabbing the deployed chemical munition and tossing it back towards the officers. I deployed one riot control CS and one pocket tac CS towards a crowd that was approaching the deployed chemical mutation.

The deployment of chemical munition was effective, causing the subject to immediately retreat and vacate the federal government property. No further force was necessary, and after the situation was under control I immediately reported the deployment to Special Operations Supervisor (SOS) ▇▇▇▇▇▇▇▇.

**Narrative of ###############**
I am a Special Response Team Operator (SRTO) assigned to the Office of Field Operations (OFO) Special Response Team (SRT). I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and was operating under delegated authority pursuant to 40 U.S.C. § 1315 to assist with response to civil unrest and the protection of federal property. SRT personnel were equipped with multi-cam Arid uniforms clearly marked with OFO law enforcement patches and assigned call signs. All operators also carried multi-cam entry kits prominently labeled with patches reading "POLICE."

On January 25, 2026, at approximately 1955 hours, during a protest that commenced at 1700 hrs, Customs and Border Protection (CBP) SRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement ICE) Enforcement Removal Operations (ERO), and U.S. Border Patrol (USBP), attempted to clear the ICE Facility driveway in Portland, Oregon, to stop protesters from vandalizing federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block."  The blue line is well illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At that time, a verbal and arms signal warning was given by law enforcement officers instructing individuals to clear the driveway. After the warnings were given, my team was in a line formation and moved towards the crowd to redirect the crowd North on Moody Street. During this time, the crowd demonstrated hostile behavior such as shouting obscenities at the Officers, threatening physical injury, posturing aggressively towards the Officers and throwing glass bottles, rocks and debris when given lawful orders to move back and clear the area. During the team movement to clear the street for vehicular traffic. The crowd of protestors commenced to close the distance into the CBP Team and that's when USBP deployed CS gas to disperse the crowd that were not obeying commands to move back. There were multiple subjects in the crowd that were kicking and grabbing the live CS canisters from the floor towards the CBPOs. Mutiple commands were given to move back and to stay away from the canisters and some individuals failed to follow commands. As they attempted to grab the CS canisters from the floor, I conducted an area of saturation by launching Pepperball Launging System (PLS) projectiles on the floor to disperse the subjects failing to obey commands and prevent them from grabbing the live CS canisters that were on the floor. I also, deployed two pocket tac CS canisters to disperse the crowd.

At approximately 1955 and 2145, another warning was issued over the Long-Range Acoustic Device (LRAD) by FPS, instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would subject violators to arrest. After the crowd's failure to obey lawful orders given by the Officers, less

lethal smoke and CS gas was deployed by USBP agents and OFO officers, to include myself. I deployed two pocket tac CS canisters. I observed one individuals attempting to retrieve a canister of CS gas to throw at officers in which I launched one volley of approximately 4-6 10x pepper ball projectiles from my assigned Pepper ball Launching System (PLS) near the subject's feet in an area saturation capacity. The area saturation was not effective, in which the individual continued to attempt to retrieve a canister of CS gas and attempt to throw at officers in which I effectively delivered another volley of 10X PAVA PLS projectiles to area saturation the ground near the subject. After delivery, the individuals successfully threw the object and ran in the opposite way, ending their attempt and concluding the use of force incident. I immediately reported the deployment to Special Operations Supervisor (SOS) █████████.

From my training and experience, I have knowledge that a live CS can is extremely hot and can also, if thrown, cause serious harm to an individual, and lastly, the CS gas can obscure the visibility of Officers performing their duties putting them in danger while in public

The area saturation was not effective due to multiple individuals wearing gas masks.

**Narrative of ################**

I am a Special Response Team Operator (SRTO) assigned to the Office of Field Operations (OFO) Special Response Team (SRT). I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and was operating under delegated authority pursuant to 40 U.S.C. § 1315 to assist with response to civil unrest and the protection of federal property. SRT personnel were equipped with multi-cam Arid uniforms clearly marked with OFO law enforcement patches and assigned call signs. All operators also carried multi-cam entry kits prominently labeled with patches reading "POLICE."

At approximately 1750 hours, a warning was broadcast over the Long-Range Acoustic Device (LRAD) by FPS, directing individuals to clear the driveway, not to trespass onto federal government property, and stating that anyone failing to comply would be subject to arrest. The ICE Facility government property line is identified and marked by a large blue line with white lettering stating, "US Government Property."

Despite multiple clear warnings, a crowd of approximately 400-500 individuals failed to comply and continued to trespass on US Government property. At approximately 1955 hours, a team of FPS, Border Patrol and OFO SRT formed a line and opened the gate to remove trespassers and those causing damage to Federal property. Immediately upon opening the gate, various objects including glass and rocks were thrown at us. Once we successfully pushed all subjects off the federal property we began bounding back to the behind the gate. Upon on us moving back I saw a large mob throwing objects as we pushed back. To cover our retreat from the assaultive mob I threw one CS Pocket tactical munition to disperse the assaultive mob and protect my fellow Officers/Agents.  It appeared to be effective. This deployment was reported to Special Operations Supervisor (SOS) █████ ██████████████.

At approximately 2135 hours, a warning was broadcast over the Long-Range Acoustic Device (LRAD) by FPS, directing individuals to clear the driveway, not to trespass onto federal government property, and stating that anyone failing to comply would be subject to arrest. The ICE Facility government property line is identified and marked by a large blue line with white lettering stating, "US Government Property."
Despite multiple clear warnings, a crowd of approximately 400-500 individuals failed to comply and continued to trespass on US Government property. At approximately 1840 hours, a team of FPS, and Border Patrol formed a line and opened the gate to remove trespassers and those causing damage to Federal property. OFO SRT pushed out the side gate to converge with the main formation to prevent a flanking maneuver by the rioters. Immediately upon opening the gate, various objects including glass and rocks were thrown at us. I observed multiple rioters not moving and throwing various objects at us and other federal officers. I deployed one Pocket Tactical CS Canister, and it appeared to be effective. Additionally, I observed a rioter with a gloved hand picking up a cs canister, I prepped my stinger ball hand thrown munition and as he reared back to throw the canister at federal officers, I deployed the hand thrown munition, it landed at the rioter's feet and it appeared to be effective. SOS ████████ was notified of the deployment of these two devices.

CBP_ExD_17

**Narrative of ###############**

I am a Special Response Team Operator (SRTO) assigned to the ████████ Office of Field Operations (OFO) Special Response Team (SRT). I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and was operating under delegated authority pursuant to 40 U.S.C. § 1315 to assist with response to civil unrest and the protection of federal property. SRT personnel were equipped with multi-cam Arid uniforms clearly marked with OFO law enforcement patches and assigned call signs. All operators also carried multi-cam entry kits prominently labeled with patches reading "POLICE."

On January 24, 2025, at approximately 1955 hours, Customs and Border Protection (CBP) SRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement ICE) Enforcement Removal Operations (ERO), and Homeland Security Investigations (HSI), attempted to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block."  The blue line is well illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At that time, a warning was issued over the Long-Range Acoustic Device (LRAD) by FPS, instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would subject violators to arrest. The LRAD warning was projected at a volume sufficient for individuals in the vicinity of the building to hear and understand, and it was loud enough to drown out both crowd and traffic noise.

After the warning was given, my team was in a line formation and moved towards the crowd to redirect the crowd north on Moody or East on Bancroft. During this time, the crowd demonstrated hostile behavior such as telling officers to kill themselves, shining bright strobe flashlights into the Officers' eyes, and posturing aggressively towards the Officers. The crowed was given lawful orders to move back and clear the area.

After the crowd's failure to obey lawful orders given by the FPS Officers, less-lethal CS gas, less-lethal smoke, and PLS was deployed by FPS officers.

I observed multiple individuals wearing black jackets, black bottoms, and gas mask. They were throwing palm sized objects that were made of glass, metal, and plastic at officers around me and at myself. Multiple individuals were also bending over and reaching down to throw back canisters that were deployed to disperse the crowd.

From  2000hrs to approximately 0200hrs, I observed multiple individuals bending over to pick up a canisters of deployed less lethal gas, with the intention of throwing it back at officers. I also observed several individuals throwing plastic bottles, glass objects, and metal objects at officers. Based on previous civil unrest experiences, current circumstances, and the continues assault on officers from individuals hiding within the crowd, it is reasonable to believe that the intentions of the individual base on the movement was an attempt to throw back the canister of gas and smoke. If successful, such an action would impede and interfere with law enforcement efforts, create conditions where our team could not maintain visual contact with the crowd and one other, and possibly cause CS exposure due to gas mask seal leaks.

To prevent these conditions that would make the Officers vulnerable to aggression from the crowd's actions, I deployed Smoke, CS gas, and less-lethal stinger balls at individuals that began to pick up or in the processes of throwing objects at officers.

The area saturation was a less-lethal controlled measure intended to stop forward movement towards the Officers and not to cause injury.

The area saturation was effective, preventing the subject from retrieving the munition and preventing an assault against officers while forcing the crowd to immediately retreat and comply with lawful orders to move from the area. No further force from me was necessary, and after the situation was under control, I immediately reported the deployment to Special Operations Supervisor (SOS) ████████.

**FILE ATTACHMENTS**

**STATUS HISTORY**

| Action | By | Date | Comments |
|---|---|---|---|
| ######### | ################ | 01/26/2026 17:32 | |
| ######## | ################### | 01/27/2026 10:44 | ################################################### |
| ######### | ##################### | 01/28/2026 17:12 | |
| ######## | ################### | 01/28/2026 17:14 | |

CBP_ExD_19



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ∪ Completed   ❍ Active   ❍ Ready for review   ❍ Rejected   ❍ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** ████████████████ -#26386
**Title:** Mass Protest Event/UOF/Less Lethal Munitions Deployment
**Shift start date/time:** 01/24/2026 14:00
**Shift end date/time:** 01/24/2026 23:59

**Type:** S Assault against CBP personnel  S Reportable use of force  ❑ FTY/Vehicle pursuit by a CBP employee

  ❑ Unintentional firearm discharge  ❑ Intentional firearm discharge

**Was this a mass encounter incident?** ∪ Yes   ❍ No

  **CBP Reporting Organizations:**

   S U.S. Border Patrol Location: U.S. Border Patrol / Special Operations Group

   ❑ Air and Marine Operations

   ❑ Office of Field Operations

**Created by:** ###################
**Last updated by:** ###############
**Reviewer:** ###############

**Creation date/time:** 01/25/2026 15:54
**Last updated date/time:** 02/03/2026 18:20
**Date reviewed:** 02/03/2026

## RELATED SYSTEMS: 29

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ∪ Yes   ❍ No

| IDVRS Evidence Serial Numbers: 29 |
| --- |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |

| ##### |
| ----- |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |

| Related system(s): 0 | Related document ID |
| --- | --- |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
| --- | --- |
| **Reporting organization:** | |
| CBP | USBP |
| **Other involved organizations:** | |
| CBP | OFO |

**Were additional units/ CBP Components/ external agencies involved?**  ∪ Yes   ○ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** ▮▮▮ Sector / ▮▮▮▮▮ Station
     **Landmark:** BLH GENERAL AREA, NON-SPECIFIC
**Country/international waters:** United States of America
    **Address:**
        **Street:** 4310 sw macadam ave. unit 206
        **City:** portland   **State:** OREGON   **Zip:** 97239
**Incident coordinates:**
    **Latitude:** ########
    **Longitude:** ##########
**Setting:** ○ Indoors  ∪ Outdoors

    **Outdoor setting:** ∪ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air
**Description of the premises/location:** Federal Building/Ice Facility
**Environmental factors:**
    **Weather:** Ş Dry ❏ Raining ❏ Snowing ❏ Flooding ❏ Windy ❏ Storm ❏ Haze/blowing dust ❏ Fog ❏ Other
    **Illumination:** Ş Daylight Ş Dark ❏ Dawn Ş Dusk Ş Good lighting ❏ Poor lighting ❏ Night vision aided ❏ Other
    **Estimated temperature (Fahrenheit):** 28

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| ############## | Supervisory Border Patrol Agent/BORTAC | In-Person | 01/24/2026 |
| ############### | Supervisory Border Patrol Agent/MRT | In-Person | 01/24/2026 |

**Other authorities notified (external to CBP):** ❑ Federal  ❑ Tribal  ❑ State  ❑ Local  ❑ Foreign

## EMPLOYEES: 12

**Name:** ################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** ▮▮▮ Sector / ▮▮▮ Station
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** Ս On duty  ◯ Off duty
     **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
     **Total law enforcement experience at the time of the incident:** # years # months
     **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | Ѕ FITP | Ѕ LLITP (IFITP) | Ѕ MFF |
| Ѕ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** Ս Yes  ◯ No

**Attire:** Ս Uniform  ◯ Plain clothes

**Was ############### assaulted?** Ս Yes  ◯ No

**Did ############### use reportable force?** Ս Yes  ◯ No
     **Force type:** Less-lethal Device
     **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
     **Device type:** Hand-Thrown Munitions - Chemical
          **Munition type:** Triple Chaser CS Canister
     **Device description/comments:** Triple Chaser CS
     **Reason(s) for this use of force:**

| | | |
|---|---|---|
| Ѕ Protect self | Ѕ Protect co-worker | ❑ Protect innocent 3rd party |
| Ѕ Protect non-CBP officer/agent | ❑ Effect an arrest or detention | ❑ Prevent escape |
| Ѕ Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

     **Usage 1**
          **Estimated use of force date/time (local):** 01/24/2026 18:30
          **Posture:** Ѕ Standing  ❑ Kneeling  ❑ Prone  ❑ Other
          **Estimated distance:** 50 feet
          **Approximately how many munitions did you deploy?** 2
          **Collateral contamination occurred:** Ս Yes  ◯ No  ◯ Unknown  ◯ Not applicable
          **Time needed for decontamination (in minutes):** Ս 0 to 10  ◯ 11 to 20  ◯ More than 20
          **Was this force type used again within the same shift (a break-in-the-action)?** Ս Yes  ◯ No
     **Usage 2**
          **Estimated use of force date/time (local):** 01/24/2026 20:00

CBP_ExD_22

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:**  50 feet

**Approximately how many munitions did you deploy?**  3

**Collateral contamination occurred:**  Ⓤ Yes  ◯ No  ◯ Unknown  ◯ Not applicable

**Time needed for decontamination (in minutes):**  Ⓤ 0 to 10  ◯ 11 to 20  ◯ More than 20

**Was this force type used again within the same shift (a break-in-the-action)?**  Ⓤ Yes  ◯ No

### Usage 3

**Estimated use of force date/time (local):**  01/24/2026 22:46

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:**  50 feet

**Approximately how many munitions did you deploy?**  2

**Collateral contamination occurred:**  Ⓤ Yes  ◯ No  ◯ Unknown  ◯ Not applicable

**Time needed for decontamination (in minutes):**  Ⓤ 0 to 10  ◯ 11 to 20  ◯ More than 20

**Was this force type used again within the same shift (a break-in-the-action)?**  ◯ Yes  Ⓤ No

---

**Force type:**  Less-lethal Device
**Device:**  LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:**  Hand-Thrown Munitions - Chemical
  **Munition type:**  Instant Blast Powder Grenade CS
**Device description/comments:**  Instantaneous Blast CS
**Reason(s) for this use of force:**

Ⓢ Protect self          Ⓢ Protect co-worker          ❏ Protect innocent 3rd party

Ⓢ Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape

Ⓢ Overcome resistance   ❏ Stop vehicle               ❏ Vessel failure to heave to

❏ Animal euthanization  ❏ Other

### Usage 1

**Estimated use of force date/time (local):**  01/24/2026 19:30

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:**  50 feet

**Approximately how many munitions did you deploy?**  3

**Collateral contamination occurred:**  Ⓤ Yes  ◯ No  ◯ Unknown  ◯ Not applicable

**Time needed for decontamination (in minutes):**  Ⓤ 0 to 10  ◯ 11 to 20  ◯ More than 20

**Was this force type used again within the same shift (a break-in-the-action)?**  Ⓤ Yes  ◯ No

### Usage 2

**Estimated use of force date/time (local):**  01/24/2026 21:00

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:**  50 feet

**Approximately how many munitions did you deploy?**  2

**Collateral contamination occurred:**  Ⓤ Yes  ◯ No  ◯ Unknown  ◯ Not applicable

**Time needed for decontamination (in minutes):**  Ⓤ 0 to 10  ◯ 11 to 20  ◯ More than 20

**Was this force type used again within the same shift (a break-in-the-action)?**  ◯ Yes  Ⓤ No

---

**Force type:**  Less-lethal Device
**Device:**  LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:**  Hand-Thrown Munitions - Chemical
**Munition type:**  Riot Control CS Canister
**Device description/comments:**  Riot CS
**Estimated use of force date/time (local):**  01/24/2026 21:45

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:**  50 feet

**Approximately how many munitions did you deploy?**  2

**Collateral contamination occurred:**  Ⓤ Yes  ◯ No  ◯ Unknown  ◯ Not applicable

**Time needed for decontamination (in minutes):**  Ⓤ 0 to 10  ◯ 11 to 20  ◯ More than 20

**Was this force type used again within the same shift (a break-in-the-action)?** ⭕ Yes  Ս No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Pocket Tactical CS Canister
**Device description/comments:** Pocket Tac CS
**Estimated use of force date/time (local):** 01/24/2026 21:45
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 50 feet
**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** Ս Yes  ⭕ No  ⭕ Unknown  ⭕ Not applicable

**Time needed for decontamination (in minutes):** Ս 0 to 10  ⭕ 11 to 20  ⭕ More than 20

**Was this force type used again within the same shift (a break-in-the-action)?** ⭕ Yes  Ս No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ################ injured?** ⭕ Yes  Ս No

---

**Name:** #####################

**Gender:** Male   **Age:** ##   **Height:** ######   **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** ▮▮▮ Sector / ▮▮▮▮ Station
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** Ս On duty  ⭕ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | S LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | S TATP | ❏ Other |

**Wearing body armor?** Ս Yes  ⭕ No

**Attire:** Ս Uniform  ⭕ Plain clothes

---

**Was ##################### assaulted?** ⭕ Yes  Ս No

---

**Did #################### use reportable force?** Ս Yes  ⭕ No

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Instant Blast Powder Grenade OC
    **Device description/comments:** Instant Blast Powder Grenade OC
    **Estimated use of force date/time (local):** 01/24/2026 17:50

CBP_ExD_24

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ##################### injured?** ◯ Yes ∪ No

---

**Name:** ###################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** ▮▮▮ Sector / ▮▮▮▮▮ Station

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty  ◯ Off duty

  **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

  **Total law enforcement experience at the time of the incident:** ## years # months

  **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | S TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes ◯ No

**Attire:** ∪ Uniform ◯ Plain clothes

---

**Was ################### assaulted?** ∪ Yes ◯ No

---

**Did ################### use reportable force?** ∪ Yes ◯ No

  **Force type:** Less-lethal Device

  **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

  **Device type:** Hand-Thrown Munitions - Chemical

   **Munition type:** Instant Blast Powder Grenade CS

  **Device description/comments:** over several encounters, use of LLSI less Lethal devices used

  **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

  **Usage 1**

   **Estimated use of force date/time (local):** 01/24/2026 19:30

   **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

   **Estimated distance:** 50 feet

   **Approximately how many munitions did you deploy?** 1

   **Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable

   **Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes ◯ No

  **Usage 2**

   **Estimated use of force date/time (local):** 01/24/2026 21:00

---

**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other
**Estimated distance:** 50 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes ∪ No ◯ Unknown ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Pocket Tactical Saf-Smoke Canister
**Device description/comments:** Pocket Tac Smoke
**Estimated use of force date/time (local):** 01/24/2026 19:30
**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other
**Estimated distance:** 50 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❑ Protect innocent 3rd party |
| ❑ Protect non-CBP officer/agent | ❑ Effect an arrest or detention | ❑ Prevent escape |
| S Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Triple Chaser CS Canister
**Device description/comments:** Tri-Chamber CS munitions
**Estimated use of force date/time (local):** 01/24/2026 19:30
**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other
**Estimated distance:** 50 feet
**Approximately how many munitions did you deploy?** 3
**Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❑ Protect innocent 3rd party |
| ❑ Protect non-CBP officer/agent | ❑ Effect an arrest or detention | ❑ Prevent escape |
| S Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Muzzle Blast CS
**Device description/comments:** 40MM Muzzle used to prevent individual from throwing object
**Estimated use of force date/time (local):** 01/24/2026 19:30
**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other
**Estimated distance:** 10 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❑ Protect innocent 3rd party |

❏ Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape
S Overcome resistance  ❏ Stop vehicle  ❏ Vessel failure to heave to
❏ Animal euthanization  ❏ Other

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Ground Marker Saf-Smoke - 100m
**Device description/comments:** 40 MM Safe Smoke used to disperse croud
**Reason(s) for this use of force:**

S Protect self  S Protect co-worker  ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape
S Overcome resistance  ❏ Stop vehicle  ❏ Vessel failure to heave to
❏ Animal euthanization  ❏ Other

**Usage 1**
**Estimated use of force date/time (local):** 01/24/2026 21:40
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 50 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ◯ No
**Usage 2**
**Estimated use of force date/time (local):** 01/24/2026 22:45
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 50 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No

**Was ################### injured?** ◯ Yes  ∪ No

**Name:** ################

**Gender:** Male  **Age:** ##  **Height:** ######  **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** ▮▮▮▮ Sector / ▮▮▮▮ Station
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ◯ Off duty
**Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** ## years # months
**CBP training previously received (not including basic academy training):**

❏ BPAIST  ❏ BORSTAR  ❏ BORTAC  ❏ DITP  ❏ DTI
❏ EDVPTP  ❏ EMT  ❏ FITP  S LLITP (IFITP)  S MFF
S MRT  ❏ PITP  ❏ SRT  ❏ TATP  ❏ Other

**Wearing body armor?** ∪ Yes  ◯ No

**Attire:** ∪ Uniform  ◯ Plain clothes

**Was ################ assaulted?** ∪ Yes  ◯ No

**Did ############### use reportable force?** ∪ Yes  ◯ No
**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

CBP_ExD_27

**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Triple Chaser CS Canister
**Device description/comments:** Triple Chaser is used in riot control to stop violent behaviors and disperse violent crowds
**Reason(s) for this use of force:**

- Ⓢ Protect self
- Ⓢ Protect co-worker
- ❏ Protect innocent 3rd party
- ❏ Protect non-CBP officer/agent
- ❏ Effect an arrest or detention
- ❏ Prevent escape
- ❏ Overcome resistance
- ❏ Stop vehicle
- ❏ Vessel failure to heave to
- ❏ Animal euthanization
- ❏ Other

**Usage 1**

**Estimated use of force date/time (local):** 01/24/2026 18:30

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ◯ Yes  ◯ No  Ⓤ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** Ⓤ Yes  ◯ No

**Usage 2**

**Estimated use of force date/time (local):** 01/24/2026 20:50

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 20 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  Ⓤ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** Ⓤ Yes  ◯ No

**Usage 3**

**Estimated use of force date/time (local):** 01/24/2026 22:50

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 3

**Collateral contamination occurred:** ◯ Yes  ◯ No  Ⓤ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  Ⓤ No

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Instant Blast Powder Grenade CS
**Device description/comments:** "instantaneous blast" munition, particularly those containing CS (orthochlorobenzalmalononitrile) agent, is used to achieve rapid crowd dispersal
**Reason(s) for this use of force:**

- Ⓢ Protect self
- Ⓢ Protect co-worker
- ❏ Protect innocent 3rd party
- ❏ Protect non-CBP officer/agent
- ❏ Effect an arrest or detention
- ❏ Prevent escape
- ❏ Overcome resistance
- ❏ Stop vehicle
- ❏ Vessel failure to heave to
- ❏ Animal euthanization
- ❏ Other

**Usage 1**

**Estimated use of force date/time (local):** 01/24/2026 19:30

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 10 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  Ⓤ No  ◯ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** Ⓤ Yes  ◯ No

**Usage 2**

**Estimated use of force date/time (local):** 01/24/2026 20:00

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ○ Yes  ∪ No  ○ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 3

**Estimated use of force date/time (local):** 01/24/2026 20:50

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ○ Yes  ∪ No  ○ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 4

**Estimated use of force date/time (local):** 01/24/2026 21:45

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ○ Yes  ∪ No  ○ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
   **Munition type:** Riot Control CS Canister
**Device description/comments:** CS hand-thrown munitions are considered "less-lethal" tools for crowd management
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

### Usage 1

**Estimated use of force date/time (local):** 01/24/2026 20:00

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 20 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 2

**Estimated use of force date/time (local):** 01/24/2026 21:45

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 20 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Kinetic
**Munition type:** Rubber Ball Grenade CS
**Device description/comments:** primarily used as a crowd management tool to deter aggressive behavior, keep protestors back, separate individuals within a crowd, or move individuals through an area
**Estimated use of force date/time (local):** 01/24/2026 21:45

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:**

⭕ Yes  ⭕ No  ⋃ Unknown  ⭕ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ⭕ Yes  ⋃ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| Ⓢ Protect self | Ⓢ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ############### injured?** ⭕ Yes  ⋃ No

---

**Name:** ###############

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** ▮▮▮▮ Sector / ▮▮▮▮ Station

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ⋃ On duty  ⭕ Off duty

   **Activity:** Border Patrol Tactical Unit (BORTAC)

---

**Armed law enforcement experience:**

   **Total law enforcement experience at the time of the incident:** ## years # months

   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | Ⓢ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | Ⓢ MFF |
| Ⓢ MRT | Ⓢ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ⋃ Yes  ⭕ No

**Attire:** ⋃ Uniform  ⭕ Plain clothes

---

**Was ############### assaulted?** ⋃ Yes  ⭕ No

---

**Did ############### use reportable force?** ⋃ Yes  ⭕ No

   **Force type:** Less-lethal Device

   **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

   **Device type:** Hand-Thrown Munitions - Chemical

      **Munition type:** Instant Blast Powder Grenade CS

   **Device description/comments:** hand thrown instantaneous blast

   **Reason(s) for this use of force:**

| | | |
|---|---|---|
| Ⓢ Protect self | Ⓢ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | Ⓢ Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

   **Usage 1**

      **Estimated use of force date/time (local):** 01/24/2026 19:24

      **Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

      **Estimated distance:** 25 feet

      **Approximately how many munitions did you deploy?** 3

      **Collateral contamination occurred:** ⭕ Yes  ⋃ No  ⭕ Unknown  ⭕ Not applicable

      **Was this force type used again within the same shift (a break-in-the-action)?** ⋃ Yes  ⭕ No

   **Usage 2**

      **Estimated use of force date/time (local):** 01/24/2026 19:54

      **Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

      **Estimated distance:** 25 feet

      **Approximately how many munitions did you deploy?** 3

**Collateral contamination occurred:** ◯ Yes  ⋃ No  ◯ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ⋃ Yes  ◯ No

### Usage 3

**Estimated use of force date/time (local):** 01/24/2026 21:00

**Posture:** S Standing  ❑ Kneeling  ❑ Prone  ❑ Other

**Estimated distance:** 25 feet

**Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ◯ Yes  ⋃ No  ◯ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ⋃ Yes  ◯ No

### Usage 4

**Estimated use of force date/time (local):** 01/24/2026 21:40

**Posture:** S Standing  ❑ Kneeling  ❑ Prone  ❑ Other

**Estimated distance:** 25 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ⋃ No  ◯ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ⋃ Yes  ◯ No

### Usage 5

**Estimated use of force date/time (local):** 01/24/2026 22:35

**Posture:** S Standing  ❑ Kneeling  ❑ Prone  ❑ Other

**Estimated distance:** 25 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ⋃ No  ◯ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⋃ No

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Muzzle Blast CS
**Device description/comments:** cs muzzle blast
**Estimated use of force date/time (local):** 01/24/2026 19:24
**Posture:** S Standing  ❑ Kneeling  ❑ Prone  ❑ Other
**Estimated distance:** 10 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes  ⋃ No  ◯ Unknown  ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⋃ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❑ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❑ Effect an arrest or detention | ❑ Prevent escape |
| S Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Skat Shell CS
**Device description/comments:** skats shells CS
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❑ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❑ Effect an arrest or detention | ❑ Prevent escape |
| S Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

### Usage 1

**Estimated use of force date/time (local):** 01/24/2026 19:54

CBP_ExD_31

    **Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

    **Estimated distance:** 25 yards

    **Approximately how many munitions did you deploy?** 3

    **Collateral contamination occurred:** ○ Yes ∪ No ○ Unknown ○ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes ○ No

### Usage 2

    **Estimated use of force date/time (local):** 01/24/2026 21:00

    **Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

    **Estimated distance:** 25 yards

    **Approximately how many munitions did you deploy?** 3

    **Collateral contamination occurred:** ○ Yes ∪ No ○ Unknown ○ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes ○ No

### Usage 3

    **Estimated use of force date/time (local):** 01/24/2026 21:40

    **Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

    **Estimated distance:** 25 yards

    **Approximately how many munitions did you deploy?** 2

    **Collateral contamination occurred:** ○ Yes ∪ No ○ Unknown ○ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes ○ No

### Usage 4

    **Estimated use of force date/time (local):** 01/24/2026 22:35

    **Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

    **Estimated distance:** 25 yards

    **Approximately how many munitions did you deploy?** 3

    **Collateral contamination occurred:** ○ Yes ∪ No ○ Unknown ○ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ∪ No

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Pocket Tactical CS Canister
**Device description/comments:** POCKET TACTICAL
**Estimated use of force date/time (local):** 01/24/2026 19:54
**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other
**Estimated distance:** 25 feet
**Approximately how many munitions did you deploy?** 3
**Collateral contamination occurred:** ○ Yes ∪ No ○ Unknown ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ∪ No
**Reason(s) for this use of force:**

    S Protect self    S Protect co-worker    S Protect innocent 3rd party

    S Protect non-CBP officer/agent    ❑ Effect an arrest or detention    ❑ Prevent escape

    S Overcome resistance    ❑ Stop vehicle    ❑ Vessel failure to heave to

    ❑ Animal euthanization    ❑ Other

---

**Was ############### injured?** ○ Yes ∪ No

---

**Name:** ###############

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Portland Field Operations / Portland
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty ○ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | S FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

---

**Was ############### assaulted?** ∪ Yes  ○ No

---

**Did ############### use reportable force?** ∪ Yes  ○ No

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
        **Munition type:** Triple Chaser CS Canister
    **Device description/comments:** Triple Chaser CS, Riot CS, Green Smoke and Red Smoke
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

    **Usage 1**
        **Estimated use of force date/time (local):** 01/24/2026 21:30
        **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
        **Estimated distance:** 25 yards
        **Approximately how many munitions did you deploy?** 6
        **Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
        **Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

    **Usage 2**
        **Estimated use of force date/time (local):** 01/24/2026 22:30
        **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
        **Estimated distance:** 25 yards
        **Approximately how many munitions did you deploy?** 6
        **Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
        **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

---

**Was ############### injured?** ○ Yes  ∪ No

**Name:** ################

**Gender:** Male  **Age:** ##  **Height:** #####  **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Portland Field Operations / Portland
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ○ Off duty
    **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |

| | | | | |
|---|---|---|---|---|
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** U Yes  ○ No

**Attire:** U Uniform  ○ Plain clothes

---

**Was ############### assaulted?** U Yes  ○ No

---

**Did ############### use reportable force?** U Yes  ○ No

      **Force type:** Less-lethal Device
      **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
      **Device type:** Hand-Thrown Munitions - Chemical
            **Munition type:** Riot Control CS Canister
      **Device description/comments:** Silver canister with black writing - "Riot Control CS"
      **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

      **Usage 1**
            **Estimated use of force date/time (local):** 01/24/2026 21:30
            **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
            **Estimated distance:** 25 feet
            **Approximately how many munitions did you deploy?** 1
            **Collateral contamination occurred:** ○ Yes  U No  ○ Unknown  ○ Not applicable
            **Was this force type used again within the same shift (a break-in-the-action)?** U Yes  ○ No
      **Usage 2**
            **Estimated use of force date/time (local):** 01/24/2026 22:30
            **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
            **Estimated distance:** 25 feet
            **Approximately how many munitions did you deploy?** 1
            **Collateral contamination occurred:** ○ Yes  U No  ○ Unknown  ○ Not applicable
            **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  U No

---

**Was ############### injured?** ○ Yes  U No

---

**Name:** #################

    **Gender:** Male  **Age:** ##  **Height:** #####  **Weight:** ### pounds
    **CBP employee series or role:** #####
    **Service EOD:** ##########
    **Duty location or detail/TDY location during the incident:** Portland Field Operations / Portland
    **Duty (or detail/TDY) location EOD:** ##########
    **Duty status at the time of the incident:** U On duty  ○ Off duty
      **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** # years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** U Yes  ○ No

**Attire:** U Uniform  ○ Plain clothes

---

**Was ################ assaulted?** ∪ Yes ○ No

---

**Did ################ use reportable force?** ∪ Yes ○ No

    **Force type:** Less-lethal Device

    **Device:** PLS (PepperBall Launching System)

    **Device type:** Kinetic impact

    **Estimated use of force date/time (local):** 01/24/2026 21:30

    **Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

    **Estimated distance:** 25 yards

    **Approximately how many volleys did you deploy?** 3

    **Approximately how many projectiles did you deploy?** 15

    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ∪ No

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❑ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❑ Effect an arrest or detention | ❑ Prevent escape |
| S Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

---

**Was ################ injured?** ○ Yes ∪ No

---

**Name:** ############

    **Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

    **CBP employee series or role:** #####

    **Service EOD:** ##########

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol

    **Duty (or detail/TDY) location EOD:** ##########

    **Duty status at the time of the incident:** ∪ On duty ○ Off duty

        **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | S EMT | ❑ FITP | ❑ LLITP (IFITP) | S MFF |
| S MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

---

**Wearing body armor?** ∪ Yes ○ No

---

**Attire:** ∪ Uniform ○ Plain clothes

---

**Was ############ assaulted?** ∪ Yes ○ No

---

**Did ############ use reportable force?** ∪ Yes ○ No

    **Force type:** Less-lethal Device

    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

    **Device type:** Hand-Thrown Munitions - Chemical

    **Munition type:** Triple Chaser CS Canister

    **Device description/comments:** Triple Chaser CS

    **Estimated use of force date/time (local):** 01/24/2026 21:30

    **Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

    **Estimated distance:** 15 feet

    **Approximately how many munitions did you deploy?** 2

    **Collateral contamination occurred:** ○ Yes ○ No ∪ Unknown ○ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ∪ No

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❑ Protect innocent 3rd party |

- Ⓢ Protect non-CBP officer/agent
- ❑ Effect an arrest or detention
- ❑ Prevent escape
- Ⓢ Overcome resistance
- ❑ Stop vehicle
- ❑ Vessel failure to heave to
- ❑ Animal euthanization
- ❑ Other

---

**Was ########### injured?** ◯ Yes  Ⓤ No

---

**Name:** ##################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** Ⓤ On duty  ◯ Off duty

    **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| Ⓢ EDVPTP | ❑ EMT | ❑ FITP | Ⓢ LLITP (IFITP) | Ⓢ MFF |
| Ⓢ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

---

**Wearing body armor?** Ⓤ Yes  ◯ No

**Attire:** Ⓤ Uniform  ◯ Plain clothes

---

**Was ################### assaulted?** Ⓤ Yes  ◯ No

---

**Did ################## use reportable force?** Ⓤ Yes  ◯ No

    **Force type:** Less-lethal Device

    **Device:** PLS (PepperBall Launching System)

    **Device type:** Kinetic impact

    **Reason(s) for this use of force:**

- Ⓢ Protect self
- Ⓢ Protect co-worker
- ❑ Protect innocent 3rd party
- ❑ Protect non-CBP officer/agent
- Ⓢ Effect an arrest or detention
- ❑ Prevent escape
- ❑ Overcome resistance
- ❑ Stop vehicle
- ❑ Vessel failure to heave to
- ❑ Animal euthanization
- ❑ Other

    **Usage 1**

        **Estimated use of force date/time (local):** 01/24/2026 21:30

        **Posture:** Ⓢ Standing ❑ Kneeling ❑ Prone ❑ Other

        **Estimated distance:** 10 yards

        **Approximately how many volleys did you deploy?** 3

        **Approximately how many projectiles did you deploy?** 15

        **Was this force type used again within the same shift (a break-in-the-action)?** Ⓤ Yes  ◯ No

    **Usage 2**

        **Estimated use of force date/time (local):** 01/24/2026 21:31

        **Posture:** Ⓢ Standing ❑ Kneeling ❑ Prone ❑ Other

        **Estimated distance:** 10 yards

        **Approximately how many volleys did you deploy?** 2

        **Approximately how many projectiles did you deploy?** 5

        **Was this force type used again within the same shift (a break-in-the-action)?** Ⓤ Yes  ◯ No

    **Usage 3**

        **Estimated use of force date/time (local):** 01/24/2026 22:30

        **Posture:** Ⓢ Standing ❑ Kneeling ❑ Prone ❑ Other

        **Estimated distance:** 10 yards

        **Approximately how many volleys did you deploy?** 3

CBP_ExD_36

**Approximately how many projectiles did you deploy?**  12

**Was this force type used again within the same shift (a break-in-the-action)?**  ○ Yes  ∪ No

---

**Force type:**  Less-lethal Device
**Device:**  PLS (PepperBall Launching System)
**Device type:**  PAVA (area saturation)
**Reason(s) for this use of force:**

    S Protect self        S Protect co-worker        S Protect innocent 3rd party

    ❏ Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape

    ❏ Overcome resistance    ❏ Stop vehicle    ❏ Vessel failure to heave to

    ❏ Animal euthanization    ❏ Other

**Usage 1**

**Estimated use of force date/time (local):**  01/24/2026 21:30

**Posture:**  S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:**  10 yards

**Approximately how many volleys did you deploy?**  2

**Approximately how many projectiles did you deploy?**  10

**Was this force type used again within the same shift (a break-in-the-action)?**  ∪ Yes  ○ No

**Usage 2**

**Estimated use of force date/time (local):**  01/24/2026 22:30

**Posture:**  S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:**  10 yards

**Approximately how many volleys did you deploy?**  3

**Approximately how many projectiles did you deploy?**  15

**Was this force type used again within the same shift (a break-in-the-action)?**  ○ Yes  ∪ No

---

**Was #################### injured?**  ○ Yes  ∪ No

---

**Name:** ################

**Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** ▮▮▮▮ Sector / ▮▮▮▮▮ Station

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:**  ∪ On duty  ○ Off duty

    **Activity:**  Border Patrol Tactical Unit (BORTAC)

---

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:**  ## years # months

    **CBP training previously received (not including basic academy training):**

    ❏ BPAIST    ❏ BORSTAR    S BORTAC    ❏ DITP    ❏ DTI

    ❏ EDVPTP    ❏ EMT    ❏ FITP    ❏ LLITP (IFITP)    ❏ MFF

    ❏ MRT    ❏ PITP    ❏ SRT    ❏ TATP    ❏ Other

---

**Wearing body armor?**  ∪ Yes  ○ No

**Attire:**  ∪ Uniform  ○ Plain clothes

---

**Was ################ assaulted?**  ○ Yes  ∪ No

---

**Did ################ use reportable force?**  ∪ Yes  ○ No

    **Force type:**  Less-lethal Device
    **Device:**  FN303
    **Device type:**  PAVA (area saturation)
        **Projectile type:**  Orange projectiles
    **Reason(s) for this use of force:**

CBP_ExD_37

❏ Protect self         S Protect co-worker      ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape
❏ Overcome resistance    ❏ Stop vehicle         ❏ Vessel failure to heave to
❏ Animal euthanization   ❏ Other

**Usage 1**

**Estimated use of force date/time (local):** 01/24/2026 19:30

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 75 feet

**Approximately how many volleys did you deploy?** 5

**Approximately how many projectiles did you deploy?** 30

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

**Usage 2**

**Estimated use of force date/time (local):** 01/24/2026 17:30

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 40 feet

**Approximately how many volleys did you deploy?** 6

**Approximately how many projectiles did you deploy?** 25

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

**Usage 3**

**Estimated use of force date/time (local):** 01/24/2026 21:00

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 30 feet

**Approximately how many volleys did you deploy?** 3

**Approximately how many projectiles did you deploy?** 10

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

**Usage 4**

**Estimated use of force date/time (local):** 01/24/2026 21:45

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 40 feet

**Approximately how many volleys did you deploy?** 3

**Approximately how many projectiles did you deploy?** 10

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

---

**Force type:** Less-lethal Device
**Device:** FN303
**Device type:** Kinetic impact
  **Projectile type:** Orange projectiles
**Reason(s) for this use of force:**

❏ Protect self         S Protect co-worker      ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape
❏ Overcome resistance    ❏ Stop vehicle         ❏ Vessel failure to heave to
❏ Animal euthanization   ❏ Other

**Usage 1**

**Estimated use of force date/time (local):** 01/24/2026 19:30

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 40 feet

**Approximately how many volleys did you deploy?** 1

**Approximately how many projectiles did you deploy?** 1

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

**Usage 2**

**Estimated use of force date/time (local):** 01/24/2026 19:55

**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 25 feet

CBP_ExD_38

**Approximately how many volleys did you deploy?** 1

**Approximately how many projectiles did you deploy?** 3

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⋃ No

---

**Was ############### injured?** ◯ Yes  ⋃ No

---

**Name:** ###############

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** ████████ Sector / ████████ Station

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ⋃ On duty  ◯ Off duty

　　**Activity:** Border Patrol Tactical Unit (BORTAC)

---

**Armed law enforcement experience:**

　　**Total law enforcement experience at the time of the incident:** ## years # months

　　**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | S BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

---

**Wearing body armor?** ⋃ Yes  ◯ No

**Attire:** ⋃ Uniform  ◯ Plain clothes

---

**Was ############### assaulted?** ◯ Yes  ⋃ No

---

**Did ############### use reportable force?** ⋃ Yes  ◯ No

　　**Force type:** Less-lethal Device

　　**Device:** FN303

　　**Device type:** Kinetic impact

　　　　**Projectile type:** Orange projectiles

　　**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❑ Protect self | S Protect co-worker | ❑ Protect innocent 3rd party |
| ❑ Protect non-CBP officer/agent | ❑ Effect an arrest or detention | ❑ Prevent escape |
| S Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

　　**Usage 1**

　　　　**Estimated use of force date/time (local):** 01/24/2026 19:30

　　　　**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

　　　　**Estimated distance:** 30 feet

　　　　**Approximately how many volleys did you deploy?** 4

　　　　**Approximately how many projectiles did you deploy?** 15

　　　　**Was this force type used again within the same shift (a break-in-the-action)?** ⋃ Yes ◯ No

　　**Usage 2**

　　　　**Estimated use of force date/time (local):** 01/24/2026 19:55

　　　　**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

　　　　**Estimated distance:** 40 feet

　　　　**Approximately how many volleys did you deploy?** 4

　　　　**Approximately how many projectiles did you deploy?** 15

　　　　**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ⋃ No

---

　　**Force type:** Less-lethal Device

　　**Device:** FN303

　　**Device type:** PAVA (area saturation)

　　**Projectile type:** Orange projectiles

CBP_ExD_39

**Estimated use of force date/time (local):** 01/24/2026 21:00

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 40 feet

**Approximately how many volleys did you deploy?** 5

**Approximately how many projectiles did you deploy?** 5

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No

**Reason(s) for this use of force:**

❏ Protect self              S Protect co-worker              ❏ Protect innocent 3rd party

❏ Protect non-CBP officer/agent ❏ Effect an arrest or detention  ❏ Prevent escape

❏ Overcome resistance       ❏ Stop vehicle                   ❏ Vessel failure to heave to

❏ Animal euthanization      ❏ Other

**Was ############### injured?** ◯ Yes  ∪ No

## SUBJECTS: 14

**Name:** MASS GROUP

**Estimated number of individuals in the group:** 500

**Group description (Composition, attire, etc.):** Large group of approximately 500 individuals amassed in front of the Federal Ice facility. The group became increasingly more aggressive as the night progressed. Many in the group were wearing masks, respirators, face shields, homemade improvised body armor, baseball umpire safety equipment. Some were using bullhorns to shout threats and demeaning messages to the agents on duty. The threats included threats of locating agent's home addresses and threatened harm upon their families, also telling agents to kill themselves along with threats of hanging agents at the gallows. One individual set up a loud portable sound system across the street and also participated in verbal threats towards agents throughout the night. The group threw glass bottles that shattered on the driveway entrance to the facility, in an attempt to deflate the tires of agent's vehicle if they entered/exited the front of the facility entrance. Some in the group also began to throw rocks. The group used a large commercial waste bin and other materials and electric scooter in attempt to disable the main gate and barricade agents/officers inside and prevent access to the main driveway entrance to the facility.

**Was any member of this group wearing body armor?** ∪ Yes  ◯ No  ◯ Unknown

**Estimated number of subjects wearing body armor:** 200

**Group activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Group's current location and disposition if known:** Mass group encounter estimated grew to a group size between 400 - 500 protesters/civil unrest. Group dispersed at approximately 02:00 a.m., 1/25/2026.

**Did any member of this group not listed as an individual subject assault a CBP employee?** ∪ Yes  ◯ No

**Was any member of the group outside the US or its territories when committing the assault?** ◯ Yes  ∪ No

**Weapon(s)/type of assault:**

**Assault method:** Projectile (other than rock)

**Projectile description:** Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances.

**Estimated assault date/time (local):** 01/24/2026 18:45

---

**Was reportable force used on any member of this group not listed as an individual subject?** ◍ Yes  ◯ No

**Was any member of this group outside the US or its territories when this force was applied?** ◯ Yes  ◍ No

---

**Name:** #########

**Gender:** Male     **Age:** #######     **Height:** #######     **Weight:** #############

**Attire:** ◍ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ◍ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes  ◍ No

**Subject's activity:**

- ❏ Illegal entry
- ❏ Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to
- ❏ Checkpoint runner
- ❏ Port runner
- ❏ Alien smuggling
- ❏ Narcotics smuggling
- ❏ Scouting
- S Assault (rocks/other projectiles)
- ❏ Assault (all other types)
- S Rioting/civil disturbance
- ❏ Mass coordinated entry
- ❏ No suspected illegal activity
- ❏ Other

**Subject's current location and disposition if known:** Unknown

---

**Did this subject assault a CBP employee?** ◯ Yes  ◍ No

---

**Was reportable force used on this subject?** ◍ Yes  ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◍ Yes  ◯ No

---

**Was the subject an occupant of a vehicle?** ◍ Yes  ◯ No

**Did CBP deploy a VID against a vehicle when this subject was driving it?** ◯ Yes  ◍ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ◍ No  ◯ Unknown

---

**Name:** #########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:** ◍ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ◍ Unknown

**Immigration status:** Unknown

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes  ◍ No

**Subject's activity:**

- ❏ Illegal entry
- S Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to

CBP_ExD_41

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown

**Did this subject assault a CBP employee?** ◯ Yes  ∪ No

**Was reportable force used on this subject?** ∪ Yes  ◯ No

    **Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ◯ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ∪ No  ◯ Unknown

---

**Name:** #########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown.

**Did this subject assault a CBP employee?** ◯ Yes  ∪ No

**Was reportable force used on this subject?** ∪ Yes  ◯ No

    **Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ◯ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  Ս No  ○ Unknown

---

**Name:** #########

   **Gender:** Unknown   **Age:** #######   **Height:** #######   **Weight:** #######

   **Attire:** Ս Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

   **Was the subject wearing body armor?** ○ Yes  ○ No  Ս Unknown

   **Immigration status:** Unknown
   **Country of citizenship:** #######
   **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  Ս No

   **Subject's activity:**

       ❏ Illegal entry

       S Uncooperative during encounter/inspection

       ❏ Failure to yield/heave to

       ❏ Checkpoint runner

       ❏ Port runner

       ❏ Alien smuggling

       ❏ Narcotics smuggling

       ❏ Scouting

       S Assault (rocks/other projectiles)

       ❏ Assault (all other types)

       S Rioting/civil disturbance

       ❏ Mass coordinated entry

       ❏ No suspected illegal activity

       ❏ Other

   **Subject's current location and disposition if known:** Unknown.

---

**Did this subject assault a CBP employee?** ○ Yes  Ս No

---

**Was reportable force used on this subject?** Ս Yes  ○ No

   **Was the subject outside the US or its territories when this force was applied?** ○ Yes  Ս No

---

**Was the subject an occupant of a vehicle?** ○ Yes  Ս No

**Was this subject injured or claiming to be injured?** ○ Yes  Ս No  ○ Unknown

---

**Name:** #########

   **Gender:** Unknown   **Age:** #######   **Height:** #######   **Weight:** #######

   **Attire:** Ս Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

   **Was the subject wearing body armor?** ○ Yes  ○ No  Ս Unknown

   **Immigration status:** Unknown
   **Country of citizenship:** #######
   **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  Ս No

   **Subject's activity:**

       ❏ Illegal entry

       S Uncooperative during encounter/inspection

       ❏ Failure to yield/heave to

       ❏ Checkpoint runner

       ❏ Port runner

       ❏ Alien smuggling

       ❏ Narcotics smuggling

       ❏ Scouting

CBP_ExD_43

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown.

**Did this subject assault a CBP employee?** ◯ Yes  ∪ No

**Was reportable force used on this subject?** ∪ Yes  ◯ No

   **Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ◯ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ∪ No  ◯ Unknown

**Name:** #########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ∪ Unknown

**Immigration status:**

**Country of citizenship:**
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown.

**Did this subject assault a CBP employee?** ◯ Yes  ∪ No

**Was reportable force used on this subject?** ∪ Yes  ◯ No

   **Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ◯ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ∪ No  ◯ Unknown

**Name:** #########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown
**Was the subject wearing body armor?**

CBP_ExD_44

◯ Yes  ◯ No  ⋃ Unknown

**Immigration status:** Unknown
**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ⋃ No

**Subject's activity:**

❑ Illegal entry

S Uncooperative during encounter/inspection

❑ Failure to yield/heave to

❑ Checkpoint runner

❑ Port runner

❑ Alien smuggling

❑ Narcotics smuggling

❑ Scouting

S Assault (rocks/other projectiles)

❑ Assault (all other types)

S Rioting/civil disturbance

❑ Mass coordinated entry

❑ No suspected illegal activity

❑ Other

**Subject's current location and disposition if known:** Unknown.

---

**Did this subject assault a CBP employee?** ◯ Yes  ⋃ No

---

**Was reportable force used on this subject?** ⋃ Yes  ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ⋃ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes  ⋃ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ⋃ No  ◯ Unknown

---

**Name:** #########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ◯ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown  ⋃ Other - gas mask/helmet

**Was the subject wearing body armor?** ◯ Yes  ⋃ No  ◯ Unknown

**Immigration status:**
**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ⋃ No

**Subject's activity:**

❑ Illegal entry

S Uncooperative during encounter/inspection

❑ Failure to yield/heave to

❑ Checkpoint runner

❑ Port runner

❑ Alien smuggling

❑ Narcotics smuggling

❑ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❑ Mass coordinated entry

CBP_ExD_45

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown

**Did this subject assault a CBP employee?** ○ Yes ⋃ No

**Was reportable force used on this subject?** ⋃ Yes ○ No

   **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⋃ No

**Was the subject an occupant of a vehicle?** ○ Yes ⋃ No

**Was this subject injured or claiming to be injured?** ○ Yes ⋃ No ○ Unknown

---

**Name:** #########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ○ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown ⋃ Other - gas mask/helmet

**Was the subject wearing body armor?** ○ Yes ⋃ No ○ Unknown

**Immigration status:**

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⋃ No

**Subject's activity:**

   ❏ Illegal entry

   S Uncooperative during encounter/inspection

   ❏ Failure to yield/heave to

   ❏ Checkpoint runner

   ❏ Port runner

   ❏ Alien smuggling

   ❏ Narcotics smuggling

   ❏ Scouting

   S Assault (rocks/other projectiles)

   S Assault (all other types)

   S Rioting/civil disturbance

   ❏ Mass coordinated entry

   ❏ No suspected illegal activity

   ❏ Other

**Subject's current location and disposition if known:** Unknown

**Did this subject assault a CBP employee?** ○ Yes ⋃ No

**Was reportable force used on this subject?** ⋃ Yes ○ No

   **Was the subject outside the US or its territories when this force was applied?** ○ Yes ⋃ No

**Was the subject an occupant of a vehicle?** ○ Yes ⋃ No

**Was this subject injured or claiming to be injured?** ○ Yes ⋃ No ○ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ○ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown ⋃ Other - gas mask/helmet

**Was the subject wearing body armor?** ○ Yes ⋃ No ○ Unknown

**Immigration status:**

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes ⋃ No

**Subject's activity:**

CBP_ExD_46

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown

**Did this subject assault a CBP employee?** ◯ Yes  ∪ No

**Was reportable force used on this subject?** ∪ Yes  ◯ No

    **Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ◯ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ∪ No  ◯ Unknown

**Name:** ##########

**Gender:** Male    **Age:** #######    **Height:** ############    **Weight:** #######

**Attire:** ∪ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ∪ Yes  ◯ No  ◯ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

◯ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ∪ Yes  ◯ No

    **Was the subject outside the US or its territories when committing the assault?** ◯ Yes  ∪ No

CBP_ExD_47

      **Weapon(s)/type of assault:**

          **Assault method:** Projectile (other than rock)

            **Projectile description:** CS Canister

          **Estimated assault date/time (local):** 01/24/2026 21:30

**Was reportable force used on this subject?** ∪ Yes ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes ○ No ∪ Unknown

**Name:** ##########

    **Gender:** Unknown    **Age:** #######    **Height:** ###########    **Weight:** #######

    **Attire:** ∪ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown

    **Was the subject wearing body armor?** ∪ Yes ○ No ○ Unknown

    **Immigration status:** Unknown

    **Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes ∪ No

    **Subject's activity:**

        ❏ Illegal entry

        ❏ Uncooperative during encounter/inspection

        ❏ Failure to yield/heave to

        ❏ Checkpoint runner

        ❏ Port runner

        ❏ Alien smuggling

        ❏ Narcotics smuggling

        ❏ Scouting

        S Assault (rocks/other projectiles)

        S Assault (all other types)

        S Rioting/civil disturbance

        ❏ Mass coordinated entry

        ❏ No suspected illegal activity

        ❏ Other

    **Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ∪ Yes ○ No

    **Was the subject outside the US or its territories when committing the assault?** ○ Yes ∪ No

    **Weapon(s)/type of assault:**

          **Assault method:** Projectile (other than rock)

            **Projectile description:** CS Canister

          **Estimated assault date/time (local):** 01/24/2026 21:31

**Was reportable force used on this subject?** ∪ Yes ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes ○ No ∪ Unknown

**Name:** ##########

    **Gender:** Unknown    **Age:** #######    **Height:** ############    **Weight:** #######

    **Attire:** ∪ Civilian ○ Paramilitary ○ Police ○ Nude ○ Unknown

    **Was the subject wearing body armor?** ∪ Yes ○ No ○ Unknown

    **Immigration status:** Unknown

CBP_ExD_48

**Country of citizenship:** ########
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes   ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**

**Did this subject assault a CBP employee?** ∪ Yes   ◯ No

**Was the subject outside the US or its territories when committing the assault?** ◯ Yes   ∪ No

**Weapon(s)/type of assault:**
**Assault method:** Projectile (other than rock)
**Projectile description:** CS Canister
**Estimated assault date/time (local):** 01/24/2026 22:30

**Was reportable force used on this subject?** ∪ Yes   ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes   ∪ No

**Was the subject an occupant of a vehicle?** ◯ Yes   ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes   ◯ No   ∪ Unknown

## ASSAULTS: 12

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---------|------------------------|------------------------------------------------|---|------------------------------------------|
| ########## | Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45 | ################ | ∪ Yes ◯ No | Not injured in this incident |
| | | ################### | ∪ Yes ◯ No | Not injured in this incident |
| | | ################ | ∪ Yes ◯ No | Not injured in this incident |
| | | ############### | ∪ Yes ◯ No | Not injured in this incident |
| | | ############### | ∪ Yes ◯ No | Not injured in this incident |
| | | ############### | ∪ Yes ◯ No | Not injured in this incident |

Not injured in this

CBP_ExD_49

| | | | | |
|---|---|---|---|---|
| | | ################ | ◡ Yes ◯ No | incident |
| | | ############ | ◡ Yes ◯ No | Not injured in this incident |
| | | ################## | ◡ Yes ◯ No | Not injured in this incident |
| ########## | Projectile (other than rock) - CS Canister on 01/24/2026 21:30 | ################ | ◯ Yes ◡ No | Not injured in this incident |
| | | ################### | ◯ Yes ◡ No | Not injured in this incident |
| | | ################ | ◯ Yes ◡ No | Not injured in this incident |
| | | ############### | ◯ Yes ◡ No | Not injured in this incident |
| | | ############### | ◯ Yes ◡ No | Not injured in this incident |
| | | ################ | ◯ Yes ◡ No | Not injured in this incident |
| | | ################ | ◯ Yes ◡ No | Not injured in this incident |
| | | ############ | ◯ Yes ◡ No | Not injured in this incident |
| | | ################### | ◡ Yes ◯ No | Not injured in this incident |
| ########## | Projectile (other than rock) - CS Canister on 01/24/2026 21:31 | ################ | ◯ Yes ◡ No | Not injured in this incident |
| | | ################### | ◯ Yes ◡ No | Not injured in this incident |
| | | ################ | ◯ Yes ◡ No | Not injured in this incident |
| | | ############### | ◯ Yes ◡ No | Not injured in this incident |
| | | ############### | ◯ Yes ◡ No | Not injured in this incident |
| | | ################ | ◯ Yes ◡ No | Not injured in this incident |
| | | ################# | ◯ Yes ◡ No | Not injured in this incident |
| | | ############ | ◯ Yes ◡ No | Not injured in this incident |
| | | ################### | ◡ Yes ◯ No | Not injured in this incident |
| ########## | Projectile (other than rock) - CS Canister on 01/24/2026 22:30 | ################ | ◯ Yes ◡ No | Not injured in this incident |
| | | ################## | ◯ Yes ◡ No | Not injured in this incident |
| | | ################# | ◯ Yes ◡ No | Not injured in this incident |
| | | ############### | ◯ Yes ◡ No | Not injured in this incident |

########

| | | ############### | ◯ Yes ⊍ No | Not injured in this incident |
| | | ############### | ◯ Yes ⊍ No | Not injured in this incident |
| | | ################ | ◯ Yes ⊍ No | Not injured in this incident |
| | | ############ | ◯ Yes ⊍ No | Not injured in this incident |
| | | ################### | ⊍ Yes ◯ No | Not injured in this incident |

## USES OF FORCE: 68

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser CS on 01/24/2026 18:30 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - No <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser CS on 01/24/2026 20:00 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser CS on 01/24/2026 22:46 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - No <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade CS - Instantaneous Blast CS on 01/24/2026 19:30 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - No <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes |

| | | |
|---|---|---|
| | Instant Blast Powder Grenade CS - Instantaneous Blast CS on 01/24/2026 21:00 | **Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################# | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - Riot CS on 01/24/2026 21:45 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################# | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical CS Canister - Pocket Tac CS on 01/24/2026 21:45 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| #######################  | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade OC - Instant Blast Powder Grenade OC on 01/24/2026 17:50 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade CS - over several encounters, use of LLSI less Lethal devices used on 01/24/2026 19:30 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade CS - over several encounters, use of LLSI less Lethal devices used on 01/24/2026 21:00 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ##################### | LLSI-CM (Less-lethal Specialty | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?** |

CBP_ExD_52

| | | |
|---|---|---|
| | Impact-Chemical Munitions) - Pocket Tactical Saf-Smoke Canister - Pocket Tac Smoke on 01/24/2026 19:30 | **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes    **Was this use of force effective against what prompted its use?** Yes    **Did the UOF device function as designed?** Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Tri-Chamber CS munitions on 01/24/2026 19:30 | **Subject:** ##########    **Was this use of force in response to the following assault by this subject?**    **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes    **Was this use of force effective against what prompted its use?** Yes    **Did the UOF device function as designed?** Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - 40MM Muzzle used to prevent individual from throwing object on 01/24/2026 19:30 | **Subject:** ##########    **Was this use of force in response to the following assault by this subject?**    **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes    **Was this use of force effective against what prompted its use?** Yes    **Did the UOF device function as designed?** Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Ground Marker Saf-Smoke - 100m - 40 MM Safe Smoke used to disperse croud on 01/24/2026 21:40 | **Subject:** ##########    **Was this use of force in response to the following assault by this subject?**    **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes    **Was this use of force effective against what prompted its use?** Yes    **Did the UOF device function as designed?** Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Ground Marker Saf-Smoke - 100m - 40 MM Safe Smoke used to disperse croud on 01/24/2026 22:45 | **Subject:** ##########    **Was this use of force in response to the following assault by this subject?**    **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes    **Was this use of force effective against what prompted its use?** Yes    **Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister -  Triple Chaser is used in riot control to stop violent behaviors and disperse violent crowds on | **Subject:** ##########    **Was this use of force in response to the following assault by this subject?**    **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes    **Was this use of force effective against what prompted its use?** Yes    **Did the UOF device function as designed?** Yes |

| | | |
|---|---|---|
| | 01/24/2026 18:30 | |
| ##############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister -   Triple Chaser is used in riot control to stop violent behaviors and disperse violent crowds on 01/24/2026 20:50 | **Subject:  ##########**<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ##############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister -   Triple Chaser is used in riot control to stop violent behaviors and disperse violent crowds on 01/24/2026 22:50 | **Subject:  ##########**<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ##############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade CS - "instantaneous blast" munition, particularly those containing CS (orthochlorobenzal malononitrile) agent, is used to achieve rapid crowd dispersal on 01/24/2026 19:30 | **Subject:  ##########**<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ##############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade CS - "instantaneous blast" munition, particularly those containing CS (orthochlorobenzal malononitrile) agent, is used to achieve rapid | **Subject:  ##########**<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |

| | crowd dispersal on 01/24/2026 20:00 | |
|---|---|---|
| ###############
# | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade CS - "instantaneous blast" munition, particularly those containing CS (orthochlorobenzal malononitrile) agent, is used to achieve rapid crowd dispersal on 01/24/2026 20:50 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###############
# | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade CS - "instantaneous blast" munition, particularly those containing CS (orthochlorobenzal malononitrile) agent, is used to achieve rapid crowd dispersal on 01/24/2026 21:45 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###############
# | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - CS hand-thrown munitions are considered "less-lethal" tools for crowd management on 01/24/2026 20:00 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###############
# | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - CS hand-thrown munitions are | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

| | | |
|---|---|---|
| | considered "less-lethal" tools for crowd management on 01/24/2026 21:45 | |
| ################# | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade CS - primarily used as a crowd management tool to deter aggressive behavior, keep protestors back, separate individuals within a crowd, or move individuals through an area on 01/24/2026 21:45 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade CS - hand thrown instantaneous blast on 01/24/2026 19:24 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade CS - hand thrown instantaneous blast on 01/24/2026 19:54 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade CS - hand thrown instantaneous blast on 01/24/2026 21:00 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br> **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass** |

| | Munitions) - Instant Blast Powder Grenade CS - hand thrown instantaneous blast on 01/24/2026 21:40 | **bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
|---|---|---|
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade CS - hand thrown instantaneous blast on 01/24/2026 22:35 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - cs muzzle blast on 01/24/2026 19:24 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Skat Shell CS - skats shells CS on 01/24/2026 19:54 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Skat Shell CS - skats shells CS on 01/24/2026 21:00 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Skat Shell CS - skats shells CS on 01/24/2026 21:40 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Skat Shell CS - skats shells CS on 01/24/2026 22:35 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes |

| | | |
|---|---|---|
| | Pocket Tactical CS Canister - POCKET TACTICAL on 01/24/2026 19:54 | **Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser CS, Riot CS, Green Smoke and Red Smoke on 01/24/2026 21:30 | **Subject:** ##########<br>   **Was this use of force in response to the following assault by this subject?**<br>      **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>         **Was this use of force effective against what prompted its use?** Yes<br>         **Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser CS, Riot CS, Green Smoke and Red Smoke on 01/24/2026 22:30 | **Subject:** ##########<br>   **Was this use of force in response to the following assault by this subject?**<br>      **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>         **Was this use of force effective against what prompted its use?** Yes<br>         **Did the UOF device function as designed?** Yes |
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - Silver canister with black writing - "Riot Control CS" on 01/24/2026 21:30 | **Subject:** ##########<br>   **Was this use of force in response to the following assault by this subject?**<br>      **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>         **Was this use of force effective against what prompted its use?** Yes<br>         **Did the UOF device function as designed?** Yes |
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - Silver canister with black writing - "Riot Control CS" on 01/24/2026 22:30 | **Subject:** ##########<br>   **Was this use of force in response to the following assault by this subject?**<br>      **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>         **Was this use of force effective against what prompted its use?** Yes<br>         **Did the UOF device function as designed?** Yes |
| ###############<br>## | PLS (PepperBall Launching System) - Kinetic impact on 01/24/2026 21:30 | **Subject:** ##########<br>   **Was this use of force in response to the following assault by this subject?**<br>      **Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>         **Was this use of force effective against what prompted its use?** Yes<br>         **Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>   **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident |

| ############ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser CS on 01/24/2026 21:30 | **Was this use of force effective against what prompted its use?** Yes **Did the UOF device function as designed?** Yes |
|---|---|---|

| | | **Was this use of force effective against what prompted its use?** Yes **Did the UOF device function as designed?** Yes |
|---|---|---|
| | | **Subject:** #########  **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident  **Was this use of force effective against what prompted its use?** Yes  **Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########  **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident  **Was this use of force effective against what prompted its use?** Yes  **Did the UOF device function as designed?** Yes |
| ############ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser CS on 01/24/2026 21:30 | **Subject:** ##########  **Was this use of force in response to the following assault by this subject?**  Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45 - Yes  **Was this use of force effective against what prompted its use?** Yes  **Did the UOF device function as designed?** Yes |
| ##################### | PLS (PepperBall Launching System) - Kinetic impact on 01/24/2026 21:30 | **Subject:** ##########  **Was this use of force in response to the following assault by this subject?**  Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45 - Yes  **Was this use of force effective against what prompted its use?** Yes  **Did the UOF device function as designed?** Yes |
| | | **Subject:** #########  **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident  **Was this use of force effective against what prompted its use?** Yes  **Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########  **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident  **Was this use of force effective against what prompted its use?** Yes  **Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########  **Was this subject injured or claiming to be injured by this use of force?** Unknown  **Was this use of force in response to the following assault by this subject?**  Projectile (other than rock) - CS Canister on 01/24/2026 21:30 - Yes  **Was this use of force effective against what prompted its use?** Yes  **Did the UOF device function as designed?** Yes |
| ##################### | PLS (PepperBall Launching System) - Kinetic impact on 01/24/2026 21:31 | **Subject:** ##########  **Was this use of force in response to the following assault by this subject?**  Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45 - Yes  **Was this use of force effective against what prompted its use?** Yes  **Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########  **Was this subject injured or claiming to be injured by this use of force?** Unknown  **Was this use of force in response to the following assault by this subject?**  Projectile (other than rock) - CS Canister on 01/24/2026 21:31 - Yes  **Was this use of force effective against what prompted its use?** Yes  **Did the UOF device function as designed?** Yes |

| ################### | PLS (PepperBall Launching System) - Kinetic impact on 01/24/2026 22:30 | **Subject: ##########**<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
|---|---|---|
| | | **Subject: ##########**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - CS Canister on 01/24/2026 22:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/24/2026 21:30 | **Subject: ##########**<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/24/2026 22:30 | **Subject: ##########**<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################# | FN303 - PAVA (area saturation) - Orange projectiles on 01/24/2026 19:30 | **Subject: ##########**<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################# | FN303 - PAVA (area saturation) - Orange projectiles on 01/24/2026 17:30 | **Subject: ##########**<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################# | FN303 - PAVA (area saturation) - Orange projectiles on 01/24/2026 21:00 | **Subject: ##########**<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################# | FN303 - PAVA (area saturation) - Orange projectiles on 01/24/2026 21:45 | **Subject: ##########**<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################# | FN303 - Kinetic impact - Orange projectiles on 01/24/2026 19:30 | **Subject: ##########**<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

| ################# | FN303 - Kinetic impact - Orange projectiles on 01/24/2026 19:55 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
|---|---|---|
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################ | FN303 - Kinetic impact - Orange projectiles on 01/24/2026 19:30 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################ | FN303 - Kinetic impact - Orange projectiles on 01/24/2026 19:55 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################ | FN303 - PAVA (area saturation) - Orange projectiles on 01/24/2026 21:00 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks/dispensed less lethal canisters, glass bottles with unknown liquid substances. on 01/24/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ◯ Yes  Ս No

**Did this incident result in collateral injury to a bystander?** ◯ Yes  Ս No

## WITNESSES: 0

CBP_ExD_61

# NARRATIVE

**Shared incident narrative**

### Narrative of ###############

Border Patrol Agent ▮▮▮▮▮▮▮▮▮▮▮▮ -BORTAC

On January 24, 2026, I, Border Patrol Agent ▮▮▮▮▮▮▮▮▮ was part of a Quick Reaction Force team, assigned to deploy in support of operations at the Portland, Oregon, Immigration and Customs Enforcement (ICE) Field Office. I was assigned the 40mm less-lethal projectile device for my shift. At the time of the incident, I was the designated assistant Team Leader (ATL) for BORTAC ground elements.

Throughout the course of the day, a large group of people had gathered in the driveway area of the property and were creating an unsafe situation for agents and protesters alike. The crowd in total numbered approximately four hundred to five-hundred people, and the majority of them had gathered in the driveway and street directly in front of the building. The individuals were holding up their middle fingers at agents, banging on loud objects and yelling things like "Fuck ICE, Kill yourselves, We all hate you!" Several of them were carrying objects to be used as shields against launched and hand-thrown munitions. They also had objects used to defeat the effectiveness of munitions like traffic cones and plastic buckets and leaf blowers.

Portland has a history of rioters that routinely gather outside the building have developed an effective way to guarantee a physical confrontation with the police and to occupy the front driveway area, which is Federal property, and refuse to move for vehicles arriving at and leaving the facility.

At approximately 7:24 p.m., as we gathered to remove the violent rioters from federal property and as the front gate was opening, we were met with multiple objects being thrown at us to include frozen water bottles, glass bottles and industrial grade smoke bombs that could be purchased at a fireworks store. I immediately deployed one CS Muzzle blast (Chlorobenzalmalononitrile) and three CS Instantaneous blast hand tossed munitions at violent rioters for area denial and for officer safety. No injuries to both rioters and officers were reported or witnessed in this deployment.

At approximately 7:54 p.m., the violent crowd returned and began to encroach on federal property clearly marked by a large blue line. Rioters began to move closer to the front gates and began to set obstacles such as scooters and other debris to create a barrier between us and the crowd. Immediately as the gates opened, we were met with glass projectiles, and industrial-grade smoke bombs. I then deployed three CS Instantaneous blasts hand tossed munitions, three 40mm SKAT shells and three Pocket Tactical CS (Pocket Tac) hand tossed munitions for area denial and officers' safety. No injuries were observed or reported on this deployment.

At approximately 9.pm, a crowd of protesters were observed via surveillance cameras attempting to damage or destroy the surveillance cameras and attempting to remove plywood from the windows. As we made our way through front gate to make an apprehension of the rioters destroying government property the violent crowd began to throw glass bottles, paint and rocks. I deployed two CS Instantaneous Blasts munitions and three 40mm CS Skat shells to provide officer safety and area denial of the violent mob attempting to destroy government property and injure officers. No injuries were observed or reported during this deployment.

At approximately 9:40 p.m., the violent mob was observed once again attempting to destroy surveillance cameras that were in the front of the building. It appeared that they were using projectiles and poles aimed at removing the cameras.  Prior to exiting through the front gate, the violent mob began to throw the industrial smoke bombs, glass bottles and paint. I immediately deployed one CS Instantaneous blast munition and two 40mm CS Skat shell munitions to provide officer safety and area denial while federal officers confiscate the tools used to damage government property. No injuries were observed or reported during this deployment.

At approximately 10:35., the violent mob was observed dumping glass and other debris in the driveway in order create obstacles and unsafe conditions for federal officers and other Customs and Border Protection (CBP) components. To provide officer safety and area denial I deployed one CS Instantaneous Blast munition and three 40mm CS Skat Shells while officers cleared the driveway of all glass and dangerous debris. No injuries were observed or reported during this deployment.

During this deployment my issued body worn camera (BWC) was worn and in ready mode. After multiple emergency deployments and due to the chaotic evolving situations multiple attempts were made to activate the BWC but not all were successful as some deployments were recorded.

At the conclusion of the incursions that occurred on the date of 1/24/2026 all Less Lethal deployments were reported to BORTAC Supervisory Border Patrol Agent (SBPA) ▮▮▮▮▮▮▮▮▮. No injuries were observed or reported from my less lethal deployments.

**Narrative of ################**

On January 24, 2026, I was deployed to Portland, Oregon from the ████ Border Patrol Sector for "Operation Oregon Support". At approximately 8:00 pm, my team of Mobile Response Team (MRT) agents and I responded to The Immigration and Customs Enforcement (ICE) office building located at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front. The ICE building had been besieged by upwards of approximately 500 hostile protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Protesters were damaging the exterior of the building by striking the exterior closed-circuit cameras and attempting to break the plywood that had been tacked up to protect the glass windows. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles and other hard objects.

At approximately 9:30 pm, my six-man team and federal law enforcement personnel from multiple agencies arranged ourselves into a Mobile Field Force (MFF) formation and pushed out the front of the building to move the crowd back off federal property and onto Macadam Avenue. Immediately upon exposing ourselves to the crowd, we were pelted by projectiles from unknown assaultive protesters within the crowd. My partners began to deploy hand thrown less lethal chemical munitions. I noticed protesters fitted with gas masks, motorcycle helmets, and thick gloves picking up the chemical munitions that were deployed. Hostile protestors were throwing the chemical munitions back toward my team. I responded by launching several iterations of four to six projectiles with the Pepperball Launching System (PLS). These projectiles contain a chemical irritate known as PAVA powder. Utilizing kinetic impact to the lower extremities to deter the assaultive protestors. After a few iterations, I noticed my PLS had malfunctioned and was no longer launching projectiles as intended. After a few minutes, our formation withdrew back into the interior of the ICE building and continued to monitor the crowd.

Over the rest of the night, I got into a formation with other law enforcement personnel and pushed out to move the crowd two more times. I did not use force on these two occasions or at any time during the night and my team left the ICE building at approximately 1:30 am.

**Narrative of ###############**

I am a Mobile Rapid Response Team (MRT) Agent assigned to the U.S. Border Patrol (USBP), ████ Sector Special Operations Detachment. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On January 24, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

The ICE building had been besieged by upwards of approximately 500 hostile protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Protesters were damaging the exterior of the building by striking the exterior closed-circuit cameras and attempting to break the plywood that had been tacked up to protect the glass windows. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles and other hard objects.

At approximately 9:30 p.m., my six-man team and federal law enforcement personnel from multiple agencies arranged ourselves into a Mobile Field Force (MFF) formation and pushed out the front of the building to move the crowd back off federal property

and onto Macadam Avenue. Immediately upon exposing ourselves to the crowd, we were pelted by projectiles from unknown assaultive protesters within the crowd.  While exposed outside of the facility gate and holding the agitated protesters off of the federal property, an unknown agitator hurled a previously deployed Riot CS gas canister onto the federal property into vegetation on the right side of the property where I was located.  I immediately redeployed the canister in the direction of where it was thrown from.  It appeared to have a positive effect in assisting with removing the aggressive protestors from the target area.

At approximately 10:30 pm, my team and federal law enforcement personnel formed up in a MFF formation again and pushed out to move the remaining protesters off federal property and stop them from damaging the ICE building. This engagement happened much like the previous engagement except the crowd had thinned out and now we were facing approximately 150-200 protesters. Once again, while holding the property line of the ICE facility an unknown assailant hurled a previously deploye  Riot CS canister onto the driveway of the facility behind the MFF formation.  Once again, I redeployed the canister in the direction of where it was thrown from.  It appeared as if the deployment of the chemical munitions were effective at maintaining the clearance of the ICE facility driveway. After a few minutes of holding the property line, we withdrew back into the courtyard of the ICE building.

Over the rest of the night, I got into a formation with other law enforcement personnel and pushed out to move the crowd two more times. I did not throw any munitions or use force on these two occasions or at any time during the night and my team left the ICE building at approximately 1:30 am.

**Narrative of ###################**

I am a Mobile Rapid Response Team (MRT) Agent assigned to [████] Sector Border Patrol.  I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On January 24, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At approximately 8:00 pm, my team of Mobile Response Team (MRT) agents and I responded to the Immigration and Customs Enforcement (ICE) office building located at 4310 S Macadam Avenue, Portland, Oregon. The ICE building had been besieged by upwards of approximately 500 hostile protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Protesters were damaging the exterior of the building by striking the exterior closed-circuit cameras and attempting to break the plywood that had been tacked up to protect the glass windows. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles and other hard objects.

At approximately 9:30 pm, my six-man team and federal law enforcement personnel from multiple agencies arranged ourselves into a Mobile Field Force (MFF) formation and pushed out the front of the building to move the crowd back off federal property and onto Macadam Avenue. Immediately upon exposing ourselves to the crowd, we were pelted by projectiles from unknown assaultive protesters within the crowd. Federal law enforcement officers deployed hand thrown munitions in areas where projectiles originated from. I observed protestors grab hand thrown munitions and throw them at law enforcement personnel. In response to the assaultive actions taken by the protestors, I launched volleys of 4 to 6 pepperballs at each assailant to prevent them from throwing additional munitions and other projectiles back at law enforcement personnel. Additionally I launched pepperballs to provide 'area saturation' to dissuade further assaults. After a few minutes, our formation withdrew back into the interior of the ICE building and continued to monitor the crowd.

At approximately 10:30 pm, my team and federal law enforcement personnel formed up again and pushed out to move the remaining protesters off federal property and stop them from damaging the ICE building. This engagement happened much like the previous engagement except the crowd had thinned out and now we were facing approximately 150-200 protesters. Protesters threw objects at us, and I responded by launching volleys of 4-6 pepperballs at center mass of the assailants.  After a

CBP_ExD_64

few minutes, we withdrew back into the courtyard of the ICE building. Throughout the remainder of the night I launched pepperballs to saturate areas and prevent protestors from further damaging Federal property. I also got into a formation with other law enforcement personnel and pushed out to move the crowd two more times. I did not launch pepperballs or use force on these two occasions and my team left the ICE building at approximately 1:30 am.

**Narrative of ######################**

On January 24, 2025, I Border Patrol agent ⬛⬛⬛⬛⬛⬛⬛⬛ , worked as a member of the support element with the Mobile Response Team (MRT) during a Portland, Oregon civil unrest assembly. I arrived at the Immigration Customs Enforcement (ICE) facility, located at 4310 S Macadam Ave in Portland, Oregon at approximately 2:00pm. I was wearing a rough duty green MRT uniform with all law enforcement identification patches visible.

Upon arrival at the Federal Building, I witnessed a group of approximately 40 individuals congregating at the driveway of the building. These individuals were screaming at law enforcement and positioned on the street outside of the driveway and sidewalks. As I drove in, the group surrounded the car and began hitting it. Their posture was blocking access to the building's entrance. I gained entrance to the building and began my workday.

This group had grown to approximately 300 agitators around 5:15pm. The mob had swarmed the entire intersection immediately adjacent to the building.  Eventually, I made it to the front of the law enforcement line. The Federal Protective Service had given audible instructions to the crowd with a loud speaker to disperse and leave the area. These instructions were given periodically throughout the night.  Several individuals within the crowd were throwing rocks, water bottles, glass bottles and other hard objects at myself and other law enforcement personnel. These individuals were also yelling slurs towards agents at this location. Some of the things I remember them saying were "Fuck Ice" and "You should just kill yourself."  I witnessed multiple instances where agitators in the crowd threw the chemical munitions thrown to the crowd back at law enforcement. At approximately 7:50pm I deployed one less lethal munition of Instantaneous Blast CS to assist in crowd control during this incident. I witnessed a projectile coming in the air at our group of law enforcement agents. It appeared to be protruding smoke from the projectile. I lobbed one munition in the direction from which the projectile came from.  I witnessed this munition explode six feet in the air above the area the projectile came from. The CS powder draped over the crowd. The deployment was carried out in compliance with agency policy and was intended to de-escalate a rapidly evolving and violent situation. This deployment of the munition stopped the individuals from throwing the previous mentioned items. These deployments from other agents on cite would cause the crowd to move away from the law enforcement line. After the effects of the deployments wore off, the aggression would start again. These agitators, crowds, and individuals throwing objects would come back.

I was wearing my issued body worn camera. The stress of the situation caused me to forget to activate or re-activate my camera after being on the line and returning to the line after resting. Due to providing safety to myself and other law enforcement, I was unaware that the entire encounter was not recorded. I believed I made an attempt to have it recording for the entire duration of the encounter.  I was able to record multiple videos on my body worn camera.

No injuries were observed from my deployment of the less lethal munition.

I notified Supervisor Border Patrol Agent ⬛⬛⬛⬛⬛⬛⬛⬛ of my deployment of the less lethal device.

I left the facility at approximately 1:45a.m. in a caravan.

**Narrative of ################**

On January 24, 2026, I, ⬛⬛⬛⬛⬛⬛⬛ , as part of the Mobile Response Team (MRT), Special Operations Detachment ⬛⬛ ⬛⬛ (SOD/MRT) was deployed to Portland, Oregon, as part of a multi-agency response to civil unrest. I was specifically at 4310 S Macadam Ave, Portland, OR 97239 in protection of the Immigration Customs Enforcement (ICE) building.  I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

At approximately 6:00 P.M., while performing my duties to maintain public safety and support law enforcement operations, I encountered multiple instances of violent behavior directed at myself, fellow Border Patrol agents and other Federal Officers. Individuals within the crowd attempted to barricade the main ICE Facility gate with an industrialized trash can, dozens of public rental "bird" scooters and random street debris. As the crowd became more aggressive the mob engaged in throwing rocks, glass bottles, and industrial grade green smoke bombs. They also intended to destroy federal property, including cameras to

skew our vision for monitoring the situation, posing an immediate threat to our safety and hindering our ability to maintain order. Throughout the evening multiple audio recorded proclamations were given through the loudspeaker notifying the mob that the location was a federal building and to not trespass or you will be arrested. It was apparent the mob did not care for the message as they mocked the audio recording and continued to chant derogatory things such as "go kill yourselves", "you are murderers" and "fuck you fascist nazis". Many subjects in the crowd were being provided Personal Protective Equipment (PPE) and face coverings in preparation of starting a riot. These incidents occurred at various points during the operation, necessitating the use of less-than-lethal force to protect myself, other agents, and public safety personnel.

Portland has had a long history in destructive protests and are known to local and federal law enforcement officers to use tactics like block entrances and exits creating a longer standoff for chaos, harm and destruction. In response to these threats, and in compliance with CBP Use of Force Policy, I deployed the following less lethal projectiles, totaling 15 Hand Thrown Munitions (Seven Triple Chaser CS, Five Instantaneous Blast CS, Two Riot CS and One Pocket Tac CS).

At approximately 6:30 P.M., Our team assisted the Federal Protective Service (FPS) with trying to clear out an industrialized sized trash can, dozens of electric Bird scooters and other debris that were blocking the entrance gate. As the gate could not open we then utilized a side door to exit into the facility driveway and attempt to clear out the barricade. The mob began to throw water bottles and glass bottles in our direction, so I deployed two
Chemical munitions known as triple chaser CS. After the mob briefly dispersed we were able to clear the driveway of all blocking debris and move back into safety of the facility.
Between 7:30-8:00P.M. the mob returned to the entrance gate to attempt to block the driveway, restricting any movement going in and out of the facility at which point we pushed the mob back away from the driveway. During that movement I deployed three instantaneous blast CS and three triple chaser CS into the crowd to disperse the mob. The mob threw back deployed chemical munitions, full water bottles and baseball sized rocks in an attempt to create bodily harm to myself and agents around me. At approximately 9:00 P.M. The mob returned to the front of the facility gate. We then got into formation again to clear the driveway. I deployed two instantaneous blast CS once the gate was open to push the mob back. Once we created a clear driveway, we returned to the safety of the facility. Approximately 45 minutes later we then again moved out the gate to clear the driveway. As we cleared the driveway objects were being thrown at us again. I deployed two riot CS and one pocket tac CS to disperse the mob. At approximately 10:45 P.M. multiple glass bottles were being thrown in the driveway of the ICE facility creating sharp shards of glass all over the ground. This tactic was used to attempt to immobilize vehicles leaving or entering the facility and or injure fellow officers. We then pushed out to the end of the driveway and secured the perimeter to get the sharp objects swept away and cleaned up. Once the mob knew what our object was, they began to throw full water bottles and other objects again. I deployed two triple chaser CS to disperse the mob as we returned to the safety of the facility behind the driveway gate.

The use of force was executed only after assessing the imminent danger and in accordance with my MRT/LLI training and CBP protocols for escalation and de-escalation.

The deployment of these projectiles effectively disrupted hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters for a period of time. My Body Worn Camera (BWC) captured parts of the incident. The following are the Evidence Serial Number ███████████████████████████ .

At the conclusion of my operational duties, approximately 2:00a.m., I provided a detailed debrief to SBPA ███████████ who is assigned to SOD/MRT and is my direct supervisor. My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order. No injuries were observed or reported from my deployment of any less lethal devices.

**Narrative of ################**
On January 24, 2026, I, ███████████ as part of the Mobile Response Team (MRT), Special Operations Detachment ███ ███ , (SOD/MRT) was deployed to Portland Oregon, as part Operation Restoring Law and Order in Portland. I was specifically at 4310 S Macadam Ave in protection of the Immigration Customs Enforcement (ICE) building. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

Throughout the day, while performing my duties to maintain public safety and support law enforcement operations and despite the multiple times that Federal Protective Services (FPS) gave the proclamation to disperse via loudspeaker. I encountered multiple instances of violent behavior directed at myself, fellow Border Patrol agents and other federal Officers.  The crowd engaged in blocking the ICE Detention Facility, attempting to breach the gate, to include throwing rocks, water bottles, glass bottles and other dangerous projectiles at our position including blocking the entrance  with a large industrial trash bin, scoters and random objects, posing an immediate threat to our safety and make in it impossible to exit or enter the facility through the main gate and hindering our ability to maintain order. These incidents occurred at various points during the operation, necessitating the use of less-than-lethal force to protect myself, other agents.

In response to these threats, and in compliance with CBP Use of Force Policy, I approximately deployed the following hand thrown munitions: six triple chasers, four instantaneous blast/CS, two CS and one Stinger (s430326), totaling approximately 13 hand thrown munitions.

At approximately 6: 30 pm. We formed a line to go outside the gate and clear the driveway and remove all debris to include the large trash bin. After several attempts, we were not able to open the gate so we exited from the side gate prior to exiting, I deployed a triple chaser in order to push the crowed back and create a safer area  for the agents, upon exiting the crowed remained violent by throwing water bottles debris to include our deployed hand thrown munitions and throwing it at us. At that time, I made the determination of deploying a second triple chaser to push the crowd further back into the street and disperse. Once the driveway was cleared and the crowd momentarily dispersed, we returned to safety of the facility. No injuries were observed or reported from my deployments.

At approximately 7:30 pm the crowd returned to block the facilities driveway posting an immediate threat to agents' safety and facility access; FPS gave the proclamation to disperse via loudspeaker, the crowd did not comply, after a reasonable time we formed a line to go outside the gate and clear the driveway. The gate opened and as we pushed forward, the crowd remained violent by throwing water bottles and random objects at us,
In response, I deployed one instantaneous blast/CS hand-thrown munition towards the most aggressive elements of the crowd. The deployment of this munition created a temporary dispersal effect, pushing the crowd back from the immediate vicinity of the gate and driveway. This allowed agents to safely advance and clear the driveway. Once the driveway was cleared and the immediate threat was mitigated, we returned to the safety of the facility. No injuries were observed or reported from my deployment.

At approximately 8:00 pm the crowd returned to block the facilities driveway posting an immediate threat to agents' safety and facility access; FPS gave the proclamation to disperse via loudspeaker, the crowd did not comply, after a reasonable time we formed a line to go outside the gate and clear the driveway. The gate opened and as we pushed forward, the crowd remained violent by throwing water bottles and random objects at us,
In response, I deployed two instantaneous blast/CS hand-thrown munition towards the most aggressive elements of the crowd, the crowd persisted in its violent behavior so, I then deployed one CS. The deployment of this munition created a temporary dispersal effect, pushing the crowd back from the immediate vicinity of the gate and driveway. This allowed agents to safely advance and clear the driveway. Once the driveway was cleared and the immediate threat was mitigated, we returned to the safety of the facility. No injuries were observed or reported from my deployment.

At approximately 8:50 pm the crowd returned to block the facilities driveway, posting an immediate threat to agents' safety and facility access; FPS gave the proclamation to disperse via loudspeaker, the crowd did not comply, after a reasonable time we formed a line to go outside the gate and clear the driveway. The gate opened and as we pushed forward, the crowd remained violent by throwing water bottles and random objects at us,
In response, I deployed two instantaneous blast/CS hand-thrown munitions towards the most aggressive elements of the crowd, the crowd persisted in its violent behavior so, I then deployed one triple chaser. The deployment of this munition created a temporary dispersal effect, pushing the crowd back from the immediate vicinity of the gate and driveway. This allowed agents to safely advance and clear the driveway. Once the driveway was cleared and the immediate threat was mitigated, we returned to the safety of the facility. No injuries were observed or reported from my deployment.

At approximately 9:45 pm the crowd returned to block the facilities driveway, posting an immediate threat to agents' safety and

facility access; FPS gave the proclamation to disperse via loudspeaker, the crowd did not comply, after a reasonable time we formed a line to go outside the gate and clear the driveway. The gate opened and as we pushed forward, the crowd remained violent by throwing water bottles and random objects at us,

In response, I deployed one instantaneous blast/CS hand-thrown munitions towards the most aggressive elements of the crowd, the crowd persisted in its violent behavior so, I then deployed one triple CS and one stinger. The deployment of this munition created a temporary dispersal effect, pushing the crowd back from the immediate vicinity of the gate and driveway. This allowed agents to safely advance and clear the driveway. Once the driveway was cleared and the immediate threat was mitigated, we returned to the safety of the facility. No injuries were observed or reported from my deployment.

At approximately 22:50 pm the crowd returned to block the facilities driveway, posting an immediate threat to agents' safety and facility access; FPS gave the proclamation to disperse via loudspeaker, the crowd did not comply, after a reasonable time we formed a line to go outside the gate and clear the driveway. The gate opened and as we pushed forward, the crowd remained violent by throwing water bottles and random objects at us,

In response, I deployed one triple chase hand-thrown munition towards the most aggressive elements of the crowd, the crowd persisted in its violent behavior so, I then deployed two triple chasers. The deployment of this munition created a temporary dispersal effect, pushing the crowd back from the immediate vicinity of the gate and driveway. This allowed agents to safely advance and clear the driveway. Once the driveway was cleared and the immediate threat was mitigated, we returned to the safety of the facility. No injuries were observed or reported from my deployment.

Due to rapidly evolving situation, there were some instances where there was delay in turning on the body worn camera.

The deployment of these projectiles effectively disrupted hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters for a period of time. My Body Worn Camera (BWC) captured parts of the incident. The following are the Evidence Serial Number: ███████████████████████████████.

**Narrative of ###############**

On January 24, 2026, I was deployed to Portland, Oregon from the ██████ Border Patrol Sector for "Operation Oregon Support". At approximately 8:00 pm, my team of Mobile Response Team (MRT) agents and I responded to The Immigration and Customs Enforcement (ICE) office building located at 4310 S Macadam Avenue, Portland, Oregon. The ICE building had been besieged by upwards of approximately 500 hostile protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Protesters were damaging the exterior of the building by striking the exterior closed-circuit cameras and attempting to break the plywood that had been tacked up to protect the glass windows. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles and other hard objects.

At approximately 9:30 pm, my six-man team and federal law enforcement personnel from multiple agencies arranged ourselves into a Mobile Field Force (MFF) formation and pushed out the front of the building to move the crowd back off federal property and onto Macadam Avenue. Immediately upon exposing ourselves to the crowd, we were pelted by projectiles from unknown assaultive protesters within the crowd. I responded by tossing hand thrown less lethal chemical munitions at the location from where the incoming projectiles originated. When I threw the initial munitions, it cleared a lot of the crowd out, but assaultive protesters remained behind and continued to throw objects at us. I responded and continued throwing the remaining hand tossed munitions I had on me. In total, I threw an assortment of six munitions during this engagement. The six munitions included an assortment of four hand-thrown CS munitions (commonly referred to as tear gas) and two hand-thrown smoke munitions. After a few minutes, our formation withdrew back into the interior of the ICE building and continued to monitor the crowd.

At approximately 10:30 pm, my team and federal law enforcement personnel formed up again and pushed out to move the remaining protesters off federal property and stop them from damaging the ICE building. This engagement happened much like the previous engagement except the crowd had thinned out and now we were facing approximately 150-200 protesters. Protesters threw objects at us, and I responded by throwing six munitions. The six munitions I threw again included an assortment of four CS munitions and two smoke munitions. After a few minutes, we withdrew back into the courtyard of the ICE building.

Over the rest of the night, I got into a formation with other law enforcement personnel and pushed out to move the crowd two

more times. I did not throw any munitions or use force on these two occasions or at any time during the night and my team left the ICE building at approximately 1:30 am.

**Narrative of ############**

I am a Mobile Response Team (MRT) Agent assigned to the U.S. Border Patrol, █████ Sector MRT. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol rough duty uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On January 24, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted Mobile Field Force (MFF) operations to clear the ICE facility driveway in Portland, Oregon, to remove aggressive protestors from federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is always visible to individuals in the area.

At approximately 8:00PM, my MRT team responded to the Portland ICE facility.  The facility was besieged by approximately 500 hostile protestors.  The protesters were trespassing on the clearly marked ICE facility property despite multiple commands and warnings to leave.  Protesters were damaging the exterior of the building by throwing objects at the exterior closed-circuit cameras and attempting to break the plywood that had been tacked up to protect the glass windows. Many of the protesters were wearing gas masks, body armor and helmets. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles, paint, and other objects.

At approximately 9:30PM, my six-man team and federal law enforcement personnel from multiple agencies arranged ourselves into a Mobile Field Force (MFF) formation and walked out the front of the building to move the crowd back off federal property and onto Macadam Avenue. Immediately upon opening the gate and exposing ourselves to the crowd, we were pelted by projectiles from unknown assaultive protesters within the crowd. I responded by tossing hand thrown less lethal chemical munitions at the general location from where the incoming projectiles originated. In total, I threw approximately two munitions during this engagement. The two munitions deployed were hand-thrown CS munitions. After approximately five minutes, our formation withdrew back into the ICE building and continued to monitor the crowd.

Over the rest of the night, I got into MFF formations with other law enforcement personnel and pushed out to move the crowd three more times. I did not throw any munitions or use force on these occasions or at any time during the rest of the night.  At approximately 1:30AM, the crowd had dispersed and my team and I left the ICE facility.

Body camera evidence number: ████████████████ .

**Narrative of ##################**

Supervisory Border Patrol Agent (SBPA), ███████████

On January 24, 2026, I was assigned as a Mobile Response Team (MRT) Team Leader (TL) in support of security operations at the Federal ICE facility located at 4310 SW Macadam Avenue, Unit 206, Portland, OR. 97239. I was in full rough duty MRT uniform, body armor, body worn camera, and all agency patches fully visible. At the time of the event, I was assigned a 40 Millimeter (40MM) Less Lethal Munitions Laucher. I had CS gas, muzzle blast, and smoke munitions for the 40 MM. In addition to the 40MM, I had various hand thrown less lethal munitions to include pocket tactical smoke, tri-chamber CS gas (Chlorobenzalmalononitrile), and instantaneous blast.

Upon arriving at the Ice facility, we were met by a large crowd both in the street and attempting to block the entrance of the driveway. At the time the crowd size was estimated to be close to one hundred to two hundred agitated protesters. They were screaming at us and banging on our vehicle and windows with their fist and other objects. I could clearly here them shouting "Kill yourselves! Get the fuck out of here! Fuck ICE! Fuck you!". Across the street from the ICE facility one person had set up a loud portable sound system. That person used the system to continue to shout at and threaten agents and officers in facility that they

would see us "Hang at the gallows", among other continued obscenities.  Others in the crowd used bullhorns to shout obscenities and threats saying, "We will find you and your families and kill you!".

At approximately 5:20 pm., a larger crowd was observed approaching the facility. The crowd entered the driveway of the facility and well across the large blue line at the entrance of the drive that clearly marks the boundary between city and federal property. The crowd was completely blocking the driveway at this point. The crowd then used various items to barricade the agents and officers inside the facility by ramming a large commercial waste receptacle against the gate and jamming sticks, pipes and electric scooters into the gate. At this point MRT agents and other Department of Homeland Security (DHS) Officers began preparing to address the issue with the protesters at the gate. At this time, I activated my body worn camera. All body worn camera recordings were uploaded into the Enforcement Action Statistical Analysis and Reporting system (E-STAR) event number ███ 26386.

Announcements declaring the assembly to be an unlawful assembly and instructions to depart the area were played over a long range acoustic device (LRAD) to the crowd. The crowd continued to ignore the announcements. The crowd continued to chant "ICE out of Portland!", "Shame! Shame!" and "Fuck ICE!", while banging on drums and the fence. At approximately 5:30p.m., I notified, Supervisory Border Patrol Agent Samuel Sarcadi to inform him of the developing situation and to request additional units at my location. I also checked the video surveillance cameras and could see a large mass of people in the driveway and pouring out into the street. I confirmed with the lead Federal Protective Service (FPS) Officer that he did in fact want additional units to respond, then informed him that I had additional units in route to our location. During this time, part of the crowd assembled on the side for building near the train tracks and were using strobe lights, to disrupt our vision. The chanting and shouting were continuous.

At approximately 6:00 pm, I observed an officer deploying a pepper ball launcher for area saturation at the gate, to get the protestors to back away from the gate. At this time, I deployed a pocket tactical smoke for area denial from the gate. I observed people in the crowd use what appeared to be large pieces of carboard to fan the smoke back towards our direction. The crowd then moved back towards the gate, while chanting "We want to kill you!".

At approximately 6:35 pm, officers attempted to open the gate to push the crowd back off of federal property. I could see that the crowd had temporarily disabled the gate with all various items that they jammed up against the fence. The initial attempt to open the gate was unsuccessful. At approximately 6:35 pm, we made our way out to the driveway through a side door. I deployed a hand thrown tri-chamber CS chemical munition towards the direction of the crowd for area denial to the driveway. Some in the crowd began to fan the cloud of CS back towards our direction, others out of my view, threw spent CS cannisters back at us. At approximately 6:36 pm, I observed an individual moving to kick another cannister back at me, I then deployed a 40MM muzzle blast towards the individual's direction. The crowd continued to shout, and I could see one person aiming a strobe light in my direction. Once we observed that the crowd was no longer on federal property, electric scooters were removed from one of the entry ways to the facility, and then we returned back inside the gate.

At approximately 6:41 pm, we pushed back out to driveway and provided security for officers to collect sticks and other debris from the driveway. The shouting continued "Fuck you!" "Murderers!" "You fucking cowards!". We then returned to our position back inside the gate. At approximately 6:54 pm, additional BORTAC and MRT units arrived at our location.

At approximately 9:40 pm, another push outside the gate was made to push the group back again. The violent protesters were observed throwing glass bottles and other debris in the drive way to pose a hazard to agents and officers. They were also observed trying to disable the security cameras. I deployed a hand thrown instantaneous blast and a tri-chamber CS for area denial and safety of agents and officers.

At approximately 9:55 pm, another push was made by agents and officers outside the gate to push the group back. Other agents and officers deployed hand thrown munitions to push the group back. This again created a large plume of smoke and CS. As the smoke was coming back towards my direction, I observed part of the group gathering not far from my location. I deployed an instantaneous blast for area denial and safety of myself, officers and agents.

At approximately 10:40 pm, another push was made to provide security for officers to clear the driveway of the glass and debris the protesters had thrown at the driveway. I deployed a 40MM smoke to deter protesters from getting closer to the officers and agents, as the large group had been aggressive throughout the night.

It should be noted that during the chaotic encounters with the angry mob of protesters, my body worn camera was not activated in time for some of the encounters.

**Narrative of ###############**
Border Patrol Agent ███████████ – BORTAC

On January 24, 2026, I Border Patrol Agent ███████████, was assigned to a Quick Reaction Force in support of operations at the Immigration and Customs Enforcement (ICE) Field Office in Portland, Oregon. I was issued an FN 303 less-lethal device and provided elevated visual observation and less-lethal/ lethal coverage for agents from the roof of the ICE building.

Throughout the day, approximately two hundred to three hundred individuals gathered in the driveway and street area, yelling threats and profanities, blocking access, and using shields and objects to counter munitions. Occupying the front driveway on federal property has been known tactic used to provoke confrontation and block vehicle access.

At approximately 7:30 p.m., individuals crossed onto clearly marked federal property, past blue line reading "Government Property, Do Not Block", and attempted to damage a small building on the east side of the property and a mounted security camera. Agents exited the main gate to disperse the crowd. The crowd refused to comply with Long-Range Acoustic Device (LRAD) announcements and became aggressive. CS gas (potent chemical irritant) and smoke were deployed. I observed multiple individuals attempting to retrieve burning canisters and hard objects to throw at agents. From distances of approximately twenty feet to forty feet, I deployed the FN 303 multiple times, firing one to five projectiles per iteration to saturate the area with PAVA powder (NON-Lethal irritant). From approximately twenty-five feet, I struck one individual in the thigh region as he intended to pick up a canister from the ground the kinetic impact prevented the individual from picking up the canister. From approximately thirty feet, I struck another individual in the torso area with approximately two to three projectiles, which did not prevent the throw. Approximately fifteen projectiles were deployed. After this situation, I realized my Body-worn camera had run out of battery.

At approximately 7:55 p.m., the crowd again moved onto federal property despite LRAD announcements. Agitators used bullhorns to direct the crowd to remain together. Agents exited the gate and deployed CS gas and smoke. I observed individuals attempting to retrieve canisters and other objects like water bottles to throw at agents. On approximately two to five FN 303 deployments, from approximately twenty feet to forty feet, I fired one to five projectiles, striking three individuals in the thighs and legs area and also to saturate the area with PAVA powder, causing individuals to drop objects and retreat. Approximately fifteen projectiles were deployed during this event.

At approximately 9:00 p.m., individuals once again moved onto federal property and blocked the driveway, LRAD announcements were made and agents exited to disperse the crowd. CS gas was deployed and several individuals attempted to retrieve burning canisters to throw at agents. From approximately 40 feet, I deployed the FN 303 multiple times, launching three to five projectiles per deployment to saturate the area with PAVA powder. Approximately fifteen projectiles were deployed.

At approximately 9:45 p.m., LRAD announcements were made again and gents exited to clear the driveway. CS gas was deployed again, and individuals attempted to retrieve the canisters. From distances of approximately thirty to seventy feet, I deployed the FN 303 several times firing two to five projectiles per iteration to saturate the area with PAVA powder.

No injuries to officers or agents were observed or reported and no injuries were reported by individuals in the crowd. All less-lethal deployments were reported to Supervisory Border Patrol Agent ███████████.

**Narrative of ###############**
Border Patrol Agent ███████████ -BORTAC

On January 24, 2026, I, Border Patrol Agent ███████████ was part of a Quick Reaction Force team, assigned to deploy in support of operations at the Portland, Oregon, Immigration and Customs Enforcement (ICE) Field Office.  I was assigned the FN 303 less-lethal device for my shift.  At the time of the incident, I was providing visual, less lethal and lethal coverage for agents

on the ground from an elevated position on top of the ICE building.

Throughout the course of the day, a large group of people had gathered in the driveway area of the property and were creating an unsafe situation for agents and protesters alike. The crowd in total numbered approximately two-hundred to three-hundred people, and the majority of them had gathered in the driveway and street directly in front of the building. The individuals were holding up their middle fingers at agents, banging on loud objects and yelling things like "Fuck ICE, Kill yourselves, We all hate you!" Several of them were carrying objects to be used as shields against launched and hand-thrown munitions. They also had objects used to defeat the effectiveness of munitions like traffic cones and plastic buckets.
Over the course of the last several months, the rioters that routinely gather outside the building have noticed the best way to guarantee a physical confrontation with the police is to occupy the front driveway area, which is Federal property, and refuse to move for vehicles arriving at and leaving the facility.

At approximately 7:30 p.m., the crowd had encroached onto the federal property and were attempting to damage the building. This area is now marked with a clearly visible blue line painted on the ground that reads "GOVERNMENT PROPERTY, DO NOT BLOCK." They were attempting to kick in the door to the small building located on the East side of the property, and trying to damage the security camera mounted to the wall on the same building. Agents and Officers moved through the main vehicle gate to the facility in an attempt to disperse the crowd that was trespassing and causing damage to the building.

As agents made contact with the crowd, they immediately became violent. They refused to move and made it clear that they did not intend to comply with verbal orders given over the Long-Range Acoustic Device (LRAD) to vacate the area. Their yelling and physical posture became more aggressive, with them condensing closer together in the driveway signaling their intent to remain.

Agents deployed munitions including CS gas and smoke into the crowd in order to get them to disperse. On several occasions I observed rioters attempting to recover the burning canisters and other hard objects like water bottles and rocks to throw at agents. On each of these occasions, I deployed the FN 303 less lethal device in one iteration each, launching from one to five projectiles at a distance ranging from twenty to seventy-five feet. Each time saturating the area around them with PAVA powder, a chemical irritant, to stop them from throwing objects. These deployments were both effective and ineffective at times to prevent them from trying to assault agents.

At one point during this altercation, I observed an individual attempt to pick up a canister to throw at agents and, as he did, reach his arm back initiating a throwing motion. Upon seeing this, from a distance of approximately forty feet, I deployed the FN 303 less lethal device in one iteration, launching one projectile, making kinetic impact with the individual in the center chest area of the body. He was unable to complete the throwing motion, and the canister fell short of agents on the ground.

A few minutes later, as agents were making their way through the gate back inside the parking lot of the property, I observed an individual moving forward up the driveway onto federal property to retrieve what to me appeared to be a water bottle. His arm reached back in a throwing motion to throw the object at agents inside. At that point, from a distance of approximately twenty-five feet, I deployed the FN 303 less lethal device in one iteration, launching approximately three projectiles, making kinetic impact with the individual in the torso area of the body. The kinetic impact proved ineffective, and he was able to throw the object at agents and officers.

Due to the hostile and rapidly evolving nature of the situation, I was unable to activate my body-worn camera for this event. In total during this incident, I launched approximately thirty projectiles.

Shortly after returning inside the facility, the rioters repositioned themselves back onto the federal property with the intention of trespassing. At approximately 7:55 p.m., LRAD announcements were again given ordering the rioters to move off the federal property as this is illegal. Agitators with bullhorns started giving orders to the crowd to "Stay together, stay tight!" and "Hold the line!" These were deliberate instructions for people in the crowd to be violent with agents on the ground.

Agents and officers again exited the gate with the intention of dispersing the crowd beyond the line of the federal property. They deployed munitions including CS gas and smoke into the crowd in order to get them to disperse. On several occasions I observed rioters attempting to recover the burning canisters and other hard objects like water bottles and rocks to throw at

CBP_ExD_72

agents.  On three of these occasions, I deployed the FN 303 less lethal device in one iteration each, launching from one to two projectiles at a distance ranging from forty to sixty feet, making kinetic impact with the individuals in the torso area of the body, to stop them from throwing objects.

On six other occasions, from a distance of approximately forty to sixty-five feet, I deployed the FN 303 less-lethal device in one iteration each, launching from one to seven projectiles saturating the area around the subjects with PAVA powder, a chemical irritant, to stop them from throwing hard objects at agents.  The subjects dropped what was in their hands and ran away from the area.

In total during this incident, I launched approximately twenty-five projectiles.

This incident was captured on Body-Worn Camera ref. ███████

At approximately 9:00 p.m., LRAD announcements were made for individuals to leave the area.  Agents and officers again exited the facility in an attempt to disperse the crowd that was trespassing on federal property.  As they made their way down the driveway, they deployed munitions like CS gas in order to disperse the crowd.  The crowd moved away in a chaotic fashion, moving in all directions.  On several occasions individuals attempted to pick up still-burning canisters to throw them back at agents.  On each occasion, from a distance of approximately thirty feet, I deployed the FN 303 less-lethal device, launching three to five projectiles each time, saturating the area around them with PAVA powder, a chemical irritant, to stop them from throwing hard objects at agents.  The results of the deployments were mixed, with some successfully deterring the rioters from dropping the objects and other times unsuccessfully.

In total during this event, I launched approximately ten projectiles.

Due to the hostile and rapidly evolving nature of the situation, I was unable to activate my body-worn camera for this event.
At approximately 9:45 p.m., LRAD announcements were again made for individuals to leave the area.  Agents and officers again exited the facility in an attempt to disperse the crowd that was trespassing on federal property.  As they made their way down the driveway, they deployed munitions like CS gas in order to disperse the crowd.  The crowd moved away in a chaotic fashion, moving in all directions.  On several occasions individuals attempted to pick up still-burning canisters to throw them back at agents.  On each occasion, from a distance of approximately forty to seventy feet, I deployed the FN 303 less-lethal device, launching three to five projectiles each time, saturating the area around them with PAVA powder, a chemical irritant, to stop them from throwing hard objects at agents.  The results of the deployments were mixed, with some successfully deterring the rioters from dropping the objects and other times unsuccessfully.

No individuals in the crowd reported any injuries during my less lethal munition deployments.

Following each event that night, I reported all less lethal munition deployments to Supervisory Border Patrol agent ███████
███████

# FILE ATTACHMENTS

# STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| ######### | ################### | 01/28/2026 04:54 | |
| ######## | ############### | 01/28/2026 17:38 | ####################################################### |

| ######### | #################### | 01/29/2026 00:45 | |
|---|---|---|---|
| ######## | ############### | 01/29/2026 01:41 | ################################################### |
| ######### | #################### | 01/29/2026 01:59 | |
| ######## | ############### | 01/29/2026 02:13 | |
| ######## | ################# | 01/30/2026 13:16 | ############# |
| ######### | #################### | 01/31/2026 21:03 | |
| ######## | ############### | 02/03/2026 18:20 | |

# Exhibit E



CBP_ExE_1



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ∪ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** ████████████████ #26392
**Title:** Mass Encounter/UOF/Less Lethal Deployment
**Shift start date/time:** 01/25/2026 16:00
**Shift end date/time:** 01/26/2026 02:00

**Type:** S Assault against CBP personnel  S Reportable use of force  ❏ FTY/Vehicle pursuit by a CBP employee
 ❏ Unintentional firearm discharge  ❏ Intentional firearm discharge

**Was this a mass encounter incident?** ∪ Yes  ○ No
 **CBP Reporting Organizations:**
 S U.S. Border Patrol Location: U.S. Border Patrol / Special Operations Group
 ❏ Air and Marine Operations
 ❏ Office of Field Operations

**Created by:** ##################
**Last updated by:** ###############
**Reviewer:** ###############

**Creation date/time:** 01/26/2026 01:28
**Last updated date/time:** 01/29/2026 23:13
**Date reviewed:** 01/29/2026

## RELATED SYSTEMS: 4

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ∪ Yes  ○ No

| IDVRS Evidence Serial Numbers: 4 |
| --- |
| ##### |
| ##### |
| ##### |
| ##### |

| Related system(s): 0 | Related document ID |
| --- | --- |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
| --- | --- |
| **Reporting organization:** | |
| CBP | USBP |
| **Other involved organizations:** | |
| CBP | OFO |

**Were additional units/ CBP Components/ external agencies involved?** ∪ Yes  ○ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Blaine Sector / ▉▉▉▉ Station
    **Landmark:** BLH GENERAL AREA, NON-SPECIFIC
**Country/international waters:** United States of America
    **Address:**
        **Street:** 4310 SW Macadam Ave Unit 206B
        **City:** Portland    **State:** OREGON    **Zip:** 97239
**Incident coordinates:**
    **Latitude:** ########
    **Longitude:** ##########
**Setting:** ○ Indoors   ∪ Outdoors

    **Outdoor setting:** ∪ On land   ○ In water (standing or swimming)   ○ On water (in vessel)   ○ In the air
**Description of the premises/location:** Federal Building/Ice Facility
**Environmental factors:**

    **Weather:** S Dry ❏ Raining ❏ Snowing ❏ Flooding ❏ Windy ❏ Storm ❏ Haze/blowing dust ❏ Fog ❏ Other

    **Illumination:** ❏ Daylight S Dark ❏ Dawn ❏ Dusk S Good lighting ❏ Poor lighting ❏ Night vision aided ❏ Other
    **Estimated temperature (Fahrenheit):** 32

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| ############## | Supervisory Border Patrol Agent/BORTAC | Radio | 01/25/2026 |

**Other authorities notified (external to CBP):** ❏ Federal ❏ Tribal ❏ State ❏ Local ❏ Foreign

## EMPLOYEES: 6

**Name:** ################

    **Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
    **CBP employee series or role:** #####
    **Service EOD:** ##########
    **Duty location or detail/TDY location during the incident:** Blaine Sector / ▉▉▉▉ Station
    **Duty (or detail/TDY) location EOD:** ##########
    **Duty status at the time of the incident:** ∪ On duty   ○ Off duty
        **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** # years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | S FITP | S LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes   ○ No

**Attire:** ∪ Uniform   ○ Plain clothes

**Was ################ assaulted?** ○ Yes   ∪ No

**Did ################ use reportable force?** ∪ Yes   ○ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Triple Chaser CS Canister

CBP_ExE_3

**Device description/comments:** Triple Chaser CS

**Estimated use of force date/time (local):** 01/25/2026 20:30

**Posture:** Ⴝ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 60 feet

**Approximately how many munitions did you deploy?** 4

**Collateral contamination occurred:** ∪ Yes  ○ No  ○ Unknown  ○ Not applicable

**Time needed for decontamination (in minutes):** ∪ 0 to 10  ○ 11 to 20  ○ More than 20

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| Ⴝ Protect self | Ⴝ Protect co-worker | ❏ Protect innocent 3rd party |
| Ⴝ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| Ⴝ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ################ injured?** ○ Yes  ∪ No

---

**Name:** #####################

**Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** Blaine Sector / ████████ Station

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty  ○ Off duty

**Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** ## years # months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | Ⴝ LLITP (IFITP) | Ⴝ MFF |
| Ⴝ MRT | ❏ PITP | ❏ SRT | Ⴝ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

---

**Was ##################### assaulted?** ○ Yes  ∪ No

---

**Did ##################### use reportable force?** ∪ Yes  ○ No

**Force type:** Less-lethal Device

**Device:** PLS (PepperBall Launching System)

**Device type:** PAVA (area saturation)

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| Ⴝ Protect self | Ⴝ Protect co-worker | ❏ Protect innocent 3rd party |
| Ⴝ Protect non-CBP officer/agent | Ⴝ Effect an arrest or detention | ❏ Prevent escape |
| Ⴝ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Usage 1**

**Estimated use of force date/time (local):** 01/25/2026 20:05

**Posture:** Ⴝ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 30 feet

**Approximately how many volleys did you deploy?** 6

**Approximately how many projectiles did you deploy?** 6

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

**Usage 2**

CBP_ExE_4

**Estimated use of force date/time (local):** 01/25/2026 20:30

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 35 feet

**Approximately how many volleys did you deploy?** 3

**Approximately how many projectiles did you deploy?** 17

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

---

**Was ##################### injured?** ○ Yes  ∪ No

**Name:** ################

**Gender:** Male     **Age:** ##     **Height:** ######     **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Blaine Sector

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty  ○ Off duty

**Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** ## years # months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | S LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

---

**Was ################ assaulted?** ○ Yes  ∪ No

---

**Did ################ use reportable force?** ∪ Yes  ○ No

**Force type:** Less-lethal Device

**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

**Device type:** Hand-Thrown Munitions - Chemical

**Munition type:** Triple Chaser CS Canister

**Device description/comments:** Triple Chaser is used in riot control to stop violent behaviors and disperse violent crowds

**Estimated use of force date/time (local):** 01/25/2026 20:30

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 10 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ################ injured?** ○ Yes  ∪ No

**Name:** ################

**Gender:** Male     **Age:** ##     **Height:** #####     **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** Blaine Sector / ███████ Station

CBP_ExE_5

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ⋃ On duty   ◯ Off duty

    **Activity:**  Border Patrol Tactical Unit (BORTAC)

---

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:**  ## years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | S BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?**  ⋃ Yes   ◯ No

**Attire:**  ⋃ Uniform   ◯ Plain clothes

---

**Was ############### assaulted?**  ⋃ Yes   ◯ No

---

**Did ############### use reportable force?**  ⋃ Yes   ◯ No

    **Force type:**  Less-lethal Device
    **Device:**  LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:**  Hand-Thrown Munitions - Chemical
    **Munition type:**  Instant Blast Powder Grenade CS
    **Device description/comments:**  instantaneous blast cs
    **Estimated use of force date/time (local):**  01/25/2026 20:30

    **Posture:**  S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
    **Estimated distance:**  25 feet
    **Approximately how many munitions did you deploy?**  1
    **Collateral contamination occurred:**  ◯ Yes  ◯ No  ⋃ Unknown  ◯ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?**  ◯ Yes  ⋃ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | S Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

    **Force type:**  Less-lethal Device
    **Device:**  LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:**  40MM Less-lethal Munitions - Chemical
    **Munition type:**  40MM Skat Shell CS
    **Device description/comments:**  cs skat shells
    **Estimated use of force date/time (local):**  01/25/2026 20:30
    **Posture:**  S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
    **Estimated distance:**  25 yards
    **Approximately how many munitions did you deploy?**  7
    **Collateral contamination occurred:**  ◯ Yes  ◯ No  ⋃ Unknown  ◯ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?**  ◯ Yes  ⋃ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | S Protect innocent 3rd party |
| S Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ############### injured?**  ◯ Yes  ⋃ No

---

**Name:** ################

    **Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

CBP_ExE_6

**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Blaine Sector / ████████ Station
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ⋃ On duty    ◯ Off duty
    **Activity:** Border Patrol Tactical Unit (BORTAC)

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | S BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ⋃ Yes    ◯ No

**Attire:** ⋃ Uniform    ◯ Plain clothes

---

**Was ################ assaulted?** ◯ Yes    ⋃ No

---

**Did ################ use reportable force?** ⋃ Yes    ◯ No
    **Force type:** Less-lethal Device
    **Device:** FN303
    **Device type:** PAVA (area saturation)
    **Projectile type:** Orange projectiles
    **Estimated use of force date/time (local):** 01/25/2026 20:30
    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
    **Estimated distance:** 150 feet
    **Approximately how many volleys did you deploy?** 6
    **Approximately how many projectiles did you deploy?** 30
    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes    ⋃ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

    **Force type:** Less-lethal Device
    **Device:** FN303
    **Device type:** Kinetic impact
    **Projectile type:** Orange projectiles
    **Estimated use of force date/time (local):** 01/25/2026 20:30
    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
    **Estimated distance:** 60 feet
    **Approximately how many volleys did you deploy?** 1
    **Approximately how many projectiles did you deploy?** 1
    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes    ⋃ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ################ injured?** ◯ Yes    ⋃ No

---

**Name:** ###############

CBP_ExE_7

**Gender:** Male      **Age:** ##      **Height:** #####      **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Blaine Sector / ▉▉▉▉▉ Station
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty   ○ Off duty
        **Activity:** Border Patrol Tactical Unit (BORTAC)

---

**Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** ## years # months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | Ⓢ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ❏ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes   ○ No

**Attire:** ∪ Uniform   ○ Plain clothes

---

**Was ############### assaulted?** ○ Yes   ∪ No

---

**Did ############### use reportable force?** ∪ Yes   ○ No
        **Force type:** Less-lethal Device
        **Device:** FN303
        **Device type:** Kinetic impact
        **Projectile type:** Orange projectiles
        **Estimated use of force date/time (local):** 01/25/2026 20:30
        **Posture:** Ⓢ Standing   ❏ Kneeling   ❏ Prone   ❏ Other
        **Estimated distance:** 35 feet
        **Approximately how many volleys did you deploy?** 5
        **Approximately how many projectiles did you deploy?** 15
        **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes   ∪ No
        **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | Ⓢ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| Ⓢ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ############### injured?** ○ Yes   ∪ No

---

## SUBJECTS: 1

---

**Name:** MASS GROUP
        **Estimated number of individuals in the group:** 100
        **Group description (Composition, attire, etc.):** Large group of approximately 100+ individuals amassed in front of the Federal Ice facility. The group became increasingly more aggressive as the night progressed. Many in the group were wearing masks, respirators, face shields, homemade improvised body armor, and safety equipment. Some were using bullhorns to shout threats and demeaning messages to the agents on duty. The crowd was chanting things like "Fuck Ice!" Fascists Nuzzis!".
        **Was any member of this group wearing body armor?** ∪ Yes   ○ No   ○ Unknown
                **Estimated number of subjects wearing body armor:** 40
        **Group activity:**
                ❏ Illegal entry
                ❏ Uncooperative during encounter/inspection
                ❏ Failure to yield/heave to
                ❏ Checkpoint runner

---

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Group's current location and disposition if known:** A group of an estimated 100 violent protesters amassed at the federal ICE facility located at 4310 SW Macadam Avenue Unit 206B, Portland, OR. 97239. At approximately 10:30 pm, the group slowly dispersed from the area.

**Did any member of this group not listed as an individual subject assault a CBP employee?** ⋃ Yes  ◯ No

**Was any member of the group outside the US or its territories when committing the assault?** ◯ Yes  ⋃ No

**Weapon(s)/type of assault:**

**Assault method:** Projectile (other than rock)

**Projectile description:** Rocks, water bottles, glass bottles, and other debris

**Estimated assault date/time (local):** 01/25/2026 20:30

**Was reportable force used on any member of this group not listed as an individual subject?** ⋃ Yes  ◯ No

**Was any member of this group outside the US or its territories when this force was applied?** ◯ Yes  ⋃ No

## ASSAULTS: 1

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| ########## | Projectile (other than rock) - Rocks, water bottles, glass bottles, and other debris on 01/25/2026 20:30 | ############### | ⋃ Yes ◯ No | Not injured in this incident |

## USES OF FORCE: 9

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser CS on 01/25/2026 20:30 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks, water bottles, glass bottles, and other debris on 01/25/2026 20:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ####################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/25/2026 20:05 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks, water bottles, glass bottles, and other debris on 01/25/2026 20:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

| ##################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/25/2026 20:30 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks, water bottles, glass bottles, and other debris on 01/25/2026 20:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
|---|---|---|
| ################# | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser is used in riot control to stop violent behaviors and disperse violent crowds on 01/25/2026 20:30 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks, water bottles, glass bottles, and other debris on 01/25/2026 20:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Instant Blast Powder Grenade CS - instantaneous blast cs on 01/25/2026 20:30 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks, water bottles, glass bottles, and other debris on 01/25/2026 20:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Skat Shell CS - cs skat shells on 01/25/2026 20:30 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks, water bottles, glass bottles, and other debris on 01/25/2026 20:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################# | FN303 - PAVA (area saturation) - Orange projectiles on 01/25/2026 20:30 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks, water bottles, glass bottles, and other debris on 01/25/2026 20:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################# | FN303 - Kinetic impact - Orange projectiles on 01/25/2026 20:30 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks, water bottles, glass bottles, and other debris on 01/25/2026 20:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################ | FN303 - Kinetic impact - Orange projectiles on 01/25/2026 20:30 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Rocks, water bottles, glass bottles, and other debris on 01/25/2026 20:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ◯ Yes  ∪ No

**Did this incident result in collateral injury to a bystander?** ◯ Yes  ∪ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

**Narrative of ###############**

Border Patrol Agent ████████████████ BORTAC

On January 25, 2026, I, Border Patrol Agent ██████████████ was part of a Quick Reaction Force team, assigned to deploy in support of operations at the Portland, Oregon, Immigration and Customs Enforcement (ICE) Field Office. I was assigned the 40mm less-lethal projectile device for my shift. At the time of the incident, I was the designated assistant Team Leader (ATL) for BORTAC ground elements.

Throughout the course of the day, a large group of people had gathered in the driveway area of the property and were creating an unsafe situation for agents such as dumping glass and other debris in the driveway. Many in the crowd were observed throwing eggs at the surveillance cameras to obstruct the view and effectiveness of the camera operators. The crowd in total numbered approximately two hundred people, many of them had gathered in the driveway and street directly in front of the building. The individuals were holding up their middle fingers at agents, banging on loud objects and yelling things like "Fuck ICE, Kill yourselves, We all hate you!" Several of them were carrying objects to be used as shields against launched and hand-thrown munitions. They also had objects used to defeat the effectiveness of munitions like traffic cones and plastic buckets and leaf blowers.

Portland has a long history of rioters that routinely gather outside the building have developed an effective way to guarantee physical confrontation with the police and to occupy the front driveway area, which is Federal property, and refuse to move for vehicles arriving at and leaving the facility.

At approximately 4:00p.m., our Quick Reaction Force (QRF) was requested to provide security to the ICE detention facility because a violent mob was obstructing the driveway and were becoming violently confrontational with Federal Protective Service officers (FPS).

At approximately 8:30 p.m., A violent mob began to obstruct the driveway by throwing debris and moving closer to the front gate past the clearly marked blue line that states federal property. Once the gates were opened, we attempted to clear the driveway of all obstructions as violent mob began to throw water bottles and glass projectiles at federal agents. I then immediately deployed one Instantaneous Blast CS(Chlorobenzalmalononitrile). The violent mob then began to get more aggressive stance on federal agents by throwing back the less lethal projectiles that were deployed to clear the area at which time I deployed seven 40MM CS Skat shells to provide officer safety and area denial to the violent mob. Once back in the safety of the ICE facility I informed Supervisory Border Patrol Agent (SBPA) ████████████ of my less lethal deployments. No injuries were observed or reported during my less lethal deployments.

During this deployment my issued body worn camera (BWC) was worn and in ready mode. After this emergency deployment and due to the chaotic evolving situation, an attempt was made to activate the BWC but was not successful as this deployment was not recorded.

**Narrative of #####################**

On January 25, 2025, I Border Patrol agent ██████████████, worked as a member of the support element with the Mobile Response Team (MRT) during a Portland, Oregon civil unrest assembly. I arrived at the Immigration Customs Enforcement (ICE) facility, located at 4310 S Macadam Ave in Portland, Oregon at approximately 4:00pm. I was wearing a rough duty green MRT uniform with all law enforcement identification patches visible.

Upon arrival at the Federal Building, I witnessed a group of approximately 35 individuals congregating at the driveway of the building. These individuals were screaming at law enforcement and positioned on the street outside of the driveway and sidewalks. As we drove in, the group split in the middle and allowed us to enter. Their posture was blocking access to the

building's entrance. This was a similar experience I had on January 24th, 2026, when I arrived at this facility. We gained entrance to the building and I began my workday.

The Federal Protective Service had given audible instructions to the crowd with a long range acoustic device to disperse and leave the area. These instructions were given periodically throughout the night. The number of agitators seemed to stay constant at about 40 people throughout the night. Several individuals within the crowd were throwing rocks and water bottles at law enforcement personnel. These individuals were also yelling slurs towards agents at this location. Some of the things I remember them saying were "Fuck Ice" and "You should kill yourself." At approximately 8:00p.m. I witnessed multiple instances where agitators in the crowd persistently crossed the limit line for the property of the facility. This "Blue Line" is marked by a 12-inch blue painted line on the driveway at the facility. At approximately 8:05pm I deployed multiple munitions through a pepper ball launching system (PLS) to assist in crowd control during this incident. I deployed the PLS to deter the agitators from accessing the property to destroy it or cause harm to the law enforcement working there. This deployment was placed in the direction of the people crossing the "Blue Line" onto the property. The impact of the pepper balls landed on the concrete approximately five feet in front of the agitators. I deployed six volleys of six projectiles. The deployment was carried out in compliance with agency policy and was intended to de-escalate a rapidly evolving and violent situation. This deployment of the munition stopped the individuals from crossing onto the property. After the effects of the deployments wore off, the aggression would start again. These agitators in the crowd throwing objects would come back.

At approximately 8:30p.m., law enforcement walked out of the facility in an attempt to clear the protestors and agitators from advancing on the property to cause violence to law enforcement or damage to the facility. As the law enforcement line approached the sidewalk connected to the driveway, the agitators had touched and grabbed the Federal Protective Service officers. This led to two individuals being arrested. During this event there were multiple people trying to attack or antagonize law enforcement trying to effect the arrest of these two assaultive agitators. I was able to identify one individual that was running toward law enforcement with an object in their hand. I deployed the PLS at the legs of this individual with five pepper balls being launched. I witnessed two of these connecting with the legs of this individual. This agitator fled the scene after my deployment of the PLS. Simultaneously, there were chemical munitions deployed by other agents towards this violent group of agitators. The entire street was full of clouds from the munitions. In-between these clouds, I could see law enforcement had two individuals on the ground about 15 feet apart from each other. The mob of violent agitators had encircled law enforcement. I was able to identify a second individual that was moving toward law enforcement. I deployed the PLS at the ground of this individual with approximately six pepper balls being launched. The effect of the PLS was ineffective. I was able to identify a third individual that was moving toward law enforcement. I deployed the PLS at the ground of this individual with five to six pepper balls being launched. The effect of the PLS was ineffective. These individuals remained at the scene antagonizing law enforcement as they were affecting the arrest of the two individuals. Law enforcement was able to move the two arrested subjects in handcuffs into the detention facility.

I was wearing my issued body worn camera. The stress of the situation caused me to forget to activate or re-activate my camera after being on the line and returning to the line after resting. Due to providing safety to myself and other law enforcement, I was unaware that the entire encounter was not recorded. I believed I made an attempt to have it recording for the entire duration of the encounter. I was able to record video on my body worn camera.

No injuries were observed from my deployment of the pepperball launching system.

I notified Supervisor Border Patrol Agent ███████████ of my deployment of the less lethal device after this event took place on January 25, 2026.

I left the facility at approximately 11:55p.m. in a caravan.

**Narrative of ################**

On January 25, 2026, I, ███████████ as part of the Mobile Response Team (MRT), Special Operations Detachment ███ ████ (SOD/MRT) was deployed to Portland, Oregon, as part of a multi-agency response to civil unrest. I was specifically at 4310 S Macadam Ave, Portland, OR 97239 in protection of the Immigration Customs Enforcement (ICE) building. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

At approximately 8:30 P.M., while performing my duties to maintain public safety and support law enforcement operations, I observed from the second story of the ICE facility multiple subjects advancing and pushing Agents/Officers trying to affect and

arrest. I then deployed a total of four Triple Chaser CS canisters to disperse the crowd. Multiple subjects began to throw or kick back deployed mentions at agents on the ground. Some suspects in the crowd were wearing provided Personal Protective Equipment (PPE) which caused the Triple Chasers to be ineffective as they continued to throw deployed munitions back at the agents with intentions of harming them. As the Agents made an arrest, they tactically moved back into the ice facility where it was safe. The crowd continued to yell and scream such things as "kill yourselves" and "fuck you motherfuckers" at the Agents/Officers. This incident occurred during the "Operation law and order in Portland", necessitating the use of less-than-lethal force to protect other Agents/Officers, and public safety personnel.

Portland has had a long history in violent and destructive protests. In response to these threats, and in compliance with CBP Use of Force Policy, I deployed the following less lethal projectiles, totaling four Hand Thrown Munitions (Triple Chaser CS).

The use of force was executed only after assessing the imminent danger and in accordance with my MRT/LLI training and CBP protocols for escalation and de-escalation.

The deployment of these projectiles effectively disrupted hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters for a period of time. My Body Worn Camera (BWC) captured parts of the incident. The following are the Evidence Serial Number: ███████

At the conclusion of my operational duties, approximately 12:00a.m., I provided a detailed debrief to SBPA ███████████ who is assigned to SOD/MRT and is my direct supervisor. My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order. No injuries were observed or reported from my deployment of any less lethal devices.

### Narrative of ################

On January 25, 2026, I, ███████████ as part of the Mobile Response Team (MRT), Special Operations Detachment ███ ███ (SOD/MRT) was deployed to Portland Oregon, as part Operation Restoring Law and Order in Portland. I was specifically at 4310 S Macadam Ave in protection of the Immigration Customs Enforcement (ICE) building. I was in a rough-duty Border Patrol uniform with all law enforcement identifiers clearly visible, in accordance with U.S. Customs and Border Protection (CBP) standards.

Throughout the day, while performing my duties to maintain public safety and support law enforcement operations and despite the multiple times that Federal Protective Services (FPS) gave the proclamation to disperse via loudspeaker. I encountered multiple instances of violent behavior directed at myself, fellow Border Patrol agents and other Federal Officers. The crowd engaged in blocking the ICE Detention Facility, to include throwing rocks, water bottles, glass bottles and other dangerous projectiles at our position, posting an immediate threat to our safety. These incidents occurred at various points during the operation, necessitating the use of less-than-lethal force to protect myself, other agents.

At approximately 8:30 pm we formed a line to clear the driveway. The gate opened and as we pushed forward, the crowd remained violent by throwing water bottles and random objects at us, during the movement an FPS officer encountered a subject who was not compliant with the order to disperse. This individual was then taken into custody by the FPS officer. Elements within the crowd continued their violent actions, attempting to impede the arrest of the subject by pushing the FPS officer from behind, In response, to the aggressive elements of the crowd deployed one triple chaser hand-thrown munition, Subsequently, one subject who persisted in impeding the FPS officer was placed under arrest. The deployment of this munition created a temporary dispersal effect, pushing the crowd back from the immediate vicinity of the gate and driveway. This allowed agents to safely advance and clear the driveway. Once the driveway was cleared and the immediate threat was mitigated, we returned to the safety of the facility. No injuries were observed or reported from my deployment.

The deployment of this projectile effectively disrupted hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters for a period of time. My Body Worn Camera (BWC) captured parts of the incident. The following is the Evidence Serial Number: ███████

CBP_ExE_13

**Narrative of ###############**
Border Patrol Agent [BLACK BAR] – BORTAC

On January 25, 2026, I Border Patrol Agent [BLACK BAR], was assigned to a Quick Reaction Force in support of operations at the Immigration and Customs Enforcement (ICE) Field Office in Portland, Oregon. I was issued an FN 303 less-lethal device and provided elevated visual observation and less-lethal/ lethal coverage for agents from the roof of the ICE building.

Throughout the day, approximately two hundred to three hundred individuals gathered in the driveway and street area, yelling threats and profanities, blocking access, and using shields and objects to counter munitions. Occupying the front driveway on federal property has been known tactic used to provoke confrontation and block vehicle access.

At approximately 8:30 p.m., protesters crossed onto clearly marked federal property, past blue line reading "Government Property, Do Not Block", blocking the main entrance and driveway to the facility. Verbal commands were issued over the Long-Range Acoustic Device (LRAD) ordering individuals to leave federal property and clear the entrance. The crowd refused to comply with LRAD announcements and became aggressive. Agents exited the facility through the main vehicle gate to clear the entrance and restore access. As agents made contact with the crowd CS gas (potent chemical irritant) and smoke were deployed, in an attempt to disperse individuals who were trespassing and refusing to comply with commands.
During this event, I observed two individuals attempting to retrieve deployed CS gas canisters with the intent to throw them back at agents on the ground. From a distance of approximately thirty five feet, I deployed the FN 303 using PAVA Powder (NON-Lethal irritant) projectiles in kinetic impact mode, striking both subjects in the thigh and lower legs area in order to stop the active throwing attempts.
Following this, from distances of approximately forty to fifty feet, I conducted area saturation with the FN 303 using PAVA powder projectiles, deploying additional projectiles to prevent further attempts to retrieve canisters and assault agents.
In total during this event, I deployed approximately fifteen FN 303 projectiles. Due to the fast evolving and hostile nature of the situation, my body-worn camera was not activated during this event.

No injuries to officers or agents were observed or reported and no injuries were reported by individuals in the crowd. All less-lethal deployments were reported to Supervisory Border Patrol Agent [BLACK BAR].

**Narrative of ###############**
Border Patrol Agent [BLACK BAR] -BORTAC

On January 25, 2026, I, Border Patrol Agent [BLACK BAR] was part of a Quick Reaction Force team, assigned to deploy in support of operations at the Portland, Oregon, Immigration and Customs Enforcement (ICE) Field Office. I was assigned the FN 303 less-lethal device for my shift. At the time of the incident, I was providing visual, less lethal and lethal coverage for agents on the ground from an elevated position on top of the ICE building.

Throughout the course of the day, a large group of people had gathered in the driveway area of the property and were creating an unsafe situation for agents and protesters alike. The crowd in total numbered approximately one hundred people, and the majority of them had gathered in the driveway and street directly in front of the building. The individuals were holding up their middle fingers at agents, banging on loud objects and yelling things like "Fuck ICE, Kill yourselves, We all hate you!" Several of them were carrying objects to be used to defeat the effectiveness of munitions like traffic cones and plastic buckets.

Over the course of the last several months, the rioters that routinely gather outside the building have noticed the best way to guarantee a physical confrontation with the police is to occupy the front driveway area, which is Federal property, and refuse to move for vehicles arriving at and leaving the facility.

At approximately 8:30 p.m., the crowd had encroached onto the federal property and were attempting to damage the building. This area is now marked with a clearly visible blue line painted on the ground that reads "GOVERNMENT PROPERTY, DO NOT BLOCK." They were attempting to damage the security camera mounted to the wall of the building and cause any other type of

damage they could.  After giving verbal commands through the Long-Range Acoustic Device to disperse, agents and officers moved through the main vehicle gate to the facility in an attempt to disperse the crowd that was trespassing and causing damage to the building.

As agents made contact with the crowd, they immediately became violent.  They began shouting louder and more violent statements like "We're never leaving," and "Fuck you!"  They refused to move and made it clear they did not intend to comply with the verbal orders given to vacate the area.  Their yelling and physical posture became more aggressive, with them condensing closer together near the driveway signaling their intent to remain.

Agents deployed munitions including CS gas and smoke into the crowd in order to get them to disperse.  On at least six occasions I observed rioters attempting to recover the burning canisters and other hard objects like water bottles and rocks to throw at agents.  On each of these occasions, I deployed the FN 303 less lethal device in one iteration each, launching from one to five projectiles at a distance ranging from thirty to one hundred fifty feet.  Each time saturating the area around them with PAVA powder, a chemical irritant, to stop them from throwing objects.  These deployments were both effective and ineffective at times to prevent them from trying to assault agents.

At one point during this altercation, I observed an individual attempt to pick up a canister to throw at agents and, as he did, reach his arm back initiating a throwing motion.  Upon seeing this, from a distance of approximately sixty feet, I deployed the FN 303 less lethal device in one iteration, launching one projectile, making kinetic impact with the individual in the thigh area of the body. He was unable to complete the throwing motion, and the canister fell short of agents on the ground.

This incident was captured on Body-Worn Camera ref. ███████████

In total during this incident, I launched approximately thirty projectiles.

No injuries were observed or reported to officers or agents during any of my less lethal munition deployments.

At approximately 8:45 p.m., I reported the deployment of the FN 303 to Supervisory Border Patrol agent ███████████

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| ######### | ################### | 01/29/2026 01:06 | |
| ######## | ############### | 01/29/2026 23:13 | |

CBP_ExE_15



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ∪ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** ████████████ -#26394
**Title:** Portland ICE Building Civil Disturbance
**Shift start date/time:** 01/25/2026 10:00
**Shift end date/time:** 01/26/2026 00:00

**Type:** S Assault against CBP personnel  S Reportable use of force  ❏ FTY/Vehicle pursuit by a CBP employee
❏ Unintentional firearm discharge  ❏ Intentional firearm discharge

**Was this a mass encounter incident?** ∪ Yes  ○ No
**CBP Reporting Organizations:**
❏ U.S. Border Patrol
❏ Air and Marine Operations
S Office of Field Operations Location: Office of Field Operations / Portland Field Operations

**Created by:** #################     **Creation date/time:** 01/26/2026 13:04
**Last updated by:** #################     **Last updated date/time:** 01/29/2026 10:57
**Reviewer:** ################     **Date reviewed:** 01/29/2026

## RELATED SYSTEMS: 5

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ∪ Yes  ○ No

| IDVRS Evidence Serial Numbers: 5 |
| --- |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |

| Related system(s): 0 | Related document ID |
| --- | --- |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
| --- | --- |
| **Reporting organization:** | |
| CBP | OFO |
| **Other involved organizations:** | |
| CBP | USBP |
| Other federal agency | FPS |

**Were additional units/ CBP Components/ external agencies involved?**

CBP_ExE_16

⊍ Yes  ◯ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations / Portland Field Operations
**Country/international waters:** United States of America
**Address:**
**Street:** 4310 SW Macadam Ave
**City:** Portland    **State:** OREGON    **Zip:** 97239
**Incident coordinates:**
**Latitude:** ########
**Longitude:** ##########
**Setting:** ◯ Indoors  ⊍ Outdoors

**Outdoor setting:** ⊍ On land  ◯ In water (standing or swimming)  ◯ On water (in vessel)  ◯ In the air
**Description of the premises/location:** Portland ICE Building
**Environmental factors:**

**Weather:** S Dry ❏ Raining ❏ Snowing ❏ Flooding ❏ Windy ❏ Storm ❏ Haze/blowing dust ❏ Fog ❏ Other

**Illumination:** ❏ Daylight S Dark ❏ Dawn ❏ Dusk S Good lighting ❏ Poor lighting ❏ Night vision aided ❏ Other
**Estimated temperature (Fahrenheit):** 30

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| ################ | Special Operation Supervisor | In-Person | 01/25/2026 |

**Other authorities notified (external to CBP):** ❏ Federal  ❏ Tribal  ❏ State  ❏ Local  ❏ Foreign

## EMPLOYEES: 3

**Name:** ################

**Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ⊍ On duty  ◯ Off duty
**Activity:** Special Operations

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** ## years # months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | S LLITP (IFITP) | S MFF |
| ❏ MRT | ❏ PITP | S SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ⊍ Yes  ◯ No

**Attire:** ⊍ Uniform  ◯ Plain clothes

**Was ################ assaulted?** ⊍ Yes  ◯ No

**Did ################ use reportable force?** ⊍ Yes  ◯ No
**Force type:** Less-lethal Device
**Device:** PLS (PepperBall Launching System)
**Device type:** Kinetic impact

CBP_ExE_17

**Estimated use of force date/time (local):** 01/25/2026 20:30

**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

**Estimated distance:** 20 yards

**Approximately how many volleys did you deploy?** 1

**Approximately how many projectiles did you deploy?** 5

**Was this force type used again within the same shift (a break-in-the-action)?** ⭕ Yes U No

**Reason(s) for this use of force:**

      S Protect self         S Protect co-worker        ❑ Protect innocent 3rd party

      S Protect non-CBP officer/agent ❑ Effect an arrest or detention  ❑ Prevent escape

      ❑ Overcome resistance     ❑ Stop vehicle        ❑ Vessel failure to heave to

      ❑ Animal euthanization     ❑ Other

---

**Was #################### injured?** ⭕ Yes U No

---

**Name:** ####################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** Office of Field Operations / ▮▮▮▮▮▮▮ Field Operations

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** U On duty ⭕ Off duty

    **Activity:** Special Operations

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years ## months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | S SRT | ❑ TATP | ❑ Other |

---

**Wearing body armor?** U Yes ⭕ No

**Attire:** U Uniform ⭕ Plain clothes

---

**Was #################### assaulted?** ⭕ Yes U No

---

**Did #################### use reportable force?** U Yes ⭕ No

    **Force type:** Less-lethal Device

    **Device:** PLS (PepperBall Launching System)

    **Device type:** PAVA (area saturation)

    **Estimated use of force date/time (local):** 01/25/2026 20:35

    **Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

    **Estimated distance:** 20 feet

    **Approximately how many volleys did you deploy?** 15

    **Approximately how many projectiles did you deploy?** 6

    **Was this force type used again within the same shift (a break-in-the-action)?** ⭕ Yes U No

    **Reason(s) for this use of force:**

        S Protect self         S Protect co-worker        ❑ Protect innocent 3rd party

        S Protect non-CBP officer/agent ❑ Effect an arrest or detention  ❑ Prevent escape

        ❑ Overcome resistance     ❑ Stop vehicle        ❑ Vessel failure to heave to

        ❑ Animal euthanization     ❑ Other

---

**Was #################### injured?** ⭕ Yes U No

---

**Name:** ###############

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

CBP_ExE_18

**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / ▓▓▓▓▓▓ Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty    ◯ Off duty
    **Activity:** Special Operations

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** # years ## months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | S FITP | S LLITP (IFITP) | S MFF |
| ❏ MRT | ❏ PITP | S SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes    ◯ No

**Attire:** ∪ Uniform    ◯ Plain clothes

---

**Was ############### assaulted?** ∪ Yes    ◯ No

---

**Did ############### use reportable force?** ∪ Yes    ◯ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Rubber Ball Grenade
    **Device description/comments:** Rubber Ball Grenade
    **Estimated use of force date/time (local):** 01/25/2026 20:30
    **Posture:** S Standing    ❏ Kneeling    ❏ Prone    ❏ Other
    **Estimated distance:** 3 yards
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ◯ Yes    ◯ No    ∪ Unknown    ◯ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes    ∪ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ############### injured?** ∪ Yes    ◯ No
**Injury information:**
    **Injury type:** Superficial injuries (no treatment expected)
    **Injury Comment:** bruised right, shin from protester kicking a metal object at me.
    **Refused medical attention?** ◯ Yes    ∪ No
    **Received treatment?** ◯ Yes    ∪ No
    **Was a form CA-1 filed?** ◯ Yes    ∪ No
    **Region(s) of the body injured:**

| | |
|---|---|
| ❏ Front head | ❏ Rear head |
| ❏ Side head | ❏ Face |
| ❏ Neck/throat | ❏ Front upper torso/chest |
| ❏ Rear upper torso/back | ❏ Front lower torso/abdomen |
| ❏ Rear lower torso/back | ❏ Front below waist/groin area |
| ❏ Rear below waist/buttocks | ❏ Arms/hands |
| S Front legs/feet | ❏ Rear legs |

## SUBJECTS: 4

---

**Name:** MASS GROUP

      **Estimated number of individuals in the group:** 70

      **Group description (Composition, attire, etc.):**

**Was any member of this group wearing body armor?** ∪ Yes ◯ No ◯ Unknown

      **Estimated number of subjects wearing body armor:** 2

**Group activity:**

    ❏ Illegal entry

    ❏ Uncooperative during encounter/inspection

    ❏ Failure to yield/heave to

    ❏ Checkpoint runner

    ❏ Port runner

    ❏ Alien smuggling

    ❏ Narcotics smuggling

    ❏ Scouting

    S Assault (rocks/other projectiles)

    ❏ Assault (all other types)

    S Rioting/civil disturbance

    ❏ Mass coordinated entry

    ❏ No suspected illegal activity

    ❏ Other

**Group's current location and disposition if known:**

---

**Did any member of this group not listed as an individual subject assault a CBP employee?** ∪ Yes ◯ No

    **Was any member of the group outside the US or its territories when committing the assault?** ◯ Yes ∪ No

---

    **Weapon(s)/type of assault:**

      **Assault method:** Chemical device

        **Device description:** Burning CS Canisters

      **Acquisition type:**

      **Concealment type:**

      **Estimated assault date/time (local):** 01/25/2026 20:25

---

**Was reportable force used on any member of this group not listed as an individual subject?** ◯ Yes ∪ No

---

**Name:** #########

    **Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian ◯ Paramilitary ◯ Police ◯ Nude ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes ◯ No ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes ∪ No

**Subject's activity:**

    ❏ Illegal entry

    ❏ Uncooperative during encounter/inspection

    ❏ Failure to yield/heave to

    ❏ Checkpoint runner

    ❏ Port runner

    ❏ Alien smuggling

    ❏ Narcotics smuggling

CBP_ExE_20

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Portland ICE Facility

**Did this subject assault a CBP employee?** ∪ Yes   ◯ No

**Was the subject outside the US or its territories when committing the assault?** ◯ Yes   ∪ No

**Weapon(s)/type of assault:**
    **Assault method:** Chemical device
      **Device description:** active burning CS canisters
    **Acquisition type:**
    **Concealment type:**
    **Estimated assault date/time (local):** 01/25/2026 20:25

**Was reportable force used on this subject?** ∪ Yes   ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes   ∪ No

**Was the subject an occupant of a vehicle?** ◯ Yes   ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes   ∪ No   ◯ Unknown

**Name:** #########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:** ∪ Civilian   ◯ Paramilitary   ◯ Police   ◯ Nude   ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes   ◯ No   ∪ Unknown

**Immigration status:**
**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes   ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Portland ICE Facility

**Did this subject assault a CBP employee?** ◯ Yes   ∪ No

**Was reportable force used on this subject?** ∪ Yes   ◯ No
    **Was the subject outside the US or its territories when this force was applied?**

CBP_ExE_21

◯ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ◯ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ∪ No  ◯ Unknown

---

**Name:** #########

**Gender:** Male    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ∪ Unknown

**Immigration status:**

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Portland ICE facility

---

**Did this subject assault a CBP employee?** ∪ Yes  ◯ No

**Was the subject outside the US or its territories when committing the assault?** ◯ Yes  ∪ No

---

**Weapon(s)/type of assault:**
**Assault method:** Chemical device
**Device description:** Burning Cannister
**Acquisition type:**
**Concealment type:**
**Estimated assault date/time (local):** 01/25/2026 20:30

**Was reportable force used on this subject?** ∪ Yes  ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ∪ No  ◯ Unknown

---

## ASSAULTS: 4

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---------|------------------------|---------------------------------------------------|---|-------------------------------------------|
| ########## | Chemical device - Burning CS Canisters  on 01/25/2026 20:25 | ################ | ∪ Yes ◯ No | Not injured in this incident |

| | | ############### | Ⓤ Yes Ⓞ No | Ⓞ Yes Ⓤ No |
|---|---|---|---|---|
| ######### | Chemical device - active burning CS canisters on 01/25/2026 20:25 | ############### | Ⓤ Yes Ⓞ No | Not injured in this incident |
| | | ############### | Ⓞ Yes Ⓤ No | Not applicable |
| ######### | Chemical device - Burning Cannister on 01/25/2026 20:30 | ############### | Ⓞ Yes Ⓤ No | Not injured in this incident |
| | | ############### | Ⓤ Yes Ⓞ No | Ⓤ Yes Ⓞ No |

## USES OF FORCE: 3

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ################ | PLS (PepperBall Launching System) - Kinetic impact on 01/25/2026 20:30 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Chemical device - active burning CS canisters on 01/25/2026 20:25** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** No, No, because was still able to throw burning CS canister towards the officer |
| #################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/25/2026 20:35 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - Rubber Ball Grenade on 01/25/2026 20:30 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force in response to the following assault by this subject?**<br>**Chemical device - Burning Cannister on 01/25/2026 20:30** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** Ⓞ Yes Ⓤ No

**Did this incident result in collateral injury to a bystander?** Ⓞ Yes Ⓤ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

**Narrative of ################**

I am a Special Response Team Operator (SRTO) assigned to the Office of Field Operations (OFO) Special Response Team (SRT). I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and was operating under

delegated authority pursuant to 40 U.S.C. § 1315 to assist with response to civil unrest and the protection of federal property. SRT personnel were equipped with multi-cam Arid uniforms clearly marked with OFO law enforcement patches and assigned call signs. All operators also carried multi-cam entry kits prominently labeled with patches reading "POLICE."

On January 25, 2026, at approximately 2030 hours, during a protest that commenced at 1700 hrs, Customs and Border Protection (CBP) SRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement ICE) Enforcement Removal Operations (ERO), and U.S. Border Patrol (USBP), attempted to clear the ICE Facility driveway in Portland, Oregon, to stop protesters from vandalizing federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block."  The blue line is well illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At that time, a verbal and arms signal warning was given by law enforcement officers instructing individuals to clear the driveway. After the warnings were given, my team was in a line formation and moved towards the crowd to redirect the crowd North on Moody Street. During this time, the crowd demonstrated hostile behavior such as shouting obscenities at the Officers, threatening physical injury, posturing aggressively towards the Officers and throwing glass bottles, rocks and unopened beer cans when given lawful orders to move back and clear the area. One of these objects hit me in the lower leg. During the team movement to clear the street for vehicular traffic, the crowd of protestors commenced to close the distance into the CBP Team and that's when USBP deployed CS gas to disperse the crowd that were not obeying commands to move back. There were multiple subjects in the crowd that were kicking and grabbing the live CS canisters from the floor towards the CBPOs. Multiple commands were given to move back and to stay away from the canisters and some individuals failed to follow commands. As they attempted to grab the CS canisters from the floor, I conducted a kinetic impact by launching Pepperball Launching System (PLS) projectiles on the lower extremities to prevent the subject from grabbing the live CS canisters that were on the floor.

At approximately 2025, another warning was issued over the Long-Range Acoustic Device (LRAD) by FPS, instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would subject violators to arrest. After the crowd's failure to obey lawful orders given by the Officers, less lethal smoke and CS gas was deployed by USBP agents and OFO officers. I observed one individual attempting to retrieve a canister of CS gas to throw at officers in which I launched one volley of approximately 4-6 10x pepper ball projectiles from my assigned Pepper ball Launching System (PLS) at the subject's lower extremities. The kinetic impact was not effective. The subject continued to retrieve a canister of CS gas and threw it at officers. After delivery, the individuals successfully threw the object and ran in the opposite way, ending their attempt and concluding the use of force incident. I immediately reported the deployment to Special Operations Supervisor (SOS) ▮▮▮▮▮.

From my training and experience, I have knowledge that a live CS can is extremely hot and can also, if thrown, cause serious harm to an individual, and lastly, the CS gas can obscure the visibility of Officers performing their duties putting them in danger while in public

The kinetic PLS impact was not effective due to the subject wearing thick clothing.

**Narrative of ####################**
I am a Special Response Team Operator (SRTO) assigned to the Office of Field Operations (OFO) Special Response Team (SRT). I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and was operating under delegated authority pursuant to 40 U.S.C. § 1315 to assist with response to civil unrest and the protection of federal property. SRT personnel were equipped with multi-cam Arid uniforms clearly marked with OFO law enforcement patches and assigned call signs. All operators also carried multi-cam entry kits prominently labeled with patches reading "POLICE."

On January 25, 2026, at approximately 2035 hours, while conducting mobile field force operations, Customs and Border Protection (CBP) SRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement ICE) Enforcement Removal Operations (ERO), and Homeland Security Investigations (HSI), and U.S. Border Patrol (USBP), attempted to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block."  The blue line is well illuminated by facility lighting, ensuring it is visible to individuals in the area at all

times. At that time, a warning was issued over the Long-Range Acoustic Device (LRAD) by FPS, instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would subject violators to arrest. The LRAD warning was projected at a volume sufficient for individuals in the vicinity of the building to hear and understand, and it was loud enough to drown out both crowd and traffic noise. After the warning was given, my team was in a line formation and moved towards the crowd to redirect the crowd north on Moody. During this time, the crowd demonstrated hostile behavior such as shouting obscenities at the Officers, shining bright strobe flashlights into the Officers' eyes, threatening physical injury, and posturing aggressively towards the Officers when given lawful orders to move back and clear the area. After the crowd's failure to obey lawful orders given by the Officers, less lethal smoke and CS gas was deployed by USBP agents. I, and fellow officers were struck by items such as water bottles filled with unknown substances. I also observed multiple individuals throwing chemical canisters and attempting to kick and pick up the canisters of smoke/gas to attempt to throw back at myself and other officers. If successful, such an action would impede and interfere with law enforcement efforts, create conditions where our team could not maintain visual contact with the crowd and one other, and possibly cause CS exposure due to gas mask seal leaks.

To prevent these conditions that would make the Officers vulnerable to aggression from the crowd's actions, from approximately twenty feet, I launched a total of fifteen volleys of approximately 4-6 10x pepper ball projectiles from my assigned Pepper ball Launching System (PLS) near subject's feet in an area saturation capacity. The area saturation was a less-lethal controlled measure intended to stop forward movement towards the Officers and not to cause injury. The area saturation was effective, preventing the subjects from retrieving the munition and preventing an assault against officers/agents while forcing him and the crowd to immediately retreat and comply with lawful orders to move from the area. No further force from me was necessary, and after the situation was under control, I immediately reported the deployment to Special Operations Supervisor (SOS) ▉▉▉▉
▉▉▉▉

**Narrative of ###############**

I am a Special Response Team Operator (SRTO) assigned to the Office of Field Operations (OFO) Special Response Team (SRT). I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and was operating under delegated authority pursuant to 40 U.S.C. § 1315 to assist with response to civil unrest and the protection of federal property. SRT personnel were equipped with multi-cam Arid uniforms clearly marked with OFO law enforcement patches and assigned call signs. All operators also carried multi-cam entry kits prominently labeled with patches reading "POLICE."

On January 25, 2026, at approximately 2030 hours, Customs and Border Protection (CBP) SRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement ICE) Enforcement Removal Operations (ERO), and U.S. Border Patrol (USBP), attempted to clear the ICE Facility driveway in Portland, Oregon, to stop protesters from vandalizing federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

After the warnings were given, my team was in a line formation and moved towards the crowd to redirect the crowd North on Moody Street. During this time, the crowd demonstrated hostile behavior such as shouting obscenities at the Officers, threatening physical injury, posturing aggressively towards the Officers. Federal Protective Services and additional CBP SRT operators attempted to make several arrests. From my viewpoint, subject resisted arrest and pulled away from Federal Officers. To effect an arrest, Officers guided the individuals to the ground. At this time, the crowd became agitated and in response, several officers deployed what seemed to be Saf Smoke and the PLS to disperse the crowd.

I observed several individuals kicking back the dispersing smoke from canisters that Officers deployed. One of these cannister hit my right knee causing slight pain. In responses, I deployed a single Stinger Rubber Ball Grenade at an individual that was in the motion of kicking a deployed canister. The Stinger Grenade was successful in preventing additional obstruction of our law enforcement duties. The prevention of additional deployed canisters from obstructing our line-of-sight was instrumental in effecting an arrest.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| ######### | ##################### | 01/28/2026 19:52 | |
| ######## | ##################### | 01/29/2026 10:57 | |

# Exhibit F

CBP_ExF_1



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ∪ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** ███████████████ #26432
**Title:** Operation Oregon
**Shift start date/time:** 01/30/2026 14:00
**Shift end date/time:** 01/30/2026 22:00
**Type:** ❏ Assault against CBP personnel  S Reportable use of force  ❏ FTY/Vehicle pursuit by a CBP employee
❏ Unintentional firearm discharge  ❏ Intentional firearm discharge
**Was this a mass encounter incident?** ∪ Yes  ○ No
  **CBP Reporting Organizations:**
  S U.S. Border Patrol Location: U.S. Border Patrol / Special Operations Group
  ❏ Air and Marine Operations
  ❏ Office of Field Operations
**Created by:** ##################  **Creation date/time:** 01/30/2026 23:21
**Last updated by:** #####################  **Last updated date/time:** 02/03/2026 01:25
**Reviewer:** #####################  **Date reviewed:** 02/03/2026

## RELATED SYSTEMS: 2

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ∪ Yes  ○ No

| IDVRS Evidence Serial Numbers: 2 |
| --- |
| ##### |
| ##### |

| Related system(s): 0 | Related document ID |
| --- | --- |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
| --- | --- |
| **Reporting organization:** | |
| CBP | USBP |

**Were additional units/ CBP Components/ external agencies involved?** ○ Yes  ∪ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations / Portland Field Operations
**Country/international waters:** United States of America
  **Address:**
    **Street:** 4310 SW Macadam Ave, Unit 206B
    **City:** Portland    **State:** OREGON    **Zip:** 97239

CBP_ExF_2

**Incident coordinates:**
**Latitude:** ########
**Longitude:** ##########

**Setting:** ○ Indoors  ∪ Outdoors

**Outdoor setting:** ∪ On land  ○ In water (standing or swimming)  ○ On water (in vessel)  ○ In the air

**Description of the premises/location:** ICE Facility Portland Oregon

**Environmental factors:**

**Weather:** ❏ Dry S Raining ❏ Snowing ❏ Flooding ❏ Windy ❏ Storm ❏ Haze/blowing dust ❏ Fog ❏ Other

**Illumination:** ❏ Daylight S Dark ❏ Dawn ❏ Dusk ❏ Good lighting ❏ Poor lighting ❏ Night vision aided ❏ Other

**Estimated temperature (Fahrenheit):** 45

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|------|----------------------|---------------------|-------------------|
| ################## | | Radio | 01/30/2026 |

**Other authorities notified (external to CBP):** ❏ Federal ❏ Tribal ❏ State ❏ Local ❏ Foreign

## EMPLOYEES: 19

**Name:** ##################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ○ Off duty
     **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
     **Total law enforcement experience at the time of the incident:** ## years # months
     **CBP training previously received (not including basic academy training):**

|  |  |  |  |  |
|--|--|--|--|--|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

**Did ################## use reportable force?** ○ Yes  ∪ No

**Was ################## injured?** ○ Yes  ∪ No

**Name:** #######################

**Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ▮▮▮▮ Sector
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ○ Off duty
     **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
     **Total law enforcement experience at the time of the incident:** ## years # months
     **CBP training previously received (not including basic academy training):**

❏ BPAIST    ❏ BORSTAR    ❏ BORTAC    ❏ DITP    ❏ DTI

❏ EDVPTP    ❏ EMT    ❏ FITP    ❏ LLITP (IFITP)    ❏ MFF

Ⓢ MRT    ❏ PITP    ❏ SRT    ❏ TATP    ❏ Other

**Wearing body armor?** ⋃ Yes   ◯ No

**Attire:** ⋃ Uniform   ◯ Plain clothes

**Did #################### use reportable force?** ⋃ Yes   ◯ No

     **Force type:** Less-lethal Device

     **Device:** PLS (PepperBall Launching System)

     **Device type:** PAVA (area saturation)

     **Estimated use of force date/time (local):** 01/30/2026 21:00

     **Posture:** Ⓢ Standing   ❏ Kneeling   ❏ Prone   ❏ Other

     **Estimated distance:** 15 feet

     **Approximately how many volleys did you deploy?** 1

     **Approximately how many projectiles did you deploy?** 20

     **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes   ⋃ No

     **Reason(s) for this use of force:**

         ❏ Protect self      ❏ Protect co-worker      ❏ Protect innocent 3rd party

         ❏ Protect non-CBP officer/agent   Ⓢ Effect an arrest or detention      ❏ Prevent escape

         ❏ Overcome resistance      ❏ Stop vehicle      ❏ Vessel failure to heave to

         ❏ Animal euthanization      ❏ Other

**Was ####################### injured?** ◯ Yes   ⋃ No

**Name:** ################

     **Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds

     **CBP employee series or role:** #####

     **Service EOD:** ##########

     **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ▮▮▮▮ Sector

     **Duty (or detail/TDY) location EOD:** ##########

     **Duty status at the time of the incident:** ⋃ On duty   ◯ Off duty

         **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

     **Total law enforcement experience at the time of the incident:** ## years # months

     **CBP training previously received (not including basic academy training):**

         ❏ BPAIST    ❏ BORSTAR    ❏ BORTAC    ❏ DITP    ❏ DTI

         ❏ EDVPTP    ❏ EMT    ❏ FITP    ❏ LLITP (IFITP)    ❏ MFF

         Ⓢ MRT    ❏ PITP    ❏ SRT    ❏ TATP    ❏ Other

**Wearing body armor?** ⋃ Yes   ◯ No

**Attire:** ⋃ Uniform   ◯ Plain clothes

**Did ############### use reportable force?** ◯ Yes   ⋃ No

**Was ################ injured?** ◯ Yes   ⋃ No

**Name:** ################

     **Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

     **CBP employee series or role:** #####

     **Service EOD:** ##########

     **Duty location or detail/TDY location during the incident:** ▮▮▮▮ Sector / ▮▮▮▮ Station

     **Duty (or detail/TDY) location EOD:** ##########

     **Duty status at the time of the incident:** ⋃ On duty   ◯ Off duty

         **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** ## years # months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

**Did ############### use reportable force?** ∪ Yes  ○ No

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Muzzle Blast CS
**Device description/comments:** muzzle blast
**Estimated use of force date/time (local):** 01/30/2026 21:00
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 5 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Was ############### injured?** ○ Yes  ∪ No

**Name:** ##################

**Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ▮▮▮▮▮ Sector
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ○ Off duty
**Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** ## years # months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

**Did ################ use reportable force?** ○ Yes  ∪ No

**Was ################# injured?** ○ Yes  ∪ No

**Name:** #############

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

CBP_ExF_5

**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ▮▮▮▮▮ Sector
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty   ○ Off duty
**Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** ## years # months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| Ƨ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes   ○ No

**Attire:** ∪ Uniform   ○ Plain clothes

---

**Did ############# use reportable force?** ○ Yes   ∪ No

---

**Was ############# injured?** ○ Yes   ∪ No

---

**Name:** ################

**Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** ▮▮▮▮▮ Sector / ▮▮▮▮▮ Station
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty   ○ Off duty
**Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** ## years # months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| Ƨ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes   ○ No

**Attire:** ∪ Uniform   ○ Plain clothes

---

**Did ################ use reportable force?** ○ Yes   ∪ No

---

**Was ################# injured?** ○ Yes   ∪ No

---

**Name:** ################

**Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty   ○ Off duty
**Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** ## years # months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |

CBP_ExF_6

| | | | | |
|---|---|---|---|---|
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?**  ∪ Yes  ○ No

**Attire:**  ∪ Uniform  ○ Plain clothes

**Did ############### use reportable force?**  ○ Yes  ∪ No

**Was ############### injured?**  ○ Yes  ∪ No

**Name:** ####################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ███ Sector

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty  ○ Off duty

    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?**  ∪ Yes  ○ No

**Attire:**  ∪ Uniform  ○ Plain clothes

**Did #################### use reportable force?**  ○ Yes  ∪ No

**Was ####################### injured?**  ○ Yes  ∪ No

**Name:** ####################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ███ Sector

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty  ○ Off duty

    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** # years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?**  ∪ Yes  ○ No

**Attire:**  ∪ Uniform  ○ Plain clothes

**Did #################### use reportable force?**  ∪ Yes  ○ No

    **Force type:** Less-lethal Device

    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

    **Device type:** Hand-Thrown Munitions - Chemical

    **Munition type:** Riot Control CS Canister

    **Device description/comments:** 1

CBP_ExF_7

**Estimated use of force date/time (local):** 01/30/2026 21:00

**Posture:** ⦿ Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 8 feet

**Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ❍ Yes  ❍ No  ⦿ Unknown  ❍ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ❍ Yes  ⦿ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ⦿ Protect self | ⦿ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ⦿ Effect an arrest or detention | ❏ Prevent escape |
| ⦿ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Kinetic
**Munition type:** Rubber Ball Grenade
**Device description/comments:** 1
**Estimated use of force date/time (local):** 01/30/2026 21:00

**Posture:** ⦿ Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 8 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ❍ Yes  ❍ No  ⦿ Unknown  ❍ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ❍ Yes  ⦿ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ⦿ Protect self | ⦿ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ⦿ Effect an arrest or detention | ❏ Prevent escape |
| ⦿ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Kinetic
**Munition type:** 40MM Direct Impact Sponge Cartridge
**Device description/comments:** 1
**Estimated use of force date/time (local):** 01/30/2026 21:00

**Posture:** ⦿ Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 5 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ❍ Yes  ❍ No  ⦿ Unknown  ❍ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ❍ Yes  ⦿ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ⦿ Protect self | ⦿ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ⦿ Effect an arrest or detention | ❏ Prevent escape |
| ⦿ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Muzzle Blast CS
**Device description/comments:** round silver canister
**Estimated use of force date/time (local):** 01/30/2026 20:00

**Posture:** ⦿ Standing ❏ Kneeling ❏ Prone ❏ Other

CBP_ExF_8

**Estimated distance:** 10 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Was #################### injured?** ◯ Yes  ∪ No

---

**Name:** ###############

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ▇▇▇ Sector

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty  ◯ Off duty

    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** # years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | S FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes  ◯ No

**Attire:** ∪ Uniform  ◯ Plain clothes

---

**Did ############### use reportable force?** ∪ Yes  ◯ No

    **Force type:** Less-lethal Device

    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

    **Device type:** 40MM Less-lethal Munitions - Kinetic

    **Munition type:** 40MM Direct Impact Sponge Cartridge

    **Device description/comments:** 1

    **Estimated use of force date/time (local):** 01/30/2026 21:00

    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

    **Estimated distance:** 10 feet

    **Approximately how many munitions did you deploy?** 1

    **Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Was ############### injured?** ◯ Yes  ∪ No

---

**Name:** ###############

**Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Special Operations Group
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty   ○ Off duty
    **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes   ○ No

**Attire:** ∪ Uniform   ○ Plain clothes

---

**Did ############### use reportable force?** ○ Yes   ∪ No

---

**Was ############### injured?** ○ Yes   ∪ No

---

**Name:** ###############

**Gender:** Male     **Age:** ##     **Height:** #####     **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty   ○ Off duty
    **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | S FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes   ○ No

**Attire:** ∪ Uniform   ○ Plain clothes

---

**Did ############### use reportable force?** ∪ Yes   ○ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Kinetic
    **Munition type:** Rubber Ball Grenade
    **Device description/comments:** 2
    **Estimated use of force date/time (local):** 01/30/2026 21:00
    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
    **Estimated distance:** 5 feet
    **Approximately how many munitions did you deploy?** 2
    **Collateral contamination occurred:** ○ Yes   ○ No   ∪ Unknown   ○ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes   ∪ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

CBP_ExF_10

**Was ############### injured?** ○ Yes ∪ No

---

**Name:** ###############

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ▓▓▓▓ Sector
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ○ Off duty
     **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
     **Total law enforcement experience at the time of the incident:** ## years # months
     **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

---

**Did ############### use reportable force?** ∪ Yes  ○ No

     **Force type:** Less-lethal Device
     **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
     **Device type:** Hand-Thrown Munitions - Chemical
     **Munition type:** Riot Control CS Canister
     **Device description/comments:** 1
     **Estimated use of force date/time (local):** 01/30/2026 21:00
     **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
     **Estimated distance:** 10 feet
     **Approximately how many munitions did you deploy?** 1
     **Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
     **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
     **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ############### injured?** ○ Yes  ∪ No

---

**Name:** ############

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ○ Off duty
     **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
     **Total law enforcement experience at the time of the incident:** ## years # months
     **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |

Ⓢ MRT          ❏ PITP          ❏ SRT          ❏ TATP          ❏ Other

**Wearing body armor?** ∪ Yes  ◯ No

**Attire:** ∪ Uniform  ◯ Plain clothes

**Did ############ use reportable force?** ◯ Yes  ∪ No

**Was ############ injured?** ◯ Yes  ∪ No

**Name:** #################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ◯ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** # years # months
    **CBP training previously received (not including basic academy training):**

❏ BPAIST          ❏ BORSTAR          ❏ BORTAC          ❏ DITP          ❏ DTI
❏ EDVPTP          Ⓢ EMT              ❏ FITP            ❏ LLITP (IFITP)  Ⓢ MFF
Ⓢ MRT             ❏ PITP             ❏ SRT             ❏ TATP          ❏ Other

**Wearing body armor?** ∪ Yes  ◯ No

**Attire:** ∪ Uniform  ◯ Plain clothes

**Did ################ use reportable force?** ∪ Yes  ◯ No
    **Force type:** Less-lethal Device
    **Device:** PLS (PepperBall Launching System)
    **Device type:** Kinetic impact
    **Estimated use of force date/time (local):** 01/30/2026 20:00
    **Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other
    **Estimated distance:** 15 yards
    **Approximately how many volleys did you deploy?** 3
    **Approximately how many projectiles did you deploy?** 18
    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No
    **Reason(s) for this use of force:**

Ⓢ Protect self              Ⓢ Protect co-worker              ❏ Protect innocent 3rd party
Ⓢ Protect non-CBP officer/agent  Ⓢ Effect an arrest or detention  ❏ Prevent escape
Ⓢ Overcome resistance       ❏ Stop vehicle                   ❏ Vessel failure to heave to
❏ Animal euthanization      ❏ Other

    **Force type:** Less-lethal Device
    **Device:** PLS (PepperBall Launching System)
    **Device type:** PAVA (area saturation)
    **Estimated use of force date/time (local):** 01/30/2026 20:00
    **Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other
    **Estimated distance:** 15 yards
    **Approximately how many volleys did you deploy?** 3
    **Approximately how many projectiles did you deploy?** 18
    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No
    **Reason(s) for this use of force:**

Ⓢ Protect self              Ⓢ Protect co-worker              ❏ Protect innocent 3rd party

⎭ Protect non-CBP officer/agent   ⎭ Effect an arrest or detention   ❏ Prevent escape

⎭ Overcome resistance   ❏ Stop vehicle   ❏ Vessel failure to heave to

❏ Animal euthanization   ❏ Other

---

**Was ################ injured?** ◯ Yes  ⋃ No

---

**Name:** ###################

**Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ⋃ On duty   ◯ Off duty

   **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

   **Total law enforcement experience at the time of the incident:** ## years # months

   **CBP training previously received (not including basic academy training):**

   ❏ BPAIST   ❏ BORSTAR   ❏ BORTAC   ❏ DITP   ❏ DTI

   ❏ EDVPTP   ❏ EMT   ❏ FITP   ❏ LLITP (IFITP)   ❏ MFF

   ⋃ MRT   ❏ PITP   ❏ SRT   ❏ TATP   ❏ Other

---

**Wearing body armor?** ⋃ Yes   ◯ No

**Attire:** ⋃ Uniform   ◯ Plain clothes

---

**Did ################### use reportable force?** ⋃ Yes   ◯ No

   **Force type:** Less-lethal Device
   **Device:** PLS (PepperBall Launching System)
   **Device type:** Kinetic impact
   **Estimated use of force date/time (local):** 01/30/2026 21:00
   **Posture:** ⋃ Standing   ❏ Kneeling   ❏ Prone   ❏ Other
   **Estimated distance:** 5 feet
   **Approximately how many volleys did you deploy?** 1
   **Approximately how many projectiles did you deploy?** 6
   **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes   ⋃ No
   **Reason(s) for this use of force:**

   ❏ Protect self   ❏ Protect co-worker   ❏ Protect innocent 3rd party

   ❏ Protect non-CBP officer/agent   ⋃ Effect an arrest or detention   ❏ Prevent escape

   ❏ Overcome resistance   ❏ Stop vehicle   ❏ Vessel failure to heave to

   ❏ Animal euthanization   ❏ Other

---

**Was ################### injured?** ◯ Yes   ⋃ No

---

**Name:** ##################

**Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Blaine Sector

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ⋃ On duty   ◯ Off duty

   **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

   **Total law enforcement experience at the time of the incident:** ## years # months

   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes  ◯ No

**Attire:** ∪ Uniform  ◯ Plain clothes

**Did ################ use reportable force?** ∪ Yes  ◯ No

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Muzzle Blast CS
**Device description/comments:** 1
**Estimated use of force date/time (local):** 01/30/2026 21:00
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 12 feet
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Was ################ injured?** ◯ Yes  ∪ No

---

**Name:** ###################

**Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ◯ Off duty
**Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
**Total law enforcement experience at the time of the incident:** ## years # months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes  ◯ No

**Attire:** ∪ Uniform  ◯ Plain clothes

**Did ################ use reportable force?** ◯ Yes  ∪ No

**Was ################ injured?** ◯ Yes  ∪ No

## SUBJECTS: 16

**Name:** MASS GROUP
**Estimated number of individuals in the group:** 250
**Group description (Composition, attire, etc.):** Protesters wearing multiple layers of clothing, gasmasks, face covers and

CBP_ExF_14

safety glasses

**Was any member of this group wearing body armor?** ∪ Yes  ○ No  ○ Unknown

    **Estimated number of subjects wearing body armor:** 50

**Group activity:**

    ❏ Illegal entry

    ❏ Uncooperative during encounter/inspection

    ❏ Failure to yield/heave to

    ❏ Checkpoint runner

    ❏ Port runner

    ❏ Alien smuggling

    ❏ Narcotics smuggling

    ❏ Scouting

    S Assault (rocks/other projectiles)

    S Assault (all other types)

    S Rioting/civil disturbance

    ❏ Mass coordinated entry

    ❏ No suspected illegal activity

    ❏ Other

**Group's current location and disposition if known:** Portland, OR Ice Facility

**Was reportable force used on any member of this group not listed as an individual subject?** ∪ Yes  ○ No

    **Was any member of this group outside the US or its territories when this force was applied?** ∪ Yes  ○ No

**Name:** #########

**Gender:** Unknown  **Age:** #######  **Height:** #######  **Weight:** #######

**Attire:** ○ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown  ∪ Other - gas mask, helmets, shields, heavy clothing

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:**

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ∪ No

**Subject's activity:**

    ❏ Illegal entry

    S Uncooperative during encounter/inspection

    ❏ Failure to yield/heave to

    ❏ Checkpoint runner

    ❏ Port runner

    ❏ Alien smuggling

    ❏ Narcotics smuggling

    ❏ Scouting

    S Assault (rocks/other projectiles)

    S Assault (all other types)

    S Rioting/civil disturbance

    ❏ Mass coordinated entry

    ❏ No suspected illegal activity

    ❏ Other

**Subject's current location and disposition if known:** Unknown

**Was reportable force used on this subject?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

F-STAR incident ID:

CBP_ExF_15

**Was the subject an occupant of a vehicle?** ◯ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ∪ No  ◯ Unknown

---

**Name:** #########

**Gender:** Male   **Age:** ###############   **Height:** ###########   **Weight:** #############

**Attire:** ∪ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ∪ Unknown

**Immigration status:**

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

❏ Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject fled the area

---

**Was reportable force used on this subject?** ∪ Yes  ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ∪ Unknown

---

**Name:** #########

**Gender:** Male   **Age:** ###############   **Height:** ###########   **Weight:** #############

**Attire:** ∪ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ∪ Unknown

**Immigration status:**

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

CBP_ExF_16

❏ Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**  Subject fled the area

**Was reportable force used on this subject?**  ∪ Yes  ○ No

　　**Was the subject outside the US or its territories when this force was applied?**  ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?**  ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?**  ○ Yes  ○ No  ∪ Unknown

**Name:** #########

**Gender:** Male    **Age:** ###############    **Height:** ###########    **Weight:** #############

**Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?**  ○ Yes  ○ No  ∪ Unknown

**Immigration status:**

**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

❏ Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**  Subject fled the area

**Was reportable force used on this subject?**  ∪ Yes  ○ No

　　**Was the subject outside the US or its territories when this force was applied?**  ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?**  ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?**  ○ Yes  ○ No  ∪ Unknown

**Name:** #########

**Gender:** Male    **Age:** ###############    **Height:** ###########    **Weight:** #############

**Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?**  ○ Yes  ○ No  ∪ Unknown

**Immigration status:**

**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

CBP_ExF_17

○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

❏ Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject fled the area

**Was reportable force used on this subject?** ∪ Yes  ○ No

**Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

**Name:** #########

**Gender:** Male    **Age:** ###############    **Height:** ###########    **Weight:** #############

**Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:**

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

❏ Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject fled the area

**Was reportable force used on this subject?** ∪ Yes  ○ No

**Was the subject outside the US or its territories when this force was applied?**

CBP_ExF_18

⭕ Yes  ⋃ No

---

**Was the subject an occupant of a vehicle?** ⭕ Yes  ⋃ No

**Was this subject injured or claiming to be injured?** ⭕ Yes  ⭕ No  ⋃ Unknown

---

**Name:** #########

**Gender:** Male    **Age:** ###############    **Height:** ###########    **Weight:** #############

**Attire:** ⋃ Civilian  ⭕ Paramilitary  ⭕ Police  ⭕ Nude  ⭕ Unknown

**Was the subject wearing body armor?** ⭕ Yes  ⭕ No  ⋃ Unknown

**Immigration status:**

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
⭕ Yes  ⋃ No

**Subject's activity:**

- ❏ Illegal entry
- S Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to
- ❏ Checkpoint runner
- ❏ Port runner
- ❏ Alien smuggling
- ❏ Narcotics smuggling
- ❏ Scouting
- ❏ Assault (rocks/other projectiles)
- S Assault (all other types)
- S Rioting/civil disturbance
- ❏ Mass coordinated entry
- ❏ No suspected illegal activity
- ❏ Other

**Subject's current location and disposition if known:** Subject fled the area

---

**Was reportable force used on this subject?** ⋃ Yes  ⭕ No

**Was the subject outside the US or its territories when this force was applied?** ⭕ Yes  ⋃ No

---

**Was the subject an occupant of a vehicle?** ⭕ Yes  ⋃ No

**Was this subject injured or claiming to be injured?** ⭕ Yes  ⭕ No  ⋃ Unknown

---

**Name:** ##########

**Gender:** Male    **Age:** ###############    **Height:** ###########    **Weight:** #############

**Attire:** ⋃ Civilian  ⭕ Paramilitary  ⭕ Police  ⭕ Nude  ⭕ Unknown

**Was the subject wearing body armor?** ⭕ Yes  ⭕ No  ⋃ Unknown

**Immigration status:**

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
⭕ Yes  ⋃ No

**Subject's activity:**

- ❏ Illegal entry
- S Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to
- ❏ Checkpoint runner
- ❏ Port runner
- ❏ Alien smuggling
- ❏ Narcotics smuggling

CBP_ExF_19

USBP SIR incident Detail

❏ Scouting

❏ Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject fled the area

**Was reportable force used on this subject?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ○ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ∪ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** unknown

**Was reportable force used on this subject?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ○ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ∪ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes   ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** unknown

**Was reportable force used on this subject?** ∪ Yes  ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ◯ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ∪ Unknown

**Name:** ##########

**Gender:** Unknown   **Age:** #######   **Height:** #######   **Weight:** #######

**Attire:** ◯ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ∪ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** unknown

**Was reportable force used on this subject?** ∪ Yes  ◯ No

CBP_ExF_21

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes   ∪ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes   ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes   ◯ No   ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:** ◯ Civilian   ◯ Paramilitary   ◯ Police   ◯ Nude   ∪ Unknown

**Was the subject wearing body armor?** ◯ Yes   ◯ No   ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes   ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** unknown

---

**Was reportable force used on this subject?** ∪ Yes   ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes   ∪ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes   ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes   ◯ No   ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:** ◯ Civilian   ◯ Paramilitary   ◯ Police   ◯ Nude   ∪ Unknown

**Was the subject wearing body armor?** ◯ Yes   ◯ No   ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes   ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** unknown

**Was reportable force used on this subject?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ○ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ∪ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** unknown

**Was reportable force used on this subject?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ○ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ∪ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

CBP_ExF_23

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes   ⋃ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** unknown

---

**Was reportable force used on this subject?** ⋃ Yes   ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes   ⋃ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes   ⋃ No

**Was this subject injured or claiming to be injured?** ◯ Yes   ◯ No   ⋃ Unknown

## USES OF FORCE: 22

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ##############<br>######### | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/30/2026 21:00 | **Subject:** #########<br>  **Was this subject injured or claiming to be injured by this use of force?** Unknown<br>  **Was this use of force effective against what prompted its use?** Yes<br>  **Did the UOF device function as designed?** Yes<br><br>**Subject:** #########<br>  **Was this subject injured or claiming to be injured by this use of force?** Unknown<br>  **Was this use of force effective against what prompted its use?** Yes<br>  **Did the UOF device function as designed?** Yes |
| ##############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - muzzle blast on 01/30/2026 21:00 | **Subject:** #########<br>  **Was this subject injured or claiming to be injured by this use of force?** Unknown<br>  **Was this use of force effective against what prompted its use?** Yes<br>  **Did the UOF device function as designed?** Yes |
| ##############<br>##### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - 1 on 01/30/2026 21:00 | **Subject:** ##########<br>  **Was this use of force effective against what prompted its use?** Yes<br>  **Did the UOF device function as designed?** Yes |

| Device | Details | Questions |
|---|---|---|
| ####################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 1 on 01/30/2026 21:00 | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ####################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact Sponge Cartridge - 1 on 01/30/2026 21:00 | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ####################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - round silver canister on 01/30/2026 20:00 | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact Sponge Cartridge - 1 on 01/30/2026 21:00 | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 2 on 01/30/2026 21:00 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br><br>**Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br><br>**Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - 1 on 01/30/2026 21:00 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br><br>**Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes<br><br>**Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ##################### | PLS (PepperBall | **Subject:** ########## |

| | | |
|---|---|---|
| ## | Launching System) - Kinetic impact on 01/30/2026 20:00 | **Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| ################## | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/30/2026 20:00 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| #################### | PLS (PepperBall Launching System) - Kinetic impact on 01/30/2026 21:00 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?**  Not injured in this incident<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - 1 on 01/30/2026 21:00 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ◯ Yes  ⛎ No

**Did this incident result in collateral injury to a bystander?** ◯ Yes  ⛎ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

This incident is related to other documented incidents in E-STAR. Please refer to the following E-STAR reports for additional information:

#############################

At approximately 2000 hours, MRT and FPS personnel exited the facility to effect the targeted arrest of two individuals actively engaged in riotous behavior. As the formation advanced, agents deployed a green smoke munition for the purpose of assessing wind conditions and to encourage crowd dispersal. Hostile individuals immediately retrieved and threw the munition back toward

agents, creating a safety hazard and escalating the threat environment. This action resulted in agents deploying less-lethal munitions in response to active resistance and assaultive behavior.

As the arrest team made physical contact with the two subjects, multiple hostile individuals advanced toward agents and attempted to interfere with the lawful arrests by attempting to de-arrest the subjects. This conduct posed an immediate threat to agent safety and the integrity of the arrest operation. Agents responded by deploying additional less-lethal munitions, including launcher-deployed and hand-thrown devices, to gain compliance and create distance.

Several individuals within the crowd attempted to retrieve and throw deployed munitions back toward agents, further escalating the threat. Agents responded with additional less-lethal deployments to stop the assaults and maintain control of the scene.

Once both subjects were successfully taken into custody, MRT and FPS personnel conducted a controlled and deliberate withdrawal back into the ICE facility. All force utilized was objectively reasonable and necessary to stop active resistance, prevent assaults on law enforcement personnel, and ensure the safe completion of the arrest operation.

**Current certification status:**  Certified

**Shared incident narrative certification history**

| Hash ID | Employee | Certified Date |
|---|---|---|
| ####### | ################### | 01/30/2026 23:26 |
| ####### | ################### | 01/30/2026 23:27 |
| ####### | ################### | 01/30/2026 23:27 |
| ####### | ################### | 01/31/2026 00:21 |
| ####### | ################### | 02/01/2026 10:38 |

**Narrative of ###################**

At approximately 2000 hours, MRT and FPS personnel exited the facility to effect the targeted arrest of two individuals actively engaged in riotous behavior. As the formation advanced, agents deployed a green smoke munition for the purpose of assessing wind conditions and to encourage crowd dispersal. Hostile individuals immediately retrieved and threw the munition back toward agents, creating a safety hazard and escalating the threat environment. This action resulted in agents deploying less-lethal munitions in response to active resistance and assaultive behavior.

As the arrest team made physical contact with the two subjects, multiple hostile individuals advanced toward agents and attempted to interfere with the lawful arrests by attempting to de-arrest the subjects. This conduct posed an immediate threat to agent safety and the integrity of the arrest operation. Agents responded by deploying additional less-lethal munitions, including launcher-deployed and hand-thrown devices, to gain compliance and create distance.

Several individuals within the crowd attempted to retrieve and throw deployed munitions back toward agents, further escalating the threat. Agents responded with additional less-lethal deployments to stop the assaults and maintain control of the scene.

Once both subjects were successfully taken into custody, MRT and FPS personnel conducted a controlled and deliberate withdrawal back into the ICE facility. All force utilized was objectively reasonable and necessary to stop active resistance, prevent assaults on law enforcement personnel, and ensure the safe completion of the arrest operation.

**Narrative of ##################**

On January 30, 2026, I, Supervisory Border Patrol Agent (SBPA) ⬛⬛⬛⬛⬛⬛⬛, was assigned to assist the Federal Protective Service (FPS) at the Immigration and Customs Enforcement (ICE) facility located in Portland, Oregon. I am a certified member of the Mobile Response Team (MRT) and fully certified in Mobile Field Force operations. Upon my arrival at the ICE facility, I was advised that FPS officers had clashed with protesters earlier in the day and that one officer had been punched in the face by a violent protester. The officer was transported to a medical facility and received stitches to his lip. At the time of my arrival, I observed approximately 120 protesters gathered around the facility entrance. After arriving I donned my rough duty United States (U.S.) Border Patrol Uniform which has all necessary identifiers, including body armor displaying a visible badge clearly stating my status as a Border Patrol Agent. My body armor also had clear wording stating that I am a federal agent with the

CBP_ExF_27

United States Border Patrol.

Throughout the evening, FPS officers issued multiple verbal warnings over a loudspeaker, advising the crowd to remain across the street or on the public sidewalk and not to cross the blue line marking the federal property boundary. FPS identified two subjects who repeatedly ignored these warnings and continued to trespass onto ICE property. FPS officers provided photographs of these subjects to the arrest team, and a plan was developed to attempt to arrest them. The crowd had become unruly, yelling threats at agents and throwing bottles containing unknown fluids as well as rocks towards the facility gate.

We exited through the facility gate and approached the crowd in a line formation with lateral support. I was positioned at the far right of the formation. Hand-thrown green smoke was deployed to determine wind direction during our movement.

As we approached the crowd, I identified one of the subjects previously identified by FPS as arrestable for trespassing. Border Patrol Agent (BPA)              placed the female subject under arrest and began escorting her back toward the ICE facility. Immediately after the arrest, a male subject attempted to grab hold of BPA          I issued verbal commands for the subject to move back, which were ignored. I then deployed one CS muzzle blast toward the subject. The subject subsequently turned and fled the area.

In addition to the female subject, one male subject was placed under arrest for trespassing. After both arrests were made, FPS directed us to move back toward the facility. Several hand-thrown munitions had been deployed by other BPAs during the operation. As we were moving back, I observed a subject kicking a chemical munition toward myself and fellow agents and officers. I then observed the same subject run toward an additional chemical munition. To prevent the munition from being kicked toward our personnel, I deployed one CS muzzle blast toward the subject. We then continued our movement back into the facility without further incident.

I do not have a issued Incident Driven Body Worn Camera, and I did not capture any footage of the incident.

**Narrative of ###############**

I am a Mobile Rapid Response Team (MRT) Agent assigned to the U.S. Border Patrol (USBP),          Sector Special Operations Detachment. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On January 30, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property and make a targeted arrest of multiple subjects that were identified as engaging in riotous behavior and trespassing on federal property.  The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

The ICE building had been besieged by upwards of approximately 120 hostile protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets, and verbally stating their intent to cause bodily harm to the federal officers and agents on the federal property at Macadam Avenue.  Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles and other hard objects and various unknown liquids.

At approximately 8:00 p.m., MRT and FPS arranged ourselves into a Mobile Field Force (MFF) formation and pushed out the front of the building to move the crowd back off federal property and onto Macadam Avenue and make targeted arrests of previously identified individuals.  While exposed outside of the facility gate and holding the agitated protesters off of the federal property while the arrests teams affected successful apprehensions, agitators in the crowd began to attempt impedance of the

arrests as well as throwing random objects, as mentioned above, at our MFF formation and federal law enforcement officers in attempt to cause bodily harm. During this high stress and rapidly evolving situation, I observed approximately two unknown subjects in front of the formation attempt to grab the deployed munitions to throw back at my team. It was at that point that I deployed one canister of Riot Control CS to disburse the subjects from the area of the disbursed munition canisters. I observed an active agitator utilize a five-gallon bucket and place it over the canister of the Riot Control CS, effectively inhibiting the effect of the deployed chemical munition. Our team leader commander the MFF unit to retreat back inside the gate of the federal property and therefor did not deploy any further crowd control munitions.

I was wearing my body worn camera and evidence serial number for reference is ▮▮▮▮▮▮

**Narrative of #################**
On January 30, 2026, I was deployed in Portland, Oregon from the ▮▮▮▮ Border Patrol Sector for "Operation Oregon Support". My team of Mobile Response Team (MRT) agents and I responded to The Immigration and Customs Enforcement (ICE) office building located at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front. The ICE building had been surrounded by upwards of approximately 100+ protesters, severely outnumbering federal agents. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets.

At approximately 8:00 pm, MRT and Federal Protective Service (FPS) worked together in a Mobile Field Force (MFF) formation to effect a targeted arrest. FPS determined a few extreme protesters needed to be "trespassed" from federal property. FPS notified protestors via the Long-Range Acoustic Device (LRAD) "That the facility was closed and to clear the driveway". Protestors were unfazed and remained on the driveway to the facility.

As a MFF, we pushed out the front of the facility to move the crowd away from federal property and onto Macadam Avenue. My partners began to deploy hand thrown less lethal chemical munitions as riotous protesters interfered with arrests. I noticed protesters fitted with gas masks, helmets, and thick gloves picking up the chemical munitions that were deployed. Hostile protestors were throwing the chemical munitions back toward my team. I responded by launching 4-6 volleys of projectiles with the Pepperball Launching System (PLS). These projectiles contain a chemical irritate known as PAVA powder. On 2-3 volleys I utilized kinetic impact to the lower extremities to deter the assaultive protesters. On 2-3 separate volleys I utilized area saturation to deter protestors from the area. After a few minutes, our formation withdrew back into the interior of the ICE building and continued to monitor the crowd for the remainder of the night.

**Narrative of #######################**
On January 30, 2026, I Border Patrol Agent (BPA) ▮▮▮▮▮▮▮▮, was deployed with the ▮▮▮▮ Sector Mobile Response Team (MRT) to Portland, OR to for operation Restoring Law and Order to Portland Oregon. I was assigned to assist with protection of the Immigration and Customs Enforcement (ICE) building at 4130 S. Macadam Ave, Portland, OR 97239. The location of today's operation was in Portland, OR. I was wearing my rough duty United States (U.S.) Border Patrol Uniform which has all necessary identifiers, including body armor displaying a visible badge clearly stating my status as a Border Patrol Agent. My body armor also had clear wording stating that I am a federal agent with the United States Border Patrol.

There was a protest at the ICE building consisting of approximately 100-150 people. The protests had grown in size to approximately 150-200 people who were becoming violent. There is an entrance to the ICE facility on Macadam that the crowd began to approach and block.
I was positioned on the second floor of the building overlooking the driveway of this entrance. I was equipped with a PepperBall Launching System (PLS). This device launches less lethal projectiles that contain an irritant that affects the mucous membranes. It can be used to create a cloud of the irritant (Area Saturation) for subjects resisting lawful orders or to directly impact a subject who is assaultive.

While I was observing the crowd of protesters an announcement was made informing the protesters to stay off of the driveway of the ICE facility as it is Federal property. After the announcement was made several subjects crossed over the sidewalk and onto the federal property. When the subjects did cross onto federal property, I launched volleys of about four projectiles at

approximatly 20 feet toward the ground in front of them so they would be deterred from further travel towards the ICE facility. The volleys of projectiles were effective at deterring the subjects.

Later in the evening other BPAs as well as Federal Protective Service (FPS) agents exited the building in an attempt to arrest several subjects for trespassing on federal property. When Federal Law Enforcement personnel advanced towards the protesters, the crowd became violent and the BPAs who exited deployed smoke and chemical munition canisters. I observed several subjects attempting to pick up the canisters and throw them at the BPAs and FPS agents. This assaultive behavior can cause serious injury to agents. As they did, I again launched volleys of approximately four projectiles toward the ground at the ground around them to deter them from picking up the canisters. The launching of the projectiles was effective and the subjects disappeared into the crowd. I was not able to identify them.

After the arrests were made all Federal Law Enforcement Agents retuned to the interior of the ICE facility and I made no further uses of force.

I had my body worn camera on me and activated it to record when I was able to. All body worn camera evidence is available below.

Serial ███████

Evidence Serial Number:

███████

### Narrative of ################

On January 30, 2026, I, Supervisory Border Patrol Agent (SBPA) ███████, was assigned to assist the Federal Protective Service (FPS) at the Immigration and Customs Enforcement (ICE) facility located in Portland, Oregon. I am a certified member of the Mobile Response Team (MRT) and fully certified in Mobile Field Force operations. Upon my arrival at the ICE facility, I was advised that FPS officers had clashed with protesters earlier in the day and that one officer had been punched in the face by a violent protester. The officer was transported to a medical facility and received stitches to his lip. At the time of my arrival, I observed approximately 120 protesters gathered around the facility entrance. After arriving I donned my rough duty United States (U.S.) Border Patrol Uniform which has all necessary identifiers, including body armor displaying a visible badge clearly stating my status as a Border Patrol Agent.

Throughout the evening, FPS officers issued multiple verbal warnings over a loudspeaker, advising the crowd to remain across the street or on the public sidewalk and not to cross the blue line marking the federal property boundary. FPS identified two subjects who repeatedly ignored these warnings and continued to trespass onto ICE property. FPS officers provided photographs of these subjects to the arrest team, and a plan was developed to attempt to arrest them. The crowd had become unruly, yelling threats at agents and throwing bottles containing unknown fluids as well as rocks towards the facility gate.

We exited through the facility gate and approached the crowd in a line formation with lateral support. I was positioned in the center of the formation. Hand-thrown green smoke was deployed to determine wind direction during our movement.

The two subjects that had been identified by FPS as targets for arrest were identified in the crowd.  One female subject, and one male subject were placed under arrest for trespassing.  Once both arrests were made, FPS directed us to move back toward the facility. Several hand-thrown munitions had been deployed by other BPAs during the operation. As we were moving back, I observed a subject kicking a chemical munition toward myself and fellow agents and officers. I then observed the same subject run toward an additional chemical munition. To prevent the munition from being kicked toward our personnel, I deployed one CS muzzle blast toward the subject.  I was unable to identify the subject as they moved farther into the crowd.  We then continued our movement back into the facility without further incident.

I do not have an issued Incident Driven Body Worn Camera, and I did not capture any footage of the incident.

### Narrative of ###############

On January 30, 2026, I was deployed to Portland, Oregon from the ██████ Border Patrol Sector for "Operation Oregon Support". I was assigned to support the Federal Protective Service (FPS) with the defense of the Immigration and Customs Enforcement (ICE) office building located at 4310 S Macadam Avenue, Portland, Oregon. The ICE building had been besieged by upwards of

approximately 120-200 hostile protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Protesters were damaging the exterior of the building by vandalizing the exterior with graffiti and throwing paint at the front gate. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets. Earlier in the day, protesters had been seen open carrying firearms in the crowd.

At approximately 8:00 pm, my 19-man team of MRT and a team of FPS officers pushed out of the building in a Mobile Field Force (MFF) formation to conduct a targeted arrest of two subjects. As we started walking in formation towards the crowd I threw a green smoke munition approximately 10 yards past the front of our formation. I did this to test the wind direction, distract the two targets of the arrest, and psychologically influence the non-violent members of the crowd to disperse. Immediately upon throwing the smoke munition, an assaultive protester ran up and kicked the smoke munition back at our formation. I responded to this assaultive behavior by throwing a Stingball grenade at the assaultive subject. Other agents in our formation had also deployed munitions and multiple assaultive protesters ran to retrieve these munitions to throw back at us. I responded by throwing a second Stingball grenade at one of these assaultive subjects.

After the two targets were safely in custody of the arrest team, our formation withdrew back into the interior of the ICE building and continued to monitor the crowd.

### Narrative of ####################

On January 30, 2026, I, Border Patrol Agent, ######## as part of the ##### Sector Special Operations Detachment (##### SOD), Mobile Response Team (MRT), was deployed to Portland Oregon, as part of Operation "Restoring Law and Order Portland Oregon" for Mobile Field Force (MFF) duties. I arrived at the designated Objective Rally Point (ORP) at the Immigration and Customs Enforcement (ICE) building located at 4310 SW Macadam Avenue in downtown Portland. I was wearing my green rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

The ICE building had been besieged by upwards of approximately 100-200 hostile protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings given by Federal Protective Officers (FPS) utilizing the Long-Range Acoustic Device (LRAD). The protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets. Just prior to our arrival on scene, an officer was assaulted by a protester, sustaining lacerations to the face.

At approximately 2000 hours, FPS officers advanced into the crowd of protestors to affect two probable cause arrests. During this time, chemical munitions were deployed in an effort to disperse the crowd. Protestors responded with violent actions, including kicking deployed munitions back toward officers and throwing spent munitions at law enforcement personnel. These munitions are solid and have potential to cause serious bodily injury if they strike an individual.

Shortly after the advancement, within approximately one to two minutes I deployed four less-lethal munitions in response to escalating hostile actions from protestors. I deployed one Riot Control Chlorobenzylidene malononitrile (CS) canister to assist in dispersing the crowd. I also deployed one direct impact 40mm projectile at a protester who was actively kicking CS canisters back toward officers. Additionally, I deployed one muzzle-blast 40mm CS projectile at a protester who was attempting to throw a smoke canister toward law enforcement personnel. Finally, I deployed one stinger rubber ball munition at a protester who threw a spent munition canister in my direction.

Each munition was deployed in a targeted manner, directed at individuals actively throwing projectiles (spent canister munitions, rocks, bottles, etc) in order to stop the threat aimed to seriously injure law enforcement personnel, while minimizing risk to bystanders and distract individuals actively throwing these objects. The use of force was executed only after assessing the imminent danger and in accordance with my Border Patrol and Mobile Response Team training and CBP protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation.

The deployment of these munitions effectively disrupted hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters.

CBP_ExF_31

My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.

No injuries were observed or reported from my deployment of any less lethal devices.

IDVRS Footage was taken during this event.



### Narrative of ###############

On January 30, 2026, I, Border Patrol Agent, ▮▮▮▮▮ as part of the ▮▮▮▮ Sector Special Operations Detachment (▮▮▮▮ SOD), Mobile Response Team (MRT), was deployed to Portland Oregon, as part of Operation "Restoring Law and Order Portland OR" for Mobile Field Force (MFF) duties. I arrived at the designated Objective Rally Point (ORP) at the Immigration and Customs Enforcement (ICE) building located at 4310 SW Macadam Avenue in downtown Portland. I was wearing my green rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

Approximately 100-200 protesters had approached the north gate of the ICE facility.  Some of the protesters were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings given by Federal Protective Officers (FPS) utilizing the Long-Range Acoustic Device (LRAD). The protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets. Prior to our arrival on scene, an FPS officer was assaulted by a protester, sustaining injuries to the face.

At approximately 2000 hours, FPS officers advanced into the crowd of protestors to affect two probable cause arrests. During this time, chemical munitions were deployed to disperse the crowd. Protestors responded with violent actions, to include kicking deployed munitions back toward officers and throwing spent munitions, and projectiles (rocks, full water bottles, and our own spent munitions) at law enforcement personnel. These munitions are solid and have potential to cause serious bodily injury if they strike an individual.  Shortly after the advancement, I deployed one direct impact 40mm projectile at a subject actively kicking Chlorobenzylidene malononitrile (CS) canisters back toward officers.  This subject ran into the crowd and I was unable to identify them.

The munition was deployed in a targeted manner, directed at an individual actively kicking CS canisters, to stop the threat aimed at seriously injuring law enforcement personnel. The use of force was executed only after assessing the imminent danger and in accordance with my Border Patrol and Mobile Response Team training and CBP protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation.
The deployment of these munitions effectively disrupted hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters.

My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.
No injuries were observed or reported from my deployment of any less lethal devices.

IDVRS Footage was taken during this event.  Evidence Serial Number: ▮▮▮▮▮

### Narrative of ##################

I am a Mobile Rapid Response Team (MRT) Agent assigned to ▮▮▮▮ Sector Border Patrol.  I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.
On January 30, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive

protestors from federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At approximately 2:00 pm, my team of Mobile Response Team (MRT) agents and I responded to the Immigration and Customs Enforcement (ICE) office building located at 4310 S Macadam Avenue, Portland, Oregon. The ICE building had been besieged by upwards of approximately 500 hostile protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Protesters were damaging the exterior of the building by striking the exterior closed-circuit cameras and attempting to break the plywood that had been tacked up to protect the glass windows. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles and other hard objects.

At approximately 9:00 pm, MRT agents and federal law enforcement personnel from multiple agencies arranged ourselves into a Mobile Field Force (MFF) formation and pushed out the front of the building to move the crowd back off federal property and onto Macadam Avenue. Immediately upon exposing ourselves to the crowd, we were pelted by projectiles from unknown assaultive protesters within the crowd. Federal law enforcement officers deployed hand thrown munitions in areas where projectiles originated from. I observed protestors grab hand thrown chemical munitions and throw them at law enforcement personnel including myself. The chemical munitions canisters after deployment pose a hazard the metallic canister has sharp jagged edges and are similar in weight to a small rock. I observed a subject pick up and throw a spent canister at me. As the subject attempted to pick up another projectile I launched approximately 5 pepperballs targeting the subject's center mass. Additionally, I launched pepperballs to provide 'area saturation', preventing further assaults. After a few minutes, our formation withdrew back into the interior of the ICE building and continued to monitor the crowd.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| ######### | ################### | 02/01/2026 00:42 | |
| ######## | ######################### | 02/01/2026 00:45 | |
| ######## | ################### | 02/01/2026 12:37 | ######## |
| ######### | ################### | 02/01/2026 12:45 | |
| ######## | ######################### | 02/01/2026 12:56 | |
| ######## | #################### | 02/02/2026 19:43 | #################### |
| ######### | ################### | 02/02/2026 21:49 | |
| ######## | ######################### | 02/02/2026 23:01 | ######################### |
| ######### | ################### | 02/03/2026 01:23 | |
| ######## | ############### | 02/03/2026 01:25 | |

F-STAR incident ID:

| | ######### | | |
|---|---|---|---|

# Exhibit G

CBP_ExG_1



U.S. Customs and Border Protection

## Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ∪ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** ████████████  #26439
**Title:** Operation Oregon
**Shift start date/time:** 01/31/2026 14:00
**Shift end date/time:** 01/31/2026 22:00
**Type:** ❏ Assault against CBP personnel  S Reportable use of force  ❏ FTY/Vehicle pursuit by a CBP employee
   ❏ Unintentional firearm discharge  ❏ Intentional firearm discharge
**Was this a mass encounter incident?** ∪ Yes  ○ No
   **CBP Reporting Organizations:**
   S U.S. Border Patrol Location: U.S. Border Patrol / Special Operations Group
   ❏ Air and Marine Operations
   ❏ Office of Field Operations
**Created by:** ###################
**Last updated by:** ###################
**Reviewer:** #################

**Creation date/time:** 01/31/2026 21:45
**Last updated date/time:** 02/03/2026 20:37
**Date reviewed:** 02/03/2026

## RELATED SYSTEMS: 9

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ∪ Yes  ○ No

| IDVRS Evidence Serial Numbers: 9 |
| --- |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |
| ##### |

| Related system(s): 0 | Related document ID |
| --- | --- |

## INVOLVED ORGANIZATIONS

########     Print Date: 2026-02-04

| Organization/type | Component/agency |
|---|---|
| **Reporting organization:** | |
| CBP | USBP |

**Were additional units/ CBP Components/ external agencies involved?** ◯ Yes ⋃ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations / Portland Field Operations
**Country/international waters:** United States of America
**Address:**
    **Street:** 4310 SW Macadam Ave, Unit 206B
    **City:** Portland    **State:** OREGON    **Zip:** 97239
**Incident coordinates:**
    **Latitude:** ########
    **Longitude:** ##########
**Setting:** ◯ Indoors  ⋃ Outdoors

    **Outdoor setting:** ⋃ On land  ◯ In water (standing or swimming)  ◯ On water (in vessel)  ◯ In the air
**Description of the premises/location:** ICE Facility Portland Oregon
**Environmental factors:**

    **Weather:** ❏ Dry ⑀ Raining ❏ Snowing ❏ Flooding ❏ Windy ❏ Storm ❏ Haze/blowing dust ❏ Fog ❏ Other

    **Illumination:** ❏ Daylight ❏ Dark ❏ Dawn ⑀ Dusk ❏ Good lighting ❏ Poor lighting ❏ Night vision aided ❏ Other
    **Estimated temperature (Fahrenheit):** 50

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| ################## | | Radio | 01/31/2026 |

**Other authorities notified (external to CBP):** ⑀ Federal ❏ Tribal ❏ State ❏ Local ❏ Foreign

## EMPLOYEES: 19

**Name:** ###################

    **Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds
    **CBP employee series or role:** #####
    **Service EOD:** ##########
    **Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
    **Duty (or detail/TDY) location EOD:** ##########
    **Duty status at the time of the incident:** ⋃ On duty  ◯ Off duty
        **Activity:** Mobile Response Team (MRT)

    **Armed law enforcement experience:**
        **Total law enforcement experience at the time of the incident:** ## years # months
        **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ⑀ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

    **Wearing body armor?** ⋃ Yes ◯ No

    **Attire:** ⋃ Uniform ◯ Plain clothes

    **Did ################## use reportable force?**

CBP_ExG_3

○ Yes  ∪ No

---

**Was ##################### injured?** ○ Yes  ∪ No

---

**Name:** #########################

**Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ○ Off duty
    **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

---

**Did ####################### use reportable force?** ∪ Yes  ○ No
    **Force type:** Less-lethal Device
    **Device:** PLS (PepperBall Launching System)
    **Device type:** PAVA (area saturation)
    **Estimated use of force date/time (local):** 01/31/2026 17:00
    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
    **Estimated distance:** 15 feet
    **Approximately how many volleys did you deploy?** 1
    **Approximately how many projectiles did you deploy?** 100
    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ######################### injured?** ○ Yes  ∪ No

---

**Name:** #################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ○ Off duty
    **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** # years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | S LLITP (IFITP) | S MFF |

---

CBP_ExG_4

S MRT　　　❏ PITP　　　❏ SRT　　　❏ TATP　　　❏ Other

---

**Wearing body armor?** ∪ Yes　○ No

**Attire:** ∪ Uniform　○ Plain clothes

---

**Did ############### use reportable force?** ∪ Yes　○ No

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Riot Control CS Canister
    **Device description/comments:** Grenade
    **Estimated use of force date/time (local):** 01/31/2026 16:30
    **Posture:** S Standing　❏ Kneeling　❏ Prone　❏ Other
    **Estimated distance:** 10 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ○ Yes　○ No　∪ Unknown　○ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes　∪ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | S Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Kinetic
    **Munition type:** Rubber Ball Grenade
    **Device description/comments:** Stingerball
    **Estimated use of force date/time (local):** 01/31/2026 16:34
    **Posture:** S Standing　❏ Kneeling　❏ Prone　❏ Other
    **Estimated distance:** 15 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ○ Yes　○ No　∪ Unknown　○ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes　∪ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | S Protect innocent 3rd party |
| S Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** 40MM Less-lethal Munitions - Chemical
    **Munition type:** 40MM Muzzle Blast CS
    **Device description/comments:** 40MM Launcher
    **Estimated use of force date/time (local):** 01/31/2026 16:30
    **Posture:** S Standing　❏ Kneeling　❏ Prone　❏ Other
    **Estimated distance:** 10 feet
    **Approximately how many munitions did you deploy?** 2
    **Collateral contamination occurred:** ○ Yes　○ No　∪ Unknown　○ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes　∪ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | S Protect innocent 3rd party |

S Protect non-CBP officer/agent   S Effect an arrest or detention   ❏ Prevent escape

S Overcome resistance   ❏ Stop vehicle   ❏ Vessel failure to heave to

❏ Animal euthanization   ❏ Other

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Kinetic
**Munition type:** 40MM eXact Impact
**Device description/comments:** 40Mm Launcher
**Estimated use of force date/time (local):** 01/31/2026 16:33
**Posture:** S Standing   ❏ Kneeling   ❏ Prone   ❏ Other
**Estimated distance:** 20 feet
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ◯ Yes   ◯ No   ∪ Unknown   ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes   ∪ No
**Reason(s) for this use of force:**

S Protect self   S Protect co-worker   S Protect innocent 3rd party

S Protect non-CBP officer/agent   S Effect an arrest or detention   ❏ Prevent escape

S Overcome resistance   ❏ Stop vehicle   ❏ Vessel failure to heave to

❏ Animal euthanization   ❏ Other

---

**Force type:** Less-lethal Device
**Device:** CNLDD (Controlled Noise and Light Distraction Device)
**Device type:** Command Initiated
**Device description/comments:** via a 40mm Launcher
**Estimated use of force date/time (local):** 01/31/2026 16:32
**Posture:** S Standing   ❏ Kneeling   ❏ Prone   ❏ Other
**Estimated distance:** 100 meters
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes   ∪ No
**Reason(s) for this use of force:**

S Protect self   S Protect co-worker   S Protect innocent 3rd party

S Protect non-CBP officer/agent   ❏ Effect an arrest or detention   ❏ Prevent escape

S Overcome resistance   ❏ Stop vehicle   ❏ Vessel failure to heave to

❏ Animal euthanization   ❏ Other

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Kinetic
**Munition type:** 40MM Direct Impact OC
**Device description/comments:** 40mm Launcher
**Reason(s) for this use of force:**

S Protect self   S Protect co-worker   S Protect innocent 3rd party

S Protect non-CBP officer/agent   S Effect an arrest or detention   ❏ Prevent escape

S Overcome resistance   ❏ Stop vehicle   ❏ Vessel failure to heave to

❏ Animal euthanization   ❏ Other

**Usage 1**

**Estimated use of force date/time (local):** 01/31/2026 17:09
**Posture:** S Standing   ❏ Kneeling   ❏ Prone   ❏ Other
**Estimated distance:** 40 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes   ◯ No   ∪ Unknown   ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes   ◯ No

**Usage 2**

**Estimated use of force date/time (local):** 01/31/2026 17:12

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 30 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  U Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** U Yes  ◯ No

### Usage 3

**Estimated use of force date/time (local):** 01/31/2026 17:47

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  U Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** U Yes  ◯ No

### Usage 4

**Estimated use of force date/time (local):** 01/31/2026 17:49

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 35 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  U Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** U Yes  ◯ No

### Usage 5

**Estimated use of force date/time (local):** 01/31/2026 18:27

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 30 feet

**Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ◯ Yes  ◯ No  U Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** U Yes  ◯ No

### Usage 6

**Estimated use of force date/time (local):** 01/31/2026 19:26

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 30 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  U Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** U Yes  ◯ No

### Usage 7

**Estimated use of force date/time (local):** 01/31/2026 20:41

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 30 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  U Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** U Yes  ◯ No

### Usage 8

**Estimated use of force date/time (local):** 01/31/2026 20:50

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  U Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  U No

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Skat Shell CS

CBP_ExG_7

**Device description/comments:** 40mm Launcher

**Estimated use of force date/time (local):** 01/31/2026 18:28

**Posture:** Ⓢ Standing   ❏ Kneeling   ❏ Prone   ❏ Other

**Estimated distance:** 80 yards

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ○ Yes   ○ No   ⓤ Unknown   ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes   ⓤ No

**Reason(s) for this use of force:**

Ⓢ Protect self                     Ⓢ Protect co-worker              Ⓢ Protect innocent 3rd party

Ⓢ Protect non-CBP officer/agent   ❏ Effect an arrest or detention   ❏ Prevent escape

Ⓢ Overcome resistance             ❏ Stop vehicle                   ❏ Vessel failure to heave to

❏ Animal euthanization            ❏ Other

---

**Was ################ injured?** ○ Yes   ⓤ No

---

**Name:** ################

**Gender:** Male      **Age:** ##      **Height:** #####      **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** ▮▮▮▮▮ Sector / ▮▮▮▮▮ Station

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ⓤ On duty   ○ Off duty

   **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

   **Total law enforcement experience at the time of the incident:** ## years # months

   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | Ⓢ EMT | ❏ FITP | ❏ LLITP (IFITP) | Ⓢ MFF |
| Ⓢ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ⓤ Yes   ○ No

**Attire:** ⓤ Uniform   ○ Plain clothes

---

**Did ################ use reportable force?** ⓤ Yes   ○ No

   **Force type:** Less-lethal Device

   **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

   **Device type:** Hand-Thrown Munitions - Chemical

   **Munition type:** Riot Control CS Canister

   **Device description/comments:** 1

   **Estimated use of force date/time (local):** 01/31/2026 17:00

   **Posture:** Ⓢ Standing   ❏ Kneeling   ❏ Prone   ❏ Other

   **Estimated distance:** 10 feet

   **Approximately how many munitions did you deploy?** 1

   **Collateral contamination occurred:** ○ Yes   ○ No   ⓤ Unknown   ○ Not applicable

   **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes   ⓤ No

   **Reason(s) for this use of force:**

❏ Protect self                     ❏ Protect co-worker              ❏ Protect innocent 3rd party

❏ Protect non-CBP officer/agent   ❏ Effect an arrest or detention   ❏ Prevent escape

Ⓢ Overcome resistance             ❏ Stop vehicle                   ❏ Vessel failure to heave to

❏ Animal euthanization            ❏ Other

---

   **Force type:** Less-lethal Device

   **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

   **Device type:** 40MM Less-lethal Munitions - Chemical

**Munition type:** 40MM Muzzle Blast CS

**Device description/comments:** 1

**Estimated use of force date/time (local):** 01/31/2026 17:00

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 10 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ⭕ Yes  ⭕ No  Ⓤ Unknown  ⭕ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ⭕ Yes  Ⓤ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| Ⓢ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ################ injured?** ⭕ Yes  Ⓤ No

---

**Name:** ##################

**Gender:** Male     **Age:** ##     **Height:** #####     **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** Ⓤ On duty  ⭕ Off duty

   **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

   **Total law enforcement experience at the time of the incident:** # years # months

   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | Ⓢ LLITP (IFITP) | Ⓢ MFF |
| Ⓢ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** Ⓤ Yes  ⭕ No

**Attire:** Ⓤ Uniform  ⭕ Plain clothes

---

**Did ################ use reportable force?** Ⓤ Yes  ⭕ No

   **Force type:** Less-lethal Device

   **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

   **Device type:** Hand-Thrown Munitions - Chemical

   **Munition type:** Triple Chaser CS Canister

   **Device description/comments:** 1

   **Estimated use of force date/time (local):** 01/31/2026 17:00

   **Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

   **Estimated distance:** 10 feet

   **Approximately how many munitions did you deploy?** 2

   **Collateral contamination occurred:** ⭕ Yes  ⭕ No  Ⓤ Unknown  ⭕ Not applicable

   **Was this force type used again within the same shift (a break-in-the-action)?** ⭕ Yes  Ⓤ No

   **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| Ⓢ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

   **Force type:** Less-lethal Device

   **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

CBP_ExG_9

**Device type:** Hand-Thrown Munitions - Kinetic
**Munition type:** Rubber Ball Grenade
**Device description/comments:** 1
**Estimated use of force date/time (local):** 01/31/2026 17:00
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 10 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No
**Reason(s) for this use of force:**

❏ Protect self                        ❏ Protect co-worker                ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent  ❏ Effect an arrest or detention    ❏ Prevent escape
S Overcome resistance            ❏ Stop vehicle                     ❏ Vessel failure to heave to
❏ Animal euthanization            ❏ Other

**Was ################## injured?** ◯ Yes  ∪ No

**Name:** #############

**Gender:** Male      **Age:** ##      **Height:** #####      **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ▮▮▮▮▮ Sector
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ◯ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

❏ BPAIST        ❏ BORSTAR       ❏ BORTAC        ❏ DITP          ❏ DTI
❏ EDVPTP        ❏ EMT           ❏ FITP          ❏ LLITP (IFITP)  ❏ MFF
S MRT           ❏ PITP          ❏ SRT           ❏ TATP          ❏ Other

**Wearing body armor?** ∪ Yes  ◯ No

**Attire:** ∪ Uniform  ◯ Plain clothes

**Did ############# use reportable force?** ◯ Yes  ∪ No

**Was ############# injured?** ◯ Yes  ∪ No

**Name:** #################

**Gender:** Male      **Age:** ##      **Height:** #####      **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ◯ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

❏ BPAIST        ❏ BORSTAR       ❏ BORTAC        ❏ DITP          ❏ DTI
❏ EDVPTP        ❏ EMT           ❏ FITP          ❏ LLITP (IFITP)  ❏ MFF
S MRT           ❏ PITP          ❏ SRT           ❏ TATP          ❏ Other

CBP_ExG_10

**Wearing body armor?** ⋃ Yes  ○ No

**Attire:** ⋃ Uniform  ○ Plain clothes

---

**Did ################ use reportable force?** ⋃ Yes  ○ No

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Triple Chaser CS Canister
    **Device description/comments:** 1
    **Estimated use of force date/time (local):** 01/31/2026 17:00
    **Posture:** S Standing  ❑ Kneeling  ❑ Prone  ❑ Other
    **Estimated distance:** 15 feet
    **Approximately how many munitions did you deploy?** 2
    **Collateral contamination occurred:** ○ Yes  ○ No  ⋃ Unknown  ○ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ⋃ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❑ Protect self | ❑ Protect co-worker | ❑ Protect innocent 3rd party |
| ❑ Protect non-CBP officer/agent | ❑ Effect an arrest or detention | ❑ Prevent escape |
| S Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

---

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Kinetic
    **Munition type:** Rubber Ball Grenade
    **Device description/comments:** 1
    **Estimated use of force date/time (local):** 01/31/2026 17:00
    **Posture:** S Standing  ❑ Kneeling  ❑ Prone  ❑ Other
    **Estimated distance:** 15 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ○ Yes  ○ No  ⋃ Unknown  ○ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ⋃ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❑ Protect self | ❑ Protect co-worker | ❑ Protect innocent 3rd party |
| ❑ Protect non-CBP officer/agent | ❑ Effect an arrest or detention | ❑ Prevent escape |
| S Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

---

**Was ################ injured?** ○ Yes  ⋃ No

---

**Name:** ################

**Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ⋃ On duty  ○ Off duty
    **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years ## months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | S EMT | ❑ FITP | ❑ LLITP (IFITP) | S MFF |

CBP_ExG_11

| | | | | |
|---|---|---|---|---|
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

**Did ################ use reportable force?** ∪ Yes  ○ No

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Triple Chaser CS Canister
    **Device description/comments:** 1
    **Estimated use of force date/time (local):** 01/31/2026 17:00
    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
    **Estimated distance:** 10 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Was ################ injured?** ○ Yes  ∪ No

**Name:** ####################

    **Gender:** Male  **Age:** ##  **Height:** #####  **Weight:** ### pounds
    **CBP employee series or role:** #####
    **Service EOD:** ##########
    **Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
    **Duty (or detail/TDY) location EOD:** ##########
    **Duty status at the time of the incident:** ∪ On duty  ○ Off duty
        **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

**Did ################### use reportable force?** ∪ Yes  ○ No

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Triple Chaser CS Canister
    **Device description/comments:** 1
    **Estimated use of force date/time (local):** 01/31/2026 17:00
    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
    **Estimated distance:** 10 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable

CBP_ExG_12

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⋃ No
**Reason(s) for this use of force:**

❏ Protect self                ❏ Protect co-worker            ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent ❏ Effect an arrest or detention ❏ Prevent escape
S Overcome resistance          ❏ Stop vehicle                 ❏ Vessel failure to heave to
❏ Animal euthanization         ❏ Other

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Kinetic
**Munition type:** Rubber Ball Grenade
**Device description/comments:** 1
**Estimated use of force date/time (local):** 01/31/2026 17:00
**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 10 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes ◯ No ⋃ Unknown ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⋃ No
**Reason(s) for this use of force:**

❏ Protect self                ❏ Protect co-worker            ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent ❏ Effect an arrest or detention ❏ Prevent escape
S Overcome resistance          ❏ Stop vehicle                 ❏ Vessel failure to heave to
❏ Animal euthanization         ❏ Other

---

**Was #################### injured?** ◯ Yes  ⋃ No

---

**Name:** ###################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ⋃ On duty  ◯ Off duty
    **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** # years # months
    **CBP training previously received (not including basic academy training):**

❏ BPAIST      ❏ BORSTAR     ❏ BORTAC      ❏ DITP        ❏ DTI
❏ EDVPTP      S EMT         ❏ FITP        ❏ LLITP (IFITP)  S MFF
S MRT         ❏ PITP        ❏ SRT         ❏ TATP        ❏ Other

---

**Wearing body armor?** ⋃ Yes  ◯ No

**Attire:** ⋃ Uniform  ◯ Plain clothes

---

**Did ################### use reportable force?** ⋃ Yes  ◯ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Kinetic
    **Munition type:** Rubber Ball Grenade
    **Device description/comments:** 1
    **Estimated use of force date/time (local):** 01/31/2026 17:00
    **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
    **Estimated distance:** 10 feet
    **Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No

**Reason(s) for this use of force:**

❏ Protect self  ❏ Protect co-worker  ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape
S Overcome resistance  ❏ Stop vehicle  ❏ Vessel failure to heave to
❏ Animal euthanization  ❏ Other

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Triple Chaser CS Canister
**Device description/comments:** silver round canister
**Estimated use of force date/time (local):** 01/31/2026 17:47
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 10 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No

**Reason(s) for this use of force:**

S Protect self  S Protect co-worker  ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent  S Effect an arrest or detention  ❏ Prevent escape
S Overcome resistance  ❏ Stop vehicle  ❏ Vessel failure to heave to
❏ Animal euthanization  ❏ Other

---

**Was #################### injured?** ◯ Yes  ∪ No

---

**Name:** ###############

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ◯ Off duty
    **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** # years # months
    **CBP training previously received (not including basic academy training):**

❏ BPAIST  ❏ BORSTAR  ❏ BORTAC  ❏ DITP  ❏ DTI
❏ EDVPTP  S EMT  S FITP  ❏ LLITP (IFITP)  S MFF
S MRT  ❏ PITP  ❏ SRT  ❏ TATP  ❏ Other

---

**Wearing body armor?** ∪ Yes  ◯ No

**Attire:** ∪ Uniform  ◯ Plain clothes

---

**Did ############### use reportable force?** ∪ Yes  ◯ No

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** 40MM Less-lethal Munitions - Chemical
    **Munition type:** 40MM Muzzle Blast CS
    **Device description/comments:** 40mm B&T Launcher
    **Estimated use of force date/time (local):** 01/31/2026 16:30
    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
    **Estimated distance:** 10 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ⭘ Yes ⭘ No ⋃ Unknown ⭘ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ⭘ Yes ⋃ No

**Reason(s) for this use of force:**

❏ Protect self          ❏ Protect co-worker          ❏ Protect innocent 3rd party

❏ Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape

Ꞩ Overcome resistance     ❏ Stop vehicle           ❏ Vessel failure to heave to

❏ Animal euthanization     ❏ Other

---

**Was ############### injured?** ⭘ Yes ⋃ No

---

**Name:** ###############

**Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ⋃ On duty   ⭘ Off duty

   **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

   **Total law enforcement experience at the time of the incident:** # years # months

   **CBP training previously received (not including basic academy training):**

| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | Ꞩ EMT | ❏ FITP | ❏ LLITP (IFITP) | Ꞩ MFF |
| Ꞩ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ⋃ Yes ⭘ No

**Attire:** ⋃ Uniform ⭘ Plain clothes

---

**Did ############### use reportable force?** ⋃ Yes ⭘ No

   **Force type:** Less-lethal Device
   **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
   **Device type:** Hand-Thrown Munitions - Chemical
   **Munition type:** Triple Chaser CS Canister
   **Device description/comments:** 1
   **Estimated use of force date/time (local):** 01/31/2026 17:00

   **Posture:** ❏ Standing Ꞩ Kneeling ❏ Prone ❏ Other

   **Estimated distance:** 10 feet

   **Approximately how many munitions did you deploy?** 1

   **Collateral contamination occurred:** ⭘ Yes ⭘ No ⋃ Unknown ⭘ Not applicable

   **Was this force type used again within the same shift (a break-in-the-action)?** ⭘ Yes ⋃ No
   **Reason(s) for this use of force:**

❏ Protect self          ❏ Protect co-worker          ❏ Protect innocent 3rd party

❏ Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape

Ꞩ Overcome resistance     ❏ Stop vehicle           ❏ Vessel failure to heave to

❏ Animal euthanization     ❏ Other

---

   **Force type:** Less-lethal Device
   **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
   **Device type:** Hand-Thrown Munitions - Kinetic
   **Munition type:** Rubber Ball Grenade
   **Device description/comments:** 2
   **Estimated use of force date/time (local):** 01/31/2026 17:00
   **Posture:**

CBP_ExG_15

S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 5 feet

**Approximately how many munitions did you deploy?**  1

**Collateral contamination occurred:** ◯ Yes  ∪ No  ◯ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No

**Reason(s) for this use of force:**

❏ Protect self                          ❏ Protect co-worker                  ❏ Protect innocent 3rd party

❏ Protect non-CBP officer/agent ❏ Effect an arrest or detention  ❏ Prevent escape

S Overcome resistance              ❏ Stop vehicle                          ❏ Vessel failure to heave to

❏ Animal euthanization             ❏ Other

---

**Was ################ injured?** ◯ Yes  ∪ No

---

**Name:** ###############

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:**  U.S. Border Patrol

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty  ◯ Off duty

    **Activity:**  Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:**  ## years # months

    **CBP training previously received (not including basic academy training):**

❏ BPAIST        ❏ BORSTAR        ❏ BORTAC        ❏ DITP            ❏ DTI

❏ EDVPTP        ❏ EMT            S FITP          ❏ LLITP (IFITP)  S MFF

S MRT            ❏ PITP            ❏ SRT            ❏ TATP           ❏ Other

---

**Wearing body armor?** ∪ Yes  ◯ No

**Attire:** ∪ Uniform  ◯ Plain clothes

---

**Did ############### use reportable force?** ∪ Yes  ◯ No

    **Force type:**  Less-lethal Device

    **Device:**  LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

    **Device type:**  Hand-Thrown Munitions - Chemical

    **Munition type:**  Triple Chaser CS Canister

    **Device description/comments:**  1

    **Estimated use of force date/time (local):**  01/31/2026 17:00

    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

    **Estimated distance:** 10 feet

    **Approximately how many munitions did you deploy?** 5

    **Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No

    **Reason(s) for this use of force:**

❏ Protect self                          ❏ Protect co-worker                  ❏ Protect innocent 3rd party

❏ Protect non-CBP officer/agent ❏ Effect an arrest or detention  ❏ Prevent escape

S Overcome resistance              ❏ Stop vehicle                          ❏ Vessel failure to heave to

❏ Animal euthanization             ❏ Other

---

    **Force type:**  Less-lethal Device

    **Device:**  LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

    **Device type:**  Hand-Thrown Munitions - Kinetic

    **Munition type:**  Rubber Ball Grenade

    **Device description/comments:**  1

**Estimated use of force date/time (local):** 01/31/2026 17:00

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 10 feet

**Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ############### injured?** ○ Yes  ∪ No

---

**Name:** ################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty  ○ Off duty

**Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** ## years # months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

---

**Did ############### use reportable force?** ∪ Yes  ○ No

**Force type:** Less-lethal Device

**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

**Device type:** Hand-Thrown Munitions - Chemical

**Munition type:** Riot Control CS Canister

**Device description/comments:** 1

**Estimated use of force date/time (local):** 01/31/2026 18:00

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ○ Yes  ∪ No  ○ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device

**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

**Device type:** Hand-Thrown Munitions - Kinetic

**Munition type:** Rubber Ball Grenade

**Device description/comments:** A round and black ball with the words Stinger Ball
**Estimated use of force date/time (local):** 01/31/2026 16:30
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  ∪ No  ○ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
**Reason(s) for this use of force:**

S Protect self            S Protect co-worker           ❏ Protect innocent 3rd party
S Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape
❏ Overcome resistance    ❏ Stop vehicle                ❏ Vessel failure to heave to
❏ Animal euthanization   ❏ Other

**Was ################ injured?** ○ Yes  ∪ No

**Name:** ############

**Gender:** Male     **Age:** ##     **Height:** #####     **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ○ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

**Did ############ use reportable force?** ∪ Yes  ○ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** 40MM Less-lethal Munitions - Chemical
    **Munition type:** 40MM Muzzle Blast CS
    **Device description/comments:** 1
    **Estimated use of force date/time (local):** 01/31/2026 17:50
    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
    **Estimated distance:** 10 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
    **Reason(s) for this use of force:**

❏ Protect self            S Protect co-worker           ❏ Protect innocent 3rd party
S Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape
S Overcome resistance    ❏ Stop vehicle                ❏ Vessel failure to heave to
❏ Animal euthanization   ❏ Other

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical

CBP_ExG_18

**Munition type:** Triple Chaser CS Canister
**Device description/comments:** Triple Chaser CS Canister
**Estimated use of force date/time (local):** 01/31/2026 16:30
**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ⭕ Yes ⭕ No ⋃ Unknown ⭕ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ⭕ Yes ⋃ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Vapor Aerosol Grenade OC
**Device description/comments:** Vapor Aerosol Grenade OC
**Estimated use of force date/time (local):** 01/31/2026 16:30
**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 20 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ⭕ Yes ⭕ No ⋃ Unknown ⭕ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ⭕ Yes ⋃ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ########### injured?** ⭕ Yes ⋃ No

---

**Name:** ################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ⋃ On duty ⭕ Off duty
   **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** # years # months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ⋃ Yes ⭕ No

**Attire:** ⋃ Uniform ⭕ Plain clothes

---

**Did ################ use reportable force?** ⋃ Yes ⭕ No
   **Force type:** Less-lethal Device
   **Device:** PLS (PepperBall Launching System)

CBP_ExG_19

**Device type:** Kinetic impact
**Reason(s) for this use of force:**

S Protect self               S Protect co-worker          ❏ Protect innocent 3rd party
S Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape
S Overcome resistance        ❏ Stop vehicle               ❏ Vessel failure to heave to
❏ Animal euthanization       ❏ Other

**Usage 1**

**Estimated use of force date/time (local):** 01/31/2026 16:30
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 20 feet
**Approximately how many volleys did you deploy?** 4
**Approximately how many projectiles did you deploy?** 24
**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

**Usage 2**

**Estimated use of force date/time (local):** 01/31/2026 17:30
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 20 feet
**Approximately how many volleys did you deploy?** 6
**Approximately how many projectiles did you deploy?** 36
**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

**Usage 3**

**Estimated use of force date/time (local):** 01/31/2026 19:45
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** Unknown
**Approximately how many volleys did you deploy?** 2
**Approximately how many projectiles did you deploy?** 12
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

---

**Force type:** Less-lethal Device
**Device:** PLS (PepperBall Launching System)
**Device type:** PAVA (area saturation)
**Estimated use of force date/time (local):** 01/31/2026 19:45
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** Unknown
**Approximately how many volleys did you deploy?** 20
**Approximately how many projectiles did you deploy?** 120
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
**Reason(s) for this use of force:**

S Protect self               S Protect co-worker          ❏ Protect innocent 3rd party
S Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape
S Overcome resistance        ❏ Stop vehicle               ❏ Vessel failure to heave to
❏ Animal euthanization       ❏ Other

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Triple Chaser CS Canister
**Device description/comments:** chemical munition
**Reason(s) for this use of force:**

S Protect self               S Protect co-worker          ❏ Protect innocent 3rd party
S Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape
S Overcome resistance        ❏ Stop vehicle               ❏ Vessel failure to heave to
❏ Animal euthanization       ❏ Other

CBP_ExG_20

E/BAR incident No:

### Usage 1

**Estimated use of force date/time (local):** 01/31/2026 16:30

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 yards

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ◯ No

### Usage 2

**Estimated use of force date/time (local):** 01/31/2026 17:30

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 yards

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Kinetic
**Munition type:** Rubber Ball Grenade
**Device description/comments:** stinger ball
**Estimated use of force date/time (local):** 01/31/2026 17:30
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 15 yards
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ################# injured?** ◯ Yes  ∪ No

---

**Name:** ###################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ◯ Off duty

**Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** ## years # months
**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| S EDVPTP | ❏ EMT | ❏ FITP | S LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes  ◯ No

**Attire:** ∪ Uniform  ◯ Plain clothes

---

**Did ################# use reportable force?** ∪ Yes  ◯ No

**Force type:** Less-lethal Device

**Device:** PLS (PepperBall Launching System)
**Device type:** PAVA (area saturation)
**Reason(s) for this use of force:**

    S Protect self        S Protect co-worker        S Protect innocent 3rd party

    S Protect non-CBP officer/agent    ❏ Effect an arrest or detention    ❏ Prevent escape

    S Overcome resistance        ❏ Stop vehicle        ❏ Vessel failure to heave to

    ❏ Animal euthanization        ❏ Other

### Usage 1

**Estimated use of force date/time (local):** 01/31/2026 16:30

**Posture:** S Standing   ❏ Kneeling   ❏ Prone   ❏ Other

**Estimated distance:** 20 feet

**Approximately how many volleys did you deploy?** 10

**Approximately how many projectiles did you deploy?** 50

**Was this force type used again within the same shift (a break-in-the-action)?** ⋃ Yes   ◯ No

### Usage 2

**Estimated use of force date/time (local):** 01/31/2026 17:00

**Posture:** S Standing   ❏ Kneeling   ❏ Prone   ❏ Other

**Estimated distance:** 20 yards

**Approximately how many volleys did you deploy?** 10

**Approximately how many projectiles did you deploy?** 60

**Was this force type used again within the same shift (a break-in-the-action)?** ⋃ Yes   ◯ No

### Usage 3

**Estimated use of force date/time (local):** 01/31/2026 17:30

**Posture:** S Standing   ❏ Kneeling   ❏ Prone   ❏ Other

**Estimated distance:** 20 yards

**Approximately how many volleys did you deploy?** 10

**Approximately how many projectiles did you deploy?** 60

**Was this force type used again within the same shift (a break-in-the-action)?** ⋃ Yes   ◯ No

### Usage 4

**Estimated use of force date/time (local):** 01/31/2026 20:05

**Posture:** S Standing   ❏ Kneeling   ❏ Prone   ❏ Other

**Estimated distance:** 20 yards

**Approximately how many volleys did you deploy?** 10

**Approximately how many projectiles did you deploy?** 50

**Was this force type used again within the same shift (a break-in-the-action)?** ⋃ Yes   ◯ No

### Usage 5

**Estimated use of force date/time (local):** 01/31/2026 21:00

**Posture:** S Standing   ❏ Kneeling   ❏ Prone   ❏ Other

**Estimated distance:** 20 yards

**Approximately how many volleys did you deploy?** 5

**Approximately how many projectiles did you deploy?** 30

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes   ⋃ No

---

**Force type:** Less-lethal Device
**Device:** PLS (PepperBall Launching System)
**Device type:** Kinetic impact
**Reason(s) for this use of force:**

    S Protect self        S Protect co-worker        ❏ Protect innocent 3rd party

    S Protect non-CBP officer/agent    ❏ Effect an arrest or detention    ❏ Prevent escape

    S Overcome resistance        ❏ Stop vehicle        ❏ Vessel failure to heave to

    ❏ Animal euthanization        ❏ Other

### Usage 1

**Estimated use of force date/time (local):** 01/31/2026 17:00
**Posture:**

Ꮗ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 10 yards

**Approximately how many volleys did you deploy?** 10

**Approximately how many projectiles did you deploy?** 50

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 2

**Estimated use of force date/time (local):** 01/31/2026 17:10

**Posture:** Ꮗ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 10 yards

**Approximately how many volleys did you deploy?** 5

**Approximately how many projectiles did you deploy?** 25

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 3

**Estimated use of force date/time (local):** 01/31/2026 17:30

**Posture:** Ꮗ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 yards

**Approximately how many volleys did you deploy?** 5

**Approximately how many projectiles did you deploy?** 25

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 4

**Estimated use of force date/time (local):** 01/31/2026 17:35

**Posture:** Ꮗ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 yards

**Approximately how many volleys did you deploy?** 10

**Approximately how many projectiles did you deploy?** 50

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 5

**Estimated use of force date/time (local):** 01/31/2026 19:30

**Posture:** Ꮗ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 yards

**Approximately how many volleys did you deploy?** 5

**Approximately how many projectiles did you deploy?** 25

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 6

**Estimated use of force date/time (local):** 01/31/2026 20:00

**Posture:** Ꮗ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 yards

**Approximately how many volleys did you deploy?** 5

**Approximately how many projectiles did you deploy?** 60

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 7

**Estimated use of force date/time (local):** 01/31/2026 21:00

**Posture:** Ꮗ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 yards

**Approximately how many volleys did you deploy?** 10

**Approximately how many projectiles did you deploy?** 60

**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 8

**Estimated use of force date/time (local):** 01/31/2026 21:30

**Posture:** Ꮗ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 yards

**Approximately how many volleys did you deploy?** 5

**Approximately how many projectiles did you deploy?** 30

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

**Was #################### injured?** ○ Yes  ∪ No

**Name:** ##################

    **Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds

    **CBP employee series or role:** #####

    **Service EOD:** ##########

    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ▇▇▇ Sector

    **Duty (or detail/TDY) location EOD:** ##########

    **Duty status at the time of the incident:** ∪ On duty  ○ Off duty

        **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ○ Yes  ∪ No

**Attire:** ∪ Uniform  ○ Plain clothes

**Did ################# use reportable force?** ∪ Yes  ○ No

    **Force type:** Less-lethal Device

    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

    **Device type:** 40MM Less-lethal Munitions - Chemical

        **Munition type:** 40MM Muzzle Blast CS

    **Device description/comments:** 1

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

    **Usage 1**

        **Estimated use of force date/time (local):** 01/31/2026 16:30

        **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

        **Estimated distance:** 12 feet

        **Approximately how many munitions did you deploy?** 2

        **Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable

        **Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

    **Usage 2**

        **Estimated use of force date/time (local):** 01/31/2026 17:50

        **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

        **Estimated distance:** 11 feet

        **Approximately how many munitions did you deploy?** 1

        **Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable

        **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

    **Force type:** Less-lethal Device

    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

    **Device type:** Hand-Thrown Munitions - Chemical

    **Munition type:** Riot Control CS Canister

    **Device description/comments:** 1

    **Estimated use of force date/time (local):** 01/31/2026 16:30

    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

    **Estimated distance:** 20 feet

CBP_ExG_24

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  ⋃ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⋃ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ################# injured?** ◯ Yes  ⋃ No

---

**Name:** ###################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ⋃ On duty  ◯ Off duty

    **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ⋃ Yes  ◯ No

**Attire:** ⋃ Uniform  ◯ Plain clothes

---

**Did ################# use reportable force?** ⋃ Yes  ◯ No

    **Force type:** Less-lethal Device

    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

    **Device type:** 40MM Less-lethal Munitions - Chemical

    **Munition type:** 40MM Muzzle Blast OC

    **Device description/comments:** 1

    **Estimated use of force date/time (local):** 01/31/2026 17:00

    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

    **Estimated distance:** 10 feet

    **Approximately how many munitions did you deploy?** 3

    **Collateral contamination occurred:** ◯ Yes  ◯ No  ⋃ Unknown  ◯ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⋃ No

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

    **Force type:** Less-lethal Device

    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

    **Device type:** 40MM Less-lethal Munitions - Chemical

    **Munition type:** 40MM Muzzle Blast CS

    **Device description/comments:** 40 MM

    **Estimated use of force date/time (local):** 01/31/2026 17:30

CBP_ExG_25

**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 10 feet
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Triple Chaser CS Canister
**Device description/comments:** Triple Chaser Handthrown
**Estimated use of force date/time (local):** 01/31/2026 16:30
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 50 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ################### injured?** ○ Yes  ∪ No

## SUBJECTS: 57

---

**Name:** MASS GROUP
**Estimated number of individuals in the group:** 3000
**Group description (Composition, attire, etc.):**
**Was any member of this group wearing body armor?** ∪ Yes  ○ No  ○ Unknown
**Estimated number of subjects wearing body armor:** 500
**Group activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Group's current location and disposition if known:**  Group is located outside the ICE Facility

---

**Was reportable force used on any member of this group not listed as an individual subject?** ⋃ Yes   ◯ No

**Was any member of this group outside the US or its territories when this force was applied?** ◯ Yes   ⋃ No

---

**Name:** #########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ◯ Civilian   ◯ Paramilitary   ◯ Police   ◯ Nude   ◯ Unknown   ⋃ Other - helmet, shields, gas mask, thick clothing

**Was the subject wearing body armor?** ◯ Yes   ◯ No   ⋃ Unknown

**Immigration status:**

**Country of citizenship:**
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes   ⋃ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**  Unknown.

---

**Was reportable force used on this subject?** ⋃ Yes   ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes   ⋃ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes   ⋃ No

**Was this subject injured or claiming to be injured?** ◯ Yes   ⋃ No   ◯ Unknown

---

**Name:** #########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ◯ Civilian   ◯ Paramilitary   ◯ Police   ◯ Nude   ◯ Unknown   ⋃ Other - helmet, shields, gas mask, thick clothing

**Was the subject wearing body armor?** ◯ Yes   ◯ No   ⋃ Unknown

**Immigration status:**

**Country of citizenship:**
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes   ⋃ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown.

**Was reportable force used on this subject?** ∪ Yes  ○ No

**Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ∪ No  ○ Unknown

**Name:** #########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ○ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown  ∪ Other - helmet, shields, gas mask, thick clothing

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:**

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown.

**Was reportable force used on this subject?** ∪ Yes  ○ No

**Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ∪ No  ○ Unknown

**Name:** #########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######
**Attire:**

CBP_ExG_28

◯ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown  ∪ Other - helmet, shields, gas mask, thick clothing

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ∪ Unknown

**Immigration status:**

**Country of citizenship:**
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown.

---

**Was reportable force used on this subject?** ∪ Yes  ◯ No

　　**Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ∪ No  ◯ Unknown

---

**Name:** #########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ◯ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown  ∪ Other - helmet, shields, gas mask, thick clothing

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ∪ Unknown

**Immigration status:**

**Country of citizenship:**
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

CBP_ExG_29

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown.

**Was reportable force used on this subject?** ∪ Yes   ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes   ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes   ∪ No   ○ Unknown

---

**Name:** #########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ○ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown   ∪ Other - helmet, shields, gas mask, thick clothing

**Was the subject wearing body armor?** ○ Yes   ○ No   ∪ Unknown

**Immigration status:**

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes   ∪ No

**Subject's activity:**

    ❏ Illegal entry

    S Uncooperative during encounter/inspection

    ❏ Failure to yield/heave to

    ❏ Checkpoint runner

    ❏ Port runner

    ❏ Alien smuggling

    ❏ Narcotics smuggling

    ❏ Scouting

    S Assault (rocks/other projectiles)

    S Assault (all other types)

    S Rioting/civil disturbance

    ❏ Mass coordinated entry

    ❏ No suspected illegal activity

    ❏ Other

**Subject's current location and disposition if known:** Unknown.

---

**Was reportable force used on this subject?** ∪ Yes   ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes   ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes   ∪ No   ○ Unknown

---

**Name:** #########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ○ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown   ∪ Other - helmet, shields, gas mask, thick clothing

**Was the subject wearing body armor?** ○ Yes   ○ No   ∪ Unknown

**Immigration status:**

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes   ∪ No

**Subject's activity:**

    ❏ Illegal entry

    S Uncooperative during encounter/inspection

CBP_ExG_30

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown.

---

**Was reportable force used on this subject?** ∪ Yes  ○ No

   **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ∪ No  ○ Unknown

---

**Name:** #########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:** ○ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown  ∪ Other - helmet, shields, gas mask, thick clothing

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:**

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown.

---

**Was reportable force used on this subject?** ∪ Yes  ○ No

   **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ∪ No  ○ Unknown

---

**Name:** #########

CBP_ExG_31

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:** ○ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown  U Other - helmet, shields, gas mask, thick clothing

**Was the subject wearing body armor?** ○ Yes  ○ No  U Unknown

**Immigration status:**

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  U No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown.

---

**Was reportable force used on this subject?** U Yes  ○ No

**Was the subject outside the US or its territories when this force was applied?** ○ Yes  U No

---

**Was the subject an occupant of a vehicle?** ○ Yes  U No

**Was this subject injured or claiming to be injured?** ○ Yes  U No  ○ Unknown

---

**Name:** ###########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:** ○ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown  U Other - helmet, shields, gas mask, thick clothing

**Was the subject wearing body armor?** ○ Yes  ○ No  U Unknown

**Immigration status:**

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  U No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

CBP_ExG_32

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown.

---

**Was reportable force used on this subject?** ∪ Yes   ○ No

  **Was the subject outside the US or its territories when this force was applied?** ○ Yes   ∪ No

---

**Was the subject an occupant of a vehicle?** ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes   ∪ No   ○ Unknown

---

**Name:** ##########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:** ○ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown   ∪ Other - helmet, shields, gas mask, thick clothing

**Was the subject wearing body armor?** ○ Yes   ○ No   ∪ Unknown

**Immigration status:**

**Country of citizenship:**
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes   ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown.

---

**Was reportable force used on this subject?** ∪ Yes   ○ No

  **Was the subject outside the US or its territories when this force was applied?** ○ Yes   ∪ No

---

**Was the subject an occupant of a vehicle?** ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes   ∪ No   ○ Unknown

---

**Name:** ##########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:** ○ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown   ∪ Other - gas masks, shields, thick clothing, helmets

**Was the subject wearing body armor?** ○ Yes   ○ No   ∪ Unknown

**Immigration status:**

**Country of citizenship:**
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes   ∪ No

**Subject's activity:**

❏ Illegal entry

CBP_ExG_33

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**  Unknown

**Was reportable force used on this subject?**  ∪ Yes   ○ No

**Was the subject outside the US or its territories when this force was applied?**  ○ Yes   ∪ No

**Was the subject an occupant of a vehicle?**  ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?**  ○ Yes   ∪ No   ○ Unknown

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ○ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown   ∪ Other - helmet, shields, gas mask, thick clothing

**Was the subject wearing body armor?**  ○ Yes   ○ No   ∪ Unknown

**Immigration status:**

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

○ Yes   ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**  Unknown.

**Was reportable force used on this subject?**  ∪ Yes   ○ No

**Was the subject outside the US or its territories when this force was applied?**  ○ Yes   ∪ No

**Was the subject an occupant of a vehicle?**  ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?**  ○ Yes   ∪ No   ○ Unknown

CBP_ExG_34

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ⭕ Civilian  ⭕ Paramilitary  ⭕ Police  ⭕ Nude  ⭕ Unknown  ⋃ Other - helmet, shields, gas mask, thick clothing

**Was the subject wearing body armor?** ⭕ Yes  ⭕ No  ⋃ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ⭕ Yes  ⋃ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown.

---

**Was reportable force used on this subject?** ⋃ Yes  ⭕ No

    **Was the subject outside the US or its territories when this force was applied?** ⭕ Yes  ⋃ No

---

**Was the subject an occupant of a vehicle?** ⭕ Yes  ⋃ No

**Was this subject injured or claiming to be injured?** ⭕ Yes  ⋃ No  ⭕ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ⭕ Civilian  ⭕ Paramilitary  ⭕ Police  ⭕ Nude  ⭕ Unknown  ⋃ Other - helmet, shields, gas mask, thick clothing

**Was the subject wearing body armor?** ⭕ Yes  ⭕ No  ⋃ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ⭕ Yes  ⋃ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

CBP_ExG_35

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown.

---

**Was reportable force used on this subject?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ∪ No  ○ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

⑀ Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

---

**Was reportable force used on this subject?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

⛛ Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ⋃ Yes  ◯ No

    **Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ⋃ No

**Was the subject an occupant of a vehicle?** ◯ Yes  ⋃ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ⋃ Unknown

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ⋃ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ⋃ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes  ⋃ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

⛛ Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ⋃ Yes  ◯ No

    **Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ⋃ No

**Was the subject an occupant of a vehicle?** ◯ Yes  ⋃ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ⋃ Unknown

**Name:** ##########

**Gender:** Unknown        **Age:** #######        **Height:** #######        **Weight:** #######

**Attire:** ⊍ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ⊍ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊍ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**  Subject absconded into the crowd.,

---

**Was reportable force used on this subject?** ⊍ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊍ No

---

**Was the subject an occupant of a vehicle?** ○ Yes  ⊍ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ⊍ Unknown

---

**Name:** ##########

**Gender:** Unknown        **Age:** #######        **Height:** #######        **Weight:** #######

**Attire:** ⊍ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ⊍ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊍ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

########  Print Date: 2026-02-04

CBP_ExG_38

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ⋃ Yes  ◯ No

   **Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ⋃ No

**Was the subject an occupant of a vehicle?** ◯ Yes  ⋃ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ⋃ Unknown

**Name:** ##########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:** ⋃ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ⋃ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes  ⋃ No

**Subject's activity:**

   ❏ Illegal entry

   ❏ Uncooperative during encounter/inspection

   ❏ Failure to yield/heave to

   ❏ Checkpoint runner

   ❏ Port runner

   ❏ Alien smuggling

   ❏ Narcotics smuggling

   ❏ Scouting

   ⋃ Assault (rocks/other projectiles)

   ❏ Assault (all other types)

   ❏ Rioting/civil disturbance

   ❏ Mass coordinated entry

   ❏ No suspected illegal activity

   ❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ⋃ Yes  ◯ No

   **Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ⋃ No

**Was the subject an occupant of a vehicle?** ◯ Yes  ⋃ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ⋃ Unknown

**Name:** ##########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:** ⋃ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ⋃ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes  ⋃ No

**Subject's activity:**

CBP_ExG_39

- ❑ Illegal entry
- ❑ Uncooperative during encounter/inspection
- ❑ Failure to yield/heave to
- ❑ Checkpoint runner
- ❑ Port runner
- ❑ Alien smuggling
- ❑ Narcotics smuggling
- ❑ Scouting
- �簿 Assault (rocks/other projectiles)
- ❑ Assault (all other types)
- ❑ Rioting/civil disturbance
- ❑ Mass coordinated entry
- ❑ No suspected illegal activity
- ❑ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ∪ Yes   ○ No

   **Was the subject outside the US or its territories when this force was applied?** ○ Yes   ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes   ○ No   ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown      **Age:** #######     **Height:** #######      **Weight:** #######

**Attire:** ∪ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown

**Was the subject wearing body armor?** ○ Yes   ○ No   ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes   ∪ No

**Subject's activity:**

- ❑ Illegal entry
- ❑ Uncooperative during encounter/inspection
- ❑ Failure to yield/heave to
- ❑ Checkpoint runner
- ❑ Port runner
- ❑ Alien smuggling
- ❑ Narcotics smuggling
- ❑ Scouting
- �.S Assault (rocks/other projectiles)
- ❑ Assault (all other types)
- ❑ Rioting/civil disturbance
- ❑ Mass coordinated entry
- ❑ No suspected illegal activity
- ❑ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ∪ Yes   ○ No

   **Was the subject outside the US or its territories when this force was applied?** ○ Yes   ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ∪ No

**Subject's activity:**

❑ Illegal entry

❑ Uncooperative during encounter/inspection

❑ Failure to yield/heave to

❑ Checkpoint runner

❑ Port runner

❑ Alien smuggling

❑ Narcotics smuggling

❑ Scouting

S Assault (rocks/other projectiles)

❑ Assault (all other types)

❑ Rioting/civil disturbance

❑ Mass coordinated entry

❑ No suspected illegal activity

❑ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

---

**Was reportable force used on this subject?** ∪ Yes  ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ∪ No

**Subject's activity:**

❑ Illegal entry

❑ Uncooperative during encounter/inspection

❑ Failure to yield/heave to

❑ Checkpoint runner

❑ Port runner

❑ Alien smuggling

❑ Narcotics smuggling

❑ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

---

**Was reportable force used on this subject?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

---

**Name:** ##########

    **Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

    **Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

    **Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

    **Immigration status:** Unknown

    **Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ∪ No

    **Subject's activity:**

        ❏ Illegal entry

        ❏ Uncooperative during encounter/inspection

        ❏ Failure to yield/heave to

        ❏ Checkpoint runner

        ❏ Port runner

        ❏ Alien smuggling

        ❏ Narcotics smuggling

        ❏ Scouting

        ∽ Assault (rocks/other projectiles)

        ❏ Assault (all other types)

        ❏ Rioting/civil disturbance

        ❏ Mass coordinated entry

        ❏ No suspected illegal activity

        ❏ Other

    **Subject's current location and disposition if known:** Subject absconded into the crowd.,

---

**Was reportable force used on this subject?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

---

**Name:** ##########

    **Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

    **Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

    **Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

    **Immigration status:** Unknown

    **Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ∪ No

    **Subject's activity:**

CBP_ExG_42

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ⋃ Yes   ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes   ⋃ No

**Was the subject an occupant of a vehicle?** ◯ Yes   ⋃ No

**Was this subject injured or claiming to be injured?** ◯ Yes   ◯ No   ⋃ Unknown

**Name:** ##########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:** ⋃ Civilian   ◯ Paramilitary   ◯ Police   ◯ Nude   ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes   ◯ No   ⋃ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes   ⋃ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ⋃ Yes   ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes   ⋃ No

**Was the subject an occupant of a vehicle?** ◯ Yes   ⋃ No

CBP_ExG_43

**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown      **Age:** #######      **Height:** #######      **Weight:** #######

**Attire:** ∪ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

---

**Was reportable force used on this subject?** ∪ Yes  ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown      **Age:** #######      **Height:** #######      **Weight:** #######

**Attire:** ∪ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

CBP_ExG_44

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**  Subject absconded into the crowd.,

**Was reportable force used on this subject?**  ∪ Yes   ○ No

**Was the subject outside the US or its territories when this force was applied?**  ○ Yes   ∪ No

**Was the subject an occupant of a vehicle?**  ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?**  ○ Yes   ○ No   ∪ Unknown

**Name:**  ##########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:** ∪ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown

**Was the subject wearing body armor?**  ○ Yes   ○ No   ∪ Unknown

**Immigration status:** Unknown
**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes   ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**  Subject absconded into the crowd.,

**Was reportable force used on this subject?**  ∪ Yes   ○ No

**Was the subject outside the US or its territories when this force was applied?**  ○ Yes   ∪ No

**Was the subject an occupant of a vehicle?**  ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?**  ○ Yes   ○ No   ∪ Unknown

**Name:**  ##########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:** ∪ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown

**Was the subject wearing body armor?**  ○ Yes   ○ No   ∪ Unknown

**Immigration status:** Unknown
**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes   ∪ No

**Subject's activity:**

CBP_ExG_45

- ❏ Illegal entry
- ❏ Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to
- ❏ Checkpoint runner
- ❏ Port runner
- ❏ Alien smuggling
- ❏ Narcotics smuggling
- ❏ Scouting
- ⊃ Assault (rocks/other projectiles)
- ❏ Assault (all other types)
- ❏ Rioting/civil disturbance
- ❏ Mass coordinated entry
- ❏ No suspected illegal activity
- ❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ∪ Yes   ○ No

　　**Was the subject outside the US or its territories when this force was applied?** ○ Yes   ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes   ○ No   ∪ Unknown

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown

**Was the subject wearing body armor?** ○ Yes   ○ No   ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes   ∪ No

**Subject's activity:**

- ❏ Illegal entry
- ❏ Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to
- ❏ Checkpoint runner
- ❏ Port runner
- ❏ Alien smuggling
- ❏ Narcotics smuggling
- ❏ Scouting
- ⊃ Assault (rocks/other projectiles)
- ❏ Assault (all other types)
- ❏ Rioting/civil disturbance
- ❏ Mass coordinated entry
- ❏ No suspected illegal activity
- ❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ∪ Yes   ○ No

　　**Was the subject outside the US or its territories when this force was applied?** ○ Yes   ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes   ∪ No

CBP_ExG_46

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ⊗ Unknown

___

**Name:** ##########

**Gender:** Unknown      **Age:** ######      **Height:** ######      **Weight:** ######

**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ⊗ Unknown

**Immigration status:** Unknown

**Country of citizenship:** ######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No

**Subject's activity:**

- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☒ Assault (rocks/other projectiles)
- ☐ Assault (all other types)
- ☐ Rioting/civil disturbance
- ☐ Mass coordinated entry
- ☐ No suspected illegal activity
- ☐ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

___

**Was reportable force used on this subject?** ⊗ Yes  ○ No

   **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

___

**Was the subject an occupant of a vehicle?** ○ Yes  ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ⊗ Unknown

___

**Name:** ##########

**Gender:** Unknown      **Age:** ######      **Height:** ######      **Weight:** ######

**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ⊗ Unknown

**Immigration status:** Unknown

**Country of citizenship:** ######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ⊗ No

**Subject's activity:**

- ☐ Illegal entry
- ☐ Uncooperative during encounter/inspection
- ☐ Failure to yield/heave to
- ☐ Checkpoint runner
- ☐ Port runner
- ☐ Alien smuggling
- ☐ Narcotics smuggling
- ☐ Scouting
- ☒ Assault (rocks/other projectiles)

CBP_ExG_47

❑ Assault (all other types)

❑ Rioting/civil disturbance

❑ Mass coordinated entry

❑ No suspected illegal activity

❑ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

---

**Was reportable force used on this subject?** ∪ Yes  ○ No

**Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ∪ No

**Subject's activity:**

❑ Illegal entry

❑ Uncooperative during encounter/inspection

❑ Failure to yield/heave to

❑ Checkpoint runner

❑ Port runner

❑ Alien smuggling

❑ Narcotics smuggling

❑ Scouting

S Assault (rocks/other projectiles)

❑ Assault (all other types)

❑ Rioting/civil disturbance

❑ Mass coordinated entry

❑ No suspected illegal activity

❑ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

---

**Was reportable force used on this subject?** ∪ Yes  ○ No

**Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ∪ No

**Subject's activity:**

CBP_ExG_48

- ❏ Illegal entry
- ❏ Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to
- ❏ Checkpoint runner
- ❏ Port runner
- ❏ Alien smuggling
- ❏ Narcotics smuggling
- ❏ Scouting
- S Assault (rocks/other projectiles)
- ❏ Assault (all other types)
- ❏ Rioting/civil disturbance
- ❏ Mass coordinated entry
- ❏ No suspected illegal activity
- ❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ∪ Yes  ○ No

  **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ∪ No

**Subject's activity:**

- ❏ Illegal entry
- ❏ Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to
- ❏ Checkpoint runner
- ❏ Port runner
- ❏ Alien smuggling
- ❏ Narcotics smuggling
- ❏ Scouting
- S Assault (rocks/other projectiles)
- ❏ Assault (all other types)
- ❏ Rioting/civil disturbance
- ❏ Mass coordinated entry
- ❏ No suspected illegal activity
- ❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ∪ Yes  ○ No

  **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

---

**Was reportable force used on this subject?** ∪ Yes  ○ No

**Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

CBP_ExG_50

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**  Subject absconded into the crowd.,

---

**Was reportable force used on this subject?**  ∪ Yes   ○ No

    **Was the subject outside the US or its territories when this force was applied?**  ○ Yes   ∪ No

---

**Was the subject an occupant of a vehicle?**  ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?**  ○ Yes   ○ No   ∪ Unknown

---

**Name:**  ##########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:**  ∪ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown

**Was the subject wearing body armor?**  ○ Yes   ○ No   ∪ Unknown

**Immigration status:**  Unknown

**Country of citizenship:**  #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

○ Yes   ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

⑊ Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**  Subject absconded into the crowd.,

---

**Was reportable force used on this subject?**  ∪ Yes   ○ No

    **Was the subject outside the US or its territories when this force was applied?**  ○ Yes   ∪ No

---

**Was the subject an occupant of a vehicle?**  ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?**  ○ Yes   ○ No   ∪ Unknown

---

**Name:**  ##########

**Gender:** Unknown     **Age:** #######     **Height:** #######     **Weight:** #######

**Attire:**  ∪ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown

**Was the subject wearing body armor?**  ○ Yes   ○ No   ∪ Unknown

**Immigration status:**  Unknown

**Country of citizenship:**  #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**

○ Yes   ∪ No

**Subject's activity:**

CBP_ExG_51

❑ Illegal entry

❑ Uncooperative during encounter/inspection

❑ Failure to yield/heave to

❑ Checkpoint runner

❑ Port runner

❑ Alien smuggling

❑ Narcotics smuggling

❑ Scouting

☒ Assault (rocks/other projectiles)

❑ Assault (all other types)

❑ Rioting/civil disturbance

❑ Mass coordinated entry

❑ No suspected illegal activity

❑ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ⊗ Yes  ○ No

   **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes  ⊗ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ⊗ Unknown

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ⊗ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ⊗ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ⊗ No

**Subject's activity:**

❑ Illegal entry

❑ Uncooperative during encounter/inspection

❑ Failure to yield/heave to

❑ Checkpoint runner

❑ Port runner

❑ Alien smuggling

❑ Narcotics smuggling

❑ Scouting

☒ Assault (rocks/other projectiles)

❑ Assault (all other types)

❑ Rioting/civil disturbance

❑ Mass coordinated entry

❑ No suspected illegal activity

❑ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ⊗ Yes  ○ No

   **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ⊗ No

**Was the subject an occupant of a vehicle?** ○ Yes  ⊗ No

CBP_ExG_52

**Was this subject injured or claiming to be injured?** ◯ Yes   ◯ No   ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian   ◯ Paramilitary   ◯ Police   ◯ Nude   ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes   ◯ No   ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes   ∪ No

**Subject's activity:**

- ❏ Illegal entry
- ❏ Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to
- ❏ Checkpoint runner
- ❏ Port runner
- ❏ Alien smuggling
- ❏ Narcotics smuggling
- ❏ Scouting
- S Assault (rocks/other projectiles)
- ❏ Assault (all other types)
- ❏ Rioting/civil disturbance
- ❏ Mass coordinated entry
- ❏ No suspected illegal activity
- ❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

---

**Was reportable force used on this subject?** ∪ Yes   ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes   ∪ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes   ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes   ◯ No   ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian   ◯ Paramilitary   ◯ Police   ◯ Nude   ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes   ◯ No   ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes   ∪ No

**Subject's activity:**

- ❏ Illegal entry
- ❏ Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to
- ❏ Checkpoint runner
- ❏ Port runner
- ❏ Alien smuggling
- ❏ Narcotics smuggling
- ❏ Scouting
- S Assault (rocks/other projectiles)

CBP_ExG_53

    ❏ Assault (all other types)

    ❏ Rioting/civil disturbance

    ❏ Mass coordinated entry

    ❏ No suspected illegal activity

    ❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

---

**Was reportable force used on this subject?** ⋃ Yes  ◯ No

    **Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ⋃ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes  ⋃ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ⋃ Unknown

---

**Name:** ##########

**Gender:** Unknown      **Age:** #######      **Height:** #######      **Weight:** #######

**Attire:** ⋃ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ⋃ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes  ⋃ No

**Subject's activity:**

    ❏ Illegal entry

    ❏ Uncooperative during encounter/inspection

    ❏ Failure to yield/heave to

    ❏ Checkpoint runner

    ❏ Port runner

    ❏ Alien smuggling

    ❏ Narcotics smuggling

    ❏ Scouting

    ⑊ Assault (rocks/other projectiles)

    ❏ Assault (all other types)

    ❏ Rioting/civil disturbance

    ❏ Mass coordinated entry

    ❏ No suspected illegal activity

    ❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

---

**Was reportable force used on this subject?** ⋃ Yes  ◯ No

    **Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ⋃ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes  ⋃ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ⋃ Unknown

---

**Name:** ##########

**Gender:** Unknown      **Age:** #######      **Height:** #######      **Weight:** #######

**Attire:** ⋃ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ⋃ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes  ⋃ No

**Subject's activity:**

CBP_ExG_54

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ∪ Yes  ○ No

**Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

❏ Assault (all other types)

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ∪ Yes  ○ No

**Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

CBP_ExG_55

**Was this subject injured or claiming to be injured?** ◯ Yes ◯ No ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown   **Age:** #######   **Height:** #######   **Weight:** #######

**Attire:** ∪ Civilian ◯ Paramilitary ◯ Police ◯ Nude ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes ◯ No ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes ∪ No

**Subject's activity:**

❑ Illegal entry

❑ Uncooperative during encounter/inspection

❑ Failure to yield/heave to

❑ Checkpoint runner

❑ Port runner

❑ Alien smuggling

❑ Narcotics smuggling

❑ Scouting

S Assault (rocks/other projectiles)

❑ Assault (all other types)

❑ Rioting/civil disturbance

❑ Mass coordinated entry

❑ No suspected illegal activity

❑ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

---

**Was reportable force used on this subject?** ∪ Yes ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes ∪ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes ◯ No ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown   **Age:** #######   **Height:** #######   **Weight:** #######

**Attire:** ∪ Civilian ◯ Paramilitary ◯ Police ◯ Nude ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes ◯ No ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes ∪ No

**Subject's activity:**

❑ Illegal entry

❑ Uncooperative during encounter/inspection

❑ Failure to yield/heave to

❑ Checkpoint runner

❑ Port runner

❑ Alien smuggling

❑ Narcotics smuggling

❑ Scouting

S Assault (rocks/other projectiles)

F-ExAR incident Detail

CBP_ExG_56

❑ Assault (all other types)

❑ Rioting/civil disturbance

❑ Mass coordinated entry

❑ No suspected illegal activity

❑ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown
**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ∪ No

**Subject's activity:**

❑ Illegal entry

S Uncooperative during encounter/inspection

❑ Failure to yield/heave to

❑ Checkpoint runner

❑ Port runner

❑ Alien smuggling

❑ Narcotics smuggling

❑ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❑ Mass coordinated entry

❑ No suspected illegal activity

❑ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ○ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown
**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ∪ Yes   ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes   ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes   ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes   ○ No   ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ∪ Civilian   ○ Paramilitary   ○ Police   ○ Nude   ○ Unknown

**Was the subject wearing body armor?** ○ Yes   ○ No   ∪ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ○ Yes   ∪ No

**Subject's activity:**

❏ Illegal entry

S Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

S Assault (rocks/other projectiles)

S Assault (all other types)

S Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Subject absconded into the crowd.,

**Was reportable force used on this subject?** ∪ Yes   ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes   ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes   ∪ No

CBP_ExG_58

**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** ############    **Weight:** #######

**Attire:** ∪ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ◯ Yes  ∪ No  ◯ Unknown

**Immigration status:** Unknown

**Country of citizenship:** #######

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ∪ No

**Subject's activity:**

- ❏ Illegal entry
- ❏ Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to
- ❏ Checkpoint runner
- ❏ Port runner
- ❏ Alien smuggling
- ❏ Narcotics smuggling
- ❏ Scouting
- S Assault (rocks/other projectiles)
- S Assault (all other types)
- S Rioting/civil disturbance
- ❏ Mass coordinated entry
- ❏ No suspected illegal activity
- ❏ Other

**Subject's current location and disposition if known:** absconded

---

**Was reportable force used on this subject?** ∪ Yes  ◯ No

**Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ∪ No

---

**Was the subject an occupant of a vehicle?** ◯ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown    **Age:** #######    **Height:** #######    **Weight:** #######

**Attire:** ◯ Civilian  ∪ Paramilitary  ◯ Police  ◯ Nude  ◯ Unknown

**Was the subject wearing body armor?** ∪ Yes  ◯ No  ◯ Unknown

**Immigration status:** Unknown

**Country of citizenship:**

**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
◯ Yes  ∪ No

**Subject's activity:**

- ❏ Illegal entry
- ❏ Uncooperative during encounter/inspection
- ❏ Failure to yield/heave to
- ❏ Checkpoint runner
- ❏ Port runner
- ❏ Alien smuggling
- ❏ Narcotics smuggling
- ❏ Scouting
- S Assault (rocks/other projectiles)

---

&#9651; Assault (all other types)

&#9651; Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:**

**Was reportable force used on this subject?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

---

**Name:** ##########

**Gender:** Unknown  **Age:** #######  **Height:** #######  **Weight:** #######

**Attire:** ○ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ∪ Unknown

**Was the subject wearing body armor?** ○ Yes  ○ No  ∪ Unknown

**Immigration status:** Unknown
**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
○ Yes  ∪ No

**Subject's activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

&#9651; Assault (rocks/other projectiles)

❏ Assault (all other types)

&#9651; Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Subject's current location and disposition if known:** Unknown

**Was reportable force used on this subject?** ∪ Yes  ○ No

    **Was the subject outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Was the subject an occupant of a vehicle?** ○ Yes  ∪ No

**Was this subject injured or claiming to be injured?** ○ Yes  ○ No  ∪ Unknown

## USES OF FORCE: 126

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ###############<br>######### | PLS (PepperBall Launching System) - PAVA | **Subject:** ##########<br>    **Was this use of force effective against what prompted its use?** Yes<br>    **Did the UOF device function as designed?** Yes |

| | (area saturation) on 01/31/2026 17:00 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
|---|---|---|
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident |

| | | |
|---|---|---|
| | | **Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown |

| | | |
|---|---|---|
| | | Was this use of force effective against what prompted its use? Yes<br>Did the UOF device function as designed? Yes |
| | | **Subject: ##########**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: ##########**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: ##########**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: ##########**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: ##########**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: ##########**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: ##########**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: ##########**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject: ##########**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################# | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - Grenade on 01/31/2026 16:30 | **Subject: ##########**<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################# | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - Stingerball on | **Subject: ##########**<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

| 01/31/2026 16:34 | | |
|---|---|---|
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - 40MM Launcher on 01/31/2026 16:30 | **Subject:** ##########<br>   **Was this subject injured or claiming to be injured by this use of force?** Unknown<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>   **Was this subject injured or claiming to be injured by this use of force?** Unknown<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM eXact Impact - 40Mm Launcher on 01/31/2026 16:33 | **Subject:** ##########<br>   **Was this subject injured or claiming to be injured by this use of force?** Unknown<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| ###############<br># | CNLDD (Controlled Noise and Light Distraction Device) - Command Initiated on 01/31/2026 16:32 | **Subject:** ##########<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40mm Launcher on 01/31/2026 17:09 | **Subject:** ##########<br>   **Was this subject injured or claiming to be injured by this use of force?** Unknown<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>   **Was this subject injured or claiming to be injured by this use of force?** Unknown<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40mm Launcher on 01/31/2026 17:12 | **Subject:** ##########<br>   **Was this subject injured or claiming to be injured by this use of force?** Unknown<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40mm Launcher on 01/31/2026 17:47 | **Subject:** ##########<br>   **Was this subject injured or claiming to be injured by this use of force?** Unknown<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40mm Launcher on 01/31/2026 | **Subject:** ##########<br>   **Was this subject injured or claiming to be injured by this use of force?** Unknown<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |

| | | |
|---|---|---|
| | 17:49 | |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40mm Launcher on 01/31/2026 18:27 | **Subject:** ###########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40mm Launcher on 01/31/2026 19:26 | **Subject:** ###########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40mm Launcher on 01/31/2026 20:41 | **Subject:** ###########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40mm Launcher on 01/31/2026 20:50 | **Subject:** ###########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Skat Shell CS - 40mm Launcher on 01/31/2026 18:28 | **Subject:** ###########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - 1 on 01/31/2026 17:00 | **Subject:** ###########<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - 1 on 01/31/2026 17:00 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - 1 on 01/31/2026 17:00 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
|---|---|---|
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 1 on 01/31/2026 17:00 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - 1 on 01/31/2026 17:00 | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 1 on 01/31/2026 17:00 | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################# | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - 1 on 01/31/2026 17:00 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - 1 on 01/31/2026 17:00 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 1 on 01/31/2026 17:00 | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 1 on 01/31/2026 17:00 | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

| # | Device | Details |
|---|--------|---------|
| ############## ##### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - silver round canister on 01/31/2026 17:47 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - 40mm B&T Launcher on 01/31/2026 16:30 | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| ############## # | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - 1 on 01/31/2026 17:00 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| ############### # | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 2 on 01/31/2026 17:00 | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes<br><br>**Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| ############## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - 1 on 01/31/2026 17:00 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 1 on 01/31/2026 17:00 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| ############### # | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - 1 on 01/31/2026 18:00 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?**  Yes<br>**Did the UOF device function as designed?**  Yes |
| ############### # | LLSI-CM (Less-lethal Specialty Impact-Chemical | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>**Was this use of force effective against what prompted its use?**  Yes |

| | | |
|---|---|---|
| | Munitions) - Rubber Ball Grenade - A round and black ball with the words Stinger Ball on 01/31/2026 16:30 | **Did the UOF device function as designed?**  Yes |
| ############ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - 1 on 01/31/2026 17:50 | **Subject:**  ##########<br>  **Was this subject injured or claiming to be injured by this use of force?**  Not injured in this incident<br>  **Was this use of force effective against what prompted its use?**  Yes<br>  **Did the UOF device function as designed?**  Yes |
| ############ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser CS Canister on 01/31/2026 16:30 | **Subject:**  ##########<br>  **Was this use of force effective against what prompted its use?**  Yes<br>  **Did the UOF device function as designed?**  Yes |
| ############ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Vapor Aerosol Grenade OC - Vapor Aerosol Grenade OC on 01/31/2026 16:30 | **Subject:**  ##########<br>  **Was this use of force effective against what prompted its use?**  Yes<br>  **Did the UOF device function as designed?**  Yes |
| ################## | PLS (PepperBall Launching System) - Kinetic impact on 01/31/2026 16:30 | **Subject:**  ##########<br>  **Was this use of force effective against what prompted its use?**  Yes<br>  **Did the UOF device function as designed?**  Yes |
| | | **Subject:**  #########<br>  **Was this subject injured or claiming to be injured by this use of force?**  Not injured in this incident<br>  **Was this use of force effective against what prompted its use?**  Yes<br>  **Did the UOF device function as designed?**  Yes |
| | | **Subject:**  #########<br>  **Was this subject injured or claiming to be injured by this use of force?**  Not injured in this incident<br>  **Was this use of force effective against what prompted its use?**  Yes<br>  **Did the UOF device function as designed?**  Yes |
| | | **Subject:**  #########<br>  **Was this subject injured or claiming to be injured by this use of force?**  Not injured in this incident<br>  **Was this use of force effective against what prompted its use?**  Yes<br>  **Did the UOF device function as designed?**  Yes |
| | | **Subject:**  #########<br>  **Was this subject injured or claiming to be injured by this use of force?**  Not injured in this incident<br>  **Was this use of force effective against what prompted its use?**  Yes<br>  **Did the UOF device function as designed?**  Yes |

| | | |
|---|---|---|
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###############<br>## | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/31/2026 19:45 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###############<br>## | PLS (PepperBall Launching System) - Kinetic impact on 01/31/2026 17:30 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###############<br>## | PLS (PepperBall Launching System) - Kinetic impact on 01/31/2026 19:45 | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###############<br>## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - chemical munition on 01/31/2026 | **Subject:** ##########<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

| | | |
|---|---|---|
| | | 16:30 |
| ###############<br>## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - chemical munition on 01/31/2026 17:30 | **Subject:** ##########<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| ###############<br>## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - stinger ball on 01/31/2026 17:30 | **Subject:** ##########<br>   **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| ###############<br>#### | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/31/2026 16:30 | **Subject:** ##########<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| ###############<br>#### | PLS (PepperBall Launching System) - Kinetic impact on 01/31/2026 17:00 | **Subject:** #########<br>   **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>   **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>   **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| | | **Subject:** #########<br>   **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| ###############<br>#### | PLS (PepperBall Launching System) - Kinetic impact on 01/31/2026 17:10 | **Subject:** ##########<br>   **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| ###############<br>#### | PLS (PepperBall Launching System) - Kinetic impact on 01/31/2026 17:30 | **Subject:** ##########<br>   **Was this subject injured or claiming to be injured by this use of force?** Unknown<br>   **Was this use of force effective against what prompted its use?** Yes<br>   **Did the UOF device function as designed?** Yes |
| | | **Subject:** ########## |

| | | |
|---|---|---|
| | | **Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###################### | PLS (PepperBall Launching System) - Kinetic impact on 01/31/2026 17:35 | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###################### | PLS (PepperBall Launching System) - Kinetic impact on 01/31/2026 19:30 | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###################### | PLS (PepperBall Launching System) - Kinetic impact on 01/31/2026 20:00 | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| | | **Subject:** ##########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

| ################### | PLS (PepperBall Launching System) - Kinetic impact on 01/31/2026 21:00 | **Subject:** ########## <br> **Was this subject injured or claiming to be injured by this use of force?** Unknown <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
|---|---|---|
| | | **Subject:** ########## <br> **Was this subject injured or claiming to be injured by this use of force?** Unknown <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ################### | PLS (PepperBall Launching System) - Kinetic impact on 01/31/2026 21:30 | **Subject:** ########## <br> **Was this subject injured or claiming to be injured by this use of force?** Unknown <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| | | **Subject:** ########## <br> **Was this subject injured or claiming to be injured by this use of force?** Unknown <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| | | **Subject:** ########## <br> **Was this subject injured or claiming to be injured by this use of force?** Unknown <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| | | **Subject:** ########## <br> **Was this subject injured or claiming to be injured by this use of force?** Unknown <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| | | **Subject:** ########## <br> **Was this subject injured or claiming to be injured by this use of force?** Unknown <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| | | **Subject:** ########## <br> **Was this subject injured or claiming to be injured by this use of force?** Unknown <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/31/2026 17:00 | **Subject:** ########## <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/31/2026 17:30 | **Subject:** ########## <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 01/31/2026 20:05 | **Subject:** ########## <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ################### | PLS (PepperBall Launching System) - PAVA | **Subject:** ########## <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |

| | | |
|---|---|---|
| | (area saturation) on 01/31/2026 21:00 | |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - 1 on 01/31/2026 16:30 | **Subject:** ########## <br> **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - 1 on 01/31/2026 16:30 | **Subject:** ########## <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - 1 on 01/31/2026 17:50 | **Subject:** ########## <br> **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast OC - 1 on 01/31/2026 17:00 | **Subject:** ########## <br> **Was this subject injured or claiming to be injured by this use of force?** Unknown <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - 40 MM on 01/31/2026 17:30 | **Subject:** ########## <br> **Was this subject injured or claiming to be injured by this use of force?** Not injured in this incident <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser Handthrown on 01/31/2026 16:30 | **Subject:** ########## <br> **Was this use of force effective against what prompted its use?** Yes <br> **Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ○ Yes  ⋃ No

**Did this incident result in collateral injury to a bystander?** ○ Yes  ⋃ No

**WITNESSES: 0**

## NARRATIVE

**Shared incident narrative**

This incident is related to other documented incidents in E-STAR. Please refer to the following E-STAR reports for additional information:

##############################

At approximately 1700 hours, a crowd estimated at over 3,000 individuals approached the ICE Facility in Portland, Oregon. The crowd, identified as violent protestors, coordinated an organized attack on the front gate of the facility.

In response, MRT and FPS personnel deployed from the gate to push the crowd back. However, they were immediately met with violent behavior. Hostile individuals threw various projectiles, including frozen objects, and retrieved and threw deployed munitions back toward agents. This action created a significant safety hazard and rapidly escalated the threat environment. In response to this active resistance and assaultive behavior, agents deployed less-lethal munitions.

Despite initial deployments, several individuals within the crowd continued to retrieve and throw deployed munitions back toward agents, further escalating the threat. Agents responded with additional less-lethal deployments to stop the assaults and maintain control of the scene.

Once the crowd was successfully pushed back away from the immediate vicinity of the ICE Facility, its size dispersed to approximately 1,500 individuals. The remaining crowd continued to exhibit aggressive behavior throughout the shift, escalating to violent actions that necessitated the continued application of force by agents. This posture of active resistance and the need for force continued until the end of the shift.

**Current certification status:** Certified
**Shared incident narrative certification history**

| Hash ID | Employee | Certified Date |
|---------|----------|----------------|
| ####### | #################### | 01/31/2026 20:53 |
| ####### | #################### | 01/31/2026 20:53 |
| ####### | #################### | 01/31/2026 20:54 |

**Narrative of ####################**

At approximately 1700 hours, a crowd estimated at over 3,000 individuals approached the ICE Facility in Portland, Oregon. The crowd, identified as violent protestors, coordinated an organized attack on the front gate of the facility.

In response, MRT and FPS personnel deployed from the gate to push the crowd back. However, they were immediately met with violent behavior. Hostile individuals threw various projectiles, including frozen objects, and retrieved and threw deployed munitions back toward agents. This action created a significant safety hazard and rapidly escalated the threat environment. In response to this active resistance and assaultive behavior, agents deployed less-lethal munitions.

Despite initial deployments, several individuals within the crowd continued to retrieve and throw deployed munitions back toward agents, further escalating the threat. Agents responded with additional less-lethal deployments to stop the assaults and maintain control of the scene.

Once the crowd was successfully pushed back away from the immediate vicinity of the ICE Facility, its size dispersed to approximately 1,500 individuals. The remaining crowd continued to exhibit aggressive behavior throughout the shift, escalating to violent actions that necessitated the continued application of force by agents. This posture of active resistance and the need for

force continued until the end of the shift.

**Narrative of #################**

I am a Mobile Rapid Response Team (MRT) Agent assigned to the U.S. Border Patrol (USBP), ▉▉▉▉ Sector Special Operations Detachment. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches. My body armor prominently displayed a patch reading "Border Patrol" on the back and "USBP" on the front.

On January 31, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property and attempt to  make targeted arrests of multiple subjects that were identified as engaging in riotous behavior and trespassing on federal property.  The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is always visible to individuals in the area.

The ICE building had been besieged by upwards of approximately 300 hostile protesters with reports of an additional 700 hostile protesters in the area. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets, and verbally stating their intent to cause bodily harm to the federal officers and agents on the federal property at Macadam Avenue.  Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles and other hard objects and various unknown liquids.

At approximately 4:30 p.m., MRT and FPS arranged into a Mobile Field Force (MFF) formation and pushed out the front of the building to move the crowd back off federal property and onto Macadam Avenue and attempt to make targeted arrests of previously identified individuals.  While exposed outside of the facility gate and moving the agitated protesters off the federal property, agitators in the crowd began to attempt impedance of the movement as well as throwing random objects at our MFF formation and federal law enforcement officers in attempt to cause bodily harm. I observed approximately five subjects in front of the formation attempt to grab the various deployed munitions to throw back at my team.  At that point I deployed one canister of Triple Chaser gas to disburse the subjects from the area of the previously deployed munition canisters.  I then observed an active agitator motioning to throw an object towards an agent when I deployed a Stingball device towards the agitator to thwart their assault.  Moments later, I observed an agitator kicking deployed munitions at me when I again deployed a Stingball device toward them causing their assault to end.  I observed several agitators to my right that were coordinating further assaultive actions when I deployed a second Triple Chaser device to cause them to clear the area and stop their actions.  We were unable to position our team close enough to our arrest targets, so our team leader commanded the MFF unit to retreat inside the gate of the federal property and therefore did not deploy any further crowd control munitions at that time.

**Narrative of ###############**

On January 31, 2026, during my deployment to Portland, Oregon from the ▉▉▉▉ Border Patrol Sector for "Operation Oregon Support". I was assigned to support the Federal Protective Service (FPS) with the defense of the Immigration and Customs Enforcement (ICE) office building located at 4310 S Macadam Avenue, Portland, Oregon. The ICE building had been confronted by over one thousand protesters and the number continued to swell to maybe two or three thousand at the peak of the protest. Protesters were damaging the exterior of the building by vandalizing the exterior with graffiti, attempting to break the plywood off the walls, and throwing projectiles at the front gate. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets.

At approximately 4:30 pm, radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings issued over the Long Range Acoustic Device (LRAD). A formation of radical protesters assembled into a line formation across the facility driveway right in front of the gate. These specific protesters were wearing what is known as "Black Block". ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ This formation of radical protesters all had umbrellas opened and were using them as shields to resist our attempts to push them off federal property. Immediately upon getting into our formation and while still within the courtyard of the ICE facility, I was struck in the left leg with a hard object from over the wall that turned out to be a raw egg.

My team of MRT and a team of FPS officers pushed out of the building in a Mobile Field Force (MFF) formation to attempt to arrest trespassers and clear the crowd off and away from federal property. As we started walking in formation towards the crowd, I threw a CS triple chaser munition at the crowd that was on federal property to move them off. Immediately upon moving towards the street, our formation was hit with more thrown projectiles. I threw Stingball grenades and more CS triple chaser munitions at subjects who were throwing objects at us. After a few moments, the confrontational protesters had cleared away, and we withdrew back into the building.

At approximately 6:00 pm, Protesters had rolled a dumpster up the driveway to the gate. Other large pieces of trash were thrown up on the driveway like restaurant signs and wood pallets. My team of MRT and a team of FPS officers pushed out of the building in a Mobile Field Force (MFF) formation to attempt to remove the dumpster and debris from federal property as well as clear protesters off federal property. Immediately as we walked out of the ICE facility towards the street, we began taking incoming thrown projectiles from the crowd. I was struck in the head by something that knocked my helmet off momentarily. I responded to the assaultive projectile throwers with a combination of CS Triple Chaser munitions and Stingball rubber grenades. Once we had cleared protesters off federal property and removed the obstacles from the driveway, our formation withdrew back into the ICE facility.

**Narrative of ################**

I am a Mobile Rapid Response Team (MRT) Agent assigned to the U.S. Border Patrol (USBP), ████ Sector Special Operations Detachment. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On January 31, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, and the ICE Special Response Team (SRT) conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property and make a targeted arrest of multiple subjects that were identified as engaging in riotous behavior and trespassing on federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

On January 20, 2026, in Eugene, Oregon, an Immigration and Customs Enforcement (ICE) facility was breached by violent protestors with similar characteristics of the crowd that appeared at the ICE facility in Portland, Oregon on Macadam Avenue on January 31, 2026.

The ICE building had been besieged by upwards of approximately 3000 protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Other radical agitators were damaging federal property in an attempt to breach the facility. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor, helmets, wielding shields, and verbally stating their intent to cause bodily harm to the federal officers and agents on the federal property at Macadam Avenue. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles, eggs, other hard objects and various unknown liquids. A Long-Range Acoustic Device (LRAD) was utilized to declare the facility closed and to issue a warning that anyone that remained on federal property would be subject to arrest. The LRAD that was utilized by FPS was very loud and directed at the crowd that had gathered on the federal property at the Macadam location. This warning had been issued on the LRAD multiple times throughout the evening.

At approximately 4:30 p.m., MRT, FPS, and ICE SRT arranged ourselves into a Mobile Field Force (MFF) formation and pushed out the front of the building to move the crowd back off federal property and onto Macadam Avenue and make targeted arrests. While exposed outside of the facility gate and holding the agitated protesters off of the federal property an unknown amount of agitators began throwing random objects and deployed munition cannisters, as mentioned above, at our MFF formation and federal law enforcement officers in attempt to cause bodily harm. I deployed a stinger ball device to prevent the assault of myself and fellow federal law enforcement officers. I tossed the stinger ball device approximately twenty feet toward an unknown aggressor and it appeared to have a positive effect. Our team leader shortly after issued a command to fall back inside the facility courtyard.

At approximately 6:00 p.m., rioters threw a handful of metals signs and rolled a dumpster onto the facility driveway beyond the stated blue line obstructing access to the ICE facility.  Our team of federal agencies once again pushed out from the front gate in a MFF formation and I cleared the driveway of the obstruction, along with my partner.  Once returning to the formation, I observed an unknown amount of aggressive agitators throwing deployed chemical munitions back at my law enforcement partners.  I deployed one Riot Control CS device in the direction of the objects being thrown (approximately fifteen feet).  The violent protestors began to slowly disburse.  Once the driveway was cleared and targeted arrests had been made, our MFF formation moved back inside the facility gates.

I was wearing my body worn camera and evidence serial number for reference is ████████ for the first encounter.  The serial number for the second encounter is ████████

### Narrative of ################

I am a Mobile Rapid Response Team (MRT) Agent assigned to the U.S. Border Patrol (USBP), ████████ Sector. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On January 31, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, and the ICE Special Response Team (SRT) conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property and make a targeted arrest of multiple subjects that were identified as engaging in riotous behavior and trespassing on federal property.  The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

The ICE building had been besieged by upwards of approximately 3000 protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Other radical agitators were damaging federal property in an attempt to breach the facility.  Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor, helmets, wielding shields, and verbally stating their intent to cause bodily harm to the federal officers and agents on the federal property at Macadam Avenue.  Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles, eggs, other hard objects and various unknown liquids. At the same time as this protest, the ICE facility in Eugene, Oregon was under attack from violent agitators with some actually breaching and entering the facility.

At approximately 4:30 p.m., MRT, FPS, and ICE SRT arranged ourselves into a Mobile Field Force (MFF) formation and pushed out the front of the building to move the crowd back off federal property and onto Macadam Avenue and make targeted arrests. While exposed outside of the facility gate and holding the agitated protesters off of the federal property agitators began throwing random objects and deployed munition cannisters, as mentioned above, at our MFF formation and federal law enforcement officers in attempt to cause bodily harm. I was struck in the arm with an object that I later identified as an egg. I deployed one Triple Chaser CS device to prevent the assault of myself and fellow federal law enforcement officers.  I tossed the Triple Chaser CS device approximately twenty feet toward the aggressor and it appeared to have a positive effect. Our team leader shortly after issued a command to fall back inside the facility courtyard.

At approximately 6:00 p.m., rioters threw a handful of metals signs and rolled a dumpster onto the facility driveway beyond the stated blue line obstructing access to the ICE facility.  Our team of federal agents once again pushed out from the front gate in a MFF formation.  I observer aggressive agitators throwing deployed chemical munitions back my law enforcement partners.  I deployed one Triple Chaser CS device in the direction of the objects being thrown (approximately twenty feet).  The violent protestors began to slowly disburse.  Once the driveway was cleared and targeted arrests had been made, our MFF formation moved back inside the facility gates.

I was wearing my body worn camera and evidence serial number for reference is ████████ for the first encounter.  I forgot to activate my body camera for the second encounter.

CBP_ExG_77

**Narrative of ##################**

I am a Mobile Rapid Response Team (MRT) Agent assigned to the U.S. Border Patrol (USBP) ▮▮▮▮ Station, ▮▮▮▮ Sector. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On January 31, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is always visible to individuals in the area.

At approximately 1600 hours, an observed group of an estimated 3000 protesters approached the ICE facility. Within this crowd set a group of agitators wore clothing ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, an organization deemed a domestic terrorist group by the Federal Government. This group was actively engaging in defacing government property, throwing objects such as rocks, eggs, and other objects. Numerous verbal attempts were made by FPS to thwart the instigators.

At approximately 1620 hours, The MRT and FPS initiated our initial push out from the front gate of the ICE facility to stop agitators. We used a Mobile Field Force (MFF) ▮▮▮▮▮▮▮▮ formation during this engagement and I was positioned in the right lateral support column. I deployed one 40mm muzzle blast CS gas canister and 1 triple chaser CS hand thrown munition towards subjects actively assaulting law enforcement agents, by throwing rocks and other items in our direction.

At approximately 1730 hours Federal Protective Services (FPS) initiated a second push out from the front gate of the ICE facility in an attempt to stop agitators that were in violation of crossing the blue private property line, attempting to deface government property and throwing miscellaneous debris, eggs and rocks towards us to attempt to injure us. During this second engagement I was again located in right lateral support position and I deployed two 40mm muzzle blast CS gas canisters munitions towards subjects that were assaulting and fighting with an FPS officer effecting an arrest on a subject who was throwing rocks and miscellaneous debris at the ICE building, displaying assaultive behavior.

**Narrative of ##################**

I am United States Border Patrol (USBP) Agent assigned to the Mobile Rapid Response Team (MRT) ▮▮▮▮ Sector. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On January 31, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is always visible to individuals in the area.

At approximately 4:00 pm, The ICE facility located at 4310 S Macadam Avenue, Portland, Oregon was surrounded by approximately 3000 protesters. Within this crowd a group of radical protesters identified ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[REDACTED], an organization deemed a domestic terrorist group by the Federal Government. These protesters were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Protesters were damaging the exterior of the building by striking the exterior closed-circuit cameras and attempting to break the plywood that had been tacked up to protect the glass windows. Many of the protesters identified in this group were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets, dressed in all black. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles and other hard objects.

At approximately 4:30 pm, The MRT and federal law enforcement personnel from multiple agencies arranged ourselves into a MFF formation and pushed out the front gate of the building to move the crowd back off federal property. I was designated as part of the arrest team located in the middle of the formation. Immediately upon leaving the gated area and walking in formation towards the crowd, we were immediately pelted by projectiles from multiple unknown assaultive protesters, whom were in the mass of people protesting. Federal law enforcement officers within our formation deployed volleys of chemical munitions in areas where projectiles originated from. I observed protestors grab hand thrown munitions that agents deployed and throw the object at law enforcement personnel. In response to the assaultive actions taken by the protestors, I, tossed one stinger grenade toward the assailants to prevent them from continuing to throw additional munitions and other projectiles back at law enforcement personnel. Additionally, I tossed one Tripple Chaser CS to provide 'area saturation' at the individuals who were picking up objects and throwing them at agents. No arrests were made in response to assaults by the arrest team during this push. After a few minutes, our formation withdrew back into the interior of the ICE building and continued to monitor the crowd.

At approximately 6:00 pm, my team and federal law enforcement personnel formed up again and pushed out to move the remaining protesters off federal property and stop them from damaging the ICE building. I was again assigned to the arrest team and located in the middle of the formation. This engagement happened much like the previous engagement except the crowd had decreased in numbers to approximately 500 protesters. Immediately upon walking out in formation in front of the crowd, one protester threw an object at us. We identified the individual throwing the projectile and immediately the arrest team to include myself, initiated contact with the individual. In response to this, the other protesters began to throw objects at law enforcement personnel attempting to gain control of the individual who was resisting arrest. I responded by throwing one stinger grenade at the assaultive protesters. Once we placed the individual under arrest, we brought the subject inside the ICE facilities sally port. Shortly after the remainder of the MRT formation withdrew back into the interior of the ICE building and continued to monitor the crowd.

### Narrative of #######################

On January 31, 2026, I Border Patrol Agent (BPA) [REDACTED], was deployed with the [REDACTED] Sector Mobile Response Team (MRT) to Portland, OR to for operation Restoring Law and Order to Portland Oregon. I was assigned to assist with protection of the Immigration and Customs Enforcement (ICE) building at 4130 S. Macadam Ave, Portland, OR 97239. The location of today's operation was in Portland, OR. I was wearing my rough duty United States (U.S.) Border Patrol Uniform which has all necessary identifiers, including body armor displaying a visible badge clearly stating my status as a Border Patrol Agent. My body armor also had clear wording stating that I am a federal agent with the United States Border Patrol.

There was a protest at the ICE building consisting of approximately 3000 people. As the protest grew in size I was able to see many subjects wearing black clothing with symbols that I recognize as professional agitators. Many of these protesters began to block the entrance and proceeded to trespass onto federal property. They became verbally aggressive and shortly after the verbal aggression started objects began to be thrown at the agents on overwatch and behind the fence surrounding the building. These objects were large and heavy in nature and could cause severe bodily injury and possibly death. The entrance to the ICE facility that the crowd was trespassing is on Brancroft St. This street is an east/west street and the entrance faces north.

I was positioned on the second floor of the building overlooking the driveway of this entrance. I was equipped with a PepperBall Launching System (PLS). This device launches less lethal projectiles that contain an irritant that affects the mucous membranes. It can be used to create a cloud of the irritant (Area Saturation) for subjects resisting lawful orders or to directly impact a subject who is assaultive.

At approximately 4:30 pm while I was observing the crowd of protesters an announcement was made informing the protesters to stay off of the driveway of the ICE facility as it is Federal property. After the announcement was made several subjects crossed over the sidewalk and onto the federal property. When the subjects did cross onto federal property, I launched volleys of about

four projectiles at the ground in front of them so they would be deterred from further travel towards the ICE facility. The volleys of projectiles were effective at deterring some of the subjects.

Shortly after other BPAs as well as Federal Protective Service (FPS) agents exited the building in an attempt to arrest several subjects for trespassing on federal property. When Federal Law Enforcement personnel advanced towards the protesters, the crowd became violent and the BPAs who exited deployed smoke and chemical munition canisters. It is common for protesters who want to assault agents to pick up the munition canisters and throw them back at agents. On this day protesters used this tactic and I observed several subjects attempting to pick up the canisters and throw them at the BPAs and FPS agents in an attempt to assault the agents. As they did, I again launched volleys of approximately four projectiles at the ground around them to deter them from picking up the canisters. After I deployed the projectiles the subjects dropped the canisters and disappeared into the crowd. I was not able to identify them later  The crowd became assaultive by throwing objects directly at agents. I deployed volleys of approximately four projectiles at several subjects who were throwing objects. This pattern of trespassing onto Federal property and throwing objects continued throughout the night. If I could identify the subject, I launched volleys of projectiles for direct impact to stop the behavior. At one point in the night, I observed a group of subjects pushing a large blue dumpster toward the driveway and the entrance to the ICE facility. As they gained speed and approached the driveway, I recognized that they intended to use the dumpster to try to gain access to the facility. I launched several volleys for direct impact at the subjects who were pushing the dumpster. Shortly after the subjects crossed onto Federal property with the dumpster the projectiles stopped them from further progress and they retreated.

Additionally, two times throughout the night I witnessed subjects being assaulted in the crowd. Both times I launched volleys of projectiles for area saturation to deter the aggressors and let the assaulted subject escape.

Throughout the night several protestors used lasers and high intensity lights to target agents' faces, including mine. These lasers and lights are capable of causing permanent damage to the eye up to and including blindness. This becomes especially dangerous when agents are on elevated surfaces such as I was. Even temporary blindness could cause someone to fall. When I could identify the subject who were shining a laser I launched volleys of projectiles for direct impact on the subject to stop the behavior.

I had my body worn camera on me and activated it to record when I was able to. All body worn camera evidence is available below.

Serial: █████████
Device Home: ████████ SOD

Evidence Serial Number:
██████

Evidence Serial Number:
██████

**Narrative of ##################**

On January 31, 2026, during my deployment to Portland, Oregon from the ██████ Border Patrol Sector for "Operation Oregon Support". I was assigned to the Mobile Response Team (MRT) in support of the Federal Protective Service (FPS) with the defense of the Immigration and Customs Enforcement (ICE) office building located at 4310 S Macadam Avenue, Portland, Oregon. The ICE building had been confronted by over one thousand protesters and the number continued to swell to maybe two or three thousand at the peak of the protest. Protesters were damaging the exterior of the building by vandalizing the exterior with graffiti, attempting to break the plywood off the walls, and throwing projectiles at the front gate. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets.

At approximately 4:30 pm, radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings issued over the Long-Range Acoustic Device (LRAD). A formation of radical protesters assembled into a line formation across the facility driveway in front of the gate. These specific protesters were wearing what is known as "Black Block". ████████████████████████████████████████████████████
███████████████████████████. This formation of radical protesters had umbrellas opened and were using them as shields

CBP_ExG_80

to resist attempts to push them off federal property. We quickly assembled behind the gate and formed a Mobile Field Force (MFF) formation.  My team of MRT and FPS officers began walking in formation towards the crowd. Multiple agitators began throwing objects at us, at one point I was struck on my left leg with a hard object; the object was a golf ball sized rock. I responded by tossing a small pocket tactical safe smoke to disperse the agitators. We continue pushing the protesters away from the building. I observed multiple agitators picking up munitions and throwing them back at us. I deployed a riot control CS munition at the subjects who were throwing objects at us.  After we cleared the protestors from the federal property we withdrew back into the ICE facility.

At approximately 6:00 pm, protesters rolled a large dumpster onto the driveway of the gate. Other large pieces of debris, like restaurant signs and wood pallets were placed on to the driveway to obstruct our movement. My MRT team and FPS officers formed a line and walked out the front gate of the ICE facility in a MFF formation to remove the dumpster and debris from federal property as well as clear protesters off federal property. As soon as we were exposed to the crowd in front of the building, we began taking thrown projectiles from agitators as we walked towards the dumpster. I did not deploy any munitions at that time. Once we had cleared protesters off federal property and removed the obstacles from the driveway, our formation withdrew back into the ICE facility.

Axon Videos

Axon Body 4 Video 2026-01-31 2050

Axon Body 4 Video 2026-01-31 1947

Axon Body 4 Video 2026-01-31 1936

**Narrative of ################**

On January 31, 2026, I, Border Patrol Agent ▮▮▮▮ as part of the ▮▮▮ Sector Special Operations Detachment (▮▮▮ SOD), Mobile Response Team (MRT), was deployed to Portland Oregon, as part of Operation "Oregon Support" for Mobile Field Force (MFF) duties. I arrived at the designated Objective Rally Point (ORP) at the Immigration and Customs Enforcement (ICE) building located at 4310 SW Macadam Avenue in downtown Portland. I was wearing my green rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

The north vehicle entrance and of the ICE building had been occupied by upwards of approximately three thousand hostile protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings given by Federal Protective Officers (FPS) utilizing the Long-Range Acoustic Device (LRAD). The protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets. The day prior an officer was assaulted by a protester, sustaining lacerations to the face.

At approximately 1630 hours FPS officers advanced into the crowd of protestors to remove them from government property. During this time, chemical munitions were deployed in an effort to disperse the crowd. Protestors responded with violent actions, including kicking deployed munitions back toward officers and throwing spent munitions at law enforcement personnel. The protestors also began to throw various items such as eggs, water bottles, and baseball sized rocks attempting to strike law enforcement personnel. Shortly after the advancement, within approximately one to two minutes I deployed one stinger rubber ball munition in response to escalating hostile actions from protestors. Once the crowd dispersed FPS tactically retreated into the inside of the vehicle gate.

At approximately 1745 hours, protesters began assembling at the ICE buildings north vehicle entrance. An estimated ten individuals moved a large dumpster in front of the vehicle gate, obstructing officials from exiting through the entrance. FPS officers advance through the vehicle entrance and into the crowd of protesters to clear the dumpster out of the driveway. Chemical munitions were deployed in order to disperse the crowd. Violent protesters began throwing spent munitions and baseball sized rocks attempting to strike law enforcement personnel. Approximately one minute after the advance, I deployed one Riot Control Chlorobenzylidene malononitrile (CS) canister to assist in dispersing the crowd. I also deployed one stinger ball munition toward the violent protesters throwing rocks at law enforcement personnel to deter them continuing the assault. When

the crowd was dispersed from the north entrance vehicle gate, all FPS and law enforcement personnel tactically retreated inside the ICE building.

The munitions were deployed in a targeted manner, directed at individuals actively throwing projectiles (spent canister munitions, rocks, bottles, etc) in order to stop the threat aimed to seriously injure law enforcement personnel, while minimizing risk to bystanders and distract individuals actively throwing these objects. The use of force was executed only after assessing the imminent danger and in accordance with my Border Patrol and Mobile Response Team training and CBP protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation.
My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.

No injuries were observed or reported from my deployment of any less lethal devices.

IDVRS Footage was taken during this event.



**Narrative of ####################**
On January 31, 2026, I, Border Patrol Agent, ▇▇▇▇▇▇▇, as part of the ▇▇▇▇ Sector Special Operations Detachment (▇▇▇ SOD), Mobile Response Team (MRT), was deployed to Portland Oregon, as part of Operation "Oregon Support" for Mobile Field Force (MFF) duties.  I arrived at the designated Objective Rally Point (ORP) at the Immigration and Customs Enforcement (ICE) building located at 4310 SW Macadam Avenue in downtown Portland.  I was wearing my green rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

The ICE building had been besieged by upwards of approximately 3,000 hostile protesters.  Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings given by Federal Protective Officers (FPS) utilizing the Long-Range Acoustic Device (LRAD).  The protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets.

At approximately 1750 hours, FPS officers advanced into the crowd of protestors who were approaching the building's restricted main gate with various large items of debris as well as attempting to push a full-sized dumpster into the gate.  During this time, chemical munitions were deployed in an effort to disperse the crowd.  Protestors responded with violent actions, including kicking deployed munitions back toward officers and throwing spent munitions at law enforcement personnel.  These munitions are solid and have potential to cause serious bodily injury if they strike an individual.

Shortly after the advancement, within approximately one to two minutes I deployed multiple less-lethal munitions in response to escalating hostile actions from protestors and to provide concealment and protection for two arrest teams from being approached while they were affecting the arrest of two individuals.  I deployed one Triple Chaser Chlorobenzylidene Malononitrile (CS) canister to assist in dispersing the crowd.  I also deployed one Stinger Rubber Ball munition to keep assaultive protestors who were throwing and kicking munitions back and throwing various other objects from advancing towards the arresting agents. Additionally, I deployed one Pocket Tactical Saf-Smoke to further enhance the effect of the CS that was dispensing in front of us for any remaining protestors attempting to approach us as the arrest teams prepared to move back into the facility with the detainees.  I then assisted one of the arresting agents with escorting a detainee into the facility who was being highly resistant.

Each munition was deployed in a targeted manner, directed at individuals approaching the arrest team and actively throwing projectiles (spent canister munitions, rocks, bottles, etc.) to stop the threat aimed to seriously injure law enforcement personnel, while minimizing risk to bystanders and distract individuals actively throwing these objects.  The use of force was executed only after assessing the imminent danger and in accordance with my Border Patrol and Mobile Response Team training and CBP

protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation.

The deployment of these munitions effectively disrupted hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of protestors.

My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.

No injuries were observed or reported from my deployment of any less lethal devices.

IDVRS Footage was taken during this event. Serial number for footage is ▇▇▇▇

### Narrative of ##################
On January 31, 2026, I Supervisory Border Patrol Agent ▇▇▇ ▇▇▇▇ was assigned to assist the Federal Protective Service (FPS) at the ICE facility in Portland, Oregon, following significant protest activity the previous day, including the assault of an FPS officer and serious damage to a federal building in Eugene. As a certified member of the Mobile Response Team (MRT) and fully certified in Mobile Field Force operations, I arrived on scene and observed hundreds of protesters gathered at the facility, with Special Operations Group advising that approximately 3,000 additional protesters were marching toward our location. I donned my rough-duty U.S. Border Patrol uniform and clearly marked body armor identifying me as a federal law enforcement agent.

As the crowd grew, FPS repeatedly issued loudspeaker warnings directing protesters to remain off federal property. A violent group of approximately 30 individuals, many dressed in black, crossed the marked property line, threw rocks and bottles at the facility, and made explicit threats to kill officers. At approximately 4:30 p.m., FPS ordered a quick line formation which is referred to as an emergency line by MRT to push the group off federal property. Positioned on the far right of the formation, I observed agents being struck by thrown objects and deployed one CS muzzle blast toward a group that was actively throwing rocks and bottles. I then observed protesters throwing and kicking chemical munitions toward agents and deployed one canister of riot control CS, followed by an additional CS muzzle blast toward a subject that was attempting to pick up the canister. We then moved back inside the facility and secured the gate.

At approximately 5:50 p.m., protesters pushed a large dumpster down the driveway toward the gate and began throwing rocks and spent munitions, some of which landed inside the facility. FPS again ordered an emergency line formation to push back the violent group and secure the dumpster. During this action, FPS officers took three resisting subjects to the ground for arrest, with one subject requiring a Taser deployment from FPS officers. A separate subject dressed in black rushed the officers and attempted to pull them off the arrestees. After a BPA deployed one CS muzzle blast with only temporary effect and the subject again advanced, I issued a verbal command that was ignored and then deployed one CS muzzle blast, which was effective in dispersing the subject. After the arrests were completed, we returned inside the facility and secured the gate.

I did not have an Incident Driven Body Worn Camera and did not capture any video of the incident.

### Narrative of ################
On January 31, 2026, I was deployed in Portland, Oregon from the ▇▇▇ Border Patrol Sector for "Operation Oregon Support". My team of Mobile Response Team (MRT) agents and I were assigned to secure The Immigration and Customs Enforcement (ICE) office building located at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front. The ICE building had been surrounded by over 2000 protesters at its peak. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Attempting to break the plywood that had been tacked up to protect the glass windows. Protestors consistently shouted violent messages such as "Kill yourself" or "Put your gun in your mouth and pull the trigger". Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor, shields and helmets. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks and other hard objects.

Multiple recent events provide foresight for the potential chaos if the riotous protestors were left unaddressed. On January 30th, 2026, a Federal Protective Service (FPS) officer was assaulted by violent protestors at the same ICE office in Portland, Oregon. Causing serious bodily harm that led to the officer being hospitalized. On the same day, a Federal building in Eugene, Oregon was breached by violent protesters, forcing FPS to barricade themselves inside the facility. These events express the importance of enforcing the federal property line to avoid civil unrest and maintain officer safety.

At approximately 4:30 pm, FPS used the Long-Range Acoustic Device (LRAD) warning protestors to leave federal property and to clear the driveway of the facility. Many protestors ignored the demands as they continued to approach the main gates to the facility. MRT and FPS arranged into a Mobile Field Force (MFF) formation and pushed out the front of the building to move the crowd back off federal property and onto Macadam Avenue. As a unit we walked toward the federal property line instructing protestors to move back. Almost immediately, we were pelted by projectiles from unknown assaultive protesters within the crowd. I responded by deploying 1 triple chaser CS canister to disperse the resistive crowd. I noticed protesters fitted with gas masks, helmets, and thick gloves picking up the chemical munitions that were deployed. Hostile protestors were throwing the chemical munitions back toward my team. I responded by launching approximately 3-4 volleys of four to six projectiles with the Pepperball Launching System (PLS). These projectiles contain a chemical irritate known as PAVA powder. Utilizing kinetic impact to the lower extremities to deter the assaultive protestors. After a few minutes, our formation withdrew back into the interior of the ICE building and continued to monitor the crowd.

At approximately 5:30 PM, extreme protestors continued to ignore the federal property line. They were seen pushing a dumpster down the block and on to the driveway of the federal facility. Once again, FPS deployed the LRAD system warning protestors to leave federal property and to clear the driveway of the facility. MRT and FPS arranged into MFF formation to enforce a targeted arrest by FPS. We pushed out the front of the building moving the crowd back off federal property and onto Macadam Avenue. Unknown subjects began to throw projectiles toward other agents and myself. I responded by deploying 1 triple chaser CS chemical munition to deter protestors from throwing projectiles. I noticed protesters fitted with gas masks, helmets, and thick gloves picking up the chemical munitions that were deployed. Hostile protestors were throwing the chemical munitions back toward my team. I responded by launching approximately 6-7 volleys of four to six projectiles with the Pepperball Launching System (PLS). On two occasions I was the target of an unknown projectile. The first incident, I responded by deploying 1 Stinger rubber ball munition to deter the assaultive behaviors. The second time hitting me in the left shoulder causing immediate discomfort. After a few minutes, our formation withdrew back into the interior of the ICE building and continued to monitor the crowd.

At approximately 6:45, I was instructed to provide overwatch support with the PLS from the second story rooftop. The entrance to the rooftop was through an office window on the second story. Upon arrival, I could hear the impact of a large rock that was thrown at the open window to the rooftop. I maintained the federal property line by deploying multiple area saturations with a PLS over a 3-4 hour period. During this time, defiant protestors were seen tagging federal property with chalk, ignoring the federal property line, and throwing a series of items onto the driveway. These items ranged from bottles, trash, eggs, and biohazardous material such as used women hygiene products. Aggressive protestors were armed with high-powered lasers and spotlights to target agents on the rooftops. These lights caused temporary blindness and spotty vision.  A significant officer safety concern from our elevated surface. Protestors caught using the high-powered light were addressed with kinetic impact from the PLS due to the assaultive behaviors. These deployments continued throughout the night until approximately 11:00 PM when all agents left the roof.

Each munition was deployed in a targeted manner. Uses of force were executed only after assessing the imminent danger. My actions were consistent with my Border Patrol training, MRT training, and Customs and Border Protection (CBP) protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation.

The deployment of these munitions effectively disrupted hostile actions, enabling law enforcement personnel to regain control of the situation.

No injuries were observed or reported from my deployment of any less lethal devices.

IDVRS footage was taken during this event.

**Narrative of ################**

On January 31, 2026, I Supervisory Border Patrol Agent (SBPA) ⬛⬛⬛⬛⬛⬛, was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. We experienced significant protest activity the previous day, including the assault of an FPS officer and serious damage to a federal building in Eugene Oregon. As a certified member of the Mobile Response Team (MRT) and fully certified in Mobile Field Force operations, I arrived on scene and observed hundreds of protesters gathered at the facility, with Special Operations Group advising that approximately 3,000 additional protesters were marching toward our location. I donned my rough-duty U.S. Border Patrol uniform and clearly marked body armor identifying me as a federal law enforcement agent and displaying my unique identifier.

As the crowd grew, FPS repeatedly issued loudspeaker warnings directing protesters to remain off federal property. A violent group of approximately 30 individuals, many dressed in black, wearing homemade body armor, carrying shields and umbrellas, crossed the marked property line, threw rocks and bottles at the facility, and made explicit threats to kill officers. A single subject on the east side of the building yelled at me, "bullets or blades" in an obvious threat.  At approximately 4:30 p.m., FPS ordered a quick line formation which is referred to as an ⬛⬛⬛⬛⬛⬛ to push the group off federal property.  MRT Agents deployed as the left and right lateral support elements of this formation with FPS as the front line.   Positioned in the center of the formation, I observed agents being struck by objects thrown to include rocks, eggs, bottles and pieces of riot munitions.  I was then struck on the right arm and left hand by a full can of soda.  I deployed a CS Riot canister in the direction of the subjects actively throwing objects to disperse them from the area. We then moved back inside the facility and secured the gate.

At approximately 5:50 p.m., protesters pushed a large dumpster down the driveway toward the gate and began throwing rocks and spent munitions, some of which landed inside the facility. FPS again ordered an emergency line formation to push back the violent group and secure the dumpster. We again deployed as left and right lateral support with designated arrest teams assigned to retrieve the dumpster and other objects blocking the usage of the driveway to the facility.  During this action, FPS officers took three resisting subjects to the ground for arrest, with one subject requiring a Taser deployment from FPS officers. Agents from the right side of the formation were needed to assist with the assaultive subjects and I stepped into the gap in the line to maintain formation.  At this time a single subject attempted to kick a munition towards me that was still actively expelling CS gas.  I deployed a CS muzzle blast in the direction of this individual causing them to retreat back into the crowd.  i was unable to identify the individual due to facial coverings and the fact that they absconded into the crowd.  After the arrests were completed, we returned inside the facility and secured the gate.

I did not have an Incident Driven Body Worn Camera and did not capture any video of the incident.


**Narrative of ###############**

On January 31, 2026, I, Border Patrol Agent, ⬛⬛⬛⬛ as part of the ⬛⬛⬛ Sector Special Operations Detachment (⬛⬛⬛ SOD), Mobile Response Team (MRT), was deployed to Portland Oregon, as part of Operation "Restoring Law and Order Portland OR" for Mobile Field Force (MFF) duties. I arrived at the designated Objective Rally Point (ORP) at the Immigration and Customs Enforcement (ICE) building located at 4310 SW Macadam Avenue in downtown Portland. I was wearing my green rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

Approximately 1000-3000 protesters had approached the north gate and surrounding area of the ICE facility.  Some of the protesters were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings given by Federal Protective Officers (FPS) utilizing the Long-Range Acoustic Device (LRAD). The protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets.

At approximately 1630 hours, FPS officers advanced into the crowd to move them off federal property and back to where they were lawfully allowed to congregate. During this time, chemical munitions were deployed to disperse the crowd. Protestors responded with violent actions, to include kicking deployed munitions back toward officers and throwing spent munitions, and projectiles (rocks, full water bottles, and our own spent munitions) at law enforcement personnel. These munitions are solid and have potential to cause serious bodily injury if they strike an individual.

Shortly after the advancement, I deployed one Chlorobenzylidene malononitrile (CS) Muzzle Blast Munition at a protester who was actively kicking canisters back toward agents.

The munition was deployed in a targeted manner, directed at an individual actively kicking CS canisters, to stop the threat aimed at seriously injuring law enforcement personnel. The use of force was executed only after assessing the imminent danger and in accordance with my Border Patrol and Mobile Response Team training and CBP protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation.

The deployment of these munitions effectively disrupted hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters.

My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.

No injuries were observed or reported from my deployment of any less lethal devices.

IDVRS Footage was taken during this event. Evidence Serial Number: ████████

**Narrative of ####################**

On January 31, 2026, I, Border Patrol Agent, ████████ as part of the ████ Sector Special Operations Detachment (████ SOD), Mobile Response Team (MRT), was deployed to Portland Oregon, as part of Operation "Restoring Law and Order Portland Oregon" for Mobile Field Force (MFF) duties. I arrived at the designated Objective Rally Point (ORP) at the Immigration and Customs Enforcement (ICE) building located at 4310 SW Macadam Avenue in downtown Portland. I was wearing my green rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

The ICE building had been besieged by approximately 1,000-3,000 protesters with many of them being hostile in front of the ICE building and surrounding area. Hostile protestors directed repeated verbal threats and derogatory remarks toward law enforcement personnel. These statements included incitements to violence, challenges for officers to engage in physical confrontation, and assertions that they were prepared to fight. Protestors also used demeaning and inflammatory language, including insults such as "pigs", "kill yourself", "put your gun in your mouth" and other profanities, shouted continuously in the direction of officers.   Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings given by Federal Protective Officers (FPS) utilizing the Long-Range Acoustic Device (LRAD). The protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets. The day prior, an officer was assaulted by a protester, sustaining lacerations to the face. On the same day, a Federal building in Eugene, Oregon was breached by violent protestors, forcing FPS to barricade themselves inside the facility. These events express the importance of enforcing the federal property line to avoid civil unrest and maintain officer safety

At approximately 1630 hours, a group of approximately 15-20 protestors unlawfully entered federal property and approached the main vehicular access gate. Despite being given multiple clear and lawful orders given by FPS officers to leave the restricted area, the individuals refused to comply. FPS and MRT established a Mobile Field Force formation and advanced into the crowd of protestors to clear them from the restricted area. During this time, rocks and unknown projectiles were thrown in our direction from unknown subjects in the crowd. Chemical munitions were deployed in an effort to disperse the crowd. Protestors responded with violent actions, including kicking deployed munitions back toward officers and throwing spent munitions at law enforcement personnel. These munitions are solid and have potential to cause serious bodily injury if they strike an individual.

Shortly after the advancement, within approximately one to three minutes I deployed two less-lethal munitions in response to escalating hostile actions from protestors. I deployed one Riot Control Chlorobenzylidene malononitrile (CS) canister to assist in dispersing the crowd and one stinger rubber ball munition at a protester who was actively kicking CS canisters back towards officers.

Within the hour of the initial advancement, protestors began throwing various objects onto federal property in the area where officers were positioned and moving on foot. Thrown items included rocks, pieces of cinderblock, eggs, bottles, and other debris. It was observed that there was one subject carrying a bucket, that was handing out rocks to protestors. Several objects landed in close proximity to officers, with some nearly striking officers in the head, creating a significant risk of serious injury. The size of

these objects varied from the size of a softball to a golf ball.

At approximately 1740, a group of protestors unlawfully entered federal property while pushing a large metal trash bin toward the main vehicular access gate. Despite receiving clear verbal commands from FPS officers to stop and leave the area, the group refused to comply and positioned the trash bin directly in front of the gate.

At approximately 1747 hours, FPS and MRT advanced outside the main vehicular gate to effect a probable cause arrest and to clear the metal trash bin that was in front of the main gate. During this time, chemical munitions were deployed in an effort to disperse the crowd. Protestors responded with violent actions, including kicking deployed munitions back toward officers, throwing spent munitions, rocks, at law enforcement personnel. These munitions are solid and have potential to cause serious bodily injury if they strike an individual.

Shortly after the advancement, within approximately one to three minutes I deployed three less-lethal munitions in response to escalating hostile actions from protestors. I deployed one Triple Chaser Conl Chlorobenzylidene malononitrile (CS) canister to assist in dispersing the crowd. I deployed two stinger rubber ball impact munitions at protesters who were actively kicking CS canisters back towards officers in my direction.
Each munition was deployed in a targeted manner, directed at individuals actively throwing projectiles (spent canister munitions, rocks, bottles, etc) in order to stop the threat aimed to seriously injure law enforcement personnel, while minimizing risk to bystanders and distract individuals actively throwing these objects. The use of force was executed only after assessing the imminent danger and in accordance with my Border Patrol and Mobile Response Team training and CBP protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation.

The deployment of these munitions effectively disrupted hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters.

My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.

No injuries were observed or reported from my deployment of any less lethal devices.

IDVRS Footage was taken during this event.

**Narrative of ################**
On January 31st ,2026, I Border Patrol Agent (BPA) ▊▊▊▊▊▊▊, was deployed with the ▊▊▊▊ Sector Mobile Response Team (MRT) to Portland, Oregon for emergency response support to operation Restoring Law & Order Portland, Oregon. I was assigned to assist with protection of the Immigration and Customs Enforcement (ICE) building at 4310 S. Macadam Ave, Portland, OR. The location of today's operation was in Portland, OR. I was wearing my rough duty United States (U.S.) Border Patrol Uniform which has all necessary identifiers, including body armor displaying a visible badge clearly stating my status as a Border Patrol Agent. My body armor also had clear wording stating that I am a federal agent with the United States Border Patrol.

There was a planned protest at the Immigration and Customs Enforcement (ICE) building at 4310 S. Macadam Ave. The protests had started at different locations and converged at the ICE facility. As more protestors arrived the crowd had grown in size from approximately 3000 people at its peak and approximately 1000 people fluctuating around the location. The protestors were becoming violent, creating an increased risk for officers and detainee safety. The location has two roads that run East/West off S. Bancroft St toward Bond Ave. The northern road is S. Moody Ave, At the intersection of S. Moody Ave and S. Bancroft St is where the entrance to the ICE facility is and where the majority of the protesters gathered. A large majority of the individuals in the crowds of protesters on the street were dressed in "Black Block", all black clothing with gas masks and face coverings. Several wore ▊▊▊▊▊▊▊▊ on their clothing and many were wearing makeshift armor as well as actual armor carriers all of these things in are common for professional crowd agitators. There were also people in the crowd with shields, umbrellas, and other forms of barriers in order to limit the effectiveness of any less lethal devices commonly used in crowd control. The crowd

CBP_ExG_87

was becoming increasingly violent throwing bottles, rocks, cans, and many other objects towards the facility as well as screaming for agents to come out and fight. The mob made it clear we were vastly outnumbered, and they were wanting to cause harm to all Law Enforcement Personnel at the facility.

At approximately 4:30 P.M. The danger the crowd posed to the safety of law Enforcement Personnel and the facility itself had reached a point where it was deemed pertinent to attempt to disperse the crowd. Multiple warnings were given by the Federal Protective Service Officers (FPS) via a Long-Range Acoustic Device (LRAD) directing the crowd to stay behind the clearly marked blue line on the sidewalk which designates where the federal property begins, and the public sidewalk ends. The warnings were ignored, and the crowd continued to cross the line, throw objects, and threaten Law enforcement personnel. A formation and plan had been made prior to this protest in the event the protest did reach this level of danger. At this point the gate was opened and FPS as well as Border Patrol MRT agents exited the facility and attempted to disperse the crowd. I was assigned to the right side of the formation anchoring the front right side on the line. I observed a massive crowd surrounding us from all sides. Multiple less lethal devices and hand thrown munitions were used in an attempt to disperse the crowd. Due to the intense and rapidly evolving circumstances I was unable to active my Incident Driven Video Recording System (IDVRS) also called a Body Worn Camera (BWC). However, during the skirmish, depending on subjects being active or assaultive resistant, I deployed approximately two 40mm CS Muzzle Blast Canisters one 100m 40mm aerial controlled noise and light distraction device (CNLDD), two 40mm direct impact sponge projectiles against two unidentified assaultive subjects who were picking up hand thrown chemical devices and throwing the devices in an attempt to assault Law Enforcement Personnel, 1 Stinger Ball hand tossed munition was thrown in order to stop other unidentified subjects who were throwing objects at law enforcement personnel and one Riot CS hand thrown chemical munition for crowd dispersal on the active resistant mass group. Throughout this push I observed multiple assaultive individuals throwing soda cans, rocks, bottles, live and used munition cannisters at law enforcement personnel including myself. Once the crowd had begun to disperse somewhat all law enforcement personnel returned to the ICE facility.

At approximately 4:50 P.M. After returning to the ICE facility, I was approached by one of my supervisors and was informed that the FPS officers that were assigned to the second story rooftop overwatch had requested additional support in addition to the BPA's currently there with Pepperball Launching Systems (PLS). I then redirected to the second story rooftop with my 40mm Munition Launcher to assist with the protection of the facility, law enforcement personnel and innocent civilians.

While at this location I observed multiple hostile acts against law Enforcement Personnel and civilians. Whenever subjects became assaultive, when possible, I launched 40mm direct impact munitions at the unidentified assailants in order to stop the assaults. All subjects were unable to be identified due to the fact that they were dressed in similar clothing and left the area never to be identified again. There were also multiple assailants in the crowd that were weaponizing high powered spotlights and lasers to attempt to harm myself and other BPAs on the rooftop. These lasers can cause serious bodily injury, blindness and an increased level of danger of death and injury by falling from the roof due to temporary vision obstruction and being temporarily blinded by the lights and lasers. When subjects did use these tactics, I launched 40mm direct impact munitions at them in an attempt to stop the assaultive actions. At one point one of the assaultive subjects used a powerful laser from a distance I was unable to accurately and effectively use a direct impact munition. In this case I was able to launch a CS Scat Shell projectile into the air and landed around the assailant. The chemical munition was effective in stopping the assaultive behavior at that time. None of the subjects were able to be identified as they disappeared into the massive crowd.

From 4:30 P.M. to 5:30 P.M I deployed two 40mm CS Muzzle Blast cannisters via my 40mm launcher and one Riot CS hand thrown chemical munition at active resistant subjects in the crowd. I Deployed one 100m Aeriel CNLDD, two 40mm direct impact sponge projectiles and one hand tossed stinger grenade on individuals and groups of subjects that were being assaultive. None of these subjects were able to be arrested or identified due to the officer safety concerns in a riot environment.

From 5:00 P.M. to 6:00 P.M. using my 40 mm launcher, I launched four Direct Impact OC Kinetic projectiles on assaultive subjects. None of these subjects were able to be arrested or identified due to the officer safety concerns in a riot environment.

From 6:00 P.M. to 7:00 P.M. using my 40 mm launcher, I launched two Direct Impact OC Kinetic projectiles and one Scat Shell CS chemical munition on assaultive subjects. None of these subjects were able to be arrested or identified due to the officer safety concerns in a riot environment

CBP_ExG_88

From 7:00 P.M. to 9:00 P.M. using my 40 mm launcher, I launched three Direct Impact OC Kinetic projectiles on assaultive subjects. None of these subjects were able to be arrested or identified due to the officer safety concerns in a riot environment.

I remained on the second story rooftop and held the crowd back for many hours. During my time on scene, I scanned the area for any adverse reactions to my deployment of chemical, kinetic munitions and CNLDDs used but observed none that needed BPA assistance. No medical requests were received, however, due to the risk of officer safety no law enforcement personnel were able to enter the crowd to seek out individuals who may have benefited from medical assistance. After several hours the crowd had begun to disperse to a point where the rooftop agents pulled back in an attempt to help the crowd feel the need to remain there was mitigated. No other uses of force were necessary for me while I was on scene.

At approximately 10: 00 P.M., my Use of Force incidents were reported via text to SBPA ▮▮▮▮▮▮▮, and in person when it was safe to do so.

My Incident Driven Body Worn Camera was on and active for this event. However, footage was saved in multiple files in order to help the battery on my BWC not become completely depleted during an ongoing event. All evidence numbers from the BWC are listed below.
Axon Body 4 Video 2026-01-31 1950 ▮▮▮▮▮▮▮
Evidence Serial Number:

▮▮▮▮▮

Evidence Serial Number:

▮▮▮▮▮

Evidence Serial Number:

▮▮▮▮

Evidence Serial Number:

▮▮▮▮

Evidence Serial Number:

▮▮▮▮

Evidence Serial Number:

▮▮▮▮

**Narrative of ############**

I am a Mobile Response Team (MRT) Agent assigned to the U.S. Border Patrol, ▮▮▮▮ Sector MRT. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol rough duty uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On January 31, 2026, I arrived at the ICE facility and observed hundreds of protesters gathered in streets, Special Operations Group advised that approximately 3,000 additional protesters were marching toward the facility.  Previous significant protest activity occurred the day before, including the assault of an FPS officer and serious damage to a federal building in Eugene,

Oregon resulting in the breach of that building. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is always visible to individuals in the area.

Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted the Mobile Field Force (MFF).

As the crowd grew, FPS repeatedly issued loudspeaker warnings directing protesters to remain off federal property. A violent group of approximately 30 individuals, many dressed in black, crossed the marked property line, threw rocks and bottles at the facility, and made threats to kill officers.  During this encounter, we withdrew into the interior of the building to de-escalate the situation, the crowd became louder and grew more violent, advancing further onto the property hitting the gate.

At approximately 4:30 PM, FPS ordered a quick line formation, which is referred to as an ███████████, by MRT to push the group off federal property. Immediately upon opening the gate and exposing ourselves to the crowd, we were pelted by projectiles from assaultive protesters within the crowd.  Agents nearby me responded by deploying hand thrown munitions, these munitions were being thrown back at myself and other agents.  I responded by deploying hand thrown less lethal chemical munitions at the location from where the incoming projectiles originated. In total, I threw approximately two munitions during this engagement. The two munitions deployed were hand-thrown CS munition and vapor OC. During this engagement I witnessed several agents hit by objects thrown from the crowd. After approximately five minutes, our formation withdrew back into the ICE building and continued to monitor the crowd.  At approximately 4:47 PM, while behind the gate a spent munition was thrown at me and struck the ground inches from where I was standing.

At approximately 5:50 PM, protesters pushed a large dumpster down the driveway toward the gate and began throwing rocks and spent munitions, some of which landed inside the facility. FPS again ordered an ███████████ formation to push back the violent group and secure the dumpster. During this action I attempted to activate my body camera, however it did not activate. FPS officers took three resisting subjects to the ground for arrest, with one subject requiring a Taser deployment from FPS officers.  During the arrest of one of the subjects, a separate individual wearing all black, charged towards the FPS officer that was struggling to affect an arrest. I deployed one CS muzzle blast from a 40mm launcher from approximately 10 feet away.  The munition had some effect and a follow-up CS muzzle blasts from nearby agents eventually deterred the individual from interfering with the arrest. Again, our formation withdrew back into the ICE building and continued to monitor the crowd.

I did not throw any munitions during the rest of the night.  At approximately 12:00 AM, my team and I left the ICE facility.

Body camera evidence number:

███████████████

**Narrative of ███████████████**

I am a Mobile Rapid Response Team (MRT) Agent assigned to ████ Sector Border Patrol.  I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On January 31, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is

visible to individuals in the area at all times.

At approximately 4:30 pm, another agent and I proceeded to the 2nd floor rooftop to provide additional support for agents on the ground.  The ICE building had been besieged by upwards 3,000 protesters which included several hundred hostile agitators. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles and other hard objects. Protesters were damaging the exterior of the building by striking the exterior closed-circuit cameras and attempting to break the plywood that had been tacked up to protect the glass windows.

Approximately 75-100 protestors were stacked up at the front vehicle gate, throwing various projectiles. I launched volleys of 4-6 pepperballs at the gate structure for area saturation.

A group of protestors wheeled a large dumpster towards the gate, then proceeded to ram the dumpster into the gate attempting to gain access to the facility. I targeted the subjects with kinetic impact, launching volleys of 4-6 pepperballs.

Dozens of protestors were hurling projectiles at myself and other agents on the rooftop. These projectiles included eggs, baseball-sized rocks, full cans of soda and other various metal objects. Additionally, protestors intentionally targeted my eyes with high-powered green laser pointers, causing temporary blindness. This was extremely unsettling as I was on the rooftop within 1' of the edge, and approximately 20' above the ground. I launched kinetic impact volleys of pepperballs at these subjects.

At approximately 5:00pm FPS officers and USBP MRT agents formed up and pushed out the front gate to make targeted arrests of individuals causing damage to federal property. I observed multiple individuals picking up various objects to include chemical munitions canisters and throwing them at law enforcement personnel. I launched volleys of 4-6 pepperballs at the center mass of subjects that threw projectiles at the agents/officers.

During this incident I was targeted multiple times by a subject with a high-powered green laser pointer. The subject intentionally targeted my eyes, causing temporary blindness. When I was able to regain clear vision I launched volleys of kinetic impact pepperballs at the subject.

I was targeted throughout the night with projectiles and laser pointers. I launched volleys of 4-6 pepperballs at these subjects.


# FILE ATTACHMENTS


# STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| ######### | #################### | 02/01/2026 22:29 | |
| ######## | ######################### | 02/01/2026 22:35 | |
| ######## | ############### | 02/02/2026 14:52 | ########################################################### ########################################################### ########################################################### ########################################################### ########################################################### ########################################################### ################################################## |
| ######### | #################### | 02/03/2026 20:14 | |
| ######## | #################### | 02/03/2026 20:37 | |

# Exhibit H

CBP_ExH_1



U.S. Customs and Border Protection

# Enforcement Action Statistical Analysis and Reporting System (E-STAR)
## Incident Report

**Current Status:** ∪ Completed  ○ Active  ○ Ready for review  ○ Rejected  ○ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** ▮▮▮▮▮▮▮▮▮▮▮ #26446
**Title:** Operation Oregon
**Shift start date/time:** 02/01/2026 14:00
**Shift end date/time:** 02/01/2026 22:00
**Type:** S Assault against CBP personnel  S Reportable use of force  ❏ FTY/Vehicle pursuit by a CBP employee
   ❏ Unintentional firearm discharge  ❏ Intentional firearm discharge
**Was this a mass encounter incident?** ∪ Yes  ○ No
  **CBP Reporting Organizations:**
   S U.S. Border Patrol Location: U.S. Border Patrol / Special Operations Group
   ❏ Air and Marine Operations
   ❏ Office of Field Operations

**Created by:** ##################  **Creation date/time:** 02/01/2026 22:47
**Last updated by:** #####################  **Last updated date/time:** 02/03/2026 21:45
**Reviewer:** #################  **Date reviewed:** 02/03/2026

## RELATED SYSTEMS: 4

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ∪ Yes  ○ No

| IDVRS Evidence Serial Numbers: 4 |
| --- |
| ##### |
| ##### |
| ##### |
| ##### |

| Related system(s): 0 | Related document ID |
| --- | --- |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
| --- | --- |
| **Reporting organization:** | |
| CBP | USBP |

**Were additional units/ CBP Components/ external agencies involved?** ○ Yes  ∪ No

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations / Portland Field Operations
**Country/international waters:** United States of America
   **Address:**
      **Street:** 4310 SW Macadam Ave, Unit 206B
      **City:** Portland    **State:** OREGON    **Zip:** 97239
**Incident coordinates:**
      **Latitude:** ########
      **Longitude:** ##########
**Setting:** ⭕ Indoors  ⊍ Outdoors

   **Outdoor setting:** ⊍ On land  ⭕ In water (standing or swimming)  ⭕ On water (in vessel)  ⭕ In the air
**Description of the premises/location:** ICE Facility Portland Oregon
**Environmental factors:**

   **Weather:** ❏ Dry ⧠ Raining ❏ Snowing ❏ Flooding ❏ Windy ❏ Storm ❏ Haze/blowing dust ❏ Fog ❏ Other

   **Illumination:** ❏ Daylight ⧠ Dark ❏ Dawn ❏ Dusk ❏ Good lighting ❏ Poor lighting ❏ Night vision aided ❏ Other

   **Estimated temperature (Fahrenheit):** 50

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| ################## | | Radio | 02/01/2026 |

**Other authorities notified (external to CBP):** ❏ Federal  ❏ Tribal  ❏ State  ❏ Local  ❏ Foreign

## EMPLOYEES: 19

**Name:** ###################

   **Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
   **CBP employee series or role:** #####
   **Service EOD:** ##########
   **Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
   **Duty (or detail/TDY) location EOD:** ##########
   **Duty status at the time of the incident:** ⊍ On duty  ⭕ Off duty
         **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
      **Total law enforcement experience at the time of the incident:** ## years # months
      **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ⧠ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ⭕ Yes  ⊍ No

**Attire:** ⊍ Uniform  ⭕ Plain clothes

**Was ################### assaulted?** ⭕ Yes  ⊍ No

**Did ################### use reportable force?** ⊍ Yes  ⭕ No
      **Force type:** Less-lethal Device
      **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
      **Device type:** Hand-Thrown Munitions - Chemical
      **Munition type:** Riot Control CS Canister
      **Device description/comments:** 2

CBP_ExH_3

**Estimated use of force date/time (local):** 02/01/2026 19:00

**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ○ Yes ∪ No ○ Unknown ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❑ Protect self | ❑ Protect co-worker | ❑ Protect innocent 3rd party |
| ❑ Protect non-CBP officer/agent | ❑ Effect an arrest or detention | ❑ Prevent escape |
| S Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

**Was #################### injured?** ○ Yes ∪ No

---

**Name:** ########################

**Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty   ○ Off duty

   **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**

   **Total law enforcement experience at the time of the incident:** ## years # months

   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| S MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

---

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

---

**Was ######################## assaulted?** ○ Yes  ∪ No

---

**Did ######################## use reportable force?** ∪ Yes  ○ No

**Force type:** Less-lethal Device

**Device:** PLS (PepperBall Launching System)

**Device type:** PAVA (area saturation)

**Estimated use of force date/time (local):** 02/01/2026 19:00

**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

**Estimated distance:** 15 feet

**Approximately how many volleys did you deploy?** 4

**Approximately how many projectiles did you deploy?** 100

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❑ Protect self | ❑ Protect co-worker | ❑ Protect innocent 3rd party |
| ❑ Protect non-CBP officer/agent | ❑ Effect an arrest or detention | ❑ Prevent escape |
| S Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

**Was ######################## injured?** ○ Yes  ∪ No

---

**Name:** ################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

CBP_ExH_4

**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty   ○ Off duty
    **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** # years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | S LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes   ○ No

**Attire:** ∪ Uniform   ○ Plain clothes

---

**Was ################ assaulted?** ○ Yes   ∪ No

---

**Did ################ use reportable force?** ∪ Yes   ○ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** 40MM Less-lethal Munitions - Kinetic
        **Munition type:** 40MM Direct Impact OC
    **Device description/comments:** 40MM Launcher
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | S Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

    **Usage 1**
        **Estimated use of force date/time (local):** 02/01/2026 18:34
        **Posture:** S Standing   ❏ Kneeling   ❏ Prone   ❏ Other
        **Estimated distance:** 15 feet
        **Approximately how many munitions did you deploy?** 1
        **Collateral contamination occurred:** ○ Yes   ○ No   ∪ Unknown   ○ Not applicable
        **Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes   ○ No

    **Usage 2**
        **Estimated use of force date/time (local):** 02/01/2026 18:48
        **Posture:** S Standing   ❏ Kneeling   ❏ Prone   ❏ Other
        **Estimated distance:** 40 feet
        **Approximately how many munitions did you deploy?** 1
        **Collateral contamination occurred:** ○ Yes   ○ No   ∪ Unknown   ○ Not applicable
        **Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes   ○ No

    **Usage 3**
        **Estimated use of force date/time (local):** 02/01/2026 18:50
        **Posture:** S Standing   ❏ Kneeling   ❏ Prone   ❏ Other
        **Estimated distance:** 30 feet
        **Approximately how many munitions did you deploy?** 1
        **Collateral contamination occurred:** ○ Yes   ○ No   ∪ Unknown   ○ Not applicable
        **Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes   ○ No

    **Usage 4**
        **Estimated use of force date/time (local):** 02/01/2026 18:51
        **Posture:** S Standing   ❏ Kneeling   ❏ Prone   ❏ Other

**Estimated distance:** 30 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 5
**Estimated use of force date/time (local):** 02/01/2026 18:52
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 40 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 6
**Estimated use of force date/time (local):** 02/01/2026 18:53
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 30 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 7
**Estimated use of force date/time (local):** 02/01/2026 18:54
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 30 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 8
**Estimated use of force date/time (local):** 02/01/2026 19:06
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 9
**Estimated use of force date/time (local):** 02/01/2026 19:27
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 20 feet
**Approximately how many munitions did you deploy?** 6
**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

### Usage 10
**Estimated use of force date/time (local):** 02/01/2026 20:32
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 25 feet
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Muzzle Blast CS
**Device description/comments:** 40mm Launcher
**Estimated use of force date/time (local):** 02/01/2026 17:46
**Posture:**

CBP_ExH_6

S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | S Protect innocent 3rd party |
| S Protect non-CBP officer/agent | S Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Skat Shell CS
**Device description/comments:** 40MM Launcher
**Estimated use of force date/time (local):** 02/01/2026 18:38
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 80 yards
**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | S Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ################ injured?** ◯ Yes  ∪ No

---

**Name:** ################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** ▮▮▮▮ Sector / ▮▮▮▮ Station
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ◯ Off duty
   **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** ## years # months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes  ◯ No

**Attire:** ∪ Uniform  ◯ Plain clothes

---

**Was ################ assaulted?** ∪ Yes  ◯ No

---

**Did ################ use reportable force?** ∪ Yes  ◯ No
   **Force type:** Less-lethal Device
   **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
   **Device type:** Hand-Thrown Munitions - Kinetic

CBP_ExH_7

**Munition type:** Rubber Ball Grenade
**Device description/comments:** 1
**Estimated use of force date/time (local):** 02/01/2026 19:00
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes  ∪ No  ◯ Unknown  ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Kinetic
**Munition type:** Rubber Ball Grenade
**Device description/comments:** Stingball Grenade
**Estimated use of force date/time (local):** 02/01/2026 22:00
**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 50 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes  ∪ No  ◯ Unknown  ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| ❏ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ################ injured?** ◯ Yes  ∪ No

---

**Name:** ##################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ◯ Off duty
   **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** # years # months
   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | S LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes  ◯ No

**Attire:** ∪ Uniform  ◯ Plain clothes

**Was ################# assaulted?** ◯ Yes  ∪ No

**Did ################# use reportable force?**

---

CBP_ExH_8

∪ Yes  ○ No

**Force type:**  Less-lethal Device
**Device:**  LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:**  Hand-Thrown Munitions - Kinetic
**Munition type:**  Riot Control CS Canister
**Device description/comments:**  1
**Estimated use of force date/time (local):**  02/01/2026 19:00
**Posture:**  S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:**  15 feet
**Approximately how many munitions did you deploy?**  1
**Collateral contamination occurred:**  ○ Yes  ∪ No  ○ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?**  ○ Yes  ∪ No
**Reason(s) for this use of force:**

❏ Protect self                  ❏ Protect co-worker              ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent ❏ Effect an arrest or detention  ❏ Prevent escape
S Overcome resistance           ❏ Stop vehicle                   ❏ Vessel failure to heave to
❏ Animal euthanization          ❏ Other

**Was ################## injured?**  ○ Yes  ∪ No

**Name:** #############

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ▮▮▮▮▮ Sector
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ○ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

❏ BPAIST      ❏ BORSTAR     ❏ BORTAC      ❏ DITP          ❏ DTI
❏ EDVPTP      ❏ EMT         ❏ FITP        ❏ LLITP (IFITP)  ❏ MFF
S MRT         ❏ PITP        ❏ SRT         ❏ TATP          ❏ Other

**Wearing body armor?**  ∪ Yes  ○ No

**Attire:**  ∪ Uniform  ○ Plain clothes

**Was ############# assaulted?**  ○ Yes  ∪ No

**Did ############# use reportable force?**  ○ Yes  ∪ No

**Was ############# injured?**  ○ Yes  ∪ No

**Name:** #################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ○ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years ## months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| ⦾ MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ⋃ Yes ◯ No

**Attire:** ⋃ Uniform ◯ Plain clothes

**Was ################ assaulted?** ◯ Yes ⋃ No

**Did ################ use reportable force?** ⋃ Yes ◯ No

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Triple Chaser CS Canister
**Device description/comments:** 1
**Estimated use of force date/time (local):** 02/01/2026 19:00
**Posture:** ⦾ Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes ◯ No ⋃ Unknown ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ⋃ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| ⦾ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Kinetic
**Munition type:** Rubber Ball Grenade
**Device description/comments:** 1
**Estimated use of force date/time (local):** 02/01/2026 19:00
**Posture:** ⦾ Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes ⋃ No ◯ Unknown ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ⋃ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| ⦾ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Was ################ injured?** ◯ Yes ⋃ No

**Name:** ################

**Gender:** Male **Age:** ## **Height:** ###### **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ⋃ On duty ◯ Off duty
**Activity:** Mobile Response Team (MRT)

CBP_ExH_10

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years ## months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

---

**Was ############### assaulted?** ○ Yes  ∪ No

---

**Did ############### use reportable force?** ∪ Yes  ○ No

    **Force type:** Less-lethal Device

    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

    **Device type:** Hand-Thrown Munitions - Kinetic

        **Munition type:** Rubber Ball Grenade

    **Device description/comments:** 2

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

    **Usage 1**

        **Estimated use of force date/time (local):** 02/01/2026 19:00

        **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

        **Estimated distance:** 15 feet

        **Approximately how many munitions did you deploy?** 1

        **Collateral contamination occurred:** ○ Yes  ∪ No  ○ Unknown  ○ Not applicable

        **Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes  ○ No

    **Usage 2**

        **Estimated use of force date/time (local):** 02/01/2026 19:02

        **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

        **Estimated distance:** 30 feet

        **Approximately how many munitions did you deploy?** 1

        **Collateral contamination occurred:** ○ Yes  ∪ No  ○ Unknown  ○ Not applicable

        **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

---

**Was ############### injured?** ○ Yes  ∪ No

---

**Name:** ####################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty  ○ Off duty

    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |

CBP_ExH_11

S MRT          ❏ PITP          ❏ SRT          ❏ TATP          ❏ Other

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

**Was ###################### assaulted?** ○ Yes  ∪ No

**Did ###################### use reportable force?** ∪ Yes  ○ No

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Triple Chaser CS Canister
    **Device description/comments:** 1
    **Estimated use of force date/time (local):** 02/01/2026 19:00
    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
    **Estimated distance:** 15 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ○ Yes  ∪ No  ○ Unknown  ○ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Was ###################### injured?** ○ Yes  ∪ No

**Name:** ####################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ○ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** # years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes  ○ No

**Attire:** ∪ Uniform  ○ Plain clothes

**Was #################### assaulted?** ○ Yes  ∪ No

**Did #################### use reportable force?** ∪ Yes  ○ No

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Kinetic
    **Munition type:** Rubber Ball Grenade
    **Device description/comments:** 1
    **Estimated use of force date/time (local):** 02/01/2026 19:00
    **Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

CBP_ExH_12

**Estimated distance:**  15 feet

**Approximately how many munitions did you deploy?**  1

**Collateral contamination occurred:**  ◯ Yes  ∪ No  ◯ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?**  ◯ Yes  ∪ No

**Reason(s) for this use of force:**

❏ Protect self                    ❏ Protect co-worker              ❏ Protect innocent 3rd party

❏ Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape

S Overcome resistance            ❏ Stop vehicle                   ❏ Vessel failure to heave to

❏ Animal euthanization           ❏ Other

---

**Force type:**  Less-lethal Device
**Device:**  LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:**  Hand-Thrown Munitions - Chemical
**Munition type:**  Triple Chaser CS Canister
**Device description/comments:**  1
**Estimated use of force date/time (local):**  02/01/2026 19:00

**Posture:**  S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:**  15 feet

**Approximately how many munitions did you deploy?**  2

**Collateral contamination occurred:**  ◯ Yes  ◯ No  ∪ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?**  ◯ Yes  ∪ No

**Reason(s) for this use of force:**

S Protect self                    S Protect co-worker              ❏ Protect innocent 3rd party

❏ Protect non-CBP officer/agent  S Effect an arrest or detention  ❏ Prevent escape

S Overcome resistance            ❏ Stop vehicle                   ❏ Vessel failure to heave to

❏ Animal euthanization           ❏ Other

---

**Force type:**  Less-lethal Device
**Device:**  LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:**  40MM Less-lethal Munitions - Chemical
**Munition type:**  40MM Muzzle Blast OC
**Device description/comments:**  1
**Estimated use of force date/time (local):**  02/01/2026 19:00

**Posture:**  S Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:**  15 feet

**Approximately how many munitions did you deploy?**  2

**Collateral contamination occurred:**  ◯ Yes  ∪ No  ◯ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?**  ◯ Yes  ∪ No

**Reason(s) for this use of force:**

❏ Protect self                    ❏ Protect co-worker              ❏ Protect innocent 3rd party

❏ Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape

S Overcome resistance            ❏ Stop vehicle                   ❏ Vessel failure to heave to

❏ Animal euthanization           ❏ Other

---

**Was #################### injured?**  ◯ Yes  ∪ No

---

**Name:**  ################

**Gender:**  Male     **Age:**  ##     **Height:**  #####     **Weight:**  ### pounds

**CBP employee series or role:**  #####
**Service EOD:**  ##########
**Duty location or detail/TDY location during the incident:**  Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:**  ##########

**Duty status at the time of the incident:**  ∪ On duty  ◯ Off duty

**Activity:**  Mobile Response Team (MRT)

CBP_ExH_13

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** # years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | S FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes ◯ No

**Attire:** ∪ Uniform ◯ Plain clothes

**Was ############## assaulted?** ◯ Yes ∪ No

**Did ############## use reportable force?** ∪ Yes ◯ No

    **Force type:** Less-lethal Device

    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

    **Device type:** 40MM Less-lethal Munitions - Chemical

    **Munition type:** 40MM Muzzle Blast OC

    **Device description/comments:** 1

    **Estimated use of force date/time (local):** 02/01/2026 19:00

    **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other

    **Estimated distance:** 15 feet

    **Approximately how many munitions did you deploy?** 1

    **Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable

    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Was ############## injured?** ◯ Yes ∪ No

**Name:** ################

    **Gender:** Male   **Age:** ##   **Height:** ######   **Weight:** ### pounds

    **CBP employee series or role:** #####

    **Service EOD:** ##########

    **Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations

    **Duty (or detail/TDY) location EOD:** ##########

    **Duty status at the time of the incident:** ∪ On duty ◯ Off duty

        **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** # years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes ◯ No

**Attire:** ∪ Uniform ◯ Plain clothes

**Was ############## assaulted?** ◯ Yes ∪ No

**Did ############## use reportable force?** ∪ Yes ◯ No

    **Force type:** Less-lethal Device

CBP_ExH_14

**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Kinetic
**Munition type:** Rubber Ball Grenade
**Device description/comments:** 1
**Estimated use of force date/time (local):** 02/01/2026 19:00
**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes ∪ No ◯ Unknown ◯ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No
**Reason(s) for this use of force:**

❏ Protect self ❏ Protect co-worker ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent ❏ Effect an arrest or detention ❏ Prevent escape
S Overcome resistance ❏ Stop vehicle ❏ Vessel failure to heave to
❏ Animal euthanization ❏ Other

---

**Was ############### injured?** ◯ Yes ∪ No

---

**Name:** ###############

**Gender:** Male     **Age:** ##     **Height:** #####     **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty ◯ Off duty
     **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
     **Total law enforcement experience at the time of the incident:** ## years # months
     **CBP training previously received (not including basic academy training):**

❏ BPAIST ❏ BORSTAR ❏ BORTAC ❏ DITP ❏ DTI
❏ EDVPTP ❏ EMT S FITP ❏ LLITP (IFITP) S MFF
S MRT ❏ PITP ❏ SRT ❏ TATP ❏ Other

---

**Wearing body armor?** ∪ Yes ◯ No

**Attire:** ∪ Uniform ◯ Plain clothes

---

**Was ############### assaulted?** ∪ Yes ◯ No

---

**Did ############### use reportable force?** ∪ Yes ◯ No
     **Force type:** Less-lethal Device
     **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
     **Device type:** Hand-Thrown Munitions - Kinetic
     **Munition type:** Rubber Ball Grenade
     **Device description/comments:** 3
     **Estimated use of force date/time (local):** 02/01/2026 19:00
     **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
     **Estimated distance:** 15 feet
     **Approximately how many munitions did you deploy?** 3
     **Collateral contamination occurred:** ◯ Yes ∪ No ◯ Unknown ◯ Not applicable
     **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No
     **Reason(s) for this use of force:**

❏ Protect self ❏ Protect co-worker ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent ❏ Effect an arrest or detention ❏ Prevent escape

❑ S Overcome resistance ❑ Stop vehicle ❑ Vessel failure to heave to

❑ Animal euthanization ❑ Other

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Triple Chaser CS Canister
**Device description/comments:** 3
**Estimated use of force date/time (local):** 02/01/2026 19:00
**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other
**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 3
**Collateral contamination occurred:** ⭕ Yes ∪ No ⭕ Unknown ⭕ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ⭕ Yes ∪ No
**Reason(s) for this use of force:**

❑ Protect self ❑ Protect co-worker ❑ Protect innocent 3rd party

❑ Protect non-CBP officer/agent ❑ Effect an arrest or detention ❑ Prevent escape

S Overcome resistance ❑ Stop vehicle ❑ Vessel failure to heave to

❑ Animal euthanization ❑ Other

---

**Was ############### injured?** ⭕ Yes ∪ No

---

**Name:** ################

**Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty ⭕ Off duty
   **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
   **Total law enforcement experience at the time of the incident:** ## years # months
   **CBP training previously received (not including basic academy training):**

❑ BPAIST ❑ BORSTAR ❑ BORTAC ❑ DITP ❑ DTI

❑ EDVPTP ❑ EMT ❑ FITP ❑ LLITP (IFITP) S MFF

S MRT ❑ PITP ❑ SRT ❑ TATP ❑ Other

---

**Wearing body armor?** ∪ Yes ⭕ No

**Attire:** ∪ Uniform ⭕ Plain clothes

---

**Was ############### assaulted?** ⭕ Yes ∪ No

---

**Did ############### use reportable force?** ∪ Yes ⭕ No
   **Force type:** Less-lethal Device
   **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
   **Device type:** Hand-Thrown Munitions - Chemical
   **Munition type:** Triple Chaser CS Canister
   **Device description/comments:** 1
   **Estimated use of force date/time (local):** 02/01/2026 19:00
   **Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other
   **Estimated distance:** 15 feet
   **Approximately how many munitions did you deploy?** 1
   **Collateral contamination occurred:** ⭕ Yes ∪ No ⭕ Unknown ⭕ Not applicable
   **Was this force type used again within the same shift (a break-in-the-action)?** ⭕ Yes ∪ No

---

**Reason(s) for this use of force:**

❏ Protect self               ❏ Protect co-worker             ❏ Protect innocent 3rd party

❏ Protect non-CBP officer/agent ❏ Effect an arrest or detention ❏ Prevent escape

S Overcome resistance        ❏ Stop vehicle                  ❏ Vessel failure to heave to

❏ Animal euthanization       ❏ Other

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Kinetic
**Munition type:** Rubber Ball Grenade
**Device description/comments:** 1
**Estimated use of force date/time (local):** 02/01/2026 19:00
**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes  ∪ No  ◯ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No
**Reason(s) for this use of force:**

S Protect self               S Protect co-worker             ❏ Protect innocent 3rd party

S Protect non-CBP officer/agent ❏ Effect an arrest or detention ❏ Prevent escape

S Overcome resistance        ❏ Stop vehicle                  ❏ Vessel failure to heave to

❏ Animal euthanization       ❏ Other

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Pocket Tactical CS Canister
**Device description/comments:** Small canister with the words pocket tactical CS
**Estimated use of force date/time (local):** 02/01/2026 18:45
**Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ◯ Yes  ∪ No  ◯ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ∪ No
**Reason(s) for this use of force:**

S Protect self               S Protect co-worker             ❏ Protect innocent 3rd party

S Protect non-CBP officer/agent ❏ Effect an arrest or detention ❏ Prevent escape

S Overcome resistance        ❏ Stop vehicle                  ❏ Vessel failure to heave to

❏ Animal euthanization       ❏ Other

---

**Was ################ injured?** ◯ Yes  ∪ No

---

**Name:** #############

**Gender:** Male     **Age:** ##     **Height:** #####     **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** Office of Field Operations / Portland Field Operations
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ◯ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes ◯ No

**Attire:** ∪ Uniform ◯ Plain clothes

**Was ############ assaulted?** ∪ Yes ◯ No

**Did ############ use reportable force?** ∪ Yes ◯ No

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Kinetic
    **Munition type:** Rubber Ball Grenade
    **Device description/comments:** 1
    **Estimated use of force date/time (local):** 02/01/2026 19:00
    **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
    **Estimated distance:** 25 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ◯ Yes ◯ No ∪ Unknown ◯ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes ∪ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Was ############ injured?** ◯ Yes ∪ No

**Name:** #################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty ◯ Off duty
    **Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** # years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes ◯ No

**Attire:** ∪ Uniform ◯ Plain clothes

**Was ################ assaulted?** ◯ Yes ∪ No

**Did ################ use reportable force?** ∪ Yes ◯ No

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Triple Chaser CS Canister
    **Device description/comments:** 2

**Estimated use of force date/time (local):** 02/01/2026 19:00

**Posture:** S Standing  ❑ Kneeling  ❑ Prone  ❑ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 2

**Collateral contamination occurred:** ○ Yes  ∪ No  ○ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❑ Protect self | ❑ Protect co-worker | ❑ Protect innocent 3rd party |
| ❑ Protect non-CBP officer/agent | ❑ Effect an arrest or detention | ❑ Prevent escape |
| S Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

---

**Force type:** Less-lethal Device
**Device:** PLS (PepperBall Launching System)
**Device type:** PAVA (area saturation)
**Estimated use of force date/time (local):** 02/01/2026 19:00

**Posture:** S Standing  ❑ Kneeling  ❑ Prone  ❑ Other

**Estimated distance:** 15 feet

**Approximately how many volleys did you deploy?** 3

**Approximately how many projectiles did you deploy?** 18

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❑ Protect self | ❑ Protect co-worker | ❑ Protect innocent 3rd party |
| ❑ Protect non-CBP officer/agent | ❑ Effect an arrest or detention | ❑ Prevent escape |
| S Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

---

**Was ################# injured?** ○ Yes  ∪ No

---

**Name:** ###################

**Gender:** Male  **Age:** ##  **Height:** #####  **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ∪ On duty  ○ Off duty
    **Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| S EDVPTP | ❑ EMT | ❑ FITP | S LLITP (IFITP) | S MFF |
| S MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

---

**Wearing body armor?** ∪ Yes  ○ No

---

**Attire:** ∪ Uniform  ○ Plain clothes

---

**Was ################## assaulted?** ∪ Yes  ○ No

---

**Did ################## use reportable force?** ∪ Yes  ○ No

**Force type:** Less-lethal Device
**Device:** PLS (PepperBall Launching System)
**Device type:** PAVA (area saturation)
**Estimated use of force date/time (local):** 02/01/2026 18:45

**Posture:** Ⴝ Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 15 yards

**Approximately how many volleys did you deploy?** 5

**Approximately how many projectiles did you deploy?** 30

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes Ⴘ No

**Reason(s) for this use of force:**

Ⴝ Protect self                Ⴝ Protect co-worker            ❏ Protect innocent 3rd party

Ⴝ Protect non-CBP officer/agent ❏ Effect an arrest or detention ❏ Prevent escape

Ⴝ Overcome resistance         ❏ Stop vehicle                 ❏ Vessel failure to heave to

❏ Animal euthanization        ❏ Other

---

**Force type:** Less-lethal Device
**Device:** PLS (PepperBall Launching System)
**Device type:** Kinetic impact
**Estimated use of force date/time (local):** 02/01/2026 18:45

**Posture:** Ⴝ Standing ❏ Kneeling ❏ Prone ❏ Other

**Estimated distance:** 15 yards

**Approximately how many volleys did you deploy?** 1

**Approximately how many projectiles did you deploy?** 4

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes Ⴘ No

**Reason(s) for this use of force:**

Ⴝ Protect self                Ⴝ Protect co-worker            ❏ Protect innocent 3rd party

Ⴝ Protect non-CBP officer/agent ❏ Effect an arrest or detention ❏ Prevent escape

Ⴝ Overcome resistance         ❏ Stop vehicle                 ❏ Vessel failure to heave to

❏ Animal euthanization        ❏ Other

---

**Was ################### injured?** ○ Yes Ⴘ No

---

**Name:** ###################

**Gender:** Male    **Age:** ##    **Height:** #####    **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ▮▮▮▮ Sector

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** Ⴘ On duty ○ Off duty

**Activity:** Mobile Response Team (MRT)

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** ## years # months

**CBP training previously received (not including basic academy training):**

❏ BPAIST        ❏ BORSTAR        ❏ BORTAC        ❏ DITP        ❏ DTI

❏ EDVPTP        ❏ EMT            ❏ FITP          ❏ LLITP (IFITP) Ⴝ MFF

Ⴝ MRT           ❏ PITP           ❏ SRT           ❏ TATP        ❏ Other

---

**Wearing body armor?** Ⴘ Yes ○ No

**Attire:** Ⴘ Uniform ○ Plain clothes

---

**Was ################### assaulted?** ○ Yes Ⴘ No

---

**Did ################### use reportable force?** Ⴘ Yes ○ No

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Vapor Aerosol Grenade OC
**Device description/comments:** 1

**Estimated use of force date/time (local):** 02/01/2026 18:58

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ◯ No  ⓤ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⓤ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| Ⓢ Protect self | Ⓢ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| Ⓢ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Muzzle Blast CS
**Device description/comments:** 1
**Estimated use of force date/time (local):** 02/01/2026 18:57

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ⓤ No  ◯ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⓤ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| Ⓢ Protect self | Ⓢ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| Ⓢ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Pocket Tactical Saf-Smoke Canister
**Device description/comments:** smoke
**Estimated use of force date/time (local):** 02/01/2026 19:00

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 20 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ◯ Yes  ⓤ No  ◯ Unknown  ◯ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⓤ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| Ⓢ Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Riot Control CS Canister
**Device description/comments:** Riot CS
**Estimated use of force date/time (local):** 02/01/2026 18:59

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

CBP_ExH_21

**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  ⋃ No  ○ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ⋃ No
**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

**Was ################## injured?** ○ Yes  ⋃ No

---

**Name:** ##################

**Gender:** Male  **Age:** ##  **Height:** #####  **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ⋃ On duty  ○ Off duty
　　**Activity:** Mobile Response Team (MRT)

---

**Armed law enforcement experience:**
　　**Total law enforcement experience at the time of the incident:** ## years # months
　　**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | ❏ LLITP (IFITP) | ❏ MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ⋃ Yes  ○ No

**Attire:** ⋃ Uniform  ○ Plain clothes

---

**Was ################## assaulted?** ⋃ Yes  ○ No

---

**Did ################## use reportable force?** ⋃ Yes  ○ No
　　**Force type:** Less-lethal Device
　　**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
　　**Device type:** Hand-Thrown Munitions - Kinetic
　　**Munition type:** Rubber Ball Grenade
　　**Device description/comments:** 2
　　**Estimated use of force date/time (local):** 02/01/2026 18:30
　　**Posture:** S Standing  ❏ Kneeling  ❏ Prone  ❏ Other
　　**Estimated distance:** 15 yards
　　**Approximately how many munitions did you deploy?** 2
　　**Collateral contamination occurred:** ○ Yes  ○ No  ⋃ Unknown  ○ Not applicable
　　**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ⋃ No
　　**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| S Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

　　**Force type:** Less-lethal Device
　　**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
　　**Device type:** Hand-Thrown Munitions - Chemical
　　**Munition type:** Triple Chaser CS Canister

**Device description/comments:** 1

**Estimated use of force date/time (local):** 02/01/2026 18:30

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ○ Yes  ○ No  Ⓤ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  Ⓤ No

**Reason(s) for this use of force:**

Ⓢ Protect self               Ⓢ Protect co-worker            ❏ Protect innocent 3rd party

Ⓢ Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape

Ⓢ Overcome resistance        ❏ Stop vehicle                 ❏ Vessel failure to heave to

❏ Animal euthanization       ❏ Other

---

**Force type:** Less-lethal Device

**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

**Device type:** Hand-Thrown Munitions - Kinetic

**Munition type:** Rubber Ball Grenade

**Device description/comments:** 1

**Estimated use of force date/time (local):** 02/01/2026 21:00

**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other

**Estimated distance:** 1 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ○ Yes  Ⓤ No  ○ Unknown  ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  Ⓤ No

**Reason(s) for this use of force:**

❏ Protect self               ❏ Protect co-worker            ❏ Protect innocent 3rd party

❏ Protect non-CBP officer/agent  ❏ Effect an arrest or detention  ❏ Prevent escape

Ⓢ Overcome resistance        ❏ Stop vehicle                 ❏ Vessel failure to heave to

❏ Animal euthanization       ❏ Other

---

**Was ################### injured?** ○ Yes  Ⓤ No

## SUBJECTS: 2

**Name:** MASS GROUP

**Estimated number of individuals in the group:** 1000

**Group description (Composition, attire, etc.):** Individuals wearing black clothing gas masks, safety goggles, helmets and wearing clothing ████████████

**Was any member of this group wearing body armor?** Ⓤ Yes  ○ No  ○ Unknown

**Estimated number of subjects wearing body armor:** 100

**Group activity:**

❏ Illegal entry

❏ Uncooperative during encounter/inspection

❏ Failure to yield/heave to

❏ Checkpoint runner

❏ Port runner

❏ Alien smuggling

❏ Narcotics smuggling

❏ Scouting

Ⓢ Assault (rocks/other projectiles)

Ⓢ Assault (all other types)

CBP_ExH_23

❏ Rioting/civil disturbance

❏ Mass coordinated entry

❏ No suspected illegal activity

❏ Other

**Group's current location and disposition if known:** Portland Oregon ICE Facility

**Did any member of this group not listed as an individual subject assault a CBP employee?** ⋃ Yes  ◯ No

    **Was any member of the group outside the US or its territories when committing the assault?** ◯ Yes  ⋃ No

    **Weapon(s)/type of assault:**
        **Assault method:** Other
            **Other method description:** dispensed hand tossed munitions
        **Estimated assault date/time (local):** 02/01/2026 19:00

**Was reportable force used on any member of this group not listed as an individual subject?** ⋃ Yes  ◯ No

    **Was any member of this group outside the US or its territories when this force was applied?** ◯ Yes  ⋃ No

**Name:** #########

**Gender:** Unknown  **Age:** #######  **Height:** #######  **Weight:** #######

**Attire:** ◯ Civilian  ◯ Paramilitary  ◯ Police  ◯ Nude  ⋃ Unknown

**Was the subject wearing body armor?** ◯ Yes  ◯ No  ⋃ Unknown

**Immigration status:** Unknown
**Country of citizenship:** #######
**Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?** ◯ Yes  ⋃ No

**Subject's activity:**

    ❏ Illegal entry

    ❏ Uncooperative during encounter/inspection

    ❏ Failure to yield/heave to

    ❏ Checkpoint runner

    ❏ Port runner

    ❏ Alien smuggling

    ❏ Narcotics smuggling

    ❏ Scouting

    S Assault (rocks/other projectiles)

    ❏ Assault (all other types)

    S Rioting/civil disturbance

    ❏ Mass coordinated entry

    ❏ No suspected illegal activity

    ❏ Other

**Subject's current location and disposition if known:** Unknown

**Did this subject assault a CBP employee?** ⋃ Yes  ◯ No

    **Was the subject outside the US or its territories when committing the assault?** ◯ Yes  ⋃ No

    **Weapon(s)/type of assault:**
        **Assault method:** Projectile (other than rock)
            **Projectile description:** thrown munition
        **Estimated assault date/time (local):** 02/01/2026 18:45

**Was reportable force used on this subject?** ⋃ Yes  ◯ No

    **Was the subject outside the US or its territories when this force was applied?** ◯ Yes  ⋃ No

**Was the subject an occupant of a vehicle?** ◯ Yes  ⋃ No
**Was this subject injured or claiming to be injured?**

◯ Yes  ◯ No  U Unknown

## ASSAULTS: 10

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| ########## | Other assault method - dispensed hand tossed munitions on 02/01/2026 19:00 | ############### | U Yes ◯ No | Not injured in this incident |
| | | ################## | U Yes ◯ No | Not injured in this incident |
| | | ############ | U Yes ◯ No | Not injured in this incident |
| | | ############### | U Yes ◯ No | Not injured in this incident |
| | | ################## | U Yes ◯ No | Not injured in this incident |
| ######### | Projectile (other than rock) - thrown munition on 02/01/2026 18:45 | ############### | U Yes ◯ No | Not injured in this incident |
| | | ################## | U Yes ◯ No | Not injured in this incident |
| | | ############ | U Yes ◯ No | Not injured in this incident |
| | | ############### | U Yes ◯ No | Not injured in this incident |
| | | ################## | U Yes ◯ No | Not injured in this incident |

## USES OF FORCE: 45

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - 2 on 02/01/2026 19:00 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Other assault method - dispensed hand tossed munitions on 02/01/2026 19:00** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ######################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 02/01/2026 19:00 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Other assault method - dispensed hand tossed munitions on 02/01/2026 19:00** - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40MM Launcher | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - thrown munition on 02/01/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

| | | |
|---|---|---|
| | on 02/01/2026 18:34 | |
| ##############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40MM Launcher on 02/01/2026 18:48 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - thrown munition on 02/01/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ##############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40MM Launcher on 02/01/2026 18:50 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - thrown munition on 02/01/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ##############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40MM Launcher on 02/01/2026 18:51 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - thrown munition on 02/01/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ##############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40MM Launcher on 02/01/2026 18:52 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - thrown munition on 02/01/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ##############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40MM Launcher on 02/01/2026 18:53 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - thrown munition on 02/01/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ##############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40MM Launcher on 02/01/2026 18:54 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - thrown munition on 02/01/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ##############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40MM Launcher | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - thrown munition on 02/01/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

CBP_ExH_26

| | | |
|---|---|---|
| | on 02/01/2026 19:06 | |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40MM Launcher on 02/01/2026 19:27 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - thrown munition on 02/01/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact OC - 40MM Launcher on 02/01/2026 20:32 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - thrown munition on 02/01/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - 40mm Launcher on 02/01/2026 17:46 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Other assault method - dispensed hand tossed munitions on 02/01/2026 19:00** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Skat Shell CS - 40MM Launcher on 02/01/2026 18:38 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - thrown munition on 02/01/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 1 on 02/01/2026 19:00 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - thrown munition on 02/01/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - Stingball Grenade on 02/01/2026 22:00 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - thrown munition on 02/01/2026 18:45** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############### ### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - 1 on | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Other assault method - dispensed hand tossed munitions on 02/01/2026 19:00** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

| | | |
|---|---|---|
| | 02/01/2026 19:00 | |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - 1 on 02/01/2026 19:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ################ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 1 on 02/01/2026 19:00 | **Subject:** #########<br>  **Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - thrown munition on 02/01/2026 18:45**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 2 on 02/01/2026 19:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 2 on 02/01/2026 19:02 | **Subject:** #########<br>  **Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - thrown munition on 02/01/2026 18:45**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| #################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - 1 on 02/01/2026 19:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 1 on 02/01/2026 19:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - 1 on 02/01/2026 19:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast OC - 1 on 02/01/2026 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes |

| | | |
|---|---|---|
| | 19:00 | **Did the UOF device function as designed?**  Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast OC - 1 on 02/01/2026 19:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 1 on 02/01/2026 19:00 | **Subject:** ##########<br>  **Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - thrown munition on 02/01/2026 18:45**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 3 on 02/01/2026 19:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| | | **Subject:** ##########<br>  **Was this subject injured or claiming to be injured by this use of force?**  Unknown<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Projectile (other than rock) - thrown munition on 02/01/2026 18:45**  - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - 3 on 02/01/2026 19:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - 1 on 02/01/2026 19:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 1 on 02/01/2026 19:00 | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |
| ###############<br># | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical CS Canister - Small canister with | **Subject:** ##########<br>  **Was this use of force in response to the following assault by this subject?**<br>    **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>      **Was this use of force effective against what prompted its use?**  Yes<br>      **Did the UOF device function as designed?**  Yes |

| | | |
|---|---|---|
| | the words pocket tactical CS on 02/01/2026 18:45 | |
| ############ | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 1 on 02/01/2026 19:00 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br> **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>  **Was this use of force effective against what prompted its use?** Yes<br>  **Did the UOF device function as designed?** Yes |
| ###############<br>## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - 2 on 02/01/2026 19:00 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br> **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>  **Was this use of force effective against what prompted its use?** Yes<br>  **Did the UOF device function as designed?** Yes |
| ###############<br>## | PLS (PepperBall Launching System) - PAVA (area saturation) on 02/01/2026 19:00 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br> **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>  **Was this use of force effective against what prompted its use?** Yes<br>  **Did the UOF device function as designed?** Yes |
| ###############<br>#### | PLS (PepperBall Launching System) - PAVA (area saturation) on 02/01/2026 18:45 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br> **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###############<br>#### | PLS (PepperBall Launching System) - Kinetic impact on 02/01/2026 18:45 | **Subject:** #########<br>**Was this subject injured or claiming to be injured by this use of force?** Unknown<br>**Was this use of force in response to the following assault by this subject?**<br> **Projectile (other than rock) - thrown munition on 02/01/2026 18:45** - Yes<br>  **Was this use of force effective against what prompted its use?** Yes<br>  **Did the UOF device function as designed?** Yes |
| ###############<br>### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Vapor Aerosol Grenade OC - 1 on 02/01/2026 18:58 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br> **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - Yes<br>  **Was this use of force effective against what prompted its use?** Yes<br>  **Did the UOF device function as designed?** Yes |
| ###############<br>### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - 1 on 02/01/2026 18:57 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br> **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ###############<br>### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Pocket Tactical Saf-Smoke | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br> **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

| | | |
|---|---|---|
| | Canister - smoke on 02/01/2026 19:00 | |
| ################## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Riot Control CS Canister - Riot CS on 02/01/2026 18:59 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br>     **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** <br>      **- No** <br> **Was this use of force effective against what prompted its use?**  Yes <br> **Did the UOF device function as designed?**  Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 2 on 02/01/2026 18:30 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br>     **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** <br>      **- Yes** <br>         **Was this use of force effective against what prompted its use?**  Yes <br>         **Did the UOF device function as designed?**  Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - 1 on 02/01/2026 18:30 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br>     **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** <br>      **- Yes** <br>         **Was this use of force effective against what prompted its use?**  Yes <br>         **Did the UOF device function as designed?**  Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade - 1 on 02/01/2026 21:00 | **Subject:** ########## <br> **Was this use of force in response to the following assault by this subject?** <br>     **Other assault method - dispensed hand tossed munitions  on 02/01/2026 19:00** <br>      **- Yes** <br>         **Was this use of force effective against what prompted its use?**  Yes <br>         **Did the UOF device function as designed?**  Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?**  ◯ Yes   ⋃ No

**Did this incident result in collateral injury to a bystander?**  ◯ Yes   ⋃ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

This incident is related to other documented incidents in E-STAR. Please refer to the following E-STAR reports for additional information:

##############################, ##############################

At approximately 1900 hours, a crowd of approximately 1000 plus approached the ICE Facility located in Portland Oregon. As the crowd of violent protestors approached front gate of the ICE Facility and attempted to damage the gate. MRT alongside FPS pushed out the gate to push the crowd back however they were met with violent behavior, and hostile individuals immediately threw objects at them. The crowd also retrieved and threw munitions back toward agents, creating a safety hazard and escalating the threat environment. This action resulted in agents deploying less-lethal munitions in response to active resistance

and assaultive behavior.

Several individuals within the crowd continued to retrieve and throw deployed munitions back toward agents, further escalating the threat. Agents responded with additional less-lethal deployments to stop the assaults and maintain control of the scene. Once the crowd was pushed back away from the ICE Facility the crowd dispersed to approximately 100.

The crowd continued to show signs of aggression through the shift escalating to violent behavior which caused the Agents to apply use of force. This posture continued till the end of the shift.

**Current certification status:** Certified

**Shared incident narrative certification history**

| Hash ID | Employee | Certified Date |
|---------|----------|----------------|
| ####### | #################### | 02/01/2026 20:55 |

**Narrative of ################**

I am a Mobile Rapid Response Team (MRT) Agent assigned to the U.S. Border Patrol (USBP), ▇▇▇ Sector. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On February 1, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, and the ICE Special Response Team (SRT) conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property and make a targeted arrest of multiple subjects that were identified as engaging in riotous behavior and trespassing on federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

The ICE building had been besieged by upwards of approximately 300 protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Other radical agitators were damaging federal property in an attempt to breach the facility. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor, helmets, wielding shields, and verbally stating their intent to cause bodily harm to the federal officers and agents on the federal property at Macadam Avenue. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles, other hard objects and various unknown liquids.

At approximately 6:48 p.m., MRT, FPS, and ICE SRT arranged ourselves into a Mobile Field Force (MFF) formation and pushed out the front of the building to move the crowd back off federal property and onto Macadam Avenue and make targeted arrests. While exposed outside of the facility gate and holding the agitated protesters off of the federal property agitators began throwing random objects and deployed munition cannisters, as mentioned above, at our MFF formation and federal law enforcement officers in attempt to cause bodily harm. I deployed a stinger ball device to prevent the assault of myself and fellow federal law enforcement officers. I tossed the stinger ball device approximately twenty feet toward the aggressors and it appeared to have a positive effect. I observed an agitator kick a deployed and still smoking munitions canister in the direction of my team. I deployed a second stinger ball device at that agitator (approximately 30 feet) with positive effect. Our team leader shortly after issued a command to fall back inside the facility courtyard.

I was wearing my body worn camera and evidence serial number for reference is ▇▇▇ for the first encounter.

**Narrative of ################**

I am a Mobile Rapid Response Team (MRT) Agent assigned to the U.S. Border Patrol (USBP), ▇▇▇ Sector Special Operations Detachment. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property

CBP_ExH_32

at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches. My body armor prominently displayed a patch reading "Border Patrol" on the back and "USBP" on the front.

On February 1, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property and attempt to  make targeted arrests of multiple subjects that were identified as engaging in riotous behavior and trespassing on federal property.  The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is always visible to individuals in the area.

The ICE building had been besieged by upwards of approximately 500 hostile protesters with reports of an additional hostile protesters in the area. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets, and verbally stating their intent to cause bodily harm to the federal officers and agents on the federal property at Macadam Avenue.  Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles and other hard objects and various unknown liquids.

At approximately 7:00 p.m., MRT and FPS arranged into a Mobile Field Force (MFF) formation and pushed out the front of the building to move the crowd back off federal property and onto Macadam Avenue and attempt to make targeted arrests of previously identified individuals.  While exposed outside of the facility gate and moving the agitated protesters off the federal property, agitators in the crowd began to attempt impedance of the movement as well as throwing random objects at our MFF formation and federal law enforcement officers in attempt to cause bodily harm. I observed approximately eight subjects in front of the formation attempt to grab the various deployed munitions to throw back at my team.  At that point I deployed one canister of Triple Chaser gas to disburse the subjects from the area of the previously deployed munition canisters.  I then observed an active agitator motioning to throw an object towards an agent when I deployed a Stingball device towards the agitator to thwart their assault.  We were unable to position our team close enough to our arrest targets, so our team leader commanded the MFF unit to retreat inside the gate of the federal property and therefore did not deploy any further crowd control munitions at that time.

**Narrative of ###############**

On February 1, 2026, during my deployment to Portland, Oregon from the ██████ Border Patrol Sector for "Operation Oregon Support". I was assigned to support the Federal Protective Service (FPS) with the defense of the Immigration and Customs Enforcement (ICE) office building located at 4310 S Macadam Avenue, Portland, Oregon. A protest that had originated at Portland city hall marched to the ICE facility and arrived at approximately 6:00 pm. Approximately 500-1000 protesters besieged the ICE facility and a large crowd immediately trespassed onto the driveway of federal property. Multiple projectiles were being thrown at federal agents while we were still inside the ICE facility to include rocks and flaming objects. Protesters were damaging the exterior of the building by vandalizing the exterior with graffiti, attempting to burn the plywood on the walls, and throwing projectiles at the front gate. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets.

At approximately 6:45 pm, radical protesters at the scene trespassing on ICE federal property refused to leave despite multiple commands and warnings issued over the Long-Range Acoustic Device (LRAD). Hostile protesters crowded all the way up the driveway to the closed gate and began attempting to break the gate by forcing the weight of the crowd against it and shaking it violently. My team of MRT agents, a team of HSI agents, ICE-ERO SRT agents, and a team of FPS officers formed into a Mobile Field Force (MFF) formation to attempt to clear the crowd off and away from federal property.  As we started walking in formation towards the crowd, I immediately threw a CS triple chaser munition at the crowd that was on federal property to move them off. Immediately upon moving towards the street, our formation was hit with more thrown projectiles. I threw a Stingball grenade at an assaultive protester that was kicking a munition canister back at us. I threw more CS triple chaser munitions at the remaining hostile crowd to clear them away from the ICE facility. Our formation was struck by more thrown objects. I threw another Stingball grenade at an assaultive protester that threw an object at us. I threw a third Stingball grenade at an assaultive subject that was running to pick up a CS munition to throw back at us. After a few moments, the confrontational protesters had cleared far enough away that they no longer posed a physical threat to any of us, and we withdrew back into the building.

**Narrative of ################**

On February 1, 2026, I was deployed in Portland, Oregon from the ██████ Border Patrol Sector for "Operation Oregon Support".

My Mobile Response Team (MRT) agents and I were assigned to secure The Immigration and Customs Enforcement (ICE) office building located at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front. The ICE building had been surrounded by several hundred protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Attempting to break the plywood that had been tacked up to protect the glass windows. Protestors consistently shouted violent messages such as "Kill yourself".  Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor, shields and helmets. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks and other hard objects.

Multiple recent events provide foresight for the potential chaos if the riotous protestors were left unaddressed. On January 30th, 2026, a Federal Protective Service (FPS) officer was assaulted by violent protesters at the same ICE office in Portland, Oregon. Causing serious bodily harm that led to the officer being hospitalized. On the same day, a Federal building in Eugene, Oregon was breached by violent protesters, forcing FPS to barricade themselves inside the facility. Extreme protestors have targeted the ICE facility in Portland, Oregon on several occasions since my arrival. Rapidly changing events that quickly become violent and dangerous. These events express the importance of enforcing the federal property line to avoid civil unrest and maintain officer safety.

At approximately 5:45 pm, a large crowd wielding shields and wearing protective equipment began to form in the driveway of the facility. FPS used the Long-Range Acoustic Device (LRAD) warning protestors to leave federal property and to clear the driveway of the facility. The large group of hostile protestors disobeyed the lawful order and remained in the driveway. During this time, I witnessed approximately a dozen rocks and other hard objects being tossed at the gate to the facility including into the courtyard where agents were standing. FPS used the LRAD to warn protestors for a second time. Once again, all visible protestors remained in the driveway. As a unit we decided to withdraw to the parking garage. Within seconds of us withdrawing, aggressive protestors advanced toward the gate. They were observed shaking the gate violently, ultimately, causing the gate to malfunction throughout the night. I responded by launching 2 volleys of projectiles with the Pepperball Launching System (PLS). Utilizing area saturation at the base of the gate to deter the aggressive protestors actively resisting lawful commands. These projectiles contain a chemical irritate known as PAVA powder.

Due to the elevated aggression by the crowd, FPS and MRT arranged into a Mobile Field Force (MFF) formation and pushed out the front of the building to move the crowd back off federal property and onto Macadam Avenue. We were significantly outnumbered and extreme protestors already displayed assaultive behaviors. The front gates to the facility opened and I deployed 1 triple chaser CS canister to disperse the crowd from federal property. As a unit, we walked toward the federal property line instructing protestors to move back. I observed protestors kicking canisters of chemical munitions back at my team and me. In response, I deployed a single volley of PLS. Utilizing area saturation to deter these assaultive behaviors.

As we continued to walk toward the federal property line, I observed a single protestor refusing to move away from the property. She was seen kicking canisters back at my team and me. Therefore, I detained the subject for trespassing on federal property and moved her inside of the facility. I then transferred custody of the subject to FPS where she was later cited for trespassing and released.

I returned to the property line with my unit and immediately was struck in the stomach by a heavy unknown object. Causing immediate pain and discomfort to my stomach. I responded by deploying 1 triple chaser CS canister toward the assaultive subject. After a few moments, our formation withdrew back into the interior of the ICE building. As we walked backwards, I observed a glass bottle thrown at my partner, hitting him in the chest, and falling to the ground before shattering. Once inside the facility we continued to monitor the crowd throughout the night.

Each munition was deployed in a targeted manner. Uses of force were executed only after assessing the imminent danger. My actions were consistent with my Border Patrol training, MRT training, and Customs and Border Protection (CBP) protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation.

The deployment of these munitions effectively disrupted hostile actions, enabling law enforcement personnel to regain control of

the situation.

No injuries were observed or reported from my deployment of any less lethal devices.

IDVRS footage was taken during this event.

**Narrative of ###################**
I am a Mobile Rapid Response Team (MRT) Agent assigned to the U.S. Border Patrol (USBP) ██████ Station, ██████ Sector. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On February 1, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is always visible to individuals in the area.

At approximately 1800 hours, an observed group of an estimated 500 protesters approached the ICE facility. Within this crowd was a group of agitators ██████████████████████████████████████████████████████████████, an organization deemed a domestic terrorist group by the Federal Government. This group was actively engaging in defacing government property, throwing objects such as rocks, eggs, and other objects. Numerous verbal attempts were made by FPS to thwart the instigators.

At approximately 1830 hours, The MRT and FPS initiated a push out from the front gate of the ICE facility to stop agitators from damaging government property. We used a Mobile Field Force (MFF) ████████████ formation during this engagement and I was positioned in the right lateral support column. I deployed one triple chaser CS hand thrown munition towards a hostile crowd actively assaulting law enforcement agents, by throwing spent munition canisters, rocks and other items in our direction. I deployed two Stinger hand thrown grenades filled with rubber less lethal pellets specifically at two different individuals who had picked up spent canisters and threw them back towards me in an attempt to cause me or other law enforcement officers harm. A spent canister is large and heavy enough to cause severe injury. In addition to being large and heavy enough, often times a spent canister is still burning due to being a pyrotechnic device and can cause severe burns to skin and clothing.

**Narrative of #####################**
On February 1, 2026, I, Border Patrol Agent, ████████, as part of the █████ Sector Special Operations Detachment (███ SOD), Mobile Response Team (MRT), was deployed to Portland Oregon, as part of Operation "Oregon Support" for Mobile Field Force (MFF) duties. I arrived at the designated Objective Rally Point (ORP) at the Immigration and Customs Enforcement (ICE) building located at 4310 SW Macadam Avenue in downtown Portland. I was wearing my green rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

The ICE building had been besieged by upwards of approximately 500 to 1,000 hostile protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings given by Federal Protective Officers (FPS) utilizing the Long-Range Acoustic Device (LRAD). The protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets.

At approximately 1825 hours, A large group of protestors dressed in protective gear such as helmets, gas masks, and homemade shields, advanced to the ICE facility's restricted main gate area and stood approximately 10 yards from the gate. At approximately 1844 hours, In an effort to de-escalate the current situation, we returned to cover in the building's parking garage so that our presence would not excite any further action from the crowd. At approximately 1846 hours that same large crowd of protestors began approaching the building's restricted main gate with various large items of debris as well as attempting to breach the main gate by forcefully pushing on it as a group and causing the gate to flex in a manner that if it continued, the facility would have possibly been breached.

At this time, Federal Protective Service Officers (FPS) advanced into the crowd and chemical munitions were deployed to push back and disperse the violent crowd. Protestors responded with violent actions, including kicking deployed munitions back toward officers, throwing spent munitions, throwing baseball sized rocks, and glass bottles at law enforcement personnel. These objects and munitions are solid and have potential to cause serious bodily injury if they strike an individual.

Shortly after the advancement, I deployed less-lethal munitions in response to the escalating hostile actions from protestors. I deployed one Saf-Smoke and one Triple Chaser Chlorobenzylidene malononitrile (CS) canister to assist in dispersing the crowd. Each munition was deployed in a targeted manner, directed at individuals who attempted to breach the gate and actively throwing projectiles (spent canister munitions, rocks, bottles, etc.) to stop the threat aimed to seriously injure law enforcement personnel, while minimizing risk to bystanders and distract individuals actively throwing these objects. The use of force was executed only after assessing the imminent danger and in accordance with my Border Patrol and Mobile Response Team training and CBP protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation.

The deployment of these munitions effectively disrupted hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of protestors.

My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.

No injuries were observed or reported from my deployment of any less lethal devices.

IDVRS Footage was taken during this event. Serial number for footage is ▮▮▮▮▮▮

**Narrative of ##################**

On February 1, 2026, I Supervisory Border Patrol Agent ▮▮▮▮▮▮▮▮ , was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. This is following significant protest activity in the previous days, including the assault of an FPS officer and serious damage to a federal building in Eugene. As a certified member of the Mobile Response Team (MRT) I am fully certified in Mobile Field Force operations. I arrived on scene and observed hundreds of protesters gathered at the facility. I donned my rough-duty U.S. Border Patrol uniform and clearly marked body armor identifying me as a federal law enforcement agent.

As the crowd grew to approximately one thousand people, FPS issued loudspeaker warnings directing the protesters to remain off of federal property. Which is clearly marked by a blue line painted on the edge of the driveway. A violent group of approximately 50 individuals, many dressed in all black, crossed the marked property line, and threw rocks and bottles at the facility. At approximately 6:30 p.m., FPS ordered a Mobile Field Force (MFF) formation at the gate. After waiting in formation inside the facility gate for approximately 15 minutes FPS's command decided to attempt to de-escalate the volatile situation by having all law enforcement personnel move out of view of the trespassing subjects. Subsequently, I walked to the garage area out of sight of the trespassing subjects. Almost immediately the crowd pushed right up to the gate and began violently pulling on the gates in efforts to breach the gate and unlawfully enter the federal facility. I ran towards the gate with several other MRT agents and FPS officers in efforts to repel the assaultive group of trespassing subjects. As we neared the gate the crowd moved back several feet from the gate but remained in the restricted area.

Despite being given multiple clear and lawful orders by FPS officers to leave the restricted area, the individuals refused to comply. At the concurrence of FPS's command, FPS and MRT established an MFF formation and advanced towards the crowd of protestors to clear them from the restricted area. During this time, heavy volumes of rocks and unknown projectiles were thrown in our direction from unknown subjects in the crowd. Chemical munitions were deployed to disperse the crowd. Protestors responded with violent assaultive actions, including kicking deployed munitions back toward officers and throwing spent munitions at law enforcement personnel. These munitions are solid and have potential to cause serious bodily injury if they strike an individual.

In response to the escalating assaultive behavior, I deployed three less-lethal munitions to assist in dispersing the crowd: one Riot Control CS canister, one Vapor Aerosol Grenade OC, and one 40mm CS muzzle blast. The deployment of these munitions effectively disrupted hostile actions and enabled law enforcement personnel to regain control of the situation and subdue the violent crowd. During our movement back to the gate, I deployed one pocket smoke to provide visual cover for the safety of law enforcement personnel.

My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.
No injuries were observed or reported from my deployment of less lethal devices.

I did not have an Incident Driven Body Worn Camera and did not capture any video of the incident.

**Narrative of ###############**
On February 1, 2026, I, Border Patrol Agent ████████ as part of the ████ Sector Special Operations Detachment (████ SOD), Mobile Response Team (MRT), was deployed to Portland Oregon, as part of Operation "Restoring Law and Order Portland OR" for Mobile Field Force (MFF) duties. I arrived at the designated Objective Rally Point (ORP) at the Immigration and Customs Enforcement (ICE) building located at 4310 SW Macadam Avenue in downtown Portland. I was wearing my green rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

Approximately 500 - 1000 protesters had approached the north gate and surrounding area of the ICE facility.  Some of the protesters were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings given by Federal Protective Officers (FPS) utilizing the Long-Range Acoustic Device (LRAD). The protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets.

Two days prior to our arrival on scene, an FPS Officer was assaulted by a protester, resulting in injuries to the face.  On the same day, a Federal building in Eugene, Oregon was breached by violent protestors, forcing FPS to barricade themselves inside the facility.  These events express the importance of enforcing the federal property line to avoid civil unrest and maintain officer safety.

At approximately 1600 hours, an uncountable number of protesters approached the north gate, shoulder to shoulder, standing so close together that there was no visible space between them on any side.  The front of their line was approximately 10 feet from the gate itself.  They took up the entirety of the space in front of the gate leading all the way into the street.  Until now, this was the furthest they had advanced as a group towards the north gate, to exclude single protestors approaching themselves as before.  We approached the gate from the inside of the facility in our formation; we observed the protestors on the front line slamming their fists, arms, bodies, and signs into the plywood coverings on the windows of the facility to their left and right, causing them to shake with each hit.  To attempt to de-escalate the situation, we walked backwards out of sight of the protestors at approximately 1625 hours.  At this time, the protestors advanced to the gate itself, the front line of protestors, approximately 15 subjects, grabbed the gate and began violently shaking it, using their body weight to rock the gate back and forth, testing the durability of its construction.  If they had been allowed to continue their efforts, the gate would have been breached, and they would have been able to advance into the inner perimeter of the facility.

At approximately 1630 hours, FPS officers deployed Mark 9 pepper spray cannisters to stop the attack on the gate itself.  It slowed the rocking of the gate temporarily.  FPS officers then advanced into the crowd to push them back away from the gate and restore order.  During this time, chemical munitions were deployed to disperse the crowd. Protestors responded with violent

actions, to include kicking deployed munitions back toward officers and throwing spent munitions, and projectiles (rocks, full water bottles, and our own spent munitions) at law enforcement personnel. These munitions are solid and have potential to cause serious bodily injury if they strike an individual.  As soon as the gates opened, and the FPS officers advanced, projectiles started impacting them, being thrown overhead.

Shortly after the advancement, I deployed one Chlorobenzylidene malononitrile (CS) Muzzle Blast Munition at a protester who was actively kicking canisters back toward officers.

The munition was deployed in a targeted manner, directed at an individual actively kicking CS canisters, to stop the threat aimed at seriously injuring law enforcement personnel. The use of force was executed only after assessing the imminent danger and in accordance with my Border Patrol and Mobile Response Team training and CBP protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation.
The deployment of these munitions effectively disrupted hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters.

My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.

No injuries were observed or reported from my deployment of any less lethal devices.

IDVRS Footage was taken during this event. Evidence Serial Number: █████████

**Narrative of ####################**
On February 1st, 2026, I, Border Patrol Agent, ██████████ as part of the ██████ Sector Special Operations Detachment (███ SOD), Mobile Response Team (MRT), was deployed to Portland Oregon, as part of Operation "Restoring Law and Order Portland Oregon" for Mobile Field Force (MFF) duties. I arrived at the designated Objective Rally Point (ORP) at the Immigration and Customs Enforcement (ICE) building located at 4310 SW Macadam Avenue in downtown Portland. I was wearing my green rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible, in accordance with U.S Customs and Border Protection (CBP) policies.

The ICE building had been besieged by upwards of approximately 500-1,000 protesters with many being hostile. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings given by Federal Protective Officers (FPS) utilizing the Long-Range Acoustic Device (LRAD). Protesters were observed striking the exterior walls of the building with hard objects producing loud banging noises, and protestors were also observed attempting to breach the front glass door of the ICE building that was secured behind plywood. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, bottles, and other hard objects almost striking law enforcement personnel. An unidentified flaming object was observed being thrown over the wall and landing inside a trash bin, creating the potential for the fire to spread and develop into a larger incident.

During these events, MRT agents were in MFF formation along with Federal Protective Service (FPS) inside the facility courtyard. We were subsequently directed to disengage and reposition ourselves as part of de-escalation efforts. Within minutes of the disengagement, approximately 50-100 protestors were observed advancing toward the main vehicular gate and applying force by pushing against it. Their actions caused the gate to move in a manner that appeared to risk structural damage or potential failure. The protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets. Two days prior to our arrival on scene, an FPS officer was assaulted by a protester, sustaining lacerations to the face. On the same day, a Federal building in Eugene, Oregon was breached by violent protestors, forcing FPS to barricade themselves inside the facility. These events express the importance of enforcing the federal property line to avoid civil unrest and maintain officer safety.

At approximately 1846 hours, FPS and MRT advanced beyond the main vehicular gate in an effort to regain control of the area and disperse protestors who trespassed into a restricted zone and attempted to breach the gate. During this time, rocks and unknown projectiles were thrown in our direction from unknown subjects in the crowd. Chemical munitions were deployed in an effort to disperse the crowd. Protestors responded with violent actions, including kicking deployed munitions back toward officers,

throwing rocks, hard shaped objects, and spent munitions at law enforcement personnel in our direction. These munitions are solid and have potential to cause serious bodily injury if they strike an individual.

Within seconds of the advancement, I deployed one muzzle blast 40mm projectile at a subject who kicked a Chlorobenzylidene malononitrile (CS) canister towards law enforcement. I deployed an additional muzzle blast 40mm projectile at a separate subject who was actively throwing rocks toward officers. I also deployed one stinger rubber ball munition at a protester who was actively throwing CS canisters back in our direction. Finally, I deployed two Triple Chaser CS canisters to assist in dispersing the crowd as protestors continued to throw rocks and other hard shaped objects towards officers.

Each munition was deployed in a targeted manner, directed at individuals actively throwing projectiles (spent canister munitions, rocks, bottles, etc) in order to stop the threat aimed to seriously injure law enforcement personnel, while minimizing risk to bystanders and distract individuals actively throwing these objects. The use of force was executed only after assessing the imminent danger and in accordance with my Border Patrol and Mobile Response Team training and CBP protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation.

The deployment of these munitions effectively disrupted hostile actions, enabling law enforcement personnel to regain control of the situation and subdued the violent crowd of rioters.

My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order.

No injuries were observed or reported from my deployment of any less lethal devices.

IDVRS Footage was taken during this event.
Evidence Serial Number: ██████

**Narrative of ################**

On February 1, 2026, I Supervisory Border Patrol Agent (SBPA) ██████████, was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. This is following significant protest activity in the previous days, including the assault of an FPS officer assaults on BPA's, and serious damage to a federal building in Eugene Oregon two days prior. As a certified member of the Mobile Response Team (MRT) I am fully certified in Mobile Field Force operations. I donned my rough-duty U.S. Border Patrol uniform and clearly marked body armor identifying me as a federal law enforcement agent and displaying my unique identifier.

As the crowd grew from several hundred to approximately one thousand people, FPS issued loudspeaker warnings directing the protesters to remain off federal property. Which is clearly marked by a blue line painted on the edge of the driveway. A violent group of approximately 50 individuals, many dressed in all black, wearing helmets, respirators and homemade protective shin and chest protection, crossed the marked property line, and threw rocks and bottles at the facility. At approximately 6:30 p.m., FPS ordered a Mobile Field Force (MFF) formation at the gate. After waiting in formation inside the facility gate for approximately 15 minutes FPS's command decided to attempt to de-escalate the volatile situation by having all law enforcement personnel move out of view of the trespassing subjects. Almost immediately the crowd pushed right up to the gate and began violently pulling on the gates in efforts to breach the gate and unlawfully enter the federal facility. Several Agents and Officers ran towards the gate in efforts to repel the assaultive group of trespassing subjects. As they neared the gate the crowd moved back several feet from the gate but remained in the restricted area. Despite being given multiple clear and lawful orders by FPS officers to leave the restricted area, the individuals refused to comply. At the concurrence of FPS's command, FPS and MRT established an MFF formation and advanced towards the crowd of protestors to clear them from the restricted area. FPS Officers were situated on the front line and MRT Agents deployed as left and right lateral support as well as designated arrest teams in the center. During this time, heavy volumes of rocks, bottles, and other projectiles were thrown in our direction from unknown subjects in the crowd. Chemical munitions were deployed to disperse the crowd. Protestors responded with violent assaultive actions, including kicking deployed munitions back toward officers and throwing spent munitions at law enforcement personnel. These munitions are solid and have potential to cause serious bodily injury if they strike an individual. During the advancement, I deployed one less-lethal munition in response to the escalating assaultive actions from protestors. I deployed one hand thrown Stingball towards a subject that threw a bottle at the line and attempted to kick a live CS gas munition in my direction. The deployment of this munition caused the assaultive individual to abscond deeper into the crowd. The subject was

CBP_ExH_39

unable to be identified or apprehended.

At approximately 1230 A.M., FPS reported multiple subjects trespassing on government property in the vicinity of the driveway. The subjects were piling trash and other obstructions in front of the gate as well as attempting to damage the facility's main gate. BPA's responded and attempted to move the subjects back.  As Agents exited the main gate several subjects began throwing rocks at the Agents both on the ground and on the second-floor roof.  Some of the rocks were coming at a high velocity and damaging the wall behind Agents on the second-floor rooftop, possibly from a slingshot. I deployed a hand thrown Stingball munition towards one of the assaultive subjects.  BPA's attempted to arrest the subject however the subject was able to abscond down Moody Ave and out of view.

My actions were consistent with CBP training, policies, and the objective of ensuring the safety of all personnel involved while restoring order. No injuries were observed or reported from my deployment of less lethal devices. I did not have an Incident Driven Body Worn Camera and did not capture any video of the incident.

**Narrative of ############**

I am a Mobile Response Team (MRT) Agent assigned to the U.S. Border Patrol, ⬛⬛⬛ Sector MRT. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol rough duty uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On February 1, 2026, I arrived at the ICE facility.  Previous significant protest activity occurred the week before, including the assault of an FPS officer and serious damage to a federal building in Eugene, Oregon resulting in the breach of that building. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is always visible to individuals in the area.

Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted the Mobile Field Force (MFF).

At approximately 5:30 PM, a large crowd of approximately 500 protestors arrived in front of the ICE Facility.  MRT along with FPS, ICE, and HSI formed an MFF line behind the main gate to the ICE facility.  A large portion of the crowd were on the federal property in the driveway and yelling threats such as "kill yourself" and "were going to eat you alive" and "fuck ICE".  Protestors were yelling that we were outnumbered and that we wouldn't be able to leave.  The crowd began beating on the plywood panels that were attached to the building and were throwing hard objects at the gate and facility. FPS repeatedly issued loudspeaker warnings directing protesters to remain off federal property. During this encounter, we withdrew into the interior of the building to de-escalate the situation, the crowd instead became louder and grew more violent, advancing further onto the property hitting and pushing on the main gate.

At approximately 6:50 PM, FPS ordered a quick line formation, which is referred to as an ⬛⬛⬛⬛⬛⬛, by MRT to push the group off federal property. Immediately upon opening the gate and exposing ourselves to the crowd, we were pelted by projectiles from assaultive protesters within the crowd.  I felt a hard object deflect off my helmet.  Agents nearby me began deploying hand thrown munitions at the agitators that were throwing objects at us, these munitions were being thrown back at myself and other agents.  Smoke and gas from these munitions obscured my view temporarily, when it cleared, I was able to see an individual pick up a spent munition casing that was still smoking and throw it at a nearby agent that was removing debris. These casings have enough weight to inflict serious bodily harm; they are also pyrotechnic and extremely hot.  I deployed a Stinger rubber ball hand thrown munition at the subject, it impacted and detonated nearby him, he ran back into the crowd.  Our

formation withdrew back into the ICE facility and continued to monitor the crowd.

I did not throw any munitions or use any other force.  At approximately 12:30 AM, my team and I left the ICE facility.

Body camera evidence number:

**Narrative of ###############**

I am a Mobile Rapid Response Team (MRT) Agent assigned to the U.S. Border Patrol (USBP), ▉▉▉▉ Sector Special Operations Detachment. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On February 1, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, and the ICE Special Response Team (SRT), and Homeland Security Investigations (HSI) SRT conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property.  The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

The ICE building had been besieged by upwards of approximately 500 to 1000 protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings issued over the Long-Range Acoustic Device (LRAD) by FPS. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor, helmets, wielding shields, and verbally stating their intent to cause bodily harm to the federal officers and agents on the federal property at Macadam Avenue.  Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles, eggs, other hard objects and various unknown liquids. An unknown number of subjects were physically engaged with the vehicle gate attempting to breach the facility.  The events below were highly stressful conditions with rapidly evolving circumstances due to the sheer number of subjects and unpredictive behavior of the crowd.

At approximately 6:40 p.m., MRT, FPS, HSI SRT, and ICE SRT arranged ourselves into a Mobile Field Force (MFF) formation and pushed out the front of the building to move the crowd back off federal property and onto Macadam Avenue.  While exposed outside of the facility gate and holding the agitated protesters off of the federal property agitators began throwing random objects and deployed munition cannisters, as mentioned above, at our MFF formation and federal law enforcement officers in attempt to cause bodily harm. I deployed on Triple Chaser CS device into the crowd of assaultive individuals for dispersal off of federal property.  I also deployed one Stinger Ball device into the crowd of assaultive individuals.  As I observed more munitions being kicked back toward the line of law enforcement officers device to prevent the assault of myself and fellow federal law enforcement officers I deployed a tactical pocket CS cannister.  One tactic used by the organized agitators is to place the deployed chemical munitions into bucks of water or cover the device with a five-gallon bucket.  Initial deployments appeared to be effective, but some spent munitions were neutralized.  Once the crowd was successfully moved off of the federal property and were no longer advancing, the team leader ordered the formation to fall back to the courtyard, inside the gate, of the ICE facility.

Later that evening at approximately 10:30 p.m., our team of federal law enforcement officers, went out through the front gate in a MFF formation and ultimately made a targeted arrest on a previously identified individual that was allegedly utilizing a high powered green laser to cause ocular damage to federal law enforcement agents positioned on the second story roof and fourth story roof.  I did not deploy any chemical munitions or kinetic devices during this arrest sequence.

I was wearing my body worn camera and evidence serial number for reference is ▮▮▮▮ for the first encounter. The serial number for the second encounter is ▮▮▮▮

**Narrative of ##########################**
On February 1, 2026, I Border Patrol Agent (BPA) ▮▮▮▮▮▮▮▮, was deployed with the ▮▮▮▮ Sector Mobile Response Team (MRT) to Portland, OR for operation Restoring Law and Order to Portland Oregon. I was assigned to assist with protection of the Immigration and Customs Enforcement (ICE) building at 4130 S. Macadam Ave, Portland, OR 97239. The location of today's operation was in Portland, OR. I was wearing my rough duty United States (U.S.) Border Patrol Uniform which has all necessary identifiers, including body armor displaying a visible badge clearly stating my status as a Border Patrol Agent. My body armor also had clear wording stating that I am a federal agent with the United States Border Patrol.

There was a protest at the ICE building consisting of approximately 500 to 1000 people. Many subjects were wearing black clothing with symbols that I recognize as professional agitators. A large portion of these protesters had shields or signs. The signs are quite often sturdy and can also be used as shields. Many of these protesters began to block the entrance and proceeded to trespass onto federal property. The property is notated by a blue line at the edge of a concrete sidewalk and the start of a brick driveway. They proceeded to advance onto the property and get very close to the metal gate that secures the compound. Approximately 50 subjects advanced onto the driveway with the rest of the subjects on the street behind them. The entrance to the ICE facility that the crowd was trespassing is on Brancroft St. This street is an east/west street and the entrance faces north.

I was positioned on the second floor of the building overlooking the driveway of this entrance. I was equipped with a PepperBall Launching System (PLS). This device launches less lethal projectiles that contain an irritant that affects the mucous membranes. It can be used to create a cloud of the irritant (Area Saturation) for subjects resisting lawful orders or to directly impact a subject who is assaultive.

At approximately 6:30 pm while I was observing the crowd of protesters an announcement was made informing the protesters to stay off of the driveway of the ICE facility as it is Federal property. This announcement did not cause the crowd to move off of the driveway. The announcement only made the crowd increase their verbal aggression. When the crowd did not react, I launched several volleys of approximately six projectiles toward a metal beam above the crowd to saturate the area of the driveway containing the crowd. This had little effect on the crowd, and I ceased launching the projectiles.

A second announcement was made informing the protesters to leave federal property and move to the sidewalk. Again, this had no effect and shortly after other BPAs as well as Federal Protective Service (FPS) agents exited the building in an attempt to arrest several subjects for trespassing on federal property. When Federal Law Enforcement personnel advanced towards the protesters, the crowd became violent and the BPAs who exited deployed smoke and chemical munition canisters. I observed several subjects attempting to pick up the canisters and throw them at the BPAs and FPS agents. The protesters do this in an attempt to injure agents, in response I launched volleys of approximately four projectiles for direct impact at the subjects that were picking up the canisters. The impacts had their attended effect, and the subjects dropped the canisters and disappeared into the crowd possibly leaving the area. During this portion of the night I observed agents taking a subject from the crowd into custody. As they were doing so several other subjects began to run towards them. I launched several volleys of approximately four projectiles in front of them for area saturation. The projectiles had the intended effect and the subjects stopped their advance toward the agents and disappeared into the crowd.

The crowd became further assaultive by throwing objects directly at agents. I deployed volleys of approximately four projectiles at several subjects who were throwing objects. This pattern of throwing objects continued throughout the night. If I could identify the subject, I launched volleys of projectiles for direct impact to stop the behavior. The direct impacts had the intended effect and the protesters I launched projectiles towards ceased the behavior and disappeared into the crowd.

Throughout the night several protestors used lasers and high intensity lights to target agents' faces, including mine. These lasers and lights are capable of causing permanent damage to the eye up to and including blindness. This becomes especially dangerous when agents are on elevated surfaces such as I was. Even temporary blindness could cause someone to fall. One unidentified subject wearing black pants and jacket was targeting myself and other agents with a very bright light source. The

subject was dressed in all black and was equipped with a sturdy sign that they were using as a shield. I launched projectiles at his legs for direct impact since all other areas of his body were obscured by the sign in an attempt to get him to stop the behavior. They did not have the intended effect, so I ceased launching projectiles.

I had my body worn camera on me and activated it to record when I was able to. All body worn camera evidence is available below.

Serial: ████████
Device Home: ████████ SOD
Evidence Serial Numbers:

████████
████████
████████
████████
████████
████████
████████
████████

**Narrative of ###################**

On February 1, 2026, during my deployment to Portland, Oregon from the ████ Border Patrol Sector for "Operation Oregon Support". I was assigned to the Mobile Response Team (MRT) in support of the Federal Protective Service (FPS) with the defense of the Immigration and Customs Enforcement (ICE) office building located at 4310 S Macadam Avenue, Portland, Oregon. The ICE building had been confronted by five hundred protesters and the number continued to swell to maybe to one thousand at the peak of the protest. Protesters were damaging the exterior of the building by vandalizing the exterior with graffiti, attempting to break the plywood off the walls, and throwing projectiles at the front gate. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets.

At approximately 6:30 pm, radical protesters at the scene were trespassing onto the ICE federal property reaching the gate and trying to get in and refusing to leave despite multiple commands and warnings issued over the Long-Range Acoustic Device (LRAD). A formation of radical protesters assembled into a line formation across the facility driveway in front of the gate. These specific protesters were wearing what is known as "Black Block". ███████████████████████ ██████████████████████████████. This formation of radical protesters had umbrellas opened and were using them as shields to resist attempts to push them off federal property. We quickly assembled behind the gate and formed a Mobile Field Force (MFF) formation. My team of MRT and FPS officers began walking in formation towards the crowd. Multiple agitators began throwing objects at us. I responded by tossing a riot control CS munitions tactical safe smoke to disperse the agitators. We continue pushing the protesters away from the building. I observed multiple agitators picking up munitions and throwing them back at us. I deployed a second riot control CS munition at the subjects who were throwing objects at us. After we cleared the protestors from the federal property we withdrew back into the ICE facility.

Axon Videos
Axon Body 4 Video 2026-02-01 2149 ████████

**Narrative of ################**

On?Febuary 1st 2026, I, Border Patrol Agent ████████ as part of the ████ Sector Special Operations Detachment (████ SOD), Mobile Response Team (MRT), was deployed to Portland Oregon, as part of?Operation "Oregon Support"?for Mobile Field Force (MFF) duties.?I arrived at the designated Objective Rally Point (ORP) at the Immigration and Customs Enforcement (ICE)

building?located?at 4310 SW Macadam Avenue in downtown Portland. I was wearing my green rough duty Border Patrol uniform and external ballistic plate carrier with all law enforcement identifiers clearly visible,?in accordance with?U.S Customs and Border Protection (CBP) policies.??

The north vehicle entrance and of the ICE building had been occupied by upwards of?approximately?five hundred to one thousand hostile protesters. Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings?given by Federal Protective Officers (FPS)?utilizing?the Long-Range Acoustic Device (LRAD). The protesters were prepared to violently engage with law enforcement by wearing gas masks, body?armor?and helmets. The day prior an officer was assaulted by a protester, sustaining lacerations to the face.?

At approximately 1800 hours fifty to one hundred violent protesters approached the north vehicle fence of the ICE facility, crossing a painted blue line on the sidewalk designating the distinction of public space and government property. The protesters began to violently shake the vehicle fence and throw baseball sized rocks towards law enforcement personnel. At approximately 1846 hours FPS officers advanced into the crowd of protestors to remove them from government property. During this time, chemical munitions were deployed?in an effort to?disperse the crowd. Protestors responded with violent actions, including kicking deployed munitions back toward officers and throwing spent munitions at law enforcement personnel. The protestors also began to throw various items such as glass bottles, and baseball sized rocks attempting to strike law enforcement personnel. Shortly after the advancement, within?approximately one?to two minutes I deployed one stinger rubber ball munition in response to escalating hostile actions from protestors. Once the crowd dispersed FPS tactically retreated into the inside of the vehicle gate.

The munitions were deployed in a targeted manner, directed at individuals actively throwing projectiles (spent canister munitions, rocks, bottles,?etc)?in order to?stop the threat aimed to seriously injure law enforcement personnel, while minimizing risk to bystanders and distract individuals actively throwing these objects. The use of force was executed only after assessing the imminent danger and?in accordance with?my Border Patrol and Mobile Response Team training and CBP protocols for escalation and de-escalation in a rapidly evolving and potentially violent situation.?My actions were consistent with CBP training, policies, and the?objective?of ensuring the safety of all personnel involved while restoring?order.?
?
No injuries were?observed?or reported from my deployment of any less lethal devices.?

No ?Incident-Driven Video Recording System (IDVRS) footage was taken during this event due to the rapidly evolving events.

**Narrative of ##################**
I am United States Border Patrol (USBP) Agent assigned to the Mobile Rapid Response Team (MRT)  ████████  Sector.  I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On February 1, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is always visible to individuals in the area.

At approximately 5:00 pm, The ICE facility located at 4310 S Macadam Avenue, Portland, Oregon was besieged by approximately 500 protesters. Within this crowd a group of radical protesters identified by ███████████████████ ████████████████████ an organization deemed a domestic terrorist group by the Federal Government. These protesters were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Protesters were damaging the exterior of the building by striking the exterior closed-circuit cameras and attempting to break the plywood that had been tacked up to protect the glass windows. Many of the protesters identified in this group were prepared to violently engage

with law enforcement by wearing gas masks, body armor and helmets, dressed in all black. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles and other hard objects.

At approximately 4:30 pm, The MRT and federal law enforcement personnel from multiple agencies arranged ourselves into a MFF formation and pushed out the front gate of the building to move the crowd back off federal property. I was designated as part of the arrest team located in the middle of the formation. Immediately upon leaving the gated area and walking in formation towards the crowd, we were immediately pelted by projectiles from multiple unknown assaultive protesters, who were in the mass of people protesting. Federal law enforcement officers within our formation deployed chemical munitions in areas where projectiles originated from. I observed protestors grab hand thrown munitions that agents deployed being thrown back at law enforcement personnel and myself. In response to the assaultive actions taken by the protestors, I, tossed one Triple Chaser CS at the assailants. I then observed an FPS agent actively fighting an individual who they identified prior, with probable cause to arrest. I immediately assisted the FPS agent with gaining control of the individual to place them under arrest. We then escorted the individual into the sally port the ICE facility where FPS agents took custody for processing.

After a few minutes, our formation withdrew back into the interior of the ICE building and continued to monitor the crowd.

**Narrative of ###################**

I am a Mobile Rapid Response Team (MRT) Agent assigned to ▇▇▇▇ Sector Border Patrol.  I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property at 4310 S Macadam Avenue, Portland, Oregon. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On February 1, 2026, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted Mobile Field Force (MFF) operations to clear the ICE Facility driveway in Portland, Oregon, to remove aggressive protestors from federal property. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At approximately 7:30PM the ICE building had been besieged by upwards of 500 protesters. This group exhibited significantly more violent behavior than the previous days. Many of the protesters were prepared to violently engage with law enforcement by wearing gas masks, body armor and helmets. Extreme elements within the crowd were throwing projectiles at the ICE building and into the courtyard including rocks, glass bottles and other hard objects.  Radical protesters at the scene were trespassing onto the ICE federal property and refusing to leave despite multiple commands and warnings. Approximately 75 protestors were in close proximity to the vehicle gate, approximately 10 yards past (on Federal property) the blue line marking U.S. Government property. These protestors threw projectiles at and overtop of the vehicle gate, nearly striking agents standing behind the vehicle gate. These protestors were also damaging the exterior of the building by striking the exterior closed-circuit cameras and attempting to break the plywood that had been tacked up to protect the glass windows. They were also attempting to sabotage the key card scanner located in front of the gate.

Two MRT agents and myself climbed on to the 2nd floor rooftop, approximately 20' above ground level. Once in position above the driveway, I launched volleys of Pepperballs at the overhead structure supporting the vehicle gate, saturating the driveway area in front of the vehicle gate where the majority of violent protestors were standing, preventing further assaults on Federal law enforcement agents/officers.

.

At approximately 8:00pm FPS officers and USBP MRT agents formed up and pushed out the front gate to make targeted arrests of individuals causing damage to federal property and assaulting agents and officers. I observed multiple individuals picking up various objects to include chemical munitions canisters and throwing them at law enforcement personnel. I launched volleys of 4-6 Pepperballs at the center mass multiple assaultive subjects, preventing them from throwing additional projectiles at agents/officers.

Throughout the night I was continuously assaulted with projectiles. I was struck in the shoulder by a glass beer bottle, which shattered after hitting me. The assailants hurled eggs, baseball-sized rocks, full cans of soda and other various metal objects at me. I launched volleys of 4-6 pepperballs direct impact at each subject to prevent further assaultive actions. Additionally, protestors intentionally targeted me at least a dozen times with high-powered spotlights, temporarily blinding me. This caused me to lose my footing and nearly fall over the side of the building.

At approximately 9PM, MRT agents and myself proceeded to the 2nd floor roof as multiple subjects were using 'slingshots' to launch rocks at officers in the courtyard area, and the side of the building. The rocks had enough velocity to create large dents in the siding of the building. When I reached the rooftop, I was intentionally targeted by the assailants. I launched multiple volleys of Pepperballs in the general area of the assailants, preventing further assaults.

**Narrative of ################**

On February 1st ,2026, I Border Patrol Agent (BPA) ███████, was deployed with the ██████ Sector Mobile Response Team (MRT) to Portland, Oregon for emergency response support to operation Restoring Law & Order Portland, Oregon. I was assigned to assist with protection of the Immigration and Customs Enforcement (ICE) building at 4310 S. Macadam Ave, Portland, OR. The location of today's operation was in Portland, OR. I was wearing my rough duty United States (U.S.) Border Patrol Uniform which has all necessary identifiers, including body armor displaying a visible badge clearly stating my status as a Border Patrol Agent. My body armor also had clear wording stating that I am a federal agent with the United States Border Patrol.

There was a planned protest at the Immigration and Customs Enforcement (ICE) building at 4310 S. Macadam Ave. The protests converged at the ICE facility rapidly at approximately 5:00 P.M. The crowd that had formed ranged in size from approximately 1000 people at its peak and approximately 500 people fluctuating around the location. The protestors were becoming violent, creating an increased risk for officers and detainee safety. The location has two roads that run East/West off S. Bancroft St toward Bond Ave. The northern road is S. Moody Ave, At the intersection of S. Moody Ave and S. Bancroft St is where the entrance to the ICE facility is and where the majority of the protesters gathered. A large majority of the individuals in the crowds of protesters on the street were dressed in "Black Block", all black clothing with gas masks and face coverings. Several wore ███████████ on their clothing, and many were wearing makeshift armor as well as actual armor carriers all of these things are common for professional crowd agitators. There were also people in the crowd with shields, umbrellas, wooden pallets and other forms of barriers in order to limit the effectiveness of any less lethal devices commonly used in crowd control. The crowd was becoming increasingly violent, throwing bottles, rocks, cans, trash, paint and many other objects towards the facility as well as screaming for agents to come out and fight. The mob made it clear we were vastly outnumbered, and they were wanting to cause harm to all Law Enforcement Personnel at the facility.

At approximately 5:30 P.M. I was at my assigned position on the second story rooftop with my 40MM Launcher and munitions to assist with the protection of the facility, law enforcement personnel and innocent civilians. The danger the crowd posed to the safety of law Enforcement Personnel and the facility itself had reached a point where it was deemed pertinent to attempt to disperse the crowd. Multiple warnings were given by the Federal Protective Service Officers (FPS) via a Long-Range Acoustic Device (LRAD) directing the crowd to stay behind the clearly marked blue line on the sidewalk which designates where the federal property begins, and the public sidewalk ends. The warnings were not only ignored, but approximately 50 subjects were already across the blue line and on federal property. This group was very hostile throwing rocks and other objects at the gate, building, and over the gate at law enforcement personnel inside the gated area. Several subjects had placed a wooden pallet in front of the gate and were constantly approaching the gate to count the number of officer/agents that were prepared to push the crowd back. There was clear communication within a large portion of the organized protestors were passing out objects and moving to positions of advantage to maximize the effectiveness of their resistance. The mob refused to leave federal property and continued to threaten officers/agents. At approximately 5:45 P.M. In an attempt to clear the driveway, I launched one 40mm(Chlorobenzalmalononitrile) CS Muzzle Blast canister via my launcher at the front of the crowd from my elevated position. Other BPA agents attempted to deter the crowd also with area saturation via Pepper Ball Launching Systems (PLS) area saturation with Pava projectiles. None of these chemical munitions were effective in deterring the crowds blatant disregard for the legal orders to disperse and move off of the federal property.

Several subjects in the crowd were utilizing high powered lights and lasers, attempting to disorientate, temporarily blind, and risk serious bodily injury to myself and other agents at my location via a fall from an elevated position. At approximately 6:30 P.M. one individual in the crowd was utilizing a light device as described above. At this point I was able to locate an angle of opportunity to launch one 40mm Direct Impact kinetic Oleoresin Capsicum (OC) projectile which effectively struck the assaultive subject who then immediately ceased the assault and moved deeper into the crowd no longer using the blinding light. Shortly after at approximately 6:40 P.M. another subject attempted to assault myself and other BPAs on the roof utilizing a high-powered spotlight/ laser. However, this subject was approximately 80 yards away in the crowd on S. Moody Ave. I then launched one 40mm CS Skat Shell munition at the appropriate angle to land at the assaultive subject's location. The chemical munition was

effective and the assault ceased. Neither of these subjects were able to be arrested or identified due to the size of the crowd and the level of danger associated in any attempt to enter the crowd to make said arrests.

At approximately 6:45 P.M. the crowd continued to cross the line, throw objects, and threaten Law enforcement personnel. A formation and plan had been made prior to this protest in the event the protest did reach this level of danger. At this point the gate was opened and FPS as well as Border Patrol MRT agents exited the facility and attempted to disperse the crowd. I observed a massive crowd surrounding officer/agents from all sides. Multiple less lethal devices and hand thrown munitions were used in an attempt to disperse the crowd. During the skirmish, I provided overwatch from my elevated position and observed multiple assaultive individuals throwing soda cans, rocks, bottles, live and used munition cannisters at law enforcement personnel including myself. During the time the officer/agents were outside of the ICE facility, approximately 6:45 P.M. to 6:50 P.M., I launched six 40mm Direct Impact OC Kinetic Projectiles at six separate assaultive individuals from varying distances averaging 30-40 feet.

I remained at my assigned position on the second story rooftop for the duration of my time at the ICE facility. While at this location I observed multiple assaultive acts against law Enforcement Personnel. Whenever subjects became assaultive, when possible, I launched 40mm direct impact munitions at the unidentified assailants in order to stop the assaults. All subjects were unable to be identified due to the fact that they were dressed in similar clothing and left the area never to be identified again. None of the subjects were able to be identified as they disappeared into the massive crowd or absconded from the area to avoid arrest.

From 9:00 P.M. to 10:00 P.M I launched a total of eight 40mm Direct Impact OC Kinetic projectiles at different times and distances via my 40mm launcher at individuals where were being belligerently active assaultive. Many of the projectiles were effective in deterring further assaults on officer/agents. However, due to several subjects use of armor and protective equipment some projectiles were less effective than expected. All applications of force were immediately ceased once the assaultive actions against agents ceased. None of these subjects were able to be arrested or identified due to the officer safety concerns in a riot environment.

From 10:00 P.M. to 11:00 P.M. I launched an additional two 40mm Direct Impact OC Kinetic projectiles via my 40mm launcher at an individual who was once again assaulting agents with high-powered lights and lasers These projectiles were less effective than intended due the subject's utilizing a large metal shield to attempt to decrease the effectiveness of less lethal devices. All applications of force were immediately ceased once the assaultive actions against agents ceased.  This subject was also able to be arrested or identified due to the officer safety concerns in a riot environment.

I remained on the second story rooftop and held the crowd back for many hours. During my time on scene, I scanned the area for any adverse reactions to my deployment of chemical, kinetic munitions and CNLDDs used but observed none that needed BPA assistance. No medical requests were received, however, due to the risk of officer safety no law enforcement personnel were able to enter the crowd to seek out individuals who may have benefited from medical assistance. After several hours the crowd had begun to disperse to a point where the rooftop agents pulled back in an attempt to help the crowd feel the need to remain there was mitigated. No other uses of force were necessary for me while I was on scene.

At approximately 11:00 P.M., my Use of Force incidents were reported in person to SBPA ▮▮▮▮▮ when it was safe to do so.

My Incident Driven Body Worn Camera was on and active for this event. However, footage was saved in multiple files in order to help the battery on my BWC not become completely depleted during an ongoing event. All evidence numbers from the BWC are listed below.

Axon Body 4 Video 2026-02-01 2046 ▮▮▮▮▮
Evidence Serial Number:

▮▮▮▮

Evidence Serial Number:

▮▮▮▮

Evidence Serial Number:

▮▮▮▮

CBP_ExH_47

Evidence Serial Number:



Evidence Serial Number:



Evidence Serial Number:

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| ######## | ################### | 02/03/2026 21:39 | |
| ####### | ####################### | 02/03/2026 21:45 | |