ICE Exhibit 1

# ICE Significant Incident Report
2025SIR0014497
Submitted: 06/26/2025 19:50 (EST)
Approved: 06/26/2025 19:52 (EST)
Last Edit: 06/26/2025 19:59 (EST) (After Approval)

| Report Summary | | |
|---|---|---|
| **Report Title** | | |
| ICE ERO Seattle – Use of Force – SRT Chemical and Specialty Impact Munitions | | |
| **Incident Date** | **ICE Component** | **ICM Case Number** |
| 06/26/2025 17:00 (Pacific Time (US & Canada)) | ERO | |
| **Office** | | **Lead Agency** |
| POO - Portland, OR Sub-Office | | AF - (FPS) Federal Protective Service |
| **Initial/Follow-Up** | **Protected Area(s)** | **Related SEN Number** |
| Initial | No | |
| **Additional Offices** | | |
| No additional offices on report | | |
| **External Offices / Agencies** | | |
| FPS | | |
| **Report Narrative** | | |
| On June 14, 2025, at approximately 1700 hours, the Seattle and Houston-based ERO Special Response Teams (SRTs) deployed to Portland, Oregon, in support of the Seattle Area of Responsibility during ongoing civil disturbances at the ICE Portland facility.<br>While coordinating with the Federal Protective Service (FPS) personnel, SRT officers and FPS officers exited the building to clear the federal property of protesters that were throwing rocks, bricks, unknown objects, barricading doors, breaking windows, breaking doors, starting fires, and attempting to enter the ICE building without permission.<br>During this time SRT officers and FPS officers noticed multiple protesters throwing objects at officers and the building. FPS officers gave warning announcements with the Long-Range Acoustic Device (LRAD) system advising the protestors that the building was closed and that they were to depart federal property. These LRAD warnings were given to the crowd from approximately 1200-2400 hours whenever protestors were on federal property. FPS officers and SRT officers moved to clear individuals for attempting to assault federal officers, damage federal property, and trespassing on federal property. SRT officers utilized less than lethal devices to include 40mm launchers, hand thrown stingers, and the pepper ball launchers to saturate the area with live X pepper balls to attempt to clear the protestors from federal property. Multiple protestors were struck directly in green zones with pepper balls, 40mm sponge rounds, and hand thrown stingers by SRT officers as the protesters threw large objects at federal officers and assaulted officers. Multiple subjects were taken into custody by SRT officers, FPS officers, and USBP agents for assaulting federal officers, trespassing, and destruction of federal property. SRT officers utilized hard take down techniques to arrest multiple subjects that were resisting arrest.<br>During this same time agents with the Border Patrol Tactical Team (BORTAC) arrived on scene and assisted FPS and SRT officers with arrest and protection of the federal building.<br>This SIR was reviewed and approved by ███████████████████. | | |
| **Other Narrative** | | |
| | | |
| **Attachment(s)** | | |
| No attachments on report | | |

**Point of Contact - Team Supervisor**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ████ | ████ | ████ | ████ |

**Reported By**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ████ | ████ | ████ | ████ |

**Approved By**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ████ | ████ | ████ | ████ |

**Subjects (People)**

No person subjects on report

**Subjects (Other)**

No other subjects on report

**Locations**

| Type | Address | City | State | Country | Zip | Protected Area |
|---|---|---|---|---|---|---|
| 1) Other | 4310 S Macadam Ave | Portland | Oregon | United States | | |

| Public Affairs | | | |
|---|---|---|---|
| **Public Affairs Notified?** | **Officer Notified** | | **Notified Date** |
| No - Without Comments | | | |
| **Comments** | | | |
| | | | |

| Law Violations | | | |
|---|---|---|---|
| **Federal** | **State** | **Foreign** | **Immigration** |
| Yes | Yes | No | No |

| Additional Info | | |
|---|---|---|
| **Injuries** | **Fatalities** | **Damage** |
| Yes | No | Yes |
| **SEACATS Number** | **INTEL Number** | **EAGLE Number** |
| | | |

### Incident Identifiers

| Use of Force | Other | Operational |
|---|---|---|
| ☐ Other Use of Force<br>☒ **Employee Assaulted**<br>☐ Firearms discharge, to include unintentional discharge<br>☒ **Use of Baton or other Impact Weapon**<br>☐ Use of Electro-Muscular Disruption Device (e.g. TASER)<br>☒ **Use of OC Spray or other Chemical Agent** | ☐ Employee Death<br>☒ **Employee Injury**<br>☐ Employee Threat<br>☐ Other | ☐ Significant Removal<br>☐ Seizure<br>☐ Significant Arrest<br>☐ Escape or Recapture of Escapee<br>☐ Hunger Strike<br>☐ Court Order for Forcible Nutrition or Medical Care Requested<br>☐ Life-saving or Rescue to Include Non-Enforcement Activity |
| **Participant Identifiers** | **Property/Facilities** | **Detainee Health** |
| ☐ Family Unit (FAMU) Involved<br>☐ Unaccompanied Child (UAC) Involved<br>☐ Attaché / Embassy Involved<br>☐ Gang Related<br>☐ Media Interest | ☐ Unscheduled Office Closure<br>☒ **Protest, Riot or Disturbance at Office or Facility Affecting Agency Operations**<br>☐ Loss or Theft of Firearm or Body Armor<br>☐ Loss or Theft of Badge or Credentials<br>☐ Vehicle Incident Involving Significant Injury or Death | ☐ Death in Custody or Operations<br>☐ Suicide Attempt<br>☐ Significant Injury or Illness<br>☐ SAAPI/PREA Incident<br>☐ Hospital Admission<br>☐ Hospital Admission due to Suicidal Ideation<br>☐ Emergency Department Visit (ED)<br>☐ Serious Health Incidents Affecting Bed Space Volume |

| Public Safety | |
|---|---|
| ☐ National Security Interest<br>☐ Terrorism/KST<br>☐ Human Rights Violator<br>☐ Foreign Fugitive<br>☐ Arrest Following Declined Detainer<br>☒ **Assist to other Law Enforcement Agency including HSI**<br>☐ Other Agency Interest<br>☐ Current or Former High-Ranking Government Officials and Relatives<br>☐ Suspicious Activity Reporting | |

