IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

REACH COMMUNITY DEVELOPMENT, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Defendants*.

FILED 12 FEB '26 12:34USDC-ORP

Case No. 3:25-cv-2257

## CONVENTIONALLY FILED EXHIBITS 47-69 TO PLAINTIFFS' SUPERSEDING MOTION FOR PRELIMINARY INJUNCTION

[Conventionally filed exhibits 1-19 and 37-46 are on file with the clerk's office. *See* ECF Nos. 23, 49.]

| Exhibit Number | Title |
|---|---|
| 47 | Video from DHS's official Instagram account, currently available at: https://www.instagram.com/reel/DPhKJHSibnG/?igsh=MndtdHB1NW9oZm5m. Decl. of Anna L. Deffebach ¶¶ 2-3. |
| 49 | Video from DHS's official Instagram account, currently available at https://www.instagram.com/reel/DPeyWCECZv-/?igsh=dDZiYXNsZjBybTF1. Decl. of Anna L. Deffebach ¶¶ 5-6. |
| 52 | Video filmed by Roy Brooks. Decl. of Roy Brooks ¶¶ 4-5. |
| 53 | Video filmed by Roy Brooks. Decl. of Roy Brooks ¶¶ 4-5. |

| | |
|---|---|
| 54 | Video filmed by Roy Brooks. Decl. of Roy Brooks ¶¶ 4-5. |
| 55 | Video filmed by Rebecca Roe. Decl. of Rebecca Roe ¶ 2. |
| 56 | Video filmed by Mindy King. Decl. of Mindy King ¶¶ 2-3. |
| 57 | Video filmed by Mindy King. Decl. of Mindy King ¶¶ 2-3. |
| 58 | Video filmed by Mindy King. Decl. of Mindy King ¶¶ 2-3. |
| 61 | Video titled "10-04-2025 - DHS Steals Abolish ICE Banner - ICE Portland Oregon" Decl. of Daniel Jacobson ¶ 2. |
| 62 | Security Camera Video from Gray's Landing on January 31, 2026. Decl. of Margaret Salazar ¶ 3. |
| 63 | Security Camera Video from Gray's Landing on January 31, 2026. Decl. of Margaret Salazar ¶ 3. |
| 64 | Security Camera Video from Gray's Landing on January 31, 2026. Decl. of Margaret Salazar ¶ 3. |
| 65 | Security Camera Video from Gray's Landing on January 31, 2026. Decl. of Margaret Salazar ¶ 3. |
| 66 | Security Camera Video from Gray's Landing on January 31, 2026. Decl. of Margaret Salazar ¶ 3. |
| 67 | Security Camera Video from Gray's Landing on January 31, 2026. Decl. of Margaret Salazar ¶ 3. |
| 68 | Security Camera Video from Gray's Landing on January 31, 2026. Decl. of Margaret Salazar ¶ 3. |
| 69 | Security Camera Video from Gray's Landing on January 31, 2026. Decl. of Margaret Salazar ¶ 3. |

February 11, 2026

Respectfully submitted,

/s/Daniel F. Jacobson
Daniel F. Jacobson (D.C. Bar No. 1016621)+
Lynn D. Eisenberg (D.C. Bar No. 1017511)+
Stephen K. Wirth (D.C. Bar 1034038)+
Brian C. Rosen-Shaud (D.C. Bar No. 90042065)+
**Jacobson Lawyers Group PLLC**
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
Telephone: +1 301-823-1148
Dan@jacobsonlawyersgroup.com

Darin M. Sands, OSB No. 106624
Colin Hunter, OSB No. 131161
**Bradley Bernstein Sands LLP**
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480
dsands@bradleybernstein.com
chunter@bradleybernstein.com

Taylor Jaszewski (CA Bar No. 345094)+
**Bradley Bernstein Sands LLP**
1212 Broadway, Suite 1100
Oakland, CA 94612
Telephone: +1 510-380-5801
tjaszewski@bradleybernstein.com


Brian D. Netter (D.C. Bar No. 979362)+
Jeffrey B. Dubner (D.C. Bar No. 1013399)+
Anna L. Deffebach (D.C. Bar No. 241346)+
**Democracy Forward Foundation**
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
bnetter@democracyforward.org
adeffebach@democracyforward.org

Katie Schwartzmann (La Bar No. 30295)+
**Protect Democracy**
201 St. Charles Ave., Suite 114
New Orleans, La 70170
(202) 573-4382

+ Admitted pro hac vice

*Counsel for Plaintiffs*



Case 3:25-cv-02257-AB    Document 59    Filed 02/12/26    Page 5 of 5