AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                           PORTLAND

Reach Community Development et

V.

US Dept. of Homeland Security, et

**EXHIBIT AND WITNESS LIST**

Case Number:   3:25-cv-2257-AB

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|
| Amy Baggio | | | See docket (attys noted below) | | See docket (attys noted below) | |
| TRIAL DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY | |
| Evid. Hrg 2/13/26 | | | Ryan White | | Jennifer Paget | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 2/13/2026 | | | Palintiff Opening (Atty Jacobson) |
| | X | 2/13/2026 | | | Defendant Opening (Atty Holt) |
| X | | 2/13/2026 | | | Diane Moreno (Atty Dubner) (D: 1:41 - 2:01); [(Atty Jacobs) C: 2:01 - 2:05) |
| 70 | | | X | X | Photo of Moreno bruised knee |
| 71 | | | X | X | Photo of Moreno bruise |
| X | | 2/13/2026 | | | Dr. Rama Rao (Eisenberg D: 2:11-2:30) (Bruns: C: 2:30-2:41) (RD: 2:42-2:44) Judge (2:44-2:53) |
| X | | 2/13/2026 | | | Rebeca Roe (Jacobson D: 2:55 - 3:18) (Bruns C: 3:19 - 3:24) |
| 56 | | | X | X | 1/31/2026 Video Filmed by Mindy King played from 6:15 - 6:31) |
| 12 | | | X | X | 7/4/2025 Video Filmed by Rebecca Roe |
| 16 | | | X | X | 8/18/2025 Video Filmed by Rebecca Roe |
| 38 | | | X | X | 1/24/2026 Video Filmed by Rebecca Roe |
| 55 | | | X | X | 2/1/2026 Video Filmed by Rebecca Roe |
| X | | 2/13/2026 | | | Erica Del Nigro (Dubner D: 3:38-4:02) (Jacobs C: 4:02-4:09) (RD: 4:09-4:14) (Judge: 4:14-4:15) |
| 21 | | | X | X | Image of Gray's Landing under construction, labeled with the location of Plaintiffs' apartments. |
| X | | 2/13/2026 | | | Mindy King (Jacobson D: 4:16-4:40) (Bruns C: 4:40-4:46) (RD: 4:46-4:47) |
| 5 | | | X | X | 6/14/2025 Video Filmed by Mindy King |
| 1 | | | X | X | 10/4/2025 Video Filmed by Mindy King |
| 8 | | | X | X | 10/12/2025 Video Filmed by Rebecca Roe |
| 2 | | | X | X | 10/12/2025 Video Filmed by Rebecca Roe |
| 61 | | | X | X | YouTube Video "10-04-2025 - DHS Steals Abolish ICE Banner - ICE Portland Oregon" |
| 49 | | | X | X | Video from DHS Instagram account, https://perma.cc/BD98-ZW46 |
| 19 | | | X | X | Video: Federal tactics on Portland protesters escalate, hours after judge rules against Trump Oct. 5 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages