# EXHIBIT 70

