# EXHIBIT 71

