Name: LaShawnda Shavers
Address: 650 S Lowell St #541
Portland, OR 97239
Phone: 971-985-9134

FILED 20 FEB '26 15:37 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISON

Reach Community Development

Plaintiff(s),

Case No: 3:25-cv-02257-AB

vs.

US Department of Homeland Security

Defendant(s).

~~Submit~~ I am submitting evidence to support my motion to intervene and Dismiss.

Exhibit A: Email correspondence 2/12/2026 between myself and Gray's Landing Apartments. Water in the entire building was shut off without notice to residents. I made four demands for water which were ignored. Reach CD has continued to violate ORS 90.320 while pursing this case.

Dated: 2-20-2026        Signature: [signature]



Shawny Miller &lt;shawnymiller1@gmail.com&gt;

## URGENT: Lack of Water - Gray's Landing
7 messages

---

**Shawny Miller** &lt;shawnymiller1@gmail.com&gt;     Thu, Feb 12, 2026 at 8:53 PM
To: Beth Tsarouhas &lt;btsarouhas@reachcdc.org&gt;
Cc: bbynum@reachcdc.org, msalazar@reachcdc.org, dmontgomery@reachcdc.org, tmcqueen@reachcdc.org

Dear Beth,
I am writing to demand immediate information regarding the current lack of running water in the apartments. There has been no notification posted on our doors and no timeframe provided for restoration.
This lack of essential service and communication is unacceptable. Provide an immediate explanation for this outage and a specific time for when service will return.
Sincerely,
LaShawnda Shavers
Gray's Landing Apartments
Reach Community Development
(Beth Tsarouhas, Brianna Bynum, Margaret Salazar, Daniel Montgomery, and Tessie McQueen)

---

**Beth Tsarouhas** &lt;BTsarouhas@reachcdc.org&gt;     Thu, Feb 12, 2026 at 9:00 PM
To: Shawny Miller &lt;shawnymiller1@gmail.com&gt;
Cc: Brianna Bynum &lt;bbynum@reachcdc.org&gt;, Margaret Salazar &lt;msalazar@reachcdc.org&gt;, Daniel Montgomery &lt;DMontgomery@reachcdc.org&gt;, Tessie McQueen &lt;TMcQueen@reachcdc.org&gt;

Hi Lashawnda,

There is a pipe broken in the 2nd floor SW hallway ceiling. For the repair to happen we had to stop the flow of water; unfortunately, that meant an emergency turn off of the water. We have a plumber here working on the issue. We hope to have the water back on as soon as possible. At this time I cannot provide an exact time when it will be addressed.

Thank you,

Beth

**Beth Tsarouhas**
*Community Manager*
Email: BTsarouhas@reachcdc.org
Main Office: 4150 S Moody Ave. | Portland, OR 97239

Gray's Landing | Office: 971-277-7195 | Fax: 503-445-4084



*Learn more about our impactful work here.*

**From:** Shawny Miller &lt;shawnymiller1@gmail.com&gt;
**Sent:** Thursday, February 12, 2026 8:53 PM



**To:** Beth Tsarouhas <BTsarouhas@reachcdc.org>
**Cc:** Brianna Bynum <bbynum@reachcdc.org>; Margaret Salazar <msalazar@reachcdc.org>; Daniel Montgomery <DMontgomery@reachcdc.org>; Tessie McQueen <TMcQueen@reachcdc.org>
**Subject:** URGENT: Lack of Water - Gray's Landing

---

**CAUTION External Email:** Confirm Sender and Beware of Links and Attachments

[Quoted text hidden]

---

**Shawny Miller** <shawnymiller1@gmail.com>     Thu, Feb 12, 2026 at 9:03 PM
To: Beth Tsarouhas <BTsarouhas@reachcdc.org>
Cc: Brianna Bynum <bbynum@reachcdc.org>, Margaret Salazar <msalazar@reachcdc.org>, Daniel Montgomery <DMontgomery@reachcdc.org>, Tessie McQueen <TMcQueen@reachcdc.org>

Dear Beth,
Thank you for the explanation regarding the broken pipe on the second floor. However, I must reiterate that none of the residents in the entire building were notified of this emergency shut-off prior to the water being turned off.
Given that you are currently unable to provide a specific timeframe for when service will be restored, I need to know immediately what REACH Community Development's plan is for providing water to the residents in the meantime. This is an essential service, and we require a solution for our basic needs while the repairs are being conducted.
I look forward to your immediate response.
Sincerely,
LaShawnda Shavers
Gray's Landing Apartments
Reach Community Development
(Beth Tsarouhas, Brianna Bynum, Troy Linden, Margaret Salazar, Daniel Montgomery, and Tessie McQueen)
[Quoted text hidden]


reachlogopms286c2_c401b797-c2cb-4800-9e3a-f2fe5d9f54c7.png
21K

---

**Shawny Miller** <shawnymiller1@gmail.com>     Thu, Feb 12, 2026 at 9:33 PM
To: Beth Tsarouhas <BTsarouhas@reachcdc.org>
Cc: Brianna Bynum <bbynum@reachcdc.org>, Margaret Salazar <msalazar@reachcdc.org>, Daniel Montgomery <DMontgomery@reachcdc.org>, Tessie McQueen <TMcQueen@reachcdc.org>

