UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

FILED 11 MAR '26 15:56 USDC-ORP

REACH COMMUNITY DEVELOPMENT, et al.,
Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,
Defendants.

Case No. 3:25-cv-02257-AB

NOTICE OF FILING OF DISCIPLINARY GRIEVANCE

Proposed Intervenor-Movant LaShawnda Shavers hereby notifies the Court that on March 10, 2026, a formal disciplinary grievance was filed with the District of Columbia Office of Disciplinary Counsel (ODC) regarding the conduct of Daniel F. Jacobson (D.C. Bar No. 1016621).

The grievance alleges that Mr. Jacobson engaged in the intentional withholding of exculpatory evidence and made material misrepresentations in Dkt. 70. Specifically, counsel characterized the Plaintiffs' interests as mere "habitability disputes" to mislead the Court into viewing this as a standard landlord-tenant matter. In reality, Mr. Jacobson knowingly suppressed evidence of systemic financial crimes and retaliatory fraud to facilitate the strategic silencing of the Intervenor-Movant.

This maneuver was designed to exclude the Intervenor-Movant as a material witness regarding the Plaintiffs' refusal to provide habitable housing. On June 11, 2025, Senior Management explicitly informed the Intervenor-Movant that they were "unable to stop" the deployment of chemical munitions (tear gas). Despite this, the Plaintiffs simultaneously pursued this federal litigation for that exact legal remedy, while strategically blocking the participation of the very tenant most impacted by those actions.

Internal records—including a November 12, 2025, email from REACH Compliance Manager Regina Amedeo—confirm that the Plaintiffs were aware of fraudulent rental ledgers and utilized this Court to facilitate a willful violation of the Intervenor-Movant's Americans with Disabilities Act (ADA) and Fair Housing Act (FHA) rights. This notice ensures the Court is aware that the March 6, 2026, Verdict was rendered upon a record that intentionally "erased" these material facts and the voice of a protected witness.

Respectfully submitted,

LaShawnda Shavers, Pro Se
650 S Lowell St, Unit 541
Portland, OR 97239
971-985-9134
shawnymiller1@gmail.com

*[signature]*

Signed by Lashawnda Shavers 03/11/2026

NOTICE OF CLERICAL CORRECTION
Case Number: 3:25-cv-02257-AB
Case Title: REACH Community Development, Inc. v. U.S. Department of Homeland Security, et al.
Movant/Intervener: LaShawnda Shavers
Date: March 11, 2026
To: Clerk of the Court / U.S. District Court
From: LaShawnda Shavers
RE: Correction of Party Designation in Preliminary Grievance Printout
Please be advised that in the accompanying printout from the electronic grievance submission (Wufoo.com), there is a clerical error regarding party designation. The online form inadvertently listed REACH Community Development as the "Defendant."
Please note that for the purposes of this federal filing and the underlying matter, REACH Community Development is the Plaintiff, and the U.S. Department of Homeland Security is the Defendant. This notice is provided to ensure the court record accurately reflects the roles of the parties and to correct the oversight caused by the electronic form's auto-formatting.
Thank you for your attention to this correction.
Signature: *[signature]*
LaShawnda Shavers

 **Gmail**                                                                Shawny Miller <shawnymiller1@gmail.com>

## Complaint Form
1 message

**Office of Disciplinary Counsel** <no-reply@wufoo.com>                           Tue, Mar 10, 2026 at 7:19 PM
To: shawnymiller1@gmail.com

Your Submission Date: 2026-03-10 21:34:07
Your complaint has been received. You will receive written notification when your complaint is processed and assigned to an attorney for review.

## Complaint Form

| | |
|---|---|
| Title | Ms. |
| Complainant First Name * | Lashawnda |
| Complainant Last Name * | Shavers |
| Street Address * | 650 South Lowell Street |
| Address Line 2 | Apt 541 |
| City * | Portland |
| State * | OR |
| Zip Code * | 97239-4418 |
| Country * | United States of America |
| Business Phone | 9719859134 |
| Email * | shawnymiller1@gmail.com |
| Title | Mr. |
| Attorney First Name * | Daniel |
| Middle | F |
| Attorney Last Name * | Jacobson |
| Street Address | 1629 K Street Nw |
| Address Line 2 | Suite 300 |
| City | Washington |
| State | Dc |
| Zip Code | 20006 |

