# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| U.S. Dep't of Homeland Security; Kristi Noem; U.S. Immigration and Customs Enforcement; Todd Lyons; U.S. Customs and Border Protection; Rodney Scott; Federal Protective Service; Faron Paramore; U.S. Secret Service; Sean Curran |

Name(s) of counsel (if any):

| |
|---|
| Brenna H. Scully<br>August Flentje |

Address: 950 Pennsylvania Ave. NW Washington DC 20530

Telephone number(s): (202) 880-6114; (202) 514-3309

Email(s): brenna.scully@usdoj.gov; august.flentje@usdoj.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Reach Community Development; Whitfield Taylor; A.T.; B.T.; Mindy King; Susan Dooley; Janice Lineberger; Jane Doe; Rebecca Roe; Reach B49 Partners LP; Reach Office LLC; Diane Moreno; Erica Del Nigro; J.D.; Roy Brooks |

Name(s) of counsel (if any):

| |
|---|
| Darin M. Sands; Taylor Jaszewski; Colin H. Hunter; Anna Lynn Deffebach; Brian D. Netter; Daniel F. Jacobson; Brian C. Rosen-Shaud; Stephen K. Wirth; Jeffrey B. Dubner; Katharine Schwartzmann |

Address: See Attachment A

Telephone number(s): See Attachment A

Email(s): See Attachment A

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                        1                                                *New 12/01/2018*

# ATTACHMENT A

# APPELLEE(S) COUNSEL INFORMATION

| | |
|---|---|
| Darin M. Sands<br>dsands@bradleybersteinllp.com<br>503-734-2480<br>Taylor Jaszewski<br>tjaszewski@bradleybernstein.com<br>202-774-0052<br>Colin H. Hunter<br>chunter@bradleyberstein.com<br>971-337-0190<br>Bradley Bernstein Sands LLP<br>1211 NW Glisan St., Suite 204<br>Portland, OR 97209 | Anna Lyon Deffebach<br>adeffebach@democracyforward.org<br>202-320-3403<br>Brian D. Netter<br>Bnetter@democracyforward.org<br>202-808-1846<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043 |
| Daniel F. Jacobson<br>dan@jacobsonlawyersgroup.com<br>301-823-1148<br>Brian C. Rosen-Shaud<br>brian@jacobsonlawyersgroup.com<br>301-823-1148<br>Stephen K. Wirth<br>stephen@jacobsonlawyersgroup.com<br>406-407-6051<br>Lynn D. Eisenberg<br>lynn@jacobsonlawyersgroup.com<br>301-823-1148<br>Jacobson Lawyers Group<br>5100 Wisconsin Ave. NW, Suite 301 | Jeffrey B. Dubner<br>dubnerlegal@gmail.com<br>202-596-2920<br>Dubner Legal<br>P.O. Box 34125<br>Washington, DC 20043 |
| Katharine Schwartzmann<br>Katie.schwartzmann@protectdemocracy.org<br>202-573-4382<br>Protect Democracy<br>3015 Magazine St.<br>New Orleans, LA 70118 | |