BRETT A. SHUMATE
Assistant Attorney General
ANDREW I. WARDEN
Assistant Director, Federal Programs Branch
SAMUEL S. HOLT
KATHLEEN C. JACOBS
MICHAEL BRUNS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 674-9761
Samuel.Holt2@usdoj.gov
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

REACH COMMUNITY DEVELOPMENT, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants*.

Case No. 3:25-cv-2257

**NOTICE OF WITHDRAWAL OF SAMUEL S. HOLT AS COUNSEL FOR DEFENDANTS**

Pursuant to LR 83-11(b), please take notice that the undersigned attorney, Samuel S. Holt, is withdrawing as counsel for Defendants, as Mr. Holt's employment with the U.S. Department of Justice is soon ending. Defendants remain represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.

Dated: June 24, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Director
Federal Programs Branch

*/s/ Samuel S. Holt*
SAMUEL S. HOLT
KATHLEEN JACOBS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 674-9761
Fax: (202) 616-8470
Samuel.Holt2@usdoj.gov

*Counsel for Defendants*