**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

REACH COMMUNITY DEVELOPMENT, et al.,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

*Defendants*.

**NOTICE OF WITHDRAWAL OF TAYLOR JASZEWSKI AS COUNSEL FOR PLAINTIFFS**

Case No. 3:25-cv-2257

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to LR 83-11(b), Taylor Jaszewski hereby withdraws as counsel of record for Plaintiffs in the above-captioned action as Mr. Jaszewski is leaving Bradley Bernstein Sands LLP. Darin M. Sands of Bradley Bernstein Sands LLP, OSB No. 106624, will remain counsel of record following this withdrawal. Plaintiffs will continue to be represented by Mr. Sands and the other counsel of record on the Court's docket.

The undersigned respectfully requests that the Clerk remove Taylor Jaszewski from the CM/ECF service list in this case and from all further notices, service, and correspondence in this action.

Dated: August 19, 2026

Respectfully submitted,

BRADLEY BERNSTEIN SANDS LLP

By: */s/ Taylor Jaszewski*

Taylor Jaszewski, admitted *pro hac vice*
1212 Broadway, Suite 1100
Oakland, CA 94612
510-591-6325
tjaszewski@bradleybernstein.com

*Attorney for Plaintiffs REACH Community Development, REACH Office LLC, Jane Doe, Susan Dooley, Mindy King, Janice Lineberger, Reach B49 Partners LP, and Rebecca Roe*