# ICE Significant Incident Report

2025SIR0014511

Submitted: 06/27/2025 00:53 (EST)

Approved: 06/27/2025 00:55 (EST)

Last Edit: 06/27/2025 02:36 (EST) (After Approval)

| Report Summary | | |
|---|---|---|
| **Report Title** | | |
| ICE ERO Seattle – Use of Force – SRT Chemical and Specialty Impact Munitions, EMDD | | |
| **Incident Date** | **ICE Component** | **ICM Case Number** |
| 06/24/2025 23:00 (Pacific Time (US & Canada)) | ERO | |
| **Office** | | **Lead Agency** |
| FSE - ERO Seattle - FOD | | AF - (FPS) Federal Protective Service |
| **Initial/Follow-Up** | **Protected Area(s)** | **Related SEN Number** |
| Initial | No | |
| **Additional Offices** | | |
| **ERO** FAT - ERO Atlanta - FOD | | |
| **ERO** FHO - ERO Houston - FOD | | |
| **ERO** FSP - ERO St. Paul - FOD | | |
| **External Offices / Agencies** | | |
| Federal Protective Services | | |

| Report Narrative |
|---|
| On June 24, 2025, at approximately 2300 hours, the Seattle, Atlanta, Houston, and St. Paul-based ERO Special Response Teams (SRTs) deployed to Portland, Oregon, in support of the Seattle Area of Responsibility during ongoing civil disturbances at the ICE Portland facility.<br><br>Members of ERO SRT and the Federal Protective Services (FPS) exited the facility in an attempt to clear the federal property of protesters that were on federal property blocking the entrance to the facility. While on the line of SRT members deployed smoke and CS cannisters into the crowd of protesters to control and disperse the 100-plus crowd of protesters and agitators dressed in all black wearing respirator masks, helmets, protective clothing, carrying shields and throwing trash, paint balloons, rocks, etc. while chanting "Fuck ICE". Protesters were present on federal property in violation of federal law and were instructed multiple times by FPS officers to stay off of the federal property and not block the driveway for vehicular traffic utilizing voice commands and commands over the Long Range Acoustic Device (LRAD). At this time, an SRT operator witnessed a protester pick up a deployed green smoke cannister and throw it at a SRT operator, hitting him in the chest and left arm. Multiple SRT operators immediately rushed towards the suspect into the crowd and brought the suspect to the ground to affect an arrest. The suspect failed to comply with operators' commands and resisted arrest. SRT operators gained control of the suspect and placed her into restraints and brought her into the intake area for processing. During this time an SRT operator used a hand thrown stinger munition to disperse a crowd of agitators that displayed pre-assault indicators and rapidly approached surrounding SRT operators and FPS officers following the arrest outside while escorting the arrest back into the ICE building. Several CS gas canisters and low roll flash bangs were deployed by multiple SRT operators to gain control and disperse the crowd from advancing further onto federal property as FPS officers and SRT operators attempted to return inside the ICE facility. An SRT operator observed a male subject pick up the gas canister and attempt to throw it at officers. The SRT operator then fired the Pepper Ball Launch System (PLS) loaded with LiveX at him, striking him multiple times in the torso. The suspect and other individuals ran from the area following the saturation and no injuries were reported.<br>During this time after FPS officers and SRT operators had returned inside the gates of the entrance from a targeted arrest of an agitator, multiple SRT operators observed an individual in front of the guard shack attempting to light an unknown item and throw it at the gate. After several LRAD announcements for subjects to leave federal property, the individual stayed on the property and was observed attempting to damage and immobilize the front gate with a chain and lock. A SRT operator utilized the PLS with LiveX and performed an area saturation around the individual to prevent him/her from moving further onto the property. The individual proceeded to run toward the gate and attempted to chain the entrance with the lock and chain to block federal employees from entering or exiting the property. The SRT operator performed another area saturation, and the individual continued to attempt to chain the gate. The SRT operator transitioned to aiming with the PLS for the "green zones" of the subject and the individual retreated away from the gate. An FPS officer engaged the individual with less lethal pepper spray to clear the individual out of the driveway. FPS officers exited the gate and attempted to arrest the individual.<br><br>Once outside of the gate, a SRT operator observed the subject wearing patterned pants and a black sweatshirt wielding a machete in a threatening manner by holding it up to his/her side and waving the knife at officers. The suspect, later identified as █████████ aka ████████████, approached FPS officers and SRT operators holding a large machete in his/her right hand, having it to the side. FPS officers drew their firearms as an SRT operator drew his issued taser, ████████████. The SRT operator gave verbal commands to drop the machete. ████████ started to quickly walk away from officers and refused to obey issued commands to stop moving and drop the weapon. ████████ subsequently threw the machete at an FPS officer attempting to close the distance off to his side, The SRT operator then deployed his issued taser by aiming at ██████ back splitting the beltline. The SRT operator deployed his Taser until Neuromuscular Incapacitation (NMI) was achieved and ████████ fell face first onto the sidewalk. SRT operators and FPS officers moved towards ████████ to make an arrest when ████████ produced a secondary knife which resembled a butcher knife. The SRT operator deployed his taser again, in which ████████ dropped the knife. The SRT operator kicked the second knife away from ████████ the knife was unable to recover from the scene due to the large number of agitators. ████████ continued to not follow orders as he/she was handcuffed by SRT Operators. During the arrest, a SRT operator utilized the shin to hip technique to control ████████ to assist in handcuffing and controlled his/her right arm from accessing third large knife that was strapped to his/her chest. ████████ actively resisted arrest by refusing and physically keeping both arms tucked under his/her body where the knife was located. ████████ physically resisted and refused to comply with the officer's instructions to "put hands behind the back and stop resisting arrest". During the arrest, another individual attempted to obstruct the arrest of ████████ and assaulted an FPS officer by grabbing him. SRT operators assisted in arresting this individual. Both individuals were arrested and escorted back to the ICE facility without further incident.<br><br>During the arrest, multiple protesters surrounded the arresting SRT operators and FPS officers, various less lethal munitions from OC, CS, and PLS were used in area saturation to push the aggressive and advancing crowd of protesters and agitators for FPS officers and SRT operators to safely return. Both individuals were offered and received medical treatment by Portland EMS. Both individuals refused transportation to the hospital and only had minor scratches/abrasions. No officers reported any injuries; all equipment and personnel were accounted for. The knives used in the attack were later recovered by SRT operators and FPS officers. Both individuals were presented to the Assistant United States Attorney for prosecution for various violations of federal law.<br><br>This SIR was reviewed and approved by ████████████ |