Dear Beth,
I am following up on my previous email. I have not received a response, and this is unacceptable.
While you were quick to offer an excuse about a broken pipe, your failure to provide a resolution or a plan for the residents is being notated. Water is an essential service. It is a violation of our rights to leave an entire building without access to water and without a plan to provide it in the meantime.
I need a response immediately informing me what you are going to do right now to provide water to the residents of Gray's Landing.
LaShawnda Shavers
Gray's Landing Apartments
Reach Community Development
(Beth Tsarouhas, Brianna Bynum, Margaret Salazar, Daniel Montgomery, and Tessie McQueen)
[Quoted text hidden]

Exhibit A



**Beth Tsarouhas** <BTsarouhas@reachcdc.org>  Thu, Feb 12, 2026 at 9:53 PM
To: Shawny Miller <shawnymiller1@gmail.com>
Cc: Brianna Bynum <bbynum@reachcdc.org>, Margaret Salazar <msalazar@reachcdc.org>, Daniel Montgomery <DMontgomery@reachcdc.org>, Tessie McQueen <TMcQueen@reachcdc.org>

Hi Lashawnda,

The water should be back on within an hour.

Thank you,

Beth

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**Beth Tsarouhas**
*Community Manager*

---

**From:** Shawny Miller <shawnymiller1@gmail.com>
**Sent:** Thursday, February 12, 2026 9:03:47 PM
**To:** Beth Tsarouhas <BTsarouhas@reachcdc.org>
**Cc:** Brianna Bynum <bbynum@reachcdc.org>; Margaret Salazar <msalazar@reachcdc.org>; Daniel Montgomery <DMontgomery@reachcdc.org>; Tessie McQueen <TMcQueen@reachcdc.org>
**Subject:** Re: URGENT: Lack of Water - Gray's Landing

[Quoted text hidden]



**Shawny Miller** <shawnymiller1@gmail.com>  Thu, Feb 12, 2026 at 10:05 PM
To: Beth Tsarouhas <BTsarouhas@reachcdc.org>
Cc: Brianna Bynum <bbynum@reachcdc.org>, Margaret Salazar <msalazar@reachcdc.org>, Daniel Montgomery <DMontgomery@reachcdc.org>, Tessie McQueen <TMcQueen@reachcdc.org>

Dear Beth,
Your "within an hour" estimate was clearly just another hollow excuse, as it has now been over an hour and a half and this building is still without water.
Let's be very clear: the entire building was never notified, and you still have not provided an alternative water source for the residents. Offering vague timelines that you can't meet while we are left without an essential service is a blatant failure of your responsibilities.
I am not interested in more excuses. I need to know exactly what REACH Community Development is doing right now to provide water to these residents. This negligence is being fully documented.
LaShawnda Shavers

Exhibit A

Gray's Landing Apartments
Reach Community Development
(Beth Tsarouhas, Brianna Bynum, Margaret Salazar, Daniel Montgomery, and Tessie McQueen)
[Quoted text hidden]



reachlogopms286c2_c401b797-c2cb-4800-9e3a-f2fe5d9f54c7.png
21K

**Shawny Miller** <shawnymiller1@gmail.com>    Thu, Feb 12, 2026 at 10:19 PM
To: Beth Tsarouhas <BTsarouhas@reachcdc.org>
Cc: Brianna Bynum <bbynum@reachcdc.org>, Margaret Salazar <msalazar@reachcdc.org>, Daniel Montgomery <DMontgomery@reachcdc.org>, Tessie McQueen <TMcQueen@reachcdc.org>

FORMAL NOTICE: Continued Denial of Essential Services & Failure of Emergency Protocol
To the REACH CDC Executive Team,
This email serves as formal notice that as of 10:15 PM, the residents of Gray's Landing have been without running water for over two hours.
Despite Beth Tsarouhas's "within an hour" estimate sent at 9:15 PM—notably sent via smartphone while she was likely off-site and headed toward her own running water—no repairs have been completed. More importantly, REACH has failed to provide any alternative water source or building-wide notification to the residents.
It is particularly egregious that your organization will be appearing in Federal District Court tomorrow to argue your "protection" of residents, while tonight you are leaving an entire building in a state of extreme endangerment without access to an essential service.
Every minute of this failure and every vague, unfulfilled promise sent from Beth's smartphone is being documented for the record. We require an immediate delivery of potable water to this building tonight.
LaShawnda Shavers
Gray's Landing Apartments
Reach Community Development
(Beth Tsarouhas, Brianna Bynum, Margaret Salazar, Daniel Montgomery, and Tessie McQueen)
[Quoted text hidden]



reachlogopms286c2_c401b797-c2cb-4800-9e3a-f2fe5d9f54c7.png
21K

Exhibit A