| | |
|---|---|
| Country | United States of America |
| Telephone No. | 3018231148 |
| Email Address | dan@jacobsonlawyersgroup.com |
| Attorney's Bar No. (if known) | 1016621 |
| Have you filed a similar complaint with another agency or official? * | No |
| Do you have a written retainer agreement with the attorney?<br>If yes, please attach a copy on the next page. * | No |
| Do you have other documents that are relevant?<br>If yes, please attach copies on the next page. * | Yes |
| Does your complaint involve an underlying civil, criminal, or EEOC matter? * | Yes |
| Please provide the following: | Civil |
| Name of Court, Case Title, and Case number | U.S. District Court for the District of Oregon, REACH Community Development, Inc., et al. v. U.S. Dept of Homeland Security, et al , 3:25-cv-02257-AB |
| Date Case Was Filed | Friday, December 5, 2025 |

**DETAILS OF COMPLAINT ***

SUBJECT: MISCONDUCT REGARDING LACK OF CANDOR, WITHHOLDING EXCULPATORY EVIDENCE, AND INTENTIONAL DEPRIVATION OF PROTECTED RIGHTS

I am filing this grievance against attorney Daniel F. Jacobson (D.C. Bar No. 1016621) for unethical conduct and material misrepresentations while appearing pro hac vice in the U.S. District Court for the District of Oregon (Reach Community Development, Inc. v. DHS, Case No. 3:25-cv-02257-AB).

1. ACTUAL KNOWLEDGE OF DISABILITY AND FRAUD

On February 10, 2026, I provided Mr. Jacobson with a comprehensive evidence packet (Exhibit B) proving my status as a protected person. This evidence included my June 11, 2025, medical disclosure of a life-threatening pulmonary disorder (Anti-GBM) and management's 10:34 a.m. response claiming they "could do nothing" to stop the hazardous tear gas infiltration (Exhibit A). It also included proof of CEO Margaret Salazar's deceptive timeline regarding the filing of the lawsuit.

2. WITHHOLDING OF EXCULPATORY EVIDENCE

Despite holding these records for 17 days, Mr. Jacobson filed an "Opposition to Motion to Intervene" on February 27, 2026 (Exhibit C). In this filing, he knowingly suppressed exculpatory evidence. He falsely asserted to the Court that I had "no protected interest" and claimed I "misunderstood" the litigation, even though the ⟨Defendants⟩ continue to [handwritten: Plantiffs See Correction Page] accept my monthly rent payments, thereby acknowledging my ongoing tenancy and interest in the dwelling.

3. INTENTIONAL DEPRIVATION OF REMEDY

Mr. Jacobson's conduct is a violation of D.C. Rules of Professional Conduct 3.3, 4.1, and 8.4. While he successfully argued that the DHS tear gas was a stoppable constitutional violation for his corporate client, he unethically used that same legal expertise to exclude a disabled victim of that gas from the proceedings. By successfully—yet unethically—opposing my motion to intervene, Mr. Jacobson, alongside REACH and Gray's Landing, has intentionally and egregiously prevented me from seeking any legal remedy through DHS.

## 4. CONCLUSION

Mr. Jacobson knowingly misrepresented the facts of my residency and protected status to Judge Amy Baggio to ensure I remained excluded from the safety protections his own lawsuit claimed were necessary. I request a full investigation into his lack of candor and his role in facilitating violations of the FHA and ADA.

| | |
|---|---|
| **How many files would you like to attach?** | Four Files |
| **Attach a file** | screenshot_20260210_123436_drive.jpg — 389.09 KB · JPG |
| **Attach a second file** | screenshot_20260117_003451_gmail.jpg — 1.70 MB · JPG |
| **Attach a third file** | screenshot_20260203_185145_drive.jpg — 1.47 MB · JPG |
| **Attach a fourth file** | screenshot_20260203_210135_drive.jpg — 484.32 KB · JPG |
| **I hereby certify to the Office of Disciplinary Counsel that:** * | • the statements contained in the foregoing Complaint are true and correct to the best of my knowledge. |
| * | • I hereby acknowledge that: |
| **I agree that** * | • **the checkbox and my name typed below are to be used as my electronic signature.** |
| **Signature** * | Lashawnda Shavers |
| **Date** * | Tuesday, March 10, 2026 |