| Other Narrative |
|---|
|  |

| Attachment(s) |
|---|
| TASER_10_████████_Log_2025-06-25_0513.pdf - Taser Log<br>████ EMDD memo 6.24.25.pdf - Taser Memo to AD |

**Point of Contact - Team Supervisor**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ██████████ | | | ██████████ |

**Reported By**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ██████████ | | | ██████████ |

**Approved By**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ██████████ | | | ██████████ |

**Subjects (People)**

| Name | Birth Country | Citizenship | A-Number | Immigration Status | Sex |
|---|---|---|---|---|---|
| ██████████ | United States | United States | | USC | Male |

### Subjects (Other)

*No other subjects on report*

### Locations

| Type | Address | City | State | Country | Zip | Protected Area |
|---|---|---|---|---|---|---|
| 1) Other | 4310 S. Macadam Ave | Portland | Oregon | United States | 97239 | |

### Public Affairs

| Public Affairs Notified? | Officer Notified | | Notified Date |
|---|---|---|---|
| No - Without Comments | | | |
| **Comments** | | | |
| | | | |

### Law Violations

| Federal | State | Foreign | Immigration |
|---|---|---|---|
| Yes | Yes | No | No |

### Additional Info

| Injuries | Fatalities | Damage |
|---|---|---|
| No | No | No |
| **SEACATS Number** | **INTEL Number** | **EAGLE Number** |
| | | |

### Incident Identifiers

| Use of Force | Other | Operational |
|---|---|---|
| ☒ **Other Use of Force**<br>☐ Employee Assaulted<br>☐ Firearms discharge, to include unintentional discharge<br>☒ **Use of Baton or other Impact Weapon**<br>☒ **Use of Electro-Muscular Disruption Device (e.g. TASER)**<br>☒ **Use of OC Spray or other Chemical Agent** | ☐ Employee Death<br>☐ Employee Injury<br>☐ Employee Threat<br>☐ Other | ☐ Significant Removal<br>☐ Seizure<br>☐ Significant Arrest<br>☐ Escape or Recapture of Escapee<br>☐ Hunger Strike<br>☐ Court Order for Forcible Nutrition or Medical Care Requested<br>☐ Life-saving or Rescue to Include Non-Enforcement Activity |
| **Participant Identifiers** | **Property/Facilities** | **Detainee Health** |
| ☐ Family Unit (FAMU) Involved<br>☐ Unaccompanied Child (UAC) Involved<br>☐ Attaché / Embassy Involved<br>☐ Gang Related<br>☐ Media Interest | ☐ Unscheduled Office Closure<br>☒ **Protest, Riot or Disturbance at Office or Facility Affecting Agency Operations**<br>☐ Loss or Theft of Firearm or Body Armor<br>☐ Loss or Theft of Badge or Credentials<br>☐ Vehicle Incident Involving Significant Injury or Death | ☐ Death in Custody or Operations<br>☐ Suicide Attempt<br>☐ Significant Injury or Illness<br>☐ SAAPI/PREA Incident<br>☐ Hospital Admission<br>☐ Hospital Admission due to Suicidal Ideation<br>☐ Emergency Department Visit (ED)<br>☐ Serious Health Incidents Affecting Bed Space Volume |

### Public Safety

☐ National Security Interest
☐ Terrorism/KST
☐ Human Rights Violator
☐ Foreign Fugitive
☐ Arrest Following Declined Detainer
☒ **Assist to other Law Enforcement Agency including HSI**
☐ Other Agency Interest
☐ Current or Former High-Ranking Government Officials and Relatives
☐ Suspicious Activity Reporting

## SITUATIONAL REPORT (SITREP)

Subject: ICE/ERO SRT Deployment & Civil Disturbance Response – Portland, OR

Location: ICE Facility – 4310 Macadam Avenue, Portland, OR

Date: July 15, 2025

Prepared By: ███████████████

_____

### 1. Executive Summary

On July 15, 2025, ICE/ERO SRT maintained tactical readiness in support of FPS at the ICE facility located at 4310 Macadam Avenue in Portland, Oregon. Protester activity remained minimal during the day and increased in volume and non-compliance in the early morning hours. Officers arrested one protester after he repeatedly threw objects at the building and the officers. ICE maintained their surveillance of the building and surrounding streets.

### 2. Operational Timeline

0000 hrs – Approximately 25-30 protesters were present near the North gate of the ICE facility. Officers repeatedly told the protesters to stay off federal property. At approximately 0035 one individual threw multiple objects at the building and officers. SRT and FPS deployed from the building and took the subject into custody. Other members of the crowd were failing to keep their distance from the officers affecting the arrest and CS, smoke, and PLS rounds were deployed. Officers continued to conduct perimeter checks and maintained observation of the camera system.

0100 hrs – Protester count was approximately 5 individuals. Protesters remained off federal property. Officers conducted perimeter checks and maintained observation of the camera system.

0200 hrs to 0400 hrs – 2 Protestors present at North gate. Officers conducted perimeter checks and maintained observation of the camera system.

0500 hrs to 1300 hrs- Protester count was approximately 2 at the North gate of the ICE Facility, and off Federal Property. Officers maintained their positions at the front gate and monitored the camera system.

1400 hrs – 4 protesters were present at the front gate off federal property. ICE command met with FPS about the night ahead.

1500 hrs to 1700 hrs– Protester count was approximately 5.

1800 hrs – Protester count was approximately 9 and limited to holding signs. Protesters were east of the gate and staying off Federal property.

1900 hrs – Approximately 8 protesters were east of the North gate and off Federal property.

2000 hrs – Approximately 25 protesters were east of the North gate but off federal property, Holding signs.

2100 hrs – Approximately 45-50 protesters were in front of the North gate and off to the East staying off Federal property.

2200 hrs – Approximately 25-30 protesters were present at the North gate, off federal property.

2300 hrs – Protester count was approximately 35-40 at the North gate. Approximately 5 protesters were standing on federal property and were ordered to step back. PLS rounds were deployed to remove protesters that were present on federal property.

### 3. Law Enforcement Coordination

[redacted]

### 4. Equipment / Facility Status
The facility sustained no damage during the operational period. All surveillance systems, lighting arrays, and access control infrastructure remained fully operational. ICE/ERO SRT operators inspected all equipment, finding no issues. PLS tanks were refilled during this operational period if needed to ensure functionality, and munitions were re-stocked where needed.

### 5. Injuries / Arrests
There were no injuries to federal personnel or protestors. There was 1 arrest.

### 6. Intelligence Summary
[redacted]

### 7. Actions Planned
ICE/ERO SRT will continue to monitor for any increased number of protesters working with FPS to ensure the ICE facility in Portland remains undamaged.

## Appendix A – Operator Rosters













# ICE Significant Incident Report

2026SIR0000367
Submitted: 10/05/2025 20:14 (EST)
Approved: 10/05/2025 20:16 (EST)
Last Edit: 10/05/2025 20:21 (EST) (After Approval)

| Report Summary | | |
|---|---|---|
| **Report Title** | | |
| ERO Los Angeles – Use of Force – Chemical and Specialty Impact Munitions | | |
| **Incident Date** | **ICE Component** | **ICM Case Number** |
| 10/04/2025 20:30 (Pacific Time (US & Canada)) | ERO | |
| **Office** | **Lead Agency** | |
| FLS - ERO Los Angeles - FOD | ERO - DHS / ERO | |
| **Initial/Follow-Up** | **Protected Area(s)** | **Related SEN Number** |
| Initial | No | |
| **Additional Offices** | | |
| **ERO** SFR - San Francisco Field Office | | |
| **ERO** SEA - Seattle Field Office | | |
| **External Offices / Agencies** | | |
| FPS | | |
| CPB /BORDER PATROL | | |

**Report Narrative**

ERO Los Angeles – Use of Force – Chemical and Specialty Impact Munitions

ERO Los Angeles and ERO San Francisco based Special Response Teams (SRTs) are currently deployed to Portland, Oregon, in support of ERO Seattle during ongoing civil disturbances at the ICE Portland facility.

On October 4, 2025, between 1100-2300 hours, coordinated efforts between ERO SRT officers, Border Patrol, and Federal Protective Service (FPS) personnel were undertaken to address threats to federal officers, property, and operations. FPS officers issued multiple dispersal warnings using the Long-Range Acoustic Device (LRAD), advising subjects to vacate federal property. Violent subjects, many equipped with gas masks, body armor, helmets, and improvised weapons (e.g., sticks, baseball bats, shields), made threatening gestures toward federal officers, trespassed on Federal property, and blocked access to the ICE facility. In coordination with FPS personnel, SRT officers took decisive action to clear federal property and restore access to the ICE facility.

ERO SRT officers utilized hand-thrown smoke, CS gas grenades, and the pepper ball launchers to saturate the area with live X pepper balls to clear the subjects from federal property and deescalate the situation. Violent subjects were struck in designated green zones with pepper balls, and hand-thrown CS grenades to neutralize threats and regain control of the area. Several agitators attempted to throw or kick munitions back at federal officers, a tactic historically used to incapacitate law enforcement personnel. ERO SRT officers effectively countered these actions to ensure officer safety. The coordinated efforts of ERO SRT, Border Patrol, and FPS personnel successfully cleared federal property of protestors, restored access to the ICE facility, and mitigated threats to federal officers and operations.

███████████████████████████████████████ reviewed and approved this SIR.

**Other Narrative**

**Attachment(s)**
*No attachments on report*

**Point of Contact - Team Supervisor**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

**Reported By**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

**Approved By**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

**Subjects (People)**
*No person subjects on report*

**Subjects (Other)**
*No other subjects on report*

## Locations

| Type | Address | City | State | Country | Zip | Protected Area |
|---|---|---|---|---|---|---|
| 1) Detention Facility / Center | 4310 Macadam Ave. | Portland | Oregon | United States | 97239 | |

## Public Affairs

| Public Affairs Notified? | Officer Notified | | Notified Date |
|---|---|---|---|
| No - Without Comments | | | |
| **Comments** | | | |
| | | | |

## Law Violations

| Federal | State | Foreign | Immigration |
|---|---|---|---|
| Yes | Yes | No | No |

## Additional Info

| Injuries | Fatalities | Damage |
|---|---|---|
| No | No | Yes |
| **SEACATS Number** | **INTEL Number** | **EAGLE Number** |
| | | |

## Incident Identifiers

| Use of Force | Other | Operational |
|---|---|---|
| ☐ Other Use of Force<br>☒ **Employee Assaulted**<br>☐ Firearms discharge, to include unintentional discharge<br>☒ **Use of Baton or other Impact Weapon**<br>☐ Use of Electro-Muscular Disruption Device (e.g. TASER)<br>☒ **Use of OC Spray or other Chemical Agent** | ☐ Employee Death<br>☐ Employee Injury<br>☐ Employee Threat<br>☐ Other | ☐ Significant Removal<br>☐ Seizure<br>☐ Significant Arrest<br>☐ Escape or Recapture of Escapee<br>☐ Hunger Strike<br>☐ Court Order for Forcible Nutrition or Medical Care Requested<br>☐ Life-saving or Rescue to Include Non-Enforcement Activity |
| **Participant Identifiers** | **Property/Facilities** | **Detainee Health** |
| ☐ Family Unit (FAMU) Involved<br>☐ Unaccompanied Child (UAC) Involved<br>☐ Attaché / Embassy Involved<br>☐ Gang Related<br>☐ Media Interest | ☐ Unscheduled Office Closure<br>☒ **Protest, Riot or Disturbance at Office or Facility Affecting Agency Operations**<br>☐ Loss or Theft of Firearm or Body Armor<br>☐ Loss or Theft of Badge or Credentials<br>☐ Vehicle Incident Involving Significant Injury or Death | ☐ Death in Custody or Operations<br>☐ Suicide Attempt<br>☐ Significant Injury or Illness<br>☐ SAAPI/PREA Incident<br>☐ Hospital Admission<br>☐ Hospital Admission due to Suicidal Ideation<br>☐ Emergency Department Visit (ED)<br>☐ Serious Health Incidents Affecting Bed Space Volume |
| **Public Safety** | | |
| ☐ National Security Interest<br>☐ Terrorism/KST<br>☐ Human Rights Violator<br>☐ Foreign Fugitive<br>☐ Arrest Following Declined Detainer<br>☐ Assist to other Law Enforcement Agency including HSI<br>☐ Other Agency Interest<br>☐ Current or Former High-Ranking Government Officials and Relatives<br>☐ Suspicious Activity Reporting | | |

# ICE Significant Incident Report

2025SIR0018182

Submitted: 09/04/2025 00:40 (EST)

Approved: 09/04/2025 17:54 (EST)

Last Edit: 09/04/2025 18:07 (EST) (After Approval)

| Report Summary | | |
|---|---|---|
| **Report Title** | | |
| ICE ERO Seattle – Use of Force – SRT Chemical and Specialty Impact Munitions | | |
| **Incident Date** | **ICE Component** | **ICM Case Number** |
| 09/01/2025 22:25 (Pacific Time (US & Canada)) | ERO | |
| **Office** | | **Lead Agency** |
| POO - Portland, OR Sub-Office | | ERO - DHS / ERO |
| **Initial/Follow-Up** | **Protected Area(s)** | **Related SEN Number** |
| Initial | No | |
| **Additional Offices** | | |
| No additional offices on report | | |
| **External Offices / Agencies** | | |
| FPS | | |

**Report Narrative**

On September 01, 2025, at approximately 2225 hours, the Seattle and Buffalo based ERO Special Response Teams (SRT's) deployed to Portland, Oregon, in support of the Seattle Area of Responsibility during ongoing civil disturbances at the ICE Portland facility.

Between 2145-2215 hours, FPS officers gave multiple dispersal warning announcements with the Long-Range Acoustic Device (LRAD) system advising the protestors that the building was closed and that they were to depart federal property. Several agitators could be seen wearing gas mask style respirators, body armor, and helmets. Many of the agitators were seen brandishing sticks, baseball bats, shields, and other improvised weapons. A number of the agitators were seen and heard making threatening gestures towards officers in the ICE facility.

While coordinating with the Federal Protective Service (FPS) personnel, SRT officers, and FPS officers, exited the ICE facility to clear the federal property of protesters that were blocking the driveway in order to allow an incoming security officer access to the ICE facility.

SRT officers, and FPS officers, moved to clear individuals who were threatening to assault federal officers, brandishing weapons, damaging federal property, and trespassing on federal property. SRT officers utilized less lethal devices to include hand thrown stingers, less lethal shotgun, chemical irritants, distractive devices, and the pepper ball launchers to saturate the area with live X pepper balls in an attempt to clear the protestors from federal property and deescalate the situation. Multiple agitators were struck directly in green zones with pepper balls, 12 ga. marking drag stabilized rounds, and hand thrown stingers by SRT officers. Several agitators attempted to throw or kick hand thrown munitions back at federal officers. Historically protestors have picked up munitions with the intent of striking or incapacitating law enforcement officers.

Many of the agitators departed the area; no arrests were made at that time.

█████████████████████████ reviewed and approved this SEN.

**Other Narrative**

**Attachment(s)**

No attachments on report

**Point of Contact - Team Supervisor**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

**Reported By**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

**Approved By**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

**Subjects (People)**

No person subjects on report

**Subjects (Other)**

No other subjects on report

**Locations**

| Type | Address | City | State | Country | Zip | Protected Area |
|---|---|---|---|---|---|---|
| 1) Other | 4310 S. Macadam Ave. | Portland | Oregon | United States | 97239 | |

| Public Affairs | | | |
|---|---|---|---|
| **Public Affairs Notified?** | **Officer Notified** | | **Notified Date** |
| No - Without Comments | | | |
| **Comments** | | | |
| | | | |

| Law Violations | | | |
|---|---|---|---|
| **Federal** | **State** | **Foreign** | **Immigration** |
| Yes | Yes | No | No |

| Additional Info | | |
|---|---|---|
| **Injuries** | **Fatalities** | **Damage** |
| No | No | Yes |
| **SEACATS Number** | **INTEL Number** | **EAGLE Number** |
| | | |

### Incident Identifiers

| Use of Force | Other | Operational |
|---|---|---|
| ☐ Other Use of Force<br>☒ **Employee Assaulted**<br>☐ Firearms discharge, to include unintentional discharge<br>☒ **Use of Baton or other Impact Weapon**<br>☐ Use of Electro-Muscular Disruption Device (e.g. TASER)<br>☒ **Use of OC Spray or other Chemical Agent** | ☐ Employee Death<br>☐ Employee Injury<br>☐ Employee Threat<br>☐ Other | ☐ Significant Removal<br>☐ Seizure<br>☐ Significant Arrest<br>☐ Escape or Recapture of Escapee<br>☐ Hunger Strike<br>☐ Court Order for Forcible Nutrition or Medical Care Requested<br>☐ Life-saving or Rescue to Include Non-Enforcement Activity |
| **Participant Identifiers** | **Property/Facilities** | **Detainee Health** |
| ☐ Family Unit (FAMU) Involved<br>☐ Unaccompanied Child (UAC) Involved<br>☐ Attaché / Embassy Involved<br>☐ Gang Related<br>☐ Media Interest | ☐ Unscheduled Office Closure<br>☒ **Protest, Riot or Disturbance at Office or Facility Affecting Agency Operations**<br>☐ Loss or Theft of Firearm or Body Armor<br>☐ Loss or Theft of Badge or Credentials<br>☐ Vehicle Incident Involving Significant Injury or Death | ☐ Death in Custody or Operations<br>☐ Suicide Attempt<br>☐ Significant Injury or Illness<br>☐ SAAPI/PREA Incident<br>☐ Hospital Admission<br>☐ Hospital Admission due to Suicidal Ideation<br>☐ Emergency Department Visit (ED)<br>☐ Serious Health Incidents Affecting Bed Space Volume |

| Public Safety | |
|---|---|
| ☐ National Security Interest<br>☐ Terrorism/KST<br>☐ Human Rights Violator<br>☐ Foreign Fugitive<br>☐ Arrest Following Declined Detainer<br>☐ Assist to other Law Enforcement Agency including HSI<br>☐ Other Agency Interest<br>☐ Current or Former High-Ranking Government Officials and Relatives<br>☐ Suspicious Activity Reporting | |

# ICE Significant Incident Report
2026SIR0007377
Submitted: 02/04/2026 21:11 (EST)
Approved: 02/05/2026 09:42 (EST)
Last Edit: 02/05/2026 09:46 (EST) (After Approval)

| Report Summary | | |
|---|---|---|
| **Report Title** | | |
| ICE ERO Seattle – Use of Force – SRT Chemical and Specialty Impact Munitions | | |
| **Incident Date** | **ICE Component** | **ICM Case Number** |
| 01/31/2026 16:30 (Pacific Time (US & Canada)) | ERO | |
| **Office** | **Lead Agency** | |
| POO - Portland, OR Sub-Office | ERO - DHS / ERO | |
| **Initial/Follow-Up** | **Protected Area(s)** | **Related SEN Number** |
| Initial | No | |
| **Additional Offices** | | |
| *No additional offices on report* | | |
| **External Offices / Agencies** | | |
| Federal Protective Service | | |
| Border Patrol | | |

**Report Narrative**

On 1/31/2026, ERO SRT and Border Patrol MRT were deployed to aid the Federal Protective Service with building protection at the Portland ICE Facility located at: 4310 S. Macadam Ave. Portland, OR 97239.

At approximately 4:15 PM PST, a crowd of approximately 1,000 people arrived near the ICE facility. Several in the crowd appeared to be agitators dressed in black bloc with respirators, helmets, masks, and umbrellas.

At approximately 4:30 PM PST, approximately 50 agitators gathered in the driveway of the facility and attempted to tie the vehicle gate shut and barricade exterior doors. FPS issued warnings via the LRAD system for the crowd to disperse. Several agitators were observed tearing large pieces of the plywood protection from the guard shack. Personnel from FPS, SRT and MRT exited the front gate to push back the crowd. An SRT officer on the roof deployed one riot CS and one Pocket OC hand-thrown munition in the area directly in front of the facility driveway. While officers were departing to clear the driveway, the SRT officer on the roof observed a group of agitators attempting to use shields to cover another agitator who was picking up deployed munitions and throwing them at officers. A stinger hand-thrown munition was deployed which caused the agitators to disperse.

At approximately 5:45 PM PST, roughly 500 protesters and agitators were gathered in the immediate area of the ICE facility, many of which were blocking the front driveway. Agitators rolled a dumpster into the driveway in an apparent attempt to ram the vehicle gate; FPS and MRT deployed less lethal munitions, and the subjects fled the area. Some agitators began throwing objects in the driveway and at the exterior surveillance cameras in an apparent attempt to disable the cameras. Another group of agitators attempted to remove plywood from the guard shack. Personnel from FPS, SRT and MRT exited the front gate to disperse the crowd. Agitators threw rocks, debris, and munitions at the officers. SRT deployed a 40mm direct impact munition to cease the activity. FPS and BP MRT arrested two individuals who attempted to remove plywood from the guard shack.

**Other Narrative**

**Attachment(s)**
[PDX SITREP 1.31.26.docx](#) - *SEA SRT Sitrep 1-31-2026*

**Point of Contact - Team Supervisor**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ |

**Reported By**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ |

**Approved By**

| Name | Phone | Cell | Email |
|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ |

**Subjects (People)**
*No person subjects on report*

**Subjects (Other)**
*No other subjects on report*

**Locations**

| Type | Address | City | State | Country | Zip | Protected Area |
|---|---|---|---|---|---|---|
| 1) Other | 4310 S Macadam Ave | Portland | Oregon | United States | 97239 | |

| Public Affairs | | | |
|---|---|---|---|
| **Public Affairs Notified?** | **Officer Notified** | | **Notified Date** |
| No - Without Comments | | | |
| **Comments** | | | |
| | | | |
| **Law Violations** | | | |
| Federal | State | Foreign | Immigration |
| Yes | Yes | No | No |
| **Additional Info** | | | |
| Injuries | Fatalities | | Damage |
| No | No | | Yes |
| **SEACATS Number** | **INTEL Number** | | **EAGLE Number** |
| | | | |
| **Incident Identifiers** | | | |
| **Use of Force** | **Other** | | **Operational** |
| ☐ Other Use of Force<br>☑ **Employee Assaulted**<br>☐ Firearms discharge, to include unintentional discharge<br>☑ **Use of Baton or other Impact Weapon**<br>☐ Use of Electro-Muscular Disruption Device (e.g. TASER)<br>☑ **Use of OC Spray or other Chemical Agent** | ☐ Employee Death<br>☐ Employee Injury<br>☐ Employee Threat<br>☐ Other | | ☐ Significant Removal<br>☐ Seizure<br>☐ Significant Arrest<br>☐ Escape or Recapture of Escapee<br>☐ Hunger Strike<br>☐ Court Order for Forcible Nutrition or Medical Care Requested<br>☐ Life-saving or Rescue to Include Non-Enforcement Activity |
| **Participant Identifiers** | **Property/Facilities** | | **Detainee Health** |
| ☐ Family Unit (FAMU) Involved<br>☐ Unaccompanied Child (UAC) Involved<br>☐ Attaché / Embassy Involved<br>☐ Gang Related<br>☑ **Media Interest** | ☐ Unscheduled Office Closure<br>☑ **Protest, Riot or Disturbance at Office or Facility Affecting Agency Operations**<br>☐ Loss or Theft of Firearm or Body Armor<br>☐ Loss or Theft of Badge or Credentials<br>☐ Vehicle Incident Involving Significant Injury or Death | | ☐ Death in Custody or Operations<br>☐ Suicide Attempt<br>☐ Significant Injury or Illness<br>☐ SAAPI/PREA Incident<br>☐ Hospital Admission<br>☐ Hospital Admission due to Suicidal Ideation<br>☐ Emergency Department Visit (ED)<br>☐ Serious Health Incidents Affecting Bed Space Volume |
| **Public Safety** | | | |
| ☐ National Security Interest<br>☐ Terrorism/KST<br>☐ Human Rights Violator<br>☐ Foreign Fugitive<br>☐ Arrest Following Declined Detainer<br>☐ Assist to other Law Enforcement Agency including HSI<br>☐ Other Agency Interest<br>☐ Current or Former High-Ranking Government Officials and Relatives<br>☐ Suspicious Activity Reporting | | | |

# ICE Significant Incident Report

2026SIR0007389
Submitted: 02/04/2026 22:42 (EST)
Approved: 02/05/2026 09:25 (EST)
Last Edit: 02/05/2026 09:36 (EST) (After Approval)

| Report Summary | | |
|---|---|---|
| **Report Title** | | |
| ICE ERO Seattle – Use of Force – SRT Chemical and Specialty Impact Munitions | | |
| **Incident Date** | **ICE Component** | **ICM Case Number** |
| 02/01/2026 18:45 (Pacific Time (US & Canada)) | ERO | |
| **Office** | | **Lead Agency** |
| POO - Portland, OR Sub-Office | | ERO - DHS / ERO |
| **Initial/Follow-Up** | **Protected Area(s)** | **Related SEN Number** |
| Initial | No | |
| **Additional Offices** | | |
| *No additional offices on report* | | |
| **External Offices / Agencies** | | |
| Federal Protective Service | | |
| Border Patrol | | |

**Report Narrative**

On 2/01/2026, ERO SRT and Border Patrol MRT were deployed to aid the Federal Protective Service with building protection at the Portland ICE Facility located at: 4310 S. Macadam Ave. Portland, OR 97239.

At approximately 5:35 PM PST, a crowd of approximately 500 people arrived on the north side of the ICE facility. Several in the crowd appeared to be agitators dressed in black bloc with respirators, helmets, masks, shields and umbrellas. Approximately 100 agitators gathered in the driveway of the facility trespassing on federal property. Agitators used wood pallets to block the front doors to the facility. FPS issued warnings via the LRAD system with instructions for the crowd to disperse, to which the crowd responded, "Fuck ICE." Agitators were observed spray painting graffiti on the guard shack. Several large rocks and objects were thrown from the crowd towards officers in the facility.

At approximately 6:20 PM PST, an SRT officer on the roof observed agitators crowding the driveway on federal property despite numerous announcements to disperse. The officer conducted a PLS pepper ball area saturation to disperse the crowd without effect.

At approximately 6:45 PM PST, protest activity included approximately 500 protesters and agitators in the immediate area with approximately 100 of them trespassing in the driveway. A group of agitators attempted to break the front gate by pushing it in unison. Personnel from FPS, SRT and MRT exited the front gate to disperse the crowd. MRT deployed hand thrown chemical munitions. Agitators threw glass bottles, rocks, and munitions at the officers. SRT deployed 40mm direct impact munitions, direct impact pepper balls, and 40mm Skat CS on agitators attempting to throw objects at officers. An unknown substance was sprayed on officers, and one officer was hit with a glass bottle. Two arrests were made.

At approximately 7:45 PM PST, officers identified a male subject that had shined a laser in several officer's eyes the night previous. Officers noted he was trespassing on federal property with what appeared to be a large, sheathed knife hanging from his belt.

At approximately 9:29 PM PST, officers from SEA SRT and MRT conducted a targeted arrest of the individual suspected of lasering officers. As officers approached the subject he tried to escape, after a short chase officers were able to escort the subject to the ground and effect the arrest just east of the ICE facility on Bancroft Ave. Due to the possible weapons and proximity of other agitators nearby, a flashbang distraction device was deployed during the arrest. The subject refused to give officers his hands and after a short struggle was placed in handcuffs without incident. The subject was escorted inside the Portland ICE facility for further investigation.

A search was conducted and a large, fixed blade knife was recovered from the subject's person. No laser emitting device was found at that time. FPS then took custody of the subject for further investigation.

At approximately 10:30 PM PST, Officers from SEA SRT, MRT and FPS arrested an individual suspected of throwing rocks at officers. The subject attempted to flee and physically struggled with the officers affecting the arrest. Officers were able to escort the subject to the ground and effect the arrest on the northwest side of ICE facility on Bancroft Ave. The subject was detained and released by FPS.

**Other Narrative**

**Attachment(s)**

[PDX SITREP 2.01.26.docx](#) - *SRT SITREP*

| Point of Contact - Team Supervisor | | | |
|---|---|---|---|
| Name | Phone | Cell | Email |
| ███ | ███ | ███ | ███ |

| Reported By | | | |
|---|---|---|---|
| Name | Phone | Cell | Email |
| ███ | ███ | ███ | ███ |

| Approved By | | | |
|---|---|---|---|
| Name | Phone | Cell | Email |
| ███ | ███ | ███ | ███ |

| Subjects (People) |
|---|
| *No person subjects on report* |

| Subjects (Other) |
|---|
| *No other subjects on report* |

**Locations**

| Type | Address | City | State | Country | Zip | Protected Area |
|---|---|---|---|---|---|---|
| 1) Other | 4310 S. Macadam Ave. | Portland | Oregon | United States | 97239 | |

**Public Affairs**

| Public Affairs Notified? | Officer Notified | | Notified Date |
|---|---|---|---|
| No - Without Comments | | | |
| **Comments** | | | |
| | | | |

**Law Violations**

| Federal | State | Foreign | Immigration |
|---|---|---|---|
| Yes | Yes | No | No |

**Additional Info**

| Injuries | Fatalities | Damage |
|---|---|---|
| No | No | Yes |
| **SEACATS Number** | **INTEL Number** | **EAGLE Number** |
| | | |

**Incident Identifiers**

| Use of Force | Other | Operational |
|---|---|---|
| ☐ Other Use of Force<br>☐ Employee Assaulted<br>☐ Firearms discharge, to include unintentional discharge<br>☒ **Use of Baton or other Impact Weapon**<br>☐ Use of Electro-Muscular Disruption Device (e.g. TASER)<br>☒ **Use of OC Spray or other Chemical Agent** | ☐ Employee Death<br>☐ Employee Injury<br>☐ Employee Threat<br>☐ Other | ☐ Significant Removal<br>☐ Seizure<br>☐ Significant Arrest<br>☐ Escape or Recapture of Escapee<br>☐ Hunger Strike<br>☐ Court Order for Forcible Nutrition or Medical Care Requested<br>☐ Life-saving or Rescue to Include Non-Enforcement Activity |
| **Participant Identifiers** | **Property/Facilities** | **Detainee Health** |
| ☐ Family Unit (FAMU) Involved<br>☐ Unaccompanied Child (UAC) Involved<br>☐ Attaché / Embassy Involved<br>☐ Gang Related<br>☒ **Media Interest** | ☐ Unscheduled Office Closure<br>☒ **Protest, Riot or Disturbance at Office or Facility Affecting Agency Operations**<br>☐ Loss or Theft of Firearm or Body Armor<br>☐ Loss or Theft of Badge or Credentials<br>☐ Vehicle Incident Involving Significant Injury or Death | ☐ Death in Custody or Operations<br>☐ Suicide Attempt<br>☐ Significant Injury or Illness<br>☐ SAAPI/PREA Incident<br>☐ Hospital Admission<br>☐ Hospital Admission due to Suicidal Ideation<br>☐ Emergency Department Visit (ED)<br>☐ Serious Health Incidents Affecting Bed Space Volume |

**Public Safety**

☐ National Security Interest
☐ Terrorism/KST
☐ Human Rights Violator
☐ Foreign Fugitive
☐ Arrest Following Declined Detainer
☐ Assist to other Law Enforcement Agency including HSI
☐ Other Agency Interest
☐ Current or Former High-Ranking Government Officials and Relatives
☐ Suspicious Activity Reporting